CA 08 43 S

JS-44 (Rev. 1/07 RI)

# CIVIL COVER SHEET

**I. (a) PLAINTIFFS** Todd Kortekamp, as Executor of the Estate of Jack Kortekamp, and Geraldine Kortekampp, as Surviving Spouse

**DEFENDANTS** 3M Company, et al.

(b) County of Residence of First Listed Plaintiff Hampden, MA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

John E. Deaton, Esq.
The Deaton Law Firm
One Richmond Square, Suite 163W
Providence, RI 02906

Attorneys (If Known) See attached list

RECEIVED
FEB 0 1 2008
Property of U.S. District Court
District of Rhode Island

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff (For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**Admiralty**
- ☐ 340 Marine(Injury to Seamen)
- ☐ 120 Marine (Other)

**Admin/Agency Appeals Other**
- ☐ 890 Other Statutory Actions (APA Appeals, IDEA Appeals, Other)

**Bankruptcy**
- ☐ 422 Appeal 28 U.S.C. § 158
- ☐ 423 Withdrawal 28 U.S.C. § 157

**Banks and Banking**
- ☐ 140 Negotiable Instruments
- ☐ 430 Banks and Banking
- ☐ 875 Customer Challenge to Subpoena (12 U.S.C. § 3410)

**Business and Commercial**

**Anti-trust**
- ☐ 410 Anti-Trust

**Construction Contracts**
- ☐ 130 Miller Act
- ☐ 190 Other Contracts

**Securities Law & Stockholder Suits**
- ☐ 160 Stockholders' Suits
- ☐ 850 Securities/ Commodities/ Exchange

**Other - Business/Comm.**
- ☐ 196 Franchise
- ☐ 490 Cable/Satellite TV

**Consumer Credit**
- ☐ 371 Truth in Lending
- ☐ 480 Consumer Credit
- ☐ 190 Other Contracts

**Civil Rights**

**Constitutional Law**
- ☐ 950 Constitutionality of State Statutes
- ☐ 440 Other Civil Rights (Constitutionality of Federal Statutes)

**Elections and Voting**
- ☐ 400 State Reapportionment
- ☐ 441 Voting

**Other - Civil Rights**
- ☐ 440 Other Civil Rights
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 446 Americans with Disabilities

**Copyright & Trademark (Intellectual Property)**
- ☐ 820 Copyright
- ☐ 840 Trademark

**Employment and Employee Benefits**

**Employment Discrimination**
- ☐ 442 Employment
- ☐ 445 Americans with Disabilities-Employment
- ☐ 440 Other -Civil Rights

**ERISA**
- ☐ 791 Employment Ret. Inc. Security Act

**Other Employment Benefits**
- ☐ 190 Other - Contract
- ☐ 442 Other -Employment

**Environmental Law**
- ☐ 893 Environmental Matters

**Indian Law**
- ☐ 890 Other Statutory Actions

**Insurance**
- ☐ 110 Insurance Contract

**Labor and Occupational Safety**
- ☐ 660 Occupational Safety/Health
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 730 Labor/Management Reporting and Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation

**Miscellaneous Civil Cases**
- ☐ 150 Recovery of Overpayment and Enforcement of Judgment (Collections)
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (excluding Veterans)
- ☐ 153 Recovery of Overpayment of Veterans' Benefits
- ☐ 370 Other Fraud
- ☐ 440 Other Civil Rights (Immigration/Deportation)
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 610 Agriculture
- ☐ 620 Other Food and Drug
- ☐ 625 Drug related seizure of property
- ☐ 630 Liquor Laws
- ☐ 640 Railroad and Truck

**Miscellaneous Civil Cases Continued**
- ☐ 650 Airline Regs.
- ☐ 690 Other (Forfeiture)
- ☐ 690 Other (Health Care)
- ☐ 810 Selective Service
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party (26 U.S.C. § 7609)
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination under Equal Access to Justice Act

**Patents (Intellectual Property)**
- ☐ 830 Patents

**Prisoner Petitions**
- ☐ 510 Motions to Vacate Sentence (2254)
- ☐ 510 Motions to Vacate Sentence (2255)
- ☐ 530 General (Habeas)
- ☐ 535 Death Penalty
- ☐ 540 Mandamus and Other
- ☐ 550 Civil Rights (1983)
- ☐ 555 Prison Conditions(1983)

