**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TODD KORTEKAMP, as Executor of the Estate of JACK KORTEKAMP, and GERALDINE KORTEKAMP, as Surviving Spouse<br>Plaintiffs,<br>v.<br>3M COMPANY, et al,<br>Defendants. | Civil Action No.: 08-043 |

## NOTICE OF FILING OF TAG-ALONG NOTICE

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 1407, defendant General Electric Company's counsel filed the attached notice of tag-along and supporting documents with the Judicial Panel on Multidistrict Litigation on February 8, 2008. See Notice of Tag-Along Action, a true and correct copy of which is attached hereto as Exhibit A.

Respectfully submitted,

Jeffrey M. Thomen, Esquire
jthomen@mccarter.com
Federal Bar No. 6738
McCARTER & ENGLISH, LLP
185 Asylum Street, 36th Floor
Hartford, Connecticut 06103
Tel.: (860) 275-6700
Fax.: (860) 724-3397

Date: February 8, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system and by first class mail. Parties may access this filing through the Court's CM/ECF system.

Jeffrey M. Thomen