STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

Filing Date: 06-16-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: ASBESTOS CASES
Status Date: 02-05-2008

Plaintiff: JACK KORTEKAMP
ID: @10846401
Attorney: JOHN DEATON

Plaintiff: GERALDINE KORTEKAMP
ID: @10846402
Attorney: JOHN DEATON

Defendant: 3M CO.
ID: @10846403

Defendant: A.O. SMITH CORPORATION
ID: @10846404

Defendant: A.W. CHESTERTON COMPANY
ID: @10846406

Defendant: A.Y. MCDONALD MFG CO.
ID: @10846407

Defendant: ACMAT CORP.
ID: @10846408

Defendant: AEROJECT, A GENCORP INC. CO.
ID: @10846410
Attorney: JEFFREY THOMEN

Defendant: ALAN MAYLOR CO.
ID: @10846411

Defendant: ACME BOILER RENTALS INC.
ID: @10846412

Defendant: ALAN MAYLOR CO.
ID: @10846413

Defendant: ALCO VALVES , A DIVISION OF EMERSON CO
ID: @10846414

Defendant: ALFA LAVAL INC.
ID: @10846415

Defendant: AMCHEM INC.
ID: @10846416

Defendant: AMERICAN MARSH PUMPS INC.
ID: @10846417

Defendant: AMERICAN STANDARD INC.
ID: @10846418

Defendant: AMERICAN RADIATOR & STANDARD SANITC
ID: @10846419

Defendant: TRANE INC.
ID: @10846421

Defendant: KEWANEE
ID: @10846422

Defendant: ANDERSON GREENWOOD LP
ID: @10846425

Defendant: ANH REFRACTORIES

RECEIVED
FEB 08 2008
Property of U.S. District Court
District of Rhode Island

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

| | |
|---|---|
| ANH REFRACTORIES<br>ID: @10846426 | |
| Defendant: ASCO VALVES<br>ID: @10846427 | |
| Defendant: ATLAS BOILER WORKS INC.<br>ID: @10846428 | |
| Defendant: ATLAS BOILER RENTALS INC<br>ID: @10846429 | |
| Defendant: ARMSTRONG INTERNATIONAL INC.<br>ID: @10846432 | Attorney: FRANCIS LYNCH<br>Attorney: MATTHEW OLEYER |
| Defendant: AURORA PUMP COMPANY<br>ID: @10846433 | |
| Defendant: AVENTIS CROPSCIENCE USA INC.<br>ID: @10846434 | |
| Defendant: BAYER CROPSCIENCE INC.<br>ID: @10846435 | |
| Defendant: BELL & GOSSETT CO.<br>ID: @10846436 | |
| Defendant: BETHLEHEM APPARATUS CO.<br>ID: @10846438 | |
| Defendant: BIRD INC.<br>ID: @10846439 | Attorney: PETER MATHIEU |
| Defendant: BLACKMER PUMPS<br>ID: @10846441 | |
| Defendant: BONDEX INTERNATIONAL INC.<br>ID: @10846442 | Attorney: RICHARD DIGHELLO |
| Defendant: BORG WARNER MORSE TEC INC.<br>ID: @10846443 | |
| Defendant: BRIGGS & STATTON CORP.<br>ID: @10846444 | |
| Defendant: BUFFALO PUMPS INC<br>ID: @10846445 | |
| Defendant: BURNHAM CORP.<br>ID: @10846446 | |
| Defendant: BURN & ROE<br>ID: @10846447 | |
| Defendant: C.K. SMITH CO. INC.<br>ID: @10846448 | |
| Defendant: CARLIN COMBUSTON TECHNOLOGY<br>ID: @10846449 | |
| Defendant: CARRIER CORPORATION<br>ID: @10846450 | |
| Defendant: CARVER PUMP COMPANY<br>ID: @10846451 | |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

| | |
|---|---|
| Defendant: CASE IH, LLC | Attorney: ANTHONY SBARRA |
| ID: @10846452 | Attorney: CHARLES MONE |
| Defendant: CASH ACME | |
| ID: @10846453 | |
| Defendant: CERTAINTEED CORP. | |
| ID: @10846454 | |
| Defendant: CLARAGE | |
| ID: @10846456 | |
| Defendant: CLARK RELIANCE CO. | |
| ID: @10846457 | |
| Defendant: CLAYTON INDUSTRIES | |
| ID: @10846458 | |
| Defendant: CLEAVER BROOKS | |
| ID: @10846459 | |
| Defendant: CLIFTON ASSOCIATES | Attorney: JULIA MARTINESCU |
| ID: @10846460 | |
| Defendant: COEN CO. INC. | |
| ID: @10846461 | |
| Defendant: COLUMBIA BOILER CO. | Attorney: CRAIG WAKSLER |
| ID: @10846519 | Attorney: ANDRIA COLETTA |
| Defendant: COMPUDYNE | Attorney: MICHAEL MARCELLO |
| ID: @10846521 | |
| Defendant: CRANE COMPANY | |
| ID: @10846522 | |
| Defendant: JENKIN BROS | |
| ID: @10846523 | |
| Defendant: CROWN, CORK & SEAL COMPANY INC. | Attorney: MICHAEL CHEFITZ |
| ID: @10846529 | |
| Defendant: CONTROL COMPONENTS, INC. | |
| ID: @10846588 | |
| Defendant: COPES-VULCAN | Attorney: GERALD DEMARIA |
| ID: @10846589 | Attorney: STEPHEN COONEY |
| Defendant: DAIMLER CHRYSLER | |
| ID: @10846590 | |
| Defendant: DAP INC. | Attorney: JOHN MAHONEY |
| ID: @10846591 | Attorney: JOHN MAHONEY |
| Defendant: D.B. RILEY | |
| ID: @10846592 | |
| Defendant: DEERE & CO. | |
| ID: @10846593 | |
| Defendant: DOW CHEMICAL | |
| ID: @10846594 | |
| Defendant: DURABLA MANUFRACTURING CO. | |
| ID: @10846595 | |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

