IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TODD KORTEKAMP, As Executor of the Estate Of JACK KORTEKAMP, and GERALDINE KORTEKAMP, as Surviving Spouse | : | |
| v. | : | C.A. No. 08-43/S |
| 3M COMPANY, et al. | : | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Jeffrey S. Brenner, Esquire, and the law firm of Nixon Peabody LLP hereby enter an appearance on behalf of Sid Harvey Industries, Inc..

SID HARVEY INDUSTRIES, INC.
By its Attorneys,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: jbrenner@nixonpeabody.com

Dated: February 15, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that I forwarded a copy of the within Entry of Appearance via the electronic filing system to John E. Deaton, Esq., The Deaton Law Firm LLC, One Richmond Square, Suite 134C, Providence, RI 02906, jdeaton@deatonlawfirm.com and to Jeffrey M. Thomen, Esq., McCarter & English, LLP, 185 Asylum Street, City Place I, Hartford, CT 06103, jthomen@mccarter.com and to all parties able to receive electronic filings via the electronic filing system on this 15th day of February, 2008.

/s/ Jeffrey S. Brenner