# Exhibit C

To Memorandum in Support of Plaintiffs' Motion For Remand
C.A. No. 08-043S

Name: Jack Kortekamp
Initials: JK

**EXHIBIT A: EXPOSURE CHART**

*This represents the palintiff's present recollection and may be supplemented as time and memory allow.*

| DATE | JOBSITE | CONTRACTOR/ EMPLOYER | CO-WORKER (S) | PRODUCT/ MANUFACTURES | JOB DUTIES |
|---|---|---|---|---|---|
| 2001-2004 | Chicopee, MA | Facemate Corp. | Eddie Morzinski, Chicopee, MA | Boilers, compressors, pumps, pipe and block insulation, asbestos gaskets and packing | Chief Boiler Plant Engineer |
| 1999-2001 | St. Vincent Hospital, Worchester, MA | NRC Corp. | None | Boilers, pumps, compressors, valves, asbestos gaskets and packing, asbestos pipe insulation and block insulation | Operating Boiler Engineer |
| 1993-1999 | Holyoke Community College, Holyoke, MA | Holyoke Community College | Mike Giampetro | Boilers, pumps, compressors, valves, asbestos pipe and block insulation, asbestos gaskets and packing | Chief Power Plant Engineer |
| 1988-1993 | Monson, MA | Monson Developmental Center | George Sicara, Mike Hurley | Valves, compressors, pumps, boilers and steam turbines, asbest6os gaskets and packing, Bakelite | Assistant Chief Engineer |

| | | | | | |
|---|---|---|---|---|---|
| 1973-1988 | U of Massachusetts; Amherst College; Esleeck Manufacturing Co.; Greenfield Hospital, Baldwinville, MA; Gardner State Hospital, MA; Nicholson Stone, Co.; Quavuogh Rubber Company; Monson Developmental Center; Crane Company; Hodges Carpet Company; Westfield State College; Textron Corp.; General Cable Corp.; Hale Manufacturing; Gerould Manufacturing Co.; New Kendal Co.; North Hampton State Hospital; Belchertown State School. May be supplemented as discovery and investigation are | Barclay Chemical Company | William "Bill" Britt | Boilers and cooling towers, asbestos gaskets, packing, block and pipe insulation, transite panels | Senior Sales and Service Engineer |

| | | | | | |
|---|---|---|---|---|---|
| | continuing. | | | | |
| 1969-1973 | Monson, MA | Zero Manufacturing Co. | Ken Malita<br>George Sicard | Boilers and steam turbines, pumps, valves, compressors, asbestos gaskets and packing, asbestos pipe and block insulation | Engineer in charge of boilers and steam turbines |
| 1967-1969 | W. Springfield, MA | Agri-Mark | Tim Gallagen, Brian O'Mette | Boilers, steam turbines, pumps, valves, compressors, asbestos packing, preformed or sheet gasket, asbestos pipe and block insulation | Engineer in charge of boiler operations |
| 1967 | Linwood, MA | M. DeYoung Construction | None | Asbestos felt and shingles, asbestos board, gypsum joint compound | Roofer and Plaster Helper |
| 1963-1967 | Parr Shoals, SC | Carolina-Virginia Nuclear Power Plant Assoc. | Ed Fedol<br>Tom Glenn | Piping, valves, compressors, turbines, boilers, compressors, asbestos block and pipe insulation, asbestos gaskets and packing | Technician advancing to Shift Supervisor |

| | | | | | |
|---|---|---|---|---|---|
| 1961 | MA | JJ O'Donnell | Edward Genus, Auburn, MA | Boilers, valves, pumps and compressors, asbestos pipe insulation and cement, asbestos gaskets and packing | Operator/Stationary Fireman |
| 1956-1962 | Shipyard, NY; USS Skate SSN 578 | US Navy | Theodore Archambault, 1226 Pheasant Street, Fall River, MA 02723<br><br>Raymond Aten, 17807 SE 95th Circle, Summerfield, FL 34491<br><br>George Bible, 1842 Lively Rd., #5, Maryville, TN 37801<br><br>David Boyd, 726- San Ysidro Ln., Santa Barbara, CA 93108<br><br>Richard Boyle, PO Box 157, Los Ojos, NM 87551<br><br>Walter Bydairk, 443 Robert Drive, Ballston SPA, NY 12020 | Pumps, compressors, turbines, reactors, valves, piping, boilers, electrical, asbestos pipe/block/blanket insulation and asbestos cement, asbestos sprayed insulation, asbestos gaskets/packing, Bakelite insulation board, asbestos blankets & gloves | Engine Room Operator and Machinist Mate 1st Class |

