# Exhibit D

To Memorandum in Support of Plaintiffs' Motion For Remand
C.A. No. 08-043S

OK 4

DEPARTMENT OF THE NAVY
BUREAU OF SHIPS
WASHINGTON 25, D. C.

IN REPLY REFER TO
SS(N)578C1/S47-[illegible](1500B)
~~NObs 66541~~
Ser 1500B-404
[illegible] January 1958

From: Chief, Bureau of Ships
To: Inspector of Naval Material
(Bureau of Ships Technical Representative)
U. S. Atomic Energy Commission
P. O. Box 1105
Pittsburgh, Pennsylvania

Subj: Project S3W/S4W - General Electric Primary Coolant Pumps; approval of deviations

Ref: (a) Bettis ltr WAPD-SFR-MA-185 of 3 Dec 1957
(b) BSTR memo SFR:HHH-707 of 3 Dec 1957
(c) Bettis ltr WAPD-SFR-MA-238 of 3 Dec 1957
(d) BSTR memo SFR:HHH-708 of 3 Dec 1957
(e) BuShips ltr NObs 66541(1500B) Ser 1500-1956 of 10 Sep 1956
(f) Phonecon of 18 Dec 1957 between BuShips(J. F. Condon) and Bettis (J. T. Mooney)
(g) BuShips ltr Ser 1500-1643 of 21 Feb 1957

1. Reference (a), forwarded by reference (b), received on 5 December 1957, recommends approval to accept General Electric S3W/S4W primary coolant pumps if the maximum input power at rated capacity and head is 300 KW. It states that the Bettis specification is capable of two interpretations - the 300 KW maximum input power requirement could apply to rated head and capacity or to 250 fluid horsepower. It states that the pumps will be suitable for the S3W/S4W system operating conditions if the 300 KW applies to rated capacity and head as recommended. It states that by Change Notice #5 of the purchase order, the pump-motor will not be allowed to exceed the allowable temperature rise when developing 250 fluid horsepower (reference (e) had requested Bettis to modify the test specification to specify that the heat run should be conducted at 250 fluid horsepower to correct this possible misinterpretation). By reference (f) Bettis stated that the Reliance S3W/S4W pump required approximately 280 KW and the Westinghouse S3W/S4W pump approximately 303 KW (as indicated in WAPD-SFR-AS(M)-1198 of 25 January 1957) to develop 250 fluid horsepower.

2. Reference (c) forwarded by reference (d), received on 5 December 1957, recommended approval to accept General Electric S3W/S4W primary coolant pumps with a jacket cooling water pressure drop of 11 to 13 psi instead of 5 psi as specified in Equipment Specification E-565304-G. It states Bettis has established that a cooling water pressure drop of up to 15 psi is allowed by the system design and that General Electric has agreed to reduce the pump contract price by $12,000 if the 11-13 psi cooling jacket pressure drop is accepted and the 300 KW limitation is applied to rated head and flow in accordance with reference (a).

Research by Paper Trails
Historical Research LLC

SS(N)578C1/S47-1-1(1500B)
NObs 66541
Ser 1500B-404

3. Approval is granted subject to the following comments:

a. It is requested that Bettis inform General Electric Co. that pumps not meeting the above specification requirements will be accepted on this purchase order only. However, the General Electric Co. will be held responsible for the cost of modifying the pumps if unsatisfactory plant operation should develop from the jacket water cooling system pressure drop exceeding 5 psi. On all future orders for the naval nuclear power plant program the General Electric Co. ~~should~~ will be required to meet all specification requirements.

b. It is requested that Bettis modify specification E-565304 and T-551995 (the equipment and test specification) such that all pumps ordered in the future will meet the 300 KW/250 fluid horsepower requirements.

c. It is requested that Bettis initiate action to assure that the correct orificing arrangement is included in the ship's cooling water system when a Westinghouse, Reliance or General Electric Co. pump is installed.

d. The present pumps will be required to comply with all other requirements of the component specification and meet system requirements for both the S3W and S4W plants as discussed in reference (g).

4. It is requested that copies of the revised specifications requested in paragraph 3 above and copies of the S3W/S4W performance curves discussed in reference (g) be forwarded to the Bureau by 5 February 1958.

5. This letter in no way authorizes any increase in the cost of the subject contract or purchase order under which the above equipment is being procured, or any changes in commitments or delivery schedule.

B. T. Resnick
B. T. RESNICK
By direction

CC:
BSTR, Pgh (5)
Mgr., Bettis (1)
Cog. Engr., I. J. Rome, Bettis (1)

560 (Electrical)
549 (Pumps)

DISTRIBUTION:
1500-B subj
1500-B rdg
RD subj
RD rdg
Rickover (pk)
Resnick (gr)
Panoff (wh)
1500 Chron
Marks
Grigg

RECORD NOTE: Route slip comments of Code 549 (Cohen) of 12/10/57, 560 (Glod) of 12/19/57, Marks/Stolzenberg of 12/6/57, Grigg of 12/7/57 and discussion of 12/10/57 with Panoff were considered in preparing this letter. Draft of letter concurred in by Marks and Grigg on 1/7/58. Letter modified to state directly that future purchase orders will require specification compliance per discussion between H. G. Rickover, J. F. Condon and B. T. Resnick on 1/17/58.

Prepared by J. F. Condon, Ext. 61317, Second page revised 1/7/58, 1/17/58, 1/21/58
Retyped by O. J. Clemens 1/17/58 , 1/21/58

Research by Paper Trails Historical Research LLC

REPRODUCED AT THE NATIONAL ARCHIVES