# Exhibit E

To Memorandum in Support of Plaintiffs' Motion For Remand
C.A. No. 08-043S

# WESTINGHOUSE
## ELECTRIC CORPORATION

WAPD-SFR-MA-238

BETTIS PLANT
CLAIRTON SITE
P.O. BOX 1526
PITTSBURGH 30, PA.

December 3, 1957

Bureau of Ships Technical Representative
Bettis Plant
U. S. Atomic Energy Commission
P. O. Box 1105
Pittsburgh 30, Pennsylvania

Subject: SFR Project
General Order WG-73400/AP Contract NObs 66541
Main Coolant Pumps - General Electric
S.O. 1-AP-9405-G1, P.O. 73-81562, E-565304-G

Reference: (a) WAPD-SFR-MA-185 dated December 1957

Dear Sir:

Reference (a) recommended to the Bureau of Ships that a waiver be granted General Electric with respect to the input power limitation on the pump motor when loaded to 250 hydraulic horsepower.

SFR Purchasing has discussed with General Electric the effect on contract price if Bettis obtained a waiver for the input power deviation and what reduction in the contract price could be expected for the subject pumps since they do not meet specification. As a result of these discussions, General Electric has stated they will not consider any reduction in contract price as a result of obtaining such a waiver, maintaining that in their interpretation, the specification does not require that the input power be limited to 300 KW at 250 hydraulic horsepower load.

In conjunction with the development of the above problem, it was determined that the General Electric pump further deviates from the specification in that the jacket cooling water pressure prop is 11 to 13 psi instead of the specified 5 psi. Bettis has investigated this deviation and has established that a cooling water pressure drop of up to 15 psi is allowed. Electric Boat Division has concurred with the above. Bettis Plant recommends that the increased cooling water pressure drop be accepted since the fresh water system operation is not adversely affected.

In recognition that the pressure drop exceeds the specification requirement, General Electric has agreed to reduce the pump contract price by $12,000 provided that (1) no redesign of the cooling system is required and (2) the input power limitation of 300 KW at 250 hydraulic horsepower not be enforced.



Research by Paper Trails
Historical Research LLC

REPRODUCED AT THE NATIONAL ARCHIVES

WAPD-SFR-MA-238

Bureau of Ships approval of the Bettis recommendation that the pressure drop deviation be accepted is requested. Upon receipt of approval of this recommendation and approval of reference (a), a contract price reduction for the General Electric pumps of $12,000 can be effected by the SFR Project.

Very truly yours,

R. G. Blair, Supv. Engr.
SFR Power Plant
Mechanical Apparatus Section

JTMooney: lep

Distribution List XIII Col. 1

cc: Mr. R. G. Blair (5)

Transmitted by
G. E. Stevanus

Research by Paper Trails Historical Research LLC

REPRODUCED AT THE NATIONAL ARCHIVES