# Exhibit F

To Memorandum in Support of Plaintiffs' Motion For Remand
C.A. No. 08-043S

# WESTINGHOUSE
## ELECTRIC CORPORATION

WAPD-SFR-MA-185

BETTIS PLANT
CLAIRTON SITE
P.O. BOX 1526
PITTSBURGH 30, PA.

December 3, 1957

Bureau of Ships Technical Representative
Bettis Plant
U. S. Atomic Energy Commission
P. O. Box 1105
Pittsburgh 30, Pennsylvania

Subject: SFR Project
Main Coolant Pumps - General Electric
General Order WG-73400/AP, Contract NObs 66541
S. O. 1-AP-9405-G1, P. O. 73-81562, E-565304-G

Dear Sir:

The initial testing on the General Electric main coolant pump indicated that the motor was not capable of meeting the requirements of the equipment specification. In order to improve the performance, General Electric increased the effective air gap by reducing the diameter of the rotor. This required the installation of a smaller diameter rotor can.

The latest test data on the modified General Electric main coolant pump indicates that the motor is still not capable of meeting the requirements of the equipment specification. The present motor deviates from the specifications in two areas: (1) The winding maximum temperature is in excess of 200°C and, (2) The input power (330 kw) exceeds the specification limitation (300 kw).

General Electric has proposed to reduce the winding temperature to an acceptable value by adding copper chill rings to the end turns. Further, General Electric has requested that Bettis Plant accept the main coolant pump motor without correcting the input power deviation. General Electric contends that the pump as proposed above meets all equipment specification requirements and has taken issue with Bettis Plant on the interpretation of the equipment specification.

The following excerpts from Equipment Specification 565304-G are quoted for reference in explaining the General Electric and Bettis Plant positions:

Research by Paper Trails Historical Research LLC

REPRODUCED AT THE NATIONAL ARCHIVES

"B. Detail Requirements for the Pump

5. Rated Capacity - 5300 gpm minimum, in fluid at 2000psi and 450°F, with minimum voltage and frequency as given in C.1 applied to the high speed winding.

7. Developed Head - 160 ft. at full flow of B.5 and minimum voltage and frequency as given in C.1. (This was 57 psi or 159 ft. in revision G but was later changed to 160 ft. in Change Notice #5 dated 4/16/56.)

9. (As modified by Change Notice #5) Driver - Electric motor, two speed (3600 rpm and 1800 rpm) of the canned design with no shaft seal, and using two separate windings. The motor must be designed to drive a pump which is capable of supplying 250 hydraulic horsepower at full flow of B.5 corrected to 60 cps, and not exceed the allowable temperature rise. Maximum length of pumping unit and casing is 67-1/2 inches.

C. General Requirements

1. The motor shall be 440 volt, 3 phase, 60 cps and shall conform to the requirements of MIL-M-17060A, using Class H insulation. The tests as specified in MIL-M-17060A Section 4.1.6 shall be accomplished and supplied to WAPD except for motors that have already been supplied for Navy use and that have BuShips numbers already supplied. Maximum allowable input power at full load is 300 kw.

The power supply of 440 volts, 3 phase, 60 cps is subject to variation as follows: Voltage ± 10%, frequency ± 5%."

General Electric interprets the above as follows:

The "full load" referred to in C.1 corresponds to the rated conditions spelled out in B.5 and B.7 corrected to 60 cps. This is the basic rating of the machine and is referred to as such either explicitly or implicitly throughout the specification.

Bettis Plant interprets the above as follows:

A pump and motor with separate ratings are specified. The full load referred to in C.1 corresponds to the 250 hydraulic horsepower load specified in B.9.

The above interpretations were reviewed and discussed in a meeting at Bettis Plant on October 24, 1957, between General Electric and Bettis Plant. No agreement was reached.



Research by Paper Trails Historical Research LLC

REPRODUCED AT THE NATIONAL ARCHIVES

Bureau of Ships Technical Representative WAPD-SFR-MA-185

Based on information currently available, the main coolant pump as proposed by General Electric is satisfactory for installation in the SFR power plants. However, if at some future date it should become necessary to install hydraulic components capable of delivering 250 hydraulic horsepower, the General Electric main coolant pump would not be interchangeable with the SFR Reliance and Westinghouse main coolant pumps if the additional power required by the General Electric main coolant pump is not available. Enforcement of the equipment specification is based on this premise.

Enforcement of the specification produces a number of problems. These are as follows:

1. The estimated delivery schedule of the General Electric main coolant pump, based on acceptance of the General Electric proposals, would be:

   #1 1/20/58 #4 3/3/58
   #2 2/3/58 #5 3/17/58
   #3 2/17/58 #6 3/31/58

   Redesign of the stator and rotor to meet the maximum input requirement of 300 kw would delay delivery approximately one and one half years.

2. In order to insure main coolant pumps to meet the schedule of the SSG(N)-587, three (3) additional main coolant pumps, at an approximate cost of $300,000, would have to be procured from other SFR main coolant pump suppliers.

In view of the above and since the main coolant pump, as proposed by General Electric, meets the present requirements of the SFR power plants, Bettis Plant recommends that General Electric be granted a waiver on the specification. This waiver would allow the input power at full load of the motor (250 hydraulic horsepower) to exceed 300 kw. The input power at rated flow (215 hydraulic horsepower) would not be allowed to exceed 300 kw.

Bureau of Ships concurrence with the above recommendation is requested.

Very truly yours,

R. G. Blair, Supv. Engr.
SFR Power Plant
Mechanical Apparatus Section

IJRome

Distribution List XIII Col. 2
cc: Mr. R. G. Blair (5)

Transmitted by G. E. Stevanus



Research by Paper Trails Historical Research LLC

REPRODUCED AT THE NATIONAL ARCHIVES