# Exhibit H

To Memorandum in Support of Plaintiffs' Motion For Remand
C.A. No. 08-043S

LAURENCE A. HAWKINS

# ADVENTURE INTO THE UNKNOWN

*The First Fifty Years of the General Electric Research Laboratory*

THE TAFT SCHOOL LIBRARY T

WILLIAM MORROW & CO. NEW YORK, 1950

TK
451
G3
H38

Copyright, 1950, General Electric Company

To
Willis Rodney Whitney

CHAPTER 22

# Knolls Atomic Power Laboratory

WITH THE CLOSE OF WORLD WAR II, one question was foremost in the minds of General Electric research men and engineers. Could those awe-inspiring forces, so devastatingly displayed at Hiroshima and Nagasaki, be harnessed economically to provide power for industrial uses? To seek the answer to this momentous question, the Research Laboratory recruited a number of leading scientists who were available from the break-up of some of the wartime projects, and with their help formulated an initial program.

For a time, progress was hampered by security regulations, but early in 1946 the "Manhattan District," which had developed the atomic bomb, proposed to General Electric that the company should take over the operation of the Hanford Works, which had been constructed and operated by the DuPont Company for the Manhattan District during the war for the production of plutonium.

General Electric was reluctant to undertake that operation, but a little later the Manhattan District proposed that the company should also design, construct, and operate a research and development laboratory at Schenectady for work on peacetime applications of nuclear energy, particularly the development of useful power. This proposal was directly in line with the company's own desire and was promptly accepted. Then, in view of the bearing of the work at Hanford on the problems of power production, the company agreed to take on its management.

The technical group which the Research Laboratory had engaged for nuclear work was at once organized as the atomic power division of the Research Laboratory and became the





nucleus of the new activity. Dr. Kenneth H. Kingdon, who before the war with Dr. H. C. Pollock had succeeded in separating a small amount of uranium 235, and during the war had worked for the Manhattan District at Berkeley, was appointed head of the new division. Later the division's name was changed to Knolls Atomic Power Laboratory. Kingdon became also assistant director of the Research Laboratory in January, 1949.

Originally the Knolls Atomic Power Laboratory staff consisted of Dr. Kingdon and his key scientific assistants drawn from the General Electric Research Laboratory, around whom the technical divisions of the new enterprise were built. Dr. Harvey Brooks, theoretical physicist, who had recently joined the Research Laboratory, became Dr. Kingdon's assistant project head, organized the theoretical physics division, and played a major role in planning and initiating the new laboratory's reactor program. He was strongly backed up by Dr. Henry Hurwitz and Dr. Thoma Snyder with wartime Los Alamos experience and Dr. Lewi Tonks to whom this field was a new challenge in a long career in General Electric research. Dr. John Howe, with experience in the Metallurgical Laboratory of the Manhattan District, headed the metallurgy division, while Dr. James Marsden, ably assisted by Dr. John Flagg, took charge of the chemistry division. Dr. Rudolph Kanne, senior Hanford physicist and Dr. Gerhardt Dessauer, who had worked for the Manhattan District at the University of Rochester, rounded out the skills required in the early phases of the atomic power work. The rapid growth of the laboratory was made possible by the acquisition of a wartime manufacturing building at Peek Street, Schenectady. This became known as the Temporary Atomic Power Laboratory. Meanwhile new laboratories were being designed and built at the Knolls site and were fully occupied early in 1950.

In the initial phases of the atomic power project theoretical and experimental physicists carried the major load, but as the outlines of the task became clearer more and more specialists were brought in, particularly engineers from many departments

THE TAFT SCHOOL LIBRARY T

and laboratories of the company. L. L. Ferguson became assistant executive engineer and handled the multifarious and complex administrative matters which the new laboratory involved. Dr. Leslie Bragg joined the laboratory to direct the difficult and extensive work in chemical engineering at Hanford, and David Cochran, assisted by Kenneth Kesselring from the General Engineering and Consulting Laboratory, organized a rapidly growing and competent engineering division. Business relations with the Government were handled by R. S. Neblett. Later, when Ferguson was assigned to head the work of designing, constructing, and operating a "power-breeder" reactor of a new type, he was succeeded as assistant executive engineer by Admiral W. S. Macaulay, retired.

Early in 1950 the special administrative problems of this large and complex enterprise, jointly undertaken by Government and private industry, had grown to such magnitude that Dr. Kingdon asked for help to permit him to give his major effort to the direction of the scientific work of the laboratory. Accordingly, W. H. Milton, Jr. was asked to become general manager of the Knolls Atomic Power Laboratory, which he did in June of 1950. He had been administrator of the Hanford Works after that plant was taken over by General Electric and was thoroughly familiar with all phases of the work for the Atomic Energy Commission.

