# Exhibit I

To Memorandum in Support of Plaintiffs' Motion For Remand
C.A. No. 08-043S

# ASBESTOS

## MEDICAL AND LEGAL ASPECTS

### FIFTH EDITION

BY

BARRY I. CASTLEMAN

WITH A CONTRIBUTION BY
STEPHEN L. BERGER

ASPEN
PUBLISHERS

1185 Avenue of the Americas, New York, NY 10036
www.aspenpublishers.com

4-3 vote against including explicit acknowledgement of a health risk from sawing, drilling, or machining asbestos-cement products (in a brochure for the public—See "National Gypsum Company" later in this chapter). Former Ruberoid chemist and research chief Phillip Bettoli has testified that GAF never put a warning on asbestos-cement products (*Baltz v. Johns-Manville* deposition Apr. 25, 1980).

Ruberoid joined the Industrial Hygiene Foundation in 1953. The *Industrial Hygiene Digest* listed the 1953 Threshold Limit Values published by ACGIH in the October, 1953 issue, giving 5 MPPCF as the TLV for asbestos dust. In December of 1953, the *Digest* published a table of state occupational disease statistics, including one case of "Asbestosis—cancer (dust, asbestos)" occurring in Connecticut in October of 1953.

As noted above, Ruberoid was also a member of the National Insulation Manufacturers Association. A Ruberoid representative participated in discussions wherein a NIMA health program was rejected in 1960, and the text of the Johns-Manville insulation shipping carton warning label was presented in 1964. On June 4, 1970, GAF insulation marketing manager R.W. Henry wrote to NIMA executive secretary J.M. Barnhart that caution labels would be printed on "Calsilite" insulation products.

Primarily a chemical company, GAF would have made use of *Chemical Abstracts*, which contained numerous citations on asbestos disease (See "Abstracts," in Chapter 10).

GAF went through a corporate restructuring and Chapter 11 bankruptcy filing in 2001.

## GENERAL ELECTRIC

General Electric manufactured steam turbines for electric power generation. The turbines were insulated with asbestos materials, and asbestos was also used in wire and cable insulation. GE used asbestos in making phenolic resins and used asbestos-containing boards and other asbestos products in its own products and factories.

Early notice on industrial hazards was provided to electrical engineer Gerard Swope, President of GE, by his longtime friend, Dr. Alice Hamilton. By the time these two were in their twenties in 1897, they had become involved with social reformer Jane Adams in establishing Hull House in Chicago. Months after Swope became the President of GE, in 1922, he engaged the services of the Harvard School of Public Health, insisting that any industrial hygiene work done for GE include Dr. Hamilton. Hamilton had become a national authority in industrial medicine and was on the Harvard faculty (B. Sicherman, *Alice Hamilton/A Life in Letters* Cambridge: Harvard Univ. Press, 1984; and



A. Hamilton, *Explc*
Univ. Press, 1943 ed
Their letters expr
was like a ray of sur
for my pleasure on r
offer to make a sur
dially yours" Dec. 7
her along with Prof
suggested ("My dea
Over the next 12
reports to Swope o
Schenectady has rep
jects including oil sm
paint spraying, benz
phenol, numerous si
ious lead compound
tone, kerosene, tol
chromium and nicke
ventilation, ergonom
Substitution, the firs
was discussed in the
by transil oil, and s
hazards to those wor
no personal protecti
*the United States*, was
copies to 10 doctors
One plant with le
clothes and work cl
provided by the cor
men left the work a
the end of the day. "
wrote (Pittsfield, Ma
tary provisions. GE
skin rashes in its Y
children and the w
Mysterious Malady
GE officials were a
is collecting literatur
of a meeting at whi
present. She also refe
the same month tha
mitted to the British
Donald Cummings v
problems in histolog

Case 1:08-cv-00043-S-LDA Document 5-10 Filed 02/19/2008 Page 4 of 7



ɔf a health risk
products (in a
pany" later in
ı chief Phillip
ıbestos-cement
0).
in 1953. The
it Values pub-
'CF as the TLV
ıhed a table of
"Asbestosis—
ɔer of 1953.
the National
sentative par-
ı was rejected
ipping carton
AF insulation
ive secretary
ılsilite" insu-

nade use of
on asbestos

ıter 11 bank-

power gen-
terials, and
ied asbestos
boards and

:trical engi-
d, Dr. Alice
1897, they
stablishing
resident of
ɔl of Public
GE include
. industrial
nan, *Alice*
1984; and



