# Exhibit C

to Plaintiffs' Memorandum In Support Of Their Motion For A Ruling On The Papers Of Their Motion To Remand

## Motions

1:08-cv-00043-S-LDA Kortekamp v. 3M Company et al

**U.S. District Court**

**District of Rhode Island**

## Notice of Electronic Filing

The following transaction was entered by Boivin, Mark on 2/19/2008 at 8:36 PM EST and filed on 2/19/2008

**Case Name:** Kortekamp v. 3M Company et al
**Case Number:** 1:08-cv-43
**Filer:** Todd Kortekamp
**Document Number:** 5

**Docket Text:**
MOTION to Remand to State Court WITH SUPPORTING MEMO by all plaintiffs.Responses due by 3/7/2008 (Attachments: # (1) Exhibit Ex. A_Hilbert Case# (2) Exhibit Ex. B_State Court Complaint filed 06.16.08# (3) Exhibit Ex. C_Exposure Chart# (4) Exhibit Ex. D_USS Skate (SSN 578) Record of GE Pump# (5) Exhibit Ex. E_USS Skate (SSN 578) Record of GE Pump# (6) Exhibit Ex. F_USS Skate (SSN 578) Record of GE Pump# (7) Exhibit Ex. G_Affidavit of John P. Shannon# (8) Exhibit Ex. H_Adventure Into The Unknown# (9) Exhibit Ex. I_Asbestos Medical and Legal Aspects_GE Knowledge of Asbestos Danger# (10) Exhibit Ex. J_Overly Case# (11) Exhibit Ex. K_Megill Case# (12) Exhibit Ex. L_Viala Case# (13) Exhibit Ex. M_Nguyen Case# (14) Exhibit Ex. N_Filson Case)(Boivin, Mark)

**1:08-cv-43 Notice has been electronically mailed to:**

Mark T. Boivin mboivin@deatonlawfirm.com

Jeffrey S. Brenner jbrenner@nixonpeabody.com, mryone@nixonpeabody.com, ProEfile@nixonpeabody.com

Jeffrey M. Thomen jthomen@mccarter.com

**1:08-cv-43 Notice has been delivered by other means to:**

John E. Deaton
The Deaton Law Firm LLC
One Richmond Square
Suite 134C
Providence, RI 02906

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=2/19/2008] [FileNumber=220887-0] [033eb8b862c542eeee73d90c6ebb24cc63af6e898c367d87bf933b5a6c792efda6c1 1024d741b0946e78cb7635d36348582f0286abdb09d637311d27c58b9871]]
**Document description:**Exhibit Ex. A_Hilbert Case
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=2/19/2008] [FileNumber=220887-1] [68e44483156976c529a1ccee3f73e8630e5a4dbed9ec95a2ffc2a77e5e31f9d09213 c2f0a9568c67e7ee85d694c606c52688e2c8e92c62b3b34d6964317dfcc8]]
**Document description:**Exhibit Ex. B_State Court Complaint filed 06.16.08
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=2/19/2008] [FileNumber=220887-2] [0ce1e9177bb056ea71d624d0a993e594e41b86dd075bfc9fbf697355826b22791c82 e78206ad49f92b37f7a587db0a8e4f624566424c174472ce338e09a4a207]]
**Document description:**Exhibit Ex. C_Exposure Chart
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=2/19/2008] [FileNumber=220887-3] [459a8d63311edde8018a3050ff7dac38caf34ee190733e3d0f5e40dddaa388f21003 55b6d96f21e19840de357a80a6137d2c4b48f284b795e2ab6e25920e2f5e]]
**Document description:**Exhibit Ex. D_USS Skate (SSN 578) Record of GE Pump
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=2/19/2008] [FileNumber=220887-4] [1b941642391488acbcd603d619cc8b2b0465613a98a86d3e12573a458cf3263a2a04 ccf24818cc181a6036f6f8513b2dc88e4b8d81b0f48ab10a07e7aa503691]]
**Document description:**Exhibit Ex. E_USS Skate (SSN 578) Record of GE Pump
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=2/19/2008] [FileNumber=220887-5] [58917044525b26407636417a3c2b779790c8df1407864a691a939ba9b84683625d79 02bdd9f82d8933ac5d21e0f10661d5a9f3ff5b05e251f8a150661462c3eb]]
**Document description:**Exhibit Ex. F_USS Skate (SSN 578) Record of GE Pump
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=2/19/2008] [FileNumber=220887-6] [5970f0fab31094e1460a431d11a0bd7470c07a3a44f370fd7da4d15d51deb77aa6f4 eeff2ae598445aaa63061f5fb7b694c403a84e6f6bc2aadf5efad1c66b85]]
**Document description:**Exhibit Ex. G_Affidavit of John P. Shannon
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=2/19/2008] [FileNumber=220887-7] [9520c163dfb56c4ee94b43b6abff198543c1208fbdea9a0168f7ac5a4f2668a7d340 66206221e40585aab813daa8b89cb39992c41eb00cd3c72a6efaca30b02e]]

**Document description:**Exhibit Ex. H_Adventure Into The Unknown
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=2/19/2008] [FileNumber=220887-8] [829c00466ffcf87980f879ebdf7a4b9f1cd1eb97d78cd3dc6512be9f6ac5ffb7ca02 97d1927832c749e8ec57a38e1295fe4dc691fdbc00a8750973c401bba7b1]]
**Document description:**Exhibit Ex. I_Asbestos Medical and Legal Aspects_GE Knowledge of Asbestos Danger
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=2/19/2008] [FileNumber=220887-9] [4311f50cde11739bb01415563ce348e443e0d30b88eeaaaa37c0bdbd7cafeb0b3b03 70e682fecb839f2c1ede2dcd29962ac3fe8394ea0716a0db8c5adabe2f45]]
**Document description:**Exhibit Ex. J_Overly Case
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=2/19/2008] [FileNumber=220887-10 ] [09628c2c3b0c2a37e0ba66c6613756f825ae6a0fb917fd7cf0b70c06857b299ef77 e7a0c2d75ce4fd439f35edb230d61ecbaf154f877fb02ec3de57aa193e6ce]]
**Document description:**Exhibit Ex. K_Megill Case
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=2/19/2008] [FileNumber=220887-11 ] [46d5809c3e77b812825cf16a677d1d6f7d38d918b8705c41f05d5f8612a0cec2534 0995bee2a2679506a9c75c1681da6a1ab50c56b05adbb49e2d81a53c7758c]]
**Document description:**Exhibit Ex. L_Viala Case
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=2/19/2008] [FileNumber=220887-12 ] [49b877b9a09bfc40a0b8d53ac094e0f290f510cf6b4e5b50d1910f534f9a9777aaa 046530fb1891607da7c9b0ec762c90ae9415c5753810c65b1732cb8d34fd4]]
**Document description:**Exhibit Ex. M_Nguyen Case
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=2/19/2008] [FileNumber=220887-13 ] [3e774eb42612b9310dacd60d4b999d4d4f621eeeb86743b75ab37c2ef47d93c351d 88647b32a0a4c54ab7d86f81c5f8eb34a0f1b9359f1c0ee833b0bb020cec3]]
**Document description:**Exhibit Ex. N_Filson Case
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=2/19/2008] [FileNumber=220887-14 ] [472b164277d7c3d5c1531893bb23a51bb584327c568a74286276f04fd420417d837 9a8feed0f4d2810e1553eb40ee846ce635c597b1020903a16b58003ec67a4]]