UNITED STATES
ATOMIC ENERGY COMMISSION
WASHINGTON 25, D. C.

August 17, 1951

Dear Mr. President:

As you know, the General Electric Company has been operating the Commission's plutonium facilities at the Hanford Works, Richland, Washington, and the Knolls Atomic Power Laboratory at Schenectady, New York, since 1946, under the terms of Contract No. W-31-109-Eng-52. The contract provides for reimbursement of all direct costs of the work and for the payment of indirect administrative expenses of the Company, including home office overhead, applicable to the work. The fixed fee is one dollar. This contract is similar to the contract between the Manhattan District and the Company's predecessor at Hanford, the duPont Company.

The contract with the General Electric Company was originally entered into by the Manhattan District as of May 15, 1946, pursuant to the authority contained in Section 201 of the First War Powers Act of 1941 and was transferred to the Atomic Energy Commission by Executive Order No. 9816. As previously amended, it expires on August 31, 1951, and for some time past we have been negotiating with the Company for an extension of the contract to cover a period ending June 30, 1956. Negotiations are now completed and the revised arrangements are set forth in proposed Supplemental Agreement No. 18. The contract will continue to be a cost reimbursement contract with a fixed fee of one dollar, similar to the present arrangement, except that the arrangements now contemplate that the contract may be changed during the term by mutual agreement of the parties to provide for the payment of a reasonable fee. The proposed Supplemental Agreement No. 18 also provides that, effective October 1, 1951, the Contractor's services with relation to construction activities will be limited to those normally performed by an Architect-Engineer-Manager. From that date, the Commission will administer directly the construction programs at Hanford and Schenectady.

Because of the uncertainties and hazards involved in the work, it will be necessary to continue in effect in the existing contract as extended by the proposed Supplemental Agreement No. 18 the following provision indemnifying the Company against loss or liability arising out of its performance:

> "1. The Government deems the work to be performed under this Contract to be in the national interest and has requested the Contractor to undertake such work. In view of the fact that the Contractor is undertaking the work for a fixed fee of One Dollar ($1.00) and in view of the unusual and unpredictable hazards involved in carrying out the work under this contract, as well as the abnormal

conditions now existing, it is agreed that all work under this Contract is to be performed at the expense of the Government, and that the Contractor shall not be liable for, and the Government shall indemnify and hold the Contractor harmless against any delay, failure, loss, expense (including expense of litigation) or damage (including personal injuries and deaths of persons and damage to property) of any kind and for any cause whatsoever, arising out of or connected with the work, and whether or not any employee or employees of the Contractor is or are responsible therefor, unless such delay, failure, loss, expense, or damage shall have been caused directly by bad faith or wilful misconduct on the part of some corporate officer or officers (i.e., the Chairman of the Board of Directors, President, Vice President, Secretary, Assistant Secretaries, Treasurer, Assistant Treasurers, Controller and Assistant Controllers) of the Contractor acting within the scope of his or their authority and employment; that the Government shall assume and carry on the defense of all claims, suits, or legal proceedings which may be asserted or instituted against the Contractor on account of acts or omissions in the performance of the work; and that the Government shall pay directly and discharge completely all final judgments entered against the Contractor in such litigation and all claims which may be settled by agreement approved by the Commission." (Amendment No. 91, page 21 of proposed Supplemental Agreement No. 18)

The Company feels that it cannot undertake the extension of the contract as provided by the proposed Supplemental Agreement No. 18 unless it receives the additional protection which would be afforded by specific action of the President pursuant to Section 12 (b) of the Atomic Energy Act, which reads as follows:

> "SECURITY.— The President may, in advance, exempt any specific action of the Commission in a particular matter from the provisions of law relating to contracts whenever he determines that such action is essential in the interest of the common defense and security."

You will recall that E. I. duPont de Nemours & Company took a similar position in connection with the contract for the construction and operation of the Commission's Savannah River Project and that pursuant to

Case 1:08-cv-00043-S-LDA Document 8-3 Filed 03/07/2008 Page 3 of 3



our recommendation contained in letter dated September 27, 1950, you exempted the duPont contract under Section 12 (b) of the Atomic Energy Act. The considerations which prompted our recommendation with respect to the duPont contract apply in this case also.

It is accordingly recommended that, acting in the exercise of the powers conferred upon you by subsection (b) of Section 12 of the Atomic Energy Act of 1946 and having determined that such action is essential in the interest of the common defense and security, you exempt in advance the specific action of the Commission in the particular matter of its continuing in effect, by the proposed Supplemental Agreement No. 18, the indemnification provision quoted above, from the provisions of law relating to contracts to the extent that such provisions of law, or any of them, might, in the absence of such exemption, raise questions as to the validity or enforceability of such provision.

Respectfully yours,

UNITED STATES ATOMIC ENERGY COMMISSION

Sumner T. Pike
Acting Chairman

The President
The White House

Approved this 20 day of Aug 1951.

Harry Truman
PRESIDENT