quoted without regard to the provisions of Article XII. In the event the Government is able to obtain any of such services, materials, supplies or equipment of equal quality and quantity at a lower price or more favorable conditions from any responsible competitive source or from its own manufacture, it may undertake to do so upon so informing the Contractor within 10 days after being advised of the Contractor's prices for such services materials, supplies and equipment; otherwise the Contractor's prices so quoted shall be deemed to be negotiated prices approved by the Contracting Officer.

## ARTICLE III - STATEMENT OF ARCHITECT-ENGINEER SERVICES

1. When authorized in writing by the Contracting Officer the Contractor shall, in the shortest reasonable time thereafter, establish and maintain an office at or near the site of the work under the full-time resident direction of a Field Project Manager; and the Contractor shall perform the following services:

a. Make all necessary topographical and other surveys and maps; arrange for and supervise necessary test borings and other subsurface investigations.

b. Prepare, subject to the approval of the Con- tracting ~~tracing~~ Officer, preliminary studies, sketches, and layout plans and reports, including estimates of cost of the proposed work and of all structures, utilities and appurtenances thereto.

HAW
KDN

c. Make all reasonable efforts to obtain necessary permits and approvals from all local, State and Federal authorities. Should it become necessary in the performance of the work and services for the Contractor to secure the right of ingress or egress to perform any of the work required by this Contract on properties not owned or controlled by the Government, the Contractor shall secure the consent of the owner, his representative, or agent, prior to effecting entry on such property. In the event the owner requires the payment of any fee for a license to enter upon and/or use such property, the Contractor, when so directed by the Contracting Officer, shall pay such fee and obtain a receipt therefor.

d. Prepare estimates of material quantities required to construct the Government Laboratory, process development and Plant facilities.

e. Prepare final designs, detailed working drawings and specifications necessary for the effective co-ordination

and efficient execution of the construction work and revise such drawings and specifications as required by the Contracting Officer. All reservations, topographical, utility and unit layout maps shall be inked in on linen unless otherwise ordered by the Contracting Officer. If deemed practicable by the Contracting Officer, all other drawings for structures and other items may be made on paper in pencil. Prepare copies of the specifications and sets of full size copies of working drawings in such manner and in such numbers as the Contracting Officer may require. There shall be included in the specifications all provisions which the Contracting Officer may direct to have incorporated therein relating to the awarding of the construction subcontracts contemplated by Section 4 of Article II and the conditions under which the work shall be done, including a provision if so required by the Contracting Officer that the subcontractors, and all persons employed directly or indirectly under such construction subcontracts will utilize the hospital and first-aid facilities furnished by the Contractor.

f. Prepare an estimate of the cost of the proposed Government Laboratory and process development and Plant facilities based on the approved designs, drawings and specifications therefor, and furnish for the approval of the Contracting Officer:

(1) Schedules and charts showing the proposed sequence of operations in the construction of each of the several portions of the work.

(2) Estimates showing the amounts of critical and important materials and dates when such materials will be required on the site.

(3) Labor estimates, to be prepared with the assistance of construction subcontractors, contemplated by Section 4 of Article II, showing the approximate numbers, trades and dates required to meet the schedule in (1) above.

(4) In addition to the requirements of Article XXIX, monthly progress reports in approved form showing the progress of the construction work and any deviation from the approved construction schedules.

g. Establish a permanently monumented base line, with elevations tied into the North American Datum, unless specifically exempted by written instructions of the Contracting Officer. Furnish all governing lines, bench marks, and grading

essential to the construction of the Government Laboratory and process development facilities.

h. Supervise the construction work included in this contract to assure that every part thereof is in accordance with the approved drawings and specifications within the area and boundaries designated for the project by the Contracting Officer.

i. Check and approve all shop and working drawings submitted in connection with the construction work to assure that they conform with approved drawings.

j. Make or cause to be made such field and laboratory tests of concrete and concrete aggregates and all other materials at the site or at any time or place as the Contracting Officer may require. Inspect and report to the Contracting Officer in writing as to the conformity or nonconformity of the workmanship and materials to specifications; and on the progress of the construction work.

At the direction or with the approval of the Contracting Officer, arrange for, by subcontract or otherwise, and supervise tests and inspections of materials and workmanship by the Contractor's Laboratories or by commercial testing laboratories or other similar agencies, either at such laboratories or at the points of manufacture or fabrication of materials. The cost of such tests and inspection shall be reimbursable hereunder.

k. Consult and advise with the Contracting Officer and consult and advise with third parties at the request of the Contracting Officer, on any questions which may arise in connection with the work, in fields in which the Contractor is experienced.

l. Prepare partial and final estimates of quantities and values of work done under lump-sum and unit price subcontracts necessary to provide data required under the payment provisions of such subcontracts.

m. Perform all other architectural and engineering services within the scope of this contract required by the Contracting Officer.

ARTICLE IV - STATEMENT OF CONSTRUCTION SERVICES

1. When authorized in writing by the Contracting Officer the Contractor shall, in the shortest practicable time thereafter, furnish or procure the services, labor, materials, tools, machinery, equipment (including installation of the equipment not procured on an installed basis), facilities and supplies

not furnished by the Government, and do all things necessary for the construction and equipping of the work (including the alteration, construction of addition to, and re-equipping of the Plant) in accordance with the approved drawings and specifications. The Government reserves the right to furnish any equipment or materials necessary for the construction or equipping of the work, provided that, in the judgment of the Contractor and the Contracting Officer, such equipment or material so to be furnished is of a suitable type and in satisfactory condition.

