ARTICLE VIII - CHANGES

1. The Contracting Officer may at any time by written order issue additional instructions or require additional work or services, with the written consent of the Contractor, or direct the omission of work or services covered by this contract. If such changes cause a material increase or decrease in the amount or character of the work and services to be done under this contract, the contract shall be modified in writing accordingly. Nothing provided in this Article shall excuse the Contractor from proceeding with the prosecution of the work so changed. There shall be no adjustment in the amount of the fixed fee as provided herein, nor any claim therefor because of any errors and/or omissions made in computing the estimated cost of the work under this contract or where the actual cost varies from the estimated cost.

ARTICLE IX - TITLE TO THE WORK

Title to all materials, tools, machinery, equipment and supplies used in construction or operation of the Plant and the Laboratories for which the Contractor shall be entitled to reimbursement under Article XIII shall vest in the Government at the F.O.B. point of shipment thereof, or at such other point or points as the Contracting Officer may designate in writing; provided that the right of final inspection and acceptance or rejection of such materials, tools, machinery, equipment and supplies at such place or places as he may designate in writing is reserved to the Contracting Officer; provided, further, that upon such final inspection the Contractor shall be given written notice of acceptance or rejection as the case may be. In the event of rejection, the Contractor shall be responsible for the removal of the rejected property within a reasonable time.

ARTICLE X - WORKMANSHIP AND MATERIALS

The work shall be executed in the best and most workmanlike manner by qualified, careful and efficient workers insofar as they are available, in strict conformity with the best standard practices where such practices exist. Except as otherwise authorized by the Contracting Officer, all materials shall be of the best quality of their respective kinds. If the Contracting Officer requires that the Contractor submit for prior approval samples of materials proposed for use in the work covered by this contract, the Contractor shall make no commitments for such materials until the submitted sample has been approved by the Contracting Officer.

ARTICLE XI - EXPERT TECHNICAL ASSISTANCE

When, in the judgment of the Contractor, the complexity and nature of the project are such as to require expert technical assistance, or services, or advice in connection with special phases of the work, such as site planning, manufacturing processes, or other problems of a highly technical character, the Contractor may employ, by contract or otherwise, with the written consent and approval of the Contracting Officer obtained in advance, such supplemental professional services as are necessary for the proper performance of this contract.

ARTICLE XII - ESTIMATED COST AND FIXED-FEE

1. It is estimated that the cost of the work to be performed by the Contractor under this contract will be as follows:

a. It is estimated that the cost of the work required under Article III of this contract will be approximately Two Million, Seven Hundred Fifty-Three Thousand Dollars ($2,753,000.00), exclusive of the Contractor's fee.

b. It is estimated that the cost of the work required under Article IV of this contract (exclusive of the cost of materials and equipment to be furnished by the Government) will be approximately Fifty-Seven Million, One Hundred Forty-Seven Thousand Dollars($57,147,000.00), exclusive of the Contractor's fee.

c. It is estimated that the cost of the work required under Article V of this Contract will be approximately One Hundred Thousand Dollars ($100,000.00) exclusive of the Contractor's fee.

d. It is estimated that the cost of the work required under Article VI of this contract (exclusive of the cost of materials to be furnished by the Government) will be approximately Sixty-Seven Million, Nine Hundred Thousand Dollars ($67,900,000.00) to 31 December 1947 for performance hereunder, exclusive of the Contractor's fee.

e. It is estimated that the cost of the work required under Article VII of this contract (exclusive of the cost of materials to be furnished by the Government), will be approximately Nine Million, Three Hundred Thousand Dollars ($9,300,000.00), to 31 December 1947 for performance hereunder, exclusive of the Contractor's fee.

None of the foregoing estimates is guaranteed by the Government or the Contractor. Said estimates are based upon the data now available, are set forth in writing and have been agreed upon by the Government and the Contractor.

