e. Payments made by the Contractor under the Social Security Act and state unemployment compensation laws.

f. Profit sharing and extra compensation to employees, separation allowances and charges under welfare and other employee relations policies of the Contractor, insofar as the same are applicable to the work performed under this contract; provided that the Government shall be chargeable therefor only insofar as the same are consistent with the general employee relations policies existing within the Contractor's organizstion or as they may

be changed from time to time on a company-wide basis or as they may be modified with the written approval of the Contracting Officer to coincide with previous policies of du Pont at Hanford Engineer Works or due to the extraordinary circumstances and hazards surrounding the project or are incurred pursuant to agreement made as a result of collective bargaining with representatives of the employees or are expressly authorized in writing by the Contracting Officer.

g. In addition, all costs provided for in paragraph 5 of this Article.

4. The provisions of this paragraph 4 shall apply only to the work and services described in subparagraphs 2 b and 2 c of this Article. The cost of such work and services shall include the following:

a. All materials and supplies (including machinery, tools, dies, patterns, molds, jigs, fixtures, gauges, instruments and equipment) acquired or produced by the Contractor for use in the performance of the work under this contract. Such materials and supplies shall include those purchased for stock and subsequently issued for contract operations, those acquired under subcontracts and purchase orders, those directly chargeable to the maintenance, repair or replacement of machinery, tools, instruments, equipment, dies, molds, jigs, gauges, patterns, fixtures, and facilities which are or which are to become the property of the Government and to be used in the performance of the work provided for under this contract, and materials and supplies directly chargeable to plant alterations or to the rearrangement of plant or facilities or to the installation or removal of equipment or plant facilities. Such materials and supplies shall also include those scrapped for any reason, and waste resulting from the contract operations. Title to such waste and scrap material shall remain in the Government with the exception, however, of all ordinary manufacturing waste and scrap such as borings, turnings, short ends and pieces, punchings, skeletons and the like, (but not including scrap or waste which may result from valuable or special materials furnished by the Government), title to which shall vest in the Contractor as compensation for the cost of collecting and disposing of such material. This method of reimbursing the Contractor for the collection and disposal of waste and scrap material has been determined in advance by the Contracting Officer and agreed to by the contracting parties as representing reasonable and proper compensation for the work and such compensation does not include any element of profit nor reimbursement for any expenditures or items of cost for which reimbursement or payment is provided elsewhere in this Article. With respect to materials withdrawn from the Contractor's stores, whether or not such material is of its own manufacture, the actual cost shall be deemed to be the inventory cost plus the Contractor's usual handling charges for such stores.

b. All labor falling within the classes described in subparagraphs 2, b. and 2, c. of this Article which is directly and properly chargeable to the cost of work provided for under the contract, including the following: all compensation of scientists, physicists, chemists, engineers, draftsmen and other technicians or consultants, and all salaries or wages of employees performing shop labor including machining, testing, assembling, inspecting, packing, crating, boxing, loading, unloading, dismantling and moving or removing work or equipment called for by the contract, constructing and maintaining or replacing machinery, tools, equipment, instruments, dies, molds, jigs, gauges, patterns and fixtures (including Government-owned facilities) which are to be used in the performance of work hereunder, and conducting tests or demonstrations both within and without the Contractor's Plant.

c. Overhead (exclusive of General Expense) in amounts equal to the sum of the products of (i) the percentages set forth in the table below and (ii) the cost of labor for which reimbursement is authorized in accordance with the provisions of subparagraph 4, b. of this Article. In determining such amounts, the percentage indicated below for a given department or laboratory shall be applied to the labor performed by employees on the payroll of that department or laboratory:

| | |
|---|---|
| Research Laboratory.......................... | 101% |
| General Eng. & Consult'g Lab............. | 123% |
| Electronics Department..................... | 112% |
| Apparatus, Chemical and other Depts...... | 120% |

