the making by the Contractor of payments to carriers (including the Department of Labor and Industries of the State of Washington) pursuant to Section 8 of this Article XV or of the withdrawals from the special bank account for the purpose of the Employees Benefit Fund pursuant to Article XXXV hereof, or the Annuity Fund pursuant to Article XVI hereof, the advance payments made to the Contractor by the Government under this Article XV shall be deemed to be liquidated to the extent of the payments and withdrawals so made by the Contractor.

## ARTICLE XVI - ANNUITY FUND

1. In order to retain the services of certain employees of du Pont, now at Hanford Engineer Works, whose continued employment on the research, engineering, construction and production work covered by this contract is considered necessary by the Contractor, and in order to compensate such employees for loss of pension rights with du Pont, the Contractor is authorized to withdraw such amount or amounts as may be necessary from sums advanced to the Contractor by the Government pursuant to Article XV hereof, for the purpose of establishing an escrow fund, hereinafter referred to as the "Annuity Fund", which the Contractor will use in purchasing annuity contracts from an insurance company mutually satisfactory to the Government and the Contractor for the benefit of said employees, who are transferred to the Contractor's payroll as of September 1, 1946, on the following terms and conditions:

Annuities purchased will be single premium, non-refundable, with annuity payments for men starting at age 65, and for women starting at age 60, or at earlier ages (not before age 60 for men or 55 for women) at the option of the employee in amounts reduced on an actuarial basis as determined by the insurance company.

The amount of the annuity at age 65 for men and age 60 for women will be a percentage of the employee's annual rate of salary as of September 1, 1946, less an amount in lieu of the Social Security deduction called for by the du Pont pension plan, as follows:

| Year in which his continuous service with du Pont commenced | Percentage of salary | Deduction |
|---|---|---|
| 1946 | 1% | $ 10 |
| 1945 | 2 | 20 |
| 1944 | 3 | 30 |
| 1943 | 4 | 40 |
| 1942 | 5 | 50 |
| 1941 | 6 | 60 |
| 1940 | 7 | 70 |
| 1939 | 8 | 80 |
| 1938 | 9 | 90 |
| 1937 | 10 | 100 |
| 1936 | 11 | 100 |
| 1935 | 12 | 100 |
| Etc. | (Increasing 1% per year) | (No further increase) |

An annuity contract will be delivered to each employee as soon as possible after September 1, 1946, or the 15th anniversary of his continuous service date with du Pont, whichever is later, provided he maintains continuous service with the Contractor in accordance with the rules of the Contractor from September 1, 1946 to such 15th anniversary.

The annuity will normally be payable to the employee in equivalent monthly installments. If such monthly installment would be less than $10, payments shall be made quarterly. If the quarterly payment would be less than $10, the cash equivalent of the annuity shall be paid to the employee in a lump sum, at age 65 for men, or age 60 for women.

2. At the sole discretion of the Contractor, the Annunity Fund may be held in cash on deposit or invested and reinvested in United States Government securities either in whole or in part and from time to time, and the Contractor shall have the right to sell all or any part of such securities as and when it may see fit. All such cash shall be deposited in a bank which is a member of the Federal Reserve System, and all such securities shall either be held under a custody account with, or kept in a safety deposit box in, the same bank. All purchases and sales of such securities shall be upon the approval of any two of the Contractor's officers or employees who may be so authorized by the Contractor from time to time. Any such deposit account, custody account or safety deposit box shall be so designated as to indicate clearly to the bank its special character and purpose. The bank shall be obligated to furnish periodic written reports to the Contracting Officer setting forth the amount of cash in the deposit account and the face amount of the securities in the custody account, together with the deposits in and withdrawals from each of such accounts during the period covered by each such report. The Contractor shall furnish periodic written reports to the Contracting Officer, as well as such special reports as he may request from time to time, setting forth the face amount of securities in said safety deposit box, together with all deposits in and withdrawals from said box during the period covered by each such report. The bank shall be under no liability to any party hereto for the withdrawal of any funds or securities from the deposit account, the custody account or the safety deposit box upon proper authorization by the Contractor. Accounting for income and expense of the Annuity Fund shall be on a cash basis and not on an accrual basis. All realized interest, earnings and profits from said cash and securities and dividends from the insurance company shall be credited

