The following information is provided in response to the Freedom of Information Act request. It is extracted from the following:

1952 KAPL Safety Manual
1960 KAPL Safety Manual
1962 Incident Prevention Manual
1957 Dangerous Properties of Industrial Materials

Paragraphs 3, 4, and 7

Knolls Atomic Power Laboratory requirements for handling and working with asbestos-containing materials and the exposure limit which was applied during the period specified in the request are described in the attached copies of applicable documents. The basis for the asbestos exposure limit is discussed in the copies of pp. 322-323 of "Dangerous Properties of Industrial Materials" by N. Irving Sax (1957 edition). However, this book was not referenced in the KAPL Safety Manuals from which the attached excerpts were taken.

Paragraph 5

Allowable dust levels were not specifically addressed in those documents. However the basic reference source employed at that time was Sax' "Dangerous Properties of Industrial Materials." The relevant section from the 1957 edition is attached describing the recommended maximum exposure level and its basis. Here again, the Sax text was not referenced in the applicable KAPL documents.

Paragraph 6

The applicable American Standards Association (ASA) standards for respiratory and other protective equipment were the standards employed by the Knolls Atomic Power Laboratory. A copy of ASA Standard Z2.1-1959 is attached as are the applicable portions of specific Knolls Atomic Power Laboratory documents. The ASA document was referenced in the applicable KAPL Safety Manuals.

Paragraph 8 & 9

Mandatory medical examinations for users of certain types of respirators are discussed as are the Knolls Atomic Power Laboratory requirements for industrial ventilation.

1953 KAPL Safety Manual



The use of pa[illegible] work in the laboratories, [illegible]

AIR COMPRESSED, [illegible]

[illegible] COMPRESS[illegible]

[illegible] HIGH PRESSURE

Where air pressure vessels are [illegible] storage or for operation at higher than normal pressure (92 pounds per [illegible] inch), it is recommended that special tanks shall be secured from responsible suppliers. These tanks shall have the inspection stamp of approval of the insurance or government agency authorized to make such an inspection in the interest of public safety.

[illegible]

Before any new antifungus material is [illegible] in the shop, the Safety Supervisor [illegible] Medical Director shall give their approval.

ARTIFICIAL RESPIRATION

Each supervisor shall have at least two men in his group who are properly trained and able to administer artificial respiration.

ASBESTOS DUST

It is recommended that all machining operations on asbestos compounds be exhausted. Respirators should be used only on temporary jobs. The dust of asbestos compounds may produce asbestosis in the lungs of those exposed to it. Safe practice dictates that an analysis of air be made to detect contamination. Preventive measures shall be taken if results indicate contamination.

## SOME COMMON INDUSTRIAL HYGIENE PROBLEMS

Industrial hygiene is concerned with the control and elimination of occupational disease. It is too broad a subject to attempt to cover in a safety manual and, in general, it should be sufficient to say that specific questions in this area should be referred to the Laboratory physician. There are, however, some common industrial hygiene problems which are covered briefly in the following text.

Asbestos Dust

It is recommended that all machining operations on asbestos compounds [illegible]. Respirators should be used only on temporary jobs. The dust of asbestos compounds may produce asbestosis in the lungs of those exposed [illegible] practice dictates that an analysis of air be made to detect contamination. Preventive measures shall be taken if results indicate contamination.

Beryllium

All materials containing beryllium shall be machined, worked, or used under the conditions set forth by Health Physics and the Laboratory [illegible].

Cadmium-Coated Materials, Welding of

This operation is extremely hazardous, and the Safety Office should be consulted before such work is attempted.

Cyanide

Open containers of cyanide shall be placed in an enclosure and securely [illegible] shall be dispensed only in quantities required for immediate

[illegible] Incident [illegible]

4.2

OFFICIAL USE ONLY

[illegible] published annually by [illegible] Association of Governmental Industrial Hygienists. This table shows, for a given material, the concentration in air that can safely be inhaled for prolonged periods of time. These safe limits vary greatly, according to the material. For example, for gases, the maximum allowable concentrations range from [illegible] for nickel carbonyl to 5000 ppm for carbon dioxide; and, in [illegible] of dusts and [illegible], the safe limits vary from 0.002 mg/m³ [illegible] beryllium to 15 mg/m³ for zinc. Thus, a measure of the degree [illegible] industrial toxicity of a material can be obtained from a table [illegible] Maximum Allowable Concentrations.

Chemicals with noticeably irritating effects are not likely to [illegible] inhaled above the safe limits. Unfortunately, however, many toxic chemicals are tasteless and odorless, and there is no way of knowing whether or not hazardous conditions exist unless specific industrial hygiene tests are made. Chemicals that are not uncomfortable to breathe, and which are insidious in their effect following prolonged exposures, must be treated with special care. Three materials in this [illegible] are benzene (benzol), carbon tetrachloride, and beryllium. [illegible] materials should be under strict administrative control.

[illegible] materials like aniline, nitrobenzene, phenol, and metal-[illegible] compounds are readily absorbed through the skin and can cause [illegible] poisoning quite easily. For such materials, safety practices should be stringent, and carefully observed.

Finally, all materials have some degree of toxicity. Therefore, [illegible] the toxicity but rather the use or misuse of the material [illegible] determines the degree of hazard. Many times, the more innocuous [illegible] create the greater hazard because there is a lack of respect [illegible] proper use. The [illegible] Office at KAPL has obtained some simple test equipment to measure the degree of health hazards in the use of the common chemicals [illegible] industrial hygiene significance.

