KNOLLS ATOMIC POWER LABORATORY

SCHENECTADY, NEW YORK

# CONSTRUCTION SAFETY & INCIDENT PREVENTION RULES

## For Sub-Contractor Employee

ALL PERSONS DOING CONSTRUCTION WORK FOR THE KNOLLS ATOMIC POWER LABORATORY SHALL OBSERVE SAFE WORKING PRACTICES TO AVOID ACCIDENTS. CONTRACTORS ARE REQUIRED TO FOLLOW THE GENERAL SAFETY REQUIREMENTS, EM 385-1-1, CORPS OF ENGINEERS, U. S. ARMY, A COPY OF WHICH IS AVAILABLE TO THEM, AND APPLICABLE KAPL FIRE AND SAFETY REGULATIONS. VIOLATION OF ANY OF THESE RULES CAN BE GROUNDS TO REFUSE ENTRANCE TO KAPL. SPECIFIC RULES FOR EACH JOB WILL BE ISSUED. VIOLATION OF KAPL FIRE AND SAFETY RULES CAN BE AVOIDED BY PAYING PARTICULAR ATTENTION TO THE FOLLOWING:

1. A PERMIT MUST BE OBTAINED FROM FIRE PROTECTION EACH DAY, BEFORE ANY FLAME OR HEAT EQUIPMENT CAN BE USED.
2. FLAMMABLE LIQUIDS MUST BE KEPT IN APPROVED SAFETY CANS. SPECIAL PERMITS ARE REQUIRED FOR QUANTITIES OVER FIVE GALLONS OF A PARTICULAR FLAMMABLE LIQUID.
3. ALL PORTABLE ELECTRIC TOOLS WITH METAL FRAMES SHALL BE GROUNDED.
4. TEMPORARY WIRING USED FOR LIGHTS OR POWER SHALL BE RUBBER-COVERED EXTENSION CORDS.
5. A COMBINATION OF SAFETY GLASSES WITH FACE SHIELD OR MONOGOGGLES SHALL BE WORN DURING CHIPPING OR GRINDING OPERATIONS. SAFETY GLASSES SHALL BE WORN IN ALL AREAS THAT ARE POSTED "SAFETY GLASSES REQUIRED".
6. ALL PLATFORMS OR SCAFFOLDS OVER SIX FEET IN HEIGHT SHALL HAVE A GUARD RAIL, TOE BOARD, AND ALL STAGING SHALL HAVE SAFETY CLEATS.
7. SINGLE OR EXTENSION LADDERS SHALL HAVE SAFETY FEET, AND LASHED TO STRUCTURE AT TOP. WORKING FROM THE TOP TWO STEPS OF A LADDER IS PROHIBITED.
8. COMPRESSED GAS CYLINDERS SHALL BE CHAINED SECURELY TO A FIXED SUPPORT AND APPROVED.
9. SPARE OXYGEN CYLINDERS SHALL BE STORED SEPARATELY, NOT WITH OTHER FLAMMABLE GASES.
10. MATERIAL, TOOL, AND DEBRIS SHALL NOT BE PLACED IN PERSONNEL OR VEHICULAR TRAFFIC LANES OR BLOCK FIRE EQUIPMENT.
11. ALL SCRAP SHALL BE KEPT CLEANED UP AND REMOVED AT THE END OF THE WORK DAY.
12. STAIRS, LADDERS, OR OTHER SAFE MEANS OF ACCESS SHALL BE PROVIDED TO ALL WORK AREAS. USE OF CROSS BRACES OR FRAMEWORK FOR ACCESS IS PROHIBITED.
13. ABRASIVE MATERIAL SHALL BE PLACED ON ALL SURFACES MADE SLIPPERY BY OIL, ICE, ETC.
14. ALL INCLINED RAMPS SHALL HAVE NAILED CLEATS OR ABRASIVE MATERIAL TO PROVIDE SURE FOOTING.
15. ARC WELDING OPERATIONS MUST BE SHIELDED.
16. WEAR CONSTRUCTION HARD HATS WHERE OVERHEAD WORK IS BEING DONE. METAL HATS ARE NOT ACCEPTABLE.
17. THE CONTRACTOR SHALL FURNISH AND USE SUCH WARNING SIGNS AS ARE APPROPRIATE TO ACQUAINT PERSONNEL IN THE AREA WITH THE HAZARDS CREATED BY THEIR OPERATIONS.
18. ABRASIVE WHEELS AND ROTATING BLADES MUST HAVE A SPEED RATING EQUAL TO OR EXCEEDING THE DRIVING MECHANISM.
19. REPORT ALL INJURIES TO THE KAPL CONTRACTING ADMINISTRATOR.
20. PERSONS WITH OPEN ABRASIONS ARE NOT ALLOWED TO WORK IN H.P. AREAS, UNLESS THE WOUND IS PROPERLY TREATED.

