MANUALS — CORPS
OF ENGINEERS
U.S. ARMY

EM 385-1-1

1 MARCH 1967

OCTOBER 1987

# SAFETY

# GENERAL SAFETY REQUIREMENTS

DEPARTMENT OF THE ARMY
CORPS OF ENGINEERS
UNITED STATES ARMY

Approved by the Chief of Engineers
16 December 1941
Revised 1967

# GENERAL SAFETY REQUIREMENTS

United States
Government Printing Office
Washington: 1967

For sale by the Superintendent of Documents, U. S. Government Printing Office, Washington, D.C., 20401
Price 55 cents

ENGSO

DEPARTMENT OF THE ARMY
Office of the Chief of Engineers
Washington, D. C. 20315

Manual
No. 385-1-1

1 March 1967

SAFETY

General Safety Requirements

1. Purpose and Scope. This manual establishes the General Safety Requirements for all Corps of Engineer activities and operations. Application is mandatory to all missions under command of the Chief of Engineers.

2. References. a. AR 385 Series

b. ER 385 Series

c. Armed Services Procurement Regulations

3. General. a. Pertinent provisions of this manual will be applied to all work under jurisdiction of the Corps of Engineers, whether accomplished by military, civilian or contractor forces. The term "pertinent provisions" is defined as those provisions which are applicable to the situation at hand.

b. In circumstances where literal application of the requirement to a specific job has impractical aspects, Division Engineers, District Engineers and Commanding Officers of separate installations and activities are authorized to approve an adaptation which meets the obvious intent of the requirement.

FOR THE CHIEF OF ENGINEERS:

MILES L. WACHENDORF
Colonel, Corps of Engineers
Executive

This manual rescinds EM 385-1-1, 13 March 1958

# CONTENTS


| | | Page |
|---|---|---|
| Purpose and Scope | | |
| **GENERAL SUBJECTS** | | |
| SECTION I. | Instruction and Training | 1 |
| II. | Accident Reporting | 2 |
| III. | Sanitation | 3 |
| | A. Drinking Water | 3 |
| | B. Toilets | 3 |
| | C. Washing Facilities | 4 |
| | D. Food Service | 4 |
| IV. | Medical Facilities | 5 |
| | A. General | 5 |
| | B. First Aid Kits | 6 |
| | C. First Aid Station | 6 |
| | D. Infirmary | 6 |
| | E. Personnel Qualifications | 7 |
| V. | Physical Qualifications of Employees | 7 |
| VI. | Emergency Plans | 8 |
| VII. | Personal Protective Apparel, Clothing, and Safety Equipment | 9 |
| | A. General | 9 |
| | B. Respiratory Protection | 11 |
| | C. Protective Headgear | 12 |
| | D. Safety Nets | 12 |
| | E. Work Vests | 14 |
| | F. Ring Buoys and Waterlights | 14 |

| Section | | Page |
|---|---|---|
| VII. | Personal Protective Apparel, Clothing, and Safety Equipment—*Continued* | |
| | G. Lifesaving or Safety Skiffs | 15 |
| | H. Marine Fire Fighting Equipment | 15 |
| | I. Diving Equipment and Procedure | 16 |
| VIII. | Poisonous and Harmful Substances | 16 |
| | A. General | 16 |
| | B. Hot Substances | 17 |
| | C. Insects—Vermin—Snakes | 18 |
| | D. Poisonous Plants | 19 |
| | E. Poisons, Acids, Caustics and Harmful Chemicals | 19 |
| | F. Radiological | 20 |
| IX. | Lighting | 22 |
| X. | Signals, Warning Signs, and Signalmen | 23 |
| | A. Signals | 23 |
| | B. Signalmen | 24 |
| | C. Signs | 24 |
| | D. Warning Marking and Lighting for Airfield Construction Operations | 25 |
| | E. Warning Signs, Plant and Equipment | 26 |
| XI. | Material Handling, Storage and Disposal | 26 |
| | A. General | 26 |
| | B. Lumber | 27 |
| | C. Cement and Lime | 28 |
| | D. Brick | 28 |
| | E. Floor, Wall, and Partition Blocks | 28 |
| | F. Reinforcing, Sheet, and Structural Steel | 28 |





| Section | | Page |
|---|---|---|
| XI. | Material Handling, Storage and Disposal—*Continued* | |
| | G. Pipe | 29 |
| | H. Sand, Gravel, and Crushed Stone | 29 |
| | I. Round Wood Piling or Poles | 29 |
| | J. Housekeeping | 29 |
| | K. Disposal of Waste Material | 30 |
| XII. | Fire Prevention | 30 |
| | A. General | 30 |
| | B. Cleanup and Housekeeping | 31 |
| | C. Spacing | 31 |
| | D. Heating Devices and Systems | 32 |
| | E. Flammable and Combustible Liquids | 33 |
| | F. Paints and Painting (Flammable) | 36 |
| | G. Miscellaneous | 37 |
| | H. Burning Areas | 37 |
| | I. Liquefied Petroleum Gases | 38 |
| XIII. | Fire Protection | 38 |
| | A. First Aid Fire Protection | 38 |
| | B. Fire Patrols | 39 |
| | C. Water Supply and Distribution | 39 |
| | D. Apparatus and Equipment | 40 |
| | E. Fire Alarm Devices | 40 |
| | F. Fire Fighting Organizations, Training, and Drilling | 40 |
| | G. Miscellaneous | 40 |
| XIV. | Welding and Cutting | 41 |
| | A. General | 41 |
| | B. Gas Equipment | 42 |
| | C. Electric Equipment | 42 |

| Section | | Page |
|---|---|---|
| XV. | Electrical Wiring and Apparatus | 43 |
| | A. General | 43 |
| | B. Disconect and Over-current Protection | 44 |
| | C. Grounding | 45 |
| | D. Temporary Wiring | 46 |
| | E. Overhead Lines | 46 |
| XVI. | Hand Tools and Power Tools | 48 |
| | A. General | 48 |
| | B. Grinding Tools | 49 |
| | C. Power Saws | 49 |
| | D. Pneumatic Tools | 49 |
| | E. Explosive Actuated Tools | 50 |
| XVII. | Ropes, Slings, and Chains | 51 |
| | A. General | 51 |
| | B. Slings | 52 |
| | C. Wire Rope | 52 |
| | D. Chains | 54 |
| | E. Fiber Rope | 54 |
| XVIII. | Machinery and Mechanized Equipment | 54 |
| | A. General | 54 |
| | B. Guarding and Safety Devices General | 58 |
| | C. Hoisting Equipment General | 59 |
| | D. Crawler, Truck and Wheel Mounted Cranes | 60 |
| | E. Portal, Hammerhead, and Tower Cranes | 61 |
| | F. Pedestal Mounted Cranes and Derricks | 61 |
| | G. Floating Cranes | 62 |
| | H. Elevators, Passenger and Freight | 62 |
| | I. Workmen's Hoists | 62 |
| | J. Material Hoists | 62 |





| Section | | Page |
|---|---|---|
| XVIII. | Machinery and Mechanized Equipment—*Continued* | |
| | K. Pile Drivers | 63 |
| | L. Woodworking Machinery | 65 |
| | M. Conveyors, Cableways, and Related Equipment | 65 |
| XIX. | Motor Vehicles | 68 |
| | A. General | 68 |
| | B. Operating Rules | 70 |
| | C. Transportation of Personnel | 72 |
| | D. Fueling | 73 |
| | E. Loading | 73 |
| XX. | Aircraft | 73 |
| XXI. | Pressurized Equipment and Systems | 74 |
| | A. General | 74 |
| | B. Compressed Air and Gas Equipment and Systems | 76 |
| | C. Boilers and Systems | 78 |
| | D. Compressed Gas Cylinders | 79 |
| XXII. | Ramps, Runways, Platforms, and Scaffolds | 81 |
| | A. General | 81 |
| | B. Metal Scaffolds and Towers | 85 |
| | C. Roofing Devices and Practices | 86 |
| | D. Ramps and Trestles | 86 |
| | E. Wood Pole Scaffolds | 87 |
| | F. Outrigger Scaffolds | 87 |
| | G. Suspended Scaffolds | 88 |
| XXIII. | Excavations | 89 |
| | A. General | 89 |
| | B. Trench Excavation | 93 |
| | C. Excavation of Small Diameter Shafts | 97 |
| | D. Excavation With Cofferdams | 98 |

