maintain constant knowledge of the degree of fire hazard by contact with agencies responsible for monitoring fire potential in the area of concern.

**12.H.03.** All burning shall be halted or prohibited during periods of high fire danger.

**12.H.04.** Sufficient force of men to properly control and patrol the burning operations shall be maintained until the last embers have been extinguished.

**12.H.05.** Bump blocks shall be provided where trucks back up to a fire or burning pit.

### 12.I. LIQUEFIED PETROLEUM GASES

**12.I.01.** Storage, handling, installation, and use of liquefied petroleum gases and systems shall be in accordance with recommendations of the National Fire Protection Association and the United States Coast Guard.

**12.I.02.** Liquefied petroleum gas containers and equipment shall not be used in unventilated spaces, below grade, in pits, below decks, and other such spaces where dangerous accumulations of heavier-than-air gas may accumulate due to leaks or equipment failure.

**12.I.03.** Equipment using liquefied petroleum gas shall be shut down during refueling operations.

**12.I.04.** Polyvinyl chloride tubing shall not be used in LP gas systems.

## SECTION XIII

## FIRE PROTECTION

### 13.A. FIRST AID FIRE PROTECTION

**13.A.01.** Fire extinguishers shall be provided and maintained in accordance with recommendations of the National Fire Protection Association and applicable United States Coast Guard regulations.

**13.A.02.** Extinguishers shall be suitably placed and distinctly marked and accessibility to them shall not be obstructed.



**13.A.03.** All extinguishers shall be inspected monthly. Service and maintenance shall be in accordance with appendix L.

**13.A.04.** Fire barrels and buckets *shall* be *painted red,* marked "For Fire Only" and the barrels kept filled at all times. Antifreeze protection shall be provided when necessary. Each fire barrel shall be provided with at least two fire buckets.

**13.A.05.** Woolen or asbestos fire blankets shall be provided and kept in conspicuous and easily accessible locations as warranted by the operations involved.

### 13.B. FIRE PATROLS

**13.B.01.** When watchmen or guards are provided, they shall make frequent rounds through buildings and storage areas during hours when work is suspended.

**13.B.02.** Watchman service shall be provided where 10 or more employees are quartered.

**13.B.03.** In any instance where combustible materials have been exposed to fire hazards, such as welding operations, hot metals, or open flame, a watcher shall be assigned to remain at the location for at least one hour after the exposure has ended.

### 13.C. WATER SUPPLY AND DISTRIBUTION

**13.C.01.** Water supply and distribution facilities for fire fighting purposes shall be provided and maintained in accordance with recommendations of National Fire Protection association or applicable United States Coast Guard regulations.

**13.C.02.** Where a water distribution system is required for the protection of buildings or other structures, water mains and hydrants shall be installed prior to or concurrently with the construction of the facilities. Until the permanent system is in operation, an equivalent temporary system shall be provided.

**13.C.03.** Vehicles, equipment, materials, and supplies shall not be placed in such a manner that access to fire hydrants and other fire fighting equipment is obstructed.

### 13.D. APPARATUS AND EQUIPMENT

**13.D.01.** Firefighting apparatus and equipment shall be provided and installed in accordance with recommendations of the National Fire Protection Association and applicable United States Coast Guard regulations.

**13.D.02.** No fire protection equipment or device shall be made inoperative or used for other purposes.

**13.D.03.** Inspections and tests of all mobile fire apparatus shall be conducted weekly to assure it is in satisfactory operating condition.

**13.D.04.** If fire hose connections are not compatible with local fire fighting equipment, adapters will be available.

### 13.E. FIRE ALARM DEVICES

**13.E.01.** A siren, telephone system, or other alarm arrangement suitable to the Government representative in charge, shall be provided on all projects. All alarms or systems shall be tested at least monthly.

**13.E.02.** Fire alarm devices shall be installed as soon as practicable.

### 13.F. FIRE FIGHTING ORGANIZATIONS, TRAINING, AND DRILLING

**13.F.01.** Fire fighting organizations shall be provided to assure adequate protection to life and property. National Fire Protection Association recommendations shall be used as criteria for determining type, size, and training of fire fighting organizations.

**13.F.02.** Where fire brigades are organized, drills shall be held to assure a well-trained and efficient operating force. Records of such drills shall be maintained at the installation.

**13.F.03.** Demonstrations and training in first aid fire fighting shall be conducted at intervals to insure that project personnel are familiar with and are capable of operating first aid fire fighting equipment.

### 13.G. MISCELLANEOUS

**13.G.01.** When unusual fire hazards exist or emergencies



develop, additional fire protection shall be provided as required by the Government representative in charge.

**13.G.02.** In situations where outside help is relied upon for fire protection, a definite written arrangement shall be made and a copy of such agreement shall remain on file in the office of the Government representative in charge.

**13.G.03.** Emergency telephone numbers and reporting instructions shall be conspicuously posted.

## SECTION XIV

## WELDING AND CUTTING

### 14.A. GENERAL

**14.A.01.** All welding and cutting apparatus, equipment, and operations shall be in accordance with standards and recommended practices of the American Welding Society, Safety in Welding and Cutting (USAS Z49.1) and the recommendations of the National Fire Protection Association.

**14.A.02.** Transformer-type electric welding apparatus shall comply with USAS C32.2 and shall be installed, maintained, and operated in accordance with requirements of the National Electrical Code.

**14.A.03.** Gas welding and cutting equipment shall be listed by Underwriters' Laboratories, Inc., Chicago, Ill., or by Factory Mutuals Laboratories, Boston, Mass.

**14.A.04.** All welding apparatus and equipment shall be inspected daily. Defective apparatus and equipment shall be removed from service, replaced, or repaired and reinspected before again being placed in service.

**14.A.05.** Each welding unit shall be equipped with a compatible fire extinguisher.

**14.A.06.** Compatible fire extinguishing equipment shall be provided in the immediate vicinity of the welding or torch operation whenever combustible material is exposed.

**14.A.07.** Combustible material or construction shall be shielded from the heat, sparks, and slag of welding.

**14.A.08.** Workmen and the public shall be shielded from welding rays, flashes, sparks, molten metal, and slag.

**14.A.09.** Cable, hoses, and other equipment shall be kept clear of passageways, ladders, and stairways.

**14.A.10.** All hollow spaces, cavities, or containers shall be vented to permit the escape of air or gases before preheating, cutting, or welding.

**14.A.11.** No welding, cutting, or hot work shall be performed on used drums, barrels, tanks, or other containers without specific prior approval of the Government representative in charge.

**14.A.12.** Cylinders shall be kept beyond the range of sparks, hot slag, or flame.

**14.A.13.** Compressed gas cylinders shall be stored, handled, and used in accordance with section 21D.

### 14.B. GAS EQUIPMENT

**14.B.01.** Torch valves shall be closed and gas supply shut off whenever work is suspended.

**14.B.02.** The torch and hose shall be removed from confined spaces whenever work is suspended.

### 14.C. ELECTRIC EQUIPMENT

**14.C.01.** Switching equipment for shutting down the welding machine shall be provided on or near the welding machine.

**14.C.02.** The noncurrent carrying metal parts of electrically-driven welding machines shall be grounded.

**14.C.03.** Neither terminal of the welding generator shall be bonded to the frame of the welder.

**14.C.04.** Pipe lines containing gases or flammable liquids, or conduits carrying electrical conductors shall not be used for a ground return circuit.

**14.C.05.** The equipment shall be shut down when the leads are unattended.



**14.C.06.** Cables with splices or repaired insulation within 10 feet of the holder shall not be used.

**14.C.07.** Welding supply cables shall not be placed in proximity to power supply cables or other high-tension wires.

**14.C.08.** Welding leads shall not be permitted to contact metal parts supporting suspended scaffolds.

**14.C.09.** Circuits from welding machines used for other than welding tools shall be grounded.

## SECTION XV

## ELECTRICAL WIRING AND APPARATUS

### 15.A. GENERAL

**15.A.01.** All electrical wire, apparatus, and equipment shall be of a type listed by the Underwriters' Laboratories, Inc., or Factory Mutual Laboratories for the specific application.

**15.A.02.** All installations shall comply with the National Electrical Safety Code, National Electrical Code, or applicable United States Coast Guard regulations.

**15.A.03.** All work shall be performed by personnel familiar with code requirements and qualified for the class of work to be performed.

**15.A.04.** Live parts of wiring or equipment shall be effectively guarded to protect all persons or objects from harmful contact.

**15.A.05.** Transformer banks or high voltage equipment shall be protected from unauthorized access. Entrances not under constant observation shall be kept locked. Signs warning of high voltage and prohibiting unauthorized entrance shall be posted at entrances.

**15.A.06.** Gates or doors to inclosures for electrical equipment shall swing outward or provide clearance from installed equipment.

**15.A.07.** Built-up cross-over protection shall be provided

in all cases where operations require passage of foot traffic or equipment over energized lines.

**15.A.08.** Circuits and equipment shall be de-energized before work is started and personnel protected by clearance procedures and grounding.

**15.A.09.** When it is necessary to work on energized lines and equipment, rubber gloves and other protective equipment or hotline tools shall be used.

**15.A.10.** Two or more men shall be assigned to work on overhead lines, in substation and power plants where the wiring is congested, where the work is at remote or isolated locations, at night, during inclement weather, or when handling of energized conductors or apparatus. One employee shall be delegated to watch the movements of the men doing the work so that he can warn them if they get dangerously close to live conductors and render assistance in case of an accident.

**15.A.11.** Temporary power lines, switch boxes, receptacle boxes, metal cabinets, and inclosures around equipment shall be plainly marked to indicate the maximum operating voltage.

