## 22.G. SUSPENDED SCAFFOLDS

**22.G.01.** All parts of all suspended scaffolds shall have a minimum safety factor of 4.

**22.G.02.** Suspended scaffolds shall be supported by wire ropes secured to outrigger beams. A minimum safety factor of 8 is required for suspension ropes.

**22.G.03.** Suspension ropes shall have the fixed end equipped with a proper size thimble secured by splicing or other equivalent means and be attached to the support by a closed shackle. Running ends shall be securely attached to the hoisting drum and at least four turns of rope shall remain on the drum at all times.

**22.G.04.** Suspension ropes shall be attached at the vertical centerline of the outrigger and the attachment shall be directly over the hoisting drum.

**22.G.05.** Outrigger beams shall be equivalent to structural steel beams set with the web vertical and anchored to the structure by the equivalent of U-bolts and anchor plates, washers, and nuts. A stop bolt shall be placed at each end of every outrigger beam.

**22.G.06.** Suspended scaffolds shall be guyed, braced, or equipped with tag lines to prevent swaying.

**22.G.07.** Stone setters and two-point suspension scaffolds shall not be joined by bridging.

**22.G.08.** Brackets shall be wrought iron or mild steel. No reinforcing steel shall be used as any part of a support system. Brackets shall have attachments for guard rails, intermediate rails, and toeboards.

**22.G.09.** Suspended scaffolds shall have a guard rail, an intermediate rail, and a toeboard.

**22.G.10.** Overhead protection equal to ¾-inch plywood shall be provided on multiple-point suspension mason's scaffold.

**22.G.11.** Crane supported scaffolds shall be of metal frame construction.

**22.G.12.** Cranes used to support scaffolds shall be equipped with power lowered boom and hoist lines.

**22.G.13.** Scaffold machines, either powered or hand powered, shall be worm geared or powered both ways. Design must be such that when the power is stopped the scaffold cannot move.



**22.G.14.** Controls for powered scaffolds shall be of the deadman type with a nonlocking switch or control.

**22.G.15.** A device to shut off the power shall be installed ahead of the operating control.

**22.G.16.** Hand-operated release mechanisms which can permit the load to descend faster than the speed rating shall be prohibited.

**22.G.17.** Scaffold machines with cast metal parts shall be prohibited.

**22.G.18.** Every suspended scaffold shall be tested with twice the maximum loading before being put into operation.

**22.G.19.** All anchorages of suspended scaffolds shall be inspected at the beginning of each shift.

**22.G.20.** Each workman on suspended scaffolds, except those scaffolds with overhead protection, shall be secured by a safety belt and line to an independently supported safety line. There shall be a safety line for each workman.

**22.G.21.** Independent wire ropes at each end of a suspended scaffold, with approved grabbing and locking devices, may be used instead of the safety line required in 22.G.20.

# SECTION XXIII
# EXCAVATIONS

## 23.A. GENERAL

**23.A.01.** The sides of excavations 4 feet or more in depth unless in solid rock, hard shale, or cemented sand and gravel shall either be sloped to the angle of repose or be supported by sheeting, sheet piling, cribbing, shoring, or other support system.

**23.A.02.** The determination of angle of repose and design of supporting system shall be based on careful evaluation of pertinent factors such as: depth of cut, possible varia-

tion in water content of the material while the excavation is open; anticipated changes in materials from exposure to air, sun, water, or freezing; loading imposed by structures, equipment, overlying material, or stored material; and vibration from equipment, blasting, or traffic.

**23.A.03.** Where a weak stratum is overlain by strata with a greater angle of repose, the angle of repose for the overlying strata shall be taken as no more than that of the supporting stratum.

**23.A.04.** Design of supporting systems, i.e., piling, cribbing, shoring, etc., shall be based on calculations of forces and their direction with adequate consideration for surcharges, angle of internal friction of materials in the face, and other pertinent properties of the material to be retained in place. When tight sheeting or sheet piling is used, full loading due to ground water table shall be assumed, unless prevented by weep holes or drains or other means. Additional stringers, ties, and bracing shall be provided to allow for any necessary temporary removal of individual supports.

**23.A.05.** Where excavation is to be made below adjacent foundations of structures, such foundations shall be supported by shoring, bracing, or underpinnings.

**23.A.06.** Diversion ditches, dikes, or other suitable means shall be used to prevent surface water entering an excavation and to provide good drainage of the area adjacent to the excavation.

**23.A.07.** Excavated material shall be stored and retained at least 4 feet from the edge of the excavation and at a distance to prevent excessive loading on the face of the excavation.

**23.A.08.** Boulders, stumps, or other materials that may slide or roll into the excavation shall be removed.

**23.A.09.** Guard rails, fences, or other barricades and warning lights or other illumination maintained from sunset to sunup, shall be placed at all excavations which are adjacent to paths, walkways, sidewalks, driveways, and other pedestrian or vehicle thoroughfares. Adequate barrier physical protection shall be provided at all re-



motely located excavations. All wells, calyx holes, pits, shafts, etc., shall be barricaded or covered. Upon completion of exploration and similar operations, temporary wells, calyx holes, pits, shafts, etc., shall be backfilled immediately.

**23.A.10.** Walkways or bridges with guard rails shall be provided where men or equipment are required or permitted to cross over excavations.

**23.A.11.** Materials used for sheeting, sheet piling, cribbing, bracing, shoring, and underpinning shall be in good serviceable condition, and timbers shall be sound, free of large or loose knots, and of adequate dimensions.

**23.A.12.** Side slopes and faces of all excavations shall be maintained in safe condition by scaling, ice removal, benching, barricading, rock bolting, wire mesh, or other effective means. Special attention shall be given to slopes which may be adversely affected by weather, moisture content, or vibration.

**23.A.13.** Precautions shall be taken in sloping or shoring the sides of excavations adjacent to a previously backfilled excavation or a fill, particularly when the separation is less than the depth of the excavation. Particular attention shall also be paid to joints and seams of material comprising a face and the slope of such seam and joints.

**23.A.14.** Support systems shall be planned and designed by a competent engineer when excavation is in excess of 20 feet in depth, or is adjacent to structures or improvements, or is subject to vibration or ground water.

**23.A.15.** Prior to opening an excavation, underground installations (i.e., sewer, water, fuel, electric lines, etc.) shall be located and protected from damage or displacement. Utility companies shall be contacted to have them locate and mark the actual location prior to start of excavation.

**23.A.16.** Where personnel are required to enter excavations over 3 feet in depth, stairs, ladders, or ramps shall be provided. When access to excavations in excess of 20 feet in depth is required, ramps, stairs, or mechanical

man hoists shall be provided. Workman hoists shall comply with the provisions of the Safety Requirements for Workmen's Hoists (USAS A10.4).

**23.A.17.** Where it is necessary to undercut the side of an excavation, overhanging material shall be safely supported.

**23.A.18.** Bracing, shoring, cribbing, and other supports shall be inspected daily and after rain. Necessary adjustments shall be made prior to resumption of work in the excavation.

**23.A.19.** When tie rods are used to restrain the top of sheeting or other retaining system, the rods shall be securely anchored well back of the angle of repose.

**23.A.20.** In locations where oxygen deficiency or gaseous conditions are known or suspected, air in the excavation shall be tested prior to the start of each shift or more often if directed by the Government representative in charge. A log of all test results shall be maintained at the work site. Controls shall be in accordance with applicable parts of sections VII and VIII.

**23.A.21.** Emergency rescue equipment such as breathing apparatus, safety harness and line, basket stretcher, etc., shall be readily available where adverse atmospheric conditions may exist or develop in an excavation.

**23.A.22.** Where ramps are used, a minimum width of 4 feet for personnel and 12 feet for equipment shall be provided. Guard rails shall be provided on all personnel ramps. Curbs not less than 8-by 8-inch timbers or equivalent protection shall be provided on equipment ramps.

**23.A.23.** When mobile equipment is utilized or allowed adjacent to excavations, substantial stop logs or barricades shall be installed.

