## CRANE SIGNALS—Continued



EXTEND BOOM. (Telescoping Booms) Both fists in front of body with thumbs pointing outward.



RETRACT BOOM. (Telescoping Booms) Both fists in front of body with thumbs pointing toward each other.



SWING. Arm extended point with finger in direction of swing of boom.



MOVE SLOWLY. Use one hand to give any motion signal and place other hand motionless in front of hand giving the motion signal. (Hoist Slowly shown as example)



## CRANE SIGNALS—Continued



TRAVEL. (One Track) Lock the track on side indicated by raised fist. Travel opposite track in direction indicated by circular motion of other fist, rotated vertically in front of body. (For crawler cranes only)



TRAVEL. (Both Tracks) Use both fists, in front of body, making a circular motion, about each other, indicating direction of travel; forward or backward. (For crawler cranes only)



TRAVEL. Arm extended forward, hand open and slightly raised, make pushing motion in direction of travel.



DOG EVERYTHING. Clasp hands in front of body.



TROLLEY TRAVEL. Palm up, fingers closed, thumb pointing in direction of motion, jerk hand horizontally.



BRIDGE TRAVEL. Arm extended forward, hand open and slightly raised, make pushing motion in direction of travel.




MULTIPLE TROLLEYS. Hold up one finger for block marked "1" and two fingers for block marked "2". Regular signals follow.



MAGNET IS DISCONNECTED. Crane operator spreads both hands apart - palms up.







STOP. Arm extended, palm down, hold position rigidly.



EMERGENCY STOP. Arm extended, palm down, move hand rapidly right and left.

# APPENDIX C

## WIRE ROPE CLIPS

### How to Attach Wire Rope Clips

U-Bolt Clip




Thimble

U-Bolt of **all** clips on dead end of rope.

Never stagger clips.

Never put U-Bolt of clip on live end of rope.

Fist Grip Clip




Thimble

*Note.* D=six times diameter of wire rope.

NUMBER OF CLIPS AND THE PROPER TORQUE NECESSARY TO ASSEMBLE WIRE ROPE EYE LOOP CONNECTIONS WITH A PROBABLE EFFICIENCY NOT MORE THAN 80 PERCENT

| Rope diameter (in.) | Nominal size of clips | Number of clips | Torque to be applied to nuts of clips (ft-lbs) |
|---|---|---|---|
| 5/16 | 3/8 | 3 | 25 |
| 3/8 | 3/8 | 3 | 25 |
| 7/16 | 1/2 | 4 | 40 |
| 1/2 | 1/2 | 4 | 40 |
| 5/8 | 5/8 | 4 | 65 |
| 3/4 | 3/4 | 4 | 100 |
| 7/8 | 1 | 5 | 165 |
| 1 | 1 | 5 | 165 |
| 1 1/4 | 1 1/4 | 5 | 250 |
| 1 3/8 | 1 1/2 | 6 | 375 |
| 1 1/2 | 1 1/2 | 6 | 375 |
| 1 3/4 | 1 3/4 | 6 | 560 |

The spacing of clips should be six times the diameter of the wire rope. To assemble a satisfactory end to end connection, the number of clips indicated above should be increased by two, and the proper torque remain unchanged.



# APPENDIX D

## STAIRS AND RAMPS




STAIRWAY NOMENCLATURE




CLEARANCES AND HANDRAIL HEIGHTS
(SEE TABLE OF PROPORTIONS)




GRAPHIC ANALYSIS

## STAIRS AND RAMPS—Continued

### TABLE OF PROPORTIONS

BASED ON FORMULA: $T = \frac{R}{\tan[(R-3)8^\circ]}$

| | HH HANDRAIL HEIGHT (Inches) | RISER (Inches) | EFFECTIVE TREAD (Inches) | ANGLE (φ) (Degrees) | HEAD CLEARANCES Y VERTICAL (Inches) | HEAD CLEARANCES N NORMAL TO SLOPE (In.) |
|---|---|---|---|---|---|---|
| RAMPS | 39 | — | — | 2° | 84 | |
| | | — | — | 4° | 84 | |
| | | — | — | 6° | 84 | |
| MONUMENTAL OR EXTERIOR | 36 | 4.00 | 28.5 | 8° | 84 | |
| | | 4.25 | 24.1 | 10° | 84 | |
| | 35 | 4.50 | 21.2 | 12° | 85 | |
| | | 4.75 | 19.1 | 14° | 85 | |
| | 34 | 5.00 | 17.4 | 16° | 85 | |
| | | 5.25 | 16.2 | 18° | 86 | |
| | 33 | 5.50 | 15.1 | 20° | 86 | |
| | | 5.75 | 14.2 | 22° | 86 | |
| INTERIOR | 32 | 6.00 | 13.5 | 24° | 87 | |
| | | 6.25 | 12.8 | 26° | 87 | |
| | | 6.50 | 12.2 | 28° | 88 | |
| | | 6.75 | 11.7 | 30° | 89 | |
| | 33 | 7.00 | 11.2 | 32° | 90 | |
| | | 7.25 | 10.7 | 34° | 91 | |
| | | 7.50 | 10.3 | 36° | 92 | |
| | | 7.75 | 9.9 | 38° | 93 | |
| FIXED INCLINED (STEPLADDER, SHIP'S LADDER) | 34 | 8.00 | 9.5 | 40° | | 72 |
| | | 8.25 | 9.2 | 42° | | 71 |
| | | 8.50 | 8.8 | 44° | | 69 |
| | | 8.75 | 8.5 | 46° | | 68 |
| | 33 | 9.00 | 8.1 | 48° | | 66 |
| | | 9.25 | 7.8 | 50° | | 64 |
| | | 9.50 | 7.4 | 52° | | 62 |
| | | 9.75 | 7.1 | 54° | | 59 |
| | 32 | 10.00 | 6.7 | 56° | | 57 |
| RAIL AND RUNG LADDER | | 12.00 max. | — | 76° | | 36 |
| | | | — | 82° | | 32 |
| | | | — | 90° | | 30 |



