United States General Accounting Office

GAO

Report to the Chairman, Environment, Energy, and Natural Resources Subcommittee, Committee on Government Operations, House of Representatives

August 1991

# NUCLEAR HEALTH AND SAFETY

## Environmental, Health, and Safety Practices at Naval Reactors Facilities

GAO/RCED-91-157

GAO United States
General Accounting Office
Washington, D.C. 20548

144704

**Resources, Community, and Economic Development Division**

B-243293

August 1, 1991

The Honorable Mike Synar
Chairman, Environment, Energy,
and Natural Resources Subcommittee
Committee on Government Operations
House of Representatives

Dear Mr. Chairman:

This report responds to your request that we review the environmental, health, and safety practices at the Department of Energy's Naval Reactors Program facilities. The report discusses the programs and procedures implemented by Naval Reactors to protect the environment and ensure the health and safety of workers and the public.

Unless you publicly announce its contents earlier, we plan no further distribution of this report until 30 days from the date of this letter. At that time we will send copies of this report to appropriate congressional committees; the Secretary of Energy; and the Director, Office of Management and Budget. We will also make copies available to others upon request.

If you have any questions about this report, please contact me at (202) 275-1441. Major contributors to this report are listed in appendix I.

Sincerely yours,

Victor S. Rezendes
Director, Energy Issues

# Executive Summary

## Purpose

The Department of Energy's (DOE) Naval Reactors Program has been the subject of several allegations concerning poor environmental, health, and safety practices. Naval Reactors presently operates two laboratories and seven small land-based reactors. The allegations involved employees' overexposure to radiation, unsafe reactor design, asbestos problems, and improper radioactive and hazardous waste disposal.

Concerns about the allegations and the program's historically limited external oversight prompted the Chairman, Environment, Energy, and Natural Resources Subcommittee, House Committee on Government Operations, to ask GAO to perform a comprehensive review of environmental, safety, and health issues at Naval Reactors laboratories and prototype sites. The Chairman specifically asked that GAO assess (1) workers' exposure to radiation and other hazardous materials, including asbestos; (2) reactor safety; (3) the adequacy of oversight; and (4) the classification of information, insofar as this could prevent the disclosure of problems.

## Background

Naval Reactors is a joint program of DOE and the Navy. The program is responsible for designing, constructing, operating, and eventually decommissioning nuclear-powered vessels. Naval Reactors contractor-operated laboratories carry out research and development directed toward improving reactor performance and safety. In addition, the laboratories operate prototype reactor training programs that supply the Navy with qualified personnel to operate its vessels.

## Results in Brief

GAO's review of specific environmental and safety programs at Naval Reactors facilities shows no basis for allegations that unsafe conditions exist there or that the environment is being adversely affected by activities conducted there. The programs and procedures implemented by Naval Reactors and its contractors at the laboratories and prototype training sites are adequate to protect workers and the environment from exposures to radioactive and hazardous materials, including asbestos.

The prototype reactor design provides safety measures that are consistent with commercial nuclear power requirements. However, minor environmental and safety incidents have occurred, and as with other nuclear facilities, past activities have left environmental problems that require continuous monitoring and vigilance.

While Naval Reactors has historically been exempt from most oversight, some federal and state environmental oversight agencies have recently been permitted access to Naval Reactors facilities for oversight functions. Naval Reactors also voluntarily interacts with the Nuclear Regulatory Commission (NRC) in activities involving reactor modifications, safety improvements, and component reliability. In addition, Naval Reactors and its contractors have established an extensive internal oversight program that is geared toward reporting the slightest deviations from requirements or procedures.

Given Naval Reactors classification policies and requirements, it does not appear that Naval Reactors routinely overclassifies information to prevent its release to the public to avoid embarrassment. However, GAO did note some instances in which documents were improperly classified.

# Principal Findings

## Workers' Protection Against Exposures

Naval Reactors and its contractors have developed and implemented procedures that are adequate to protect workers from exposure to radiation and other hazardous materials. To control radiation releases and prevent exposures, activities are carried out in shielded cells, glove boxes, and other engineered radiation containment devices. In addition, areas containing radioactive materials and radiological activities are plainly marked or tagged. All radiological workers undergo extensive training on the handling of radioactive materials and on actions to avoid releases. This training is documented and each worker is periodically retrained.

Naval Reactors facilities and workers are constantly monitored to detect releases of radiation. In areas where radiological work is conducted, air is monitored, personnel wear devices to detect radiation, and workers are monitored by radiation-detection instruments when they depart the areas. In addition, radiation-detection devices are placed in rooms, outside of buildings, and around site perimeters. These devices are periodically collected and analyzed. Each laboratory and site conducts routine radiological surveys of facilities either daily, weekly, monthly, or annually depending on the activities conducted.

