U.S. NAVY REGULATIONS
AND
NAVAL INSTRUCTION
1918

**Bureau of Medicine and Surgery.**

7801. Medical department, 1917.
7802. Contingent, Medicine and Surgery, 1917:
   1. General purposes.
   2. Dental outfits and dental material.
   3. Dairy herd and land, Las Animas, Colo.

**Marine Corps.**

7901. Pay, Marine Corps, 1917.
7902. Maintenance, Quartermaster Department, Marine Corps, 1917.
7903. Expenses, Marine Corps Reserve, 1917.

## APPROPRIATIONS, 1916.

**Bureau of Ordnance.**

6409. New batteries for ships of the Navy, 1916–17.
6411. Torpedoes and appliances, 1916–1918.

**Bureau of Supplies and Accounts.**

6702. Provisions, Navy, 1916–17.

**Bureau of Medicine and Surgery.**

6803. Bringing home remains of officers, etc., Navy Department, 1916–17.

## APPROPRIATIONS, 1915.

5411. Torpedoes and appliances, 1915–1917.

# Regulations for the Government of the Navy of the United States

(Navy Regulations)

1913

[Reprinted 1917 with all changes up to and including No. 9]

WASHINGTON
GOVERNMENT PRINTING OFFICE
1917

NAVY DEPARTMENT,
*Washington, D. C., January 25, 1913.*

The President having approved the following regulations, they are issued, in accordance with the provisions of section 1547 of the Revised Statutes of the United States, for the government of all persons attached to the naval service.

All amendments to these regulations that are believed to be necessary or desirable shall be submitted to the department, accompanied by a full statement of the reasons for the proposed change and the effect thereof.

G. v. L. MEYER,
*Secretary of the Navy.*



## LIST OF PRECEDING NAVY REGULATIONS.

"The orders, regulations, and instructions issued by the Secretary of the Navy prior to July 14, 1862, with such alterations as he may since have adopted, with the approval of the President, shall be recognized as the Regulations of the Navy, subject to alterations adopted in the same manner."—*Section 1547, Revised Statutes.*

### NAVY REGULATIONS.

1775. Rules for the Regulation of the Navy of the United Colonies. (Resolution of November 28, 1775; Journal of Congress, vol. 1.)
1799. An Act for the Government of the Navy of the United States. (Act of March 2, 1799.)
1800. An Act for the Better Government of the Navy of the United States. (Act of April 23, 1800.)
1802. Naval Regulations. (Issued by command of the President.)
1809. Naval Regulations. (Reprint of the Naval Regulations of 1802.)
1814. Naval Regulations. (Issued by command of the President.)
1818. Rules, Regulations, and Instructions for the Naval Service of the United States. (Prepared by the Board of Navy Commissioners under authority of the act of February 7, 1815; commonly known as "The Blue Book.")
1821. Rules and Regulations for the Naval Service. (Issued by the Secretary of the Navy under authority of the act of February 7, 1815.)
1832. Rules of the Navy Department Regarding Civil Administration. (Issued by the Secretary of the Navy, commonly known as "The Red Book.")
1838. Book of Regulations for the Use of Commanders, Pursers, and Recruiting Officers. (Published by the Navy Department.)
1838. Financial Regulations for Naval Officers. (Published by the Navy Department. These regulations for the accounts of pursers, commanders of vessels, and recruiting officers of the Navy were prepared under the direction of the accounting officers of the Treasury Department and promulgated by the Secretary of the Navy.)
1841. General Regulations for the Navy and Marine Corps of the United States. (Issued by the Secretary of the Navy by command of the President.)
1851. Regulations, Circulars, Orders, and Decisions for the Guide of Officers of the Navy of the United States. (Continued in part and issued after publication authorized by the Navy Department in March, 1832.)
1853. System of Orders and Instructions for the Navy. (Issued by the President; these regulations were decided by the Attorney General to be without legal validity.)
1863. Regulations of the Navy. (Published by the Navy Department.)
1865. Regulations for the Government of the United States Navy. (Issued in accordance with the provisions of the act of July 14, 1862.)
1869. Regulations for the Government of the United States Navy. (Issued in accordance with the provisions of the act of July 14, 1862.)

1870. Regulations for the Government of the United States Navy. (Issued in accordance with the provisions of the act of July 14, 1862.)

1876. Regulations for the Government of the Navy of the United States. (Issued in accordance with the provisions of section 1547 of the Revised Statutes.)

1893. Regulations for the Government of the Navy of the United States. (Issued in accordance with the provisions of section 1547 of the Revised Statutes.)

1896. Regulations for the Government of the Navy of the United States. (Issued in accordance with the provisions of section 1547 of the Revised Statutes.)

1900. Regulations for the Government of the Navy of the United States. (Issued in accordance with the provisions of section 1547 of the Revised Statutes.)

1905. Regulations for the Government of the Navy of the United States. (Issued in accordance with the provisions of section 1547 of the Revised Statutes.)

1909. Regulations for the Government of the Navy of the United States. (Issued in accordance with the provisions of section 1547 of the Revised Statutes.)

# Table of Changes.

Tables showing the disposition made of each article and paragraph in the Navy Regulations, edition of 1909, as corrected up to and including changes in Navy Regulation Circular No. 19, of August 26, 1912; of each Navy Department general and special order in force on January 25, 1913; and of each departmental and navy-yard order in force on January 25, 1913, in the Navy Regulations and Naval Instructions, edition of 1913, and by the new series of Navy Department general orders, commencing January 25, 1913.

Also, the source in the old regulations, Navy Department general or special orders or Departmental or navy-yard orders, if any, from which each article and paragraph in the Navy Regulations and Naval Instructions, edition of 1913, is derived.

Also, subject index of the Navy Regulations and Naval Instructions, edition of 1913.