[I indicates Instructions; R indicates Regulations.]

**Yeoman**—Continued. Art.
navigator's, ships going out of commission ........ I [illegible]
navigator's allowance of, for clerical work ........ I 1608 ([illegible])
ship's store, commissary officer in charge of ........ I [illegible]
**Zincs:**
boilers, placing of ........ I [illegible]
old, disposition of ........ I [illegible]
**Zinc protectors:**
fitting of ........ I [illegible]
painting of, restrictions against ........ I 2705 ([illegible])
placed near propellers ........ I 2705 ([illegible])



# CHAPTER 1.

## ARTICLES FOR THE GOVERNMENT OF THE NAVY OF THE UNITED STATES.[1]

[Sec. 1624 of the Revised Statutes of the United States, as affected by the act of Mar. 3, 1899, sec. 13, and by the acts of May 13, 1908, Feb. 16, 1909, and Aug. 22, 1912.]

The Navy of the United States shall be governed by the following articles:

**Commanders to supervise and correct.** 1. The commanders of all fleets, squadrons, naval stations, and vessels belonging to the Navy are required to show in themselves a good example of virtue, honor, patriotism, and subordination; to be vigilant in inspecting the conduct of all persons who are placed under their command; to guard against and suppress all dissolute and immoral practices, and to correct, according to the laws and regulations of the Navy, all persons who are guilty of them; and any such commander who offends against this article shall be punished as a court-martial may direct.

**Divine service.** 2. The commanders of vessels and naval stations to which chaplains are attached shall cause divine service to be performed on Sunday, whenever the weather and other circumstances allow it to be done; and it is earnestly recommended to all officers, seamen, and others in the naval service diligently to attend at every performance of the worship of Almighty God.

**Irreverent behavior.** 3. Any irreverent or unbecoming behavior during divine service shall be punished as a general or summary court-martial may direct.

**Death sentence.** 4. The punishment of death, or such other punishment as a court-martial may adjudge, may be inflicted on any person in the naval service—

**Mutiny.** (1) Who makes, or attempts to make, or unites with any mutiny or mutinous assembly, or, being witness to or present at any mutiny, does not do his utmost to suppress it; or, knowing of any mutinous assembly or of any intended mutiny, does not immediately communicate his knowledge to his superior or commanding officer;

**Disobedience.** (2) Or disobeys the lawful orders of his superior officer;

**Striking superior officer.** (3) Or strikes or assaults, or attempts or threatens to strike or assault, his superior officer while in the execution of the duties of his office;

**Intercourse with enemy.** (4) Or gives any intelligence to, or holds or entertains any intercourse with, an enemy or rebel, without leave from the President, the Secretary of the Navy, the commander in chief of the fleet, the commander of the squadron, or, in case of a vessel acting singly, from his commanding officer;

**Messages from enemy.** (5) Or receives any message or letter from an enemy or rebel, or, being aware of the unlawful reception of such message or letter, fails to take the earliest opportunity to inform his superior or commanding officer thereof;

[1] The numbers of the articles in this chapter are the numbers of such articles in both the statutes and these regulations, except that article 64 is not in the law but is a regulation only.

**Desertion in time of war.** (6) Or, in time of war, deserts or entices others to desert;

**Betraying trust.** (7) Or, in time of war, deserts or betrays his trust, or entices or aids others to desert or betray their trust;

**Sleeping on watch.** (8) Or sleeps upon his watch;

**Leaving station.** (9) Or leaves his station before being regularly relieved;

**Willful stranding or injury of vessel.** (10) Or intentionally or willfully suffers any vessel of the Navy to be stranded, or run upon rocks or shoals, or improperly hazarded; or maliciously or willfully injures any vessel of the Navy, or any part of her tackle, armament, or equipment, whereby the safety of the vessel is hazarded or the lives of the crew exposed to danger;

**Destruction of public property.** (11) Or unlawfully sets on fire, or otherwise unlawfully destroys, any public property not at the time in possession of an enemy, pirate, or rebel;

**Striking flag or yielding.** (12) Or strikes or attempts to strike the flag to an enemy or rebel, without proper authority, or, when engaged in battle, treacherously yields or pusillanimously cries for quarter;

**Cowardice in battle.** (13) Or, in time of battle, displays cowardice, negligence, or disaffection, or withdraws from or keeps out of danger to which he should expose himself;

