trials and inspections, so that they may be available in connection with the preparation of the detailed instructions by the president of the board, and the originals of all reports of such trials and inspections shall be forwarded to the department through the president of the Board of Inspection and Survey.

(10) If the question of the possible sale of a vessel arises, the action to be taken shall be as prescribed in Article I 4701.

C. N. R. 9. **158.** (1) The Board of Inspection and Survey shall include in its reports of trials and inspections of vessels, whenever it may consider advisable, recommendations relative to the design of vessels or to any parts of same, including details of design, construction, materials, locations, and methods of operation of the various parts of machinery and mechanical appliances.

(2) In case the board considers changes in any of the above features to be necessary or desirable in the case of the ship under consideration, specific recommendation relating to the same shall be included under the appropriate heading in the list of items in the report on that ship.

(3) As far as practicable, those features recommended by the board for consideration in connection with other vessels, including new designs and vessels under construction, shall be grouped under separate paragraph or paragraphs and carried on separate pages, with the caption "Design recommendations"; this is to insure that these design matters may not be overlooked in the body of the report.

(4) In order that the board may have full knowledge of the department's decisions in relation to design matters upon which the board has made recommendation, the department will inform the board of those design items which have been disapproved or which have been approved in a form other than that in which recommended. As far as practicable the board will be informed of the reasons for the department's decision on these items.

(5) Whenever it comes to the attention of the Board of Inspection and Survey that any detail, or integral piece of machinery or arrangement or method of operation has had sufficient trial to test its merits, and in the opinion of the board has proved unsatisfactory, the board shall definitely recommend that it shall be eliminated in future construction, with its reasons therefor. If after such recommendation of disapproval and after opportunity has been had to effect correction, it becomes necessary again to recommend disapproval of the same item in the same particulars, a special report relative thereto shall be submitted to the department.

(6) The board shall, in its recommendations for disapproval, state the name of the contractor or subcontractor who supplied or built any unsatisfactory feature.

## Section 13.—The General Board.

Composition. C. N. R. 5. **166.** (1) The General Board shall be composed of the Admiral of the Navy, the Chief of Naval Operations, the Major General Commandant United States Marine Corps, the Director of Naval Intelligence, the President of the Naval War College, and such additional officers as the Secretary of the Navy may designate.

(2) An officer above the grade of lieutenant shall be detailed as secretary to the General Board. He shall record its proceedings and have charge and custody of its files and correspondence.

Duties. **167.** (1) The General Board shall devise measures and plans for the effective preparation and maintenance of the fleet for war and shall advise the Secretary of the Navy as to the disposition and distribution of the fleet and of the reenforcements of ships, officers, and men of the Navy and Marine Corps.



(2) It shall prepare and submit to the Secretary of the Navy plans of campaign, including cooperation with the Army and the employment of all the elements of naval defense, such as the Naval Militia, Coast Survey, Lighthouse Service, Coast Guard, and merchant vessels, and shall constantly revise these plans in accordance with the latest information received.

(3) It shall consider the number and types of ships proper to constitute the fleet, the number and rank of officers, and the number and ratings of enlisted men required to man them, and shall advise the Secretary of the Navy respecting the estimates therefor (including such increase as may be requisite) to be submitted annually to Congress.

(4) It shall advise the Secretary of the Navy concerning the location, capacity, and protection of fuel depots and supplies of fuel, and of navy yards and naval stations; also in regard to the establishment and maintenance of reserves of ordnance and ammunition and depots of supplies; and shall advise as to the delivery of provisions and stores of every kind required by the fleet.

(5) It shall consider and report upon naval operations, maneuvers, tactics, organization, training, and such other subjects as the Secretary of the Navy may lay before it. C. N. R. 5.