**Real and Personal Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease and Ejectment
- ☐ 240 Torts to Land
- ☐ 290 All other Real Property
- ☐ 380 Other Personal Property Damage

**RICO**
- ☐ 470 RICO

**Social Security**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**Torts and Personal Injury**

**Mass Torts**
- ☐ 360 Other Personal Injury

**Products Liability**
- ☐ 195 Contract Product Liability
- ☐ 245 Tort Product Liability
- ☐ 315 Airplane Product Liability
- ☐ 345 Marine Product Liability
- ☐ 355 Motor Vehicle Product Liability
- ☐ 365 Personal Injury Product Liability
- ☐ 385 Property Damage Product Liability

**Professional Malpractice**
- ☐ 362 Personal Injury - Med. Malpractice

**Motor Vehicle Accidents/Slip and Fall**
- ☐ 350 Motor Vehicles
- ☐ 360 Other Personal Injury

**Other Torts and Personal Injury incl. Asbestos cases**
- ☐ 360 Other Personal Injury (Fed. Tort Claims Act)
- ☐ 310 Airplane
- ☐ 320 Assault, Libel and Slander
- ☐ 330 Federal Employers' Liability
- ☐ 360 Other Personal Injury
- ☒ 368 Asbestos Personal Injury

**V. ORIGIN** (Place an "X" In One Box Only)

☐ 1 Original Proceeding ☒ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (Specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge From Magistrate Judgment

| | |
|---|---|
| **VI. CAUSE OF ACTION** | Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):<br>28 U.S.C. 1442(a)(1) |
| | Brief description of cause:<br>**Products Liability - Asbestos Personal Injury claim against U.S. Government contractor** |

**VII. REQUESTED IN COMPLAINT** ☐ Check if this is a Class Action Under F.R.C.P. 23 DEMAND $ JURY DEMAND: ☒ Yes ☐ No (Check YES only if demanded in complaint)

**VIII. RELATED CASE(S) IF ANY** JUDGE ____________ DOCKET NUMBER ____________

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

1/31/08
Date

Jeffrey M. Thomen (by TEB)
Signature of Attorney of Record

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II**.

IV. NATURE OF SUIT: Place an X in the appropriate box. Make sure to select the Nature of Suit from the category which best describes the primary cause of action found in your complaint. You must select only one nature of suit.

VIII. RELATED CASES, IF ANY: This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

| FOR OFFICE USE ONLY | | | | |
|---|---|---|---|---|
| Receipt # ______ | Amount ______ | Applying IFP ______ | Judge ______ | Mag. Judge ______ |

**ATTACHMENT TO CIVIL COVER SHEET**
**Todd Kortekamp as Executor of the Estate of Jack Kortekamp and Geraldine Kortekamp as Surviving Spouse**

**Plaintiff:**
John Deaton, Esq.
The Deaton Law Firm
One Richmond Square, Suite 163W
Providence, RI 02906

**Defendants**

**General Electric Company**
Jeffrey Thomen, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

**G.E. Supply Co.**
Jeffrey Thomen, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

**Aerojet Corporation**
Jeffrey Thomen, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495

**American Standard, Inc.**
Bernard A. Guekguerzian, Esq.
Adler, Cohen & Harvey
230 Congress Street
Boston, MA 02210

**Perini Corp.**
Bernard A. Guekguerzian, Esq.
Adler, Cohen & Harvey
230 Congress Street
Boston, MA 02210

**Trane Company**
Bernard A. Guekguerzian, Esq.
Adler, Cohen & Harvey
230 Congress Street
Boston, MA 02210

**Amchem**
James R. Oswald, Esq.
Adler, Pollock & Sheehan
One Hospital Trust Plaza
Providence, RI 02903

**Union Carbide**
James R. Oswald, Esq..
Adler, Pollock & Sheehan
One Hospital Trust Plaza
Providence, RI 02903

**Aventis Cropscience USA, Inc.**
James R. Oswald, Esq.
Adler, Pollock & Sheehan
One Hospital Trust Plaza
Providence, RI 02903