| | |
|---|---|
| Defendant: DURO-DYNE CORP.<br>ID: @10846596 | |
| Defendant: ELLIOTT TURBOMACHINERY CO. INC.<br>ID: @10846598 | |
| Defendant: EXXON MOBIL<br>ID: @10846600 | |
| Defendant: THE F.C. TAPLIN CO.<br>ID: @10846601 | |
| Defendant: FAIRBANKS MORSE ENGINE<br>ID: @10846604 | Attorney: CRAIG WAKSLER<br>Attorney: ANDREW COULAM |
| Defendant: FISHER CONTROLS INTERNATIONAL, LLC.<br>ID: @10846605 | |
| Defendant: FLOTRONICS PUMPS CO.<br>ID: @10846609 | |
| Defendant: FLOWSERVE US, INC<br>ID: @10846610 | Attorney: WILLIAM GRIMM<br>Attorney: MITCHELL EDWARDS |
| Defendant: FLUR CORP. HEADQUARTERS<br>ID: @10846612 | |
| Defendant: FORD MOTOR CO.<br>ID: @10846613 | |
| Defendant: FORMICA CORP.<br>ID: @10846614 | |
| Defendant: FOSTER WHEELER CORP.<br>ID: @10846615 | |
| Defendant: THE FOXBORO CO.<br>ID: @10846616 | |
| Defendant: FULTON BOILER CO.<br>ID: @10846618 | |
| Defendant: GARDNER DENVER CORP.<br>ID: @10846619 | Attorney: JULIA MARTINESCU |
| Defendant: GARLOCK SEALING TECHNOLOGIES, LLC.<br>ID: @10846620 | Attorney: CRAIG WAKSLER<br>Attorney: ANDREW COULAM |
| Defendant: GENERAL ELECTRIC COMPANY<br>ID: @10846621 | Attorney: JEFFREY THOMEN |
| Defendant: G.E. SUPPLY CO.<br>ID: @10846623 | |
| Defendant: GENERAL MOTORS CORPORATION<br>ID: @10846624 | |
| Defendant: GEORGIA PACIFIC CORPORATION<br>ID: @10846625 | |
| Defendant: THE GORMAN RUPP CO<br>ID: @10846626 | Attorney: MICHAEL MARCELLO |
| Defendant: GOODRICH CORP.<br>ID: @10846628 | |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

Defendant: THE GOODYEAR TIRE AND RUBBER CO.
ID: @10846629
Defendant: GOULDS PUMPS INC.
ID: @10846630
Defendant: GRAYBAR ELECTRIC CO.
ID: @10846631
Defendant: H.B. SMITH CO.
ID: @10846632
Defendant: H.H ROBERTSON FLOOR SYSTEMS
ID: @10846633
Defendant: HAUCK MANUFRACTURING
ID: @10846634
Defendant: THE HARTFORD STEAM BOILER INSPECTIOI
ID: @10846635
Defendant: HERCULES CHEMICAL CO, INC.
ID: @10846636
Defendant: THE HILLIARD CORP.
ID: @10846637
Attorney: ARMANDO BATASTINI
Attorney: JILLIAN FOLGER-HARTWELL
Attorney: MARK DENEHY
Attorney: VICTORIA ALMEIDA
Attorney: RANDOLPH TOTTEN
Attorney: JAMES OSWALD
Attorney: JAMES RUGGIERI
Defendant: HOMASOTE CO.
ID: @10846638
Defendant: HONEYWELL INTERNATIONAL INC.
ID: @10846639
Defendant: HURST BOILER & WELDING CO.
ID: @10846640
Defendant: INGERSOLL -RAND COMPANY
ID: @10846641
Defendant: INTERNATIONAL PAPER SUPPLY CO.
ID: @10846642
Defendant: ITT INDUSTRIES INC.
ID: @10846643
Defendant: J.H. FRANCE REFRACTORIES
ID: @10846644
Defendant: JOHNSON CONTROLS INC.
ID: @10846645
Defendant: JORDAN VALVE
ID: @10846647
Defendant: JOY MANUFACTURING CO.
ID: @10846648
Defendant: KADANT JOHNSON USA
ID: @10846649

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

| | |
|---|---|
| Defendant: KEELER DOOR - OLIVER BURNER CO.<br>ID: @10846650 | |
| Defendant: KOBOLD INSTRUMENTS INC.<br>ID: @10846652 | |
| Defendant: KOHLER CO.<br>ID: @10846653 | Attorney: JULIA MARTINESCU |
| Defendant: LAWLOR MANUFACTURING CO.<br>ID: @10846692 | |
| Defendant: LENNOX INTERNATIONAL<br>ID: @10846694 | |
| Defendant: LESLIE CONTROLS INC<br>ID: @10846695 | |
| Defendant: LINK - BELT CONSTRUCTION EQUIPMENT CC<br>ID: @10846696 | |
| Defendant: MCDERMOTT INTERNATIONAL , INC<br>ID: @10846697 | |
| Defendant: MCQUAY INTERNATIONAL<br>ID: @10846698 | Attorney: PHILIP NEWBURY |
| Defendant: MELRATH<br>ID: @10846699 | Attorney: MICHAEL MARCELLO |
| Defendant: METROPOLITAN LIFE INSURANCE CO.<br>ID: @10846700 | Attorney: STACI KOLB |
| Defendant: MILTON ROY CO.<br>ID: @10846701 | Attorney: JULIA MARTINESCU |
| Defendant: MILWAUKEE VALVE<br>ID: @10846702 | |
| Defendant: NATIONAL AUTOMOTIVE PARTS ASSOC.<br>ID: @10846703 | |
| Defendant: THE NASH ENGINEERING CO.<br>ID: @10846704 | |
| Defendant: NEW ENGLAND INSULATION<br>ID: @10846705 | |
| Defendant: OWENS-ILLINOIS INC.<br>ID: @10846706 | |
| Defendant: PACKINGS & INSULATION COMPANY<br>ID: @10846707 | |
| Defendant: PATTERSON KELLEY<br>ID: @10846708 | |
| Defendant: PATTERSON PUMP CO.<br>ID: @10846709 | |
| Defendant: PERINI CORP.<br>ID: @10846710 | |
| Defendant: PETRO OIL BURNING CO.<br>ID: @10846713 | |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

| | |
|---|---|
| Defendant: PEABODY ENGINEERING CORP<br>ID: @10846714 | Attorney: JOHN CALETRI |
| Defendant: P.H. MINNING EQUIPMENT CO.<br>ID: @10846715 | |
| Defendant: PIC CONTRACTORS<br>ID: @10846716 | |
| Defendant: PNEUMO-ABEX CORP<br>ID: @10846717 | |
| Defendant: RAY BURNER CO.<br>ID: @10846727 | |
| Defendant: ROPER INDUSTRIES INC.<br>ID: @10846728 | Attorney: MARK DENEHY<br>Attorney: VICTORIA ALMEIDA<br>Attorney: RANDOLPH TOTTEN<br>Attorney: JAMES OSWALD |
| Defendant: R.P.M. INTERNATIONAL INC.<br>ID: @10846729 | Attorney: RICHARD DIGHELLO |
| Defendant: RUTLAND PRODUCTS<br>ID: @10846730 | |
| Defendant: SENSUS METERING SYSTEMS<br>ID: @10846731 | Attorney: PHILIP NEWBURY |
| Defendant: SID HARVEY INDUSTRIES INC.<br>ID: @10846732 | |
| Defendant: SKINNER ENGINE CO.<br>ID: @10846733 | |
| Defendant: SPENCE ENGINEERING CO.<br>ID: @10846734 | |
| Defendant: SPIRAX SARCO, INC.<br>ID: @10846735 | |
| Defendant: STERLING FLUID SYSTEMS ( USA) LLC<br>ID: @10846736 | |
| Defendant: STONE AND WEBSTER INC.<br>ID: @10846737 | |
| Defendant: SUPERIOR BOILER WORKS<br>ID: @10846738 | |
| Defendant: SUSSMAN ELECTRIC BOILERS<br>ID: @10846744 | |
| Defendant: TACO , INC.<br>ID: @10846745 | Attorney: THOMAS LYONS |
| Defendant: TH AGRICULTURE & NUTRITION CO.<br>ID: @10846746 | |
| Defendant: THIEM CORP.<br>ID: @10846747 | |
| Defendant: TIDEWATER SUPPLY CO.<br>ID: @10846749 | |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