| | | | | | |
|---|---|---|---|---|---|
| | | | Roderick Cashes, 159 Grove Street, Clinton, MA 01510<br><br>Ted Dick, 115 S. 4th., Fowler, CA 93625<br><br>Paul Dornberg, 3059 Chimayo Lane, Las Vegas, NV 89122<br><br>Bernard Flanagan, 4102 Sweet Bay Drive, Mims, FL 32757<br><br>Otis Franks, 4520 Stone Wydne Drive, Louisville, KY 40272<br><br>Bill Gardner, 11188 Upton rd., Windsor, MO 65360<br><br>Joe Haley, 1203 Shoreside Dr., Hendersonville, TN 37075<br><br>Charles Hall, 15 McElaney Dr., Niantic, CT 06357<br><br>Bill Holzendorf – bholzendorf@msn.com | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | Jim Hubble, 2207 Valley Dr., Idaho Falls, ID 83401<br><br>Frank Imlay, 1391 W. 1225 S, Cedar City, UT 84720<br><br>Al Ingham, 47 Valley Brook Dr., Feeding Hills, MA 01030<br><br>Val Keaveny, 2803 Anderson Hill rd. S.W., Port Orchard, WA 98366<br><br>Richard King, 15 Orchard Lane, Mystic, CT 06355<br><br>Bob Law, 469 Severnside Dr., Severna Park, MD 21146<br><br>Williard Lay, RR 1, Box 203, Bradley, AR 71826<br><br>William Layman, 11545 Crestridge Dr., Los Altos, CA 94024 | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | Archie Lusk, 3230 Grand Ave., DeLand, FL 32720<br><br>John Medaglia, 27 Amherst Rd., Newton, MA 02168<br><br>David Mitchell, 20926 Peppertree Lane, Cupertino, CA 95014<br><br>Tony Morris, 64 Johnson Rd., Marlboro, CT 06447<br><br>Bob Moyle, 10 Woodland Rd., Fleetwood, PA 19522<br><br>John Nicholson, 7080 Caminito Manersa, La Jolla, CA 92037 | | |

| | | | | | |
|---|---|---|---|---|---|
| 1955-1956 | Millbury, MA | Felters Company | Larry Thayer | Boilers, valves, gauges, compressors, condensers, steam turbines, pumps, asbestos insulation, gaskets, asbestos packing, asbestos cement | Operating Fireman in boiler room |
| 1955 | Worcester, MA | Worcester State Hospital | None | Boilers, valves, gauges, compressors, condensers, steam turbines, pumps, asbestos insulation, gaskets, asbestos packing, asbestos cement | Operating Fireman in boiler rooms |
| 1953-1955 | Millbury, MA | Millbury Motor Company | Lincoln Bourdon, Owner; Tainer Hill, Millbury, MA | Asbestos gaskets, brakes and clutches | Mechanic Helper |

# PLAINTIFF'S CERTIFICATION

This is to certify that I, Jack M. Kortekamp, the plaintiff in this action, have read the foregoing Answers to Interrogatories and Requests for Production and state that they are true and accurate to the best of my knowledge and belief on this 23rd day of June, 2006.

Jack Kortekamp
Jack M. Kortekamp

STATE OF: MASSACHUSETTS
COUNTY OF:

On this 23rd day of June, 2006, before me, personally appeared, Jack Kortekamp, under oath, the truth of the foregoing responses to Interrogatories and Requests for Production and also acknowledged their execution of the above document.

DENISE MARIE LAPENAS
Notary Public
Commonwealth of Massachusetts
My Commission Expires Dec 29, 2011

Notary Public
My Commission Expires: 12/29/06

THE PLAINTIFF

BY______________________________

John E. Deaton, Esq. (Bar #6537)

The Deaton Law Firm
One Richmond Square, 134 C
Providence, RI 02906

**CERTIFICATION**

This is to certify that a copy of the above document was mailed first-class, postage prepaid to all counsel on the attached service list, on this the 2 day of Aug, 2006.

______________________________
John E. Deaton, Esq.