There was logic in the assignment of this important and onerous project to General Electric. It was realized by Manhattan District and by its successor, the Atomic Energy Commission, that only a large industrial company with extensive and varied facilities and resources could achieve the speed in development which the project demanded. The General Electric Research Laboratory already had an organized group of technical men of high ability with experience in nucleonics. The varied resources of other departments were available at need. During 1949, for example, the Knolls Atomic Power Laboratory obtained at cost from other departments three quarters of a million dollars' worth of supplies and specialized technical



services which would not have been available to an independent laboratory.

The development of industrial power from nuclear energy involves many and difficult problems, but plans have been made and work well started in attacking these. As reactor development is one of them, the laboratory serves as an auxiliary to the Reactor Division of the Atomic Energy Commission and reports to its director. Within the company the laboratory reports to the director of research who with three other vice presidents of the company constitute a committee responsible for general policies.

In a report dated November 29, 1949, Kingdon stated that this laboratory's program included four major items: furnishing assistance to the Hanford Works; designing, constructing, and operating a power-breeder reactor of a new type; making studies to lead to the design and construction of a reactor suitable for ship propulsion; and making programmatic research on various topics relating to reactor development. In view of the international situation, however, the Commission decided to defer the second item—relating to the power-breeder reactor—until later and to concentrate on the third item, a shipboard power-plant.

Assistance has been given to Hanford on a variety of technical problems, including development works on improved processes for the separation of plutonium from uranium metal which has been exposed to the reactor. This problem is of great importance to Hanford and is also of fundamental importance in the development of an economical peacetime atomic power industry. It will be necessary to make great improvements in the field of separation chemistry before an economic atomic power industry will be possible.

The reactor of the second item above was designed to provide substantially new information on the development of useful power from atomic energy and on the possibility of increasing our stock of fissionable material by breeding new nuclear fuel from uranium-238 or from thorium.

The following information was released concerning this reactor:

It will operate at a high-enough temperature for the generation of useful power.

It will use a liquid metal as a heat-transfer medium.

It will operate with neutrons of intermediate energy. All but one of the reactors now in operation use neutrons which have been slowed down to thermal energy, the single exception being the fast plutonium reactor at Los Alamos. The design of a reactor which will operate with neutrons of intermediate energy is, therefore, an entirely new problem and one which holds considerable interest for future developments.

And it will explore the possibility of using neutrons of intermediate energy for the breeding of new nuclear fuel.

The reactor was to have been built on a site of some four thousand acres lying eighteen miles from Schenectady near the village of West Milton. This area became known, therefore, as the West Milton Site of the Knolls Atomic Power Laboratory. Preliminary construction work was started at this site in the fall of 1949, but it has been suspended.

The shipboard reactor will be based to a considerable extent on the work done with the power-breeder reactor, but with suitable modifications to make one which will be serviceable for a power plant on board ship.

The development of new reactors involves many difficult and interesting problems in physics, chemistry, metallurgy, and engineering. Some of these important and longer-range problems are being studied in the programmatic research work of the laboratory.

The staff of the Knolls Atomic Power Laboratory numbered about 1450 in mid-summer of 1950. Percentage-wise, the technical staff was divided as follows among the divisions: chemistry, 20 per cent; chemical engineering, 13 per cent; general engineering, 31 per cent; health physics, 3 per cent; metallurgy, 16 per cent; and physics, 17 per cent. It will be evident from these figures that the problems of reactor development draw on



many technical skills besides those employed in nuclear physics.

The new laboratory, completed in early 1950, was built to the east of Schenectady on a plot of about one hundred and seventy acres lying one-half mile to the east of the new General Electric Research Laboratory. The structure has about three hundred and fifty thousand gross square feet of space and was built at a cost of about twenty-six million dollars; it consists of a group of interconnected buildings, together with several detached service buildings. The main buildings are Administration, Central Shops, "Cold" Physical Laboratory, Metallurgical and Engineering Laboratory, Radio-Chemistry, Chemical Engineering, Chemical Engineering Pilot Plant, and Radioactive Waste Concentration and Storage Building.

Such has been the beginning of the Research Laboratory's attack on the problems of atomic power. Never before in its fifty years of work and achievement has it undertaken so ambitious a project, nor one fraught with so many formidable unknowns, nor, perhaps, one presenting for speculation so many alluring possibilities.