A. Hamilton, *Exploring the Dangerous Trades* Boston: Northeastern Univ. Press, 1943 edition reprinted in 1985).

Their letters expressed great warmth ("Dear Alice ... [Your letter] was like a ray of sunlight coming into my office ... The second reason for my pleasure on receiving your letter was because of your generous offer to make a survey. Nothing could please me more ... Very cordially yours" Dec. 7, 1922). Dr. Hamilton even had to ask him to hire her along with Prof. Philip Drinker, not *instead of* Drinker as he had suggested ("My dear Gerard...Dec. 9, 1922).

Over the next 12 years, she would send a number of letters and reports to Swope on conditions in GE factories. The GE Museum in Schenectady has reports in which Hamilton described numerous subjects including oil smoke in foundries, use of gasoline as a solvent, acids, paint spraying, benzene, cyanide, nitrobenzene, aniline, formaldehyde, phenol, numerous silica hazards including sand blasting, mercury, various lead compounds, radium, carbon tetrachloride, sulfur dioxide, acetone, kerosene, toluene, hydrogen fluoride, hot asphalt, X-rays, chromium and nickel plating, welding, soldering, eye and skin irritants, ventilation, ergonomics, illumination, sanitation and medical services. Substitution, the first consideration in control of very toxic materials, was discussed in the replacement of benzene by naphtha, nitrobenzene by transil oil, and sand by shot. Dr. Hamilton described "bystander" hazards to those working nearby welders and sandblasters and wearing no personal protective equipment. When her book, *Industrial Poisons in the United States,* was published in 1925, the publisher was asked to send copies to 10 doctors at General Electric plants around the country.

One plant with lead hazards provided separate lockers for street clothes and work clothes. Work clothes, boots, and underwear were provided by the company, and work boots were removed before the men left the work area through a wash room for lunch or to leave at the end of the day. "It is like a first class men's club house," Hamilton wrote (Pittsfield, May 1929 notes). Not all plants had such good sanitary provisions. GE was the subject of criticism because of widespread skin rashes in its York, Pennsylvania plant and even among young children and the wife of one worker (J. Laventhol, "Plant Closed Mysterious Malady Hits 100," *Philadelphia Record*, Jan. 22, 1936).

GE officials were aware of the hazards of asbestos by 1930. "Dr. Cowle is collecting literature about asbestos," Dr. Hamilton noted in a report of a meeting at which GE Medical Director B.L. Vosburgh was also present. She also referred to the work of "Merewether, an Englishman," the same month that the Merewether and Price report had been submitted to the British Parliament (Schenectady, Mar. 25, 1930). Saranac's Donald Cummings wrote to industrial hygienist Philip Drinker about problems in histological preparation of asbestosis bodies, saying, "I

talked it over with a man who has been doing the same work for the General Electric Company in Schenectady for several years." (May 3, 1932. Manville archives doc. CE 10016099)

On Dec. 14, 1933, Hamilton wrote to Swope that she was concerned about the hazard of asbestos dust in GE plants in Bridgeport and York. She pointed out that other companies (Johns-Manville, Multibestos) had faced civil suits claiming occupational disease, "many of them I believe quite justified, but not all." She suggested that she and Philip Drinker go to the plants and make dust counts. Swope replied on Dec. 19, 1933 that GE also used asbestos at Schenectady and Meriden, and directed her to inspect all the plants. Hamilton wrote on Jan. 8, 1934 (the letter said 1933) that she wanted to first attend a conference called by GE's medical director, Dr. Vosburgh, at Schenectady, at which Dr. Leroy Gardner of the Saranac Laboratory would be present, and then inspect the four plants.

Hamilton made notes of discussions with Dr. Leroy Gardner, on the effects of asbestos in GE workers ("L.U. Gardner, Schenectady, Jan. 20, 1934").