ARTICLE V - TRAINING OF PERSONNEL

1. The Contractor shall use all reasonable efforts to hire or select the personnel necessary for the operation of the Plant and the Laboratories and, when such personnel are available, shall proceed to train them, at the Plant, Laboratories or elsewhere, in the duties and functions of their respective positions.

2. The extent and character of the work to be done by the Contractor under this Article shall be subject to the approval of the Contracting Officer.

ARTICLE VI - OPERATION OF THE PLANT AND PROCESS DEVELOPMENT FACILITIES

1. As each production unit of the Plant is turned over to the Contractor for operation, the Contractor shall use all reasonable efforts to operate such unit or units at the actual capacity thereof, unless otherwise requested by the Contracting Officer.

2. While the Contractor will make every reasonable effort to operate the Plant for the production of the Products, it is recognized by the Government that the Contractor cannot and does not make any guarantee or representation that any quantity of the Products will be produced.

3. In the operation of the Plant the Contractor shall use all reasonable efforts to produce the Products to conform with the specifications to be mutually agreed upon by the Contracting Officer and the Contractor, but it is recognized that variances therefrom are unavoidable and the Contractor makes no guarantee that said specifications will be met.

4. In carrying out the work under this Article, the Contractor is authorized to and shall do all things necessary

or convenient in the operating and closing down of the Plant or any part thereof, including (but not limited to) the employment of all persons engaged in the work hereunder (who shall be subject to the control and shall constitute employees of the Contractor), the providing of all materials and supplies except such as the Government is to furnish and supply as elsewhere specifically provided in this contract, and the preparation of the Products for shipment.

5. The Government expressly agrees to furnish the principal raw materials necessary for the operation of the Plant and reserves the right to furnish any other materials for such operation. The Contractor shall not be obligated to utilize any material furnished by the Government unless in the judgment of the Contractor and the Contracting Officer such material is of suitable type and in satisfactory condition.

6. The Contractor shall maintain a satisfactory system of inspection concurrent with operations and no Products shall be submitted for the Government inspector's approval which has not previously been inspected by agents of the Contractor.

7. The Government shall take delivery of the Products at the final processing buildings where the Products are prepared for shipment by the Contractor. The Government assumes all responsibility for the Products subsequent to such delivery and the Contractor shall have no obligation with respect to storage of the Products at the Plant subsequent to their delivery. Incident to such assumption of responsibility, the Government shall operate and protect the facilities for the transportation of the delivered Products to the Plant storage facilities located separate and apart from the Products recovery areas and shall operate and protect such storage facilities. The Contractor shall provide maintenance services (including hazard surveys) with respect to said transportation and storage facilities at the request of the Contracting Officer from time to time.

8. The Contractor shall have no responsibility for furnishing of personnel to provide protection and patrol in the periphery of the industrial area of the Hanford Engineer Works and on the Columbia River, adjacent thereto, or for the operation of ferries, or the manning of gate houses or barriers located at ferry landings, railroads and highways entering the industrial area of the Hanford Engineer Works. The Government shall have full responsibility for the external or peripheral protection of the industrial area of the Hanford Engineer Works and for the operation of all ferries and, as the result of manning highway, railroad and ferry landing gate houses or barriers, for the

control of personnel and Government material and property entering or leaving the industrial area of the Hanford Engineer Works and for the carrying out of all other security functions required to be performed at said points. The Contractor shall have responsibility for the protection of the various operating or construction areas or units of the Hanford Engineer Works and of the Construction Camp site within the industrial area, and of the Richland Village area, and will provide personnel and perform all functions required at these locations.

9. No part of the work to be performed under this Article VI shall be subcontracted unless the Contracting Officer shall have given his prior written approval thereto.

ARTICLE VII - OPERATION OF LABORATORIES

1. In accordance with the written recommendation made by the Contractor from time to time and approved in writing by the Contracting Officer, the Contractor shall conduct fundamental research studies, investigations, and development work in the Laboratories, pertaining to atomic energy. The Contractor shall prepare and submit monthly reports as to the progress of such fundamental research studies, investigations, and development work and shall furnish a final report summarizing its activities, findings, and conclusions. Such reports shall be furnished in such quantity and form as may be required by the Contracting Officer or his duly authorized representatives.

2. In carrying out the work under this Article the Contractor is authorized to and shall do all things necessary or convenient in the operating of the Laboratories and closing down of the Government Laboratory or any part thereof, including (but not limited to) the employment of all persons engaged in work hereunder (who shall be subject to the control and constitute employees of the Contractor), and the providing of all materials and supplies except such as the Government is to furnish and supply as elsewhere specifically provided in this Contract.

3. The Government expressly agrees to furnish the principal raw materials necessary for the operation of the Laboratories and reserves the right to furnish any other materials for such operation. The Contractor shall not be obligated to utilize any materials furnished by the Government unless in the judgment of the Contractor and the Contracting Officer such material is of a suitable type and in satisfactory condition

4. The Contractor will use all reasonable efforts to supply the necessary personnel for the operation of the Laboratories and to perform the tasks as mutually agreed upon from time to time, but it is recognized that the Contractor cannot guarantee results of the operation of the Laboratories. The Contractor shall also provide personnel for the maintenance, protection a patrol of the Laboratories to the extent and in the manner mutually agreed u by the Contractor and the Government.

5. No part of the work to be performed under this Article VII sha be subcontracted unless the Contracting Officer shall have given his prior written approval thereto.