2. In consideration of its undertakings set forth in the contract, the Contractor shall receive the following:

a. Reimbursement for costs and expenses and payment of allowances and agreed rates of compensation as provided in Article XIII.

b. A fixed-fee in the amount of One Dollar ($1.00) which constitutes complete compensation for the Contractor's services, including profit other than that included in the prices quoted pursuant to Section 11, of Article II, and referred to in paragraph 2 d of Article XIII.

ARTICLE XIII - COST OF THE WORK

1. The Contractor shall be reimbursed in the manner hereinafter described in paragraphs 2 to 5, inclusive, for all of its costs incurred in the performance of the work, under this contract, and shall be paid in the manner hereinafter described in paragraphs 2 to 5 inclusive, by way of agreed compensation or predetermined fixed amounts or rates in lieu of such costs, to the extent that such costs or fixed compensation are claimed by the Contractor and approved by the Contracting Officer or his representative as properly allocable to the contract.

2. For purposes of payment to and accounting by the Contractor, the work to be performed under this contract is divided into four principal classifications. These classifications, and the general bases of payment therefor, are as follows:

a. Payment for all work and services performed by employees on the payroll of the Hanford Engineer Works and of the Government Laboratory (Knolls II) shall be at cost.

b. Payment for all work and services performed by employees of the Contractor's Research Laboratory (whether operated at Knolls I or in present locations, or both) shall be at cost, including a negotiated (predetermined) rate of overhead.

c. Payment for all technical and consulting work or other special services performed by employees of Departments of the Contractor other than the Research Laboratory, Hanford Engineer Works, or the Government Laboratory, except work covered by Subparagraph 2, d. of this Article, shall be at cost, including a negotiated (predetermined) rate of overhead.

d. Payment for products, materials, equipment and supplies, together with services requiring the use of facilities (such as processing, testing, analyzing, etc.) which are manufactured or furnished by employees of Departments of the Contractor other than the Contractor's Research Laboratory, Hanford Engineer Works, or the Government Laboratory, shall be at prices to be negotiated (generally in advance) by the Contracting Officer and the Contractor, it being understood that such prices will normally include a reasonable profit to the Contractor and will be those generally accorded other purchasers purchasing similar quantities under like conditions

Such prices will include all work of designing and manufacturing equipment performed by employees of Departments of the Contractor other than the Contractor's Research Laboratory, Hanford Engineer Works, or the Government Laboratory. The negotiated prices contemplated in this subparagraph d. may, in some cases, take the form of a separate cost-plus-fixed-fee contract generally similar to the Contractor's existing cost-plus-fixed-fee contracts with the Government.

3. The provisions of this Paragraph 3 shall apply only to the work and services described in subparagraph 2,a. of this Article. The cost of such work and services shall include the following:

a. All labor, materials, tools, machinery, equipment, supplies, services, utilities, power and fuel necessary for either temporary or permanent use for the benefit of the work; but with respect to materials withdrawn from the Contractor's stores, whether or not such material is of its own manufacture, the actual cost shall be deemed to be the inventory cost plus the Contractor's usual handling charges for such stores.

b. Expenses of feeding, housing, and transportation of employees to the extent that these are not recovered by the Contractor from employees, provided such expenses are incurred either at the direction of the Contracting Officer or with his prior approval.

c. Salaries of all employees of the Contractor engaged in the work, whether at the site of the Plant or Government Laboratory or elsewhere, except salaries which, in accordance with the Contractor's customary accounting practices, are charged to administrative accounts and are covered by the allowance provided for in subparagraph 5, c. of this Article.

d. Buildings, trade fixtures and equipment required for field offices, commissaries, cafeterias, mess halls, dormitories, hospitals, first-aid stations, the village and community facilities in connection therewith, and other facilities necessary for the work, and the cost of maintaining and operating such buildings and facilities; provided that the Contractor may enter into a contract with a third party or parties for the operation of any such facilities, in which event such contract shall be reduced to writing and the terms thereof subject to the written approval or ratification of the Contracting Officer.