These overhead rates have been determined in advance by the Contracting Officer and agreed to by the contracting parties as representing a reasonable and proper proportionate share of all of the Contractor's overhead (exclusive of General Expense) applicable and allocable to the performance of this contract and as not including any expenditures or items of cost for which direct reimbursement or payment is provided elsewhere in this Article nor any element of profit whatsoever. The overhead rate established in this paragraph for the Contractor's research laboratory shall be redetermined by the Government and the Contractor and mutually agreed upon as of April 1, 1947, and at six month intervals thereafter; the overhead rates established above for other Departments or Laboratories of the Contractor shall be redetermined by the Government and the Contractor and mutually agreed upon as of April 1, 1947, and annually thereafter in accordance with arrangements now existing between the Contractor and other government procurement services. The rates so redetermined shall then be substituted for those set forth in this subparagraph 4, c. of Article XIII, provided, however, that such redetermined rates shall apply only to work performed after the date of redetermination.

d. In addition, all costs provided for in paragraph 5 of this Article.

5. The provisions of this paragraph 5 shall apply to all the work and services described in subparagraphs 2, a., 2, b., and 2, c. The Contractor shall receive payment for the following items in addition to but without duplication of the amounts payable under the provisions of paragraphs 2, 3 and 4 of this Article.

a. Expenses of procuring or endeavoring to procure personnel and expediting the production and transportation of materials, supplies and equipment, including transportation and traveling expenses incident thereto.

b. Costs in connection with annuity contracts for the benefit of employees of du Pont who transfer to the payroll of the Contractor in order to compensate such employees for loss of past service benefits under pension plans of du Pont, such annuity contracts to be obtained in accordance with the provisions of Article XVI hereof.

c. All payments and expenditures made pursuant to subcontracts entered into for the purpose of carrying out this contract.

d. The actual cost of expenditures made by the Contractor in securing permits, approvals, licenses and easements provided for under subparagraph 1 (c) of Article III, and the cost of consulting services provided for under Article XI.

e. Expenditures incident to purchase, maintenance and operation (including services of necessary personnel) of one or more airplanes or charter of airplanes for use in connection with the work under this contract provided, however, that such purchasing or chartering shall have prior approval in writing of the Contracting Officer.

f. Rental actually paid by the Contractor at rates not to exceed those approved by the Contracting Officer for equipment rented in connection with the construction or other work to be performed under this contract.

g. Rental of any equipment and facilities owned by the Contractor and leased to the Government for use under this contract at rates to be agreed upon by the contracting parties.

h. All costs of transportation, packing, crating, boxing, shipping, loading, unloading, moving, dismantling, removal, demurrage charges and storage charges on materials, supplies and equipment, including expenses of removal of rejected property under Article IX.

i. First class railroad transportation, including chair or sleeping accommodations, as customarily permitted by the Contractor and/or other transportation expenses of employees of the Contractor actually incurred in connection with the performance of the work hereunder and supported by such receipts as are required by the Contractor in the regular conduct of its business. Reimbursement to the Contractor for such transportation expenses of employees shall be limited to the costs as borne by the Contractor. Transportation by employee-furnished automobile for required travel of employees hereunder shall be reimbursed at the rate of 5¢ per mile as representing the actual cost of such transportation, or such higher rate as may hereafter be paid to the employees under a revised company-wide policy of the Contractor. The Contractor will, in addition to the reimbursement for transportation, be paid as a predetermine fixed amount by way of agreed upon compensation and not by way of reimbursement, $8.00 per day per man in travel status. Such transportation and per diem allowances shall be paid in connection with transfer of employees and their dependents to and from the sites of the work, including a reasonable time allowed to obtain new residences, provided, however, that the amounts payable to the Contractor for transportation under this provision shall be limited to the amounts for which employees are actually reimbursed. All travel shall be authorized or approved by the Contracting Officer.

j. Temporary rights in land required in connection with the work.

k. Premiums on such bonds and insurance policies as the Contracting Officer may approve or require as reasonably necessary for the protection of the Government or the Contractor, including the cost of any bonds required for protection of the Government in connection with advances made under Article XV. In every instance where this contract requires or permits the United States to pay the premium on a bond or insurance policy, either directly or ultimately as a reimbursable item, the bond or insurance policy shall contain an indorsement or other recital excluding by appropriate language any claim on the part of the insurer or obligor to be subrogated, on payment of a loss or otherwise, to any claim against the United States. It is recognized that complete insurance