to the Annuity Fund, and all purchases of annuities, incurred costs, expenses, losses and taxes in connection with the handling and investment of and income from said cash and securities shall be charged to said Annuity Fund. Promptly after the first of July of each calendar year the Contractor will render an accounting to the Government for the preceding fiscal year showing securities and cash on hand, the profit or loss resulting from investments and reinvestments made, the disbursements made for annuities purchased in accordance with this agreement, and the cost of administration of the fund.

3. The Annuity Fund shall be used by the Contractor solely for the purposes set forth in this Article. Any sums remaining in said Annuity Fund after the purchase of all the annuities provided for in Section 1 of this Article shall be promptly paid or credited to the Government by the Contractor.

4. With the approval of the Contracting Officer, the Annuity Fund or a part thereof may be used for the purchase of a group annuity policy from an insurance company mutually satisfactory to the Government and the Contractor.

## ARTICLE XVII - RECORDS AND ACCOUNTS, INSPECTION AND AUDIT

1. Records and Books of Account. The Contractor agrees to keep records and books of account, on a recognized cost accounting basis, showing the actual cost to it of all items of labor, materials, equipment, supplies, services and other expenditures of whatever nature for which reimbursement of actual cost is authorized under the provisions of this contract. The system of accounting to be employed by the Contractor shall be such as is satisfactory to the Contracting Officer, but no material change need be made from the Contractor's customary procedure if it conforms to good accounting practice and is applicable to the nature of the work to be performed under this contract.

2. Access to Records by Contracting Officer and Contractor. The Contracting Officer shall at all times be afforded proper facilities for inspection of the work and shall at all times have access to the premises, work and materials, to all books, records, correspondence, instructions, plans, drawings, receipts, vouchers, and memoranda of every description of the

Contractor pertaining to said work except such documents as are submitted in support of reimbursement vouchers; and the Contractor shall preserve such papers, or photographs; or microphotographs thereof (in the manner directed by the Contracting Officer or his duly authorized representative pursuant to Army Regulations, AR 380-5 dated 6 March 1946), at a location or locations, in the vicinity of the Contractor's principal office, or the site of the work, selected by the Contractor and approved by the Contracting Officer, without additional compensation therefor other than the actual costs thereof, for a period of ten (10) years after completion or termination of work under this contract, provided that the Contractor may with the approval of the Contracting Officer destroy such papers as are deemed to be of no potential value. Likewise, any duly authorized representative of the Contractor shall be accorded the privilege of examining the books, records, and papers of the Contracting Officer relating to the actual cost of the work for the purpose of checking and verifying such costs. Upon the expiration of the ten (10) year period following completion or termination of work under this contract, no further compensation or reimbursement of cost for the preservation of records will be paid and the Contractor shall be free to retain or dispose of said records as it sees fit; provided, that if at any time subsequent to the ten (10) year period the Contractor shall conclude that the further preservation of all or any part of said records is unnecessary, it will not destroy them without giving the Contracting Officer not less than sixty (60) days written notice of its intention so to do. Within said period of sixty (60) days the Government shall have the right to notify the Contractor to pack and ship immediately to the Government, at a destination then specified by the Contracting Officer, all or any part of the records designated by the Contractor in its notice to the Contracting Officer. The cost of such packing and shipment shall be borne by the Government. Upon the failure of the Government to give such notice to the Contractor within said period of sixty (60) days, the Contractor shall be free to dispose of all or any part of such records; provided that, any such dis-

posal of classified records shall be as directed by the Contracting Officer or his duly authorized representative pursuant to the requirements of Army Regulations for the Destruction of Classified Documents.