[illegible] Problems

Mineral Dusts

The mineral dusts [illegible] in industrial hygiene are silica [illegible] asbestos. The safe limit for prolonged exposure to either of these [illegible] five million particles per cubic foot. Short-term exposures of a [illegible] minutes or hours are not significant; in such cases, simple dust [illegible] respirators can be worn for protection. However, safe practice requires [illegible] proper exhaust ventilation for routine work with asbestos or free [illegible].

Miscellaneous [illegible] dusts, such as [illegible], marble, [illegible] aluminum oxide require control from the [illegible] and comfort [illegible] point, only.

[illegible]

...sulting anemia is responsible for the production of many of the symptoms accompanying arsine poisoning; other symptoms result from the hemolysis itself, ... occur during the excretion of ...hemoglobin. Hemoglobin and ...gradation products are ...only found in the urine. ... commonly whole blood may ...ssed. Occasionally, the ... tubules may be plugged by ... with resultant suppression ... Jaundice, which may be ... a common result of the ... frequently there ... the lungs, ... by cyanosis. [illegible]

[illegible]

... Moderate, when ex... (Section 6). ... Moderate ... (Section ...). ... Dangerous ... [illegible]

[illegible]

Description: Light yellow, hygroscopic powder.
Formula: $C_{12}H_{12}As_2N_2O_2 \cdot 2HCl \cdot 2H_2O$
Constant:
Mol. Wt. [illegible]
Toxicity: See Arsenic Compounds.
Disaster Control: See Arsenic Compounds.
Ventilation Control (use moderate rate): Section 2
Personnel Protection: Section 3
Personal Hygiene: Section [illegible]
First Aid: Section 1
Storage and Handling: Section [illegible]

## ASBESTOS PARTICLES

Synonym: Asbestos dust.
Toxic Hazard Rating:
Acute Local: [illegible] irritation
Acute Systemic: [illegible]
Chronic Local: [illegible]
Chronic Systemic: [illegible]
MAC: ACGIH [illegible] particles per [illegible] of air.
Toxicology: The essential lesion produced by asbestos dust is a diffuse fibrosis which probably begins as a "collar" about the terminal bronchioles. Usually, at least 4 to [illegible] years of exposure are required before a serious degree of fibrosis results. There is apparently less predisposition to tuberculosis than in the case with silicosis.

Clinically, the most striking sign is shortness of breath of gradually increasing intensity, often associated with a dry cough. In the early stages physical signs are absent or slight; in the later stages rales may be heard, and in long-standing cases there is frequently clubbing of the fingers. In early stages of the disease the chest x-ray reveals a ground-glass or granular change, chiefly in the lower lung fields; as the condition progresses the heart outline becomes [illegible] irregular [illegible]

[illegible]

Toxic Hazard Rating Code: 0 None; 1 Slight; 2 Moderate; 3 High; [illegible] Unknown

323

large areas of fi... emphysematous ... apices and bases ... walls are thicke... characteristic "... are found.
Ventilation Control ... Section 2
Personal Hygiene: ...

## ASCARIDOLE

Description: Liqui...
Formula: $C_{10}H_{16}O_2$
Constants:
Mol. Wt. 168.2...
B. P. 115°C @ ...
Density 1.011 ...
Toxicity: Details ... Also Peroxides, ...
Fire Hazard: Mod... taneous chemic... tion 6).
Caution: An oxidiz...
Explosion Hazard: ... at 250°C.
Disaster Control: ... heated, it emits ... may explode; it ... ducing material ...
Storage and Handli...

## ASPHALT

Synonyms: Bitume... pitch.
Description: Black ... mass.
Constants:
B. P.: < 470°C ...
Flash P. 400+° ...
Density 0.95 - ...
Autoign. Temp. ...
Toxic Hazard Ratin...
Acute Local: Ir...
Acute Systemic: ...
Chronic Local: ...
Chronic System...
Fire Hazard: Sligh... to heat or flame...
Spontaneous Heatin...
To Fight Fire: Fo... ide, dry chemic... tetrachloride (S...
Personnel Protecti...
Personal Hygiene: ...
Storage and Handli...
... Regulation...
... Coast Guard Cl... Hazard is A...

For d...

... of fibrosis, ... changes in ... diseases. The ... thickened, and the ... matic "asbestos L..."

... Control (use more ...)

P... Section ...

## ASCARIDOLE

De... Liquid.

... $C_{10}H_{16}O_2$

C...

... Organic.

... Moderate, by ...

... al reaction (...

## ASP...

... Irritant ...

... Irritant ...

... U

... Slight, when exposed ...

... Foam, carbon ...

... chemical or carbon ...

... (Section 6).

... Section

... Section 3

... Section

## ASPIDIUM

Synonym: ...

Toxic Hazard Rating:

Acute Local: Irritant ...; Allergen 1

Acute Systemic: ...

Chronic Local: Allergen 1

Chronic Systemic: U

Fire Hazard: Slight; when heated, it emits acrid fumes (Section 6).

Personal Hygiene: Section 3

Storage and Handling: Section 7

## ASPIRIN. See Acetol.

## ATABRINE DIHYDROCHLORIDE.

See "Atabrine" Hydrochloride.

## "ATABRINE" HYDROCHLORIDE

Synonym: Quinacrine hydrochloride.

Description: Bright yellow crystals.

Formula: $C_{23}H_{30}ClN_3O \cdot 2HCl \cdot 2H_2O$

Constants:

Mol. Wt. 508.?

M. P. Decomposes ... 250°C.

Toxic Hazard Rating:

Acute Local: Allergen ...