I, THE UNDERSIGNED, HAVE READ AND UNDERSTAND THESE GENERAL SAFETY REGULATIONS AND SHALL OBSERVE THEM.

NAME________________________ POSITION________________________

COMPANY________________________ DATE________________________

# KAPL GENERAL CONSTRUCTION SAFETY RULES

Revised March 7, 1973

## GENERAL

The Knolls Atomic Power Laboratory and the Atomic Energy Commission require high standards of safety and work by all Subcontractors shall be performed in a safe manner acceptable to General Electric. The general safety requirements are given in the Manual EM 385-1-1, U.S. Army Corps of Engineers, and a copy of this manual will be made available to the Subcontractor; the Subcontractor shall read and comply with the safety requirements of this manual. The Subcontractor shall certify in writing that he has read and understands the requirements of Manual EM 385-1-1, U.S. Army Corps of Engineers. In addition, KAPL's own specific regulations, where applicable, will be made known through the Contract Administrator or his representative. Violation of any of these rules can be grounds for immediate removal of the offender from the Site.

In the event that there are conflicts between the provisions of Manual EM385-1-1 and the Occupational Safety and Health Act of 1970 and KAPL's Safety Rules, the most restrictive provision shall apply.

All questions regarding safety aspects of the work shall be referred to the Contract Administrator or his representative. Inspection of operations will be made by Incident Prevention and the Safety Office as required.

## OCCUPATIONAL SAFETY AND HEALTH ACT OF 1970 (OSHA) (Public Law 91-596)

The Subcontractor shall comply with the Safety and Health Regulations for Construction of the Secretary of Labor (Title 29 of the Code of Federal Regulations, Part 1926 and as may subsequently be revised). In addition, the Subcontractor shall keep occupational injury and illness records for his employees as required by the Occupational Safety and Health Act of 1970 (Public Law 91-596). Forms necessary to keep these records are available from the regional offices of the Bureau of Labor Statistics or the Occupational Safety and Health Administration.

## KAPL CONTROL AND SAFETY REQUIREMENTS PARTICULARLY APPLICABLE TO ON-SITE WORK

The listing of Controls and Basic Safe Practices which follows is in no way intended to release the Subcontractor from compliance with all applicable and current requirement of EM 385-1-1 and OSHA when performing on-site work at the Knolls Site, Schenectady, New York; Kesselring Site, West Milton, New York; and the Windsor Site, Windsor, Connecticut.

### A. ENVIRONMENTAL POLLUTION CONTROL

The Subcontractor shall control his operations in a manner to preclude (1) release into the atmosphere (2) dumping into sinks, drains, sewer, ditches, drainage systems or receiving streams or (3) casting aside of debris and litter that results in offensive, noxious, harmful or unsightly gases, liquids or solids. Open fires and refuse burning are prohibited. Any liquid containing offensive substances (such as chemical solutions, oily wastes, unwanted solvents) shall be disposed of by the Subcontractor in a manner approved by General Electric. All scrap, wastes and debris shall be controlled and disposed of in accordance with provisions set forth in the specification or as directed by the Contract Administrator or his representative.

B. BASIC SAFE PRACTICES

(a) Fire Protection

(1) Permits - Before any welding, cutting, torch or open flame is used, a permit covering the specified operation must be obtained from Incident Prevention. This permit will expire at the end of each day.

(2) Flammable Liquids - Flammable liquids shall be kept in approved safety cans. Special permission must be obtained from Incident Prevention before quantities in excess of five gallons of each liquid may be stored.

(3) Combustible Materials - Combustible materials shall be kept to a practical minimum and combustible products shall not be allowed to accumulate to the extent of creating a fire hazard.

(b) Gases

(4) Compressed gas cylinder shall be properly identified. When transporting, moving and storing compressed gas cylinders, valve protection caps shall be in place and secured; all cylinders shall be secured by chains or other approved means to prevent accidental falling.

(5) Spare oxygen cylinders shall be stored separately from other flammable gases.

(6) Overnight storage of cylinders of compressed flammable gases or oxygen inside buildings will not be permitted without the prior approval of the Contract Administrator or his representative. Cylinders so stored must have regulators removed, be capped and placed in an approved location.

(7) Cylinders shall be stored in an area assigned by the Contract Administrato or his representative. This area will be well ventilated and away from sources of ignition or heat.

(c) Electrical

(8) All portable electrical tools with metal frames shall be grounded or equipped with an approved system of double insulation. Where such an approved system is employed, the equipment shall be distinctively marked.

(9) Temporary wiring used for lights and power shall be heavy duty, rugged construction. All temporary installations, tie-ins and pick-ups must be approved by the Contract Administrator or his representative.