| Section | | | Page |
|---|---|---|---|
| XXIV. | | Tunnel Excavation | 98 |
| | A. | General | 98 |
| | B. | Tunnel Portal Preparation | 101 |
| | C. | Blasting | 101 |
| | D. | Haulage | 103 |
| | E. | Tunneling in Soil | 103 |
| XXV. | | Blasting | 104 |
| | A. | General | 104 |
| | B. | Electromagnetic Radiation | 106 |
| | C. | Vibration and Damage Control | 106 |
| | D. | Transportation of Explosives | 107 |
| | E. | Handling of Explosives | 109 |
| | F. | Storage of Explosives | 110 |
| | G. | Drilling | 111 |
| | H. | Loading | 112 |
| | I. | Wiring | 112 |
| | J. | Firing | 113 |
| | K. | Inspection After Blasting | 114 |
| | L. | Misfires | 115 |
| XXVI. | | Floating Plant and Marine Locations | 115 |
| | A. | General | 115 |
| | B. | Accessways and Passageways | 118 |
| | C. | Launches, Motorboats, and Skiffs | 119 |
| | D. | Drills | 120 |
| | E. | Pipeline Dredges | 121 |
| XXVII. | | Work in Confined or Enclosed Space | 121 |
| XXVIII. | | Safe Clearance Procedure | 122 |
| XXIX. | | Formwork and Falsework | 123 |
| XXX. | | Access Facilities | 124 |
| | A. | General | 124 |
| | B. | Ladders | 124 |
| | C. | Stairways | 126 |





| | | | Page |
|---|---|---|---|
| | XXXI. | Floor and Wall Openings | 127 |
| | XXXII. | Noise Control | 127 |
| APPENDIX | A. | REQUIRED SHADES FOR FILTER LENSES AND GLASSES | 129 |
| | B. | CRANE SIGNALS | 130 |
| | C. | WIRE ROPE CLIPS | 136 |
| | D. | STAIRS AND RAMPS | 137 |
| | E. | FIXED LADDERS AND GUARD RAILS | 139 |
| | F. | TRENCH SHORING | 143 |
| | G. | TRENCH SHORING WITH TRENCH JACKS FOR CROSS BRACES | 144 |
| | H. | METHOD OF BRACING WHEN TWO LENGTHS OF SHEET PILING ARE USED | 145 |
| | I. | BRACING WITH JACK SCREWS IN HARD SOIL | 146 |
| | J. | TABLE OF DISTANCES FOR STORAGE OF EXPLOSIVES | 147 |
| | K. | POWER FIRING SYSTEM | 152 |
| | L. | INSPECTION SCHEDULE FIRE PROTECTIVE EQUIPMENT | 153 |
| | M. | REFERENCE MATERIAL | 161 |
| INDEX | | | 164 |

# SECTION I

# INSTRUCTION AND TRAINING

## 01.A. GENERAL

**01.A.01.** Each employee shall be provided initial indoctrination and such continuing instruction as will enable him to conduct his work in a safe manner.

**01.A.02.** Initial indoctrination shall include instruction in project safety practices, reporting of all accidents, availability of medical facilities, and individual responsibility for accident-free operations.

**01.A.03.** A minimum of one 5-minute "on the job" or "tool box" safety meeting for all workers shall be conducted each week by all field supervisors or foremen.

**01.A.04.** All persons required to use respirators or other protective equipment shall be properly instructed and trained in the use of such equipment.

**01.A.05.** All persons required to handle or use economic poisons, caustics, or other harmful substances shall be instructed regarding the potential hazards, personal hygiene, and personal protective measures.

**01.A.06.** All persons required to use rescue or life saving equipment shall be instructed and trained in the proper use of that equipment.

**01.A.07.** All persons required to give or receive signals shall be instructed in the proper use of the signal system.

**01.A.08.** All persons shall be instructed in the required response to emergency signals.

**01.A.09.** All persons required to handle or use flammable liquids shall be fully instructed in the safe handling and use of these flammable liquids.

**01.A.10.** In areas where insects, vermin, snakes, or rodents are present, all persons shall be instructed regarding the potential hazards and first aid procedures.

**01.A.11.** In areas where poisonous plants are present, all persons shall be instructed in the proper identification of the plants and personal protective measures.

**01.A.12.** All persons required to enter confined or inclosed spaces shall be instructed in the nature of the hazards involved, the need for personal cleanliness, and the use of personal protective equipment. Detailed instructions are given in section XXVII.

**01.A.13.** The selected person required to use fire fighter proximity suits shall be instructed and trained in the use of this equipment. Instruction and training shall include but not be limited to the proper use of the equipment, its capabilities, and its limitations.

**01.A.14.** All persons required to be in areas of potential exposure to electromagnetic or ionizing radiation shall be instructed in the potential hazards and in the safeguards.

## SECTION II

## ACCIDENT REPORTING

### 02.A. GENERAL

**02.A.01.** Reportable accidents shall be investigated irrespective of whom or what is involved. In the absence of personal injury, reporting of damage less than $100 to Government, contractor, or non-Army property and/or equipment, except Army motor vehicles, normally will not be required.

**02.A.02.** Accidents which result in loss of life, large property damage, or having other serious implications should be immediately investigated by a competent group. Standing instructions should be issued that in event of such accidents the scene shall be left undisturbed, except for rescue and other emergency measures, until otherwise directed.

**02.A.03.** All data relative to an accident shall be complete and timely. Usefulness of the data depends on careful review, verification of the facts, and specific action to control the cause(s).



**02.A.04.** Prime contractors shall be responsible for investigating and reporting accidents incident to work performed under the contract by subcontractors.

## SECTION III

## SANITATION

### 03.A. DRINKING WATER

**03.A.01.** Drinking water shall be supplied from sources approved by Federal, State, or local health authorities.

**03.A.02.** Drinking water shall be dispensed by means which prevent contamination between source and the consumer.

**03.A.03.** All outlets dispensing nonpotable water will be conspicuously posted, "Water unfit for drinking."

**03.A.04.** New or unsterilized water systems shall not be used for the distribution of drinking water.

**03.A.05.** All fountain-type dispensers shall be equipped with a guarded orifice.

**03.A.06.** The use of dippers, cups, or glasses by more than one individual is prohibited unless they are sterilized between uses.

**03.A.07.** Receptacles shall be provided for disposal of paper drinking cups.

**03.A.08.** In an emergency where water is obtained from an unapproved source, water shall be chemically treated and if sediment is present the water shall be clarified by sedimentation or filtration. Chemical treatment shall provide a residual chlorine content of three-tenths to five-tenths parts per million or boiled for 10 minutes.

### 03.B. TOILETS

**03.B.01.** Toilet facilities shall be provided at each project work area in the ratio of not less than one for each 30 persons or fraction thereof.

**03.B.02.** At locations where sewerage facilities are not available, approved chemical toilets shall be used. Each toilet shall be equipped with a metal urinal trough. Toilets shall be so constructed that the occupants shall be protected against weather and falling objects. All cracks shall be sealed and the door shall be tight-fitting and self-closing. Seat boxes shall be vented to outside (minimum vent size 4-inch inside diameter) with vent intake located 1 inch below seat.

**03.B.03.** Toilets shall be constructed so that the interior is lighted. Adequate ventilation will be provided and all windows and vents screened.

**03.B.04.** Toilets shall be kept clean. Seats shall be scrubbed daily with soap and water and sterilized with an antiseptic solution twice each week.

### 03.C. WASHING FACILITIES

**03.C.01.** Washing facilities shall be provided to maintain healthful and sanitary conditions for all employees.

**03.C.02.** Each washroom and washroom facility shall be maintained in a sanitary condition and provided with water, soap, individual towels of cloth or paper, and metal-covered receptacles for disposal of waste.

**03.C.03.** Emergency showers and eyewash facilities shall be provided as required.

### 03.D. FOOD SERVICE

**03.D.01.** All cafeterias, restaurants, mess facilities, and related establishments located on areas, projects, or installations shall be established, operated, and maintained in compliance with the health and sanitation recommendations of the United States Public Health Service and applicable State and local regulations.