**15.A.12.** Plugs and receptacles shall not be interchangeable between circuits with different voltage and current ratings.

**15.A.13.** Insulation mats or platforms of substantial construction and providing good footing shall be so placed on floors and on the frames of equipment having exposed live parts that the operator or persons in the vicinity cannot touch such parts unless standing on the mats, platforms, or insulated floors.

**15.A.14.** All circuits shall be protected against overload.

## 15.B. DISCONNECT AND OVERCURRENT PROTECTION

**15.B.01.** Switches, fuses, and automatic circuit breakers shall be plainly marked, labeled, or arranged to afford ready identification of circuits or equipment supplied through them.

**15.B.02.** Switches shall be of the inclosed safety type,



with inclosures grounded, and installed so as to minimize the danger of accidental operation.

**15.B.03.** Fuse cabinets shall be provided with close-fitting doors which can be locked.

**15.B.04.** Switches or breakers shall be provided with a means for locking in the off-position during maintenance periods.

**15.B.05.** Fuses and circuit breakers shall be of the proper rating for the circuit protected.

**15.B.06.** A readily accessible, manually-operated switch shall be provided for each incoming service or supply circuit.

**15.B.07.** Switches, circuit breakers, fuse panels, and motor controllers in wet locations or outside shall be inclosed in a weather-proof inclosure or cabinet.

## 15.C. GROUNDING

**15.C.01.** All electrical circuits shall be grounded in accordance with the requirements of the National Electrical Code and the National Electrical Safety Code.

**15.C.02.** Ground shall be provided for noncurrent carrying metallic parts of such equipment as generators, switches, motor controller cases, fuse boxes, distribution cabinets, frames, tracks, and motors of electrically operated cranes, electric elevators, metal frames of nonelectric elevators to which electric conductors are attached, and other electric equipment, and metal inclosures around equipment.

**15.C.03.** Portable and semi-portable electrical tools and equipment shall be grounded by the use of a multiconductor cord having an identified grounding conductor and a multicontact polarized plug-in receptacle.

**15.C.04.** Semi-portable equipment, floodlights, and work lights shall be grounded. The protective ground of such equipment should be maintained during the moving unless supply circuits thereto are de-energized.

**15.C.05.** Tools protected by an approved system of double insulation, or its equivalent, need not be grounded. Double

insulated tools shall be positively and distinctly marked and listed by the Underwriters' Laboratories Inc., or Factory Mutual Laboratories.

## 15.D. TEMPORARY WIRING

**15.D.01.** Temporary wiring shall be guarded or isolated by elevation to prevent accidental contact by workmen or equipment.

**15.D.02.** Vertical clearance above walkways shall be not less than 10 feet for circuits carrying 600 volts or less.

**15.D.03.** Wires with weather-proof insulation shall not be inclosed in metal raceways or used for wiring in tanks, penstock, and tunnels.

**15.D.04.** Wires shall be insulated from their supports.

**15.D.05.** Temporary festoon lighting strings shall be made up with cords having lamp sockets and connections protected by insulating coverings.

**15.D.06.** Temporary wiring installed in conduit shall have bushings at all outlets and terminals.

**15.D.07.** Extension cords shall be of a type listed by the Underwriters' Laboratories for the purpose in which they are used.

**15.D.08.** Bulbs attached to extension cords shall be protected by wire guards.

**15.D.09.** When temporary wiring is used in tanks or other confined spaces, an approved type switch, properly identified and plainly marked, shall be provided at or near the entrance to such spaces for cutting off the current in emergencies.

**15.D.10.** Exposed empty light sockets and broken bulbs shall not be permitted.

## 15.E. OVERHEAD LINES

**15.E.01.** Overhead transmission and distribution lines shall be carried on towers and poles which provide safe clearances over roadways and structures.

**15.E.02.** All electric power or distribution lines shall be placed underground in areas where there is extensive



use of equipment having the capability of encroachment on the clear distances specified in 15.E.08.

**15.E.03.** Clearances shall be adequate for the movement of vehicles and for the operation of construction equipment.

**15.E.04.** Protection of outdoor trolleys and portable cables rated above 600 volts for supplying power to movable construction equipment such as gantry cranes, mobile cranes, shovels, etc., shall conform to National Electric Safety Code requirements.

**15.E.05.** When it is necessary to transport machinery or equipment under overhead lines in a manner that encroaches on specified clearances, the job shall be scheduled so the lines can be de-energized.

**15.E.06.** Plant shall not be sited or placed within 20 feet of overhead transmission or distribution lines.

**15.E.07.** Operations adjacent to overhead lines shall not be initiated until the governing utilities authorities have been notified and the operations coordinated therewith.

**15.E.08.** Operations adjacent to overhead lines are prohibited unless one of the following conditions is satisfied:

*a.* Power has been shut off and positive means taken to prevent the lines from being energized.

*b.* Equipment or any part thereof does not have the capability of coming within the following minimum clearances from energized overhead lines. Equipment has been positioned and blocked to assure no part thereof including cables can come within the following minimum clearances:

| *Power lines nominal system kv* | *Minimum required clearance* |
|---|---|
| Under 69 | 10 feet. |
| 69 | 12 feet. |
| 115–161 | 15 feet. |
| 230–285 | 20 feet. |
| 345 | 25 feet. |
| 500 | 35 feet. |

A notice of the minimum required clearance shall be posted at the operator's position.

**15.E.09.** Any time it is necessary to operate boom-type equipment where there is a capability of encroachment on the specified clearances, the boom shall be equipped with an insulating cage guard and an insulating link shall be installed on the load line.

# SECTION XVI

# HAND TOOLS AND POWER TOOLS

## 16.A. GENERAL

**16.A.01.** All hand tools shall be kept in good repair and used only for the purpose for which designed.

**16.A.02.** Tools having defects that will impair their strength or render them unsafe for use shall be removed from service.

**16.A.03.** When work is being performed overhead, tools not in use shall be secured or placed in holders.

**16.A.04.** Throwing tools or materials from one location to another, from one employee to another, or dropping them to lower levels, shall not be permitted.

**16.A.05.** Only nonsparking tools shall be used in locations where sources of ignition may cause a fire or explosion.

**16.A.06.** Tools requiring heat treating shall be tempered, formed, dressed, and sharpened by workmen who are experienced in these operations.

**16.A.07.** Power tools shall be inspected, tested, and determined to be in safe operating condition prior to use. Continued periodic inspections shall be made to assure safe operating condition and proper maintenance.

**16.A.08.** Power tools shall be operated only by designated personnel.

**16.A.09.** Rotating or reciprocating portable power tools shall be equipped with constant pressure switch that will shut off the power when the tool is released by the operator.



**16.A.10.** The use of cranks on hand-powered winches or hoists is prohibited unless the hoists or winches are provided with load brakes designed to be self-holding. Hand wheels without projecting spokes, pins, or knobs shall be used.

**16.A.11.** Portable power nailing and stapling tools shall be operable only when held against the work surface with a force of at least five pounds more than the weight of the fully-loaded tool. In addition, it shall be necessary to operate a trigger or switch for each fastener driven. These two actions shall be separate.

## 16.B. GRINDING TOOLS

**16.B.01.** Use, care, and protection of abrasive wheels shall be in accordance with USAS B7.1.

**16.B.02.** Work or tool rests shall not be adjusted while grinding wheel is in motion.

**16.B.03.** Tool rests on power grinders shall not be more than one-eighth inch distance from the wheel.

**16.B.04.** Cracked or damaged grinding wheels shall be destroyed.

**16.B.05.** Grinding wheels shall not be operated in excess of their rated safe speed.

## 16.C. POWER SAWS

**16.C.01.** Circular saws shall be equipped with guards that automatically and completely inclose the cutting edges.

**16.C.02.** Cracked, bent, or damaged blades shall be destroyed.

**16.C.03.** Power saws shall not be left running unattended.

**16.C.04.** Radial arm power saws shall be equipped with an automatic brake.

**16.C.05.** The table of radial arm or swing saws shall extend beyond the leading edge of the saw blade.

## 16.D. PNEUMATIC TOOLS

**16.D.01.** Safety clips or retainers shall be installed and

maintained on pneumatic impact tools to prevent dies and tools from being accidentally expelled from the barrel.

**16.D.02.** Pressure shall be shut off and exhausted from the line before disconnecting the line from any tool or connection.

**16.D.03.** Safety lashing shall be provided at connection between tool and hose, and at all quick makeup-type connections.

**16.D.04.** Air hose shall be pressure-rated by the manufacturer and this pressure shall not be exceeded. Defective hose shall be removd from service.

**16.D.05.** Hose shall not be laid over ladders, steps, scaffolds, or walkways in such a manner as to create a tripping hazard.

**16.D.06.** The use of compressed air for blowing dirt from hands, face, or clothing is prohibited.

### 16.E. EXPLOSIVE ACTUATED TOOLS

**16.E.01.** Explosive actuated tools and their use shall conform to the requirements of Safety Requirements for Explosive Actuated Tools (USAS A10.3) except where modified herein.

**16.E.02.** Explosive actuated tools shall be used, operated, repaired, serviced, and handled only by authorized personnel. Authorized persons are those who have been trained and certified by the manufacturer or his authorized representative in the safe use and servicing of the particular tool in question and permission to operate on a specific work site has been granted by the Government representative in charge.