**23.A.24.** Excavating or hoisting equipment shall not be allowed to raise, lower, or swing loads over workmen in the excavation without substantial overhead protection.

**23.A.25.** At least two means of exit shall be provided for men working in excavations. Where the width of the excavation exceeds 100 feet, two or more means of exit shall be provided on each side of the excavation.



**23.A.26.** Ground water shall be controlled. Freezing, pumping, drainage, and similar control measures shall be planned and directed by a competent engineer. Full consideration shall be given to the existing moisture balances in surrounding soils, and the effects on foundations and structures if it is disturbed. When continuous operation of ground water control equipment is necessary, an emergency power source shall be provided.

## 23.B. TRENCH EXCAVATION

**23.B.01.** The sides of trenches 4 feet or more in depth entered by personnel shall be supported or sloped to the angle of repose. Where material is unstable and dangerous, such as fractured hard material with inclined slip planes, vertical or near vertical trench sides of any depth shall be supported.

**23.B.02.** Bracing or shoring of trenches shall be carried along with the excavation.

**23.B.03.** Cross braces or trench jacks shall be placed in true horizontal position and secured to prevent sliding, falling, or kick-outs.

**23.B.04.** Portable trench boxes, sliding trench boxes, or shields shall be designed, constructed, and maintained in a manner which will provide protection equal to or greater than the sheathing and shoring required for the situation.

**23.B.05.** Ladders used as accessways shall extend from the bottom of the trench to not less than 3 feet above the surface. Lateral travel to an exit ladder shall not exceed 50 feet.

**23.B.06.** Backfilling and removal of trench supports should progress together from the bottom of the trench. Jacks or braces shall be released slowly and, in unstable soil, ropes shall be used to pull out the jacks or braces from above after men have cleared the trench.

**23.B.07.** Minimum size and spacing of timbers for shoring of trenches shall be in accordance with the following table:

*Trenches Not More Than 42 Inches Wide*

| Depth of trench in feet (feet) | * Uprights | | * Stringers | | * Cross bracing | | Notes |
|---|---|---|---|---|---|---|---|
| | Size (inches) | Horizontal spacing (feet) | Size (inches) | Vertical spacing (feet) | Size (inches) | Horizontal spacing (feet) | |
| **Stiff, uniform clayey soils, not fissured** | | | | | | | |
| 4 to 10 | 2 x 6 | 6c–c | | None | 2–2 x 6 up to 7 feet<br>3–2 x 6 up to 10 feet | 6c–c | |
| 10 to 15 | 2 x 6 | 4c–c | | None | 3–2 x 6 to 13 feet<br>4–2 x 6 to 15 feet | 4c–c | |
| Over 15 | 2 x 6 | Close tight | 4 x 12 | 4c–c | 4 x 12 | 6c–c | |
| **Fissured clays ; poorly cemented sands and gravels** | | | | | | | |
| 4 to 10 | 2 x 6 | 3c–c | 2 x 6 | Top and bottom | 2–2 x 6 to 7 feet<br>3–2 x 6 up to 10 feet | 6c–c | |
| 10 to 15 | 2 x 6 | 3c–c | 2 x 6 | 3 in height | 3–2 x 6 — 13 feet<br>4–2 x 6 — 15 feet | 6c–c | |
| Over 15 | 2 x 6 | Close tight | 4 x 12 | 4c–c | 4 x 12 | 6c–c | |

AGO 10009C

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Loose sandy or silty soils** | | | | | | | |
| 4 to 10 | 2 x 6 | Close tight | 4 x 6 | 2 up to 7<br>3 up to 10 | 4 x 6 | 6c–c | |
| 10 to 15 | 2 x 6 | Close tight | 4 x 6 | 3 up to 13<br>4 up to 15 | 4 x 6 | 6c–c | |
| Over 15 | 2 x 6 | Close tight | 4 x 12 | 4c–c | 4 x 12 | 6c–c | |

*Trenches More Than 42 Inches Wide*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Stiff, uniform clayey soils, not fissured** | | | | | | | |
| 4 to 10 | 2 x 6 | 6c–c | 4 x 6 | 4c–c | 4 x 6 | 6c–c | |
| 10 to 20 | 2 x 6 | Close | 6 x 6 | 4c–c | 6 x 6 | 6c–c | All soils. |
| Over 20 | 2 x 6 | Close | 6 x 8 | 4c–c | 6 x 8 | 6c–c | All soils. |
| **Fissured clays ; poorly cemented sands and gravels** | | | | | | | |
| 4 to 10 | 2 x 6 | 3c–c | 4 x 6 | 4c–c | 4 x 6 | 6c–c | |
| **Loose sandy or silty soils** | | | | | | | |
| 4 to 10 | 2 x 6 | Close | 4 x 6 | 2 up to 7<br>3 up to 10 | 4 x 6 | 6c–c | |

AGO 10009C

*Trenches of Any Width*

| Depth of trench in feet (feet) | * Uprights | | * Stringers | | * Cross bracing | | Notes |
|---|---|---|---|---|---|---|---|
| | Size (inches) | Horizontal spacing (feet) | Size (inches) | Vertical spacing (feet) | Size (inches) | Horizontal spacing (feet) | |
| Soils having hydrostatic pressure | | | | | | | |
| Not over 8 | 2 x 6 | T & G Close | 6 x 8 | 4c–c | 6 x 8 | 6c–c | (**) |
| Over 8 | 3 x 6 | T & G Close | 8 x 10 | 4c–c | 6 x 8 | 6c–c | (**) |

* Based on use of nominal sizes of Douglas-fir or equivalent.

** Sheet steel piling may be used in place of tongue and groove piling. The greater dimension of the stringers should be at right angle to the sheeting.





## 23.C. EXCAVATION OF SMALL DIAMETER SHAFTS

**23.C.01.** Calyx holes, caisson footings, and other small diameter shafts, which persons are required to enter, shall be provided with a steel casing of sufficient strength to withstand shifting of the surrounding earth. Casing shall be provided the full depth of the overburden and shall extend at least 5 feet into solid rock, where such conditions exist.

**23.C.02.** The steel casing shall extend at least 1 foot above ground level and be equipped with a cover that can be locked into position. This cover shall be in place whenever no work is being performed in the excavation and until the excavation is backfilled to ground level.

**23.C.03.** Prior to men working in a shaft, air at the bottom of the shaft shall be tested for oxygen deficiency and harmful contaminants. No work shall be done in the shaft until the air is safe for breathing.

**23.C.04.** Mechanical ventilation shall be used to change the air in shafts. Compressed air from an untested source shall not be used.

**23.C.05.** Hoisting of persons shall be done only with equipment meeting requirements 22.G.13 through 22.G.17.

**23.C.06.** An inclosed covered metal cage shall be used to raise and lower persons in the shaft. The cage shall be designed with a safety factor of 4 and shall be load-tested prior to use. The exterior of the cage shall be free of projections or sharp corners. Only closed shackles shall be used in the cage rigging.

**23.C.07.** If the cage is equipped with a door, a positive locking device shall be installed to prevent the door from opening accidentally while the cage is being lowered or raised.

**23.C.08.** The rigging and cage shall be checked at the start of each shift by lowering the empty cage to the bottom of the shaft and hoisting it to the surface.

**23.C.09.** If the nature of the work or an emergency prohibits the use of a cage, persons may be raised and low-

ered in the shaft in the muck bucket or a boatswain's chair. Persons hoisted in this manner shall wear a parachute-type harness with an independent safety line attached. "Riding the Hook" shall not be permitted.

**23.C.10.** A tender shall be stationed at the shaft entrance whenever workmen are in the shaft. He will be assigned no other duties.

**23.C.11.** An approved communication or signal system shall be provided and used.

**23.C.12.** Procedures for rescuing workmen who might be injured or incapacitated while in the shaft shall be developed in written form and be posted at the job site. These procedures shall include hoisting procedures to be used in the event the cage and the cage hoisting device is inoperative.