## APPENDIX E

## FIXED LADDERS AND GUARD RAILS




THROUGH LADDER
LESS THAN 20 FT. HIGH

SIDE-STEP LADDER
LESS THAN 20 FT. HIGH




SECTION A-A

SECTIONAL ELEVATION

A REASONABLY SAFE ACCESS HATCH

*Note.* See USAS A 14.3 for design requirements.

# APPENDIX E (Cont.)
## FIXED LADDERS AND GUARD RAILS




DEFLECTOR PLATES
FOR HEAD HAZARDS




CENTERED SIDE LADDER




END SIDE LADDER

NOTE:




END THROUGH LADDER

WALKWAY SIDE LADDER

GUARD RAILS AT LADDERS



# APPENDIX E (Cont.)
## FIXED LADDERS AND GUARD RAILS




SHORT LADDERS AT ELEVATED LOCATIONS




ROOF LADDER




LADDER FAR
FROM WALL




CLEARANCE FOR
UNAVOIDABLE OBSTRUCTION
AT REAR OF LADDER




MINIMUM LADDER
CLEARANCES

# APPENDIX E (Cont.)

## FIXED LADDERS AND GUARD RAILS




THROUGH LADDER SIDE-STEP LADDER
OVER 20 FT. HIGH




BASKET GUARD




BASKET GUARD HOOP




INCLINED LADDER
AT ELEVATED LOCATION
(for special hazard only)




CLEARANCE DIAGRAM

*Note.* Ladder devices are recommended on vertical ladders of any length.



# APPENDIX F

## TRENCH SHORING

*Position of Walers Before Placing Sheet Piling for Shoring Trenches*



## APPENDIX G

## TRENCH SHORING WITH TRENCH JACKS FOR CROSS BRACES






## APPENDIX H

## METHOD OF BRACING WHEN TWO LENGTHS OF SHEET PILING ARE USED



# APPENDIX I

## BRACING WITH JACK SCREWS IN HARD SOIL






# APPENDIX J

## AMERICAN TABLE OF DISTANCES FOR STORAGE OF EXPLOSIVES

As Revised and Approved by the Institute of Makers of Explosives
June 5, 1964

| Explosives | | Distances in feet when storage is barricaded | | | |
|---|---|---|---|---|---|
| Pounds over | Pounds not over | Inhabited Buildings | Passenger railways | Public highways | Separation of Magazines |
| 2 | 5 | 70 | 30 | 30 | 6 |
| 5 | 10 | 90 | 35 | 35 | 8 |
| 10 | 20 | 110 | 45 | 45 | 10 |
| 20 | 30 | 125 | 50 | 50 | 11 |
| 30 | 40 | 140 | 55 | 55 | 12 |
| 40 | 50 | 150 | 60 | 60 | 14 |
| 50 | 75 | 170 | 70 | 70 | 15 |
| 75 | 100 | 190 | 75 | 75 | 16 |
| 100 | 125 | 200 | 80 | 80 | 18 |
| 125 | 150 | 215 | 85 | 85 | 19 |
| 150 | 200 | 235 | 95 | 95 | 21 |
| 200 | 250 | 255 | 105 | 105 | 23 |
| 250 | 300 | 270 | 110 | 110 | 24 |
| 300 | 400 | 295 | 120 | 120 | 27 |
| 400 | 500 | 320 | 130 | 130 | 29 |
| 500 | 600 | 340 | 135 | 135 | 31 |
| 600 | 700 | 355 | 145 | 145 | 32 |
| 700 | 800 | 375 | 150 | 150 | 33 |
| 800 | 900 | 390 | 155 | 155 | 35 |
| 900 | 1,000 | 400 | 160 | 160 | 36 |
| 1,000 | 1,200 | 425 | 170 | 165 | 39 |
| 1,200 | 1,400 | 450 | 180 | 170 | 41 |
| 1,400 | 1,600 | 470 | 190 | 175 | 43 |