Radiation-detection devices worn by workers are periodically analyzed and the results recorded in individual personnel exposure records. GAO's

review of these records, incident reports, and historic exposure information dating back to 1967 disclosed no evidence that anyone in the Naval Reactors program has exceeded the federal limit of 5 rem per year, and no one has exceeded the Naval Reactors administrative limit of 2 rem per year since 1984. The system is accurately maintained and reported on annually. In addition, certain workers are required to have periodic urinalysis and lung scans to detect internal radiation exposures. According to health physicists at NRC, the routine bioassaying programs at Naval Reactor laboratories and sites are more extensive than those at most licensed commercial nuclear facilities. For example, most commercial facilities do not perform routine urinalysis while Naval Reactors laboratories do require these on a periodic basis.

Naval Reactors laboratories and sites have implemented procedures to control radioactive and chemical waste. These materials are collected, identified, and stored in designated areas. All of the materials are properly disposed of off-site, and the entire process is documented.

## Asbestos Controls

Procedures and requirements adopted by Naval Reactors either meet or exceed federal standards for asbestos controls. During the review, GAO physically inspected all laboratories and sites, except one small site, and took 57 independent air samples at locations that have a potential for asbestos contamination. While none of the air samples were positive, GAO noted exposed asbestos on piping and two other instances of exposed asbestos. While these were not significant in number and posed no immediate hazard, such instances do require vigilance to reduce the potential for asbestos exposure. Naval Reactors has initiated a 10-year program to remove all asbestos from its facilities. However, until the program is completed, close vigilance must be maintained through periodic inspections to detect potential asbestos hazards.

## Reactor Safety

Naval Reactors prototype reactors are designed and operated in a safe manner. GAO reviewed reactor design information and relevant NRC design analyses and found that the prototype reactors employ engineered safeguard systems designed to improve safety. In addition, any unusual event or deviation from normal reactor operations initiates an "incident report," which describes the event in detail, recommends corrective action, if necessary, and remains open until corrective action is completed by the contractor. GAO's review of over 1,700 incident reports on the prototype reactors disclosed that no significant accident—one resulting in fuel degradation—has ever occurred.

## Oversight at Naval Reactors Laboratories and Sites

Oversight of Naval Reactors laboratories and sites is provided both internally and externally. Naval Reactors headquarters, its field offices, and contractors perform literally hundreds of audits and inspections annually. For example, from January 1988 to December 1990 Naval Reactors field offices performed 919 audits of environmental, health, and safety activities. GAO verified on a selective basis that deficiencies resulting from the audits are tracked until corrections are implemented.

The Environmental Protection Agency and state environmental agencies are also active in performing audits and inspections of Naval Reactors laboratories and sites. Deficiencies reported to Naval Reactors by these agencies are corrected to their satisfaction. In addition, Naval Reactors frequently has requested NRC to review various reactor designs and design modifications and has acted in response to certain comments.

## Classification Practices at Naval Reactors

Naval Reactors classification practices are not directed toward classifying information to prevent disclosures of problems at laboratories or sites. While some information has been improperly classified, GAO found no evidence of a trend toward improper classification of only information concerning problems. Information that was improperly classified was no more significant in this regard than was unclassified information. Due to the nature of Naval Reactors' activities, a large amount of information concerning its program is classified and not releasable to the public. GAO believes the inability to make certain information available has contributed to public mistrust and suspicion concerning activities at Naval Reactors facilities.

# Recommendations

This report makes no recommendations.

# Agency Comments

As requested, GAO did not obtain official agency comments on a draft of this report. However, Naval Reactors officials did review the section on reactor safety to ensure classified information has not been disclosed, and GAO discussed the facts contained in this report with them during the course of its audit.

# Contents


| | | |
|---|---|---|
| **Executive Summary** | | 2 |
| **Chapter 1 Background** | | 8 |
| | Naval Reactors Field Offices | 9 |
| | Knolls and Bettis Atomic Power Laboratories | 10 |
| | Objectives, Scope, and Methodology | 11 |
| **Chapter 2 Environmental, Health, and Safety Programs and Procedures Are Being Adequately Implemented** | | 15 |
| | Naval Reactors Program for Radiological Controls | 15 |
| | Safety at Naval Reactors Prototype Reactors | 20 |
| | Asbestos Controls and Procedures at Naval Reactors Laboratories | 24 |
| **Chapter 3 Current Practices for Hazardous Waste Are Acceptable but Past Activities Posed Problems** | | 29 |
| | Current Waste Handling and Disposal Procedures at Naval Reactors Laboratories | 29 |
| | Status of Past Problems at Knolls Laboratory and Sites | 30 |
| | Status of Problems at Bettis Laboratory and Idaho Site | 32 |
| **Chapter 4 External and Internal Oversight Is Being Provided at Naval Reactors Laboratories** | | 34 |
| | External Oversight of Naval Reactors Laboratories Provided by Federal and State Agencies | 34 |
| | Extensive Internal Oversight Is Present at Naval Reactors Laboratories | 36 |