**Deserting duty in battle.** (14) Or, in time of battle, deserts his duty or station, or entices others to do so;

**Neglecting orders for battle.** (15) Or does not properly observe the orders of his commanding officer, and use his utmost exertions to carry them into execution, when ordered to prepare for or join in, or when actually engaged in battle, or while in sight of an enemy;

**Neglecting to clear for action.** (16) Or, being in command of a fleet, squadron, or vessel acting singly, neglects, when an engagement is probable, or when an armed vessel of an enemy or rebel is in sight, to prepare and clear his ship or ships for action;

**Neglecting to join in battle.** (17) Or does not, upon signal for battle, use his utmost exertions to join in battle;

**Failing to encourage others.** (18) Or fails to encourage, in his own person, his inferior officers and men to fight courageously;

**Failing to seek encounter.** (19) Or does not do his utmost to overtake and capture or destroy any vessel which it is his duty to encounter;

**Failing to afford relief.** (20) Or does not afford all practicable relief and assistance to vessels belonging to the United States or their allies when engaged in battle.

**Spies.** 5. All persons who, in time of war, or of rebellion against the supreme authority of the United States, come or are found in the capacity of spies, or who bring or deliver any seducing letter or message from an enemy or rebel, or endeavor to corrupt any person in the Navy to betray his trust, shall suffer death, or such other punishment as a court-martial may adjudge.

**Murder.** 6. If any person belonging to any public vessel of the United States commits the crime of murder without the territorial jurisdiction thereof, he may be tried by court-martial and punished with death.

**Imprisonment in penitentiary.** 7. A naval court-martial may adjudge the punishment of imprisonment for life, or for a stated term, at hard labor, in any case where it is authorized to adjudge the punishment of death; and such sentences of imprisonment and hard labor may be carried into execution in any prison or penitentiary under the control of the United States, or which the United States may be allowed by the legislature of any State to use; and persons so imprisoned in the prison or penitentiary of any State or Territory shall be subject, in all respects, to the same discipline and treatment as convicts sentenced by the courts of the State or Territory in which the same may be situated.

8. Such punishment as a court-martial may adjudge may be inflicted on any person in the Navy—



**Profanity, falsehood, etc.** (1) Who is guilty of profane swearing, falsehood, drunkenness, gambling, fraud, theft, or any other scandalous conduct tending to the destruction of good morals;

**Cruelty.** (2) Or is guilty of cruelty toward, or oppression or maltreatment of, any person subject to his orders;

**Quarreling.** (3) Or quarrels with, strikes, or assaults, or uses provoking or reproachful words, gestures, or menaces toward, any person in the Navy;

**Fomenting quarrels.** (4) Or endeavors to foment quarrels between other persons in the Navy;

**Duels.** (5) Or sends or accepts a challenge to fight a duel or acts as a second in a duel;

**Contempt of superior officer.** (6) Or treats his superior officer with contempt, or is disrespectful to him in language or deportment, while in the execution of his office;

**Combinations against superior officer.** (7) Or joins in or abets any combination to weaken the lawful authority of, or lessen the respect due to, his commanding officer;

**Mutinous words.** (8) Or utters any seditious or mutinous words;

**Neglect of orders.** (9) Or is negligent or careless in obeying orders, or culpably inefficient in the performance of duty;

**Preventing destruction of property.** (10) Or does not use his best exertions to prevent the unlawful destruction of public property by others;

**Stranding.** (11) Or through inattention or negligence suffers any vessel of the Navy to be stranded, or run upon a rock or shoal, or hazarded;

**Convoy service.** (12) Or, when attached to any vessel appointed as convoy to any merchant or other vessels, fails diligently to perform his duty, or demands or exacts any compensation for his services, or maltreats the officers or crews of such merchant or other vessels;

**Receiving freight, etc.** (13) Or takes, receives, or permits to be received, on board the vessel to which he is attached, any goods or merchandise, for freight, sale, or traffic, except gold, silver, or jewels, for freight or safe-keeping; or demands or receives any compensation for the receipt or transportation of any other article than gold, silver, or jewels, without authority from the President or Secretary of the Navy;

**False muster.** (14) Or knowingly makes or signs, or aids, abets, directs, or procures the making or signing of, any false muster;

**Waste of property.** (15) Or wastes any ammunition, provisions, or other public property, or, having power to prevent it, knowingly permits such waste;

**Plundering.** (16) Or, when on shore, plunders, abuses, or maltreats any inhabitant, or injures his property in any way;

**Apprehending offenders.** (17) Or refuses, or fails to use his utmost exertions to detect, apprehend, and bring to punishment all offenders, or to aid all persons appointed for that purpose;

**Receiving prisoners.** (18) Or, when rated or acting as master-at-arms, refuses to receive such prisoners as may be committed to his charge, or, having received them, suffers them to escape, or dismisses them without orders from the proper authority;

**Absence without leave.** (19) Or is absent from his station or duty without leave, or after his leave has expired;

**Violating orders or regulations.** (20) Or violates or refuses obedience to any lawful general order or regulation issued by the Secretary of the Navy.