## Section 14.—Designs and Weights.

Military characteristics. **171.** (1) When designs are to be prepared for a new ship the Chief of Naval Operations, in conjunction with the General Board, shall submit to the Secretary of the Navy a recommendation as to the military characteristics to be embodied therein. Such military characteristics shall include a general statement as to type of ship, speed, radius of action, and armor and armament, but shall not, except in special cases, be so restrictive as to prevent various arrangements being developed in order to obtain the benefit arising from the consideration of several possible solutions. These military characteristics shall be prepared by the General Board sufficiently early to permit the preliminary design referred to below to be prepared and the approximate cost determined before the estimates for the yearly building program are submitted.

**Outline preliminary plans.**

(2) The Bureau of Construction and Repair will then be directed to prepare and submit outline preliminary plans, approximate data, etc., showing the ship in accordance with the above recommendations as approved by the Secretary of the Navy. Such plans, when approved by the Secretary, shall be the basis of actual contract plans and specifications, subject to such modifications in nonmilitary features as may appear desirable and practicable in working out the details.

**Duties of bureaus in preparation of plans.**

(3) For the purpose of preparing the outline preliminary plans, the Bureau of Construction and Repair shall consult the other bureaus of the Navy Department, which shall furnish to that bureau, when requested, preliminary plans and approximate data of the features under their respective cognizance for incorporation in the preliminary design, together with such comment and recommendations with relation to the features under their cognizance as may be deemed necessary from a consideration of technical details. Such comment or recommendations, if tending to modify any of the features recommended by the General Board and approved by the Secretary of the Navy to such an extent as to affect the principal dimensions, general arrangement, or probable cost of the vessel, shall be forwarded, with appropriate comment by the Bureau of Construction and Repair, to the Secretary of the Navy (Chief of Naval Operations) for his action before the preliminary designs are submitted.

**General Board shall consider preliminary plans.**

(4) The outline preliminary plans when completed and the approximate data necessary for an understanding thereof shall be forwarded by the Bureau of Construction and Repair, together with such comment and recommendations as may appear necessary, to the Secretary of the Navy (Chief of Naval Operations), who will refer the same to the General Board for consideration and recommendation.

**Conference of officers with General Board.**

(5) There will be ordered to be present to confer with the General Board during such consideration, the Chief Constructor or his designated assistant, and such other officers as may be designated, who are deemed specially qualified to consider the interdependence of military and technical features in the type of vessel under consideration, including officers who have obtained markedly successful results in ordnance, engineering, or turret-gun work, or in service with torpedo vessels. The department will, after consideration of the recommendations of the General Board as thus prepared, issue final instructions as to the features to be embodied; and the duty of preparing the final plans shall then devolve upon the bureaus, in accordance with their responsibilities as laid down in these regulations.

**Preparation of final designs, weights, etc. C. N. R. 5.**

172. (1) During the preparation of the final designs of a new vessel each bureau shall prepare a detailed statement of all objects under its cognizance which it is proposed to install during the construction and fitting out complete for sea of the vessel. A copy of such statement shall be furnished to the Bureau of Construction and Repair when requested by that bureau together with such itemized estimates of weights and positions of centers of gravity as may be required by that bureau. This statement and estimates of weights and positions of centers of gravity is to be furnished in sufficient time before the final plans are submitted to the Secretary of the Navy for approval to permit the Bureau of Construction and Repair to prepare the plans without delay and to determine fully the matters of displacement, trim, stability, and strength.

(2) Within three months after the commissioning of a new vessel, a detailed statement, itemized as above, shall be furnished the Bureau of Construction and Repair by each other bureau concerned, in which the actual weights and revised estimates of the positions of centers of gravity shall be given where necessary.

173. All recommendations relating to changes in designs of ships shall be submitted to the Secretary of the Navy (Chief of Naval Operations) via the Bureau of Construction and Repair.

## SECTION 15.—PUBLIC WORKS AND PUBLIC UTILITIES.

Definitions.

181. (1) The definitions given in this article shall govern in all regulations and instructions relative to all public works and public utilities under the jurisdiction of the Navy Department.

Public works.