**Dow Chemical**
James R. Oswald, Esq.
Adler, Pollock & Sheehan
One Hospital Trust Plaza
Providence, RI 02903

**Foster Wheeler Corp. .**
James R. Oswald, Esq.
Adler, Pollock & Sheehan
One Hospital Trust Plaza
Providence, RI 02903

**J.H. France Refractories**
James R. Oswald, Esq.
Adler, Pollock & Sheehan
One Hospital Trust Plaza
Providence, RI 02903

**Leslie Controls, Inc.**
James R. Oswald, Esq.
Adler, Pollock & Sheehan
One Hospital Trust Plaza
Providence, RI 02903

**Superior Boiler Works**
James R. Oswald, Esq.
Adler, Pollock & Sheehan
One Hospital Trust Plaza
Providence, RI 02903

**Union Carbide Corporation**
James R. Oswald, Esq.
Adler, Pollock & Sheehan
One Hospital Trust Plaza
Providence, RI 02903

**DAP**
John R. Mahoney, Esq.
Asquith, Mahoney & Robinson
155 South Main Street, 2nd Floor
Providence, RI 02903

**Bird, Inc. Milwaukee Valve, SVI**
Peter F. Mathieu, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Providence, RI 02903

**Carlin Combustion Technology**
Peter F. Mathieu, Esq.
Baluch, Gianfrancesco, athieu && Alger
155 South Main Street
Providence, RI 02903

**Cleaver-Brooks**
Peter F. Mathieu, Esq.
Baluch, Gianfrancesco, Mathieu && Alger
& Alger
155 South Main Street
Providence, RI 02903

**Milwaukee Valve**
Peter F. Mathieu, Esq.
Baluch, Gianfrancesco, Mathieu && Alger
& Alger
155 South Main Street
Providence, RI 02903

**H.B. Smith Co.**
Peter F. Mathieu, Esq.
Baluch, Gianfrancesco, Mathieu && Alger
& Alger
155 South Main Street
Providence, RI 02903