Defendant: TRANE CO.
ID: @10846751
Defendant: TYCO VALVES AND CONTROLS
ID: @10846752
Defendant: UNION BOILER WORKS INC.
ID: @10846753
Defendant: UNION CARBIDE CORPORATION
ID: @10846754
Defendant: U.S. PLYWOOD
ID: @10846755
Defendant: THE UTICA BOILER CO. Attorney: ANDREW MURRAY
ID: @10846756
Defendant: VELAN VALVE CORP.
ID: @10846757
Defendant: HOUSE ELECTRIC CORPORATION
ID: @10846759
Defendant: WARREN PUMPS INC.
ID: @10846760
Defendant: WEIL MCLAIN
ID: @10846761
Defendant: WESTCO INTERNATIONAL INC.
ID: @10846762
Defendant: THE W.M. POWELL
ID: @10846763
Defendant: YEOMAN'S CHICAGO CORP.
ID: @10846764
Defendant: YORK CO.
ID: @10846765
Defendant: ZURN INDUSTRIES
ID: @10846766
Defendant: SENSUS METERING SYSTEMS Attorney: PHILIP NEWBURY
ID: @10846731

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 08-25-2006 | MOTION | P CRT3 | PROCACCINI |

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 11-08-2006 | MOTION TO DISMISS COMPLETED | P CRT16 | HURST |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-16-2006 | COMPLAINT FILED | |
| 06-16-2006 | INITIAL FILING FEE | |
| 06-16-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP228468. |
| 06-29-2006 | SUMMONS,PROOF OF SERVICE FILED | FOR 3M COMPANY. |
| 06-29-2006 | ENTRY OF APPEARANCE | FOR DEFT MCQUAY INTERNATIONAL<br>Affiliated: NEWBURY, PHILIP |
| 06-29-2006 | ENTRY OF APPEARANCE | FOR DEFTSENSUS METERING SYSTEMS<br>Affiliated: NEWBURY, PHILIP |
| 07-03-2006 | ENTRY OF APPEARANCE | KENNETH NEAL FOR DEF. |
| 07-05-2006 | ANSWER FILED | TO COMPLNT<br>Affiliated: PATTERSON PUMP CO. |
| 07-06-2006 | ANSWER FILED | Affiliated: BRIGGS & STATTON CORP. |
| 07-07-2006 | ENTRY OF APPEARANCE | RAYMOND LAFAZIA FOR DEF DURABLA MANUF. CO. |
| 07-11-2006 | ANSWER FILED | Affiliated: BUFFALO PUMPS INC |
| 07-11-2006 | ANSWER FILED | Affiliated: SPENCE ENGINEERING CO. |
| 07-11-2006 | OBJECTION FILED | TO PLTF'S MOTION TO ACCELERATE<br>Affiliated: A.O. SMITH CORPORATION |
| 07-12-2006 | ANSWER FILED | Affiliated: BIRD INC. |
| 07-12-2006 | ANSWER FILED | Affiliated: THE UTICA BOILER CO. |
| 07-13-2006 | REQUEST FOR PRODUCTION FILED | Affiliated: FISHER SCIENTIFIC CO , LLC. |
| 07-13-2006 | ANSWER FILED | TYCO VALVES AND CONTROLS. |
| 07-13-2006 | ENTRY OF APPEARANCE | RICHARD DIGHELLO JR FOR DEF WM.POWELL CO. |
| 07-13-2006 | ANSWER FILED | Affiliated: FISHER SCIENTIFIC CO , LLC. |
| 07-13-2006 | INTEROGATORIES FILED | Affiliated: FISHER SCIENTIFIC CO , LLC. |
| 07-13-2006 | ANSWER FILED | Affiliated: THE W.M. POWELL |
| 07-14-2006 | ANSWER FILED | Affiliated: SID HARVEY INDUSTRIES INC. |
| 07-14-2006 | ANSWER FILED | Affiliated: CRANE COMPANY |
| 07-14-2006 | PROOF OF SERVICE FILED | SERVED UPON DOW CHEMICAL<br>Affiliated: KORTEKAMP, JACK |
| 07-17-2006 | ANSWER FILED | Affiliated: INTERNATIONAL PAPER SUPPLY CO. |
| 07-17-2006 | ANSWER FILED | Affiliated: CARRIER CORPORATION |
| 07-17-2006 | ANSWER FILED | Affiliated: U.S. PLYWOOD |
| 07-18-2006 | STIPULA FILED,EXTEN OF TIME | BY AGREEMENT OF PARTIES THE TIME IN WHICH DEFT'S GRAYBAR ELECTRIC CO. MAY FILE ITS ANSWER TO PLTF'S COMPLAINT IS EXTENDED UP TO INCLUDING 08-04-06. |
| 07-18-2006 | ANSWER FILED | OF DEFT'S ( 10) FILED IN 6TH FLOOR C VAULT IN 06 DRAW. |
| 07-18-2006 | ENTRY OF APPEARANCE | FOR DEFT HILLIARD CORP<br>Affiliated: BATASTINI, ARMANDO E. |
| 07-18-2006 | ANSWER FILED | TO COMPLNT<br>Affiliated: DAP INC. |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