> Asbestos is used in the West Philadelphia plant. Dr. Minor says that he discovered a case of asbestosis and removed the man and now the man working wears a positive-pressure air helmet.
>
> There are three men spinning asbestos in Schenectady, and there is an exhaust at the point of dust formation. Dr. Vosburgh has taken X-rays, which are negative ...
>
> The other plants in which asbestos is used are Bridgeport, York, and Meriden.
>
> Dr. Gardner advises taking X-rays. There is no other way.

On Jan. 30, 1934, manager Carl Obermaier in York, Pennsylvania, wrote to Dr. Hamilton that, "This question of asbestos affecting the health of our operators has come up previously and Dr. G.H. Cowle has written a treatise entitled, 'The Hazard of Asbestos in the Schenectady plant of the General Electric Company'." Obermaier wrote that he believed that the conditions where asbestos was used in the York plant were not harmful but suggested that he had observed "considerable atmospheric contamination" where asbestos material was handled at the Bridgeport works. He offered to provide a copy of Dr. Cowle's treatise; however, no such document was found along with the letters in the Alice Hamilton archives at Harvard or the GE Museum in Schenectady. An undated memorandum to "C.F. Obermaier, Manager" briefly noted that, at the York Insulated Wire Works, "The work with asbestos produces some dust, but this is not of a dangerous character and needs no more precautions than are now in use." (author unknown, GE Museum document)



On Febru
wrote to Dı
starting 19:
There were
work was p
Dr. Hami
condition a
'asbestos rc
a complete
blown abou
chest X-ray
Dr. Hamilto
tion. She re
but said it
plant had b
last letter ('
Vice Presid
By this ti
an extraord
end. Here,
been called
trial hazarc
What corpo
in ideas o
advice as C
Pennsylv
GE York pl
GE official
exhaust sy:
20 percent
distributed
cautions a
coveralls,
Prevention
Manufactu
GE Medi
with the s
Whittaker,
University
tees on the
asbestosis
attended th
GE was
representat

Case 1:08-cv-00043-S-LDA Document 5-10 Filed 02/19/2008 Page 6 of 7



work for the
ars." (May 3,

as concerned
ort and York.
ltibestos) had
em I believe
p Drinker go
19, 1933 that
rected her to
er said 1933)
edical direc-
rdner of the
four plants.
dner, on the
ady, Jan. 20,

Minor says
ne man and
met.

and there is
h has taken

port, York,

y.

nsylvania,
fecting the
.H. Cowle
os in the
Obermaier
as used in
observed
material
a copy of
and along
or the GE
to "C.F.
ated Wire
s is not of
re now in



On February 13, 1934, Bridgeport Works Manager W. Stewart Clark wrote to Dr. Hamilton that asbestos had been used in wire insulation starting 1932 and that an exhaust system had been installed in 1933. There were apparently still some problems remaining, and further work was planned on the exhaust system.

Dr. Hamilton's May 11, 1934 letter to Swope reported "a fairly serious condition as regards asbestos dust in the Insulating Department where 'asbestos roving in lap form' is done" at the plant in York. She advised a completely enclosed apparatus to prevent the release of dust being blown about and accumulating on surfaces. Obermeier agreed to have chest X-rays done of the longest-employed workers in this department. Dr. Hamilton advised that the X-rays be sent to Dr. Gardner for evaluation. She reported that there was also much dust in the Bridgeport plant but said it would be useless to examine the workers there, because the plant had been in operation for less than two years. Swope passed this last letter ("which I assume you will want to take action upon") to his Vice President in charge of manufacturing on May 15, 1934.

By this time, Alice Hamilton was 64 and Gerard Swope was 62. Soon, an extraordinary opportunity in occupational health would come to an end. Here, the leading industrial medicine expert in the country had been called upon, trusted, and assisted in investigating serious industrial hazards by her old friend, the president of a leading corporation. What corporate president in the 1930s and since was as well schooled in ideas of worker protection, as receptive to independent expert advice as Gerard Swope?

Pennsylvania Department of Labor and Industry officials found the GE York plant "a model in its asbestos waste removal system" in 1942. GE official Fred Kaimer reported that a 40-horsepower motor drove an exhaust system that had been in use since 1939, recovering for resale 20 percent of the asbestos fiber previously thrown away. The company distributed to the workers booklets on safety and health rules and precautions applying specifically to the York Works. GE also provided coveralls, underwear, caps, and gloves ("Occupational Disease Prevention/Exhausting Asbestos Fiber and Dust in Wire Insulation Manufacture," April 1942).