3. Auditing Functions. In order to avoid so far as possible duplication in accounting and auditing functions performed by the Contractor and the Government, it is agreed that the following accounting and auditing functions shall be performed by the Government exclusively:

a. Time checking (not time keeping) in the field, in the Plant, and the Government Laboratory.

b. Audit of original payrolls of the Contractor and subcontractors, the preparation of such payrolls and payment thereof to be performed by the Contractor or Subcontractors.

c. Checking of equipment rentals and the preparation and delivery of properly approved rental rolls to the Contractor for payment.

d. Such other accounting and auditing functions as may be effectively performed by Government employees and to which the Contracting Officer and the Contractor may mutually agree in writing.

4. Discharge of Functions. It is further agreed that if any of the accounting and auditing functions performed exclusively by the Government do not adequately discharge such accounting and auditing functions to the satisfaction of the Contractor, the Contractor, with the approval in writing of the Contracting Officer, may perform such additional checking and auditing as may be so approved. The Contractor shall be reimbursed for the cost of such additional accounting and auditing functions as are so approved.

5. Any loss, expense, damage, or liability, so far as it arises out of or in connection with the work to be performed by the Government under Section 3 of this Article, shall not be deemed for the purposes of Article XXXIV hereof to have been "caused directly by bad faith or wilful misconduct on the part of some corporate officer or officers (i.e., the Chairman of the Board of Directors, President, Vice Presidents, Secretary, Assistant Secretaries, Treasurer, Assistant Treasurers, Controller and Assistant Controllers) of the Contractor acting within the scope of his or their authority or employment."

ARTICLE XVIII - DRAWINGS AND OTHER DATA

1. All drawings, designs and specifications (including a manual of operations) prepared by the Contractor specifically

for this contract are to become the property of the Government on completion thereof as outlined in this contract, subject to the right of the Contractor to retain duplicates thereof for use as records only, and the Government shall have full right, subject to the provisions of Section 4 of Article XXXVII hereof, to use said drawings, designs, and specifications as instruments for the purpose of constructing, under contract or otherwise, any buildings or other structures for the sole use of the Government when and where the Government may designate without any claim on the part of the Contractor for additional compensation.

2. All designs, drawings and specifications (including the manual of operations) concerning the project shall be delivered to the Government whenever requested by the Contracting Officer and, furthermore, access to such designs, drawings and specifications as may contain classified information shall be restricted to trusted and duly authorized representatives of the Government and the Contractor, except as specifically authorized by the Government.

ARTICLE XIX - SPECIAL REQUIREMENTS

The Contractor hereby agrees that it will:

a. Procure and maintain bonds and insurance if obtainable in such forms and in such amounts and for such periods of time as the Contracting Officer may approve or require. Insurance if obtainable shall cover all work required by this contract, regardless of whether it is performed by Contractor's own forces or its subcontractors at the site of the Plant, or the Laboratories.

b. Procure all necessary permits and licenses; obey and abide by all applicable laws of the United States of America, of the State, Territory, or political subdivision thereof wherein the work is done, or of any other duly constituted public authority. It is understood and agreed that the respective undertakings to conform to the requirements of the several statutes referred to in this and other Articles of this contract shall be operative only so long as and to the extent that such statutory requirements are applicable hereunder.

c. Reduce to writing, unless this provision is waived in writing by the Contracting Officer, every contract in excess of Two Thousand Dollars ($2,000) made by it for the purpose of the work hereunder, for services (except contracts for employment), materials, supplies, machinery, equipment, or for the use thereof; insert therein a provision that such contract is assignable to the Government; make all such contracts in its own name and not bind nor purport to bind the Government or the Contracting Officer thereunder. No purchase order or contract in excess of Five Thousand Dollars ($5,000), (and in the case of construction in excess of Two Thousand Dollars ($2,000), shall be made or placed without the prior approval or ratification of the Contracting Officer.