Acute Systemic: Ingestion 2

Chronic Local: Allergen 1

Chronic Systemic: Ingestion 2

Disaster Control: Dangerous; when heated to decomposition, it emits highly toxic fumes of chlorine.

Personal Hygiene: Section 3

Storage and Handling: Section 7

## ATROPINE

Synonym: Daturine.

Description: Colorless, crystalline alkaloid.

Formula: $C_{17}H_{23}NO_3$

Constants:

Mol. Wt. 289.?

M. P. 115.5°C; sublimes at 118°C

Toxic Hazard Rating:

Acute Local: Allergen 1

Acute Systemic: Ingestion 3; Inhalation 3

Chronic Local: Allergen 1

Chronic Systemic: Ingestion 2

Fire Hazard: Slight; when decomposed, it emits toxic fumes.

Ventilation Control (use moderate rate): Section 2

Personal Hygiene: Section ...

First Aid: Section ...

Storage and Handling: ...

## ATROPINE METHYL BROMIDE

See Atropine.

... detailed discussion ... See Section ...

51



... probably toxic. See ...

... Moderate, when ... heat or flame.

... Foam, carbon dioxide, ... chemical or carbon ... (Section 6).

... Dangerous; when ... decomposition, it emits ... fumes of oxides of ... can react vigorously with ... materials.

... Section 7

DOD... PHENOL

... colored liquid

DRILL CARTRIDGES. See ...

... Section 11 ... Classification: ...

DRUMS, EMPTY (USED)

... Section ... Classification ... terials.

Fire Hazard: Dangerous ... posed to heat or flame.

To Fight Fire: Foam, carbon dioxide, dry chemical or carbon tetrachloride (Section 6).

Explosion Hazard: Unknown.

Disaster Control: Dangerous! Keep away from heat and open flame! Reacts with oxidizing materials.

Ventilation Control (use moderate rate): Section 2

Storage and Handling: Section 7

**DRYORTH.** See Sodium ortho Silicate.

**DULCITOL HEXANITRATE**

Synonym: 1,2,3,4,... Hexol hexanitrate.

Description: Cryst...

Formula: $C_6H_8(NO_3)_6$

Constants:

M.P.: ...

M.P. Explodes ...

Toxicity: Details ... nitrate ...

Fire Hazard: ... exposed to heat or ... by chemical reaction ... oxidizing agents ... Section 6).

Explosion Hazard: ... Those ... exposed to heat (Section 7).

Explosion Point: ...

Disaster Control: Highly dangerous; shock and heat will explode it; when heated to decomposition it emits highly toxic fumes of oxides of nitrogen; can react vigorously with oxidizing materials.

Storage and Handling: Section 7

**DUMMY CARTRIDGES**

Shipping Regulations: Section 11. Coast Guard Classification: No restrictions.

**DUSTS, METALLIC.** See ... metal and Powdered Metals.

**DUST, TOTAL (BELOW 5% FREE $SiO_2$)**

Toxic Hazard Rating:

Acute Local: ...

... Systemic ...

... Local ...

... Systemic ...

... II.

of particles per cubic ... toxicology. The effect ... according to the composition. If it is organic dust it is primarily a nuisance, but may produce asthma by being an allergen. If the dust contains toxic compounds, either organic or inorganic, the hazard is that of the toxic component.

Fire and Explosion Hazard: Dangerous; both organic and inorganic dusts can explode or burn violently ... exposed to sparks or open flame. See Section 6.

**DYNAMAGNITE.** See Dynamite.

**DYNAMITE**

Description: Dynamite is a high explosive used industrially in construction and mining. The name generally refers to a mixture containing as its principal explosive ingredient either glyceryl trinitrate (nitroglycerin) or ammonium nitrate, suitably sensitized. It does not apply to black blasting powders, chlorate powders, or other deflagrating mixtures.

An ordinary blasting cap or an electric blasting cap is used for detonating a charge of dynamite.

The various classes and grades of dynamites are made from mixtures composed of an explosive compound or mixture of explosive compounds, dope, and a antacid. If any of the explosive ingredients are in a liquid state they are referred to as the "explosive oil," which is usually composed of glyceryl trinitrate (nitroglycerin) and about 25 to 30 percent ethylene glycol dinitrate. The latter compound depresses the freezing point of the nitroglycerin and renders the dynamite low-freezing. Other compounds may also be used as freezing point depressants. The explosive oil is absorbed by carbonaceous materials that have entirely replaced kieselguhr (diatomaceous earth), formerly used exclusively as the absorbent or dope in dynamites. This type of dope does not enter into the explosive reaction. Wood pulp is the most commonly used as the absorber, either alone or mixed in suitable proportions with flour, starch, etc.

... may be mixed with an oxidizer ... sodium nitrate, in which case an active dope is formed. For neutralizing any acid that may be present, about 1% of an antacid (calcium carbonate or zinc oxide) is added to the mixture. The explosive oil is mixed into the dope. The strength of a kieselguhr dynamite, when detonated, is derived only from the explosive oil, since kieselguhr is inert. A mixture of this kind is known as a straight dynamite. See Dynamite, Straight. On the other hand, an active dope, (an admixture of carbonaceous absorbents with an oxidizer), furnishes explosive strength in addition to that derived from the explosive ingredients.

By replacing a part of the explosive oil of a straight dynamite with ammonium nitrate, so that the latter becomes the principal explosive ingredient, a mixture known as an ammonia dynamite is obtained. See Dynamite, Ammonia.

When the explosive oil is gelatinized the explosive is known as a gelatin or an ammonia gelatin dynamite. See also Dynamite, Ammonia Gelatin and Dynamite, Gelatin.