(10) Accessible parts in any circuit, where the potential is more than 42.4 volts peak and the current through a 1500 ohm load is more than 5 milliamperes, shall not be exposed; where leads, terminals, etc., cannot be covered or insulated, they shall be protected by enclosures, screened area, guards or striped tape and proper warning signs.

(11) All portable lead lights for use in boilers, manholes, or damp areas shall be operated at a maximum of 12 volts.

BASIC SAFE PRACTICES (cont'd)

(d) Tools, Equipment, Etc.

(12) All tools and equipment shall be in good condition. Tools with mushroomed heads, split handles, or other defects which impair their strength or render them unsafe for use will not be allowed on the sites.

(13) Wheels, belts, cutters, etc. shall be properly guarded. Abrasive wheels and rotating blades shall not be operated in excess of manufacturer's rated or recommended speeds.

(14) Straight ladders shall have safety feet and will be lashed securely when there is danger of tilting or tipping. Working from top two steps of ladders is prohibited. The use of wood or plastic ladders is recommended but metal ladders may be permitted by the Contract Administrator or his representative if electrical contact hazard does not exist.

(e) Personal Protection

(15) Hard hats shall be worn where overhead work is being done. Plastic helmets are recommended rather than metal.

(16) Approved eye protection shall be worn on all jobs involving eye hazards or in areas posted with eye protection signs. For extra hazardous jobs, such as grinding or chipping, a combination of face shield and safety glasses shall be worn.

(17) All injuries shall be reported to the Contract Administrator or his representative. First aid and ambulance service shall be rendered upon request when necessary and available.

(18) All safety equipment and apparel shall be furnished by the Subcontractor unless designated otherwise by the Subcontract.

(19) All welding operations shall be properly shielded to prevent exposures to ultra-violet.

(f) General Practices

(20) Material, tools and debris shall not be placed in personnel or vehicular traffic lanes nor block fire alarms, extinguishers, fire doors, fire exits, or any other fire protection equipment.

(21) All scrap shall be cleaned up and removed at the end of the work day.

(22) All spills of materials shall be cleaned up immediately and hazardous conditions caused by such spills shall be corrected as soon as possible. Abrasive material shall be placed on all surfaces made slippery by oil, ice, etc.

(23) All inclined ramps shall have nailed cleats or abrasive surfaces to provide sure footing.

BASIC SAFE PRACTICES (cont'd)

(f) General Practices (cont'd)

(24) The Subcontractor shall furnish and use such warning signs as are appropriate to avoid danger or hazardous conditions.

(25) Vehicles shall be operated on the site in a safe and reasonable manner, not exceeding posted speed limits, and shall be parked only as designated by the Contract Administrator or his representative.

(26) Safe means of access shall be provided for all work areas. (For example, ladders shall be used for access to scaffolds rather than cross braces).

(27) All employees of the Subcontractor shall conduct themselves in a proper manner. Horseplay, practical joking etc., are prohibited.

(28) All "No Smoking" rules shall be strictly followed.

(29) Unusual conditions, especially those involving danger to individuals, or potential damage to property, shall be reported immediately to the Contract Administrator or his representative.

(30) All platforms or scaffolds shall have guard rails and toe boards in compliance with the regulations of the Occupational Safety and Health Act of 1970 and all staging shall have safety cleats.

(g) Emergencies

(31) Subcontractor's personnel should familiarize themselves with all warning bells or alarms and emergency procedures.

(32) IN CASE OF EMERGENCY OF ANY KIND:

| | |
|---|---|
| AT KNOLLS SITE | DIAL 116 |
| AT KESSELRING SITE | DIAL 116 |
| AT WINDSOR SITE | DIAL 222 |

# KAPL GENERAL CONSTRUCTION SAFETY RULES

**Bidders:**

Following are some of the more common safety items that may be applicable to on-Site work at the Knolls Atomic Power Laboratory.

## SAFETY AND INCIDENT PREVENTION

The Knolls Atomic Power Laboratory and the Atomic Energy Commission require high standards of safety and insist on safe performance of all Subcontractors. The general safety requirements are given in the Manual EM 385-1-1, U.S. Army Corps of Engineers, and a copy of this manual will be made available to the Subcontractor. In addition, KAPL's own specific regulations, where applicable, will be made known through the Contract Administrator, or his representative. Violation of any of these rules can be grounds for immediate removal of the offender from the Site.