**03.D.02.** Appropriate Federal, State, or local food handler's certificates shall be required for all persons assigned to such duties as require them to be present in kitchens and messes, or to prepare or handle regularly food, drinks, or mess equipment, and any other person who comes in constant and intimate contact with food in other than



unbroken packages which are protected against contamination.

## SECTION IV

## MEDICAL FACILITIES

### 04.A. GENERAL

**04.A.01.** Medical facilities shall be available to care for all injured workers.

**04.A.02.** Communication and transportation to effectively care for injured workers shall be provided.

**04.A.03.** Identification and directional markers shall be provided to readily denote location of all first aid stations and infirmaries.

**04.A.04.** Emergency lighting shall be provided for all first aid stations and infirmaries.

**04.A.05.** When a crew of one or more persons is working in snake-infested locations, a snake bite kit shall be provided.

**04.A.06.** When persons are exposed to epoxy resins, hydrocarbons, solvents, poisonous plants, cement, lime, or other dermatitis-producing substances, ointment of a composition recommended by the manufacturer for the specific exposure shall be available.

**04.A.07.** On activities requiring a first aid station or an infirmary, the facilities and equipment shall be determined by the proximity and quality of available medical services and shall be in accordance with the recommendations of a licensed physician.

**04.A.08.** Alternate facilities which provide the quantity and quality of services outlined in this section may be utilized if approved by the Government representative in charge.

**04.A.09.** A daily record of all first aid treatments shall be maintained providing the following data. (Copies will be furnished the Government representative in charge on request.)

| | |
|---|---|
| Date of admittance. | Name of employer. |
| Date and time of injury. | Name of foreman. |
| Name of patient. | Description of accident (if any) and location. |
| Badge number (if any). | Treated by. |
| Occupation of patient. | Nature of injury or illness. |
| Name of witness (if any). | Treatment given. |
| Contract number. | |

### 04.B. FIRST AID KITS

**04.B.01.** On all projects, activities, or installations where less than 100 workers are employed (greatest total aggregate number of employees on a shift), 16-unit first aid kits (National Safety Council Data Sheet No. 202, "Unit First Aid Kits.") shall be provided in the ratio of one for each 25 persons employed.

**04.B.02.** When a crew of one or more persons is working at locations remote from first aid or other medical facilities, a first aid kit shall be provided.

### 04.C. FIRST AID STATION

**04.C.01.** On all projects, activities, installations, or contracts on which more than 99 and less than 300 persons are employed (greatest aggregate number of employees on a shift) at the site of the work, a first aid station shall be established and fully equipped.

**04.C.02.** A first aid attendant shall be on duty in the station at all hours when work is in progress except when on emergency calls.

**04.C.03.** First aid stations shall provide a minimum of 100 square feet of floor space with provisions for adequate light, heat, water, and ventilation. Walls and ceilings shall have an impervious finish equivalent to that provided by two coats of white paint. The floor shall be constructed of impervious material.

### 04.D. INFIRMARY

**04.D.01.** An equipped infirmary shall be provided on all projects, installations, activities, or contracts where the number of employees (greatest total aggregate number of employees on a shift) is 300 or more.



**04.D.02.** The infirmary shall provide reasonable quiet, privacy, air-conditioning, light, heat, adequate toilet facilities, hot and cold water, drainage, and electrical outlets. Walls and ceilings shall be finished with the equivalent of two coats of white paint. Windows and doors will be screened. Floors shall be of impervious constitution.

### 04.E. PERSONNEL AND QUALIFICATIONS

**04.E.01.** Full-time physicians. All projects, installations, activities, or contracts on which 1,000 persons or more (greatest total aggregate number of employees on a shift) are employed shall have the full-time services of a physician.

**04.E.02.** Registered nurses. A registered nurse shall be assigned full time to each installation requiring an infirmary.

**04.E.03.** First aid attendant. A first aid attendant shall be a person holding a current certificate in first aid issued by the American Red Cross or the United States Bureau of Mines, or an equivalent certification.

**04.E.04.** At least one employee in each work party of two or more shall be qualified to administer first aid. Minimum qualification shall be a current certificate in first aid issued by the American Red Cross or the United States Bureau of Mines.

**04.E.05.** The first aid attendant and registered nurse shall be under the general direction of a responsible licensed physician.

## SECTION V

## PHYSICAL QUALIFICATIONS OF EMPLOYEES

### 05.A. GENERAL

**05.A.01.** All persons employed throughout the course of the work shall be physically qualified for performing the duties to which they are assigned. Some factors to be con-

sidered in making work assignments are strength, endurance, agility, coordination, and visual and hearing acuity.

05.A.02. No persons shall be permitted or required to work while his ability or alertness is impaired by fatigue, illness, or other causes to an extent that might unnecessarily expose himself or others to injury or property to damage.

05.A.03. Persons with indications of physical limitations or emotional instability which might create a hazard or adversely affect response to work situations shall be removed from the exposure and referred for specialized clinical or medical judgment of the suitability of the work assignment.

05.A.04. Hoisting equipment operators shall be at least 21 years of age.

05.A.05. Motor vehicle operators engaged in the transportation of personnel shall be at least 21 years of age.

05.A.06. Operators of equipment other than that covered in 05.A.04 and 05.A.05 shall be at least 18 years of age.

05.A.07. Operators of any equipment or vehicle shall be able to read and understand the signs, signals, and operating instructions in use at the place of operation.

05.A.08. Operators of hoisting equipment, mobile construction equipment, or motor vehicles shall not be permitted to operate more than 10 hours in any 24-hour period or more than 2 hours after working 8 hours at some other occupation without an interval of 8 consecutive hours of rest.

## SECTION VI

## EMERGENCY PLANS

### 06.A. GENERAL

06.A.01. Planning for any operation shall include the total systems response capabilities available to minimize the consequences of accidents or natural disaster.



06.A.02. The number of persons permitted in any location shall be limited to that for which rescue and escape capability is available.

06.A.03. Systems shall be developed and tested to alert all persons likely to be affected by existing or imminent disaster conditions and to alert and summon the people and equipment comprising the response capability.

## SECTION VII

## PERSONAL PROTECTIVE APPAREL, CLOTHING, AND SAFETY EQUIPMENT

### 07.A. GENERAL

07.A.01. Personal protective devices shall be furnished as required and their use enforced.

07.A.02. Items of personal issue shall be maintained in serviceable condition and, before being reissued to another employee or returned to storage, shall be cleaned, sterilized, inspected, and repaired.

07.A.03. Protective footwear, such as rubber boots, protective covers, ice clampons, safety shoes, etc., shall be worn by employees who are engaged in work which requires such protection.

07.A.04. Electrical employees shall be provided with linemen's belts, rubber gloves, insulator hoods, rubber blankets, line hose, and hot line tools as necessary, which shall be tested and maintained in safe condition, as stipulated under the provisions of the National Electrical Safety Code (Ref. ASTM Standards). Minimum dialectric test interval shall be 3 months for equipment in use and 6 months for equipment in storage.

07.A.05. Miners' lights and flashlights used around explosives and in atmospheres likely to contain explosive vapors, dusts, or gases shall be of the permissible type approved by the United States Bureau of Mines.

07.A.06. Gas welding, cutting, brazing, and operations where protection from radiant energy with moderate

reduction of visible light is necessary shall require goggles, face masks, shields, or helmets, suitable to the type of work, providing protection from all angles of direct exposure, and lenses of appropriate shade (app A).

**07.A.07.** Electric arc welding and cutting and hydrogen welding and similar operations, where protection from injurious radiant energy with a large reduction in visible radiant energy is necessary, shall require helmets or shields of insulating material not readily flammable, and designed to protect the head from direct rays and fitted with secure glasses of appropriate shade (app A).

**07.A.08.** Employees handling rough, sharp-edged, abrasive materials or where the work subjects the hands to lacerations, punctures, burns, or bruises shall be provided hand protection.

**07.A.09.** Employees exposed to vehicular traffic, such as signalmen, spotters, inspectors, servicemen, and others shall wear belts or apparel marked with a reflectorized or high visibility material.

**07.A.10.** Sledging; hammering on metal, stone, and concrete; chipping; calking; use of manual or power tools; and other operations subjecting the eyes or head to flying particles, shall require goggles having safety lenses and screens for side protection, or face masks, shields, and helmets giving equal protection.