**16.E.03.** The use of explosive actuated tools is prohibited in explosive or flammable atmospheres.

**16.E.04.** The tool operator shall wear safety goggles or other approved face and eye protection.

**16.E.05.** Explosive actuated tools and the charges shall be secured at all times to prevent unauthorized possession.

**16.E.06.** All tools shall be so constructed as not to be operable other than against a work surface with a force



at least 5 pounds greater than the total weight of the tool.

**16.E.07.** The firing mechanism of all tools shall be so constructed that the tool cannot fire *during loading or* preparation to fire, or if the tool is dropped while loaded.

**16.E.08.** Firing of the tool shall be dependent upon at least two separate and distinct operations of the operator, with the final firing movement being separate from the operation of bringing the tool into the firing position.

**16.E.09.** Driving into soft or easily penetrable materials is prohibited unless they are backed by a substance that will prevent the pin or fastener from passing completely through and creating a flying missile hazard on the other side.

**16.E.10.** Explosive actuated tools shall be inspected, thoroughly cleaned, and tested after each 1,000 fastenings. Daily inspection, cleaning, and testing is recommended.

**16.E.11.** High velocity explosive actuated tools shall be used only for those applications where low velocity tools will not meet the job requirements. A high velocity tool is defined as a tool which propels or discharges a fastener at velocities in excess of 300 feet per second when measured at 6.5 feet from the muzzle.

**16.E.12.** Explosive actuated tools shall not be used in reinforced concrete when the fastener will strike the reinforcing.

## SECTION XVII

## ROPES, SLINGS, AND CHAINS

### 17.A. GENERAL

**17.A.01.** The use of ropes, slings, and chains shall be in accordance with the safe usage recommendations of the manufacturer and recommendations of the equipment manufacturer when used in conjunction therewith.

**17.A.02.** All hooks used to support human loads or loads that pass over workmen shall be closed or moused.

**17.A.03.** The use of open hooks is prohibited in rigging to lift any load where there is danger of relieving the tension on the hook due to the load or hook catching or fouling.

**17.A.04.** All eye splices shall be made in approved manner and rope thimbles of proper size shall be fitted in the eye, except that in slings, the use of thimbles shall be optional.

**17.A.05.** Hooks, shackles, rings, pad eyes, and other fittings that show excessive wear or that have been bent, twisted, or otherwise damaged shall be removed from service. Excessive wear is defined as the condition where the original strength has been reduced by 20 percent.

**17.A.06.** Running lines located within 6 feet 6 inches of the ground or working level shall be boxed off, guarded, or the area restricted.

**17.A.07.** Hoisting hooks rated at 10 tons or larger shall be provided with a handle or other means for safe handling.

## 17.B. SLINGS

**17.B.01.** Slings, their fittings and fastenings, when in use, shall be inspected daily by a qualified craft person for evidence of overloading, excessive wear, or damage. Excessive wear is that condition where the original strength has been reduced by 20 percent.

**17.B.02.** Defective slings shall be removed from service.

**17.B.03.** Proper storage shall be provided for slings while not in use.

**17.B.04.** Protection shall be provided between the sling and sharp, unyielding surfaces of the load to be lifted.

## 17.C. WIRE ROPE

**17.C.01.** Wire rope shall be inspected by a competent person at the time of installation and at scheduled intervals thereafter.

**17.C.02.** Wire rope shall be removed from hoisting and load-carrying service when one of the following conditions exists:



*a.* In running lines when 12 randomly distributed broken wires in one rope lay, or 4 broken wires in one strand in one rope lay. A rope lay is the distance in which one strand makes one complete turn around the rope.

*b.* Abrasion, scrubbing, or peening causing loss of more than one-third of the original diameter of the outside wires.

*c.* Evidence of corrosion.

*d.* Kinking, crushing, bird caging, or other damage resulting in distortion of the rope structure.

*e.* Reduction from nominal diameter of more than 3/64 inch for diameters up to and including 3/4 inch; 1/16 inch for diameters 7/8 inch to 1 1/8 inch; 3/32 inch for diameters 1 1/4 inch to 1 1/2 inch.

*f.* Evidence of any heat damage from any cause.

*g.* One or more broken wires in the valleys.

**17.C.03.** When one broken wire, rust, or corrosion is found adjacent to socket or end fitting, wire rope shall be removed from service or resocketed. Special attention shall be given to the inspection of end fittings on boom support, pendant, and guy ropes.

**17.C.04.** Wire rope removed from service due to defects shall be cut up or plainly marked as being unfit for further use on cranes, hoists, or other load-carrying service.

**17.C.05.** The ratio between the rope diameter and the drum, block, sheave, or pulley tread diameter shall be such that the rope will adjust itself to the bend without excessive wear, deformation, or injury.

**17.C.06.** In no case will the safe diameters of drums, blocks, sheaves, or pulleys be reduced in replacement of such items unless compensating changes are made for rope used and safe loading limits.

**17.C.07.** Drums, sheaves, and pulleys shall be smooth and free of surface defects liable to injure rope.

**17.C.08.** Drums, sheaves, or pulleys having eccentric bores or cracked hubs, spokes, or flanges shall be removed from service.

17.C.09. Connections, fittings, fastenings, parts, etc., used in connection with ropes shall be of good quality and of proper size and strength, and shall be installed in accordance with recommendations of the manufacturer.

17.C.10. Wire rope clips attached with U-bolts shall have the U-bolts on the dead or short end of the rope. The U-bolt nuts shall be retightened immediately after initial load carrying use and at frequent intervals of time thereafter.

17.C.11. When a wedge socket type of fastening is used, the dead or short end of the rope shall be clipped with U-bolt or otherwise made secure against loosening.

### 17.D. CHAINS

17.D.01. Chains used in load carrying service shall be inspected before each initial use and weekly thereafter.

17.D.02. Chains shall be normalized or annealed periodically as recommended by the manufacturer.

17.D.03. Chains shall be removed from service when showing evidence of cracks, nicks, lifting of any link weld, more than 10 percent elongation of any link or section, or when wear of 20 percent of the diameter of any link has occurred.

### 17.E. FIBER ROPE

17.E.01. Frozen fiber rope shall not be used.

17.E.02. Fiber rope that has been subjected to acids or excessive heat shall not be used for load carrying purposes.

17.E.03. Fiber rope shall be protected from abrasion by padding where it is fastened or drawn over square corners or sharp or rough surfaces.

## SECTION XVIII
## MACHINERY AND MECHANIZED EQUIPMENT

### 18.A. GENERAL

18.A.01. Before any machinery or mechanized equipment



is placed in use, it shall be inspected and tested by a competent mechanic and certified to be in safe operating condition. Records of tests and inspections shall be maintained at the site and shall be available on request to the government representative in charge.

18.A.02. Inspections and tests shall be made at scheduled intervals to assure safe operating condition.

18.A.03. Preventive maintenance procedures recommended by the manufacturer shall be followed.

18.A.04. Any machinery or equipment found to be unsafe shall be deadlined and its use prohibited until unsafe conditions have been corrected.

18.A.05. Inspections or determinations of road conditions and structures shall be made in advance to assure that clearances and load capacities are safe for the passage or placing of any machinery or equipment.

18.A.06. Machinery and mechanized equipment shall be operated only by designated personnel.

18.A.07. Riding on equipment or loads is prohibited.

18.A.08. Getting off or on any equipment while it is in motion is prohibited.

18.A.09. Machinery or equipment requiring an operator shall not be permitted to run unattended.

18.A.10. Equipment shall be locked or secured to prevent starting by unauthorized persons.

18.A.11. Machinery or equipment shall not be operated in a manner that will endanger persons or property, nor shall the safe operating speeds or loads be exceeded.

18.A.12. All machinery and equipment shall be shut down and positive means taken to prevent its operation while repairs or manual lubrications are being done.

18.A.13. All repairs on machinery or equipment shall be made at a location which will provide protection from traffic for repairmen.

18.A.14. Heavy machinery, equipment, or parts thereof which are supended or held apart by use of slings, hoists, or jacks shall also be substantially blocked or cribbed

before men are permitted to work underneath or between them.

**18.A.15.** Bulldozer scraper blades and loader buckets shall be lowered to rest when not in use.

**18.A.16.** No guard, safety appliance, or device shall be removed from machinery or equipment, or made ineffective except for the purpose of making immediate repairs, lubrications, or adjustments, and then, only after the power has been shut off.

**18.A.17.** All guards and devices shall be replaced immediately after completion of repairs and adjustments.

**18.A.18.** Suitable protection against the elements, falling or flying objects, swinging loads, and similar hazards shall be provided for operators of all machinery or equipment. If glass is used as windshields or in cabs, when furnished, it shall be "safety glass." Broken or cracked glass shall be replaced immediately.

**18.A.19.** All bulldozers, tractors, or similar equipment used in clearing operations shall be provided with substantial guards, shields, canopies, and grills to protect the operator from falling and flying objects as appropriate to the nature of the clearing operations undertaken.

**18.A.20.** Crawlers and rubber tired tractors, self-propelled pneumatic tired earth movers, water tank trucks, and similar equipment shall be equipped with steel canopies and seat belts for the protection of operators from the hazards of rollover. (Level, smooth, and firm terrain does not present a rollover hazard.) This protection shall be in addition to the provisions of 18.A.18 and 18.A.19. Canopy and supporting attachments shall be designed, fabricated, and attached to the frame in a manner to support not less than two times the weight of the prime mover, based on the ultimate strength of the metal and integrated loading of supporting members with the resultant load applied at the point of impact. The design objective shall be to prevent crushing of operators during rollover. There shall be a vertical clearance of 52 inches from the deck to the canopy where the operator enters or leaves the seat.



shall be provided where there is danger to persons from moving equipment, swinging loads, buckets, booms, etc.