### 23.D. EXCAVATION WITH COFFERDAMS

**23.D.01.** If overtopping of the cofferdam by high water is possible, design shall include provisions for controlled flooding of the work area.

**23.D.02.** Where men or equipment are required or permitted on cofferdam walkways, bridges or ramps with guard rails or equivalent protection shall be provided.

**23.D.03.** At least two ladders, or other means of rapid exit shall be provided for men working in cofferdams.

**23.D.04.** A plan including warning signal for evacuation of men and equipment in case of emergency and for controlled flooding shall be developed and posted.

## SECTION XXIV

## TUNNEL EXCAVATION

### 24.A. GENERAL

**24.A.01.** In addition to the safety requirements set forth herein, tunnel excavation shall be performed in compliance with applicable State and local laws and regulations.

**24.A.02.** Vehicles not directly involved in the work



shall be kept away from the portals and separated from construction activities.

**24.A.03.** A fully equipped first aid station shall be provided at each tunnel project regardless of the number of persons employed. An ambulance or transportation suitable for a litter case shall be at each project.

**24.A.04.** Where tunnels are being excavated from portals more than five road miles apart, a first aid station and transportation facilities shall be provided at each portal.

**24.A.05.** At least five men, trained in first aid, rescue techniques, and the use of rescue equipment, shall be available on each shift. At least four units of self-contained breathing apparatus shall be provided and selected members of each rescue team shall be trained in its use.

**24.A.06.** Noise control and ear protection shall be provided as required in section XXXII.

**24.A.07.** A change house, equipped with hot and cold running water, showers, washing and toilet facilities, and individual lockers for each workman, shall be provided near each tunnel portal.

**24.A.08.** The change house shall be large enough to accommodate all persons assigned to underground work. It shall be heated, lighted, and ventilated and continuously maintained to assure safe, clean, and sanitary conditions at all times.

**24.A.09.** In addition to the requirements of section VII, men working in wet underground areas shall be provided with safety toed rubber boots and raincoats.

**24.A.10.** Lighting circuits shall be installed on one side of the tunnel near the spring line and shall be mounted on insulators at each point of suspension.

**24.A.11.** Light fixtures shall be nonmetallic and weatherproof and so mounted to provide safe clearance for persons and equipment.

**24.A.12.** Underground transformer stations shall be housed in a fireproof inclosure, having a detachable roof and being capable of confining transformer oil in case of a fire or explosion.

**24.A.13.** Ventilation and exhaust systems for tunnel excavation shall be of sufficient capacity to maintain a supply of uncontaminated pure air at all points in the tunnel.

**24.A.14.** Atmospheric testing devices shall be provided and used to determine oxygen content of the air and concentrations of carbon monoxide and explosive gases. These tests shall be made on a fixed schedule but not less than one each day.

**24.A.15.** Where other harmful or toxic gases are suspected, atmospheric tests and analysis shall be made by Federal or State health authorities or by a qualified industrial hygienist.

**24.A.16.** A log of all atmospheric tests shall be maintained at the work site. The log shall show date and time of test, test results, and the name of the persons conducting the tests.

**24.A.17.** Storage of combustible or flammable material and the use of open fires in tunnels shall be prohibited. Heating devices used in tunnels shall be approved by the Government representative in charge.

**24.A.18.** Walkways shall be provided for personnel access to all underground work areas. Work areas and access walkways shall be maintained free of debris, waste material, and stumbling hazards.

**24.A.19.** Solid decking with nonslip surface shall be provided on all working platforms of drill jumbos. Working platform shall be provided with permanent guard rails, intermediate rails, and toe boards.

**24.A.20.** Safe access shall be provided to all working levels of the drill jumbos.

**24.A.21.** All connections between sections of "bull hose," used to supply air to drill jumbos, shall be provided with stay chains or lashing to prevent whipping should they become disconnected.

**24.A.22.** A program for testing all rock bolts for tightness shall be established. The frequency of testing will



be determined by rock conditions and the distance from vibration sources.

## 24.B. TUNNEL PORTAL PREPARATION

**24.B.01.** Rock faces above and adjacent to portal areas shall be kept thoroughly scaled and all loose or overhanging rock removed.

**24.B.02.** Rock masses separated from the main mass by faults, joints, or fractures shall be secured by rock bolting or other suitable means. The means of securing shall be designed by a foundation engineer or an engineering geologist.

**24.B.03.** Anchored chain-link fabric shall be provided on rock faces subject to spalling.

**24.B.04.** Where tunnels are excavated through earth or shale, the excavations above and adjacent to portal areas shall be sloped to the angle of repose or held in place by ground supports. When undercutting occurs on these slopes, due to erosion or other causes, the overhanging material shall be promptly removed.

**24.B.05.** Ice and snow buildup on rock faces or earth slopes which create a hazard shall be promptly removed.

**24.B.06.** Where the need is indicated, a protective shelter shall be provided at each tunnel portal to protect persons and equipment from the hazards of falling rock or other material. The protective shelter shall project at least 15 feet from the tunnel portal.

## 24.C. BLASTING

**24.C.01.** Dynamite used in tunnel blasting shall be Fume Class I and shall be wrapped in red paper.

**24.C.02.** Prior to loading, all power, water, and air lines shall be disconnected from the loading jumbo. Power lines, including lighting circuits, shall be moved back a minimum distance of 50 feet.

**24.C.03.** The loading area shall be illuminated by floodlights located 50 feet from the face. If additional illum-

ination is needed, the loading crew shall be provided with permissible head lamps approved by the United States Bureau of Mines.

**24.C.04.** Equipment used for pneumatic placement of noncap-sensitive blasting agents (AN–FO, etc.) shall be designed specifically for that purpose and shall be grounded while in use.

**24.C.05.** Storage of explosives, blasting agents, and detonators in tunnels or underground work areas shall be prohibited.

**24.C.06.** Blasting power circuits shall be separate and distinct from other power and lighting circuits.

**24.C.07.** Firing lines shall be installed on the opposite side of the tunnel from power and lighting circuits and shall be mounted on insulators at each point of suspension.

**24.C.08.** Sectioning switches or equivalent shall be installed in the firing line at 500-foot intervals.

**24.C.09.** No blasts shall be fired until all persons have cleared the tunnel and are in a safe position away from the portal area.

**24.C.10.** The person in charge of blasting shall be the last to leave the tunnel. He shall see that no one remains in the tunnel and he shall operate the sectioning switches in the firing line as he proceeds toward the portal.

**24.C.11.** All underground blasts shall be fired with a power blasting switch system as shown in appendix K.

**24.C.12.** No persons shall enter the tunnel blast area until the ventilation system has cleared the heading of harmful gases, smoke, and dust.

**24.C.13.** Immediately after each blast, the rock surfaces shall be inspected, scaled where necessary, and provided with shoring, bracing, rock bolts, wire mesh, or chain-link fabric, before mucking operations are started.

**24.C.14.** Rock bolts within 100 feet of a blast shall be tested after each blast before drilling for the next round begins.

**24.C.15.** The muck pile shall be set down prior to mucking and kept wet during mucking operations.



## 24.D. HAULAGE

**24.D.01.** Use of gasoline, butane, or propane-powered internal combustion engines shall not be permitted inside tunnels. All diesel-powered equipment shall be provided with exhaust scrubbers for removal of irritating fumes and burning carbon.

**24.D.02.** Rubber-tired haulage equipment shall be equipped with cabs or canopies, two headlights, a backup light, and an automatic backup alarm.

**24.D.03.** All vehicles or equipment required to move in and out of tunnels shall have a revolving, flashing amber light, mounted so as to be visible in all directions. This flashing light shall be on when the equipment is in operation.

**24.D.04.** Where narrow-gage railroads are used for haulage, the tracks shall be secured to prevent shifting. No "humping" of mine dump cars shall be permitted.

**24.D.05.** Mine dump cars shall be equipped with automatic safety couplings, and cradle-type cars shall be equipped with a positive locking device to prevent accidental dumping.