## APPENDIX J (Cont.)
## AMERICAN TABLE OF DISTANCES FOR STORAGE OF EXPLOSIVES

| Explosives | | Distances in feet when storage is barricaded | | | |
|---|---|---|---|---|---|
| Pounds over | Pounds not over | Inhabited Buildings | Passenger railways | Public highways | Separation of Magazines |
| 1,600 | 1,800 | 490 | 195 | 180 | 44 |
| 1,800 | 2,000 | 505 | 205 | 185 | 45 |
| 2,000 | 2,500 | 545 | 220 | 190 | 49 |
| 2,500 | 3,000 | 580 | 235 | 195 | 52 |
| 3,000 | 4,000 | 635 | 255 | 210 | 58 |
| 4,000 | 5,000 | 685 | 275 | 225 | 61 |
| 5,000 | 6,000 | 730 | 295 | 235 | 65 |
| 6,000 | 7,000 | 770 | 310 | 245 | 68 |
| 7,000 | 8,000 | 800 | 320 | 250 | 72 |
| 8,000 | 9,000 | 835 | 335 | 255 | 75 |
| 9,000 | 10,000 | 865 | 345 | 260 | 78 |
| 10,000 | 12,000 | 875 | 370 | 270 | 82 |
| 12,000 | 14,000 | 885 | 390 | 275 | 87 |
| 14,000 | 16,000 | 900 | 405 | 280 | 90 |
| 16,000 | 18,000 | 940 | 420 | 285 | 94 |
| 18,000 | 20,000 | 975 | 435 | 290 | 98 |
| 20,000 | 25,000 | 1,055 | 470 | 315 | 105 |
| 25,000 | 30,000 | 1,130 | 500 | 340 | 112 |
| 30,000 | 35,000 | 1,205 | 525 | 360 | 119 |
| 35,000 | 40,000 | 1,275 | 550 | 380 | 124 |
| 40,000 | 45,000 | 1,340 | 570 | 400 | 129 |
| 45,000 | 50,000 | 1,400 | 590 | 420 | 135 |
| 50,000 | 55,000 | 1,460 | 610 | 440 | 140 |
| 55,000 | 60,000 | 1,515 | 630 | 455 | 145 |
| 60,000 | 65,000 | 1,565 | 645 | 470 | 150 |
| 65,000 | 70,000 | 1,610 | 660 | 485 | 155 |
| 70,000 | 75,000 | 1,655 | 675 | 500 | 160 |



## APPENDIX J (Cont.)
## AMERICAN TABLE OF DISTANCES FOR STORAGE OF EXPLOSIVES

| Explosives | | Distances in feet when storage is barricaded | | | |
|---|---|---|---|---|---|
| Pounds over | Pounds not over | Inhabited Buildings | Passenger railways | Public highways | Separation of Magazines |
| 75,000 | 80,000 | 1,695 | 690 | 510 | 165 |
| 80,000 | 85,000 | 1,730 | 705 | 520 | 170 |
| 85,000 | 90,000 | 1,760 | 720 | 530 | 175 |
| 90,000 | 95,000 | 1,790 | 730 | 540 | 180 |
| 95,000 | 100,000 | 1,815 | 745 | 545 | 185 |
| 100,000 | 110,000 | 1,835 | 770 | 550 | 195 |
| 110,000 | 120,000 | 1,855 | 790 | 555 | 205 |
| 120,000 | 130,000 | 1,875 | 810 | 560 | 215 |
| 130,000 | 140,000 | 1,890 | 835 | 565 | 225 |
| 140,000 | 150,000 | 1,900 | 850 | 570 | 235 |
| 150,000 | 160,000 | 1,935 | 870 | 580 | 245 |
| 160,000 | 170,000 | 1,965 | 890 | 590 | 255 |
| 170,000 | 180,000 | 1,990 | 905 | 600 | 265 |
| 180,000 | 190,000 | 2,010 | 920 | 605 | 275 |
| 190,000 | 200,000 | 2,030 | 935 | 610 | 285 |
| 200,000 | 210,000 | 2,055 | 955 | 620 | 295 |
| 210,000 | 230,000 | 2,100 | 980 | 635 | 315 |
| 230,000 | 250,000 | 2,155 | 1,010 | 650 | 337 |
| 250,000 | 275,000 | 2,215 | 1,040 | 670 | 360 |
| 275,000 | 300,000 | 2,275 | 1,075 | 690 | 385 |

*Note 1.* "Explosives" means any chemical compound, mixture, or device, the primary or common purpose of which is to function by explosion, i.e., with substantially instantaneous release of gas and heat, unless such compound, mixture, or device is otherwise specifically classified by the Interstate Commerce Commission.

*Note 2.* "Magazine" means any building or structure, other than an explosives manufacturing building, used for the permanent storage of explosives.

## APPENDIX J (Cont.)
## AMERICAN TABLE OF DISTANCES FOR STORAGE OF EXPLOSIVES

*Note 3.* "Natural Barricade" means natural features of the ground, such as hills, or timber of sufficient density that the surrounding exposures which require protection cannot be seen from the magazine when the trees are bare of leaves.

*Note 4.* "Artificial Barricade" means an artificial mound or revetted wall of earth of a minimum thickness of three feet.

*Note 5.* "Barricaded" means that a building containing explosives is effectually screened from a magazine, building, railway, or highway, either by a natural barricade, or by an artificial barricade of such height that a straight line from the top of any sidewall of the building containing explosives to the eave line of any magazine, or building, or to a point twelve feet above the center of a railway or highway, will pass through such intervening natural or artificial barricade.

*Note 6.* When a building containing explosives is not barricaded, the distances shown in the Table should be doubled.

*Note 7.* "Inhabited Building" means a building regularly occupied in whole or in part as a habitation for human beings, or any church, schoolhouse, railroad station, store, or other structure where people are accustomed to assemble, except any building or structure occupied in connection with the manufacture, transportation, storage, or use of explosives.

*Note 8.* "Railway" means any steam, electric, or other railroad or railway which carries passengers for hire.

*Note 9.* "Highway" means any public street or public road.