## Chapter 5 Conservative Classification Practices at Naval Reactors Result in Overclassification of Some Information

| | |
|---|---|
| Chapter 5 Conservative Classification Practices at Naval Reactors Result in Overclassification of Some Information | 39 |
| Naval Reactors Classification Policy | 39 |
| Naval Reactors Classification Criteria | 40 |
| Improper Classification of Documents | 40 |

## Appendix

| | |
|---|---|
| Appendix I: Major Contributors to This Report | 42 |

## Figure

| | |
|---|---|
| Figure 1.1: Naval Reactors' Organizational Elements and Locations | 9 |


## Abbreviations

| | |
|---|---|
| CFR | Code of Federal Regulations |
| DEC | Department of Environmental Conservation |
| DER | Department of Environmental Resources |
| DOE | Department of Energy |
| GAO | General Accounting Office |
| EPA | Environmental Protection Agency |
| NRC | Nuclear Regulatory Commission |
| OSHA | Occupational Health and Safety Administration |
| TLD | thermoluminescent dosimeter |

# Background

The Naval Reactors Program is a joint program of the Department of Energy (DOE) and the Navy. Naval Reactors is headed by a DOE Deputy Assistant Secretary who is also an Admiral in the Navy. Naval Reactors is responsible for operating nuclear propulsion plants for vessels at sea, as well as the following functions:

- researching, designing, and developing advanced naval reactor propulsion plants;
- conducting procurement, quality assurance, and logistic support for new and operating plants;
- constructing, testing, and certifying shipboard and land-based reactor plants and training facilities;
- operating, overhauling, and maintaining existing plants;
- selecting, training, and qualifying operators; and
- ensuring continued safe and reliable operation of reactor plants.

Naval Reactors operates two laboratories that perform research and development in the design and operation of nuclear propulsion plants used in Navy vessels. Both laboratories also conduct training of naval personnel in reactor plant operations. The laboratories are contractor-operated, and Naval Reactors has established field offices at both laboratories to oversee the operations. The two laboratories operate three prototype training reactor sites that have a total of nine reactors, of which seven are in operation. Figure 1.1 shows Naval Reactors' basic organizational entities and their locations.

**Figure 1.1: Naval Reactors' Organizational Elements and Locations**




Source: Naval Reactors Program, DOE.

## Naval Reactors Field Offices

The Schenectady and Pittsburgh Naval Reactors field offices provide the on-site presence for Naval Reactors headquarters. The role of these field organizations is to administer the prime contract between the government and its contractors. The role includes conducting audits and reviews of contractors' activities to protect the environment and the safety and health of the public.

Each prototype site also has representatives from either the Schenectady or Pittsburgh field offices on-site. Individuals from these offices monitor the prototype reactor operations and general activities at the site.

## Knolls and Bettis Atomic Power Laboratories

In addition to managing and operating the prototype nuclear reactors, the Knolls Atomic Power Laboratory (Knolls) and the Bettis Atomic Power Laboratory (Bettis) conduct various activities to support Naval Reactors programs, mostly related to research and development into the nuclear propulsion plants. Both Knolls and Bettis are equipped similarly, with various chemistry and physics laboratories, machine shops, treatment facilities for both radioactive and other hazardous waste, facilities for maintaining nuclear materials, and administrative offices.

Research and development activities at Bettis are similar to those conducted at Knolls, except that each laboratory is responsible for the various reactors it has designed. Thus, each laboratory conducts research on reactor fuel, steam generators, etc., for the operating reactors it has designed.

Prototype nuclear reactor facilities are primarily responsible for training and qualifying naval personnel for shipboard reactor operations. The sites are generally operated 24 hours a day and resemble as nearly as possible actual operations at sea. To support the reactor operations, each site houses laboratories, craft shops, and other facilities.

### Knolls and Its Prototypes

Knolls is located near Schenectady, New York, and is situated on 170 acres adjacent to the Mohawk River. Knolls is operated by the General Electric Company and employs about 2,400 personnel. Knolls manages two prototype reactor sites—the Kesselring site at West Milton, New York, and the Windsor site at Windsor, Connecticut.