**Desertion in time of peace.** (21) Or, in time of peace, deserts or attempts to desert, or aids and entices others to desert;

**Harboring deserters.** (22) Or receives or entertains any deserter from any other vessel of the Navy, knowing him to be such, and does not, with all convenient speed, give notice of such deserter to the commander of the vessel to which he belongs, or to the commander-in-chief, or to the commander of the squadron.

**Officer absent without leave.** 9. Any officer who absents himself from his command without leave, may, by the sentence of a court-martial, be reduced to the rating of an ordinary seaman.

**Desertion by resignation.** 10. Any commissioned officer of the Navy or Marine Corps who, having tendered his resignation, quits his post or proper duties without leave, and with intent to remain permanently absent therefrom, prior to due notice of the acceptance of such resignation, shall be deemed and punished as a deserter.

**Dealing in supplies.** 11. No person in the naval service shall procure stores or other articles or supplies for, and dispose thereof to, the officers or enlisted men on vessels of the Navy, or at navy yards or naval stations, for his own account or benefit.

**Importing dutiable goods.** 12. No person connected with the Navy shall, under any pretense, import in a public vessel any article which is liable to the payment of duty.

**Distilled spirits.** 13. Distilled spirits shall be admitted on board of vessels of war only upon the order and under the control of the medical officers of such vessels, and to be used only for medical purposes.

**Crimes of fraud against United States.** 14. Fine and imprisonment, or such other punishment as a court-martial may adjudge, shall be inflicted upon any person in the naval service of the United States—

**Presenting false claims.** Who presents or causes to be presented to any person in the civil, military, or naval service thereof, for approval or payment, any claim against the United States or any officer thereof, knowing such claim to be false or fraudulent; or

**Agreement concerning false claims.** Who enters into any agreement or conspiracy to defraud the United States by obtaining, or aiding others to obtain, the allowance or payment of any false or fraudulent claim; or

**False papers.** Who, for the purpose of obtaining, or aiding others to obtain, the approval, allowance, or payment of any claim against the United States or against any officer thereof, makes or uses, or procures or advises the making or use of, any writing, or other paper, knowing the same to contain any false or fraudulent statement; or

**Perjury.** Who, for the purpose of obtaining, or aiding others to obtain, the approval, allowance, or payment of any claim against the United States or any officer thereof, makes or procures or advises the making of, any oath to any fact or to any writing or other paper, knowing such oath to be false; or

**Forgery.** Who, for the purpose of obtaining, or aiding others to obtain, the approval, allowance, or payment of any claim against the United States or any officer thereof, forges or counterfeits, or procures or advises the forging or counterfeiting of, any signature upon any writing or other paper, or uses, or procures or advises the use of, any such signature, knowing the same to be forged or counterfeited; or

**Delivering less property than receipted for.** Who, having charge, possession, custody, or control of any money or other property of the United States, furnished or intended for the naval service thereof, knowingly delivers or causes to be delivered, to any person having authority to receive the same, any amount thereof less than that for which he receives a certificate or receipt; or

**Giving receipts without knowing their truth.** Who, being authorized to make or deliver any paper certifying the receipt of any money or other property of the United States, furnished or intended for the naval service thereof, makes or delivers to any person, such writing, without having full knowledge of the truth of the statements therein contained, and with intent to defraud the United States; or

**Stealing, selling, etc.** Who steals, embezzles, knowingly and willfully misappropriates, applies to his own use or benefit, or wrongfully and knowingly sells or disposes of any ordnance, arms, equipments, ammunition, clothing, subsistence stores, money, or other property of the United States, furnished or intended for the military or naval service thereof; or



**Buying public military property.** Who knowingly purchases, or receives in pledge for any obligation or indebtedness, from any other person who is a part of or employed in said service, any ordnance, arms, equipments, ammunition, clothing, subsistence stores, or other property of the United States, such other person not having lawful right to sell or pledge the same; or

**Other frauds.** Who executes, attempts, or countenances any other fraud against the United States.

**Liability to arrest and trial.** And if any person, being guilty of any of the offenses described in this article while in the naval service, receives his discharge, or is dismissed from the service, he shall continue to be liable to be arrested and held for trial and sentence by a court-martial in the same manner and to the same extent as if he had not received such discharge nor been dismissed.