(2) The term "public works" shall be construed to include the following, and such similar works as the Secretary of the Navy may designate, of whatever character and wherever located except as indicated in the list, and except such as may be located on board ship:

| | |
|---|---|
| Aqueducts. | Lawns. |
| Breakwaters. | Magazines. |
| Bridges. | Paving. |
| Buildings and permanent fixtures. | Piers. |
| Canals. | Pipe lines. |
| Casemates. | Pole lines. |
| Chimneys. | Power plants and the machinery thereof. |
| Cisterns. | Quay walls. |
| Coaling plants. | Radio stations on shore, including buildings and masts, but not equipment or its installation. |
| Conductors for heat, air, light, power, steam, water, and communicating systems. | Railways. |
| Conduits for pipes and conductors. | Railways, marine. |
| Dams. | Recreation grounds. |
| Dikes. | Refrigerating plants. |
| Ditching. | Reservoirs. |
| Dredging. | Roads. |
| Docks. | Sewers. |
| Dry docks and machinery thereof. | Shade trees. |
| Earthworks. | Slips. |
| Fences. | Slips, building. |
| Flagpoles. | Smokestacks. |
| Grading. | Tanks, storage. |
| Harbor works. | Target ranges on shore. |
| Heating and ventilating plants. | Walks. |
| Hospitals. | Walls. |
| Industrial offices. | Waterworks. |
| Landings. | Wharves. |

Public utilities.

C. N. R. 5.

(3) The term "public utilities" shall be construed to include the following, and such similar utilities as the Secretary of the Navy may designate, of whatever character and wherever located, except as indicated in the list, and except such as may be located on board ship:

| | |
|---|---|
| Awnings. | Mules, horses, and cattle. |
| Cranes, outside of shops. | Pile drivers. |
| Derricks, outside of shops. | Shears. |
| Dredges. | Steam shovels. |
| Fire apparatus. | Telephone and telegraph lines. |
| Fixed moorings. | Trucks. |
| Flags. | Vehicles. |
| Landing floats. | Wheels. |
| Locomotives and rolling stock. | |

Repairs defined.

(4) In connection with public works and public utilities, "repairs" shall be construed to include repairs of greater magnitude than those defined under "upkeep" (see par. 5), also necessary alterations in internal arrangements and fittings, but not such material alterations in structural design as may properly be considered "new construction." "Repairs" shall not include any work which is an indirect expense, under the Accounting Instructions, in the operation of the public work or utility.



Upkeep defined.

(5) "Upkeep" shall be construed as meaning such care and cleaning of public works and utilities, such incidental and minor repairs thereto, and such minor alterations thereof as are chargeable under the Accounting Instructions to the indirect expense account.

Expenditures for "Upkeep," as contrasted with "Repairs," of nonindustrial public works and utilities shall be limited in amount and in the same manner as provided for in the Accounting Instructions for industrial public works and utilities.

These "minor repairs and alterations" shall not be construed to include the cutting of any structural wall, beam, or support; the removal or closing of any staircase, elevator, fire door, or fire partition; or any changes in the architectural features or external appearance of public works or utilities.

Operation defined.

(6) The operation of any public work or utility shall be construed to include the supervision and management of the activities, whether industrial or military, carried on therein or therewith when employed for the purpose for which constructed and maintained.

Questions of classification.

(7) Any question in regard to the proper classification of any item or activity under the several definitions given in this article shall be referred to the Navy Department (Chief of Naval Operations) for decision.

Classes of public works and utilities.

182. (1) Public works and public utilities under the jurisdiction of the Navy Department shall be considered as divided into two classes, namely, industrial and nonindustrial, as defined in this article.

Industrial works and utilities.

(2) Industrial public works and public utilities shall include all those wherein or wherewith industrial operations are carried on and whose upkeep and operation are chargeable to the indirect expense account in accordance with the Accounting Instructions.

Nonindustrial works and utilities.

(3) Nonindustrial public works and public utilities shall include all those wherein or wherewith industrial operations are not carried on, or whose upkeep and operation are not chargeable to the indirect expense account in accordance with the Accounting Instructions.