**Metropolitan Life**
Staci Kolb. , Esq.
Blish & Cavanaugh
Commerce Center
30 Exchange Terrace
Providence, RI 02903-1765

**Crown Cork & Seal Company, Inc.**
Michael Chefitz, Esq,
Bonner, Kieman, Trebach
One Liberty Square
Boston, MA 02109

**Hercules, Inc.**
Michael Chefitz, Esq,
Bonner, Kieman, Trebach
One Liberty Square
Boston, MA 02109

**Acme Boiler Rentals, Inc.**
Michael Chefitz, Esq,
Bonner, Kieman, Trebach
One Liberty Square
Boston, MA 02109

**General Motors**
Charles K. Mone, Esq.
Campbell, Campbell & Edwards
One Constitution Plaza
Boston, MA 02129

**Case IH, LLC.**
Charles K. Mone, Esq.
Campbell, Campbell & Edwards
One Constitution Plaza
Boston, MA 02129

**Chrysler Motors Corp.**
Charles K. Mone, Esq.
Campbell, Campbell & Edwards
One Constitution Plaza
Boston, MA 02129

**Daimler Chrysler**
Charles K. Mone, Esq.
Campbell, Campbell & Edwards
One Constitution Plaza
Boston, MA 02129

**Ford Motor Company**
Charles K. Mone, Esq.
Campbell, Campbell & Edwards
One Constitution Plaza
Boston, MA 02129

**Burnham Corp.**
Stephen T. Armato, Esq.
Cetrulo & Capone
Two Seaport Lane
Boston, MA 02210

**Certainteed Corporation**
Stephen T. Armato, Esq.
Cetrulo & Capone
Two Seaport Lane
Boston, MA 02210

**Clark Reliance Co.**
Stephen T. Armato, Esq.
Cetrulo & Capone
Two Seaport Lane
Boston, MA 02210

**Coen Co., Inc.**
Stephen T. Armato, Esq.
Cetrulo & Capone
Two Seaport Lane
Boston, MA 02210

**D.B. Riley f/k/a Riley Stoker Co.**
Stephen T. Armato, Esq.
Cetrulo & Capone
Two Seaport Lane
Boston, MA 02210

**Deere & Co.**
Stephen T. Armato, Esq.
Cetrulo & Capone
Two Seaport Lane
Boston, MA 02210

**Exxon Mobil.**
Stephen T. Armato, Esq.
Cetrulo & Capone
Two Seaport Lane
Boston, MA 02210

**Fulton Boiler Co.**
Stephen T. Armato, Esq.
Cetrulo & Capone
Two Seaport Lane
Boston, MA 02210

**New England Insulation**
Stephen T. Armato, Esq.
Cetrulo & Capone
Two Seaport Lane
Boston, MA 02210

**Pneumo Abex. Corp.**
Stephen T. Armato, Esq.
Cetrulo & Capone
Two Seaport Lane
Boston, MA 02210Pneumo Abex Corp.

**The Nash Engineering Co.**
Stephen T. Armato, Esq.
Cetrulo & Capone
Two Seaport Lane
Boston, MA 02210

**A.W. Chesterton**
Brian Gross, Esq.
Cooley, Manion & Jones
21 Custom House Street
Boston, MA 02110-3536

**Carver Pump**
Brian Gross, Esq.
Cooley, Manion & Jones
21 Custom House Street
Boston, MA 02110-3536

**Control Components, Inc.**
Brian Gross, Esq.
Cooley, Manion & Jones
21 Custom House Street
Boston, MA 02110-3536

**Flowserve US, Inc.**
Brian Gross, Esq.
Cooley, Manion & Jones
21 Custom House Street
Boston, MA 02110-3536

**Georgia-Pacific**
Brian Gross, Esq.
Cooley, Manion & Jones
21 Custom House Street
Boston, MA 02110-3536

**Todd Pacific Shipards Corp.**
Brian Gross, Esq.
Cooley, Manion & Jones
21 Custom House Street
Boston, MA 02110-3536

**Goulds Pumps**
Kevin McCaffrey, Esq.
Cullen & Dykman, LLP.
177 Montague Street
Brooklyn, NY 11201

**Alfa Laval**
Kenneth Neal, Esq.
Danaher, Lagnese & Neal
21 Oak Street, 7th Floor
Hartford, CT 06103

**The F.C. Taplin Co.**
David E. Maglio, Esq.
David E. Maglio & Associates, P.C.
101 Dyer Street, 2nd Floor
Providence, RI 02903

**Link-Belt Construction Equipment Co.**
Paul Dwyer, Esq.
Edwards, Angell, Palmer & Dodge LLP.
2800 Financial Plaza
Providence, RI 02903

**Sterling Fluid Systems (USA) LLC for Peerless Pump**
Paul Dwyer, Esq.
Edwards, Angell, Palmer & Dodge LLP.
2800 Financial Plaza
Providence, RI 02903

**The Utica Boiler co.**
Andrew J. Murray, Esq.
Edwards, Angell, Palmer & Dodge LLP.
2800 Financial Plaza
Providence, RI 02903

**Eaton Corporation**
Brian T. Dougan, Esq.
Gibson & Behman
245 Waterman Street, Suite 105
Providence RI 02903

**Fisher Scientific Co., LLC.**
Dennis T. Grieco II, Esq.
Gidley, Sarli & Marusak, LLP.
One Turks Head Place, Ste. 900
Providence, RI 02903

**Alan Maylor Co.**
David M. Governo, Esq.
Governo Law Firm, LLC
260 Franklin Street, 5th Floor
Boston, MA 02110

**Atlas Boiler Works, Inc.**
David M. Governo, Esq.
Governo Law Firm, LLC
260 Franklin Street, 5th Floor
Boston, MA 02110

**Buffalo Pumps, Inc.**
David M. Governo, Esq.
Governo Law Firm, LLC
260 Franklin Street, 5th Floor
Boston, MA 02110

**Crane Co.**
David M. Governo, Esq.
Governo Law Firm, LLC
260 Franklin Street, 5th Floor
Boston, MA 02110

**Ray Burner Co.**
David M. Governo, Esq.
Governo Law Firm, LLC
260 Franklin Street, 5th Floor
Boston, MA 02110

**Spence Engineering**
David M. Governo, Esq.
Governo Law Firm, LLC
260 Franklin Street, 5th Floor
Boston, MA 02110

**Briggs & Stratton Corporation**
James Ruggieri, Esq.
Higgins, Cavanagh & Cooney
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903

**Carrier Corporation**
James Ruggieri, Esq.
Higgins, Cavanagh & Cooney
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903

**Graybar Electric Co.**
James Ruggieri, Esq.
Higgins, Cavanagh & Cooney
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903