| | | |
|---|---|---|
| 07-19-2006 | ANSWER FILED | Affiliated: ELLIOTT TURBOMACHINERY CO. INC. |
| 07-20-2006 | ANSWER FILED | Affiliated: CROWN, CORK & SEAL COMPANY INC. |
| 07-20-2006 | ENTRY OF APPEARANCE | Affiliated: CROWN, CORK & SEAL COMPANY INC. |
| 07-20-2006 | ANSWER FILED | Affiliated: AURORA PUMP COMPANY |
| 07-21-2006 | RESPONSE | TO CRSCLM OF SID HARVEY INDUSTRIES INC Affiliated: DAP INC. |
| 07-21-2006 | CROSSCLAIM FILED | AGAINST SID HARVEY INDUSTRIES INC Affiliated: DAP INC. |
| 07-21-2006 | ANSWER FILED | BY DEFTS. |
| 07-25-2006 | ANSWER FILED | Affiliated: DAP INC. |
| 07-25-2006 | ANSWER FILED | Affiliated: THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE CO. |
| 07-25-2006 | STIPULATION FILED | Affiliated: COPES-VULCAN |
| 07-26-2006 | ANSWER FILED | Affiliated: INGERSOLL -RAND COMPANY |
| 07-26-2006 | ANSWER FILED | Affiliated: GENERAL ELECTRIC COMPANY |
| 07-26-2006 | ANSWER FILED | Affiliated: FORD MOTOR CO. |
| 07-26-2006 | ANSWER FILED | Affiliated: DAIMLER CHRYSLER |
| 07-26-2006 | ANSWER FILED | Affiliated: DURO-DYNE CORP. |
| 07-27-2006 | ENTRY OF APPEARANCE | FOR ROPER INDUSTRIES Affiliated: DENEHY, MARK O. |
| 07-27-2006 | ANSWER FILED | TO COMPLAINT. BY METROPOLITAN LIFE INSURANCE. |
| 07-27-2006 | ENTRY OF APPEARANCE | BY ATTY THOMEN. ON BEHALF OF GENERAL ELECTRIC. |
| 07-28-2006 | ANSWER FILED | Affiliated: PEABODY ENGINEERING CORP |
| 07-28-2006 | ENTRY OF APPEARANCE | JOHN A CALETRI ENTERS Affiliated: PEABODY ENGINEERING CORP |
| 07-28-2006 | ANSWER FILED | Affiliated: DAP INC. |
| 07-28-2006 | CROSSCLAIM FILED | Affiliated: DAP INC. |
| 08-01-2006 | ANSWER FILED | 2 ENTERED, BY PLF. |
| 08-03-2006 | ANSWER FILED | Affiliated: COEN CO. INC. |
| 08-08-2006 | ANSWER FILED | OF GARDNER DENVER INC |
| 08-10-2006 | ANSWER FILED | OF COPES VULCAN INC, FAIRBANKS MORSE ENGINE, AND GARLOCK SEALING TECHNOLOGIES 3 FILED |
| 08-10-2006 | ANSWER FILED | OF DEF KOHLER CO |
| 08-11-2006 | ANSWER FILED | OF CBS CORP TO PLFS |
| 08-15-2006 | ANSWER FILED | Affiliated: FLOWSERVE US, INC |
| 08-15-2006 | STIPULA FILED,EXTEN OF TIME | DEFTS SHALL HAVE UNTIL 07-31-06 TO ANSWER |
| 08-15-2006 | ANSWER FILED | Affiliated: CLEAVER BROOKS |
| 08-15-2006 | ANSWER FILED | Affiliated: MILWAUKEE VALVE |
| 08-15-2006 | INTEROGATORIES FILED | Affiliated: FLUR CORP. HEADQUARTERS |
| 08-15-2006 | ANSWER FILED | Affiliated: FLUR CORP. HEADQUARTERS |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

| | | |
|---|---|---|
| 08-15-2006 | REQUEST FOR PRODUCTION FILED | Affiliated: FLUR CORP. HEADQUARTERS |
| 08-17-2006 | ENTRY OF APPEARANCE | MICHAEL MARCELLO ENTERS<br>Affiliated: THE GORMAN RUPP CO |
| 08-23-2006 | OTHER DOCUMENT | DESIGNATION OF FACT AND EXPERT WITNESSES, FILED IN C VAULT<br>Affiliated: DAIMLER CHRYSLER |
| 08-23-2006 | OTHER DOCUMENT | DESIGNATION OF FACT AND EXPERT WITNESSES, FILED IN C VAULT<br>Affiliated: FORD MOTOR CO. |
| 08-23-2006 | OTHER DOCUMENT | DESIGNATION OF FACT AND EXPERT WITNESSES, FILED IN C VAULT<br>Affiliated: GENERAL MOTORS CORPORATION |
| 08-23-2006 | ANSWER FILED | OF CNH AMERICA TO PLF'S COMPLAINT |
| 08-23-2006 | ANSWER FILED | TO CROSS CLAIM BY CNH AMERICA LLC |
| 08-23-2006 | ANSWER FILED | OF GORMAN RUPP CO TO PLF COMPLAINT |
| 08-23-2006 | STIPULA FILED,EXTEN OF TIME | BY AGREEMENT OF PARTIES THE TIME IN WHICH DEFT SPIRAX SARCO MAY FILE ITS ANSWER TO PLTF'S COMPLAINT IS EXTENDED UP TO AND INCLUDING 09-06-06. |
| 08-23-2006 | ANSWER FILED | Affiliated: ALFA LAVAL INC. |
| 08-23-2006 | CROSSCLAIM FILED | Affiliated: ALFA LAVAL INC. |
| 08-24-2006 | ANSWER FILED | Affiliated: THE HILLIARD CORP. |
| 08-25-2006 | ORDER ENTERED CASE DISMISSED | GIBNEY, J.<br>Affiliated: EATON CORPORATION |
| 08-25-2006 | JUDGMENT ENTERED | GIBNEY, J.<br>Affiliated: EATON CORPORATION |
| 08-25-2006 | ORDER ENTERED | GIBNEY , J ( A COPY FILED) OF JOINT MOTION FOR VOLUNTARY DISMISSAL |
| 08-25-2006 | JUDGMENT ENTERED | GIBNEY, J. ( A COPY FILED) OF SEPERATE AND FINAL JUDGMENT. |
| 08-25-2006 | STIPULA FILED,EXTEN OF TIME | BY AGREEMENT OF PARTIES DEFT DAP INC. MAY HAVE UP TO INCLUDING 07-30-06 TO FILE ANSWER TO PLTF'S COMPLAINT. |
| 08-28-2006 | ANSWER FILED | Affiliated: H.B. SMITH CO. |
| 08-31-2006 | RESPONSE | TO CROSS CLAIM OF AURORA PUMP COMPANY.<br>Affiliated: DAP INC. |
| 08-31-2006 | ANSWER FILED | Affiliated: HURST BOILER & WELDING CO. |
| 09-05-2006 | ANSWER FILED | OF SPIRAX SARCO INC TO PLTF COMPLAINT DATED 06-16-06. |
| 09-05-2006 | MOTION | VICKERS INCS JOINT MOTION FOR VOLUNTARY SISMISSAL. |
| 09-05-2006 | ANSWER FILED | Affiliated: ACMAT CORP. |
| 09-05-2006 | ENTRY OF APPEARANCE | JEFFREY M. THOMEN FOR DEF. |
| 09-07-2006 | ANSWER FILED | Affiliated: MILTON ROY CO. |
| 09-07-2006 | ANSWER FILED | Affiliated: CLIFTON ASSOCIATES |
| 09-07-2006 | ANSWER FILED | Affiliated: TACO , INC. |
| 09-13-2006 | ANSWER FILED | Affiliated: STERLING FLUID SYSTEMS ( USA) LLC |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