GE Medical Director B.L. Vosburgh was one of the experts dealing with the silicosis crisis in the mid-1930s (H.B. Selleck and A.H. Whittaker, *Occupational Health in America* Detroit: Wayne State University Press, 1962). Vosburgh was listed as a member of committees on the masthead of *Industrial Medicine* in the early 1940s, when asbestosis was periodically discussed in the journal. Vorburgh attended the Seventh Saranac Symposium in 1952.

GE was a member of the National Safety Council in the 1930s. GE representative George Sanford was on the Executive Committee and

Board of Directors according to the National Safety Congresses and the masthead of *National Safety News*. GE's G.L. Huggins attended the founding meeting of what became the Industrial Hygiene Foundation, on January 15, 1935 (See "Rising Tide of Compensation in the 1930s," in Chapter 2). GE joined the Industrial Hygiene Foundation in 1947, and GE Vice President L.R. Boulware was the keynote speaker at the annual meeting of IHF in 1952 (*Foundation Facts*, Nov. 1952). GE remained a member of IHF for at least 30 years.

GE was included in the list of advertisers in the June 1944 issue of *Heating and Ventilating* magazine, in which F.W. Hutchinson's article "Dust as an Industrial Health Hazard" appeared. GE advertised in the November 1946 issue of *Southern Power and Industry*, in which N.V. Hendricks' article "Industrial Hygiene Importance of Dust" appeared. GE Lighting Research Director was one of the contributors to Fred J. Wampler's 1943 text, *The Principles and Practice of Industrial Medicine*.

GE also received technical assistance from asbestos fiber and product suppliers in the 1970s, after passage of the Occupational Safety and Health Act. On June 24, 1971, officials from Union Carbide, GE, and Hooker Chemical met to discuss the hazards from using asbestos in the manufacture of phenolic resins (RW Schwartz, Union Carbide, "Safety Meeting" memorandum, June 24, 1971). Months after the 1972 OSHA asbestos standard was issued, a top-level Johns-Manville health and environment delegation met with their counterparts at GE for a half day of seminars at GE's New York offices, on Jan. 12, 1973. Between 1973 and 1977, the asbestos products discussed in Johns-Manville letters to GE officials, products GE was evidently using, were asbestos mat, TV BORD, Flexboard (Asbestocite A), and Transite (asbestos-cement). (E. Fenner, J-M, letters to H. V. Reichel, Feb. 26, 1973; F.L. Teuscher, Apr. 14, 1976; and J. Hopkins, June 27, 1977, J-M archives)

## WESTINGHOUSE ELECTRIC CORPORATION
(now Viacom)

Westinghouse sold turbines and made cables insulated with asbestos, and manufactured "Micarta" board containing asbestos. The company's medical director, T. Lyle Hazlett, and industrial hygienist, Edgar C. Barnes, were among the occupational health specialists of the Konicide Club, which met during the years 1932-1940 (T.F. Hatch and E.P. Pendergrass, *J. Occup. Med. 19*:351-353, 1977). Westinghouse was a member of the Industrial Hygiene Foundation, where Dr. Hazlett served as a member of the Medical Committee and Joseph Dilworth was on the Board of Trustees in the 1940s; Westinghouse received the *Industrial Hygiene Digest* from 1937-1967. Westinghouse was also a



member of
member of
Dr. Hazle
medicine, i
*34*:1127-1130
pamphlets,
etc. Hazlett'
asbestos pro
ease that cou
Barnes w
Works that
for steam tu
1946) Barnes
found to hav
the dust. Bar
and sewed i
the room ea
floor and tab
where a dry
each day. Sp
Elsewhere
from a saw
exhaust ven
minimize th
Generator D
The compa
1953. This st
workers coul
sure was for
tion may be
Another ha
cutting asbes
measured at l
Speicher none
urged improv
is being throw
fibers in the
appear to be
pointed out th
a possibility (
Speicher al
with a dust c
provided wit
"Possible exp