d. Enter into no subcontract for any portion of the construction work except in the form approved by the Contracting Officer. Subcontracts are defined as contracts entered into by the Contractor with others which involve the performance, in whole or in part at the site of the work, of some part of the work described in this contract.

e. Dismiss from the work such employee or employees as the Contracting Officer deems incompetent, careless or insubordinate or whose continued employment is deemed by the Contracting Officer to be inimical to the public interest, subject to the right of appeal by the Contractor pursuant to Article XXI "Disputes". The Contractor shall make every reasonable effort in the selection of its employees and in the prosecution of the work under this contract to safeguard drawings and specifications and to prevent the theft or unauthorized use of the same.

f. Immediately upon termination of third party rental agreement, make all repairs to equipment rented thereunder which are required to be made by the terms of such rental agreements and remove such equipment from the site of the work. In cases where such repairs and removal cannot promptly be made, the Contractor shall notify the Contracting Officer of the reasons for such delay.

g. When, in the opinion of the Contracting Officer, the Contractor's personnel and/or overhead at the Plant or Government Laboratory is excessive for the proper performance of this contract, reductions thereof shall be made as required by the Contracting Officer subject to the right of appeal by the Contractor pursuant to Article XXI "Disputes".

ARTICLE XX - TERMINATION

1. The Government may terminate the work under this contract in whole or in part at any time by a notice in writing from the Contracting Officer to the Contractor. Such termination shall be effective in the manner and upon the date specified in said notice, which date shall be not less than six (6) months after the date of delivery to the Contractor of such notice, and shall be without prejudice to any claims which the Government may have against the Contractor or which the Contractor may have against the Government. It is expressly understood and agreed that no such termination shall be deemed to limit or destroy the effectiveness of the various provisions of this contract which, by their terms, are to remain in force subsequent to the termination of the physical work under this contract.

2. Upon effective date of such notice or upon expiration of the contract, or upon the effective day of termination thereof for any other reason, the Contractor shall immediately, except

in those cases in which the terms of this contract specifically provide otherwise, discontinue all work and the placing of all subcontracts for materials, facilities, supplies and services in connection with the performance of this contract or part thereof terminated by said notice, and proceed to terminate promptly all existing subcontracts, insofar as such subcontracts are chargeable to this contract or part thereof terminated by said notice. The Contractor shall also take any and all steps necessary to vest in the Government any and all rights and benefits resulting to the Contractor by reason of such termination, and the Contractor shall take any and all steps necessary to finally settle all matters in connection therewith (including protection of Government property in the possession of subcontractors and preparation thereof for removal or for storage) as may be required or approved by the Contracting Officer.

3. a. Thereafter the Contractor shall proceed with the settlement of his fixed-price subcontracts in accordance with the termination provisions thereof, if any, or, in the absence of such provisions, shall enter into negotiations with such fixed-price subcontractors, looking toward a negotiated settlement and an agreement upon cancellation charges, if any, resulting from the termination or cancellation of such subcontracts by reason of termination, in whole or in part, of this contract. The Contractor shall make every reasonable effort to arrive at a negotiated settlement in each such instance. Each such negotiated settlement shall be made expressly subject to the written approval of the Contracting Officer. Upon receipt of such written approval the amount of such settlement shall be paid by the Contractor unless payment direct by the Government is otherwise required. Approval of negotiated settlements of subcontracts shall be based upon such inquiry by the Contracting Officer as he deems reasonable under the circumstances.

b. The Contractor shall effect settlement and payment of each cost-plus-a-fixed-fee subcontract, unless payment direct by the Government is otherwise required in accordance with the termination provisions of such subcontract. In the event no termination provision is included in any such subcontract the Contractor shall make every reasonable effort to settle and terminate such subcontract and shall be reimbursed by the Government for all expenditures made in accordance with the terms of such subcontract and not previously reimbursed by the Government. The Contractor shall also be reimbursed for any fixed-fee payments made by him on such terminated cost-plus-a-fixed-fee subcontracts, to the extent that such payments have not previously been reimbursed, it being recognized that equitable adjustments in such fixed-fees may be necessitated by such termination. Any such settlements or adjustments in fee shall be made expressly subject to the written approval of the Contracting