Blasting gelatin is a gelatinized mass of an elastic nature obtained by incorporating nitrocotton with an explosive oil into which is mixed about 1% of antacid. See also Dynamite, Blasting Gelatin.

Dynamites may be in bulk form (bag powder) or put up in cartridge form, the most common size being 1 1/4 inches in diameter and 8 inches long, although for holes of small diameter, cartridges as small as 7/8 inch in diameter are also used. In large diameter well-drill holes for quarry blasting, cartridge diameters up to 10 inches, and lengths up to 30 inches may be used. These upper limits or 50 pounds in weight of each cartridge are imposed by the ICC Regulations, and the maximum length of 30 inches applies to all cartridge diameters between 4 and 10 inches.

An integral part of a stick of dynamite is the paraffined paper wrapper that not only holds the ingredients together but enters into the explosive reaction.

The wrap... measure of pr... exposure to d... in wet operati... dynamite whic... tion of water ...

The streng... mite is graded... content (perce... for any other... strength is de... ally in compa... grades of the... example, a 40... one which con... oil; a 40% str... mite, as dete... a 40% straigh... In other word... monia dynami... energy as an... 40% straight ...

Toxicity: See...

Fire Hazard: ... and Nitrat...

Explosion Ha... rial is a p... detonated l... only mode... also Explo...

Disaster Cont... and heat w... heated to ... highly toxi... nitrogen, ... etc. It ca... oxidizing ...

Storage and H...

Shipping Reg... sives, Hig...

**DYNAMITE, ...**

Description... mite contains... the principal... which may be... ing some of t... least 60 perc... as found in th...

A suitable... added becaus... ary No. 6 bla... pure ammoni... able of bring... If the sensiti... liquid ingredi... absorbent ma... amounts adde... the liquid ing...

1962 Incident Prevention Manual



Manager--Radiation Facilities
Manager--Operation and Maintenance
Responsible tenant or supervisor of area
where violation occurs.

The person who is responsible for the area in which the violation occurs must take the necessary action to have the condition corrected.

The Supervisor--Incident Prevention is responsible for following up to ensure that corrective action has been taken. If no corrective action has been taken, it is the responsibility of the Supervisor--Incident Prevention to report the matter to the Manager--Security and Safety. If corrective action cannot be accomplished through the Manager--Security and Safety, the matter will then be referred to the General Manager.

## ... HAZARD ANALYSIS

The job hazard analysis is a primary method of exploring the hazards associated with materials, tools, equipment, or facilities, and should enable supervision to develop a safe method of job performance.

Repetitive jobs should be reviewed frequently, and special or infrequent jobs should be carefully analyzed and discussed with all persons who are to perform the work. The analysis should include consideration of all hazards involved and recommendations for preventive measures to be taken as determined and agreed upon by all personnel involved.

In cases where problems of an unusual nature exist and where assistance is required in making the job hazard analysis, supervisors should consult with the Safety engineer.

A sample of the Job Hazard Analysis form (... 1516) that supervisors will use when making the analysis is shown on p. 1.11. These forms may be obtained from the Safety Office.

## ...NDARDS AND GUIDES

### ...tional Standards and Codes

The following Standards and Codes are used as guides to establish minimum levels of performance for the Incident Prevention Program at ...:

### American Safety Standards (ASA)

The American Safety Standards (ASA), which is used primarily for ...al aspects of safety and for specifications for equipment, is ...ble in the Technical Library.

1952 KAPL [illegible]

REFRIGERATORS [illegible]

[illegible] suitable refrigerators [illegible] separate, should be furnished [illegible] prevent the accumulation [illegible] for storing [illegible]

[illegible]

[illegible] when [illegible] and [illegible]

[illegible] and [illegible] apparatus in his work [illegible] must obtain clearance [illegible] apparatus from the Safety [illegible] Sub-Units. This [illegible] apply [illegible] using [illegible] equipment [illegible] periods of time EMERGENCY PURPOSES ONLY.

[illegible] be assured that [illegible] been properly instructed [illegible] physical disabilities which [illegible] the proper and safe use [illegible] equipment.

RESPIRATOR STERILIZATION

[illegible] recommended that respirators be cleaned and sterilized regularly with [illegible]. Respirators sterilized in this manner shall not be [illegible] until they [illegible] dry. Respirators shall be sterilized between use by operators. This [illegible] be done by the wearer upon completion of his job except in areas [illegible] for sterilization has been established.

[illegible]

[illegible] responsibility [illegible]

1960 KAPL Safety Manual

2. General Body Burns. Apply large amounts of mineral oil to any part of the body. Try to swab off of the body any particles of metal that can be removed easily by this method.

Eye Burns

Immediately apply mineral oil to the eyes by means of the eye cup. Using a bulb syringe, continue to swab the eyes with large amounts of mineral oil until it appears that all particles of metal or NaK have been removed.

Shock

Shock from whatever cause may best be treated by placing the patient in shock position (the head should be slightly lower than the feet by perhaps eight and ten inches). The patient should be made as comfortable as possible and lightly covered. Nothing should be given by mouth except sips of dilute salt and soda water (1 teaspoon each per quart of water) if well tolerated. If vomiting occurs, the head of the victim should be turned to one side.

## RESPIRATORY PROTECTION EQUIPMENT AT KAPL

Reference: KAPL OPG 53.04, Health, Medical and Safety

1. Classification of Respiratory Protection Devices:

a. Self-contained breathing apparatus.

b. Hose masks of the fresh-air type.

c. Air-line respirators.

d. Canister gas masks.

e. Mechanical-filter respirators.

f. Chemical cartridge respirators.