All questions regarding safety aspects of the work shall be referred to the Work Administrator. Inspection of operations may be made by Incident Prevention and the Safety Office as required. In the absence of specifically stated regulations, it is understood that appropriate safety standards, such as ASA codes, NFPA standards, New York State Department of Labor codes will apply. Specific regulations may be set forth by the Contract Administrator, or his representative as required. Basic safe practices are outlined below:

(a) Fire Protection

(1) Permits - Before any welding, cutting, torch, or open flame is used, a permit must be obtained from Incident Prevention. This permit will cover only specified operations and must be renewed each day.

(2) Flammable Liquids - Flammable liquids must be kept in approved safety cans. Special permission will be issued by Incident Prevention when quantities in excess of five gallons for each liquid are stored.

(3) Combustible Materials - Combustible materials shall be kept to a practical minimum and combustible products shall not be allowed to accumulate to the extent of creating a fire hazard.

(b) Gases

(4) Compressed gas cylinders shall be properly identified and shall be secured by chains or other approved means to prevent accidental falling.

(5) Spare oxygen cylinders shall be stored separately, not with other flammable gases.

(6) Cylinders of compressed flammable gases or oxygen will not be permitted to remain in buildings overnight unless permission for inside storage is granted by the Contract Administrator, or his representative; regulators must be removed, cylinders capped, and stored at an approved location.

SAFETY AND INCIDENT PREVENTION (Continued)

(7) Cylinders will be stored at a definitely assigned location, preferably in a well ventilated area and away from sources of ignition or heat.

(c) Electrical

(8) All portable rotating electrical tools with metal frames shall be grounded.

(9) Temporary wiring used for lights and power shall be heavy duty, rugged construction. All temporary installations, tie-ins, and pickups must be approved by the Contract Administrator, or his representative.

(10) Voltages in excess of 50 volts shall not be exposed; where leads, terminals, etc., cannot be covered or insulated, they shall be protected by enclosures, screened area, guards, or striped tape, and proper warning signs.

(11) All portable lead lights for use in boilers, manholes, or dump areas shall be equipped with a transformer to reduce the voltage to 32 volts or less.

(12) All welding operations shall be properly shielded to prevent exposures to ultraviolet.

(d) Tools, Equipment, Etc.

(13) All tools and equipment shall be in good condition. Tools with mushroomed heads, split handles, or other defects which impair their strength or render them unsafe for use will not be allowed on the sites.

(14) Wheels, belts, cutters, etc., must be properly guarded. Abrasive wheels and rotating blades shall not be operated in excess of manufacturer's rated or recommended speeds.

(15) Straight ladders shall have safety feet and will be lashed securely when there is danger of tilting or tipping. Working from top two steps of ladders is prohibited. The use of wood or plastic ladders is recommended, but metal ladders may be permitted by the Contract Administrator or his representative if electrical contact hazard does not exist.

(e) Personal Protection

(16) Hard hats will be worn where overhead work is being done. Plastic helmets are recommended rather than metal.

(17) Approved eye protection will be worn on all jobs involving eye hazards or in areas posted "Safety Glasses Required." For extra hazardous jobs, such as grinding or chipping, a combination of face shield and safety glasses shall be worn.

(18) All injuries will be reported to the Contract Administrator or his representative. First aid and ambulance service will be rendered upon request when necessary and available.

(19) All safety equipment and apparel will be furnished by the Subcontractor unless designated otherwise by the subcontract.

(f) General Practices

(20) Material, tools, and debris shall not be placed in personnel or vehicular traffic lanes nor block fire alarms, extinguishers, fire doors, fire exits, or any other fire protection equipment.

(21) All scrap shall be cleaned up and removed at the end of the work day.

(22) All spills of materials shall be cleaned up immediately, and hazardous conditions caused by such spills shall be corrected as soon as possible. Abrasive material shall be placed on all surfaces made slippery by oil, ice, etc.

(23) All inclined ramps shall have nailed cleats or abrasive surfaces to provide sure footing.

(24) The Subcontractor shall furnish and use such warning signs as are appropriate to avoid danger or hazardous conditions.

(25) Vehicles shall be operated on the site in a safe and reasonable manner, not exceeding posted speed limits, and will be parked only as designated by the Contract Administrator or his representative.

(26) Safe means of access shall be provided for all work areas. (For example, ladders will be used for access to scaffolds rather than cross braces.)

(27) All employees of the Subcontractor shall conduct themselves in a proper manner. Horseplay, practical joking, etc., are prohibited.

(28) All "No Smoking" rules will be strictly followed.

(29) Unusual conditions, especially those involving danger to individuals, or potential damage to property, should be reported immediately to the Contract Administrator or his representative.

(30) All platforms or scaffolds over six feet in height shall have guard rails and toe boards, and all staging shall have safety cleats.

(g) Emergencies

(31) Subcontractor's personnel should familiarize themselves with all warning bells or alarms and emergency procedures.

(32) In case of emergency of any kind, at Knolls, dial 4411; at West Milton, dial 211.