**07.A.11.** Scaling, grinding, cutting, or dressing of metals, stone, masonry materials, and other operations which produce dust and small particles shall require goggles having safety lenses and screens for side protection, or face masks, shields, and helmets giving equal protection.

**07.A.12.** Babbitting, soldering, pouring of lead joints, casting of hot metals, handling of hot tar, oils, liquids, and other operations subjecting the eyes or head to hot liquids and molten substances, shall require eye protection such as goggles having safety-type lenses and screens for side protection, or face masks, shields, and helmets giving equal protection. Lens mountings shall be designed to retain in position all parts of a cracked lens.

**07.A.13.** Handling of acids, caustics, hot liquids, creo-



soted materials, and operations where protection from gases, fumes, and liquids is necessary shall require goggles with cups of soft pliable rubber or suitable face masks or hoods which cover the head and neck, fitted with lenses of plastic or glass; and other protective clothing which is appropriate to the hazards involved.

**07.A.14.** Persons in hoppers, bins, or confined spaces or on steep slopes, swinging scaffolds, structural steel, float scaffolds, or boatswains' chairs shall be secured by safety belts and life lines, independently attached or attended.

**07.A.15.** Life lines used on rock-scaling operations or in areas where the line may be subject to cutting or abrasion shall be ⅞-inch wire core manila rope.

**07.A.16.** Persons tying reinforcing steel shall wear safety belts equipped with appropriate closed-type hook or snap.

## 07.B. RESPIRATORY PROTECTION

**07.B.01.** Respiratory protection of a type approved by the United States Bureau of Mines shall be provided all employees subjected to harmful concentration of dusts, gases, fumes, mists, or atmospheres deficient in oxygen.

**07.B.02.** No employee shall be permitted in atmospheres containing less than 16 percent oxygen, unless provided independent source of pure air.

**07.B.03.** Hose masks or air line respirators shall be worn by workmen doing abrasive blasting, spraying with harmful substances in close quarters, or welding in inclosed areas.

**07.B.04.** Canister-type masks shall be provided only where the toxic content of the air is known to be of type and concentration which the mask will effectively remove.

**07.B.05.** Air supplied to respirators shall be free of harmful dusts, fumes, vapors, gases, and obnoxious odors. Purity of the air shall be verified.

**07.B.06.** Whenever compressed air is used for breathing, an approved type regulator and filter shall be inserted in the supply line. The compressor shall be located to prevent

contamination of the intake air. Air provided shall be of an equable temperature.

## 07.C. PROTECTIVE HEADGEAR

**07.C.01.** Protective headgear shall meet the requirements for class A or class B as defined by United States of America Standards Institute.

**07.C.02.** Protective headgear worn in proximity to electric lines, apparatus, and equipment shall be class B (USAS Z2.1).

**07.C.03.** Employees and visitors in quarries, tunnels, pits, wooded areas, under steep cliffs and slopes, around cranes and hoisting devices, under and around overhead structures, as well as construction sites and other locations where the head is exposed to injury from flying or falling objects, shall be provided with and required to wear protective headgear.

**07.C.04,** Hard hat areas shall be marked by signs at all entry points.

**07.C.05.** Hard hat areas shall be general areas such as project, quarry, or building rather than specific portions of a building or project.

## 07.D. SAFETY NETS

**07.D.01.** Workmen on unguarded platforms or scaffolds more than 20 feet above the ground or over water or machinery shall be protected by the use of safety nets. The use of safety belts and life lines generally is not an acceptable substitute for nets.

**07.D.02.** Where public traffic or workmen are required to be under a work area, safety nets shall be required.

**07.D.03.** Nets required by 07.D.02 shall be lined with wire or synthetic netting of not more than 1-inch mesh. Wire mesh shall be made of not less than 22-gage wire and synthetic mesh of not less than Number 18 twine.

**07.D.04.** Operations requiring safety net protection shall not be undertaken until the net is in place and has been tested.



**07.D.05.** Nets shall extend 8 feet beyond the edge of the work surfaces where workmen are exposed.

**07.D.06.** The maximum mesh size of nets shall be 6 inches by 6 inches.

**07.D.07.** Material and fabrication shall provide impact strength per unit of net width or length equal to 6 inches x 6 inches spacing of ⅜-inch diameter No. 1 grade pure manila, ¼-inch nylon or 5/16-inch polypropylene rope. Rapid loss of strength of small members should be considered.

**07.D.08.** The net suspension system shall be designed and constructed with a safety factor of four and as a minimum shall withstand the test loading without permitting contact between the net and any surface or object below the net.

**07.D.09.** Forged steel safety hooks or shackles shall be used to fasten the net to its supports.

**07.D.10.** Connections between net panels shall develop the full strength of the net.

**07.D.11.** The net installation shall be tested by dropping a weight of 500 pounds, contained in not more than 5 cubic feet from 25 feet above the perimeter or a height equal to the distance from the net perimeter to the highest surface for which protection is furnished by the net, whichever is greater.

**07.D.12.** Nets shall be tested immediately after installation, relocation, or major repair. Tests shall be repeated at not more than six-month intervals.

**07.D.13.** Nets shall be inspected daily for damage from abrasions, chemicals, or heat. Repairs shall be made before work above the net is resumed.

**07.D.14.** Debris shall be removed from safety nets at least daily and combustible materials shall be removed before welding, cutting, or other operations producing sparks, slag, or other ignition sources are done above the net.

## 07.E. WORK VESTS

**07.E.01.** Work vests shall be of unicellular plastic type approved and labeled by the United States Coast Guard.

**07.E.02.** Work vests shall be provided and worn by all persons—

*a.* On floating pipeline, pontoons, rafts, or float stages.

*b.* On open deck floating plant not equipped with bulwarks, guardrails, or lifelines.

*c.* On structures extending over or adjacent to water except where proper guardrails or safety nets are provided.

*d.* Working alone at night where there are potential drowning hazards regardless of other safeguards provided.

*e.* In skiffs, small boats, or launches, except when inside of an inclosed cabin or cockpit.

*f.* Wherever there is a potential drowning hazard.

## 07.F. RING BUOYS AND WATERLIGHTS

**07.F.01.** Each ring buoy shall have 50 feet of ⅜-inch manila rope or equal attached.

**07.F.02.** All ring buoys shall be of a type approved and labeled by the United States Coast Guard.

**07.F.03.** On each safety skiff, one ring buoy shall be provided.

**07.F.04** Any piece or group of floating plant up to 100 feet in length shall be provided with two ring buoys. One additional ring buoy shall be provided for each increase in length of 100 feet or fraction thereof.

**07.F.05.** Pipeline, walkways, wharves, piers, bulkheads, lock walls, scaffolds, platforms, and similar structures extending over or immediately adjacent to water shall have one ring buoy provided at intervals of not more than 200 feet.

**07.F.06.** Wherever night operations are carried on or there is a potential need for ring buoys to be used after dark, at least one ring buoy and every third one thereafter shall have a waterlight attached.



**07.F.07.** Waterlights used on or around gasoline and oil barges or other locations where open flames may cause fire or explosions shall be vapor-proof electric lights.

**07.F.08.** A minimum of one ring buoy shall be provided for all motor boats up to 40 feet in length and two ring buoys for motor boats 40 feet or over in length.

## 07.G. LIFESAVING OR SAFETY SKIFFS

**07.G.01.** One or more lifesaving skiffs shall be provided at locations where men are working over or immediately adjacent to water.

**07.G.02.** Men trained in launching and operating the skiff shall be readily available during working hours.

**07.G.03.** Lifesaving skiffs shall be kept afloat or ready for instant launching.

**07.G.04.** Skiffs shall be used only for emergencies and lifesaving drills.

**07.G.05.** Lifesaving skiffs shall be equipped as follows:

*a.* Four oars.

*b.* Oarlocks securely attached to gunwales or the oars.

*c.* One ball-pointed boat hook.

*d.* One ring buoy with 50 feet of ⅜-inch rope attached.

*e.* Two life preservers or work vests.

**07.G.06.** In locations where the waters are rough or swift or where manually-operated boats are not practical, a power boat suitable for the waters involved shall be provided and equipped for lifesaving.