**18.A.22.** Highway operated equipment shall be equipped with turn signals.

**18.A.23.** All machinery or equipment and material hoists operating on rails, tracks, or trolleys shall have positive stops or limiting devices either on the equipment, rails, tracks, or trolleys to prevent overrunning safe limits and shall be equipped with overspeed devices.

**18.A.24.** Stationary machinery and equipment shall be placed on a firm foundation and secured before being operated.

**18.A.25.** All points requiring lubrication during operation shall have fittings so located or guarded to be accessible without hazardous exposure.

**18.A.26.** All mobile equipment shall have adequate headlights and taillights when operating in hours of darkness.

**18.A.27.** Service or maintenance equipment which will be parked or moving slower than normal traffic on haul roads at night shall have a yellow flashing light mounted to be visible from all directions.

**18.A.28.** Mobile type equipment shall have a braking system or systems capable of stopping and holding the equipment fully loaded from operating speed on any grade of operation.

**18.A.29.** Heavy duty haulage equipment shall, in addition to the service braking system, have an emergency brake system. The emergency brake system shall automatically stop the equipment upon failure in the service brake system. The system shall also be manually operable from the driver's position.

**18.A.30.** Electric wheel and rubber tired haulage equipment not equipped with an effective parking brake shall have the wheels chocked to prevent movement in any direction whenever the equipment is parked.

**18.A.31.** Operators shall leave the cab while equipment

is being loaded when exposed to danger from suspended or overhead loading equipment or methods.

**18.A.32.** Mechanized equipment shall be shut down prior to and during fueling operations. Closed systems with automatic shut off which will prevent spillage if connections are broken may be used to fuel diesel powered equipment.

**18.A.33.** All towing devices used on any combinations of equipment shall be structurally adequate for the weight drawn and securely and properly mounted.

**18.A.34.** Persons shall not be permitted to get between a towed and towing piece of equipment until the towing equipment has been stopped.

**18.A.35.** All machinery or equipment operating on rails, tracks, or trolleys shall be provided with substantial track scrapers or track clearers, effective in both directions on each wheel or set of wheels.

## 18.B. GUARDING AND SAFETY DEVICES GENERAL

**18.B.01.** Reverse Signal Alarm. All self-propelled construction equipment, except light service trucks, panels, pickups, station wagons, crawler-type cranes, power shovels, and draglines, whether moving alone or in combination, shall be equipped with a reverse signal alarm. Alarm shall be audible and sufficiently distinct to be heard under prevailing conditions. Alarm shall operate automatically upon commencement of backward motion. Alarm may be continuous or intermittent (not to exceed 3-second intervals) and shall operate during the entire backward movement.

**18.B.02.** The use of reverse signal alarms shall be in addition to prescribed requirements for signalmen.

**18.B.03.** All belts, gears, shafts, pulleys, sprockets, spindles, drums, flywheels, chains, or other reciprocating, rotating, or moving parts of equipment shall be guarded as such parts are exposed to contact by persons or otherwise create a hazard.



**18.B.04.** All hot surfaces of equipment, including exhaust pipes or other lines, shall be guarded or insulated to prevent injury and fire.

**18.B.05.** Fuel tanks shall be located in a manner which will not allow spills or overflows to run onto engine, exhaust, or electrical equipment.

**18.B.06.** Exhaust or discharges from equipment shall be so directed that they do not endanger persons or obstruct view of operator.

**18.B.07.** All equipment having a drop type skip pan shall be provided with guards on both sides and open end of the skip pan area to prevent persons from walking under skip while in elevated position.

**18.B.08.** Platforms, footwalks, steps, handholds, guardrails, and toeboards shall be provided on machinery and equipment to provide safe footing and accessways.

**18.B.09.** Equipment shall be provided with suitable working platforms, guard rails, and hand grabs when attendants or other employees are required to ride for operating purposes outside the operator's cab or compartment. Platforms and steps shall be of nonskid material.

**18.B.10.** Substantial overhead protection shall be provided for the operators of fork lifts and similar material handling equipment.

**18.B.11.** Hand operated power equipment such as power mowers, flails, floor finishers, power screeds, and grinders shall have guards that contact the operator's foot before the operating head or blade.

## 18.C. HOISTING EQUIPMENT GENERAL

**18.C.01.** All hoisting equipment shall satisfactorily complete a performance (operating) test when placed in service on a project. Test shall be repeated prior to unusual or critical lifts, and after alteration, modification, or reassembly, and at least every six months. Test records shall be made a part of the official project file.

**18.C.02.** All modifications, extensions, replacement parts, or repairs of equipment shall maintain at least the same factor of safety as the original designed equipment.

**18.C.03.** All drums on load-hoisting equipment shall be equipped with proper dogs, pawls, or other positive locking devices.

**18.C.04.** Braking equipment capable of stopping, lowering, and holding a load of at least the full test load shall be provided.

**18.C.05.** Load rating plates shall be attached to all load-hoisting equipment in view of the operator.

**18.C.06.** At no time shall a crane be loaded in excess of the manufacturer's rating except during overload tests.

**18.C.07.** There shall be at least two full wraps of cable on the drums of hoisting equipment at all times.

**18.C.08.** Riding on loads, hooks, hammers, buckets, or material hoists is prohibited.

**18.C.09.** While hoisting equipment is in operation, the operator shall not be permitted to perform any other work, and he shall not leave his position at the controls until the load has been safely landed or returned to ground level.

**18.C.10.** Tag lines for controlling loads shall be used wherever practicable.

**18.C.11.** A standard signal system shall be used on all hoisting equipment (APP B).

**18.C.12.** Whenever a slack line condition occurs, prior to further operations, the proper seating of the rope in the sheaves and on the drum shall be checked.

**18.C.13.** Crane booms shall be lowered to ground level or secured against displacement by wind loads or other outside forces.

## 18.D. CRAWLER, TRUCK, AND WHEEL MOUNTED CRANES

**18.D.01.** Performance test of crawler, truck, and wheel mounted cranes shall demonstrate the strength, stability, capability, and adequacy of power, brakes, clutches, and controls to safely maneuver 125 percent of the anticipated load.

**18.D.02.** Auxiliary load-handling devices such as buckets, magnets, load falls, slings, load blocks, hooks, and pile-driver leads shall be included as part of the load.



**18.D.03.** On all cranes, devices shall be attached between equipment frame and boom chords controlling vertical motion of boom with a gradually increasing resistance without impact and limiting vertical rise of boom to not more than 88° above the horizontal.

**18.D.04.** Means shall be provided for the operator to visually determine the levelness of the crane.

## 18.E. PORTAL, HAMMERHEAD, AND TOWER CRANES

**18.E.01.** Performance test shall demonstrate the strength, stability, capability, and adequacy of power, brakes and clutches, and controls to safety maneuver 125% of the anticipated load.

**18.E.02.** Traveling cranes shall be equipped with a warning device that will sound continuously while crane is traveling.

**18.E.03.** Track riding cranes shall be provided with substantial rail scrapers or track clearers at each end of the tracks which shall be effective in both directions of travel.

**18.E.04.** Cranes shall be equipped with a load limiting device which will effectively prevent overloading beyond the manufacturer's ratings at any load, boom radius, and counterweight position.

## 18.F. PEDESTAL MOUNTED CRANES AND DERRICKS

**18.F.01.** Pedestal mounted cranes and derricks shall have foundations sized to resist the manufacturer's rated load plus 50 percent.

**18.F.02.** Performance test shall demonstrate the strength, stability, capability, and adequacy of power, brakes, clutches, and controls to safely maneuver 133 percent of the anticipated load.

**18.F.03.** Load-radius chart and boom angle or radius indicator shall be provided within operator's view.

## 18.G. FLOATING CRANES

**18.G.01.** Barge mounted cranes, designed and constructed as a unit, shall be rated by the manufacturer.

**18.G.02.** All other barge mounted cranes shall be on barges of sufficient size to limit list under load to about 5 degrees.

**18.G.03.** Work shall be halted if significant wave action should exist.

**18.G.04.** Load-radius chart and boom angle or radius indicator shall be provided within operator's view.

**18.G.05.** Performance test shall demonstrate the strength, stability, capability, and adequacy of power, brakes and clutches, and controls to safely maneuver 150 percent of the anticipated load.

**18.G.06.** Truck and crawler cranes shall be securely attached to the barge. When stability of barge is not a factor, and control barriers are provided, limited travel may be authorized.

## 18.H. ELEVATORS, PASSENGER AND FREIGHT

**18.H.01.** Elevators shall be designed, constructed, inspected, tested, and maintained in accordance with the Safety Code for Elevators, Dumbwaiters, and Moving Walks (USAS A17.1).

**18.H.02.** Positive protection shall be provided to prevent persons or objects from falling into shaftway.

**18.H.03.** Safe accessways shall be provided for servicing and inspection of hoist towers and equipment.

## 18.I. WORKMEN'S HOISTS

**18.I.01.** Workmen's hoists shall be designed, constructed, inspected, tested, and maintained in accordance with the Safety Requirements for Workmen's Hoists (USAS A10.4).

## 18.J. MATERIAL HOISTS

**18.J.01.** Material hoists shall be designed, constructed, inspected, tested, and maintained in accordance with Safety Requirements for Material Hoists (USAS A10.13).



**18.J.02.** Towers, shaftways, and cars of material hoists shall be constructed of sound material capable of sustaining the maximum load to be imposed with a factor of safety of at least five.