**24.D.06.** Conveyors used to transport muck from tunnels shall be installed, guarded, and maintained in compliance with section 18.N.

## 24.E. TUNNELING IN SOIL

**24.E.01.** Where tunnels are excavated by conventional methods, the excavation shall not be extended more than 24 inches in advance of tunnel supports.

**24.E.02.** Where continuous mining machines are used for tunnel excavation, the excavation shall not be extended more than 48 inches in advance of tunnel supports.

**24.E.03.** Under no circumstances shall persons be required or permitted to work in unsupported sections of the tunnels.

**24.E.04.** All voids back of ring beams, liner plates, timbering, and other tunnel supports shall be filled, blocked, or braced to prevent further cave-ins.

**24.E.05.** Where liner plate is not used for tunnel support, 2-inch wire mesh or chain-link fabric shall be installed over the crown section, extending down to the spring line on each side of the tunnel. It shall be securely held in place by ring beams or timber supports.

## SECTION XXV
## BLASTING

### 25.A. GENERAL

**25.A.01.** The handling, storage, and use of dynamite and other explosives and blasting agents shall be directed and supervised by a person of proven experience and ability in blasting operations. These operations shall be in accordance with the following requirements and applicable recommendations of the Institute of Makers of Explosives.

**25.A.02.** Permission shall be obtained from the Government representative in charge before any explosives or blasting agents are brought on the job.

**25.A.03.** All blasts shall be fired electrically with an electric blasting machine or properly designed electric power source.

**25.A.04.** Where detonating cord is used as the detonating agent, the detonating cord shall be fired with an electric blasting cap.

**25.A.05.** Delay electric detonators or detonating cord connectors shall be used for all delayed blasts.

**25.A.06.** All operations involving the handling or use of explosives shall be discontinued and personnel moved to a safe area during approach or progress of either a thunderstorm or severe dust storm.

**25.A.07.** Blasting machines, regardless of type, shall be maintained and used only as prescribed by the manufacturer.

**25.A.08.** Blasting machines shall be tested prior to use and periodically thereafter as prescribed by the manufacturer.



**25.A.09.** Blasting machines shall be secured and accessible only to the blaster.

**25.A.10.** Warning signs shall be provided at points of access to blasting area.

**25.A.11.** When energy for blasting is taken from power circuits, the voltage shall not exceed 550 volts. The wiring and controlling arrangements shall conform to the following (APP K):

*a.* The blasting switch shall be an ungrounded Underwriters' listed, inclosed, externally operated double-pole double throw switch, which when locked in the open position will shunt the firing lines.

*b.* A grounded switch shall be installed between the blasting switch and the power circuit at a distance not less than 6 feet from the blasting switch.

*c.* A lightning gap of at least 6 feet shall be provided between the two switches. The gap connection shall be made by cable, plug, and receptacle.

**25.A.12.** The cable between switches shall be disconnected and both switches shall be locked in the open position immediately after firing the shot and before any person is permitted to return to the blasting area.

**25.A.13.** Key to the switches shall remain in the possession of the blaster at all times.

**25.A.14.** Insulated solid core wires of appropriate gage in good condition shall be used for all lines.

**25.A.15.** Sufficient firing line shall be provided to permit the blaster to be located at a safe distance from the blast.

**25.A.16.** Blasting operations in the proximity of overhead power lines, communications lines, utility services, or other structures shall not be carried on until the operators and/or owners have been notified and measures for safe control have been taken.

**25.A.17.** The use of black powder shall be prohibited.

**25.A.18.** All loading and firing shall be directed and supervised by one designated person.

**25.A.19.** A positive system to detect and measure the

probability of lightning or massive static electrical discharges shall be used.

## 25.B. ELECTROMAGNETIC RADIATION

**25.B.01.** Blasting operations or storage of electrical detonators shall be prohibited in vicinity of operating radio frequency (RF) transmitter stations except where the clearances given below can be observed.

| *Transmitter power except FM mobile (watts)* | *Minimum distance (feet)* |
|---|---|
| 5–25 | 100 |
| 25–50 | 150 |
| 50–100 | 220 |
| 100–250 | 350 |
| 250–500 | 450 |
| 500–1,000 | 650 |
| 1,000–2,500 | 1,000 |
| 2,500–5,000 | 1,500 |
| 5,000–10,000 | 2,200 |
| 10,000–25,000 | 3,500 |
| 25,000–50,000 | 5,000 |
| 50,000–100,000 | 7,000 |

| *Transmitter power FM mobile (watts)* | *Minimum distance (feet)* |
|---|---|
| 1–10 | 5 |
| 10–30 | 10 |
| 30–60 | 15 |
| 60–250 | 30 |

**25.B.02.** When necessary to perform blasting operations at distances less than those shown in table, detonating type fuse shall be used with a nonelectric cap.

## 25.C. VIBRATION AND DAMAGE CONTROL

**25.C.01.** Blasting operations in or adjacent to cofferdams, piers, underwater structures, buildings, structures, or other facilities shall be carefully planned with full consideration for all forces and conditions involved.

**25.C.02.** On operations where vibration damage may occur, the energy ratio as recorded at structures or facilities by seismograph shall not exceed 1.00. Energy ratio



shall be computed from the equation $E - 10.8\ F^2A^2$ where F is frequency in cycles per second and A is amplitude of wave in inches.

**25.C.03.** Vibrations at structures shall not exceed the *following* limitations.

*Table of Limitations*

| *Frequency of ground motion in cycles per second* | *Maximum amplitude of ground motion in inches* |
|---|---|
| Up to 10 | Not more than 0.0305 |
| 11 to 20 | Not more than 0.0153 |
| 21 to 30 | Not more than 0.0102 |
| 31 to 40 | Not more than 0.0076 |
| 41 to 50 | Not more than 0.0061 |
| 51 to 60 | Not more than 0.0051 |

**25.C.04.** Prior to initiation of vibration controlled blasting operations, a written plan for monitoring the operations shall be established.

**25.C.05.** When appropriate, owners, occupants, and the public shall be notified of the nature of operations to be undertaken and controls to be established.

**25.C.06.** Vibration shall be monitored, recorded, and interpreted by qualified personnel.

**25.C.07.** Records and interpretations shall be furnished to the Government representative in charge.

**25.C.08.** Whenever any recording indicates an Energy Ratio greater than 1 or a particle velocity greater than 2 inches per second, blasting shall be suspended and the Government representative in charge shall be notified immediately. Blasting shall not be resumed until the probable cause has been determined and corrective measures taken.

## 25.D. TRANSPORTATION OF EXPLOSIVES

**25.D.01.** Vehicles used for the transportation of explosives shall not be loaded beyond rated capacity and the explosives shall be secured to prevent shifting of load or dislodgment from the vehicle. In all open-body types

of vehicles the explosives shall be covered with a fire-resistant tarpaulin.

**25.D.02.** All vehicles transporting explosives shall be marked with reflectorized placards on both sides and both ends with the word EXPLOSIVES in white letters not less than 6 inches high on a red background.

**25.D.03.** Blasting caps or other detonators shall not be transported in the same vehicle with other explosives.

**25.D.04.** All vehicles used for transportation of explosives shall be in the charge of and operated by a person who is physically fit, careful, reliable, able to read and understand instructions, and not addicted to the use of intoxicants and narcotics.

**25.D.05.** No spark-producing tools, carbides, oils, matches, firearms, electric storage batteries, flammable substances, acids, or oxidizing or corrosive compounds shall be carried in the bed or body of any vehicle transporting explosives.

**25.D.06.** Vehicles to be used in the transportation of explosives shall be in good repair. When steel or part steel bodies are used, nonsparking cushioning materials shall be employed to separate the containers of explosives from the metal.

**25.D.07.** Vehicles transporting explosives shall be equipped with not less than two fire extinguishers, each having a rating of 6–BC, placed at strategic points, filled and ready for immediate use, and of a make approved by the National Fire Protection Association.