*Note 10.* When two or more storage magazines are located on the same property, each magazine must comply with the minimum distances specified from inhabited buildings, railways, and highways, and in addition, they



## APPENDIX J (Cont.)
AMERICAN TABLE OF DISTANCES FOR STORAGE OF EXPLOSIVES

should be separated from each other by not less than the distances shown for "Separation of Magazine," except that the quantity of explosives contained in cap magazines shall govern in regard to the spacing of said cap magazines from magazines containing other explosives. If any two or more magazines are separated from each other by less than the specified "Separation of Magazines" distances, then such two or more magazines, as a group, must be considered as one magazine, and the total quantity of explosive stored in such group must be treated as if stored in a single magazine located on the site of any magazine of the group, and must comply with the minimum of distances specified from other magazines, inhabited buildings, railways, and highways.

*Note 11.* The Institute of Makers of Explosives does not approve the permanent storage of more than 300,000 pounds of commercial explosives in one magazine or in a group of magazines which is considered as one magazine.

*Note 12.* This Table applies only to the manufacture and permanent storage of commercial explosives. It is not applicable to transportation of explosives, or any handling or temporary storage necessary of incident thereto. It is not intended to apply to bombs, projectiles, or other heavily encased explosives.

*Note 13.* All types of blasting caps in strengths through No. 8 cap should be rated at 1½ pounds of explosives per 1,000 caps. For strengths higher than No. 8 cap, consult the manufacturer.

*Note 14.* For quantity and distance purposes detonating fuse up to 60 grains per foot should be calculated as equivalent to 9 lbs. of high explosives per 1,000 feet. Heavier cord loads should be rated proportionately.

## APPENDIX K
## POWER FIRING SYSTEM






## APPENDIX L
## INSPECTION SCHEDULE FIRE PROTECTIVE EQUIPMENT

**A. Item of Inspection.**

| Item | Inspection interval | Procedure reference |
|---|---|---|
| *Automatic and manual protective equipment* | | |
| Main Generator $CO_2$ System, Oil Storage Room $CO_2$ System and Oil Purification Room $CO_2$ System | M–SA | 1 |
| Sprinkler System | Bimonthly | 2 |
| Fire Doors and Shutters | M–SA | 3 |
| *Portable protective equipment* | | |
| Carbon dioxide ($CO_2$) Extinguisher, Portable and Wheeled Type | M–SA | 4 |
| Dry Chemical Extinguishers, Portable and Wheeled Type | M–SA | 5 |
| Loaded Stream Type Extinguisher | M–SA–A | 6 |
| Foam Extinguishers Portable and Wheeled Type | M–SA–A | 7 |
| Soda and Acid Extinguishers, Portable and Wheeled Type | M–SA–A | 8 |
| Water Type Extinguishers | M–SA–A | 9 |
| Fire Pails, Drums, Tanks | W | 10 |
| Transformer Fog System | D–SA | 11 |
| Fire Hose | M–A | 12 |
| *Fire alarm system* | | |
| Area Fire Signal | D–M | 13 |
| Station Fire Alarms | M | 14 |

## B. Frequency of Inspection.

| *Procedure reference* | *Inspection interval* | *Procedure* |
|---|---|---|
| 1. Main Generator $CO_2$ System, Oil Storage $CO_2$ System and Oil Purification $CO_2$ System. | Monthly ------ | Check electrical control circuits to see that same are in the ON position. Check all indicating lights to se that same are ON. |
| | Semiannually-- | Check every cyinder to see that it is mounted properly and weigh to see that it has full charge. Check in detail the tripping devices in accordance with the equipment manufacturers manual and recommendations. |
| 2. All Water Spray Systems. | Bimonthly----- | Make visual inspection of water spray system water supply control. Start fire pumps, thereby building up pressure on water lines and flush out lines by opening flushing valve at end of line. Check fire pumps for leakage and proper operation. |
| 3. Fire Doors and Shutters. | Monthly ------ | Inspect and manually operate fire doors and dampers. Make repairs as needed. |
| | Semiannually-- | Test automatic operation of automatic fire doors and dampers. Lubricate rollers and clean out channels. |
| 4. Carbon Dioxide ($CO_2$), Extinguishers, Portable and Wheeled Type. | Monthly ------ | Check all extinguishers for proper location. Make sure that extinguisher is not subjected to high temperatures or located in direct rays of sun. Check lead wire seal and plastic seal on pressure release disk, if damaged or broken, check charge. Check hoses, nozzles, shells, brackets, and supports for deficiencies and correct. |
| | Semiannually-- | Weigh all extinguishers to insure full charge. Recharge if loss is 10 percent or more of rated capacity. Lubricate wheels on wheeled type. |
| 5. Dry Chemical Extinguishers, Portable and Wheeled Type. | Monthly ------ | Check all extinguishers for proper location. Make visual inspection and, if any show signs of having been used, check charge and restore to normal. Check hoses, nozzles, brackets, and suports for deficiencies and correct. Pressurized units—check gauge pressure for full charge. |
| | Semiannually-- | Non-Pressurized units—remove cartridges and weigh. Examine chemical to see that it is freely running, powdery condition. DO NOT |