The Kesselring site consists of about 3,900 acres and under normal operations has about 4,000 General Electric, U.S. Navy, and subcontractor personnel. Kesselring operates four prototype training reactors and support facilities for naval personnel. The Windsor site consists of about 50 acres and under normal operations has about 750 General Electric, naval, and subcontractor personnel. When reactors are refueled, or when other major maintenance or construction activities take place, the work force increases with the additional subcontractor personnel. Windsor has only one prototype training reactor for naval personnel.

### Bettis and Its Prototypes

Bettis is located in West Mifflin, Pennsylvania, near Pittsburgh and is situated on 201 acres. Bettis is operated by Westinghouse Corporation and employs about 2,400 personnel.

Bettis operates one prototype reactor site located at DOE's Idaho National Engineering Laboratory, about 70 miles west of Idaho Falls, Idaho. The Idaho site occupies about 4,400 acres and employs 1,600 Navy and contractor personnel. The Idaho site has four prototype training reactors; however, only two are currently operating. One is permanently shut down awaiting decommissioning, and the other is in standby status.

Bettis also operates the expended core facility, located in Idaho, where all used naval reactor fuel is returned and prepared for reprocessing to separate out the unused nuclear material for reuse. The used fuel is reprocessed at a nearby facility at Idaho National Engineering Laboratory that is operated by DOE.

## Objectives, Scope, and Methodology

On August 24, 1989, the Chairman, Environment, Energy, and Natural Resources Subcommittee, House Committee on Government Operations, asked us to study environmental, safety, and health issues at Naval Reactors laboratories. The request was prompted by allegations concerning safety, environmental, and health conditions at the Knolls laboratory.

The Chairman requested that we review (1) workers' radiation exposures and exposures to toxins and carcinogens; (2) the distribution and quantity of radiation and hazardous waste contamination at the sites; (3) the history of reactor safety and current conditions at the sites; (4) the adequacy of the oversight and accountability mechanisms within Naval Reactors, including whether the operation is subject to outside and/or independent oversight and review; (5) the status of the Naval Reactors asbestos program at the laboratories and sites; and (6) the classification of documents, specifically whether or not any documents describing problems were classified in order to merely prevent public access to information, which could cause embarrassment to DOE and Naval Reactors.

During our review, we interviewed individuals and reviewed information at Naval Reactors headquarters, Crystal City, Virginia; the Knolls laboratory, Niskayuna, New York; Kesselring prototype site in West Milton, New York; and the Windsor prototype site in Windsor, Connecticut; the Bettis laboratory in West Mifflin, Pennsylvania; and its prototype site in Idaho Falls, Idaho; the Nuclear Regulatory Commission

(NRC), Rockville, Maryland; the Department of Energy; and the Environmental Protection Agency. In addition, we interviewed New York, Connecticut, Pennsylvania, and Idaho state environmental program officials that have oversight responsibility for Naval Reactors laboratories and sites. We also reviewed documents of the oversight agencies.

Information was provided by and discussions were held with the Government Accountability Project and the Natural Resources Defense Council, Washington, D.C. Discussions were held with the Executive Director of the Advisory Committee on Reactor Safeguards and a former Chairman of the Nuclear Regulatory Commission.

We distributed a memorandum to over 4,000 Knolls and its subcontractor employees, requesting that anyone with information about environmental, safety, or health problems contact us at our Albany, New York, suboffice, on weekends or after working hours to provide such information. Additionally, we contacted individuals whose names were provided by others as potentially having information. When allegations were made concerning environmental, safety, or health problems, we reviewed the specifics of the allegations to determine if the allegations were true and whether or not the situation was studied or resolved by the contractor or Naval Reactors.

To evaluate radiological controls at Naval Reactors laboratories and sites, we reviewed their programs for controlling access to radioactive materials and contamination, the systems of monitors and alarms, incidents involving employees' exposure and the exposure records of those employees, and employee records for routine monitoring programs for both external and internal exposures. We also reviewed audits of the various radiological controls programs conducted by Naval Reactors headquarters, Naval Reactors field offices, and the contractors. We interviewed outside experts in the area of radiological health and discussed Naval Reactors radiological controls program with NRC health physicists. We also reviewed Naval Reactors' compliance with applicable standards established by the National Council on Radiological Protection. Finally, where a specific allegation was made concerning an individual's possible overexposure or hazardous radiological conditions, we reviewed those circumstances in detail, including our own radiological survey of areas that were alleged to have radiological contamination.