**Persons entitled to prize money.** 15. (Repealed by act of March 3, 1899, section 13.)

**Removing property from prize.** 16. No person in the Navy shall take out of a prize, or vessel seized as a prize, any money, plate, goods, or any part of her equipment, unless it be for the better preservation thereof or unless such articles are absolutely needed for the use of any of the vessels or armed forces of the United States, before the same are adjudged lawful prize by a competent court; but the whole, without fraud, concealment, or embezzlement, shall be brought in, in order that judgment may be passed thereon; and every person who offends against this article shall be punished as a court-martial may direct.

**Maltreating persons on prize.** 17. If any person in the Navy strips off the clothes of, or pillages, or in any manner maltreats, any person taken on board a prize, he shall suffer such punishment as a court-martial may adjudge.

**Returning fugitives.** 18. If any officer or person in the naval service employs any of the forces under his command for the purpose of returning any fugitive from service or labor, he shall be dismissed from the service.

**Enlisting deserters, minors, etc.** 19. Any officer who knowingly enlists into the naval service any person who has deserted in time of war from the naval or military service of the United States, or any insane or intoxicated person, or any minor between the ages of fourteen and eighteen years, without the consent of his parents or guardian, or any minor under the age of fourteen years, shall be punished as a court-martial may direct.

20. Every commanding officer of a vessel in the Navy shall obey the following rules:

**Men received on board.** (1) Whenever a man enters on board, the commanding officer shall cause an accurate entry to be made in the ship's books, showing his name, the date, place, and term of his enlistment, the place or vessel from which he was received on board, his rating, his descriptive list, his age, place of birth, and citizenship, with such remarks as may be necessary.

**List of officers, men, and passengers.** (2) He shall, before sailing, transmit to the Secretary of the Navy a complete list of the rated men under his command, showing the particulars set forth in rule one, and a list of officers and passengers, showing the date of their entering. And he shall cause similar lists to be made out on the first day of every third month and transmitted to the Secretary of the Navy as opportunities occur, accounting therein for any casualty which may have happened since the last list.

**Deaths and desertions.** (3) He shall cause to be accurately minuted on the ship's books the names of any person dying or deserting, and the times at which such death or desertion occurs.

**Property of deceased persons.** (4) In case of the death of any officer, man, or passenger on said vessel, he shall take care that the paymaster secures all the property of the deceased, for the benefit of his legal representatives.

**Accounts of men received.** (5) He shall not receive on board any man transferred from any other vessel or station to him, unless such man is furnished with an account, signed by the captain and paymaster of the vessel or station from which he came, specifying the date of his entry on said vessel or at such station, the period and term of his service, the sums paid him, the balance due him, the quality in which he was rated, and his descriptive list.

**Accounts of men sent from ship.** (6) He shall, whenever officers or men are sent from his ship for whatever cause, take care that each man is furnished with a complete statement of his account, specifying the date of his enlistment, the period and term of his service, and his descriptive list. Said account shall be signed by the commanding officer and paymaster.

**Provisions.** (7) He shall cause frequent inspections to be made into the condition of the provisions on his ship, and use every precaution for their preservation.

**Health of crew.** (8) He shall frequently consult with the surgeon in regard to the sanitary condition of his crew, and shall use all proper means to preserve their health. And he shall cause a convenient place to be set apart for sick or disabled men, to which he shall have them removed, with their hammocks and bedding, when the surgeon so advises, and shall direct that some of the crew attend them and keep the place clean.

**Final payment of crew.** (9) He shall attend in person, or appoint a proper officer to attend, when his crew is finally paid off, to see that justice is done to the men and to the United States in the settlement of the accounts.

**Articles to be hung up and read.** (10) He shall cause the Articles for the Government of the Navy to be hung up in some public part of the ship and read once a month to his ship's company.

**Punishment for offending.** Every commanding officer who offends against the provisions of this article shall be punished as a court-martial may direct.

**Authority of officers after loss of vessel.** 21. When the crew of any vessel of the United States are separated from their vessel by means of her wreck, loss, or destruction, all the command and authority given to the officers of such vessel shall remain in full force until such ship's company shall be regularly discharged from or ordered again into service, or until a court-martial or court of inquiry shall be held to inquire into the loss of said vessel. And if any officer or man, after such wreck, loss, or destruction, acts contrary to the discipline of the Navy, he shall be punished as a court-martial may direct.