Questions of classification.

(4) Any question in regard to the proper classification of any item under the two definitions given in this article shall be referred to the Navy Department (Chief of Naval Operations) for decision.

Cognizance.

183. (1) The cognizance over the upkeep and operation of public works and public utilities shall be as provided in this article.

Administration, upkeep, and operation of industrial works.

(2) The upkeep and operation of industrial public works and utilities shall be the duty of the commandant, the details being administered by the head of the yard department, or division concerned. The costs of upkeep and operation shall be allocated as items of indirect expense in accordance with the Accounting Instructions.

Administration, etc., of nonindustrial works.

(3) The upkeep and operation of nonindustrial public works and public utilities shall be the duty of the commandant, subject to any instructions he may receive in regard thereto from the bureau or office charged with defraying the costs of keeping up and operating the same, the details being administered by the appropriate officer under his command. The cost of upkeep and operation shall, in each case, be defrayed by the bureau or office under which the funds for this purpose are appropriated, estimates for such appropriations being submitted as the Secretary of the Navy may direct.

C. N. R. 7.

(4) At the Naval Torpedo Stations at Newport, R. I., and Keyport, Wash., and the Naval Proving Ground, Indianhead, Md., ~~and at naval magazines~~, repairs to public works and utilities within the capacity of the force employed, as well as their upkeep and operation, shall be under the cognizance of the Bureau of Ordnance.

at the armory + proj. [illegible] at Charleston [illegible] C.N. R. 10

(5) At hospitals and medical supply depots, repairs to public works and utilities within the capacity of the force employed, as well as their upkeep and operation, shall be under the cognizance of the Bureau of Medicine and Surgery.

(6) At naval training stations, the Naval Observatory, [illegible] War College, and the Naval Academy repairs to public [illegible] utilities within the capacity of the force employed, as well as [illegible] upkeep and operation, shall be under the cognizance of the Bureau [illegible] Navigation.

(7) At marine barracks and marine posts repairs to public [illegible] and utilities within the capacity of the force employed, as well as [illegible] upkeep and operation, shall be under the cognizance of the Marine [illegible] Corps.

(8) At radio stations and the engineering experiment station [illegible] to public works and utilities within the capacity of the force employed [illegible] as well as their upkeep and operation, shall be under the cognizance [illegible] of the Bureau of Steam Engineering.

**Both industrial and nonindustrial purposes.** (9) When any public work or public utility is employed for both [illegible] industrial and nonindustrial purposes the costs of upkeep and operation [illegible] tion shall be divided, and shall be charged as provided in paragraphs [illegible] 2 and 3 of this article; and such division shall be as nearly as possible [illegible] the same proportion as the activities bear to each other.

**Power plants and conductors.** (10) Power plants and conductors for air, heat, light, power, and [illegible] steam, up to and including the permanent installation within all [illegible] buildings, shall be kept up and operated by the machinery division [illegible]

The Bureau of Yards and Docks shall have such control over the [illegible] upkeep and operation of these plants as may be necessary to enable it [illegible] properly to safeguard expenditures under it and to insure that such [illegible] plants are at all times kept up and operated in an efficient and economical manner.

**Operation of coaling and fuel plants. C. N. R. 2.** (11) The upkeep and operation of coaling and fuel plants at a navy [illegible] yard shall be in charge of the supply officer; the upkeep and operation [illegible] of coaling and fuel plants not at a navy yard shall be in charge of the [illegible] officer in charge of the plant, or the custodian thereof, if the plant has [illegible] not been placed by the department under the commandant of a [illegible] station; otherwise of the commandant.

**C. N. R. 2.** (12) The cost of upkeep and operation of all coaling and fuel plants, [illegible] whether at a navy yard or elsewhere, shall be charged against the [illegible] proper appropriation under the Bureau of Supplies and Accounts for [illegible] the supply of fuel to the Navy, and that bureau shall have such control [illegible] over the upkeep and operation of coaling and fuel plants as may be [illegible] necessary to enable it to properly safeguard expenditures under it and [illegible] to insure that such plants are at all times kept up and operated in an [illegible] efficient and economical manner.