**Homosote Company**
James Ruggieri, Esq.
Higgins, Cavanagh & Cooney
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903

**International Paper Supply Co.**
James Ruggieri, Esq.
Higgins, Cavanagh & Cooney
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903

**Lennox International, Inc.**
James Ruggieri, Esq.
Higgins, Cavanagh & Cooney
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903

**Spirax Sarco, Inc.**
James Ruggieri, Esq.
Higgins, Cavanagh & Cooney
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903

**Tyco Valves and Controls**
James Ruggieri, Esq.
Higgins, Cavanagh & Cooney
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903

**U.S. Plywoodl**
James Ruggieri, Esq.
Higgins, Cavanagh & Cooney
The Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903

**T.H. Agriculture & Nutrition Co.**
Mitchell R. Edwards, Esq.
Hinckley Allen Snyder LLP.
28 State Street, 29th Floor
Boston, MA 02109-1775

**Ingersoll-Rand Company**
Frank Lynch, Esq.
Keegan, Werlin & Pabian
265 Franklin Street
Boston, MA 02110

**Armstrong International, Inc.**
Frank Lynch, Esq.
Keegan, Werlin & Pabian
265 Franklin Street
Boston, MA 02110

**Duro-Dyne Corp.**
Matthew C. Oleyer, Esq.
Keegan, Werlin & Pabian
265 Franklin Street
Boston, MA 02110

**Bell & Gossett Company**
Dos Urbanski, Esq.
Melick ,Porter & Shea
28 State Street
Boston MA 02109-1775

**A.Y. McDonald Manufacturing Company**
Dos Urbanski, Esq.
Melick ,Porter & Shea
28 State Street
Boston MA 02109-1775

**Alco Valves**
Dos Urbanski, Esq.
Melick ,Porter & Shea
28 State Street
Boston MA 02109-1775

**Asco Valves**
Dos Urbanski, Esq.
Melick ,Porter & Shea
28 State Street
Boston MA 02109-1775

**ITT Industries**
Dos Urbanski, Esq.
Melick ,Porter & Shea
28 State Street
Boston MA 02109-1775

**Peabody Engineering Corp.**
Dos Urbanski, Esq.
Melick ,Porter & Shea
28 State Street
Boston MA 02109-1775

**Durabla Manufacturing Co.**
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
6th Floor
Providence, RI 02903

**Compudyne**
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
6th Floor
Providence, RI 02903

**Melrath Gasket, Inc. .**
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
6th Floor
Providence, RI 02903

**Packings & Insulation Company**
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
6th Floor
Providence, RI 02903

**PIC Contractors**
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
6th Floor
Providence, RI 02903

**The Gorman Rupp Co. .**
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
6th Floor
Providence, RI 02903

**York Co.**
Paul V. Sullivan, Esq.
Morrison, Mahoney & Miller
One Providence Washington Plaza
6th Floor
Providence, RI 02903

**Sid Harvey Industries, Inc.**
Randall Souza, Esq.
Nixon Peabody LLP.
100 Summer Street
Boston, MA 02110-1832

**Blackmer Pumps**
Robert S. Ludlum, Esq.
Pierce, Davis, Fahey & Perritano
10 Winthrop Street
Boston, MA 02210

**Borg Warner Morse Tec Inc.**
Robert S. Ludlum, Esq.
Pierce, Davis, Fahey & Perritano
10 Winthrop Street
Boston, MA 02210

**Clarage**
Robert S. Ludlum, Esq.
Pierce, Davis, Fahey & Perritano
10 Winthrop Street
Boston, MA 02210

**Clayton Industries**
Robert S. Ludlum, Esq.
Pierce, Davis, Fahey & Perritano
10 Winthrop Street
Boston, MA 02210

**Clifton Associates**
Robert S. Ludlum, Esq.
Pierce, Davis, Fahey & Perritano
10 Winthrop Street
Boston, MA 02210

**Garder Denver Corp.**
Robert S. Ludlum, Esq.
Pierce, Davis, Fahey & Perritano
10 Winthrop Street
Boston, MA 02210

**IMO Industries, Inc.**
Robert S. Ludlum, Esq.
Pierce, Davis, Fahey & Perritano
10 Winthrop Street
Boston, MA 02210

**Johnson Controls, Inc.**
Robert S. Ludlum, Esq.
Pierce, Davis, Fahey & Perritano
10 Winthrop Street
Boston, MA 02210

**Kohler Co. .**
Robert S. Ludlum, Esq.
Pierce, Davis, Fahey & Perritano
10 Winthrop Street
Boston, MA 02210

**R.P.M. International, Inc.**
Robert S. Ludlum, Esq.
Pierce, Davis, Fahey & Perritano
10 Winthrop Street
Boston, MA 02210