| | | |
|---|---|---|
| 09-13-2006 | ANSWER FILED | Affiliated: LINK - BELT CONSTRUCTION EQUIPMENT CO. |
| 09-13-2006 | ANSWER FILED | Affiliated: KEELER DOOR - OLIVER BURNER CO. |
| 09-13-2006 | RESPONSE | Affiliated: DAP INC. |
| 09-14-2006 | ANSWER FILED | Affiliated: GEORGIA PACIFIC CORPORATION |
| 09-14-2006 | ANSWER FILED | Affiliated: A.W. CHESTERTON COMPANY |
| 09-14-2006 | CASE SETT'D - THIS PARTY ONLY | |
| 09-15-2006 | RESPONSE | CK SMITH AND CO.,INC. |
| 09-18-2006 | CASE SETT'D - THIS PARTY ONLY | PLTFS HEREBY DISMISS THEIR CLAIMS AGAINST DEFT ATLAS SYSTEMS, WITHOUT PREJUDICE<br>Affiliated: ATLAS SYSTEMS GROUP |
| 09-20-2006 | ANSWER FILED | FILED BY ROPER INDUSTRIES |
| 09-20-2006 | ENTRY OF APPEARANCE | TO REPRESENT A PARTY THAT HAS ALREADY BEEN END DATED |
| 09-21-2006 | CROSSCLAIM FILED | Affiliated: BURNHAM CORP. |
| 09-28-2006 | MOTION FOR SUMMARY JUDGMENT | FILED BY DURABLA MANUFACTURING -- TO BE HEARD BEFORE JUDGE GIBNEY |
| 09-29-2006 | ANSWER FILED | Affiliated: FACTORY MUTUAL INSURANCE CO. |
| 10-02-2006 | ANSWER FILED | Affiliated: FACTORY MUTUAL INSURANCE CO. |
| 10-05-2006 | RESPONSE | Affiliated: DAP INC. |
| 10-05-2006 | RESPONSE | 2 ENTERED,FACTORY MUTUAL AND PACKINGS AND INSULATIONS CORP. |
| 10-13-2006 | WITHDRAWAL OF APPEARANCE | BY ATTORNEY CRAIG R WAKSLER. |
| 10-13-2006 | ANSWER FILED | Affiliated: DAP INC. |
| 10-13-2006 | CROSSCLAIM FILED | Affiliated: DAP INC. |
| 10-20-2006 | ANSWER FILED | Affiliated: TH AGRICULTURE & NUTRITION CO. |
| 10-23-2006 | MOTION TO DISMISS | FOR LACK OF IN PERSONAM JURISDICITON ( FILED IN 6TH FLOOR C VAULT IN 06 DRAWER)<br>Affiliated: TODD PACIFIC SHIPARDS CORP. |
| 10-27-2006 | RESPONSE | REPLY TO CROSSCLAIM OF TH AGRICULTURE & NUTRITION LLC<br>Affiliated: DAP INC. |
| 10-27-2006 | CROSSCLAIM FILED | AGAINST TH AGRICULTURE & NUTRITION LLC<br>Affiliated: DAP INC. |
| 11-01-2006 | ANSWER FILED | EATON ELECTRIC |
| 11-01-2006 | ANSWER FILED | Affiliated: COLUMBIA BOILER CO. |
| 11-08-2006 | COMPLETED | |
| 11-14-2006 | ANSWER FILED | TO CROSSCLAIM OF BURNHAM CORP, CLARK-RELIANCE CORP, CERTAINTEED CORP, COEN CO, D B RILEY INC, DEERE & CO; GOULDS PUMPS, HONEYWELL INTERNATIONAL, NASH ENGINEERING, NEW ENGLAND |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

| | | |
|---|---|---|
| | | INSULATION CO & PNEUMO ABEX LLC<br>Affiliated: DAP INC. |
| 11-14-2006 | CROSSCLAIM FILED | AGAINST BURNHAM CORP, CLARK-RELIANCE CORP, CERTAINTEED CORP, COEN CO, D B RILEY INC, DEERE & CO; GOULDS PUMPS, HONEYWELL INTERNATIONAL, NASH ENGINEERING, NEW ENGLAND INSULATION, PNEUMO ABEX<br>Affiliated: DAP INC. |
| 11-15-2006 | ORDER, MOT FOR SUM JUDGMENT | GIBNEY, J GRANTED IN FAVOR OF DEFT TODD SHIPYARDS CORP, |
| 11-15-2006 | JUDGMENT ENTERED | GIBNEY, J. FOR DEFT TODD SHIPYARDS CORPORATION. |
| 11-22-2006 | ANSWER FILED | REPLY TO CROSSCLAIM OF COLUMBIA BOILER CO<br>Affiliated: DAP INC. |
| 11-22-2006 | CROSSCLAIM FILED | AGAINST COLUMBIA BOILER CO<br>Affiliated: DAP INC. |
| 12-04-2006 | ANSWER FILED | Affiliated: COMPUDYNE |
| 12-05-2006 | DOCUMENT(S) FILED | WITNESS DISCLOSURES BY DEFTS IMO INDUSTRIES AND WARREN PUMPS |
| 12-05-2006 | OTHER DOCUMENT | LIST OF EXHIBITS OF BONDEX INTERNATIONAL IN AND RPM INTERNATIONAL INC. |
| 12-05-2006 | OTHER DOCUMENT | EXPERT DESIGNATIONS OF THE DEFTS BONDEX INTERNATIONAL INC AND RPM INTERNATIONAL INC ( 2 FILED) |
| 12-05-2006 | DOCUMENT(S) FILED | DEFT BORG-WARNER CORP BY ITS SUCCESSOR IN INTEREST , BORG WARNER MORSE TEC INC EXHIBIT LIST |
| 12-05-2006 | OTHER DOCUMENT | DEFT WEIL MCLAIN A DIVISON OF THE MARLEY WYLAIN COMPANY EXPERT WITNESS DISCLOSURE |
| 12-05-2006 | DOCUMENT(S) FILED | DEFT WEIL-MCLAINS FACT WITNESS AND EXHIBIT LIST |
| 12-05-2006 | DOCUMENT(S) FILED | DEFT WARREN PUMPS AND IMO INDUSTRIES EXHIBIT LIST ( 2 FILED IN 6TH FLOOR C VAULT IN 06 DRAWER) |
| 12-07-2006 | MOTION FOR SUMMARY JUDGMENT | Affiliated: SID HARVEY INDUSTRIES INC. |
| 12-07-2006 | MEMO IN SUPPORT MOT SUM JUDG | Affiliated: SID HARVEY INDUSTRIES INC. |
| 12-19-2006 | STIPULATION FILED | BY AGREEMENT DISMISSED WITH PREJUDICE, NO INTEREST, NO COSTS ( TO DEFT CHICAGO FIRE BRICK DIVISON OF ALLIED MINERAL PRODUCTS |
| 12-19-2006 | CASE SETT'D - THIS PARTY ONLY | |
| 01-02-2007 | STIPULATION FILED | PLTFS DISMISS DEFT ANCHOR INSULATION CO FROM ABOVE MATTER WITH PREJUDICE. EACH PARTY AGREES THAT IT SHALL BE RESPONSIBLE FOR ITS OWN COSTS AND FEES INCURRED IN THIS MATTER |
| 01-02-2007 | CASE SETT'D - THIS PARTY ONLY | AS TO DEFT ANCHOR INSULATION CO. |
| 01-10-2007 | ANSWER FILED | TO THE PLTF'S COMPLAINT<br>Affiliated: ZURN INDUSTRIES |
| 01-11-2007 | MOTION TO DISMISS | FILED BY CBS CORP. – TO BE HEARD BEFORE JUDGE GIBNEY |
| 01-18-2007 | ANSWER FILED | Affiliated: CASH ACME |
| 01-24-2007 | CASE SETT'D - THIS PARTY ONLY | F/K/A VIACOM INC.<br>Affiliated: CBS CORP |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