Officer as he deems reasonable under the circumstances.

c. The Contractor shall make every reasonable effort to effect settlement and payment (unless payment direct by the Government is otherwise required) of all other obligations, commitments and claims, the cost of which would be reimbursable in accordance with the provisions of this contract, that the Contractor, prior to the effective date of termination, may have undertaken or incurred in connection with the work terminated. Such settlements shall be made expressly subject to the written approval of the Contracting Officer. Approval of such settlements shall be based upon such inquiry by the Contracting Officer as he deems reasonable under the circumstances.

d. In the event the Contractor, after diligent effort, is unable to effect a negotiated settlement as provided for in paragraphs a, b, or c of this Section 3, or in the event any such settlement is disapproved by the Contracting Officer, and the Contractor is unable, by further negotiation, to effect a settlement acceptable to the Contracting Officer, the Government shall assume and become liable for the Contractor's liability under such subcontract, obligation, commitment or claim and the Contractor shall execute and deliver to the Government all such papers and take all such steps as the Contracting Officer may require for the purpose of fully vesting in the Government the rights and benefits of the Contractor under such subcontract, obligation, commitment or claim.

e. Any other provision of this Section 3 to the contrary notwithstanding, the Government shall assume and become liable to the Contractor for the amount of any final judgment rendered against the Contractor by a court of competent jurisdiction determining the liability of the Contractor under any subcontract, obligation, commitment or claim, the cost of which would be reimbursable in accordance with the provisions of this contract, that the Contractor prior to the effective date of termination may have undertaken or incurred in connection with the work terminated; provided (1) that the Contracting Officer shall find that the Contractor in good faith made a reasonable attempt to negotiate an adjustment of such liability without litigation and (2) that the Contractor gave the Contracting Officer prompt notice of the initiation of the proceedings in which such judgment was rendered and had offered the Government control of the defense of the proceedings; provided, further, the Government shall reimburse the Contractor for all his costs in connection with said suit, including, but not limited to, cost of litigation, attorney fees, accounting fees, and clerical expenses; provided, further, that if at any time prior to final judgment a settlement is finally negotiated and approved in writing by the Contracting Officer the Contractor shall

pay the amount of such settlement and shall be reimbursed therefor and for all costs and expenses in connection therewith unless payment direct by the Government is otherwise required.

f. As a condition of any settlement by the Contractor or as provided for in this Section 3, the Contractor shall obtain a release approved by the Contracting Officer as evidence that such payment constitutes complete and final settlement of the claim of the third party against the Contractor; provided that, with the approval of the Contracting Officer, such release may except any claims which the third party may have against the Contractor and which have not become liquidated at the time of such payment.

4. If this contract or any part thereof is terminated for the fault of the Contractor, the Contracting Officer may enter upon the Plant and Government Laboratory for the purpose of completing the work so terminated, may take possession of any and all materials, tools, machinery, equipment and appliances which are the property of the Government or under rental thereto, and may exercise all options, privileges, and rights in connection therewith, and may complete or employ any other person or persons to complete said work.

5. The Government shall reimburse the Contractor for all costs and expenses incurred pursuant to this Article in accordance with the provisions of Article XIII. Without limiting the generality of the foregoing, it is expressly understood and agreed that the following costs and expenses are included:

a. Costs incurred by the Contractor in preventing or reducing loss resulting from termination and for the protection, removal, storage, transportation, (including delivery costs resulting from directions of the Contracing Officer) of property in which the Government has an interest under this contract;

b. Accounting, legal, litigation, clerical and other expenses in connection with the termination of this contract, or part thereof, and any subcontract hereunder;

c. All sums paid to subcontractors or to third parties on account of termination; provided such payments have been approved or ratified by the Contracting Officer.