2. Self-contained Breathing Apparatus

a. When Used:

(1) In oxygen deficient atmosphere.

(2) In high concentrations of gases, vapors, fumes, mists and dusts.

b. Principle of Operation:

(1) The wearer carries with him a supply of compressed air or oxygen or a means of generating oxygen for breathing.

c. Types:

(1) Chemox Apparatus - Oxygen is generated in a closed system and the expired air is chemically treated and unused oxygen is recycled to the breather. The "Chemox" is the only approved oxygen generating respiratory protection breathing apparatus used at KAPL. Except in emergencies, before any person is allowed to use oxygen breathing equipment in his work, he must be examined by the KAPL physician.

(2) Demand Mask - Scott Air Pack or MSA Air Pack. This self-contained breathing equipment delivers pure air to its wearer through a demand-type regulator. The air supply is carried in a light-weight cylinder and delivered in the amount and rate "demanded" by the inhalation of its wearer.

d. Advantages:

(1) Equipment is self-contained - no external connections to an air supply.

(2) Offers complete protection in oxygen deficient and/or highly contaminated atmosphere.

b. Principle of Operation:

(1) Depends upon chemicals to react with or absorb the gas or vapor in the air, purifying it before it is breathed by the wearer. As no single material has been found which will remove all types of gases, specific canisters are designed to protect against certain classes of gases.

c. T[illegible]

[illegible] The All Service Canister Gas Mask - This mask has a sufficient variety of chem[illegible]s to furnish protection against all common gases including carbon mon[illegible]. This type mask is equipped with mechanical filters for protection agai[illegible] and smokes. The All Service Gas Mask is distinguished from an [illegible] mask by a larger canister, a timer and a red canister.

[illegible]strial Type Canister Gas Mask - This mask is similar to the All Se[illegible] [illegible]sk except that a canister must be used for the particular gas that [illegible] [illegible]ll be working in. Additional filters must be provided for protection agai[illegible] and smokes. In order to identify the industrial series of canisters, th[illegible] [illegible]ers are painted a distinctive color as follows:

(a) Organic vapors - Black
(b) Acid gases - White
[illegible] Acid gases plus organic vapors - Yellow
[illegible] Acid gases, organic vapors and ammonia - Brown
[illegible] Ammonia - Green

[illegible] these having additional filters for smoke and dusts are marked [illegible] [illegible] black strip at the top of the canister.

d. Advantages:

(1) Self-containing: no external connections

(2) Offers protection against most gases and vapors using the particular canister required.

(3) If a mechanical filter is provided in the canister the mask protects against specific dusts, fumes and mists.

e. Disadvantages:

(1) Limited to use in air containing concentrations of gas of not more than 2% in air, 3% ammonia, or a 2% total where more than one class of gases is present.

(2) Offers no protection against oxygen deficient atmospheres.

(3) Individual canisters are designed for only a definite maximum period of actual respiratory use.

6. Mechanical Filter Respirators

a. Where Used:

(1) In concentrations of dusts, fumes and mists.

b. Principle of Operation:

(1) Dusts, fumes and mists are removed by physical trapping as the air is inhaled through the filter material in the respirator.

c. Types:

Assault Mask with Super Micro Filter R-57 Canister (for particulate radioactivity).

PROTECTION

(2) MSA Comfo Respirator, CR 76872, with a Type H ultra filter, CR 76870 (for particulate radioactivity).

(3) MSA Dustfoe 66 Respirator, CM 76869, with a Type K filter, CM 75653 (for nuisance dusts, toxic dusts and mists not radioactive).

c. Advantages:

(1) Self-containing, light in weight.

(2) Comparatively inexpensive.

(3) Simple and easy to maintain.

(4) Offers protection against dust, fumes and mist (including radioactive contaminates) using appropriate ultra filter.

d. Disadvantages:

(1) Uncomfortable to wear for extended period of time or during physical exertion.

(2) Offers no protection against vapors or gases.

(3) Offers no protection in oxygen deficient atmospheres.

7. Chemical Cartridge

a. Where Used:

(1) In concentrations of specific gases and vapors.

b. Principle of Operation:

(1) Chemical cartridge respirators differ from mechanical filter types chiefly in the kinds of filters used. The chemical cartridge respirators employ small cartridges containing chemicals which will remove certain gases and vapors from the atmosphere so that the wearer inhales purified air.



PROTECTION

c. Types:

(1) MSA Comfo Chemical Cartridge Respirator with appropriate cartridge.

Cartridges:

(a) GMA – for protection against organic vapors.

(b) GMC – for protection against certain acid gases and organic vapors.

(c) GMD – for protection against ammonia gases in light concentrations.

(d) Mesorb – for protection against metallic mercury vapors.

d. Advantages:

(1) Self-containing, light in weight.

(2) Comparatively inexpensive.

(3) Simple and easy to maintain.

e. Disadvantages:

(1) Offers no protection against oxygen deficient atmospheres.

(2) Offers protection against only certain gases and vapors.

(3) Protects against only light concentrations of the gases and vapors (0.1% [illegible] by volume).

(4) Offers no protection against gases which are extremely toxic in very small concentrations.

PROTECTIVE CLOTHING

Oate... ...ds

...s where workmen may be accidentally splashed with corrosive materi... as pump repairs, pipeline work, connecting and disconnecting ... tank cars and similar jobs ... full protective suit (hood, ... and ... must be worn.

P... hats

... hats should be worn on jobs where there is danger of some ob... from above — for instance in construction work.

Safe...

... are furnished to all personnel regularly employed in certain ar... recommended that persons handling materials in other areas, such ... shops and laboratories, wear safety shoes which may be purchased thr... Employees Store.