**07.G.07.** Lifesaving skiffs and power boats shall have flotation tanks or buoyant material capable of floating the boat and its equipment and the crew.

## 07.H. MARINE FIRE FIGHTING EQUIPMENT

**07.H.01.** Each hopper dredge shall be equipped with two fire fighter proximity suits, complete with hood B, boots, gloves, and breathing apparatus (OBA), Type A, with two extra canisters. (Military Spec MIL–C–22033). Selected personnel shall be instructed and trained in the use of this equipment.

**07.H.02.** Each marine base, assembly of major plant, or lay-up area shall, when required by local conditions, be equipped with not less than two fire fighting proximity suits complete with hood, boots, gloves, and breathing apparatus with two extra canisters. Selected personnel shall be instructed and trained in the use of this equipment.

### 07.I. DIVING EQUIPMENT AND PROCEDURE

**07.I.01.** Diving equipment and diving procedures shall be in conformance with requirements of the United States Navy Diving Manual (NAVSHIPS 250–538), available from Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402.

## SECTION VIII

## POISONOUS AND HARMFUL SUBSTANCES

### 08.A. GENERAL

**08.A.01.** All dusts, mists, fumes, gases, or other atmospheric impurities in areas where persons are employed shall be brought within safe limits by elimination, ventilation, or filtration. Where the above methods are impractical, appropriate protective equipment shall be provided. (Safe limits shall be those recommended by the latest edition of "Threshold Limit Values," published by the American Conference of Governmental Industrial Hygienists.)

**08.A.02.** Contamination or pollution of any river, stream, or public water is prohibited. Compliance with all Federal, State, or local laws concerning pollution of water resources is required.

**08.A.03.** Where irritant or toxic substances may come in contact with the skin or clothing, protective equipment and sanitary facilities shall be provided.

**08.A.04.** A qualified analyst shall identify and measure atmospheric impurities.



**08.A.05.** After the installation of contaminant controls and periodically thereafter, the design and efficiency of the control equipment, devices, or methods shall be verified.

**08.A.06.** Air cleaning equipment shall be located to permit the removal of dust or other collected material without creating a hazard and to allow for cleaning and repairing the apparatus without recontaminating the general atmosphere.

**08.A.07.** Operations or processes generating different kinds of dust, fumes, or vapors shall not be connected to the same exhaust systems when the mixture may result in the formation of toxic, flammable, or explosive compounds.

**08.A.08.** Contaminated materials removed by exhaust systems shall be disposed of in such a manner that they do not re-enter the breathing zone of the worker or create a hazard to other employees or to the public.

**08.A.09.** Dust from equipment, sawing, grinding, and other dust-producing activities shall be controlled to assure visibility and safe operations and to minimize nuisance dust in the immediate and adjacent areas.

**08.A.10.** Controlled reversible ventilation of sufficient capacity shall be provided on all tunneling and underground excavation operations.

**08.A.11.** The use of carbon tetrachloride as a fire extinguishing agent is prohibited. Its use as a solvent or for any other purpose is prohibited on all work, plant, facilities, and equipment except under the direct and immediate supervision of a qualified person approved by the government representative in charge.

**08.A.12.** Dust from roadway traffic, storage areas, or bulk stock piles shall be controlled within approved limits for visibility by application of hygroscopic materials, watering, or surface binders.

### 08.B. HOT SUBSTANCES

**08.B.01.** Heating devices or melting kettles shall be placed on a level, firm foundation and protected against traffic, accidental tipping, or similar hazard.

**08.B.02.** Inclosed areas in which hot substances are being heated or applied shall be ventilated.

**08.B.03.** A compatible fire extinguisher shall be available at all locations where heating devices or melting kettles are in use.

**08.B.04.** Heating devices or melting kettles when in use shall not be left unattended.

**08.B.05.** Bituminous-material melting kettles shall be provided with an effective lid or hood and a thermometer in operating condition.

**08.B.06.** Bituminous-material melting kettles shall not be used or operated inside of or on buildings, or within 25 feet of buildings or combustible material.

**08.B.07.** Ladles, equipment, and material shall be moisture-free before being used or placed in heated material.

**08.B.08.** Proper runways or passageways, clear of obstructions, shall be provided for all persons carrying hot substances.

**08.B.09.** Hot substances shall not be carried up or down ladders.

**08.B.10.** Hoisting gear used in handling hot substances shall be adequate for loads imposed and shall be securely and substantially braced and anchored.

**08.B.11.** Protection shall be provided against contact, radiant heat, glare, fumes, and vapors for all persons handling hot substances.

**08.B.12.** Buckets or vessels for handling of hot substances shall be substantially constructed and free from any soldered joints or attachments.

**08.B.13.** Containers used in the handling and transportation of hot substances shall not be filled higher than 4 inches from the top.

## 08.C. INSECTS—VERMIN—SNAKES

**08.C.01.** Protection against hazards involving insects, vermin, or snakes shall include the following controls as are pertinent:



*a.* Boots, hoods, netting, gloves, masks, or other necessary personal protection.

*b.* Repellents.

*c.* Drainage or spraying of breeding areas.

*d.* Burning or destruction of nests.

*e.* Smudge pots and aerosols for protecting small areas.

*f.* Elimination of unsanitary conditions which propagate insects or vermin.

*g.* Extermination measures.

*h.* Inoculation.

*i.* Approved first aid remedies for affected employees.

*j.* Instruction in recognition and identification.

## 08.D. POISONOUS PLANTS

**08.D.01.** In areas where employees are exposed to poison ivy, oak, sumac, or other poisonous plants, the following protective measures, as pertinent shall be provided:

*a.* Where practicable, the plants shall be removed or destroyed.

*b.* Appropriate protective clothing, gloves, etc., shall be worn.

*c.* Protective ointments shall be provided.

*d.* Soap and water shall be available for washing exposed parts.

*e.* Approved first aid remedies shall be provided for treatment of affected skin areas.

*f.* Immunization treatments shall be provided.

*g.* Instruction in recognition and identification.

**08.D.02.** Care shall be exercised when burning poisonous plants to prevent contact with toxic elements contained in the smoke.

## 08.E POISONS, ACIDS, CAUSTICS AND HARMFUL CHEMICALS

**08.E.01.** All handling and use of poisons, acids, cautics, and harmful chemicals shall be under the supervision of a qualified person.

**08.E.02.** All storage shall be in accordance with the

recommendations of the manufacturer and accessible only to authorized persons.

08.E.03. Disposal of surplus or excess materials and containers shall be by burial in a manner which will not contaminate or pollute water supply, ground water, or streams. Alternate methods assuring the same degree of control may be used with the approval of the government representative in charge.

08.E.04 Appropriate personal protective equipment and sanitary facilities shall be provided.

08.E.05. Containers which have been used for poisons shall not be used for any other material.

08.E.06. Distribution of economic poisons shall be planned and controlled to prevent contamination of people, animals, or food.

## 08.F. RADIOLOGICAL

08.F.01. Prior to the initial use or operation of a radiation machine or the storing, using, or handling of any radioactive material, the Government representative in charge shall be notified of such action, including a statement of the proposed location, nature and scope of such operation, use, or storage.

08.F.02. All radiation machines and radioactive materials shall be used, stored, handled, transported, or disposed of in such a manner that no person receives an unnecessary dose of radiation.

08.F.03. In the use or application of radioactive material, permissible doses, levels of radiation, concentrations, precautionary procedures, and disposal shall be within the limits and controls prescribed in Title 10, Code of Federal Regulations.

08.F.04. Operations involving radiation hazards shall be performed under the direction of a person designated as responsible for radiation safety, who shall conduct such surveys and evaluations, and secure such specialized assistance as required to assure compliance with radiation protection standards.

08.F.05. The determination of radiation dosage received



by persons and the degree of hazard present in any situation shall be based upon nationally recognized guides and standards, such as the recommendations published in Handbook 59 of the National Bureau of Standards and the Safety Standards of the USAS.

08.F.06. The dose for an individual shall be considered to include all doses, from both internal and external sources from all types and energies of radiation, whether delivered simultaneously or successively, to the region of interest during the period of measurement.

08.F.07. Dosimetry shall be maintained on all persons exposed to radiation where the dosage can exceed one-fourth the permissible limits established. Instruments and dosimetry devices shall be of types which detect and provide for measurement, within an acceptable range of error, the accumulated dosage of all types of radiation to which personnel are exposed.