**18.J.03.** Cars or platforms of all hoisting equipment shall be equipped with broken cable safety devices.

**18.J.04.** All towers shall rest on solid foundations, be plumb, and well-guyed or otherwise strongly anchored in four directions at the top and at least every 30 feet in height.

**18.J.05.** Hoist platforms or cars shall have all unused sides inclosed and the roof shall be constructed of material strong enough to afford protection from falling objects.

**18.J.06.** The roof may be hinged in sections to provide for hoisting of long material.

**18.J.07.** Hoist towers shall be inclosed on all sides for their entire height with a wire screen inclosure, formed of not less than No. 16 U.S. gage wire with openings not exceeding 1½-inch mesh securely fastened to the tower structure, with openings formed onto each floor level.

**18.J.08.** Not more than one cage or bucket shall be operated at the same time by any one hoisting machine or operator.

**18.J.09.** Each electric motor driven hoist shall be provided with an electro-mechanical automatic motor brake or an electrical device to automatically hold the load in case of power failure.

## 18.K. PILEDRIVERS

**18.K.01.** The width of hulls for floating piledrivers shall not be less than 45 percent of the height of lead above the water. Operating deck of floating piledrivers shall be so guarded as to prevent piles which are being hoisted into driving position from swinging in over the deck.

**18.K.02.** Dogs on piledriver hoist drums that automatically disengage either by relieving the load or rotating the drum shall be prohibited.

**18.K.03.** A safety lashing shall be provided for all hose connections to piledriver hammers, pile ejectors, or jet pipes.

**18.K.04.** Hanging or swinging leads of piledrivers shall have fixed ladders. Employees shall be prohibited from remaining on leads or ladders while pile is being driven.

**18.K.05.** Fixed piledriver leads shall be provided with decked landings having guard rails, intermediate rails, and toe boards. Fixed ladders or stairs shall be provided for access to landings and head blocks.

**18.K.06.** Landing or leads shall not be used for storage of any kind.

**18.K.07.** Piledriver leads shall be provided with stop blocks to prevent the hammer from being raised against head block.

**18.K.08.** Pilehammers shall be lowered to bottom of leads while piledriver is being moved.

**18.K.09.** Suitable guys, outriggers, thrustouts, counterbalances, or rail clamps shall be provided as necessary to maintain stability of piledriver rigs.

**18.K.10.** Taglines shall be used for controlling "unguided piles" and "flying hammers."

**18.K.11.** Hoisting of steel piling shall be done by use of a closed shackle or other positive means of attachment that will prevent accidental disengagement.

**18.K.12.** Swinging or hanging leads shall be lowered to the ground and detached from the crane while the crane is being moved.

**18.K.13.** If piling cannot be pulled without exceeding the load rating of equipment, a pile extractor shall be used.

**18.K.14.** When pulling piling, crane booms shall not be raised more than 60° above the horizontal.

**18.K.15.** Piling shall not be pulled by tipping the crane, releasing the load brake momentarily, and catching the load before the crane has settled.



## 18.L. WOODWORKING MACHINERY

**18.L.01.** The safety Code for Woodworking Machinery (USAS 0 01.1) shall govern the installation, operation, and maintenance of woodworking machinery.

**18.L.02.** A brush shall be provided for the removal of sawdust, chips, and shavings on all woodworking machinery.

**18.L.03.** The power control for each machine shall be located to prevent accidental startings and to enable the operator to cut off the power without leaving his operating position.

**18.L.04.** Circular ripsaws shall be provided with hood guard, splitter, and antikickback device. All circular saws shall be provided with hood guards.

**18.L.05.** Blades of planers and jointers shall be fully guarded and have cylindrical heads with throats in the cylinder.

**18.L.06.** A push-stick, block, or other safe means shall be used on all operations close to high-speed cutting edges.

**18.L.07.** All swing cutoff and radial saws or similar machines which are drawn across a table shall be equipped with limit stops to prevent the leading edge of the tool from traveling beyond the edge of table.

**18.L.08.** Bandsaw blades shall be fully inclosed except at point of operation.

**18.L.09.** Bandsaws and other machinery requiring warmup for safe operation shall be permitted to warm up before being put into operation whenever the temperature is below 45° F.

**18.L.10.** The use of cracked, bent, or otherwise defective parts such as saw blades, cutters, and knives is prohibited.

## 18.M. CONVEYORS, CABLEWAYS, AND RELATED EQUIPMENT

**18.M.01.** The Safety Code for Conveyors, Cableways, and Related Equipment (USAS B20.1) shall govern the design, installation, operation, and maintenance of con-

veyors and conveying machinery except as modified herein.

**18.M.02.** Safe accessways shall be provided to permit essential inspection, lubrication, repair, and maintenance operations.

**18.M.03.** On all conveyors where reversing or runaway presents a hazard, "antirunaway" or "backup" stops or other safeguards shall be installed to protect persons and property from injury and damage.

**18.M.04.** At all points along conveyor, excepting at points where loads are removed from or placed on a conveyor where a conveyor discharges to or receives material from another conveyor, suitable sideboards shall be provided unless other provisions are made to eliminate the possibility of loads or material being dislodged from the conveyor.

**18.M.05.** Crossovers or underpasses with proper safeguards shall be provided for passage over or under all conveyors. Crossing over or under conveyors, except where safe passageways are provided, is prohibited.

**18.M.06.** Whenever conveyors pass adjacent to, or over, working areas, roadways, highways, railroads, or other public passageways, suitable protective guards shall be installed. These guards shall be designed to catch and hold any load or material that may fall off or become dislodged from the system.

**18.M.07.** Riding on conveyors is prohibited.

**18.M.08.** All conveyors shall be equipped with emergency stopping devices.

**18.M.09.** Where conveyors are operated in tunnels, pits, and similar inclosures, ample room shall be provided to allow safe accessway and operating space for all workmen.

**18.M.10.** Tunnels, pits, and similar inclosures shall be provided with adequate drainage, lighting, ventilation, and emergency stop controls, guards, and escapeways wherever it is necessary for persons to work in or enter such areas.



**18.M.11.** Conveyor tunnels under stock piles of materials shall be open at both ends.

**18.M.12.** All openings to hoppers, chutes, bins, or hazardous areas shall be protected to prevent unauthorized entry or persons from stepping or falling into them.

**18.M.13.** A log shall be maintained for each cableway in which all inspections, lubrications, maintenance activities, and repairs to cableway will be recorded. All log entries shall be signed by the responsible person performing the activity.

**18.M.14.** A daily inspection shall be made of all cableway components.

**18.M.15.** All running cables and moving gear on cableways shall be lubricated daily.

**18.M.16.** No other persons shall be permitted in the control console compartment with the operator while he is operating a cableway.

**18.M.17.** The operating control compartment shall be kept locked when the cableway is in use.

**18.M.18.** At least two systems of communication and control shall be continuously maintained between the signalman and the cableway operator. This dual system shall include voice communication by telephone and radio. Lights or bells may be included with or substituted for one of the voice systems.

**18.M.19.** Whenever a dual communication system cannot be maintained, the operator shall lock out cableway controls.

**18.M.20.** Cableway carriage platforms shall be equipped with handrails, intermediate rails, and toeboards. All open areas between handrails and toeboards shall be protected with wire mesh.

**18.M.21.** Only authorized inspection and maintenance personnel shall be permitted to ride cableway carriages.

**18.M.22.** Riding of cableway load blocks shall not be permitted.

**18.M.23.** Buckets or loads suspended by cableway load

lines shall not be drifted from the perpendicular by any powered means.

**18.M.24.** No personnel shall be transported by cableway.

## SECTION XIX

## MOTOR VEHICLES

### 19.A. GENERAL

**19.A.01.** Definition. The term "Motor Vehicle" as used in this section and hereafter referred to as a vehicle shall mean any vehicle propelled by a self-contained power unit and vehicles designed to be towed by a vehicle having a self-contained power unit, except a vehicle designed for use on railways or other trackage, or equipment designed for exclusive use off the highway.

**19.A.02.** Every person regularly or occasionally operating a motor vehicle shall have in his possession at all times while operating such vehicle a permit, valid for the equipment being operated.

**19.A.03.** No vehicle shall be placed in service until it has been inspected by a mechanic and found to be in safe operating condition.

**19.A.04.** All vehicles shall be inspected on a scheduled maintenance program.

**19.A.05.** Vehicles found to be in unsafe operating condition shall be removed from service, repaired or replaced, and reinspected before being placed in service again.

**19.A.06.** All vehicles or combination of vehicles, if operated between sunset and sunrise, shall be equipped with the following lights:

*a.* Two headlights, one on each side.

*b.* At least one red taillight and one red or amber stop light.

*c.* Directional signal lights both front and back.

**19.A.07.** All vehicles, except trailers or semitrailers having a gross weight of 5,000 pounds or less, shall be equipped with service brakes and hand-operated parking



brakes. Service and parking brakes shall be adequate to control the movement of, to stop, and to hold the vehicle under all conditions of service. Service brakes on trailers and semitrailers shall be controlled from the driver's seat of the prime mover.

**19.A.08.** Braking systems on every combination of vehicles shall be so designed as to be in approximate synchronization on all wheels and developing the required braking effort on the rearmost wheels first. Such design shall also provide for application of the brakes by the driver of the prime mover from his cab. Exceptions to this are vehicles in tow by approved tow bar hitch.

**19.A.09.** Every motor vehicle shall be equipped with a speedometer, a fuel gage, and an adequate audible warning device in proper operating condition.