**25.D.08.** A vehicle containing explosives shall not be taken into a garage or repair shop or parked in congested areas or stored overnight, or at any other time, in a public garage or similar building.

**25.D.09.** All vehicles shall be checked before transporting explosives and all electric wiring completely protected and securely fastened to prevent short circuits.

**25.D.10.** Vehicles transporting explosives shall be operated with extreme care. Full stops shall be made at approaches to all railroad crossings and main highways



and the vehicles shall not proceed until it is known that the way is clear.

**25.D.11.** No person other than the authorized driver and his helper shall be permitted to ride on trucks transporting explosives or detonators.

**25.D.12.** No vehicle shall be refueled while explosives are on the motor vehicle except in an emergency.

**25.D.13.** Persons employed in the transportation, handling, or other use of explosives shall not smoke or carry on their person or in the vehicle, matches, firearms, ammunition, or other flame-producing devices.

**25.D.14.** Marine transportation of explosives shall comply with the requirements of the United States Coast Guard.

**25.D.15.** Provision shall be made for safe transfer of explosives to magazine vessels including provision for substantial ramps or walkways free of tripping and stumbling hazards.

**25.D.16.** Any explosive transported by aircraft shall be in the original unopened container.

## 25.E. HANDLING OF EXPLOSIVES

**25.E.01.** Containers of explosives shall be opened only by means of nonsparking tools or instruments.

**25.E.02.** Explosives shall be removed from containers only as they are needed for immediate use.

**25.E.03.** Explosives and detonators or primers shall be taken to the blasting area in separate nonmetallic containers.

**25.E.04.** Primers shall not be made up in excess of immediate need for holes to be loaded.

**25.E.05.** Primers shall not be made up in or near magazines or excessive quantities of explosives.

**25.E.06.** After loading of a blast is completed, all excess explosives and detonators shall be removed to a safe location or returned at once to the storage magazines, observing the same rules as when being conveyed to the blasting area.

**25.E.07.** All empty explosives containers and packing material shall be disposed of in accordance with the manufacturer's instructions.

## 25.F. STORAGE OF EXPLOSIVES

**25.F.01.** Separate magazines shall be provided for storage of explosives and detonators.

**25.F.02.** Magazines shall be bullet-resistant, fire resistant, rodent-resistant, and weather-resistant, of an approved type and ventilated.

**25.F.03.** The minimum distance between magazines storing detonators and explosives shall be 100 feet unbarricaded or 50 feet barricaded.

**25.F.04.** Approved types shall be considered those complying with standards of Institute of Makers of Explosives.

**25.F.05.** The quantity of explosives permitted aboard a drillboat at any one time shall not exceed the quantity required for one day's operation.

**25.F.06.** The area around the magazine for a distance of 25 feet shall be kept clear of vegetation and all combustible matter.

**25.F.07.** Magazines shall be kept locked except for inspection, storage, and removal of explosives; the key shall be in the charge of a reliable and competent person who shall be responsible for explosives and the magazines.

**25.F.08.** Magazines in which explosives are stored shall not be used for any other purpose.

**25.F.09.** No spark-producing agent of any description shall be kept in magazines.

**25.F.10.** Explosives shall be arranged in the magazine so that the oldest stock is used first.

**25.F.11.** Repairs to magazines shall not be made without first removing all explosives to a safe distance and providing them with protection.

**25.F.12.** Explosives shall be stored only in original containers.



**25.F.13.** Containers of explosives shall be stored with top side up, in other words, so that the cartridges are lying flat and not standing on end.

**25.F.14.** Magazines shall be kept dry and clean and the area around the magazines posted with *"EXPLOSIVES"* signs. The signs shall be located so that a bullet passing through the sign will not strike the magazine.

**25.F.15.** Explosives containers shall be opened, packed, or repacked only at a distance of at least 50 feet from any magazine.

**25.F.16.** Smoking, matches, firearms, open flames, or any flame-producing device shall not be permitted within 100 feet of any magazine.

**25.F.17.** Magazine floors that become stained with nitroglycerin shall be scrubbed with a non-sparking broom or brush using a freshly-made solution composed of one-half gallon of water, one-half gallon wood alchol, and 2 pounds of sulphide of sodium. Plenty of liquid should be used so as to thoroughly decompose the nitroglycerin. Fire and explosion precautions must be taken.

**25.F.18.** Magazines shall be located in conformance with the current American Table of Distances published by the Institute of Makers of Explosives (APP J).

## 25.G. DRILLING

**25.G.01.** All drill holes shall be of greater diameter than the cartridges of explosives used.

**25.G.02.** Drilling shall not be done in an area already blasted until remaining butts of old holes are examined for unexploded charges and the total area has been thoroughly examined to make sure that there are no additional unexploded charges remaining. Never insert a drill, pick, or bar in such holes even if examination fails to disclose explosives.

**25.G.03.** Drilling and loading operations generally shall not be carried or in the same area. Drilling shall be separated from loaded holes by at least the depth of the loaded hole.

**25.G.04.** Dust from all drilling shall be controlled by

wet drilling. Other means of dust control may be considered if the results are comparable.

## 25.H. LOADING

**25.H.01.** The loading or loaded areas shall be kept free of any equipment, operations, or persons not essential to loading.

**25.H.02.** Tamping shall be done with a wooden stick.

**25.H.03.** Primers shall not be tamped.

**25.H.04.** Cartridges shall be seated by even, steady pressure only.

**25.H.05.** All loaded holes or charges shall be checked and definitely located before firing.

**25.H.06.** Loading of sprung or jet-pierced holes shall be prohibited until it is definitely established that the hole is cool.

**25.H.07.** Cartridges shall be primed only in the number required for a single round of blasting.

**25.H.08.** Caps shall be inserted into dynamite only in holes made for the purpose. Holes shall be punched with a nonmetallic punch.

**25.H.09.** All charges shall be covered with blasting mats before firing, where blasting may cause injury or damage by flying rock or debris.

**25.H.10.** Where mats are used, care shall be taken to protect electric blasting circuits.

**25.H.11.** Detonating cord shall be cut from supply reel before loading the remainder of the charge.

**25.H.12.** Loaded holes shall be stemmed to the collar with noncombustible material.

## 25.I. WIRING

**25.I.01.** Each electric blasting cap shall be tested with an approved galvanometer. Before being placed in the primer, the leg wires shall be short-circuited by twisting the bare ends together and they shall remain twisted until ready to be connected into the circuit preparatory to connecting to the firing line.



**25.I.02.** All caps in a blast shall be of the same manufacture.

**25.I.03.** The firing line shall not be smaller than No. 14 B and S gage copper wire, *No. 12 B and S gage aluminum*, or equivalent.

**25.I.04.** The number of electric blasting caps used in a circuit shall not exceed the tested capacity of the blasting machine or power source.

**25.I.05.** The circuit including all caps shall be tested with an approved galvanometer before being connected to firing line.

**25.I.06.** No lead wire shall be connected to the circuit until it has been grounded to dissipate any static charge.

**25.I.07.** The firing line shall be checked with an approved galvanometer at the terminals before being connected to the blasting machine or other power source.

**25.I.08.** No firing line shall be connected to a blasting machine or other power source until the shot is to be fired.

## 25.J. FIRING

**25.J.01.** Prior to the firing of a shot, all persons in the danger area shall be warned of the blast and ordered to a safe distance from the area.

**25.J.02.** Blast shall not be fired until it is absolutely certain that every person has retreated to a safe distance and that no one remains in a dangerous location.

**25.J.03.** All blasting operations shall use the following signals:

*WARNING SIGNAL* —A one-minute series of long blasts 5 minutes prior to blast signal.

*BLAST SIGNAL* —A series of short blasts 1 minute prior to the shot.

*ALL CLEAR SIGNAL*—A prolonged blast following the inspection of blast area.