| Procedure reference | Inspection interval | Procedure |
|---|---|---|
| | | MIX THE VARIOUS TYPES OF DRY CHEMICALS. Wheeled type—check racks and lubricate wheels. |
| 6. Loaded Stream Type Extinguishers. | Monthly | Check all extinguishers for proper location. Make visual inspection and, if any show signs of having been used, check charge and restore to normal. Check hoses, nozzles, brackets, and supports, and correct deficiencies. |
| | Semiannually | Weigh cartridge and replace if loss exceeds stamped instructions. See that material is at the proper level. Examine inside of extinguisher and filler neck for corrosion, dents, and other damage. |
| | Annually | Stored-pressure units will be checked for pressure indication in operable range. All extinguishers except stored-pressure type must be discharged and recharged, and inspected annually. |
| 7. Foam Extinguishers, Portable and Wheeled. | Monthly | Check all extinguishers for proper location. Make visual inspection and, if any show signs of having been used, check charge and restore to normal. Check condition of tank, hoses, nozzles, orifices, brackets, and supports for deficiences and correct. |
| | Semiannually | Remove caps and examine tank interior visually for corrosion and damage. Check quantity of contents, inter-chamber stopper for freedom of movement, and gasket and filler collar for breaks, grooves, dents, or other damage. Lubricate wheels on wheeled type. |
| | Annually | Discharge and recharge all foam types annually. |
| 8. Soda Acid Extinguishers, Portable and Wheeled Type. | Monthly | Check all extinguishers for proper location. Make visual inspection and if any show signs of having been used, check charge and restore to normal. Check tanks for external damage, corrosion, and leaks. Check hoses, nozzles, orifices, brackets, and supports and correct deficiencies. |
| | Semiannually | Remove cap and blow through nozzle to insure waterway is unobstructed. Use a short hose or tube for mouthpiece. Check tank interior, gaskets, and filling collar for corrosion breaks, |

| Procedure reference | Inspection interval | Procedure |
|---|---|---|
| | | dents, foreign material, or other damage. Remove acid bottle and check quantity of soda solution by filler mark. Check for soda cake on bottom using small wooden rod or stick and recharge if excessive. Do not scratch lead coating on interior of extinguisher. Check quantity of acid. Excess indicates water absorption and need for fresh acid. Inspect acid bottle stopper for freedom of movement, acid bottle for cracks, and cage holder for weak spots. Lubricate wheels on wheeled type. |
| | Annually | Discharge and recharge all soda acid types annually. |
| 9. Water Type Extinguisher. (a) Pump Type. (b) Plain Water, Calcium Chloride Type. (c) Extinguishers Using an Acid | Monthly | Check all extinguishers for proper location, leaks, damage, and clear orifices. Operate pumps in pump types. |
| | Semiannually | Tighten packing gland on pump type to stop leaks. Oil pump pumper rod. Remove and weigh carbon dioxide cartridge. If weight is less than allowance specified on container, replace cartridge. Inspect interior, gaskets, and |





| Procedure reference | Inspection interval | Procedure |
|---|---|---|
| Reaction to Expel Liquid. | | filler collar for corrosion, breaks, dents, or other damage. |
| | Annually | Extinguishers of the acid reaction type must be discharged and recharged annually and all parts carefully inspected. |
| 10. Fire Pails, Drums, Tanks. | Weekly | Check items for condition and proper location. Remove trash and refill if necessary. Check anti-freeze solution as required. |
| 11. Transformer Fog System. | Daily | See that pilot lights are burning indicating that power is on and system is ready for automatic operation. Make visual inspection of nozzle piping at transformers. |
| | Semiannually | Make complete overall test while transformer bank is out of service. Operate tripping devices and actually operate the entire system to see that it is operating properly. Make thorough inspection of each head and coverage of spray. |
| 12. Fire Hose. | Monthly | Make a visual inspection of nozzle, hose, and connections. Be sure hose is hung in proper position for use in case of fire. Defective hose is to be discarded and replaced with new hose. |
| | Annually | Test flow from hydrant and test hose. |

| *Procedure reference* | *Inspection interval* | *Procedure* |
|---|---|---|
| 13. Area Fire Signal. | Daily---------- | Test operate fire signal. |
| | Monthly ------ | Service fire signal and controls. |
| 14. Stations Fire Alarms. | Monthly ------ | Check system for proper operation. Check controls, relays, bells, gongs, and other equipment. If the station automatic telephone system is used for fire alarm purposes, check in accordance with inspection and test of station telephone system. |



# APPENDIX M

## REFERENCE MATERIAL

A. American Standards Association (United States of America Standards Institute)

1. Conveyors, Cableways, and Related Equipment, Safety Code for—B 20.1.
2. Electric Arc-Welding Apparatus, Requirements for—C 87.1.
3. Elevators, Dumbwaiters, and Moving Walks, Safety Code for—A 17.1.
4. Fixed Ladders, Safety Code for—A 14.3.
5. Head, Eye, and Respiratory Protection, Safety Code for—Z 2.1.
6. Industrial Accident Prevention Signs, Specifications for—Z 35.1.
7. Industrial Lighting, Practice for—A 11.1.
8. Marking Physical Hazards and the Identification of Certain Equipment, Safety Color Code for—Z 53.1.
9. National Electrical Code—C 1.
10. National Electrical Safety Code—C 2.
11. Portable Metal Ladders, Safety Code for—A 14.2.
12. Portable Wood Ladders, Safety Code for—A 14.1.
13. Pressure Piping, Code for—B 31.1.
14. Specifications for Rubber Protective Equipment for Electrical Workers—J 6.
15. Uniform Traffic Control Devices for Streets and Highways, Manual on—D 6.1.
16. Welding and Cutting, Safety in—Z 49.1.
17. Woodworking Machinery, Safety Code for—O 1.1.
18. Workmen's Hoists, Safety Requirements for—A 10.4.