To evaluate the safety of reactor operations at the prototype sites—both historical and current conditions of the prototypes—we relied on our nuclear engineer to review the reactor designs in detail, the Safety

Analysis Reports and Safety Evaluation Reports, correspondence between Naval Reactors and the Atomic Energy Commission (the predecessor agency of DOE), the Advisory Committee on Reactor Safeguards, and NRC, and certain reactor incident reports from the inception of the program. We reviewed all incident reports concerning specific safety systems, reports of incidents with potential environmental risks, and all reports generated since January 1, 1988. Additionally, we reviewed specific allegations made to us concerning reactor problems. We discussed prototype reactor safety with a former Chairman of NRC, the NRC Deputy Director for Reactor Regulation, and the Executive Director of the Advisory Committee on Reactor Safeguards. We observed safety drills at one prototype reactor, discussed reactor safety issues with prototype operators and managers, and reviewed the reactor operator and shift supervisor training program.

To determine workers' exposure to hazardous waste, including radioactive and chemical waste, we reviewed Naval Reactors laboratories' procedures that basically adhere to EPA and DOE orders for handling, storing, and shipping the waste. We verified implementation of the procedures by inspecting waste operations and tracking accountability of waste from its generation to disposal.

To determine the adequacy and the extent of any problems associated with the Naval Reactors asbestos program, we compared Naval Reactors asbestos controls and procedures to the Occupational Safety and Health Administration standards. We also verified implementation of controls and procedures through documentation reviews, analysis of asbestos incident reports, and discussions with responsible officials. In addition, we obtained the assistance of our office's Manager for Health and Safety, who has extensive experience with asbestos control, and who toured all Naval Reactors laboratories and sites, except the Windsor site, and took air samples, which we had independently analyzed.

To determine the adequacy of the oversight and accountability mechanisms within Naval Reactors, including whether the operation is subject to outside and/or independent oversight and review, we reviewed the types of internal and external controls placed over Naval Reactors, and the Executive orders, laws, or regulations that exempt the program from external oversight. Additionally, we discussed the need for oversight with a former NRC official and the Executive Director of the Advisory Committee on Reactor Safeguards.

To determine whether or not documents describing problems at Naval Reactors were classified in order to merely prevent their public access and release, which could cause embarrassment to DOE and Naval Reactors, we did not select a sample of classified documents for review. Rather, during the course of conducting our review of Naval Reactors programs and activities, we reviewed thousands of classified documents, and it was these documents we reviewed for improper classification. We reviewed each document to determine if it appeared to be classified in accordance with Naval Reactors classification requirements. Additionally, we reviewed Naval Reactors classification guidelines and interpretive bulletins.

We discussed the facts presented in this report with officials at Naval Reactors headquarters. They agreed with the facts as presented. As requested, we did not ask Naval Reactors or DOE to review and comment on the report. We conducted our work between January 1990 and February 1991 in accordance with generally accepted government auditing standards.

# Environmental, Health, and Safety Programs and Procedures Are Being Adequately Implemented

The programs and procedures implemented by Naval Reactors at its laboratories and sites are adequate to protect employees and the environment from exposures to radioactive and hazardous materials. This part of our review concentrated on the areas of radiological controls, prototype reactor safety, and asbestos controls. These are areas that have a great potential to adversely affect the environment, health, and safety. The following sections discuss the programs and procedures in each of the areas and how Naval Reactors ensures proper implementation.

## Naval Reactors Program for Radiological Controls

The radiological controls being implemented at Naval Reactors laboratories and sites are adequate to protect workers' health and safety and minimize radiation exposures. In addition, according to documentation we reviewed, the laboratories are in full compliance with federal and/or state standards regarding radiation releases to the environment. Our review of Naval Reactors radiological procedures and requirements, visits to radiological areas at the laboratories and sites, and evaluations of personnel dosimetry procedures, disclosed no evidence that unsafe radiological operations or conditions were present at the Naval Reactors laboratories and sites reviewed.

The essence of a radiological control program is (1) controlling radiological activities to prevent releases, (2) ensuring radiation is detected if a release occurs, and (3) measuring personnel's exposures. This last element, measuring personnel's exposures, determines the effectiveness of the first two elements. Thus, an accurate and reliable program to measure personnel's exposure to radiation must be in place to ensure the adequacy of the overall program.

### Controlling Radioactivity to Prevent Releases

Research and development activities at the laboratories include handling and manipulating such raw materials as highly enriched uranium used in reactor fuel and exposed fuel elements, which contain radioactive fission products. When radioactive dust particles are likely to be present, the operation is housed in shielded cells, glove boxes, or other engineered containment.[1] If it is not possible to prevent airborne radioactivity from coming in contact with the workers, breathing respirators or air-supplying suits are used.