**Offenses not specified.** 22. All offenses committed by persons belonging to the Navy which are not specified in the foregoing articles shall be punished as a court-martial may direct.

**Offenses committed on shore.** 23. All offenses committed by persons belonging to the Navy while on shore shall be punished in the same manner as if they had been committed at sea.

**Punishment by order of commander.** 24. No commander of a vessel shall inflict upon a commissioned or warrant officer any other punishment than private reprimand, suspension from duty, arrest, or confinement, and such suspension, arrest, or confinement shall not continue longer than ten days, unless a further period is necessary to bring the offender to trial by a court-martial; nor shall he inflict or cause to be inflicted upon any petty officer, or person of inferior rating, or marine, for a single offense, or at any one time, any other than one of the following punishments, namely:

(1) Reduction of any rating established by himself.

(2) Confinement, not exceeding ten days, unless further confinement be necessary in the case of a prisoner to be tried by court-martial. The use of irons, single or double, is abolished except for the purpose of safe custody or when part of a sentence imposed by general court-martial. (Act Feb. 16, 1909.)

(3) Solitary confinement, on bread and water, not exceeding five days.



(4) Solitary confinement not exceeding seven days.

(5) Deprivation of liberty on shore.

(6) Extra duties.

No other punishment shall be permitted on board of vessels belonging to the Navy, except by sentence of a general or summary court-martial. All punishments inflicted by the commander, or by his order, except reprimands, shall be fully entered upon the ship's log.

**Punishment by officers temporarily commanding.** 25. No officer who may command by accident, or in the absence of the commanding officer, except when such commanding officer is absent for a time by leave, shall inflict any other punishment than confinement.

**Summary courts-martial.** 26. Summary courts-martial may be ordered upon petty officers and persons of inferior ratings, by the commander of any vessel, or by the commandant of any navy yard, naval station, or marine barracks to which they belong, for the trial of offenses which such officer may deem deserving of greater punishment than such commander or commandant is authorized to inflict, but not sufficient to require trial by a general court-martial.

**Constitution.** 27. A summary court-martial shall consist of three officers not below the rank of ensign, as members, and of a recorder. The commander of a ship may order any officer under his command to act as such recorder.

**Oaths of members and recorder.** 28. Before proceeding to trial the members of a summary court-martial shall take the following oath or affirmation, which shall be administered by the recorder: "I, A B, do swear (or affirm) that I will well and truly try, without prejudice or partiality, the case now depending, according to the evidence which shall be adduced, the laws for the government of the Navy, and my own conscience." After which the recorder of the court shall take the following oath or affirmation, which shall be administered by the senior member of the court: "I, A. B, do swear (or affirm) that I will keep a true record of the evidence which shall be given before this court and of the proceedings thereof."

**Testimony.** 29. All testimony before a summary court-martial shall be given orally, upon oath or affirmation, administered by the senior member of the court.

**Punishment.** 30. Summary courts-martial may sentence petty officers and persons of inferior ratings to any one of the following punishments, namely:

(1) Discharge from the service with bad-conduct discharge; but the sentence shall not be carried into effect in a foreign country.

(2) Solitary confinement, not exceeding thirty days, on bread and water, or on diminished rations.

(3) Solitary confinement not exceeding thirty days.

(4) Confinement not exceeding two months.

(5) Reduction to next inferior rating.

(6) Deprivation of liberty on shore on foreign station.

(7) Extra police duties, and loss of pay, not to exceed three months, may be added to any of the above-mentioned punishments.

"The courts authorized to impose the punishments prescribed by article thirty of the 'Articles for the Government of the Navy' may adjudge either a part or the whole, as may be appropriate, of any one of the punishments therein enumerated: *Provided*, That the use of irons, single or double, is hereby abolished except for the purpose of safe custody, or when part of a sentence imposed by a general court-martial." (Act Feb. 16, 1909.)

**Disrating for incompetency.** 31. A summary court-martial may disrate any rated person for incompetency.

**Execution of sentence.** 32. All sentences of summary courts-martial may be carried into effect upon the approval of the senior officer present. (Act Feb. 16, 1909.)

**Remission of sentence.** 33. The officer ordering a summary court-martial shall have power to remit, in part or altogether, but not to commute, the