[illegible] operating features of all coaling and fuel plants shall be [illegible] the Bureau of Yards and Docks in consultation with the [illegible] Steam Engineering. **C. N. R. 2.**

**Custody of fuel.** [illegible] fuel stored in coaling and fuel plants shall be in charge of [illegible] officer of the station within which they lie or to which [illegible] attached. In the case of such plants not within or attached [illegible] station the fuel shall be in charge of such officer as may be [illegible] by the department.

**Operation of dry docks, building slips and marine railways.** [illegible] The upkeep and operation of all dry docks, building slips, [illegible] railways, including the machinery thereof, shall be under [illegible] division.

[illegible] charges for upkeep and operation of these structures not con- [illegible] with any individual job shall be made against the proper [illegible] under the Bureau of Construction and Repair. The [illegible] docking and undocking ships shall be charged against the [illegible] jobs, together with the incidental overhead charges in [illegible] with such jobs.

**Floating dry docks.** [illegible] In addition to the provisions of this article, floating dry docks [illegible] maintained and employed under the detailed instructions [illegible] in article I 3407.

**Operation of cranes, derricks, and shears.** [illegible] The upkeep and operation of cranes, except small locomotive [illegible] operating on yard railroad tracks; derricks; and shears, out- [illegible] shops; and the machinery thereof, shall be under the hull [illegible]

[illegible] The upkeep and operation of all public works and public [illegible] except as otherwise provided in this article, shall be under [illegible] public works department.

**Preparation of formal estimates.** [illegible] In general, and unless the Secretary of the Navy shall direct [illegible] contrary in specific cases, all formal estimates for appropriations [illegible] public works and public utilities shall be prepared by the Bureau [illegible] Yards and Docks and be submitted to the Assistant Secretary of the [illegible] When any other bureau or office desires the construction of [illegible] public work or public utility it shall so report to the Secretary of [illegible] Navy, who will, in his discretion, direct the Bureau of Yards and [illegible] to prepare the necessary estimates, in consultation with the [illegible] of the bureau or office concerned, and submit them to the depart- [illegible] for further action.

**Design, construction, and repair of public works, etc.** [illegible] The design, construction, and repair of all public works and [illegible] utilities shall be the duty of the Bureau of Yards and Docks. [illegible] such work is to be done as a charge against any appropriation [illegible] fund under the control of a bureau or office other than the Bureau [illegible] Yards and Docks, it shall be done under the charge of the Bureau [illegible] Yards and Docks, on a specific allotment from the proper appropria- [illegible] or fund made by the bureau or office concerned and approved by [illegible] Secretary of the Navy.

**Right of approval of plans.** [illegible] (1) Prior to the construction of any public work or public [illegible] the general features affecting the activities performed therein [illegible] therewith shall be submitted to the commandant of the station [illegible] for recommendation unless otherwise directed by the [illegible] Secretary of the Navy.

[illegible] (2) In the case of the construction of public works and public util- [illegible] which are to be used for activities under the cognizance of a [illegible] or office other than the Bureau of Yards and Docks, the general [illegible] affecting the activities performed therein or therewith shall [illegible] submitted for approval to the bureau or office having cognizance [illegible] activities.

[illegible] In the case of disagreement between the offices and bureaus concerned the matter shall be referred to the Secretary of the Navy (Operations) for decision.

Unauthorized buildings at naval stations.

187. No buildings other than those authorized and for which appropriation has been made by Congress shall be erected on public lands at any naval station, nor shall a commandant grant permission to any persons other than those duly and officially authorized to reside in, occupy, or use any building or portion thereof upon such public lands. If for special reasons any exception to this regulation is deemed desirable, the matter shall be referred to the department for action, in its discretion.

Communications relative to alterations, improvements, etc.