**Rutland Products**
Robert S. Ludlum, Esq.
Pierce, Davis, Fahey & Perritano
10 Winthrop Street
Boston, MA 02210

**Warren Pumps, Inc.**
Robert S. Ludlum, Esq.
Pierce, Davis, Fahey & Perritano
10 Winthrop Street
Boston, MA 02210

**Weil McLain**
Robert S. Ludlum, Esq.
Pierce, Davis, Fahey & Perritano
10 Winthrop Street
Boston, MA 02210

**Yeoman's Chicago Corp.**
Robert S. Ludlum, Esq.
Pierce, Davis, Fahey & Perritano
10 Winthrop Street
Boston, MA 02210

**Zurn Industries**
Robert S. Ludlum, Esq.
Pierce, Davis, Fahey & Perritano
10 Winthrop Street
Boston, MA 02210

**National Automotive Parts Assoc. (NAPA)**
David A. Salvatore, Esq.
Pond North, LLP.
51 Mill Street Suite 9
Hanover, NJ 02339

**C.K. Smith Co., Inc.**
John C. La Liberte, Esq.
Sherin and Lodgen LLP.
101 Federal Street
Boston, MA 02210-1832

**TACO, Inc.**
Thomas W. Lyons, Esq.
Strauss, Factor & Lopes
403 South Main Street
Providence, RI 02903

**Fairbanks Morse**
Craig Waksler, Esq.
Taylor, Duane, Barton & Gilman
Ten Dorrance Street, Suite 700
Providence, RI 02903

**Aurora Pump Company**
Craig Waksler, Esq.
Taylor, Duane, Barton & Gilman
Ten Dorrance Street, Suite 700
Providence, RI 02903

**Bethleham Apparatus Co.**
Craig Waksler, Esq.
Taylor, Duane, Barton & Gilman
Ten Dorrance Street, Suite 700
Providence, RI 02903

**Columbia Boiler co.**
Craig Waksler, Esq.
Taylor, Duane, Barton & Gilman
Ten Dorrance Street, Suite 700
Providence, RI 02903

**Elliott Turbomachinery Co., Inc.**
Craig Waksler, Esq.
Taylor, Duane, Barton & Gilman
Ten Dorrance Street, Suite 700
Providence, RI 02903

**Garlock Sealing Technologies, LLS.**
Craig Waksler, Esq.
Taylor, Duane, Barton & Gilman
Ten Dorrance Street, Suite 700
Providence, RI 02903

**Bondex, RPM, Sepco**
Richard M. Dighello, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
Suite 2400
Hartford, CT 06123-1277

**Unknown Defendants**
Acmat Corp.
American Marsh Pumps, Inc.
Anchor Insulation Co.
Anderson Greenwood LP, f/k/a Crosby Valve and Gage Inc.
Atlas Boiler Rentals, Inc.
Burns & Roe
Cash Acme
Copes-Vulcan
Factory Mutual Insurance Co. Operating as FM Global
Fisher Controls International, LLC.
Flotronics Pump Corp.
Fluor Corp..
Formica Corp.
H.H. Robertson Floor Systems

Hauck Manufacturing
Jordan Valve
Joy Manufacturing
Kadant Johnson USA
Keeler Door-Oliver Burner Co.
Kobold Instruments, inc.
Lawlor Manufacturing Co.
McDermott International, Inc.
McQuay International
Milton Roy Co.
P& H Mining Equipment Co.
Patterson Kelley as a division of Harsco Corp.
Patterson Pump Co.
Petro Oil Burning Co.
Roper Industries, Inc.
Sensus Metering Systems
Skinner Engine Co.
Sussman Electric Boilers
The Foxboro Co.
The Hilliard Corp.
The W.M. Powell Co.
Thiem Corp.
Tidewater Supply Co.
Union Boiler Works, Inc.
Velan Valve Corp.
Westco International Inc.