| | | |
|---|---|---|
| 01-24-2007 | ORDER ENTERED | GIBNEY, J. – ALL CLAIMS DISMISSED AGAINST CBS CORP F/K/A VIACOM ONLY<br>Affiliated: VIACOM, INC. |
| 01-30-2007 | ANSWER FILED | OF DEFT PETROLEUM HEAT AND POWER COMPANY INC.<br>Affiliated: PETRO OIL BURNING CO. |
| 02-01-2007 | ENTRY OF APPEARANCE | BY ATTORNEYS MARK O DENEHY, VICTORIA M ALMEIDA, R. BART TOTTEN AND JAMES R OSWALD<br>Affiliated: THE HILLIARD CORP. |
| 02-09-2007 | ENTRY OF APPEARANCE | DAVID A GOLDMAN ENTERS FOR DEF FULTON BOILER WORKS INC. |
| 02-09-2007 | ANSWER FILED | Affiliated: FULTON BOILER CO. |
| 02-15-2007 | WITHDRAWAL OF APPEARANCE | BY ATTORNEY RAYMOND ALAN LAFAZIA<br>Affiliated: DURABLA MANUFRACTURING CO. |
| 02-15-2007 | RESPONSE | TO CROSS CLAIM OF FULTON BOILER WORKS INC<br>Affiliated: DAP INC. |
| 02-15-2007 | OTHER DOCUMENT | MASTER EXPERT WITNESS DISCLOSURE LIST |
| 02-16-2007 | WITHDRAWAL OF APPEARANCE | BY ATTORNEY RAYMOND ALAN LAFAZIA<br>Affiliated: DURABLA MANUFRACTURING CO. |
| 02-16-2007 | ENTRY OF APPEARANCE | RAFAEL MCLAUGHLIN ENTERS FOR THE DEF. |
| 02-26-2007 | AMENDED WITNESS LIST FILED | Affiliated: GENERAL MOTORS CORPORATION |
| 02-26-2007 | AMENDED WITNESS LIST FILED | Affiliated: DAIMLER CHRYSLER |
| 02-26-2007 | AMENDED WITNESS LIST FILED | Affiliated: FORD MOTOR CO. |
| 03-02-2007 | NOTICE | OF WITHDRAWAL OF COUNSEL BY JENNIGER A WHELAN , MICHAEL F SOMMERVILLE , AND GREGORY J MAYON BEHALF OF DEFT FULTON BOILER WORKS INC<br>Affiliated: FULTON BOILER CO. |
| 03-02-2007 | MOTION TO COMPEL ANSW INTEROG | TO BE HEARD BY JUDGE GIBNEY<br>Affiliated: FLUR CORP. HEADQUARTERS |
| 03-02-2007 | MOTION TO COMPEL PRODUCTION | TO BE HEARD BY JUDGE GIBNEY<br>Affiliated: FLUR CORP. HEADQUARTERS |
| 03-02-2007 | MOTION TO COMPEL ANSW INTEROG | TO BE HEARD BY JUDGE GIBNEY<br>Affiliated: FISHER SCIENTIFIC CO , LLC. |
| 03-02-2007 | MOTION TO COMPEL PRODUCTION | TO BE HEARD BY JUDGE GIBNEY<br>Affiliated: FISHER SCIENTIFIC CO , LLC. |
| 03-06-2007 | ANSWER FILED | TO COMPLNT & AFFIRMATIVE DEFENSES<br>Affiliated: MCQUAY INTERNATIONAL |
| 03-06-2007 | ANSWER FILED | TO COMPLNT & AFFIRMATIVE DEFENSES<br>Affiliated: SENSUS METERING SYSTEMS |
| 03-07-2007 | CASE SETT'D - THIS PARTY ONLY | CLAIMS AGINST DEFT SEARS ROEBUCK & CO DISMISSED WITH PREJUDICE, NO INTEREST/COSTS |
| 03-14-2007 | CASE SETT'D - THIS PARTY ONLY | DISMISSED AGAINST DEFT PLIBRICO ASBESTOS TRUST<br>Affiliated: PLIBRICO CO. |
| 04-02-2007 | WITHDRAWAL OF APPEARANCE | ATTY'S NEVER ENTERED ON CASE FOR DEFT RPM INTERNATIONAL |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