Life ...

... harness-type life belt must be worn by men working in tanks or perform... hazardous work on roofs, etc.

1962 Incident Prevention Manual

OFFICIAL USE ONLY

...on, it is important that the supervisor inform personnel who work ... hydrofluoric acid of the following procedures.

During the day, when the laboratory physician and nurse are on duty, ... cases should be brought to the Dispensary for immediate atten-...

In cases where the employee is at work and the awareness of the burn ... after day-shift hours (when the Dispensary is closed), Incident ...ation should be called so that the victim can be taken promptly to ...emergency room of Ellis Hospital or of St. Clare's Hospital for treat-... If the employee is at home when he first becomes aware of the burn, ...ould go to the emergency room of the hospital nearest his home for ...ment. On the following day, a report should be made to the Dispensary ...ing the off-shift treatment.

While the person is enroute to a hospital for treatment, the pain of ...fluoric burns will be alleviated by placing ice cubes in a thin towel ...lding directly to the area of the burn.

... Metal Burns

While awaiting medical aid, immediately apply large amounts of mineral ... the affected part of the body. With a clean cloth, carefully wipe ... any particles of metal that can be removed easily after oil has been ...ied. For eye burns, apply mineral oil, using an eye cup or syringe. ...inue to flush the eyes with large amounts of mineral oil until it ap-... that all particles of sodium or NaK have been removed.

...NEL PROTECTIVE EQUIPMENT

... jobs at KAPL should be evaluated to determine the need for pro-... protective clothing or equipment to protect personnel.

... supervisor who has a question about the proper protection to be ... any operation or procedure should notify the Safety Office or ... Physics so that a joint evaluation can be made.

... jobs where hazards can be eliminated or reduced by special clothing ...ipment, such items are furnished to the employee free of charge, and ...ployee is required to use them (see OPG 41.01).

...e supervisor has a responsibility for ensuring that all persons who ..., or enter, an area under his supervision are provided with what-...otective clothing or equipment is required. In many areas where ...exist, signs or placards should be posted in a prominent location ...employees and visitors of the need for wearing the required items.

...irements for protective equipment and clothing, for particula...

OFFICIAL USE ONLY

...ions are discussed in detail in various pertinent OPG's (see Tab 1). Special problems or questions should be referred to Health Physics in the Safety Office.

The purpose of this chapter is to give some general information about the types of protective equipment that are required and are available at KAPL.

## Eye and Face Protection

Approved eye and face protection, such as safety glasses, goggles, ... face shields, is furnished by the Company to employees engaged in ... operations in which there is danger from flying particles, molten ..., dust, or injurious light or heat rays.

### Available in Stockroom

With the exception of safety glasses, which are obtained from the ... Dispensary, all required eye and face protection is carried in the ... stockrooms.

The required equipment may be obtained by the employee from the stock... upon presentation of an order which designates the type required and which is signed by the foreman or supervisor.

### Safety Glasses Obtained from Dispensary

Safety glasses--both prescription and "plano" (nonprescription)-- are furnished free of charge to employees who must wear safety glasses ... the performance of their duties. The employee obtains safety glasses ... the KAPL Dispensary by presenting an order signed by his foreman or supervisor. For prescription glasses, the employee must provide the necessary lens prescription and the Dispensary will order the glasses (see OPG 53.01). A Dispensary nurse will arrange for the fitting and adjustment of the frames of safety glasses.

### General Rules for Wearing Eye Protection

The type of eye protection worn shall be governed by the hazards of ... area. Some of the general conditions under which the wearing of eye protection is mandatory at KAPL are:

- Any person having vision in only one eye must wear safety glasses at all times while on the premises of the Knolls and West Milton Sites.
- Safety glasses, and other eye protection when necessary, must be worn by all persons engaged in chipping, cutting, welding, brazing, nailing, or grinding operations.
- All persons handling acids and chemicals must wear eye protection.

a. Employees doing nailing work should wear safety glasses with side shields. Others who work in or enter the area also should wear eye protection.
b. Welders should wear safety glasses under their welding helmets.
c. Supervisors should require that eye protection be worn in all areas where it is needed (posted areas) and in all outside activities, such as lawn mowing, where eye hazards exist.

Selecting Appropriate Eye Protection

All the equipment carried in the stockrooms is approved, but the foreman or supervisor must make sure the employee obtains the protective device that is appropriate for the job. If the supervisor has any question about the type of protection required, he should consult the Safety Office. All direct purchases of eye and face protection equipment must be approved by the Safety Office.

Some of the specifications for eye protection for various hazardous conditions are listed in the following paragraphs.

Minimum Protection from Flying Particles

Small Hazard. In an area or job where flying particles are very small, adequate protection is provided by regular safety glasses or by goggles with 0.050-in. thick plastic lens.

Medium Hazard. In an area or job where flying particles may be of metal or other high-mass material, such as are found in machine and maintenance shops, eye protection must meet one of the following requirements:

Safety spectacles with tempered safety lenses or plastic lenses of equal strength. They may have metal or plastic frames, with or without side shields.
A goggle made of a plastic frame holding a 0.050-in.-thick single acetate plastic lens, or lens of equal strength. This goggle is equipped with an elastic head band.

Great Hazard. In an area or for a job where flying particles may be relatively heavy, such as are found in chipping and grinding operations, the following minimum protection must be provided:

One heavy duty, cup type goggles designed to absorb severe shock, with lenses of tempered glass; or
A face shield equipped with a lens that is at least 0.060 in. thick, worn over safety spectacles that have tempered safety lenses or plastic lenses of equal strength.