08.F.08. Records shall be maintained of the exposure of personnel to radiation in such a manner that accumulated exposure can be determined at a future date.

08.F.09. Persons under 18 years of age or pregnant women shall not be exposed to a dose in excess of that prescribed for the general public, and shall not be permitted in an area where there is a possibility for body intake of radioactive material from such sources as contamination or radio-chemical procedures.

08.F.10. Initial and periodic physical examinations shall be performed upon advice of medical and radiation protection authorities.

08.F.11. All cases of overexposure and suspected ingestion or inhalation shall be referred to a physician.

08.F.12. Any loss, theft, damage, or overexposure shall be reported to the Government representative in charge.

08.F.13. Transportation, interstate or intrastate, shall be within the requirements of the Interstate Commerce Commission Regulations for Transportation of Explosives and other Dangerous Articles.

# SECTION IX

# LIGHTING

## 09.A. GENERAL

**09.A.01.** Offices, workrooms, stairways, corridors, passageways, construction roads, and working areas shall be adequately lighted while work is in progress.

**09.A.02.** Where the use of artificial light is required, it shall be maintained until workmen have had an opportunity to leave the area.

**09.A.03.** The following intensities of light are minimum requirements. Where a Government representative in charge considers additional light intensities are required, he should so specify.

| *Application* | *Lighting intensity (foot-candles)* |
|---|---|
| Accessways—general outdoor | 3 |
| Automotive service | 30 |
| Concrete operation placement | 5 |
| Construction—general indoor | 10 |
| Construction—general outdoor | 3 |
| Docks and loading platforms | 5 |
| Excavation and fill areas | 3 |
| Exitways | 5 |
| Locker and dressing rooms | 10 |
| Mechanical equipment rooms | 10 |
| Refueling | 5 |
| Shops: | |
| Fine work | 30 |
| Medium work | 10 |
| Rough work | 5 |
| Stockrooms | 10 |
| Storage rooms—active inside | 10 |
| Storage areas—active outside | 3 |
| Toilets and washrooms | 10 |
| Tunnels and general underground work areas | 3 |
| Warehouses | 5 |
| Welding | 30 |



**09.A.04.** Other required lighting intensities may be found in Practice for Industrial Lighting (USAS A11.1).

*Note.* In addition to providing the recommended intensity of light, consideration should be given to the selection and placement of lighting equipment that will provide—

*a.* Comfort without anoyance from direct glare.
*b.* Minimum reflected glare.
*c.* Efficiency for the purpose.
*d.* Elimination of harsh shadows.
*e.* Well-lighted vertical and oblique surfaces.
*f.* Economy and safety for cleaning and maintenance.

# SECTION X

# SIGNALS, WARNING SIGNS, AND SIGNALMEN

## 10.A. SIGNALS

**10.A.01.** A uniform signal system shall be used on all operations of similar nature (APP. B.)

**10.A.02.** Signals in use shall be posted at the operator's position, signal control points, and such other points as necessary to properly inform those concerned.

**10.A.03.** Where manual (hand) signals are used, only one person shall be designated to give signals to the operator. This signalman shall be located so he can see the load and is clearly visible to the operator at all times.

**10.A.04.** Manual (hand) signals may be used when the distance between the operator and signalman is not more than 60 feet. Radio, telephone, or a visual and audible electrically-operated system shall be used when the distance between signalman and operator is more than 60 feet.

**10.A.05.** Signal systems shall be protected against unauthorized use, breakage, weather, or interference. Any malfunction shall be cause to stop all motion.

**10.A.06.** For Marine signals see section XXVI.

## 10.B. SIGNALMEN

**10.B.01.** Only persons who are dependable and fully qualified by experience with the operations being directed shall be used as signalmen.

**10.B.02.** A signalman shall be provided when the point of operation is not in full and direct view of the vehicle, machine, or equipment operator. Exception shall be made only when an adequate mechanical signaling or control device is provided for safe direction of the operation.

**10.B.03.** A signalman or other appropriate controls shall be provided when operations or equipment on or adjacent to a highway create a traffic hazard.

**10.B.04.** Signalmen shall wear high-visibility gloves.

## 10.C. SIGNS

**10.C.01.** Warning signs shall be placed to provide adequate warning of hazards to workmen and the public. Signs shall be removed promptly when the hazards no longer exist.

**10.C.02.** The design and use of signs will be in conformance with the following standards:

*a.* Specifications for Industrial Accident Prevention Signs (USAS Z35.1).

*b.* Manual on Uniform Traffic Control Devices for Streets and Highways (USAS D6.1).

**10.C.03.** Traffic-control signs will conform to standard highway signs for shape, color, size, and location.

**10.C.04.** Danger signs shall be used only where an immediate hazard exists. The predominating color shall be red.

**10.C.05.** Caution signs shall used only to warn against potential hazards or to caution against unsafe practices. The predominating color shall be yellow.

**10.C.06.** Instructional safety signs shall be used for general safety instructions. The predominating color shall be green.

**10.C.07.** Fire exits, fire protection equipment locations, and physical hazards shall be identified in accordance with



Safety Color Code for Marking Physical Hazards and Indtification of Equipment (USAS Z53.1).

**10.C.08.** Other signs such as directional or informational signs shall be black and white.

**10.C.09.** Radiological warning signs shall conform with current requirements of Title 10, Part 20, Code of Federal Regulations.

**10.C.10.** Signs required to be seen at night shall be lighted.

## 10.D. WARNING MARKING AND LIGHTING FOR AIRFIELD CONSTRUCTION OPERATIONS

**10.D.01.** The contractor shall report to the Government representative in charge before initiating any work and shall notify the Government representative of proposed changes of locations and operations. The Government representative shall keep the airport owner or operator informed so necessary Notice to Airmen (NOTAMS) can be issued to reflect hazardous conditions.

**10.D.02.** Construction and storage areas affecting aircraft movement areas shall be outlined during the day by red flags and at night by low intensity battery-operated electric red flasher lights spaced every 200 feet or less.

**10.D.03.** Nothing shall be placed in the aircraft movement area without authority of the Government representative in charge.

**10.D.04.** Work shall be carried on in such a manner as to leave that portion of the aircraft movement area which is available to aircraft free of hazards, holes, material piles, or projecting shoulders.

**10.D.05.** Waste material shall be removed often enough to insure that it does not create a hazard. Debris deposited on any active portion of a runway, taxiway, or apron shall be removed continuously during the course of the work.

**10.D.06.** Effective control of vehicles required to enter or cross aircraft movement areas shall be established and maintained.

**10.D.07.** All vehicles operating in aircraft movement areas shall be identified by means of a flag on a staff attached to and flying above the vehicle. This flag will not be less than 3 feet square and will consist of a checkered pattern of international orange and white squares of not less than 1 foot on each side.

**10.D.08.** All idle construction equipment shall be removed to locations 750 feet or more from the center line of the runway.

**10.D.09.** Only those trenches for which material is on hand and ready for placing therein shall be opened. As soon as practicable after material has been placed and work approved, trenches shall be backfilled and compacted as required. In the meantime, all resulting hazardous conditions shall be marked and lighted.

**10.D.10.** When desirable to clearly identify vehicles for control purposes, letters or numbers may be prominently displayed on each side by use of tape or water soluble paint. The identifying symbol should be 8-inch minimum, block-type characters of a color easily read.

### 10.E WARNING SIGNS, PLANT AND EQUIPMENT

**10.E.01.** Warning Signs. Warning signs shall be placed on unattended Government-owned floating plant and land based heavy equipment accessible to the public. Signs to read as follows:

**DANGER**
**NO TRESPASSING**
**U.S. GOVERNMENT PROPERTY**

## SECTION XI

## MATERIALS HANDLING, STORAGE, AND DISPOSAL

### 11.A. GENERAL

**11.A.01.** All material in bags, containers, bundles, or stored in tiers shall be stacked, blocked, interlocked, and



limited in height so that it is stable and otherwise secured against sliding or collapse.

**11.A.02.** Material stored inside buildings under construction shall not be placed within 6 feet of any hoistway, inside floor opening, or exterior wall which does not extend above top of the storage pile.