**19.A.10.** Every vehicle shall have a windshield and shall be equipped with a windshield wiper.

**19.A.11.** Every vehicle shall be equipped with a defrosting and defogging device.

**19.A.12.** All vehicles shall be equipped with a rear view mirror or mirrors.

**19.A.13.** Cabs, cab shields, and other protection shall be provided on all vehicles to protect the driver from the elements and falling or shifting materials.

**19.A.14.** Nonslip surfaces shall be provided on steps of all vehicles.

**19.A.15.** Glass in windshields, windows, and doors shall be safety glass.

**19.A.16.** Cracked or broken glass shall be replaced.

**19.A.17.** All towing devices used on any combinations of vehicles shall be structurally adequate for the weight drawn and securely and properly mounted.

**19.A.18.** A locking device shall be provided on every fifth wheel mechanism and tow bar arrangement which will prevent the accidental separation of towed and towing vehicles.

**19.A.19.** Every full trailer shall be coupled with safety chains or cables to the towing vehicle. Such chain or cable

shall be adequate to prevent the separation of the vehicles in the event of failure of the tow bar.

**19.A.20.** All dump trucks shall be equipped with a holding device to prevent accidental lowering of the body while maintenance or inspection work is being done.

**19.A.21.** All hoist levers shall be secured to prevent accidental starting or tripping of the mechanism.

**19.A.22.** Trip handles for tailgates on all dump trucks shall be arranged to keep the operator in the clear.

**19.A.23.** All vehicles shall be equipped with a power-operated starting device.

**19.A.24.** All buses, trucks, and combinations of vehicles with a carrying capacity of 1½ tons or over, when operated on public highways, shall be equipped with emergency equipment required by applicable State laws but not less than:

*a.* One red flag not less than 12 inches square, with standards, and 3 flares or 3 red lanterns, or 3 electric lanterns or reflective markers which shall be available for immediate use in case of emergency stops.

*b.* Two wheel chocks for each vehicle or each unit of a combination of vehicles.

**19.A.25.** The exhaust fumes of vehicles shall be controlled in such a manner that they will present no hazards to the operator, attendants, or other occupants.

## 19.B. OPERATING RULES

**19.B.01.** No vehicle shall be driven at a speed greater than is reasonable and proper, with due regard for weather, traffic, intersections, width and character of the roadway, type of motor vehicle, and any other existing condition. The operator must at all times have the vehicle under such control as to be able to bring it to a complete stop within the assured clear distance ahead.

**19.B.02.** Headlight beams shall be depressed when approaching other vehicles.

**19.B.03.** No vehicle shall be driven on a down grade with gears in neutral or clutch disengaged.



**19.B.04.** Every vehicle, upon approaching a railroad crossing or drawbridge, shall be driven at such a speed as to permit stopping before reaching the nearest track or the edge of the draw and shall proceed only if the course is clear.

**19.B.05.** No vehicle shall be stopped, parked, or left standing on any highway or adjacent thereto in such a manner as to endanger other vehicles using such highway.

**19.B.06.** No vehicle shall be left unattended until after the motor has been shut off, the key removed (unless local regulations prohibit), parking brake securely set, and gear engaged in low, reverse, or park. If stopped on a hill or grade, front wheels shall be turned or hooked into the curb or the wheels securely chocked.

**19.B.07.** All vehicles carrying loads which project beyond the sides or more than 4 feet beyond the rear of the vehicle shall carry a red light at or near the end of the projection at night or whenever atmospheric conditions are such that it is necessary. At other times, a red flag not less than 12 inches square shall be used.

**19.B.08.** Employees shall not be permitted to get between a towed and towing vehicle except when hooking or unhooking.

**19.B.09.** No vehicle or combination of vehicles hauling unusually heavy loads or equipment shall be moved until the driver has been provided with required permits, the correct weights of the vehicles and load, and a designated route to be followed.

**19.B.10.** The operators of vehicles shall make certain that the way is clear before backing or maneuvering except when directed by a signalman.

**19.B.11.** Operators of vehicles transporting personnel, explosives, flammables, or toxic substances shall come to a full stop at railroad crossings or drawbridges and shall not proceed until the course is clear, provided, however, that a full stop shall not be required at a streetcar crossing within a business or residential district nor at a railroad grade crossing or drawbridge protected by a

watchman or traffic officer on duty or by a traffic signal giving a positive indication to approaching vehicles to proceed.

**19.B.12.** When a bus, truck, or truck-trailer combination is disabled or parked on the traveled portion of a highway or the shoulder adjacent thereto, red flags shall be displayed during the daytime and reflectors, flares, or electric lights at night. An exception may be made in residential or business sections of municipalities.

## 19.C. TRANSPORTATION OF PERSONNEL

**19.C.01.** The number of passengers in passenger-type vehicles shall not exceed the number which can be seated.

**19.C.02.** Trucks being used to transport personnel shall be equipped with a seating arrangement securely anchored, a rear endgate, and guardrail. Steps or ladders, for mounting and dismounting, shall be provided.

**19.C.03.** Bodies of dump trucks shall be made fast to chassis while being used to transport personnel. They shall be securely fastened by a chain or equivalent in addition to the normal locking device of dumping mechanism.

**19.C.04.** All tools and equipment shall be guarded, stowed, and secured when transported with personnel.

**19.C.05.** Under no circumstances shall any person be permitted to ride with arms or legs outside of truck body, in a standing position on the body, or on running boards or seated on side fenders, cabs, cab shields, rear of truck, or on the load.

**19.C.06.** All vehicles transporting personnel during cold or inclement weather shall be inclosed.

**19.C.07.** No explosives, flammable materials (excepting normal fuel supply), or toxic substances shall be transported in vehicles while carrying personnel.

**19.C.08.** No vehicle transporting personnel shall be moved until the driver has ascertained that all persons are seated and the required guardrails and rear endgates are in place or doors closed.



**19.C.09.** Getting on or off any vehicle while it is in motion is prohibited.

## 19.D. FUELING

**19.D.01.** All motor vehicles shall be shut down prior to and during fueling operations.

## 19.E. LOADING

**19.E.01.** Drivers of trucks and similar vehicles shall leave the cab while vehicle is being loaded when exposed to danger from suspended or overhead loading equipment or methods.

**19.E.02.** No vehicle shall be so loaded as to obscure the driver's view ahead or to either side or to interfere in any manner with the safe operation of such vehicle.

**19.E.03.** No part of the load shall extend beyond the sides of the vehicle, except under unavoidable circumstances and then such warnings shall be provided and precautions taken to prevent endangering passing traffic or damage to the conveying vehicle.

**19.E.04.** The load on every vehicle shall be properly distributed, chocked, tied down, or otherwise secured.

**19.E.05.** No vehicle shall be driven with a load overhanging the rear or sides until proper warning flags or lights are in place and the driver has ascertained that required vehicle lights or reflectors are not obscured.

# SECTION XX

# AIRCRAFT

## 20.A. GENERAL

**20.A.01.** All non-military aircraft used in the United States shall be duly registered and licensed by Federal Aviation Agency or a comparable governing body of foreign or international authority as appropriate for use outside the United States.

**20.A.02.** All non-military pilots shall be qualified as

commercial pilots with instrument rating in accordance with Federal Aviation Agency regulations.

**20.A.03.** Nonmilitary planes shall be equipped with two-way radio and instrument landing system.

## SECTION XXI

## PRESSURIZED EQUIPMENT AND SYSTEMS

### 21.A. GENERAL

**21.A.01.** Pressurized equipment and systems shall be inspected and tested before being placed in service, after alteration or modification, and at not more than six-month intervals. Permanent installations shall be inspected and tested at least annually.

**21.A.02.** As a minimum performance test, the equipment and system shall be subjected to at least the overpressure for actuating a properly adjusted safety relieving device. The reliability of gages, relieving and control devices shall be demonstrated.

**21.A.03.** Safety relief valve setting not more than 10 percent over working pressure is recommended. In no case shall the safety relief valve be set higher than the maximum allowable working pressure of the receiver or the system.

**21.A.04.** Any pressurized equipment or system found to be in an unsafe operating condition shall be tagged at the controls—"Out of Service, Do Not Use," and its use prohibited until unsafe conditions have been corrected.

**21.A.05.** Pressurized equipment shall be operated and maintained only by qualified and designated personnel.

**21.A.06.** No safety appliance or device shall be removed or made ineffective except for the purpose of making immediate repairs, or adjustments, and then only after the pressure has been relieved and the power shut off.

**21.A.07.** Repairs or adjustment to equipment under pressure shall require a safe clearance procedure.



**21.A.08.** The discharge from safety valves, relief valves, and blowoffs shall be located so that they do not constitute a hazard to workmen.

**21.A.09.** Master valves and controls shall be so located or equipped to permit operation from floor level or provided with safe access.

**21.A.10.** All pressurized equipment and systems shall be equipped with an approved type pressure gage.

**21.A.11.** Approved type safety or relief valves shall be provided on all pressurized equipment and systems. The relieving capacity of safety valves shall be enough to limit the system to 10 percent above the maximum allowable working pressure.

**21.A.12.** No valve shall be placed between the pressure vessel or generating equipment, and a safety or relief valve.

**21.A.13.** No valve shall be placed between the relief valve and the atmosphere.

**21.A.14.** Safety or relief valves, after being adjusted, shall be sealed.

**21.A.15.** When the pressure registers above the maximum allowable working pressure on the gage without the relief valve operating, the pressure gage shall be checked immediately. If such check indicates that the relief valve is inoperative, the equipment shall be removed from service until the relief valve has been adjusted or replaced.

**21.A.16.** Piping shall meet the requirements of the Code for Pressure Piping (USAS B31.1).

**21.A.17.** Pressurized manually held utilization equipment, subject to whipping or rotation if released, shall be provided with an automatic shut-off or control of the dead man type.