**25.J.04.** Warning signals for blasting shall be posted at all access points.

**25.J.05.** Prior to each shot, competent flagmen shall be posted at all access points to danger area such as road, walkways, railroads, and water routes.

**25.J.06.** Prior to firing, the drill boat or vessel on the work shall be moved a safe distance from the blasting range or area.

**25.J.07.** Prior to, and while the drill boat or vessel is being moved from the blasting area, a series of short signals by horn or whistle similar to the usual navigation warning signals shall be given.

**25.J.08.** On the completion of the firing of the blast, a long whistle or horn signal shall be given.

**25.J.09.** No blast shall be fired while any vessel under way is closer than 1,500 feet to the blasting area. Those on board vessels or craft moored or anchored within 1,500 feet must be notified before a blast is fired.

**25.J.10.** No blast shall be fired closer than 250 feet to a boat or vessel containing an explosive magazine. Men engaged in drilling operations on another drill boat within 500 feet shall leave the drill frames for cover if any holes have been loaded.

**25.J.11.** No blast shall be fired while any swimming or diving operations are in progress in the vicinity of the blasting area. If such operations are in progress, signals and arrangements shall be agreed upon to assure that no blast shall be fired while any person is in the water.

**25.J.12.** Whenever a drill boat is moved from the drilling setting, all loaded under water holes shall be fired.

### 25.K. INSPECTION AFTER BLASTING

**25.K.01.** Immediately after blast has been fired, the firing line shall be disconnected from the blasting machine or where power switches are used, they shall be locked open.

**25.K.02.** A thorough inspection shall be made by the



blaster to determine if all charges have been exploded and if any unexploded charges in the blasted material.

**25.K.03.** Other persons shall not be allowed to return to the area of the blast until an "All Clear" signal is given.

**25.K.04.** All wires shall be carefully traced and search made for unexploded cartridges.

**25.K.05.** Loose pieces of rock and other debris shall be scaled down from the sides of the face of excavation and the area made safe before proceeding with the work.

### 25.L. MISFIRES

**25.L.01.** If broken wires, faulty connections, or short circuits are determined as the cause of a misfire, the proper repairs shall be made, the firing line reconnected and tested, and the charge fired. This shall be done, however, only after a careful inspection has been made of burdens remaining in such holes and no hole shall be so refired when the burden has been dangerously weakened by other shots.

**25.L.02.** Misfired charges tamped with solid material shall be detonated by the following method where practical: Float out the stemming by use of water, place new primer, and detonate. A careful search shall be made for unexploded material in the debris of the second charge.

## SECTION XXVI

## FLOATING PLANT AND MARINE LOCATIONS

### 26.A. GENERAL

**26.A.01.** All marine plant and equipment shall be inspected and certificated as required under the regulations of the United States Coast Guard before being placed in service.

**26.A.02.** Minimum qualification of the master, pilot, and crewmen of marine plant shall be possession of a cur-

rently valid license or certification as required by the United States Coast Guard.

**26.A.03.** Minimum qualification of an operator of motor vessels assigned to transporting personnel shall be a currently valid United States Coast Guard Motor Boat Operator's License.

**26.A.04.** Before any marine plant and equipment is put into use on the job, it shall be inspected and tested by a qualified person and determined to be in safe operating condition.

**26.A.05.** Scheduled inspections and tests shall be made to assure safe operating condition.

**26.A.06.** Marine plant and equipment found to be in an unsafe condition shall be taken out of service and its use prohibited until unsafe conditions have been corrected.

**26.A.07.** Cables across waterways between floating plants or between plant and mooring shall be marked.

**26.A.08.** Fenders shall be provided to prevent damage and sparking.

**26.A.09.** Axes or other suitable emergency cutting equipment shall be provided in accessible position on all towing vessels for use in freeing lines, etc.

**26.A.10.** A whistle, siren horn, or other signal device shall be provided on floating plant.

**26.A.11.** On all floating plants where 10 or more men are quartered, one man shall be on watch at all times to guard against fire and provide general watchman service. Automatic detection and warning systems may be installed in lieu of watchman service.

**26.A.12.** Protection from the elements shall be provided all persons being transported by water.

**26.A.13.** When engaged in operations where floating plant may be endangered by hurricanes, storms, or floods, plans shall be made in advance for removal or securing plant and evacuation of personnel in emergencies.

**26.A.14.** Extended movement of floating plant and tow shall be preceded by an evaluation of weather reports



and weather conditions by a responsible person, to ascertain that safe movement of the plant and tow can be accomplished.

**26.A.15.** All controls requiring operation in cases of emergency such as boiler stops, safety valves, power switches, fuel valves, alarms, and fire extinguishing systems shall be located in such a manner that they are protected against accidental operation but may be readily accessible to operate in an emergency.

**26.A.16.** Provisions shall be made to prevent accumulation of fuel and grease on floors and in bilges.

**26.A.17.** Gage glasses or try cocks shall not be installed on fuel tanks or lines.

**26.A.18.** A shutoff valve shall be installed at the fuel tank connection. Arrangement shall be made for operating this valve from outside the compartment in which the tank is located.

**26.A.19.** A shutoff valve shall be installed at the engine end of the fuel line.

**26.A.20.** Fuel valves shall be closed at the tank when shutting down for the night or more than 8 hours.

**26.A.21.** All carburetors on gasoline engines shall be equipped with a backfire trap or flame arrestor. A drip pan with a flame screen which is emptied continuously by suction from the intake manifold or by an overboard discharge shall be required on all carburetors except downdraft type.

**26.A.22.** Smoking, the use of open flame equipment, or other ignition sources shall be prohibited on lock structures during lockages.

**26.A.23.** Pleasure craft or any other vessel shall not be locked with a vessel carrying a dangerous cargo or containing flammable vapors. A towboat may be locked with its tow.

**26.A.24.** Dangerous cargoes are defined in the Code of Federal Regulations, Title 46, part 146.

## 26.B. ACCESSWAYS AND PASSAGEWAYS

**26.B.01.** Safe means for boarding or leaving a floating plant shall be provided with such guarding as necessary to prevent persons falling from or slipping thereon.

**26.B.02.** All accessways and passageways used by persons shall be kept free of ice, snow, grease, mud, and other material that hinders safe passage. Sand, cinders, calcium chloride, or other material shall be used over slippery surfaces that cannot be avoided or found impractical to remove.

**26.B.03.** Nonslip surfaces shall be provided on all working decks, stair treads, ship ladders, platforms, catwalks, and walkways, particularly on the weather side of all doorways opening on deck.

**26.B.04.** Guardrails, bulwarks, or taut cable guardlines shall be provided for deck openings, elevated surfaces, and similar locations where persons may be subject to falling or slipping from them.

**26.B.05.** Any obstruction extending into a passageway and restricting normal passage shall be posted with suitable warning signs or distinctively marked.

**26.B.06.** Floating pipelines used as accessways shall be equipped with walkway and guardrail. Walkways shall be at least 20 inches wide and securely anchored to the pipeline.

**26.B.07.** If cargo or materials are stored on the deck of barges, scows, floats, and similar equipment, the outboard edge shall not be used as a passageway unless a clearance of 2 feet or more is maintained.

**26.B.08.** When two or more pieces of floating plant are being used as one unit, they shall be securely lashed or fastened together to prevent openings between them or the openings shall be properly covered or guarded.

**26.B.09.** All deck fittings and similar obstructions which present stumbling hazards shall be painted yellow or with yellow trim.

**26.B.10.** Grab bars shall be provided on the sides of



superstructure of tugs, tenders, and launches except where railing is present.

**26.B.11.** All doors shall be provided with positive means to secure them in both the open and closed position.

**26.B.12.** At least two means of escape shall be provided from areas in which crews are quartered.

**26.B.13.** Escape hatches and emergency exits shall be marked on both sides with letters at least 1 inch high. Marking shall read "Emergency Exit. Keep Clear."