B. American Concrete Institution Publication SP4—Formwork for Concrete.

C. American Conference of Governmental Industrial Hygienists Pamphlet—Threshold Limit Values.

D. American Society of Mechanical Engineers.
  1. Boiler Construction Code.
  2. Code for Unfired Pressure Vessels.

E. Code of Federal Regulations.
  1. Title 10, Chapter I.
  2. Title 33, Chapter II.
  3. Title 46, Chapter I, Sub-chapter Q.
  4. Title 46, Chapter I, Sub-chapter T.

F. E. I. DuPont de Nemours and Co., Inc.—Blaster's Handbook.

G. Federal Aviation Agency Regulations.

H. Federal Specifications for Helmet, Construction Workers GGG–H142C.

I. Interstate Commerce Commission Regulations on Compressed Gas Cylinders.

J. Institute of Makers of Explosives.
  1. Suggested Code for the Manufacture, Transportation, Storage, and Use of Explosives and Blasting Agents.
  2. Standard Storage Magazines—Pamphlet No. 1.

K. Manufacturing Chemists Association, Safety Guide SG–10—Entering Tanks and Other Enclosed Spaces.

L. Military Standard 101A—Color Code for Compressed Gas Cylinders.

M. National Fire Protection Association.
  1. Fire Protection Handbook.
  2. National Fire Codes.

N. Underwriters' Laboratories, Inc. Lists.

O. U.S. Department of Commerce, National Bureau of Standards Handbook No. 59—Permissible Dose From External Sources of Ionizing Radiation.

P. U.S. Department of Interior.
  1. Permissible Mine Equipment.
    (a) Bureau of Mines Bulletin B 543.



    (b) Bureau of Mines Information Circulars IC 7722, IC 7840, IC 7957, IC 8070.
  2. Respiratory Protective Devices Approved by the Bureau of Mines—Information Circular IC 7885.

Q. U.S. Navy Diving Manual, NAVSHIPS 250–538.

# INDEX


| | Section | Paragraph | Page |
|---|---|---|---|
| Access Facilities (General) | XXX | 30.A | 124 |
| Accessways and Passageways (to Floating Plants) | XXVI | 26.B | 118 |
| Accident Reporting and Records | II | 02.A | 2 |
| Aircraft (General) | XX | 20.A | 73 |
| Airfield Construction Operations (Warning Marking and Lighting) | X | 10.D | 25 |
| Blasting (General) | XXV | 25.A | 104 |
| Blasting, Inspection | XXV | 25.K | 114 |
| Blasting, Misfires | XXV | 25.L | 115 |
| Blasting (Tunnel Excavation) | XXIV | 24.C | 101 |
| Boilers and Systems | XXI | 21.C | 78 |
| Brick | XI | 11.D | 28 |
| Building Spacing (Fire Prevention) | XII | 12.C | 31 |
| Burning Areas (Fire Prevention) | XII | 12.H | 37 |
| Cement and Lime | XI | 11.C | 28 |
| Chains | XVII | 17.D | 54 |
| Chains and Ropes (General) | XVII | 17.A | 51 |
| Clearance Procedure (General) | XXVIII | 28.A | 122 |
| Coffer-Dams (Excavation) | XXIII | 23.D | 98 |
| Compressed Air and Gas Equipment and Systems | XXI | 21.B | 76 |
| Confined or Inclosed Space, Work in (General) | XXVII | 27.A | 121 |
| Construction Equipment Operators | V | 05.A | 7 |
| Conveyors, Cableways and Related Equipment | XVIII | 18.M | 65 |
| Cranes, Floating | XVIII | 18.G | 62 |
| Cranes, Pedestal Mounted and Derricks | XVIII | 18.F | 61 |
| Cranes, Portal, Hammerhead and Tower Cranes | XVIII | 18.E | 61 |




AGO 10009C


| | Section | Paragraph | Page |
|---|---|---|---|
| Cranes, Wheel Mounted | XVIII | 18.D | 60 |
| Crawler, Truck and Wheel Mounted Cranes | XVIII | 18.D | 60 |
| Crushed Stone (Materials Handling) | XI | 11.H | 29 |
| Cylinders, Compressed Gas | XXI | 21.D | 79 |
| Damage and Vibration Control, Blasting | XXV | 25.C | 106 |
| Derricks | XVIII | 18.F | 61 |
| Disposal, Materials Handling (General) | XI | 11.A | 26 |
| Disposal of Waste Material | XI | 11.K | 30 |
| Diving Equipment and Procedure | VII | 07.I | 16 |
| Drilling | XXV | 25.G | 111 |
| Drills, on Floating Plants | XXVI | 26.D | 120 |
| Drinking Water | III | 03.A | 3 |
| Electric Equipment, Welding | XIV | 14.C | 42 |
| Electrical Wiring and Apparatus (General) | XV | 15.A | 43 |
| Electromagnetic Radiation | XXV | 25.B | 106 |
| Elevators, Passenger and Freight | XVIII | 18.H | 62 |
| Emergency Plans (General) | VI | 06.A | 8 |
| Employees, Physical Qualifications (General) | V | 05.A | 7 |
| Equipment, Construction Operators | V | 05.A | 7 |
| Excavations (General) | XXIII | 23.A | 89 |
| Excavation (with Coffer-Dams) | XXIII | 23.D | 98 |
| Explosives, Firing | XXV | 25.J | 113 |
| Explosives, Handling | XXV | 25.E | 109 |
| Explosives, Loading | XXV | 25.H | 112 |
| Explosives, Storage | XXV | 25.F | 110 |
| Explosives, Transportation | XXV | 25.D | 107 |
| Explosives, Wiring | XXV | 25.I | 112 |
| Falsework (General) | XXIX | 29.A | 123 |
| Fire Alarm Devices | XIII | 13.E | 40 |
| Fire Fighting Equipment (Marine) | VII | 07.H | 15 |