[1]These are devices commonly used in nuclear facilities and allow workers to handle nuclear materials without coming in direct contact with the material. For example, shielded cells employ robotic handling, while glove boxes are sealed glass boxes that allow workers to insert their hands into sealed gloves that provide access into the box.

During our review, we noted that areas where these activities were conducted were plainly marked and isolated by visible barriers identifying the presence of radioactive materials. Every person employed by or visiting the laboratories receives a radiological indoctrination that includes information on how to recognize a radiation area and the precautions to take. In addition, radiological workers undergo training on the handling of radioactive materials and actions to avoid releases.

Naval Reactors laboratories operate several prototype reactors for training, and the trainees all work in close proximity to the reactors. However, the reactor compartment is heavily shielded, and while the reactor is operating, no one is allowed to enter the compartment. The only area outside the compartment that has a potential for radiation release under normal operating conditions is a water-sampling station. Access to the station is controlled, and only trained personnel are allowed to take and analyze samples.

During maintenance periods, the reactor is shut down and personnel enter the reactor compartment. At this time, there is a potential for radiation exposure to personnel performing the maintenance work. Specific work procedures are developed for the various tasks to be performed, and these often require shielding, anticontamination clothing, and catch bags when radioactive liquids are expected.[2] In addition, radioactive spots or areas within the compartment are identified and labeled as to the extent of the radiation. If it becomes necessary for personnel to work in a radiation area and to receive an exposure, the estimated exposure is calculated. Generally, the extent of the radiation is known and the exposure is limited by the amount of time personnel remain in the area.

## Detecting Radiation Releases

Naval Reactors laboratories and sites use several methods to detect radiation releases. In areas where there is a potential for airborne or particle releases, the air is constantly monitored, and if radiation is detected, an alarm sounds automatically. Monitoring systems include fixed filter, air-sampling systems that run continuously in every facility where work with radioactive materials takes place, and portable air-sample monitors located near the worker. Fixed dosimeters[3] are located in numerous

[2]Anticontamination clothing is designed to cover the body completely. Boots, gloves, and hoods are employed which gives a space-suitlike appearance. Catch bags are plastic bags set up under pipes, etc., to catch leaking liquids.

[3]Dosimeters are small devices that absorb radiation and can be analyzed to determine exposure.

places inside and outside of buildings and around the site perimeter to detect any unusual amounts of radioactivity. In addition, laboratories require that during reactor maintenance and other radiological work, trained personnel monitor the area of work with radiation-detection devices. Each radiological worker is required to have a whole body survey using radiation-detection devices when he or she exits the radiological work area to determine whether exposure has occurred.

The laboratories also have an extensive program for surveying the buildings and grounds at the various sites. The laboratories and sites routinely perform daily, weekly, monthly, semiannual, and annual radiological surveys of designated buildings and areas to determine the presence of any radioactive materials. The frequency that areas are surveyed depends on their relative potential for radioactive contamination. For example, daily surveys are performed in all areas where activities involving radioactive material are routinely conducted, such as reactor fuel research buildings. Annual surveys are performed in areas where no radioactive materials are handled or processed, such as administrative offices. During our review, we took a judgmental sample of surveys, in which we verified that (1) surveys were performed at the stated frequency, (2) areas and locations were varied to provide adequate coverage, and (3) survey readings were below the reportable level.

In addition to performing these surveys, Naval Reactors laboratories and sites perform special surveys of areas that have been identified by individuals or historical documents noting activities that have a potential for radioactive contamination. These surveys are performed by surveying surface areas with radiation-detection equipment and analyzing soil samples on the surface and at various depths by core sampling.

During our review at Knolls, we received information from an employee at Knolls that a specific area was contaminated to the extent that it should be posted as a radiation area. We surveyed the area using radiation-detection devices provided by Knolls and found that some contamination did exist. However, the radiation levels met federal and state requirements and were far below the limits necessary for posting warnings. Upon further investigation, we found that higher levels had previously existed, but Knolls had taken action to remediate or decontaminate the area to acceptable levels.

In a similar situation at Bettis, we found a contaminated spot on the floor of a building that had previously been decontaminated. The spot was smaller than a dime and while it did not exceed federal standards, it

did exceed Bettis' "clean limit," which is any reading above background. Bettis took immediate action to decontaminate and remove the spot.

## Detecting and Measuring Exposures

There are basically two types of radiation exposures that personnel can receive—internal and external. Internal exposures occur when very small radioactive particles are either breathed into the lungs or swallowed into the digestive system. External exposures occur from sources discharging penetrating rays that can pass through skin and enter body organs. Naval Reactors laboratories have programs to detect internal exposures and measure external exposures.