188. All communications from naval stations relative to alterations, improvements, and the purchase and installation of machinery and machine tools, including requisitions for machine tools, shall be addressed to the Secretary of the Navy (Operations). All requests for such work or material shall bear estimates of time and cost to perform or secure the same and shall show the yard department or division under which they are needed. Upon receipt by the department such papers will be referred to the bureau or bureaus concerned for recommendation and for statements as to the state of the appropriations concerned and the availability of funds for the specified purpose, after which they shall be returned to the department, where final action will be taken and the necessary instructions issued.

Foundations for machine tools.

189. The foundations for machine tools shall be charged against the appropriations under which the tools themselves are purchased, unless the Secretary of the Navy shall direct to the contrary in specific cases, except that when a new building is to be erected or extensive alterations are to be made in any existing building for which purposes specific appropriations are to be requested, which construction or alteration involves the construction or alteration of machine tool foundations, the estimates for such new work shall include the estimates for such foundations so far as may be practicable.

Correspondence of commandant with Bureau of Yards and Docks.

190. Papers relative to the general naval-station care and maintenance shall be transmitted by commandants direct to the Bureau of Yards and Docks.

Annual reports.

191. Commandants of shore stations shall submit annually to the Secretary of the Navy (Operations) a report on the activities and suggested improvements of the stations under their command.

Furniture.

192. The furniture for all public works shall be provided and repaired by the Bureau of Yards and Docks, except where otherwise provided by law.

Watchmen and labor for cleaning stations, etc.

193. The Bureau of Yards and Docks shall provide watchmen and labor for cleaning naval stations, and for the protection of public property therein except that, at the naval proving ground, the powder factory, magazines, and the naval torpedo stations, these duties shall be performed by the Bureau of Ordnance; at the Naval Academy, Naval War College, Naval Observatory, and naval training stations, they shall be performed by the Bureau of Navigation; at the engineering experiment station they shall be performed by the Bureau of Steam Engineering; at the experimental model basin, navy yard, Washington, by the Bureau of Construction and Repair; at naval hospitals and medical-supply depots they shall be performed by the Bureau of Medicine and Surgery; and at marine barracks they shall be performed by the Marine Corps.

Stations not under a commandant.

194. At stations which are not under a commandant the duties of commandant as laid down in this section shall be performed by the commanding officer or the officer in charge of such station.

Steps to secure repairs.

195. Whenever any officer charged with the details of administration, upkeep, and operation of any public work or public utility finds that there is need for repairs which he is not authorized to undertake himself as a part of the upkeep thereof, he shall report to the commandant, who shall take the necessary steps to secure the performance of such repairs.



Inspection by public works officer.

196. The public works officer shall inspect annually all public works and public utilities as to their condition, especially in regard to their structural stability and state of preservation as viewed from an architectural and civil engineering standpoint, and shall report the result of such inspection to the commandant in writing. Successive inspections shall be made not more than fourteen months apart, and the public works officer shall be held responsible for any deterioration which may exist in such public works or utilities which he does not so report.

Duty of commandant to recommend improvements, etc.

197. It shall be the duty of every commandant to recommend to the department all additions and alterations in the station under his command which he may deem necessary for the proper development or improvement of the station, with a view to meeting all probable demands of the fleet upon it, and all repairs to public works or public utilities which he deems necessary for their proper preservation and the cost of which is in excess of the regular allotment of funds made him for this purpose. Such recommendations will be forwarded by the department to the bureaus concerned for recommendation and statement of funds available, and final action thereon shall be by the department.

Current appropriation act.

198. (1) When the current appropriation act provides funds for any of the purposes mentioned in this section under other bureaus or offices than those set forth herein, the provisions of such appropriation act shall govern.

Future estimates.

(2) In every case in which the condition described in the preceding paragraph exists, however, future estimates shall be prepared (in accordance with the legal forms and methods applying to such cases) in such a manner that subsequent appropriation acts, if accepted by Congress in the form in which submitted, will enable the provisions of this section to be fully complied with.