| | | |
|---|---|---|
| 04-02-2007 | ENTRY OF APPEARANCE | Affiliated: DIGHELLO, RICHARD M |
| 04-02-2007 | ENTRY OF APPEARANCE | Affiliated: DIGHELLO, RICHARD M |
| 04-06-2007 | MOTION FOR SUMMARY JUDGMENT | 3 FILED - TO BE HEARD BY GIBNEY,J<br>Affiliated: FISHER SCIENTIFIC CO , LLC. |
| 04-06-2007 | MEMORANDUM FILED | IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND FOR ENTRY OF JUDGMENT<br>Affiliated: FLUR CORP. HEADQUARTERS |
| 04-09-2007 | ORDR, MOT TO COMPL REQ PROD | GIBNEY,J - GRANTED, PLTF HAS UNTIL 4-24-07 TO RESPOND<br>Affiliated: FISHER SCIENTIFIC CO , LLC. |
| 04-09-2007 | ORDR, MTN CMPL ANS TO INTEROG | GIBNEY,J - GRANTED, PLTF HAS UNTIL 4-24-07 TO RESPOND<br>Affiliated: FISHER SCIENTIFIC CO , LLC. |
| 04-09-2007 | ORDR, MOT TO COMPL REQ PROD | Affiliated: FLUR CORP. HEADQUARTERS |
| 04-09-2007 | ORDR, MTN CMPL ANS TO INTEROG | Affiliated: FLUR CORP. HEADQUARTERS |
| 04-26-2007 | ORDER, MOT FOR SUM JUDGMENT | GIBNEY, J - DEFT'S MOTION FOR SUMMARY JUDGMENT AS TO ALL CLAIMS, CROSS-CLAIMS AND THIRD-PARTY ACTIONS IS GRANTED; FINAL JUDGMENT SHALL ENTER FOR FISHER SCIENTIFIC COMPANY, LLC.<br>Affiliated: FISHER SCIENTIFIC CO , LLC. |
| 04-26-2007 | CASE SETT'D - THIS PARTY ONLY | GIBNEY, J - JUDGMENT HEREBY ENTERS FOR FISHER DENYING AND DISMISSING ALL CLAIMS, CROSS-CLAIMS AND THIRD-PARTY ACTIONS AGAINT FISHER WITH PREJUDICE |
| 05-01-2007 | ORDER ENTERED | |
| 05-17-2007 | MOTION TO DISMISS | TO BE HEARD BY GIBNEY , J. ( 2 FILED)<br>Affiliated: FLUR CORP. HEADQUARTERS |
| 05-18-2007 | MOTION TO COMPEL PRODUCTION | TO BE HEARD BY GIBNEY, J.<br>Affiliated: FACTORY MUTUAL INSURANCE CO. |
| 05-18-2007 | MOTION TO COMPEL ANSW INTEROG | TO BE HEARD BY GIBNEY , J<br>Affiliated: FACTORY MUTUAL INSURANCE CO. |
| 05-21-2007 | ANSWER FILED | Affiliated: BELL & GOSSETT CO. |
| 05-21-2007 | ANSWER FILED | Affiliated: ITT INDUSTRIES INC. |
| 06-06-2007 | ORDR, MTN CMPL ANS TO INTEROG | GIBNEY,J - PLTF HAS UNTIL 6-26-07 |
| 06-08-2007 | ANSWER FILED | Affiliated: AEROJECT, A GENCORP INC. CO. |
| 06-08-2007 | CROSSCLAIM FILED | Affiliated: AEROJECT, A GENCORP INC. CO. |
| 06-18-2007 | ANSWER FILED | Affiliated: AEROJECT, A GENCORP INC. CO. |
| 06-18-2007 | CROSSCLAIM FILED | Affiliated: AEROJECT, A GENCORP INC. CO. |
| 06-18-2007 | ANSWER FILED | TO CROSSCLAIM<br>Affiliated: AEROJECT, A GENCORP INC. CO. |
| 06-19-2007 | ANSWER FILED | TO AMENDED COMPLNT<br>Affiliated: AMERICAN STANDARD INC. |
| 06-28-2007 | CERTIFICATE OF SERVICE | |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

| | | |
|---|---|---|
| 07-24-2007 | MOTION TO DISMISS | TO BE HEARD BY GIBNEY , J<br>Affiliated: FACTORY MUTUAL INSURANCE CO. |
| 08-03-2007 | ORDER ENTERED | GIBNEY,J - DEFT FM GLOBAL DIMISSED WITH PREJUDICE WITHOUT COSTS OR INTEREST |
| 08-07-2007 | MOTION TO AMEND ANSWER | 3 FILED - TO BE HEARD BY GIBNEY , J |
| 08-15-2007 | CROSSCLAIM FILED | Affiliated: GENERAL ELECTRIC COMPANY |
| 08-15-2007 | WITHDRAWAL OF APPEARANCE | JS FOLGER-HARTWELL WITHDRAWS |
| 08-17-2007 | MOTION TO ENTER JUDGMENT | IN FAVOR OF DEFT FACTORY MUTUAL INSURANCE - TO BE HEARD BY GIBNEY , J |
| 09-04-2007 | WITHDRAWAL OF APPEARANCE | DAVID A GOLDMAN ESQ |
| 09-05-2007 | JUDGMENT ENTERED | GIBNEY, J - IN FAVOR OF DEFT FACTORY MUTUAL INSURANCE CO ("FM GLOBAL")<br>Affiliated: FACTORY MUTUAL INSURANCE CO. |
| 10-12-2007 | DOCUMENT(S) FILED | EXPERT AND FACT WITNESS DESIGNATIONS<br>Affiliated: HOMASOTE CO. |
| 10-12-2007 | DOCUMENT(S) FILED | EXPERT AND FACT WITNESS DESIGNATIONS OF DEFTS INTERNATIONAL PAPER COMPANY AND U.S. PLYWOOD CORPORATION |
| 10-12-2007 | OTHER DOCUMENT | EXPERT AND FACT WITNESS DESIGNATIONS OF DEFT TYCO VALVES & CONTROLS AND CARRIER CORPORATIONS ( 2 FILED) |
| 10-12-2007 | OTHER DOCUMENT | EXHIBIT LIST OF DEFTS - CLIFTON ASSOCIATES, JOHNSON CONTROLS INC , BLACKMER PUMPS AND KOHLWR COMPANY - ( 4 FILED IN 6TH FLOOR C VAULT IN 06 DRAWER) |
| 10-12-2007 | OTHER DOCUMENT | LAY WITNESSESS<br>Affiliated: CLIFTON ASSOCIATES |
| 10-12-2007 | OTHER DOCUMENT | FACT AND LAY WITNESSES DESIGNATIONS - 4 FILED |
| 10-15-2007 | OTHER DOCUMENT | (8 FILED) DEFT'S EXHIBIT LIST. |
| 10-15-2007 | OTHER DOCUMENT | (11 FILED) WITNESS DISCLOSURE LIST FILED BY DEFTS. |
| 10-23-2007 | MOTION TO AMEND COMPLAINT | TO BE HEARD BY GIBNEY , J<br>Affiliated: KORTEKAMP, JACK |
| 10-25-2007 | ANSWER FILED | Affiliated: H.H ROBERTSON FLOOR SYSTEMS |
| 10-31-2007 | MEMO IN SUPPORT MOT SUM JUDG | Affiliated: BELL & GOSSETT CO. |
| 11-02-2007 | MOTION FOR SUMMARY JUDGMENT | AND MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGMENT, NOTICE OF HEARING TO BE HEARD BY GIBNEY, J<br>Affiliated: ASCO VALVES |
| 11-02-2007 | MOTION FOR SUMMARY JUDGMENT | AND MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGMENT, NOTICE OF HEARING TO BE HEARD BY GIBNEY , J<br>Affiliated: ITT INDUSTRIES INC. |
| 11-02-2007 | MEMORANDUM FILED | OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND MOTION FOR ENTRY OF SEPARTE AND |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