Minimum Protection from Hazardous Liquids

Hazardous liquids include acids, caustics, and similar material equally hazardous to the eyes. The type of special equipment to be worn as a protection against such liquids depends upon the degree of the hazard.

Small Hazard. In an area or job where a splash of hazardous liquid would be too small to run down the face into the eyes, regular safety glasses or light-weight goggles provide adequate protection.

Medium Hazard. In an area or job where there is a possibility that a splash of hazardous liquid would run down the face, an "acid goggle" must be worn. This is a close-fitting goggle with plastic or rubber frame and with lenses of tempered glass or of 0.050-in.-thick plastic. It may be ventilated if the vents are designed to prevent liquid from entering.

Great Hazard. In an area or job where there is danger from acid in the form of a stream or spray, an approved acid hood must be worn over acid goggles.

Gas Welding

For gas welding and cutting, the cup type goggle with No. 6 shade lenses is to be used. If lighter shades are desired, consult the Safety Office for study and approval of their use.

Electric Welding

Welding helmets over safety spectacles shall be used in all electric welding operations. The helmet shall be of a size that will give complete face and eye protection. The window in the helmet shall be equipped with lens of the proper shade for the job.

Select the shade of lenses by the size of welding rod that is to be used.

[illegible]-in.-to 5/32-in.-diameter welding rods, use shade No. 10.
[illegible]-in.-and 1/4-in.-diameter welding rods, use shade No. 12.
[illegible]-in.-and 3/8-in.-diameter welding rods, use shade No. 14.

If a shade lighter than the No. 10 is desired, the Safety Office representative should be consulted for review and approval.

An observer of a job shall use eye and face protection equal to that used by the employee doing the job.

Life Belts

Employees must wear full harness-type life belts whenever the evaluation of working conditions (made by the supervisor or the Safety Office) indicates the need for this protective equipment. For instance, life belts

are required for work in tanks or manholes which contain hazardous materials or where there is an oxygen deficiency. Work on roofs and scaffolds also often requires the wearing of life belts, depending upon the hazardous conditions indicated by the job evaluation.

## Respiratory Protective Equipment

Several types of apparatus are available in KAPL stockrooms to provide protection against respiratory hazards. However, extreme care must be taken in selecting the equipment that is appropriate for the specific hazard that exists. Therefore, the Safety Office should be consulted if there is any question about the type of respiratory protection equipment that should be used. A detailed description of this type of equipment can be found in OPG 53.04, "Use of Respiratory Protective Equipment at KAPL." The information about respiratory equipment given in this chapter is of a general nature only.

## Classification of Respiratory Protection Devices

There are three main categories of respiratory protection devices available at KAPL: (1) fresh air supply breathing equipment, (2) canister gas masks, and (3) filter-type respirators. The equipment in each of these categories is designed to provide protection against specific types of hazards.

### Fresh Air Supply Breathing Equipment

Apparatus that provides a fresh air supply is used in (1) oxygen-deficient atmosphere, and (2) in high concentrations of gases, vapors, fumes, mists, dusts, and smoke.

Devices of this type include:

- Self-contained breathing apparatus in which the wearer carries a supply of compressed air or oxygen, or a means of generating oxygen for breathing. It should be noted that, except in an emergency, a person should be examined by a KAPL physician before he is allowed to use oxygen breathing equipment in his work.
- Hose masks of fresh-air type in which fresh air is either drawn in by inhaling, or blown through the supply hose attached to the mask face-piece by a low-pressure blower driven by hand crank or electric motor.
- Air-line respirator in which air is supplied to either a half- or full-mask face-piece from cylinders or from an independent compressor system not connected to any other piping system. (Note: Air-line respirators shall not be used in atmospheres that are immediately dangerous to life

or from which the wearer could not escape without respiratory protection.)

Whenever any fresh-air mask is used by an individual, the individual must be monitored by a second person. The second person will be provided with a different type of respiratory equipment if such equipment is required.

Canister Gas Masks

Canister gas masks provide protection against certain gases and vapors when the concentration in air does not exceed two percent by volume; or provide protection in concentrations of dusts, smokes, mists, and fumes if the canister is equipped with a mechanical filter.

Filter-Type Respirators

The mechanical filter respirator is used in concentrations of dusts, fumes, and mists, which are removed by physical trapping as the air is inhaled through the filter material in the respirator. This type of respirator offers protection from radioactive contaminates when the appropriate filter is used.

The chemical cartridge type of filter respirator provides protection from light concentrations of certain gases and vapors. Chemical cartridge respirators differ from mechanical filter types chiefly in the kinds of filters used. A small cartridge that contains chemicals removes certain gases and vapors from the atmosphere so that the wearer inhales purified air. Specific cartridges must be used for specific gases and vapors.

Protective Clothing

In many jobs at KAPL, employees are required to wear certain items of protective clothing to minimize possible hazards. For detailed information about company-furnished protective clothing and safety items, see OPG 41.01. Supervisors who have questions about special problems related to the wearing of protective apparel should consult the Safety Office or Health Physics. General information about the articles of protective clothing that are available at KAPL and some of the jobs which may require their use are discussed in this chapter.

Outer Garments

On certain jobs where there is a danger from corrosive or radioactive materials, workmen are required to wear special outer garments or full protective suits (hood, pants, coat, gloves, and boots), depending upon the hazards involved.

Protective Hats

Protective hats should be worn on jobs, such as construction work, where there is a danger of objects falling from above.

Safety Shoes

Safety shoes are furnished to personnel who are regularly employed in certain areas at KAPL. It is recommended that, for foot protection, personnel in all work areas wear safety shoes which they can purchase through the Safety Office.

e. Disadvantages:

(1) Furnishes protection for only a definite period of time depending on the size of the cylinder and breathing rate.