**11.A.03.** When any material is placed or encroaches upon access ways, it shall be located so as to present the least possible hazard to and interference with traffic and shall be adequately marked with proper warning signs, barricades, and light.

**11.A.04.** Flammable liquids and grease shall be stored in a NO SMOKING area and separated 50 feet from combustible construction or other stored materials.

**11.A.05.** A safety factor of four for static loading and a safety factor of six for live loading shall be maintained on all foundations, floors, or other structures where materials are stored.

**11.A.06.** Unauthorized persons shall be prohibited from entering storage areas.

**11.A.07.** No person shall be allowed in or on railroad cars while materials are being loaded or unloaded by crane, dragline, or power shovels except while hooking or unhooking loads. All persons shall be in a safe position while materials are being loaded or unloaded from railroad cars.

**11.A.08.** No person shall be in or on railroad cars while they are being moved.

**11.A.09.** Material shall not be stored on scaffolds or runways in excess of needs for normal placement operations, or in excess of safe load limits.

**11.A.10.** Metal strapping and wires shall be cut only with a cutter which securely grips the strap or wire on both sides of the cut.

### 11.B. LUMBER

**11.B.01.** Lumber shall be stacked level and be solidly supported.

11.B.02. Lumber shall be so stacked as to be stable and self-supporting.

11.B.03. Used lumber shall have all nails withdrawn before it is stacked for storage.

## 11.C. CEMENT AND LIME

11.C.01. Bags of cement and lime shall not be stacked more than 10 bags high without setback, except when restrained by walls of appropriate strength.

11.C.02. The bags around the outside of the stack shall be placed with the mouths of the bags facing the center of the stack.

11.C.03. During unstacking, the entire top of the stack shall be kept nearly level and the necessary setback maintained.

## 11.D. BRICK

11.D.01. Brick shall be stacked on an even, solid surface.

11.D.02. Brick shall not be stored on scaffolds or runways in excess of normal supplies for immediate bricklaying operations or in excess of safe load limit.

11.D.03. Brick stacks shall not be more than 7 feet in height.

11.D.04. Unitized brick shall not be stacked more than 3 units in height.

## 11.E. FLOOR, WALL, AND PARTITION BLOCKS

11.E.01. Blocks shall be stacked in tiers on solid, level surfaces.

11.E.02. When blocks are stacked higher than 6 feet, the stack shall be set back, and secured to prevent toppling.

## 11.F. REINFORCING, SHEET, AND STRUCTURAL STEEL

11.F.01. Reinforcing steel shall be stored in orderly piles away from walkways and roadways.

11.F.02. Structural steel shall be securely piled to prevent members sliding off or the pile toppling over.



## 11.G. PIPE

11.G.01. Pipe shall be stacked and blocked so as to prevent spreading or rolling. Separate stacks will be made for each size.

11.G.02. Pipe, unless racked, shall not be stacked higher than 5 feet.

## 11.H. SAND, GRAVEL, AND CRUSHED STONE

11.H.01. In withdrawing sand, gravel, and crushed stone from stock piles, no overhanging or vertical face shall exist at any time.

11.H.02. Material dumped against walls or partitions shall not be stored to a height that will endanger the stability or exceed the resisting strength of such walls and partitions.

## 11.I. ROUND WOOD PILING OR POLES

11.I.01. Round wood piling or poles shall be stored in an orderly manner on a solid, level surface.

11.I.02. Either a pyramided stack or battened stack shall be used.

11.I.03. The lower tier of stacks shall have all piles or poles securely chocked to prevent lateral spread.

11.I.04. Where battened type of stack is used, the outside pile or pole shall be securely chocked.

11.I.05. Battened stacks shall be tapered back at least one pile or pole in each tier.

11.I.06. Unloading of round piling, poles, or pipe shall be done so that no person is required to be on the unloading side of the carrier after the tie wires have been cut or during the unlocking of the stakes.

## 11.J. HOUSEKEEPING

11.J.01. All stairways, passageways, gangways, and accessways shall be kept free of materials, supplies, and obstructions at all times.

**11.J.02.** Loose or light material shall not be stored or left on roofs or floors that are not closed in, unless it is safely secured.

**11.J.03.** Tools, material, extension cords, hoses, or debris shall not be strewn about in manner which may cause tripping or other hazard.

**11.J.04.** Tools, material, and equipment subject to displacement or falling shall be adequately secured.

**11.J.05.** Empty bags having contained lime, cement, and other dust-producing material shall be removed from work areas daily.

**11.J.06.** Protruding nails in boards, planks, and timbers shall be removed, hammered in, or bent over flush with the wood.

### 11.K. DISPOSAL OF WASTE MATERIAL

**11.K.01.** All scrap lumber, waste material, and rubbish shall be collected and stored in piles or containers for regular, at least daily, removal and disposal.

**11.K.02.** Waste material and rubbish shall not be thrown from upper levels to lower levels or to the ground.

**11.K.03.** Chutes for debris shall be inclosed for their entire height.

## SECTION XII

## FIRE PREVENTION

### 12.A. GENERAL

**12.A.01.** Recommendations of National Fire Protection Association, and applicable regulations of the United States Coast Guard shall be complied with in situations not specifically covered in this section.

**12.A.02.** A survey of the suitability and effectiveness of fire prevention and protection measures and facilities existing at each project or installation shall be made at least annually. Records of the survey findings and recom-



mendations shall be retained on file at the project or installation.

**12.A.03.** The Government representative in charge shall designate those areas requiring a hot work permit.

**12.A.04.** Fires and open flame devices shall not be left unattended.

**12.A.05.** Smoking shall be prohibited in all areas where flammable, combustible, or similar hazardous materials are stored, except in those locations specifically provided for such purpose and approved by the Government representative in charge. NO SMOKING signs shall be posted in all prohibited areas.

**12.A.06.** Smoking or use of open flame equipment is prohibited on lock structures during lockages.

**12.A.07.** Lockage of vessels containing dangerous articles or flammable vapors shall not be made with any other craft. (See requirements 26.A.22 through 26.A.24.)

### 12.B. CLEANUP AND HOUSEKEEPING

**12.B.01.** All construction areas and storage yards shall be cleared of combustible materials before lumber or other combustible materials are delivered to the site.

**12.B.02.** All rubbish shall be cleared from buildings regularly, at least daily, and work areas shall be maintained free of accumulations of debris.

**12.B.03.** Designated burning areas shall be provided for the disposal of combustible waste materials.

**12.B.04.** Areas beneath and within ten feet of buildings shall be free of accumulation of debris and combustible vegetation.

**12.B.05.** All rags, waste, etc., soiled by combustible or flammable materials shall be placed in tightly closed metal containers for daily disposal.

### 12.C. SPACING

**12.C.01.** Separation of temporary buildings shall be as follows:

*a.* The minimum space between one-story nonfire-resistive buildings shall be 40 feet.

*b.* The minimum space between two-story frame buildings shall be 50 feet.

*c.* A group of buildings, the aggregate ground floor area of which does not exceed 2,000 square feet, shall be considered as one building for the above purpose.

*d.* Buildings other than nonfire-resistive shall comply with applicable recommendations of the National Fire Protective Association.

**12.C.02.** Fire lanes to provide access to all areas shall be established and maintained free of obstruction.

**12.C.03.** Lumber storage yards shall be divided into sections containing a maximum of 1 million feet board measure, with fire breaks of 50 feet between sections. Major lumber storage shall be maintained at a minimum distance of 100 feet from buildings or structures.

**12.C.04.** At least 10-foot clearance from buildings or structures shall be maintained for piles of lumber and other combustible materials to be used in the construction.

## 12.D. HEATING DEVICES AND SYSTEMS

**12.D.01.** All boilers, stoves, and other heating apparatus shall be installed in accordance with applicable National Fire Codes of the National Fire Protection Association.

**12.D.02.** Where smoke pipes from heating apparatus pass through combustible walls or roofs, properly insulated and ventilated sleeves or roof jacks shall be used.

**12.D.03.** All joints of smoke pipe shall be securely fastened together and supported to prevent accidental displacement or separation.

**12.D.04.** Spark arresters shall be provided on all smoke stacks or burning devices having forced drafts or short stacks permitting live sparks or hot materials to escape.