**21.A.18.** Safety lashings shall be provided at connections between tools and hoses, at all quick makeup connections, and at connections in lines not secured in place. If the system contains devices to detect and stop excess flow, the lashings may be omitted.

**21.A.19.** All pressurized cylinders actuating boom, out-

riggers, or other load supporting appliances shall be equipped with pilot check valves, holding valves, or positive mechanical locks to prevent movement in case of failure in the pressure system.

## 21.B. COMPRESSED AIR AND GAS EQUIPMENT AND SYSTEMS

**21.B.01.** Air receivers shall be constructed in accordance with the ASME Code for Unfired Pressure Vessels.

**21.B.02.** All safety valves used shall be constructed, installed, and maintained in accordance with the ASME Code for Unfired Pressure Vessels.

**21.B.03.** Compressors and related equipment shall be located to provide safe access to all parts of the equipment for operation, maintenance, and repairs.

**21.B.04.** Safety appliances, such as safety valves, indicating devices, and controlling devices, shall be constructed, located, and installed so that they cannot be readily rendered inoperative by any means, including the elements.

**21.B.05.** A speed governor, independent of the unloader, shall be installed on all air compressors (including those driven by series-wound direct-current motors) except electric motor driven.

**21.B.06.** If the air compressor is engine or turbine driven, an auxiliary control to the governor shall be installed to prevent racing when the unloader operates.

**21.B.07.** Every air compressor shall automatically stop its air-compressing operation before the discharge pressure exceeds the maximum working pressure allowable on the weakest portion of the system.

**21.B.08.** If this automatic mechanism is electrically operated, the actuating device shall be so designed and constructed that the electrical contact or contacts cannot lock or fuse in a position that will cause the compressor to continue its air-compressing operation.

**21.B.09.** Provision shall be made to exclude flammables, toxic gases, vapors, or dusts from the compressor, and to



prevent steam, water, or waste of any sort being blown or drawn into the compressor intake.

**21.B.10.** No valve shall be installed in the air intake pipe to an air compressor with an *atmospheric intake*.

**21.B.11.** The air discharge piping from the compressor to the air receiver shall be at least as large as the discharge opening on the air compressor.

**21.B.12.** If a stop valve is installed between the compressor and the receiver, spring-loaded safety valves shall be installed between the air compressor and the stop valve. The total capacity of such safety valves shall be sufficient to limit pressure in the air discharge piping to 10 percent above the working pressure of the piping.

**21.B.13.** Stop valves shall preferably be of the gate type. If a globe valve is used, it shall be so installed that the pressure is under the seat and that the valve will not trap condensation.

**21.B.14.** Provision shall be made in the system for expansion and contraction, and to counteract pulsation and vibration.

**21.B.15.** Piping shall be equipped with traps or other means for removing liquid from the lines.

**21.B.16.** Air discharge piping shall be installed to eliminate possible oil pockets.

**21.B.17.** A stop valve shall be installed between the air receiver and each piece of stationary utilization equipment at a point convenient to the operator.

**21.B.18.** A stop valve shall be installed at each outlet to which an air hose may be attached.

**21.B.19.** Air receivers shall be installed so that all drains, handholes, and manholes are easily accessible.

**21.B.20.** Air receivers should be supported with sufficient clearance to permit a complete external inspection and to avoid corrosion of external surfaces.

**21.B.21.** Under no circumstances shall an air receiver be buried underground or located in an inaccessible place.

**21.B.22.** The receiver should be located to keep the discharge pipe as short as possible.

**21.B.23.** The receiver should be located in a cool place to facilitate condensation of moisture and oil vapors.

**21.B.24.** A drain valve shall be installed at the lowest point of every air receiver to provide for the removal of accumulated oil and water.

**21.B.25.** Adequate automatic traps may be installed in addition to drain valves.

**21.B.26.** The drain valve on the air receiver shall be opened and the receiver completely drained often enough to prevent the accumulation of excessive amounts of liquid in the receiver.

**21.B.27.** No tool change or repair work shall be done until the stop valve in the air line supplying the equipment is closed.

**21.B.28.** Soapy water or any suitable non-toxic, non-inflammable solution may be used for cleaning the system.

**21.B.29.** Hose and hose connections used for conducting compressed air to utilization equipment shall be designed for the pressure and service to which they are subjected.

## 21.C. BOILERS AND SYSTEMS

**21.C.01.** Provisions of the ASME Boiler Construction Code shall apply in the construction, operation, maintenance, and inspection of steam boilers and pressure vessels.

**21.C.02.** Inspection shall be made to assure that all safety devices affecting operating of the firing equipment are installed in such a location that they cannot be isolated from the heat sourced by the closing of a valve.

**21.C.03.** When any boiler is being placed in service or restored to service after repairs to control circuits or safety devices, an operator will be in constant attendance until controls have functioned through several cycles and equipment has been fully placed in service.

**21.C.04.** Fired pressure vessels operating at a pressure



in excess of fifteen pounds per square inch shall be inspected annually for conformity with rules to which built.

**21.C.05.** Boilers which have undergone major structural repairs or which have been relocated during the 12 calendar months for which certification has been made shall be reinspected and a new certificate posted before being put into operation.

**21.C.06.** Fusible plugs shall be provided on all boilers other than those of the water tube type, and shall be replaced at inspection.

**21.C.07.** When necessary to renew fusible plugs between inspections, a written report covering the circumstances and giving make and heat number of plugs removed and inserted shall be forwarded to the responsible boiler inspector.

**21.C.08.** All boilers shall be equipped with approved type water columns, gage glass, and try cocks.

**21.C.09.** Gage glasses and water columns shall be guarded.

**21.C.10.** When shutoffs are used on the connections to a water column, they shall be approved locking or sealing type.

**21.C.11.** All boilers shall be equipped with approved blowoff cocks or valves.

**21.C.12.** Blowoff cocks shall be operated at least once a day.

**21.C.13.** The blowoff line shall be arranged so that leakage can be observed by the operator.

## 21.D. COMPRESSED GAS CYLINDERS

**21.D.01.** Compressed gas cylinders shall be constructed, inspected, and tested in accordance with Interstate Commerce Commission requirements.

**21.D.02.** All Government-owned cylinders shall be color coded and the gas contained identified by name in accordance with Military Standard 101A, Color Code for compressed gas cylinders.

**21.D.03.** Cylinders shall be stored in well-ventilated locations.

**21.D.04.** Cylinders containing the same gas shall be stored in a segregated group. Empty cylinders shall be stored in the same manner.

**21.D.05.** Cylinders in storage shall be separated from flammable or combustible material by at least 40 feet or by a fire resistive partition.

**21.D.06.** Cylinders containing oxygen or oxidizing gases in storage shall be separated from cylinders containing fuel gases by at least 40 feet or a fire resistive partition.

**21.D.07.** No smoking shall be allowed wherever cylinders are stored.

**21.D.08.** Areas containing toxic gas in storage shall be appropriately placarded.

**21.D.09.** Cylinders shall be protected from extremes of temperature, physical damage, and electric current.

**21.D.10.** Cylinder valves shall be closed when cylinders are in storage, in transit, not in use, or empty.

**21.D.11.** Cylinder valve caps shall be in place when cylinders are in storage, in transit, and whenever regulator is not in place.

**21.D.12.** All compressed gas cylinders in service shall be secured in substantial fixed or portable racks or hand trucks. Compressed gas cylinders transported by crane, hoist, or derrick shall be transported in cradles, nets, or skip pans, and never by slings, chains, or magnets.

**21.D.13.** Upright cylinders shall be adequately secured against displacement.

**21.D.14.** Acetylene cylinders shall be in an upright position when in use.

**21.D.15.** Valve wrench or wheel shall be in operating position when cylinder is in use.

**21.D.16.** Cylinders shall be used only for designed purpose of containing a specific compressed gas.

**21.D.17.** Cylinders shall be handled in a manner which will not weaken or damage the cylinder or valve.



**21.D.18.** Leaking cylinders shall be moved to an isolated location out of doors. Valve shall be cracked and gas allowed to escape slowly. Keep personnel and all sources of ignition away. Cylinder shall be tagged *"Defective."*

**21.D.19.** Cylinders containing different gases shall not be bled simultaneously in close proximity of each other.

**21.D.20.** Bleeding of cylinders containing toxic gases shall be accomplished only under the direct supervision of qualified personnel.

**21.D.21.** Oxygen or compressed gases shall not be used as a substitute for compressed air.

**21.D.22.** Electric magnets or direct slings shall not be used for handling cylinders.

**21.D.23.** Oxygen cylinders and fittings shall be kept away from oil or grease. Cylinders, cylinder valves, couplings, regulators, hose, and apparatus shall be kept free from oil or greasy substance and shall not be handled with oily hands or gloves. Oxygen shall not be directed at oil surfaces, greasy clothes, or within a fuel oil or other storage tank or vessel.

# SECTION XXII

## RAMPS, RUNWAYS, PLATFORMS, AND SCAFFOLDS

### 22.A. GENERAL

**22.A.01.** All temporary trestles, ramps, scaffolds, and similar load-bearing structures shall be designed, constructed, and maintained with a safety factor of not less than 4.

**22.A.02.** Scaffolds, platforms, or temporary floors shall be provided for all work except that which can be done safely from the ground or other substantial footing.

**22.A.03.** Ladders shall be used as work platforms only when use of small hand tools or handling of light material is involved. No work requiring lifting of heavy

materials or substantial exertion shall be done from ladders.