## 26.C. LAUNCHES, MOTORBOATS, AND SKIFFS

**26.C.01.** In the following circumstances a qualified crewman shall be assigned, unless qualified able-bodied passengers are aboard to assist with deck duties:

*a.* When extended trips are made from the work site. Generally this will include overnight trips, trips across open water such as lakes or large reservoirs, and trips requiring two or more hours of continuous operation.

*b.* When conditions of navigation make it hazardous for an operator to leave the wheel at any time while underway.

*c.* When operations being performed, other than tying-in, require the handling of lines.

*d.* When operating during inclement weather.

**26.C.02.** All launches and motorboats having gasoline or liquid petroleum gas power plants or equipment located in cabins, compartments, or confined spaces shall be equipped with a built-in automatic $CO_2$ or other equally effective type of fire extinguishing system.

**26.C.03.** At least one dry powder pressure type hand fire extinguisher shall be carried on all launches and motorboats, including outboards.

**26.C.04.** All motor vessels or motor boats powered by internal combustion engines having electric spark ignition systems or having auxiliary engines of this type located in cabins, compartments, or confined spaces shall be equipped with an exhaust fan or fans for ventilating engine space and bilges; such fans shall be explosion-proof and located as remotely from potential explosive

areas as practical. The vent intake shall extend to within not less than 1 foot of the bottom of the compartment.

**26.C..05.** Engines shall not be started until the engine space and bilges have been ventilated.

**26.C.06.** For launches and motorboats having diesel power plants not equipped with fans, ventilating shall be by natural draft through permanently open inlet and outlet ducts extending into the bilges. Inlet and exhaust ducts shall be equipped with suitable cowls or exhaust heads.

**26.C.07.** The maximum number of passengers that can safely be transported shall be posted on all launches, motorboats, and skiffs. This number shall not be exceeded, and in no case shall the number of passengers (including crew) exceed the number of life preservers aboard.

**26.C.08.** Launches and motorboats shall have 10 square feet of clear deck space and 18 inches of seat width per passenger.

**26.C.09.** Each boat shall have sufficient room, freeboard, and stability to safely carry the cargo and number of passengers allowed, with due consideration being given to the weather and water conditions in which it will be operated.

### 26.D. DRILLS

**26.D.01.** On all floating plants which have a regular crew or on which men are quartered, the following drills shall be held at least monthly. Where persons are quartered overnight, every fourth drill shall be at night.

*a.* Boat or abandon ship drills.
*b.* Fire drills.
*c.* Man overboard or rescue drills.

**26.D.02.** Man overboard or rescue drills shall also be required at boatyards, locks, dams, and other locations where marine rescue equipment is required.

**26.D.03.** Suitable electrical or mechanical alarm devices, audible in all occupied areas, shall be provided at locations required to conduct any of the above drills.



**26.D.04.** A record of all drills, including any deficiencies noted in equipment and corrective action taken, shall be made in station log.

### 26.E. PIPELINE DREDGES

**26.E.01.** Prior to repair or maintenance operations on the pump, suction or discharge lines below the water line, within the hull, the ladder shall be raised and positively secured. This provision is in addition to the normal securing of hoisting machinery. Blank or block plates shall also be set in suction or discharge lines as appropriate.

## SECTION XXVII

## WORK IN CONFINED OR INCLOSED SPACES

### 27.A. GENERAL

**27.A.01.** Prior to entry into confined or inclosed spaces, a positive procedure to eliminate or control the hazards shall be established.

**27.A.02.** Procedure shall be in accordance with the Manufacturing Chemists Association, Safety Guide SG–10—Entering Tanks and Other Inclosed Spaces, or with Department of the Navy publication "Fuel Storage Tank Cleaning at the Shore Establishment" (NAVDOCKS P–342).

**27.A.03.** Inclosed spaces shall include storage tanks, tank cars, holds of vessels, process vessels with limited access, deep tanks, pits, vaults, shaft, or other confined spaces with one side open to the air, and ventilation or exhaust ducts, sewers, underground utility tunnels, or pipe lines with limited ventilation.

**27.A.04.** Hazards considered shall include toxic material and vapors, flammable materials and vapors, asphyxiating, corrosive, or radioactive material, and lack of oxygen.

**27.A.05.** Inclosed spaces shall be tested for contaminants and periodic check tests shall be made to assure an acceptable atmospheric condition.

**27.A.06.** Adequate mechanical exhaust ventilation shall be provided.

**27.A.07.** Protective clothing and respiratory protection shall not be used as a substitute for cleaning and ventilating of spaces.

**27.A.08.** Except in an extreme emergency, no one shall enter an inclosed space containing a flammable atmosphere, or one which because of oxygen deficiency or contamination may be immediately harmful to life, in case of failure of the respiratory equipment.

**27.A.09.** Persons working in confined or inclosed spaces shall have a safety harness and life line with an attendant if the atmosphere has oxygen deficiency or contamination sufficient to require respiratory protection. The attendant shall be assigned no other duties.

**27.A.10.** Disconnects in the power to any apparatus in or containing inclosed spaces shall be tagged and locked open whenever men are in the inclosed space.

**27.A.11.** All lines leading into or out of inclosed spaces shall be disconnected and capped or blanked to prevent flow or drainage into the space. The closing of valves will not be a satisfactory substitute.

**27.A.12.** Local exhaust ventilation shall be provided to eliminate contaminants generated by welding and other operations within inclosed spaces.

**27.A.13.** Only explosion-proof lighting shall be used in confined or inclosed spaces unless the atmosphere has been proven to be nonflammable.

## SECTION XXVIII

## SAFE CLEARANCE PROCEDURE

### 28.A. GENERAL

**28.A.01.** A safe clearance procedure shall be established prior to work on or near electrical equipment or lines, mechanical equipment, pressure systems, and vessels and lines or equipment containing dangerous or hazardous



material which can be energized, pressurized, activated, or released remotely or inadvertently.

**28.A.02.** A safe clearance is an operating procedure by which a person, acting individually or as a representative of a crew, may have a designated system or equipment removed from and held out of service until released by him.

**28.A.03.** Procedure shall include provisions for lockout, tagging, blanking or capping of controls, valves, and lines, or blocking of moving parts to prevent unauthorized operation.

**28.A.04.** A safe clearance procedure shall be required on all systems and equipment if unauthorized removal or return to service could result in injury, damage, loss of content, loss of protection, or loss of system operating capability.

## SECTION XXIX

## FORMWORK AND FALSEWORK

### 29.A. GENERAL

**29.A.01.** The planning and design of formwork and falsework shall be in accordance with the American Concrete Institute, Publication SP4 Formwork for Concrete.

**29.A.02.** All formwork, falsework, structural shoring, and bracing shall be designed, erected, braced, and maintained so that it will safely support all vertical and lateral loads that might be applied until such loads can be supported by the structure.

**29.A.03.** Supporting ground or completed construction shall be of adequate strength to carry the vertical and lateral loads to be imposed.

**29.A.04.** Splices shall be designed and constructed to prevent buckling and bending.

**29.A.05.** Diagonal bracing shall be provided in vertical and horizontal planes where required to provide stiffness and to prevent buckling of individual members.

**29.A.06.** The Government representative in charge shall approve the design of formwork and falsework.

## SECTION XXX
## ACCESS FACILITIES

### 30.A. GENERAL

**30.A.01.** Safe access shall be provided to all work areas.

**30.A.02.** Accessways shall be kept clear of operating or construction materials or debris that would obstruct passage or cause a tripping hazard.

**30.A.03.** Accessways shall be kept clear of ice, snow, mud, grease, or other material that hinders safe passage. Sand, cinders, or other material to control slipping hazards shall be used over slippery surfaces that cannot be avoided or cleared.

**30.A.04.** All obstructions or projections into an accessway or passageway shall be conspicuously marked.

**30.A.05.** Obstructions or projections into accessways or passageways which are pointed, sharp, or any other shape which may cause lacerations, contusions, or abrasions shall be covered with resilient material.

**30.A.06.** Entrances, portals, or other primary accessways or passageways shall have overhead protection equal to 2-inch solid planking whenever work is performed over the entrance or if there is unsecured material above.