AGO 10009C

| | Section | Paragraph | Page |
|---|---|---|---|
| Fire Fighting Organizations, Training and Drilling | XIII | 13.F | 40 |
| Fire Patrols | XIII | 13.B | 39 |
| Fire Prevention (General) | XII | 12.A | 30 |
| Fire Prevention, Building and Material Spacing | XII | 12.C | 31 |
| Fire Prevention, Burning Areas | XII | 12.H | 37 |
| Fire Prevention, Cleanup and Housekeeping | XII | 12.B | 31 |
| Fire Prevention, Liquefied Petroleum Gases | XII | 12.I | 38 |
| Fire Prevention, Miscellaneous | XII | 12.G | 37 |
| Fire Protection, Apparatus, and Equipment | XIII | 13.D | 40 |
| Fire Protection, First Aid | XIII | 13.A | 38 |
| Fire Protection, Miscellaneous | XIII | 13.G | 40 |
| Fire Protection, Water Supply and Distribution | XIII | 13.C | 39 |
| First Aid, Fire Protection | XIII | 13.A | 38 |
| First Aid Kits | IV | 04.B | 6 |
| First Aid Station | IV | 04.C | 6 |
| Floor, Openings | XXXI | 31.A | 127 |
| Floor, Partition Blocks | XI | 11.E | 28 |
| Food Service | III | 03.D | 4 |
| Formwork and Falsework (General) | XXIX | 29.A | 123 |
| Fueling, Motor Vehicles | XIX | 19.D | 73 |
| Gas Equipment (Welding) | XIV | 14.B | 42 |
| Gas, Liquefied Petroleum (Fire Prevention) | XII | 12.I | 38 |
| Gravel ( Materials Handling) | XI | 11.H | 29 |
| Grounding, Wiring | XV | 15.C | 45 |
| Guarding and Safety Devices, Machinery (General) | XVIII | 18.B | 58 |
| Hammerhead Cranes | XVIII | 18.E | 61 |
| Haulage (Tunnel Excavation) | XXIV | 24.D | 103 |
| Headgear, Protective | VII | 07.C | 12 |
| Heating Devices and Systems | XII | 12.D | 32 |




AGO 10009C


| | Section | Paragraph | Page |
|---|---|---|---|
| Hoisting Equipment (General) | XVIII | 18.C | 59 |
| Hoisting Equipment Operators | V | 05.A | 7 |
| Hoists, Material | XVIII | 18.J | 62 |
| Hoists, Workmen's | XVIII | 18.I | 62 |
| Hot Substances | VIII | 08.B | 17 |
| Housekeeping | XI | 11.J | 29 |
| Housekeeping, Fire Prevention | XII | 12.B | 31 |
| Inclosed Space, Work in (General) | XXVII | 27.A | 121 |
| Infirmary | IV | 04.D | 6 |
| Insects, Protection Against | VIII | 08.C | 18 |
| Instruction and Training | I | 01.A | 1 |
| Ladders | XXX | 30.B | 124 |
| Launches, Motorboats, and Skiffs | XXVI | 26.C | 119 |
| Lifesaving | VII | 07.G | 15 |
| Lighting (General) | IX | 09.A | 22 |
| Lighting, Airfield Construction Operations | X | 10.D | 25 |
| Liquids, Flammable and Combustible | XII | 12.E | 33 |
| Loading, Motor Vehicles | XIX | 19.E | 73 |
| Lumber | XI | 11.B | 27 |
| Lumber Spacing, Fire Prevention | XII | 12.C | 31 |
| Machinery, Crawler, Truck and Wheel Mounted Cranes | XVIII | 18.D | 60 |
| Machinery, Guarding and Safety Devices (General) | XVIII | 18.B | 58 |
| Machinery and Mechanized Equipment (General) | XVIII | 18.A | 54 |
| Marine Locations and Floating Plant (General) | XXVI | 26.A | 115 |
| Materials Handling (General) | XI | 11.A | 26 |
| Medical Facilities (General) | IV | 04.A | 5 |
| Medical Personnel and Qualifications | IV | 04.E | 7 |
| Medical Records | IV | 04.A | 5 |


AGO 10009C

| | Section | Paragraph | Page |
|---|---|---|---|
| Motorboats | XXVI | 26.C | 119 |
| Motor Vehicles (General) | XIX | 19.A | 68 |
| Nets, Safety | VII | 07.D | 12 |
| Noise Control | XXXII | 32.A | 127 |
| Openings, Floor and Wall | XXXI | 31.A | 127 |
| Operators, Motor Vehicles | V | 05.A | 7 |
| Overhead Lines, Wiring | XV | 15.E | 46 |
| Paints and Painting, Flammable | XII | 12.F | 36 |
| Partition Blocks, Floor and Wall | XI | 11.E | 28 |
| Passageways, Floating Plant | XXVI | 26.B | 118 |
| Physical Qualifications of Employees (General) | V | 05.A | 7 |
| Pile Drivers | XVIII | 18.K | 63 |
| Piling, Round Wood, or Poles | XI | 11.I | 29 |
| Pipe | XI | 11.G | 29 |
| Pipeline Dredges | XXVI | 26.E | 121 |
| Plant (Floating) and Marine Locations (General) | XXVI | 26.A | 115 |
| Plants, Poisonous | VIII | 08.D | 19 |
| Platforms (General) | XXII | 22.A | 81 |
| Pneumatic Tools | XVI | 16.D | 49 |
| Poisonous and Harmful Substances (General) | VIII | 08.A | 16 |
| Poisons, | VIII | 08.E | 19 |
| Portal, Hammerhead and Tower Cranes | XVIII | 18.E | 61 |
| Pressurized Equipment and Systems (General) | XXI | 21.A | 74 |
| Protection, Wiring Disconnect and Overcurrent | XV | 15.B | 44 |
| Protective Apparel, Personal (General) | VII | 07.A | 9 |
| Radiological | VIII | 08.F | 20 |
| Ramps (General) | XXII | 22.A | 81 |
| Ramps and Trestles | XXII | 22.D | 86 |
| Reinforcing, Sheet | XI | 11.F | 28 |