To detect and measure internal exposures, Naval Reactors laboratories operate a routine bioassaying program consisting of lung scanning and urinalysis. According to the National Council on Radiation Protection and Measurements, routine bioassaying is generally considered to be a final quality control check to ensure adequate protection of workers against internal radiation exposure. It is also used to evaluate general exposure conditions at the laboratories to ensure the worker is adequately protected.

Health physicists at NRC agree that routine bioassaying is a quality control check and is not designed to be an indicator of dose. However, in the event there is an accidental release that provides a potential for internal exposure, bioassaying can be used immediately after the accident to obtain an indication of the extent of the dose received. According to these health physicists, the routine bioassaying programs at the Naval Reactors laboratories are more extensive than those at most licensed commercial nuclear facilities. For example, most commercial facilities do not perform routine urinalysis while Naval Reactors laboratories do require this on a periodic basis. In addition, lung scans are required on a periodic basis for all radiological workers at the laboratories and sites, and there is no such periodic requirement for commercial nuclear facilities.

We found that the laboratories were conducting routine bioassaying (periodically scheduled) as required by their procedures. In addition, we reviewed 16 incidents that occurred between January 1988 and September 1990 at Bettis that involved potential internal exposures to individuals. To determine if internal exposures had occurred, each individual involved was given a lung scan and/or urinalysis within 24 hours as required by laboratory procedures. None of the incidents resulted in internal exposures.

The detection and measuring of external exposures is accomplished by requiring that all radiological workers wear thermoluminescent dosimeters (TLD). TLDs are small devices—usually worn on the waist, chest, or neck—that measure accumulative radiation exposure to the torso area of the body. In some cases, multiple TLDs are worn when there is a potential for exposure to the hands, arms, legs, etc. All radiological workers and anyone entering radiological areas are required to wear TLDs. The TLDs are collected and analyzed every month unless an individual works in a high-radiation area or is involved in an incident, in which case the TLD is immediately read to determine any exposure.

In addition, if an individual enters a radiation area that has been surveyed and the extent of radiation is known, the individual wears a self-reading pocket dosimeter. This device is a pencil-sized tube that records radiation exposure as it occurs and can be read anytime by reading a scale inside the tube. Thus, if radiation in excess of that expected is encountered, it would be detected by the individual by periodically looking through the device and reading the scale. If the radiation reaches unacceptable levels, the individual could immediately leave the area.

Individual exposure records are kept for all permanently assigned individuals at the laboratories and sites. The records contain the monthly TLD readings, periodic lung scans and/or urinalysis results, and the results of any testing done in response to incidents. The results are periodically reported to each individual. During our review, we verified the recording of the periodic results of both the internal and external monitoring programs for a judgmental sample of 153 permanently assigned radiological workers. We found no incidents requiring a change to those records.

As stated previously, we reviewed 16 incidents involving the potential for internal exposures. While none was found to result in any internal exposure, Naval Reactors' review of five of the incidents showed that the external exposure levels assigned to the individuals may have been higher than the incident report indicated. The exposures were reconstructed and increased for the individuals involved. Since all individuals involved were subcontractor personnel and their permanent records were not maintained at the site, we did not review their records. However, we did verify that the individual's employer and DOE's central records system were notified of the required increases.

## Effectiveness of Radiological Controls

On the basis of our review, we believe Naval Reactors laboratories are accurately measuring, recording, and reporting radiation exposures. Naval Reactors' reported exposures show that exposures have been minimal and overall are lower than commercial nuclear facilities' and other DOE facilities'. For example, on the basis of information dating back to 1967, we conclude no one has exceeded the federal limit of 5 rem per year, and no one has exceeded the Naval Reactors administrative limit of 2 rem per year since 1984.

## Safety at Naval Reactors Prototype Reactors

Naval Reactors currently operates seven land-based prototype reactors for training purposes at three locations. Compared with commercial nuclear power reactors, the prototype training reactors are relatively small. For example, the power rating of seven operating prototype reactors combined would not equal the power rating of a typical commercial reactor.

In evaluating reactor safety, two elements must be considered—reactor design and reactor operations. During our review, we evaluated the design and the operational aspects of each operating prototype reactor. Based on our evaluation, Naval Reactors laboratories have provided safety measures that are consistent with commercial nuclear reactor requirements. In fact, the prototype reactors may exceed some of the safety requirements because of their rugged design and construction for combat stress and their relatively small size. Our review of the operational history of the prototypes disclosed that no significant nuclear accidents—those resulting in fuel degradation—or related injuries have occurred during prototype operations.