| | | |
|---|---|---|
| | | FINAL JUDGMENT<br>Affiliated: ITT INDUSTRIES INC. |
| 11-02-2007 | MEMORANDUM FILED | OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND MOTION FOR ENTRY OF SEPART AND FINAL JUDGMENT<br>Affiliated: ASCO VALVES |
| 11-05-2007 | MEMORANDUM FILED | OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br>Affiliated: GRAYBAR ELECTRIC CO. |
| 11-20-2007 | AMENDED COMPLAINT FILED | BY PLFS |
| 11-20-2007 | ANSWER FILED | OF UTICA BOILER CO TO PLFS' AMENDED COMPLAINT |
| 11-21-2007 | ANSWER FILED | TO AMENDED COMPLAINT<br>Affiliated: COPES-VULCAN |
| 11-21-2007 | ANSWER FILED | TO AMENDED COMPLAINT<br>Affiliated: SPIRAX SARCO, INC. |
| 11-21-2007 | ANSWER FILED | TO AMENDED COMPLAINT<br>Affiliated: GRAYBAR ELECTRIC CO. |
| 11-21-2007 | ANSWER FILED | TO AMENDED COMPLAINT<br>Affiliated: BRIGGS & STATTON CORP. |
| 11-30-2007 | ANSWER FILED | 5 ANSWERS OF DEFS HOMASOTE,US PLYWOOD,TYCO VALVES,INTERNATIONAL PAPER, AND CARRIER CORP. |
| 12-06-2007 | ANSWER FILED | Affiliated: MCQUAY INTERNATIONAL |
| 12-10-2007 | ANSWER FILED | OF SPX COOLING TECHNOLOGIES INCAND DAP INC 2 FILED |
| 12-20-2007 | ANSWER FILED | TO AMENDED COMPLNT<br>Affiliated: SENSUS METERING SYSTEMS |
| 12-21-2007 | ANSWER FILED | Affiliated: THE GORMAN RUPP CO |
| 12-21-2007 | ANSWER FILED | Affiliated: PATTERSON PUMP CO. |
| 12-31-2007 | ANSWER FILED | AMENDED COMPLAINT<br>Affiliated: COMPUDYNE |
| 12-31-2007 | ANSWER FILED | AMENDED COMPLAINT<br>Affiliated: MELRATH |
| 01-02-2008 | ANSWER FILED | TO AMENDED COMPLNT<br>Affiliated: DURABLA MANUFRACTURING CO. |
| 01-02-2008 | CROSSCLAIM FILED | Affiliated: DURABLA MANUFRACTURING CO. |
| 01-07-2008 | SUPPLEMENTAL INTEROG FILED | Affiliated: GENERAL ELECTRIC COMPANY |
| 01-07-2008 | SUPPLMNTL REQ FOR PRODUC FILE | Affiliated: GENERAL ELECTRIC COMPANY |
| 01-08-2008 | ANSWER FILED | TO COMPLNT<br>Affiliated: ARMSTRONG INTERNATIONAL INC. |
| 01-10-2008 | MOTION FOR SUMMARY JUDGMENT | Affiliated: LINK - BELT CONSTRUCTION EQUIPMENT CO. |
| 01-10-2008 | MEMO IN SUPPORT MOT SUM JUDG | Affiliated: LINK - BELT CONSTRUCTION EQUIPMENT CO. |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

| | | |
|---|---|---|
| 01-10-2008 | MEMO IN SUPPORT MOT SUM JUDG | Affiliated: THE UTICA BOILER CO. |
| 01-10-2008 | MOTION FOR SUMMARY JUDGMENT | Affiliated: THE UTICA BOILER CO. |
| 01-10-2008 | MOTION FOR SUMMARY JUDGMENT | Affiliated: KEELER DOOR - OLIVER BURNER CO. |
| 01-10-2008 | MEMO IN SUPPORT MOT SUM JUDG | Affiliated: KEELER DOOR - OLIVER BURNER CO. |
| 01-11-2008 | MEMO IN SUPPORT MOT SUM JUDG | Affiliated: TRANE INC. |
| 01-11-2008 | MOTION FOR SUMMARY JUDGMENT | TO BE HEARD BEFORE GIBNEY, J<br>Affiliated: AMERICAN STANDARD INC. |
| 01-15-2008 | DOCUMENT(S) FILED | EXHIBIT LIST<br>Affiliated: GOULDS PUMPS INC. |
| 01-15-2008 | WITNESS LIST FILED | EXPERT<br>Affiliated: GOULDS PUMPS INC. |
| 01-15-2008 | WITNESS LIST FILED | FACT<br>Affiliated: GOULDS PUMPS INC. |
| 01-18-2008 | NOTICE | RE-NOTICE OF MOTION SUMMARY JUDGMENT AND FOR ENTRY OF JUDGMENT PURSUANT TO RULE 54(B) - TO BE HEARD BEFORE GIBNEY, J<br>Affiliated: FLUR CORP. HEADQUARTERS |
| 01-18-2008 | MEMORANDUM FILED | OF LAW IN SUPPORT OF ITS RE-NOTICED MOTION FOR SUMMARY JUDGMENT AND FOR ENTRY OF JUDGMENT PURSUANT TO RULE 54(B) - TO BE HEARD BEFORE GIBNEY, J<br>Affiliated: FLUR CORP. HEADQUARTERS |
| 01-22-2008 | MOTION FOR SUMMARY JUDGMENT | Affiliated: BONDEX INTERNATIONAL INC. |
| 01-22-2008 | MOTION FOR SUMMARY JUDGMENT | Affiliated: THE W.M. POWELL |
| 01-22-2008 | MOTION FOR SUMMARY JUDGMENT | Affiliated: R.P.M. INTERNATIONAL INC. |
| 01-23-2008 | MOTION TO DISMISS | & DEFT JOINT MTN FOR VOLUNTARY DISMISSAL<br>Affiliated: KORTEKAMP, JACK |
| 01-24-2008 | MOTION FOR SUMMARY JUDGMENT | TO BE HEARD BY GIBNEY , J<br>Affiliated: FULTON BOILER CO. |
| 01-24-2008 | MOTION FOR SUMMARY JUDGMENT | TO BE HEARD BY GIBNEY , J<br>Affiliated: ACMAT CORP. |
| 01-24-2008 | MOTION FOR SUMMARY JUDGMENT | TO BE HEARD BY GIBNEY , J<br>Affiliated: SPENCE ENGINEERING CO. |
| 01-24-2008 | MOTION FOR SUMMARY JUDGMENT | TO BE HEARD BY GIBNEY , J<br>Affiliated: BUFFALO PUMPS INC |
| 01-24-2008 | MEMO IN SUPPORT MOT SUM JUDG | Affiliated: FULTON BOILER CO. |
| 01-24-2008 | MEMO IN SUPPORT MOT SUM JUDG | Affiliated: ACMAT CORP. |
| 01-24-2008 | MEMO IN SUPPORT MOT SUM JUDG | Affiliated: BUFFALO PUMPS INC |
| 01-24-2008 | MEMO IN SUPPORT MOT SUM JUDG | Affiliated: SPENCE ENGINEERING CO. |
| 01-30-2008 | WITNESS LIST FILED | EXPERT<br>Affiliated: CRANE COMPANY |
| 01-30-2008 | DOCUMENT(S) FILED | TRIAL EXHIBIT LIST<br>Affiliated: CRANE COMPANY |
| 02-05-2008 | NOTICE OF REMOVAL | Affiliated: GENERAL ELECTRIC COMPANY |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: PC-2006-3253 JACK KORTEKAMP V 3M CO

| | | |
|---|---|---|
| 02-05-2008 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT # CA 08 43S<br>Affiliated: GENERAL ELECTRIC COMPANY |
| 02-05-2008 | OTH DOC FILED DURING DISCOV | |