3. Hose Masks - Fresh Air Type

a. Where Used:

(1) In oxygen deficient atmosphere.

(2) In high concentration of gases, vapors, fumes, mists and dusts.

b. Principle of Operation:

(1) Fresh air is either drawn in by inhaling or blown through the supply hose attached to the mask face-piece by a low pressure blower driven by hand crank or electric motor.

c. Advantages:

(1) Offers complete protection against oxygen deficient and/or highly contaminated atmospheres for long periods of time.

(2) Several masks may be supplied from the same fresh air supply.

(3) Apparatus is simple and relatively inexpensive.

d. Disadvantages:

(1) Wearer is restricted in movement to the length of 25 feet without a blower supply, or 150 feet when supplied by a blower.

4. Air line Respirator

a. Where Used:

(1) In oxygen deficient atmospheres.

(2) In high concentrations of gases, vapors, mists, fumes and dust.

b. Principle of Operation:

(1) Air is supplied to either a half or full-mask face-piece from cylinders or from an independent compressor system not connected to any other piping system. Note: Air-line respirators shall not be used in atmospheres that are immediately dangerous to life or from which the wearer could not escape without respiratory protection.

c. Advantages:

(1) Offers complete protection against oxygen deficient and/or highly contaminated atmospheres for long periods of time.

(2) Several masks may be supplied from the same compressed air source.

d. Disadvantages:

(1) Wearer is restricted in movement to the length of the supplied air hose.

(2) Contaminants (rust, oil, dust) must be removed by filters from the compressor system.

Whenever any fresh-air mask is used by an individual, the individual must be monitored by a second person who will be provided with a different type of respiratory equipment if such equipment is required.

5. Canister Gas Masks

a. When Used:

(1) In concentrations not exceeding two percent by volume of certain gases and vapors.

(2) In concentrations of dusts, smokes, mists and fumes if the canister is equipped with a mechanical filter.

1952 KAPL Safety Manual

GENERAL ELECTRIC COMPANY
KNOLLS ATOMIC POWER LABORATORY

KAPL Instruction No. G-275
Date: November 12, 1951

Type: SAFETY

Subject: OXYGEN BREATHING APPARATUS

Except in emergencies for short periods of time, before any person is allowed to use oxygen breathing equipment (Chemox and one hour oxygen breathing apparatus) in his work, he must be examined by the KAPL Medical Supervisor and receive instruction on proper use of this apparatus. Final approval will be given by the Safety Office.

L. H. B. PEER
Safety Supervisor

APPROVED BY: L. L. FERGUSON
Manager--Operation Services

Distribution List
I, II, III, IV, V, VI,
and all Foremen

f. In each case, instructions on how to turn the equipment off in case of emergency shall be posted on the equipment.

g. Where life tests are going to be of a short term nature (less than 36 hours) and will be of the over night type of run, the Manager of Craft Operation shall be notified by phone and will be given the information called out in paragraph d above. All other parts of this instruction will also apply.

## VENTILATION

### General

1. Under no condition shall employees be permitted to work in rooms where air is contaminated by acid or poisonous fumes.

2. Any defects in the ventilating system must be corrected immediately.

3. All changes in the ventilating system must be approved by Facilities Engineering.

4. Food shall not be permitted in any dipping, pickling, or plating area.

### Exhaust Systems, Outlets

It is recommended that a careful survey of surrounding conditions be made before establishing locations of outlets for exhaust systems. This is to prevent exhaust fumes from contaminating the air entering air conditioning intakes, ventilators or open windows.

### Fans

Ventilating fans should be installed on the wall at least 7 feet above the floor. All fans shall be firmly secured, properly grounded, and effectively guarded.

1962 Incident Prevention Manual



by phone and given the test details listed above. All other parts of this instruction will also apply.

VENTILATION

Because of the various types of special work being performed throughout KAPL, no ventilation supply or exhaust will be shut off by any persons other than representatives of Plant Utility and Facilities Operation.

If it is deemed necessary by the Manager--Operations and Maintenance, a shutdown notice will be issued in accordance with OPG 44.02. No equipment, in this case, will be shut down until the notice is processed.

In the event of an emergency, i.e., equipment overheating, fire, water ventilation shutdown, etc., the above procedures may be disregarded.

Under no condition shall employees be permitted to work in rooms where air is contaminated by acid or poisonous fumes. Food shall not be permitted in any dipping, pickling, plating, or radiation control area.

Any defects in the ventilating system must be corrected immediately. All changes in the ventilating system must be approved by Facilities Engineering.

Exhaust Systems, Outlets

It is recommended that a careful survey of surrounding conditions be made before establishing locations of outlets for exhaust systems. This is to prevent exhaust fumes from contaminating the air entering air-conditioning intakes, ventilators, or open windows.

Fans

Ventilating fans should be installed on the wall at least seven feet above the floor. All fans shall be firmly secured, properly grounded and effectively guarded.

All portable fans must be effectively guarded by screens, properly grounded, and periodically inspected during the season of use. All fans located within reach of personnel require a guard of sufficiently fine mesh to prevent fingers from coming in contact with the blades. If any vibration is noted when a fan is started, the fan should be disconnected and repairs requested.

WALKING OR CLIMBING ON DUCTWORK, TANKS, ETC.

The effect of corrosion is not always evident, especially when tank tops, hoods, ducts, etc., are painted, and have a sound appearance. Therefore, it is hazardous to walk or work on top of tanks, covered vats,