**12.D.05.** Only temporary heating devices which have been approved by the Government representative in charge shall be used. A positive operating procedure shall be established to assure the following controls:

*a.* Proper placement and servicing.

*b.* Safe clearance from combustible material.

*c.* Close surveillance.



*d.* Safe fuel storage and refueling.

*e.* Proper maintenance.

*f.* Determination of gaseous contamination or oxygen deficiency.

**12.D.06.** Heating devices of the open flame type having exposed fuel below the flame are prohibited.

## 12.E. FLAMMABLE AND COMBUSTIBLE LIQUIDS

**12.E.01.** All tanks, containers, and pumping equipment, portable or stationary, used for the storage or handling of flammable and combustible liquids, shall meet the recommendations of the National Fire Protection Association and applicable United States Coast Guard regulations.

**12.E.02.** All storage, handling, or use of flammable and combustible liquids shall be under the supervision of qualified persons.

**12.E.03.** All sources of ignition shall be prohibited in areas where flammable liquids are stored, handled, and processed. Suitable warning and NO SMOKING signs shall be posted in all such areas.

**12.E.04.** Rubbish, brush, long grass, or other combustible material shall be kept from areas where flammable and combustible liquids are stored, handled, or processed.

**12.E.05.** Accumulation of flammable and combustible liquids on floors, walls, etc., is prohibited. All spills of flammable and combustible liquids shall be cleaned up immediately.

**12.E.06.** Flashlights and electric lanterns used in connection with the handling of flammable liquids shall be the type listed by the Underwriters' Laboratories, Inc, for hazardous areas.

**12.E.07.** Electrical lighting shall be the only means used for artificial illumination in areas where flammable liquids, vapors, fumes, dust, or gases are present. All electrical equipment and installations shall be in accordance with provisions of the National Electrical Code for hazardous locations. Globes or lamps shall not be removed

or replaced nor shall repairs be made on the electrical circuit until the circuit has been deenergized.

**12.E.08.** All buildings, rooms, and compartments where flammable liquids are stored, processed, or used shall be properly ventilated.

**12.E.09.** Shipment of all flammable liquids, including intrastate shipments, shall be in containers approved for shipment of such materials and tagged or labeled in accordance with regulations of the Interstate Commerce Commission.

**12.E.10.** Drums, barrels, and other flammable liquid containers shall be kept tightly capped.

**12.E.11.** In buildings, shops, or rooms where flammable liquids are handled or stored, a self-closing metal refuse can shall be provided and maintained in good condition.

**12.E.12.** Flammable storage tanks and systems shall be electrically bonded and grounded.

**12.E.13.** Storage tanks shall be equipped with proper relief vents. Tank vents shall not be located close to open flames, stacks, heating apparatus, or any other source of ignition. Water drawoff valves shall be antifreeze type or insulated to prevent freezing.

**12.E.14.** Storage tanks above ground shall be diked or curbed, or other suitable means provided to prevent the spread of liquids in case of leakage in tank or piping. Such dike or curbed area shall have a capacity at least equal in volume to that of the largest tank plus 10 percent of all other tanks inclosed.

**12.E.15.** Dispensing outlets from tanks above ground shall be equipped with quick-closing or self-closing valves.

**12.E.16.** Buildings for the storage of flammable liquids or gases shall be of fire-resistant construction with protected wall openings and located at least 50 feet from adjoining buildings or structures. Buildings of combustible construction may be used when at least 100-foot clearances are provided. Buildings shall be properly ventilated.

**12.E.17.** Entrances to storage or process buildings shall



be kept under lock and key when not occupied. Only authorized persons shall be permitted to enter such buildings.

**12.E.18.** A ventilated metal cabinet shall be provided for the storage of more than a total of 10 gallons of flammable liquids in buildings used for other than storage or processing. Not more than a total of 50 gallons shall be stored in any one cabinet. No individual container shall exceed 5 gallons capacity. Containers must be of metal and kept tightly closed.

**12.E.19.** Tank cars or trucks shall be spotted accurately, and not loaded or unloaded until brakes have been set and wheels chocked.

**12.E.20.** Blue flag warning signs shall be clamped to the rails to warn train crews when tank cars are connected.

**12.E.21.** Tank cars or trucks shall be attended for the entire time they are being loaded or unloaded. Appropriate precautions shall be taken against fire or other hazards.

**12.E.22.** All tank cars and trucks shall be properly bonded and grounded while being loaded or unloaded. Bonding and grounding connections shall be made before dome covers are removed on cars and trucks and shall not be disconnected until such covers have been replaced. Internal vapor pressure shall be relieved before dome covers are opened.

**12.E.23.** All dispensing of flammable fluids from underground tanks, skid tanks, tank barges, or tank trucks shall be by approved pumping arrangement. This rule applies to containers of 55-gallon capacity or more.

**12.E.24.** Smoking or the use of open flames within 50 feet of where flammables are being used or transferred or where equipment is being fueled is prohibited.

**12.E.25.** Handling of all flammable liquids by hand containers shall be in approved type safety containers with flame arrestors.

**12.E.26.** Construction of processing and mixing rooms

shall be in accordance with recommendations of the National Fire Protection Association.

**12.E.27.** All tanks, hoses, and containers involved shall be kept in metallic contact while flammable liquids are being transferred.

**12.E.28.** Workmen shall be required to guard carefully against any part of their clothing becoming contaminated with flammable or combustible fluids. They shall not be allowed to continue work when their clothing becomes so contaminated.

**12.E.29.** Lamps, lanterns, and heating devices shall be filled only in well-ventilated rooms free of open flames in the open air and shall not be filled in storage buildings.

**12.E.30.** No flammable liquid with a (closed cup test) flash point below 100° F. shall be used for cleaning purposes.

**12.E.31.** No flammable liquid with a (closed cup test) flash point below 100° F. shall be used to start or rekindle fires.

**12.E.32.** Equipment using flammable liquid fuel shall be shut down during refueling operations. This requirement may be waived for diesel fueled equipment serviced by a closed system with attachments designed to prevent spillage.

## 12.F. PAINTS AND PAINTING (FLAMMABLE)

**12.F.01.** Packages containing paints, varnishes, lacquers, thinners, or other volatile painting materials shall be kept tightly closed when not in actual use, and shall be stored in accordance with recommendations of the National Fire Protection Association.

**12.F.02.** Paint materials in quantities other than required for one day's use shall not be stored in buildings under construction and not more than a 2-day supply shall be stored on paint barges.

**12.F.03.** Unopened containers of paints, varnishes, lacquers, thinners, and other flammable paint materials shall be kept in a well-ventilated location, free of excessive heat, smoke, sparks, flame, or direct rays of the sun.



**12.F.04.** Paint-soiled clothing and drop cloth, when not in use, shall be stored in well-ventilated steel cabinets.

**12.F.05.** Paint scrapings and paint-saturated debris shall be removed daily from the premises.

**12.F.06.** Ventilation adequate to prevent the accumulation of flammable vapors to hazardous levels of concentration shall be provided in all areas where painting is done.

**12.F.07.** No smoking, open flame, exposed heating elements, or other sources of ignition of any kind shall be permitted in areas or rooms where spray painting is done.

**12.F.08.** Spray paint booths and equipment shall be in accordance with the recommendations of the National Fire Protection Association.

## 12.G. MISCELLANEOUS

**12.G.01.** Hazardous material such as acids, unslaked lime, carbide, aerosols, oakum, etc., shall be stored in separate detached weather-proof buildings or shelters.

**12.G.02.** Precautions shall be taken to protect form work and scaffolding from exposure to and spread of fire.

**12.G.03.** Insulating material with a combustible-vapor barrier shall be stored at least 25 feet from buildings or structures. Only the quantity required for one day's use shall be permitted in buildings under construction.

**12.G.04.** Low density fiber board, combustible insulation, or vapor barrier with a flame spread rating greater than 40 (UL, Inc.) shall not be installed.

**12.G.05.** Temporary inclosures shall be of flame-proof tarpaulins or material of equivalent fire-resistant characteristics.

**12.G.06.** All combustibles shall be shielded from the flames of torches used to cut or sweat pipe.

## 12.H. BURNING AREAS

**12.H.01.** All burning areas shall be established by approval of the Government representative in charge.

**12.H.02.** On contract operations, the contractor shall