**22.A.04.** Safe means of access shall be provided to all work areas.

**22.A.05.** Scaffolds, platforms, runways, floors, etc., shall be kept free of ice, snow, grease, mud, or any other material or equipment which will render them unsafe or hazardous to persons using them.

**22.A.06.** Where walkways and work surfaces are slippery, abrasive material shall be used to assure safe footing.

**22.A.07.** The width of all scaffolds, ramps, runways, and platforms shall be determined by the purpose for which built but in no case shall they be less than 18 inches. They shall be of sufficient width to eliminate a congested condition of workmen and/or materials and equipment and shall provide unobstructed passageway for supplying materials and movement of workmen consistent with the work being performed.

**22.A.08.** All scaffolds or working platforms of any nature shall be securely fastened to the building or structure, or, if independent of the building, shall be braced or guyed to prevent sway.

**22.A.09.** The use of working platforms or scaffolds for the support of an outrigger boom, hoist, well pulley, or any other device or equipment used for hoisting materials will be permitted provided the platform or scaffold supports, and the individual member to which each device is attached, are reinforced or strengthened and braced to withstand the additional loads imposed upon them.

**22.A.10.** Lumber used in the construction of ramps, runways, platforms, temporary floors, and scaffolds shall be of good quality, reasonably straight-grained, free of shakes, checks, splits, cross grains, unsound knots or knots in groups, decay and growth characteristics, or any other condition which will materially decrease the strength of the material.



**22.A.11.** Horses, squares, or frames shall be limited to 5 feet in height, and width shall not be less than height.

**22.A.12.** Not more than three tiers of horses, frames, or squares shall be permitted in any scaffolds nor used as a substitute for scaffolds.

**22A.13.** Spacing between horses, frames, or squares shall not be greater than 8 feet.

**22.A.14.** Lean-to and prop-scaffolds are prohibited.

**22.A.15.** The supporting members shall be placed on a firm, rigid, smooth foundation of a nature that will prevent lateral displacement.

**22.A.16.** Masonry blocks, brick, or tile shall not be used as scaffold footing or supports.

**22.A.17.** Nails shall be driven full length, and the quantity and size used shall be determined by values in pounds for each size and materials being used as applied to the total load to be supported.

**22.A.18.** Planking used as working surfaces on runways, platforms, ramps, or scaffolds shall be uniform in thickness, and be laid not more than three-eighths inch apart.

**22.A.19.** Planking shall be supported or braced to prevent excessive spring or deflection and secured and supported sufficiently to prevent loosening, tipping, or displacement.

**22.A.20.** Planking shall extend from the toeboard to not more than 6 inches from the face of the building or structure.

**22.A.21.** No scaffold planking shall be less than 2 x 8 dressed lumber.

**22.A.22.** The dimensions of the members used in the construction of various types of working platforms or scaffolds shall generally conform to the sizes shown in the following table. Variations from these sizes may be made provided no dimension is less than the smaller dimension shown in the table* and cross-sectional area is not reduced.

*Fixed Platforms or Scaffolds*

| | To support 25 pounds per square foot | To support 50 pounds per square foot | To support 75 pounds per square foot |
|---|---|---|---|
| Uprights: | | | |
| 25 feet and under | 2 x 4 | 3 x 4 | 4 x 4 |
| Over 25 feet | 3 x 4 | 4 x 4 | 4 x 6 |
| Bearers | 2 x 6 | 2 x 6 | 2 x 8 |
| Putlogs | — | 3 x 4 | 4 x 4 |
| Braces | 1 x 6 | 1 x 6 | 1 x 6 |
| Guardrails | 2 x 4 | 2 x 4 | 2 x 4 |
| Intermediate guardrails | 1 x 6 | 1 x 6 | 1 x 6 |
| Toeboards | 1 x 6 | 1 x 6 | 2 x 6 |
| Spacing of uprights: | | | |
| Long | 8′ 0″ | 7′ 0″ | 7′ 0″ |
| Cross | 5′ 0″ | 5′ 0″ | 5′ 0″ |

*Or standard corresponding dimensions for finished lumber.

**22.A.23.** All runways, ramps, scaffolds, or other working surface more than 6 feet above an adjoining surface shall be effectively guarded with a guard rail, intermediate rail, and toeboard.

**22.A.24.** Guard rails shall be 42 inches high.

**22.A.25.** Synthetic or natural fiber ropes or other similarly flexible materials shall not be used as guard rails.

**22.A.26.** Where persons are required to work or pass under a work surface, a screen consisting of No. 18 gauge U.S. Standard wire ½-inch mesh or the equivalent shall be provided between the toeboard and guard rail.

**22A.27.** Wire or fiber rope used to support scaffords shall be capable of supporting at least eight times the intended load.

**22.A.28.** Ropes used to support scaffolds shall be capable of resisting chemicals or conditions to which they are exposed.



## 22.B. METAL SCAFFOLDS AND TOWERS

**22.B.01.** All metal scaffolds and towers shall be of the types or equal to those listed by Underwriters' Laboratories, Inc.

**22.B.02.** All such equipment shall be erected in accordance with manufacturer's specifications and the load limits as recommended by the manufacturer shall not be exceeded.

**22.B.03.** Extreme caution shall be taken where metal scaffolds are used to prevent short circuits or electrical shock.

**22.B.04.** Climbing of braces shall be prohibited.

**22.B.05.** Where a built-in ladder is part of a scaffold system, it shall conform to the requirements for ladders.

**22.B.06.** All metal scaffolds and towers shall be plumb and level.

**22.B.07.** The sections of metal scaffolds shall be securely connected together.

**22.B.08.** All braces shall be securely fastened.

**22.B.09.** Planking shall extend 6 inches beyond the center of support.

**22.B.10.** Planking shall be cleated at both ends to prevent movement.

**22.B.11.** Work platforms shall be securely fastened to the scaffold.

**22.B.12.** All rolling scaffolds shall be equipped with a positive locking device to prevent accidental movement of the scaffold while in use.

**22.B.13.** The movement of all rolling scaffolds shall be from the base only.

**22.B.14.** All wheels or castors shall be made secure to scaffold.

**22.B.15.** Rolling scaffolds shall be used only on firm, level, broom-clean surfaces.

**22.B.16.** Free-standing scaffold working platform height shall not exceed three times the smallest base dimension.

**22.B.17.** All persons shall be prohibited from riding on rolling scaffolds except when work platform height does not exceed two times the smallest base dimension.

**22.B.18.** The use of brackets on scaffolds shall be prohibited unless the tipping effect is eliminated or controlled.

## 22.C. ROOFING DEVICES AND PRACTICES

**22.C.01.** In the construction of roofs, protective devices shall be provided which will prevent workmen from slipping and falling from the roof, and prevent workmen on lower levels from being struck by falling objects.

**22.C.02.** Devices may be shingling footlocks, lifelines, crawling boards, ladders, railings, catwalks, toeboards, temporary decking, or any other device that will furnish positive protection.

**22.C.03.** On all roofs greater than 16 feet in height, a hoisting device, stairways, or progressive platforms shall be furnished for use in supplying materials and equipment.

**22.C.04.** Level, guarded platforms shall be provided at the landing area on the roof.

## 22.D. RAMPS AND TRESTLES

**22.D.01.** Inclined ramps, runways, and platforms shall be as flat as conditions will permit.

**22.D.02.** Where the incline exceeds 1 foot in a 5-foot run, transverse cleats shall be applied to the working surface.

**22.D.03.** Substantial overhead protection shall be provided as needed to protect employees, the public, and property from falling objects.

**22.D.04.** The overhead protection shall be not less than 7 feet nor more than 9 feet above the working surface and of sufficient strength to withstand potential load or impact likely to be encountered.

**22.D.05.** Vehicle trestles, ramps, and bridges on which foot traffic is permitted shall be provided with a suitable walkway and guardrail outside of the roadway.

**22.D.06.** The roadway structures shall be provided with suitable wheel guards, fender logs, or curbs not less than 8 inches high placed parallel and secured to the sides of the runway.



**22.D.07.** All railroad and gantry crane trestles which extend into or pass over a work area shall be decked over solid with not less than 2-inch plank extending the full length of the work area.

## 22.E. WOOD POLE SCAFFOLDS

**22.E.01.** Where wood poles are spliced, the ends shall be squared and the upper section shall rest squarely on the lower section. Splice plates shall be provided on two adjacent sides and the splice shall be capable of developing strength in any direction equal to the spliced members.

**22.E.02.** Full diagonal bracing shall be erected across the entire face of pole scaffolds in both directions. Braces shall be spliced at the poles.

**22.E.03.** Cross bracing shall be provided between the inner and outer sets of poles in independent pole scaffolds. The free ends of pole scaffolds shall be cross braced.

**22.E.04.** All wood pole scaffolds over 60 feet high shall be designed by a licensed professional engineer and constructed and erected in accordance with such design.

## 22.F. OUTRIGGER SCAFFOLDS

**22.F.01.** Outriggers' beams shall be straight-grained Douglas Fir, free of knots and defects, or its equivalent.

**22.F.02.** The beams shall not extend more than 6 feet beyond the face of the building or structure.

**22.F.03.** The beams shall rest on edge with the sides plumb.

**22.F.04.** The beams shall be secured against moving or tipping at the fulcrum point.

**22.F.05.** The inboard end of outrigger beams shall be not less than 1½ times the outboard length measured from the fulcrum point.

**22.F.06.** The inboard ends of outrigger beams shall be secured against movement in any direction.

**22.F.07.** When more than one working level is to be supported by an outrigger system, the system shall be designed by a licensed professional engineer.