**30.A.07.** Ramps, steps, or walkways complete with guard rail, intermediate rail, and toeboard shall be provided for temporary access to buildings or structures under construction.

### 30.B. LADDERS

**30.B.01.** The construction and installation of ladders shall as a minimum conform to the latest edition of the Safety Codes for Portable Wood Ladders (USAS A14.1), Portable Metal Ladders (USAS A14.2), and Fixed Ladders (USAS A14.3).



**30.B.02.** Splices to ladders shall develop the full strength of a ladder of the same overall length.

**30.B.03.** Portable ladders shall be used at such a pitch that the horizontal distance from the top support to the foot will not be greater than one-fourth the vertical distance between these points.

**30.B.04.** The supports on which a ladder rests, both top and bottom, shall be rigid, capable of supporting the loads to be imposed, and of such a nature that lateral displacement cannot occur.

**30.B.05.** All portable ladders shall be of sufficient length and shall be placed so that workmen will not stretch or assume a hazardous position.

**30.B.06.** Portable ladders used as temporary access shall extend at least 3 feet past the landing.

**30.B.07.** Portable metal ladders shall not be used for electrical work or where they may contact electrical conductors.

**30.B.08.** Broken or damaged ladders shall be removed from service immediately and tagged "Unsafe" or destroyed.

**30.B.09.** Ladders shall not be placed in passageways, doorways, drives, or any location where they may be displaced by activities being conducted on any other work unless protected by barricades or guards.

**30.B.10.** Ladders shall be secured by top, bottom, and sufficient intermediate fastenings to hold them rigidly in place and to support the loads which will be imposed upon them.

**30.B.11.** Metal rungs built into masonry work to form a fixed ladder shall be so shaped that the crossbar will be at least 3 inches below the horizontal plane of the side bars to prevent the foot from slipping off the rung.

**30.B.12.** The steps or rungs of all ladders shall be set to provide at least 6½ inches toe space from the inside face of the rung or step.

**30.B.13.** Provisions for landing at the top of all fixed ladders shall be made by the extension of side rails, hand holds, stanchions, or other suitable means to a minimum of 42 inches above landing.

**30.B.14.** Any fixed ladder more than 20 feet in height or any fixed ladder where the fall distance can be more than 20 feet shall be provided with a ladder climbing safety device.

**30.B.15.** If it is impractical to use a ladder climbing safety device, cages may be used provided that no single section shall be more than 30 feet in length and each section shall be offset from adjacent sections and a guarded landing shall be provided at each offset.

### 30.C. STAIRWAYS

**30.C.01.** On all structures or work levels 20 feet or more in height, stairways shall be provided during the construction period. Where permanent stairways are not installed concurrently with the construction of each floor, a temporary stairway shall be provided to the work level.

**30.C.02.** Temporary stairways and handrails shall be constructed of selected materials, free of imperfections, and shall be rigidly secured to the structure. Wooden treads shall be securely nailed in place. Risers shall be of a uniform height and treads of uniform width. No flight of temporary stairs shall have an unbroken vertical rise of more than 12 feet.

**30.C.03.** The construction, maintenance, and use of temporary metal access stairways or stair towers shall be in accordance with the recommendations of the Steel Scaffolding and Shoring Institute.

**30.C.04.** Rigid handrails of sufficient height to furnish positive protection to workmen shall be installed on all stairs, with four or more risers, around all stairwells and at stair landings. An intermediate rail or screen shall be provided in cases where adequate protection is not furnished by guardrails. Toeboards not less than 6 inches in height or screens shall be installed around all stairwells.



## SECTION XXXI

## FLOOR AND WALL OPENINGS

### 31.A. GENERAL

**31.A.01.** All floor and roof holes and openings into which persons can accidentally walk shall be guarded by a securely anchored inclosure guard or covered with material and bracing of sufficient strength to support any load which may be imposed. Coverings for floor and roof openings shall be secured in place to prevent accidental removal or displacement.

**31.A.02.** Every stairway and ladderway floor opening shall be guarded by a securely anchored railing, intermediate rail, and toeboard on all exposed sides except entrance opening.

**31.A.03.** Stairway and ladderway entrances shall be offset or provided with a gate to prevent anyone walking directly into the opening.

**31.A.04.** Every hatchway and chute floor opening shall be guarded by a hinged floor-opening cover equipped with railings permanently attached so as to leave only one exposed side.

**31.A.05.** Every wall opening shall be guarded if the lower edge is 4 feet or more above the adjacent floor or ground level.

## SECTION XXXII

## NOISE CONTROL

### 32.A. GENERAL

**32.A.01.** Harmful sound pressure levels in working areas shall be eliminated or minimized by planning and design. Control considerations shall include substitution of less noisy source, isolation, inclosure, baffling, muffling, resilient mounting, sound absorption, or such other measures as appropriate.

**32.A.02.** When the sound pressure level in a working area exceeds 85 decibels overall, personal ear protective devices shall be required.

**32.A.03.** When the sound pressure level in a working area exceeds 120 decibels, personal ear protection equivalent to the combination of ear plugs and ear muffs shall be required.

**32.A.04.** Sound pressure level measurements shall be made by qualified personnel.



# APPENDIX A

## REQUIRED SHADES FOR FILTER LENSES AND GLASSES

*Required Shades for Filter Lenses and Glasses*

Shades Nos. 3 and 4 filter lenses are intended for glare of reflected sunlight from snow, water, roadbeds, roofs, sand, etc., for stray light from nearby cutting and welding operations, and for metal pouring and furnace work.

| *Welding operation* | *Shade number* |
|---|---|
| Shielded metal-arc welding—1/16", 3/32", 1/8", 5/32" electrodes | 10 |
| Inert-gas metal-arc welding (nonferrous)—1/16", 3/32", 1/8", 5/32" electrodes | 11 |
| Inert-gas metal-arc welding (ferrous)—1/16", 3/32", 1/8", 5/32", electrodes | 12 |
| Shielded metal-arc welding—3/16", 7/32", 1/4" electrodes | 12 |
| —5/16", 3/8" electrodes | 14 |
| Atomic hydrogen welding | 10–14 |
| Carbon arc welding | 14 |
| Soldering | 2 |
| Torch brazing | 3 or 4 |
| Light cutting, up to 1" | 3 or 4 |
| Medium cutting, 1" to 6" | 4 or 5 |
| Heavy cutting, 6" and over | 5 or 6 |
| Gas welding (light) up to 1/8" | 4 or 5 |
| Gas welding (medium) 1/8" to 1/2" | 5 or 6 |
| Gas welding (heavy) 1/2" and over | 6 or 8 |

*Note.* In gas welding or oxygen cutting where the torch produces a high yellow light, it is desirable to use a filter or lens that absorbs the yellow or sodium line in the visible light of the operation.

# APPENDIX B

## CRANE SIGNALS*



USE MAIN HOIST. Tap fist on head; then use regular signals.



USE WHIP LINE. (Auxiliary Hoist) Tap elbow with one hand; then use regular signals.



HOIST. With forearm vertical, forefinger pointing up, move hand in small horizontal circle.



LOWER. With arm extended downward, forefinger pointing down, move hand in small horizontal circles.

*Extracted from Proposal USA Standards B30.2, Overhead and Gantry Cranes, and B30.5, Crawler, Locomotive and Truck Cranes, with the permission of the publisher, The American Society of Mechanical Engineers, United Engineering Center, 345 East 47th Street, New York, N.Y. 10017







RAISE BOOM. Arm extended, fingers closed, thumb pointing upward.



LOWER BOOM. Arm extended fingers closed, thumb pointing downward.



RAISE THE BOOM AND LOWER THE LOAD. With arm extended thumb pointing up, flex fingers in and out as long as load movement is desired.



LOWER THE BOOM AND RAISE THE LOAD. With arm extended, thumb pointing down, flex fingers in and out as long as load movement is desired.