| | Section | Paragraph | Page |
|---|---|---|---|
| Reporting and Records, Accidents | II | 02.A | 2 |
| Respiratory Protection | VII | 07.B | 11 |
| Ring Buoys | VII | 07.F | 14 |
| Roofing Devices and Practices | XXII | 22.C | 86 |
| Rope, Fiber | XVII | 17.E | 54 |
| Rope, Wire | XVII | 17.C | 52 |
| Ropes and Chains (General) | XVII | 17.A | 51 |
| Ropes and Chains, Slings | XVII | 17.B | 52 |
| Round Wood Piling or Poles | XI | 11.I | 29 |
| Runways (General) | XXII | 22.A | 81 |
| Safety Devices, Machinery | XVIII | 18.B | 58 |
| Safety Equipment, Personal | VII | 07.A | 9 |
| Safety Skiffs, Lifesaving | VII | 07.G | 15 |
| Sand (Materials Handling) | XI | 11.H | 29 |
| Saws, Power | XVI | 16.C | 49 |
| Scaffolds (General) | XXII | 22.A | 81 |
| Scaffolds and Towers, Metal | XXII | 22.B | 85 |
| Scaffolds, Outrigger | XXII | 22.F | 87 |
| Scaffolds, Suspended | XXII | 22.G | 88 |
| Scaffolds, Wood Pole | XXII | 22.E | 87 |
| Signalmen (General) | X | 10.A | 23 |
| Signalmen | X | 10.B | 24 |
| Signals (General) | X | 10.A | 23 |
| Signs | X | 10.C | 24 |
| Signs, Warning (General) | X | 10.A | 23 |
| Signs, Warning for Plant and Equipment | X | 10.E | 26 |
| Skiffs | XXVI | 26.C | 119 |
| Slings | XVII | 17.B | 52 |
| Snakes, Protection | VIII | 08.C | 18 |
| Stairways | XXX | 30.C | 126 |
| Storage and Disposal, Materials Handling | XI | 11.A | 26 |
| Structural Steel | XI | 11.F | 28 |
| Toilets | III | 03.B | 3 |
| Tools, Explosive Actuated Fastening | XVI | 16.E | 50 |
| Tools, Grinding | XVI | 16.B | 49 |

| | Section | Paragraph | Page |
|---|---|---|---|
| Tools, Hand and Power (General) | XVI | 16.A | 48 |
| Tools, Pneumatic | XVI | 16.D | 49 |
| Tower Cranes | XVIII | 18.E | 61 |
| Towers, Metal, and Scaffolds | XXII | 22.B | 85 |
| Transportation of Personnel | XIX | 19.C | 72 |
| Trench Excavation | XXIII | 23.B | 93 |
| Truck, Crawler and Wheel Mounted Cranes | XVIII | 18.D | 60 |
| Tunnel Excavation (General) | XXIV | 24.A | 98 |
| Tunnel Portal Preparation | XXIV | 24.B | 101 |
| Tunneling in Soil | XXIV | 24.E | 103 |
| Vehicles, Motor (General) | XIX | 19.A | 68 |
| Vehicles, Motor Operators | V | 05.A | 7 |
| Vehicles, Operating Rules | XIX | 19.B | 70 |
| Vermin, Protection | VIII | 08.C | 18 |
| Vests, Work | VII | 07.E | 14 |
| Vibration Control, Blasting | XXV | 25.C | 106 |
| Wall, Openings | XXXI | 31.A | 127 |
| Wall, Partition Blocks | XI | 11.E | 28 |
| Warning Marking and Lighting, Airfield Construction Operations | X | 10.D | 25 |
| Warning Signs, Plant and Equipment | X | 10.E | 26 |
| Washing Facilities | III | 03.C | 4 |
| Waste Material, Disposal of | XI | 11.K | 30 |
| Waterlights | VII | 07.F | 14 |
| Water Supply and Distribution, Fire Protection | XIII | 13.C | 39 |
| Welding and Cutting (General) | XIV | 14.A | 41 |
| Wire Rope | XVII | 17.C | 52 |
| Wiring, Disconnect and Overcurrent Protection | XV | 15.B | 44 |
| Wiring, Electrical and Apparatus (General) | XV | 15.A | 43 |
| Wiring, Grounding | XV | 15.C | 45 |
| Wiring, Overhead Lines | XV | 15.E | 46 |





| | Section | Paragraph | Page |
|---|---|---|---|
| Wiring, Temporary | XV | 15.D | 46 |
| Woodworking Machinery | XVIII | 18.L | 65 |
| Work Vests | VII | 07.E | 14 |




☆ U.S. Government Printing Office: 1967—258-274/10009C