## Prototype Design and Safety Modifications

Naval Reactors started operating reactor prototype sites in the early 1950s, and although external safety oversight was not required, each prototype reactor design was reviewed by outside agencies at Naval Reactors' request. For instance, the early reactor designs were reviewed by either the Advisory Committee on Reactor Safeguards or the regulatory part of the Atomic Energy Commission. NRC has been active in reviewing design and design modifications in more recent years. Safety concerns identified during these reviews have led to modifications directed toward providing additional safety. For example, NRC expressed concern about one Naval Reactors prototype reactor that did not meet certain criteria for radiation releases under accident conditions. As a result, Naval Reactors directed that the necessary modifications be completed to resolve NRC's concern. In addition, Naval Reactors employs

about 300 engineers at its headquarters and field offices to review reactor design and modifications. According to Naval Reactors officials, the main emphasis of their review is on safety.

The early prototype reactors were designed to incorporate the engineered safety systems known at the time. For example, one prototype at Knolls' Kesselring site has a massive sphere around it to contain radioactive material if an accident occurs.

However, additional or modified engineered safety systems have been developed over the years. Consequently, in 1979, Naval Reactors decided to enhance safety at the prototypes by upgrading or adding safety systems. By mid-1991, all prototypes will have these enhanced systems in place. While the identification and description of many of these systems is classified, our nuclear engineer's review of the reactor designs and systems concluded that the prototypes will meet the intent of NRC safety criteria for normal operations and accident conditions.

These major modifications generally require changes in the reactors' Safety Analysis Reports, which are reviewed by NRC at the request of Naval Reactors.[4] For example, at the time of our review NRC was preparing to review modifications related to the reactor core in one of the prototypes at the Kesselring site.

During our review, we found that one prototype at Bettis' Idaho site did not directly meet the reactor-siting criteria established under 10 C.F.R. part 100.[5] In other words, the hypothetical accident referred to in 10 C.F.R. part 100—a release of 15 percent of all fission products--would result in radiation exposures at the site boundary in excess of the limits established. Upon further investigation, we obtained and reviewed NRC documents that recognized the problem and concluded that the intent of the criteria was met because the off-site area is virtually uninhabited and emergency plans are sufficient to prevent any problems.

In addition to having NRC review major modifications, Naval Reactors laboratories receive NRC bulletins and publications that evaluate certain commercial reactor components such as pumps, electrical breakers, etc., for design problems and reliability. The laboratories have established a

[4]A safety Analysis Report describes the design and operation of various reactor components or systems and their related safety functions.

[5]Part 100 of title 10 of the Code of Federal Regulations sets forth the criteria for siting nuclear reactors.

system to identify prototype components that NRC has determined to have problems or that are unreliable. If a prototype is identified that employs the particular component, action is taken to correct the problem or replace the component. From January 1988 to August 1990, Bettis reviewed 360 such documents for applicability to reactor operations. Thirty of these were found to be pertinent to Bettis reactors.

During our review, we contacted NRC officials to determine their interaction with Naval Reactors, and according to NRC's Deputy Director for Reactor Regulation, Naval Reactors has maintained an active dialogue with NRC and its Advisory Committee on Reactor Safeguards concerning safety issues. The deputy director also said that although Naval Reactors is exempt from day-to-day external operational review, Naval Reactors has historically exerted an aggressive monitoring program to improve safety.

## Operational Safety of Prototype Reactors

Our review of selected incident reports and discussions with personnel at Naval Reactors laboratories and sites disclosed that no nuclear accident or incident that could endanger health, safety, or the environment has happened at any of the prototype reactors. All together, the nine prototype reactors have accumulated a total of 247 reactor years of safe operation.

According to the Director of Naval Reactors, a major strength of the program comes from critical self-evaluation of problems when they are identified. The laboratories incident-reporting system is thorough, requiring the slightest deviation from normal operating conditions to be reported, including any deviation from expected performance of systems, equipment, or personnel. Even administrative or training problems result in an incident report and provide learning opportunities for those in the program. Each incident, regardless of its significance, is reported in detail, reviewed by contractor and Naval Reactors officials, and the necessary action to prevent recurrence is agreed to by both parties. This tool has contributed to a program philosophy that underscores the insignificant problems in an effort to prevent significant ones.

We reviewed over 1,700 incident reports out of a total of over 12,000 generated from the beginning of the operations of the nine prototype reactors to July 1990. Included in this review were all incident reports since 1983 that Naval Reactors categorized as being slightly more significant than others. The incidents were typically insignificant, thoroughly