# CHAPTER 19.

## THE COMMANDING OFFICER OF A SHIP.

(Naval Instructions, Chap. 11.)

### SECTION 1.—THE COMMANDING OFFICER OF A SHIP, AND THE SUCCESSION TO COMMAND.

2001. (1) Should the officer regularly ordered to command a ship be absent, disabled, relieved from duty, or detached without relief, the command shall devolve upon the line officer next in rank regularly attached to and on board the ship, until relieved by competent authority or the regular commanding officer returns.

(2) An officer succeeding temporarily to command has the same authority and responsibility as the regular commanding officer, but he shall make no change in the existing general rders, organization, or other permanent dispositions, and shall endeavor to have the routine and other affairs of the ship carried on the same as usual. See also Article 25, A. G. N.

### SECTION 2.—ASSUMING COMMAND AND FITTING OUT.

**When ordered to a ship not in commission.**

2011. (1) An officer who has been ordered to the command of a ship not yet in commission shall at once make a thorough personal examination of her, and inform himself as to her condition and state of preparation for service.

(2) He shall, if the ship be at a navy yard, exercise no authority or control over her preparation before she is transferred to his command, but shall keep himself constantly informed of the progress made and offer to the commandant such suggestions concerning the preparation as he considers essential or important to her efficiency.

(3) If, when the commandant signifies his intention of transferring the ship to the command of the officer ordered to receive her, that officer considers her in an unfit condition to be commissioned, he shall represent the fact to the commandant in writing, stating the reasons.

**Going into commission.**

2012. When the ship is to be placed in commission, she shall be formally transferred by the commandant, or by an officer representing him, who shall not be inferior in grade to the officer ordered to command, as follows: As many of the officers and crew of the ship as circumstances permit, including a guard and music, shall be assembled and properly distributed on the quarterdeck. When ready, the commandant or his representative shall cause the national ensign and the proper insignia of command to be hoisted, in accordance with articles R 1236 and R 1254, and turn the ship over to the officer ordered to command; the latter shall then read his orders to command, assume charge of the ship, and cause a watch to be set.

**Responsible for discipline.**

2013. (1) The commanding officer, upon assuming command of a ship when she is commissioned, becomes responsible for the discipline on board.

(2) He shall at once make himself familiar with the details of the material and personnel of his command, in order that he may make proper representations if any portion of either is unfit for the service to which the ship is destined.

(3) He shall use every exertion to complete the equipment of the ship and fit her for sea.

*Assuming command of a ship in commission.*

**2014.** (1) If, when an officer ordered to command joins the ship to which he has been ordered, she is already in commission and at a navy yard, all hands shall be called to muster, and the officer ordered to command shall read his orders and assume command. After taking command he shall proceed as though the ship had just been commissioned.

(2) If, when he joins, the ship is cruising or on service, and without a permanent commanding officer, he shall assume command as laid down in paragraph 1 of this article. The temporary commanding officer shall transfer to him every article in his keeping that pertains to the commanding officer, and afford all the information possible that will be of service in the administration and command of the ship. After taking command he shall hold the inspection provided for in article R 2015 and report the result to the Navy Department.

*An officer relieving another of command.*

**2015.** (1) In the case of a ship already in commission, with a commanding officer regularly attached thereto, the commanding officer about to be relieved, shall, before the transfer is effected, make a thorough inspection of the ship in company with his successor, and cause the crew to be exercised in his presence at general quarters, fire quarters, collision quarters, and mustered at stations for abandon ship, unless the weather or other conditions render it impracticable or inadvisable. He shall point out any defects and account for them, and explain fully any peculiarities of construction or arrangement of the ship. A statement, in quadruplicate, of the inspection is to be drawn up and, if satisfactory, signed by the officer succeeding him. If not satisfactory he shall state in what particular it is not so, and the officer relieved shall make such explanations as he may deem necessary, each over his own signature. One copy of this statement is to be forwarded to the Navy Department, one to the commander in chief of the station, and one shall be retained by each of the officers between whom the transfer of command takes place.

*Correspondence, keys, signal books, etc.*

(2) The officer about to be relieved shall deliver to his successor the originals or authenticated copies of all unexecuted orders, and take duplicate receipts for the same, forwarding one copy to the superior from whom the order was received. He shall also deliver to him copies of all general regulations and orders that are in force on board, all documents received for his guidance in command, and such other official correspondence and information concerning the ship and her qualities, the officers and crew, as may be of service to his successor. He shall deliver the signal books, intelligence outfit, and the keys to all confidential signals and other publications; also all other books, rolls, and documents required by these regulations to be either kept or supervised by himself. Under no circumstances shall he carry away the original records of his official correspondence, original letters, documents, or papers concerning the ship or her officers and crew, but he may take authenticated copies of the same. He shall turn over to his successor the keys to the magazines and shell rooms and all articles of the ship's outfit in his possession. He shall sign the log books, signal record books, midshipmen's journals, expenditure books, reports of fitness of officers, and all other papers requiring his approval, up to the date of his relief.

*Turning over command.*

(3) After the formalities enumerated in paragraphs 1 and 2 of this article have been completed, all hands shall be called to muster and the officer about to be relieved shall read his orders of



[illegible] and turn over the command to his successor, who shall [illegible] orders of command and assume charge.

*Status of captain relieved.*

(4) The officer relieved, though without authority after turning over the command, is, until he finally leaves the ship, entitled to all the ceremonies and distinctions accorded him while in command.

### Section 3.—Organization.

*Police and other regulations.*

**2021.** The organization of ships of the Navy shall be governed by naval laws, regulations, and orders from superior authority; all rules and routine orders of the commanding officer shall be in accordance with the same.

*General orders and Articles for Government of Navy.*

**2022.** The Articles for the Government of the Navy shall be read [illegible] to the officers and crew, at muster if practicable, once in every month and a copy of them shall be kept posted at all times in a conspicuous place accessible to the crew. All general orders issued by the Secretary of the Navy or the commander in chief, which may in any degree affect the crew, shall be read to the officers and crew by an officer, under the direction of the commanding officer, at the first general muster after their receipt and the fact entered in the log book. Court-martial orders, and other official matter of like tenor, shall be read in the same manner or placed on bulletin boards or other conspicuous places where they can be read by officers and crew. Copies of all orders concerning the daily routine and police regulations and of routine orders concerning the ship's company shall be kept posted in a conspicuous position accessible to the crew.

*The orders to be issued through the executive.*

**2023.** The commanding officer shall issue all general orders relative to the duties of the ship through the executive officer and shall keep him informed of his own methods of performing duty in other respects, in order that in his absence this officer may exercise command intelligently and in accordance with his wishes.

*Commissary. C. N. R. 7.*

**2024.** When no officer of the Pay Corps is attached to the vessel, the commanding officer shall detail an officer to administer the general mess.

*Crew stationed and exercised before sailing.*

**2025.** (1) The ship shall not sail from a port in the United States until the crew has been watched, quartered, and stationed, and also exercised at all important stations.

(2) If the vessel be newly commissioned, the commanding officer shall take the first opportunity after leaving the navy yard to determine her tactical qualities and periods of rolling and pitching.

*To superintend evolutions and exercises.*

**2026.** The commanding officer shall superintend all important evolutions, exercises, and inspections.

*Keys to magazines and floodcocks.*

**2027.** (1) The commanding officer shall be the custodian of the keys to all storerooms containing ammunition and explosives and to all floodcock wrenches. He shall take such steps as may be necessary to insure that the flooding and sprinkling testing caps and plugs are kept locked except when actually in use for testing, and that they are never left attached to the floodcocks or sprinkling systems except when the same are being tested.

*Magazines.*

(2) The magazine shall only be opened with his knowledge and consent, and every precaution must be taken to prevent accidents. An officer shall always be present to superintend the duty performed and to receive and return the keys.

*Embarking explosives.*

(3) Whenever powder, oil fuel, gasoline, or any explosive is to be embarked or disembarked, a red flag must be hoisted at the fore and all unauthorized lights and fires extinguished.

*Saluting powder.*

(4) Powder removed from the magazines for saluting shall not remain out overnight; during the day it must be kept in tanks with the lids screwed down, and in charge of a sentry or other responsible person.

*Primers and detonators. C. N. R. 7.*

(5) The commanding officer shall designate the places for stowing primers of dry guncotton and fulminate detonators. In no case shall they be kept near each other.

**Inspections of magazines.** (6) Magazines on shipboard containing powder or fixed ammunition shall be critically examined daily. The temperature shall be noted and recorded, and it shall be observed whether the air is good and untainted and whether normal conditions exist, and the fact of such inspection shall be noted in the ship's log book, with appropriate remarks. This daily examination shall be made by the gunner or his assistant or by such persons as the commanding officer may designate.

**Shell rooms and floodcocks.** (7) Shell rooms containing loaded shell only shall be examined weekly, and all floodcocks shall be tested weekly and the fact of such inspection and their condition entered in the ship's log book.

(8) Special attention shall be paid to the ventilation of magazines. (Art. I 2806.)

**Lights in magazines.** (9) No naked light, or candle, lamp, or lantern must ever be taken into a magazine containing powder or used in the vicinity of magazine doors or hatches. Portable electric lights may be used if absolutely necessary for the examination of the bilges or for temporary [illegible] tions, in special cases.

**Smokeless powder.** (10) The commanding officer shall see that the regulations governing the examination and storage of smokeless powder and ammunition are carried into effect, as required in I chapter 26.

SECTION 4.—GENERAL DUTIES.

**A commanding officer always responsible for his acts.** 2036. A commanding officer who departs from his orders or instructions under any circumstances, or takes official action at the request of any person, must do so upon his own responsibility and immediately report the circumstances to his superior.

**Night order book.** 2037. The commanding officer shall keep a night order book in which shall be entered all orders given to the officer of the deck for the night. This book shall be preserved as a part of the official records of the ship and turned in at the end of the cruise.

**No independent movements.** 2038. The commanding officer shall not, when in a fleet or squadron, perform any independent evolution without orders from the commander in chief, division commander, or other officer in direct authority over him, except to avoid a collision or danger.

**Notice of danger.** 2039. If, when in a fleet, squadron, or division the commanding officer finds that the course directed is leading the ship under his command or any other, into danger, he shall promptly give notice to the commander in chief, division commander, or other officer in direct authority over him, and to the ship endangered.

**If separated.** 2040. (1) If a ship is separated from the command to which she belongs, her commanding officer must explain the cause of such separation to his immediate superior, and also to the commander in chief. (Art. I 1006.)

**Entering port not designated.** (2) If a ship enters a port not designated nor permitted by the instructions, her commanding officer shall report to his immediate superior the cause for so doing and the delay necessary.

**Reports in case of damage to ship.** 2041. The commanding officer shall report to the commander in chief, immediately after its occurrence, every instance when the ship under his command touches the ground, has a collision, a fire on board, any serious accident to hull, spars, machinery, or boilers, or other important events of like nature; he shall forward with the report a statement of all the circumstances attending the accident, also the ~~report of the board, if one has been ordered. The original of the report shall be forwarded to the Navy Department (Bureau of Navigation), with a statement from the commander in chief as to the action taken or recommended, and the partial copy relating to material shall be forwarded as expeditiously as practicable to the department (Operations), as prescribed in Article I 5332.~~

**Loss of the ship.** 2042. (1) In case of the loss of the ship, her commanding officer shall remain by her with officers and crew as long as necessary



[illegible] as much Government property as possible. Every reasonable effort shall be made to save the log book, muster roll, accounts of officers and crew, and other valuable papers.

**The captain last to leave.** (2) If it becomes necessary to abandon the ship, he should be the last person to leave her.

(3) He shall make a report of the circumstances to the Secretary of the Navy as soon as possible and, if wrecked within the United States, shall repair to the nearest naval station with the [illegible] of the ship.

**Crew and property saved, how disposed of.** (4) He shall, if in a foreign country, lose no time, after making efforts to save property, in returning with the officers and crew to the fleet or squadron to which they belong or, if acting singly, to the United States. He shall take steps for the preservation of the Government property saved, until it shall be disposed of in such manner as the department may direct.

**Loss of accounts.** (5) In the event of the loss of accounts of any person in the [illegible] caused by wreck or otherwise, he shall proceed in accordance with article I 4924.

**Expeditions sent from a ship.** 2043. On occasions of sending a boat or other expedition away from the ship on important duty, when it is to proceed beyond signal distance, the commanding officer of the ship shall give written orders to the officer in command of the boat or expedition.

**Care of crew.** 2044. The commanding officer of a ship shall use all proper means to preserve the health of the crew, and shall from time to time consult with the medical officer of the ship in regard to sanitary measures to be adopted for that end. (Arts. I 952 and R 3332.)

**Customs examinations.** 2045. (1) The commanding officer of a ship shall facilitate any examination which it may be the duty of a customs officer of the United States to make on board of the ship under his command.

(2) He shall not permit a foreign customs officer to make any examination whatsoever on board of the ship or boats under his command.

**Search never to be permitted.** 2046. The commanding officer shall not permit any ship of the Navy under his command to be searched by any person representing a foreign state, nor any of the officers or crew to be taken out of her, so long as he has the power to resist. If force is used it must be repelled.

**Man-of-war boats.** 2047. (1) In ports where war or insurrection exists or threatens, the commanding officer of a ship shall always require the boats away from the ship to have some competent person in charge, and shall see that the proper steps are taken to make their national character evident at all times.

(2) The boats of a ship of war will be regarded, in all matters concerning the rights, privileges, and comity of nations, as parts of the ship herself.

**Marriages on board.** 2048. (1) The commanding officer of a ship shall not perform a marriage ceremony on board; nor shall he permit one to be performed when the ship is outside of the territory of the United States, except in accordance with the local laws and laws of the State, Territory, or district in which the parties are domiciled, and in presence of a minister or consul of the United States, who has consented to issue the certificates and make the returns required by the consular regulations.

(2) He shall report to the Secretary of the Navy all marriages occurring on board.

**Not required to act as supply officer.** 2049. The commanding officer of a ship is not required to perform the duties of a supply officer. (Sec. 1432, R. S.)

**Going out of commission.** 2050. When the vessel under his command is ordered out of commission at a navy yard, the commanding officer shall not deliver the orders of detachment to any officer until the vessel's battery and entire ordnance equipment have been inspected by a special board, composed of a representative of the commandant

of the navy yard, the gunnery officer of the vessel, [illegible] sidered necessary by the chief of that bureau, an officer [illegible] Bureau of Ordnance. The report of this board shall be [illegible] ruplicate and without estimates. The original shall be sent [illegible] Bureau of Ordnance for its information and file; one copy [illegible] be for the files of the commandant; and one copy for the [illegible] each of the divisions of the manufacturing department [illegible] information of the boards of survey and estimate in matters [illegible] the cognizance of the Bureau of Ordnance. Before leaving [illegible] ship the commanding officer shall satisfy himself that the [illegible] and boilers and their attachments have been put into the [illegible] tion required by article I. 3085, and that all returns have [illegible] made and every article turned over to the proper authority [illegible] shall then forward to the Secretary of the Navy, the [illegible] records of all correspondence for the cruise concerning the [illegible] her officers and crew, and shall forward the intelligence [illegible] the vessel to the office of Naval Intelligence.

*Officer detached during cruise.*

2051. Whenever an officer in charge of a department is [illegible] detached from a ship during a cruise, the commanding [illegible] shall require the officer so ordered to make a thorough inspection of the material of the department in company with his [illegible] and, upon the completion thereof, to submit jointly with his [illegible] a report on the condition of the parts of the ship, machinery and equipment of the department, with particular reference [illegible] any defects or deficiencies discovered. In the event of any [illegible] agreement between the officers as to the conditions discovered [illegible] commanding officer shall take appropriate steps to ascertain [illegible] actual conditions, and, if necessary, the responsibility therefor. He shall forward the report to the department. Should lack of time or other circumstances prevent the two officers making the inspection in company, the incoming head of department shall be required to make the inspection and report as soon as possible after taking charge.

Section 5.—Duties in Time of War.

*In time of war.*

2056. The commanding officer of a ship shall consider the provisions of article R. 1622 as applicable to himself in reference to this section

*Station in battle.*

2057. The station of the commanding officer of a ship in battle shall be such as will enable him to fight the ship to the best advantage.

*When pacific relations are doubtful.*

2058. If the commanding officer of a ship entertain any doubt in regard to the pacific relations of the United States with any foreign state, he shall be vigilant in watching the movements and acts of possible enemies, in order to prevent being surprised or taken at a disadvantage.

*When an engagement is possible.*

2059. (1) The commanding officer of a ship shall, when in presence of an enemy, or upon approaching a strange ship or on being approached by one, have the crew at quarters and the ship ready for battle.

(2) When in company with an enemy for a considerable length of time, as when both are at anchor in a neutral port, the officers and crew shall be kept on board and the ship and personnel at all times, day and night, in readiness for action at a moment's notice.

*Communicating important information.*

2060. The commanding officer of a ship shall, if possible, before going into action, communicate to his officers his plans for battle and such other information as will be of service to them should they succeed to the command of the ship.

*When in squadron not to engage without orders.*

2061. (1) The commanding officer of a ship shall not, when in the presence of a senior officer, engage an enemy without an order from such senior officer.



*If unable to continue the battle.*

[illegible] the motive machinery be disabled and he is obliged to [illegible] the battle, he should make such repairs as he is able [illegible] delay, and bring the ship as soon as possible again into [illegible]

*To prepare for further service immediately after battle.*

[illegible] immediately after a battle he shall repair damages as far [illegible] and use every effort to prepare the ship for further [illegible] action. He shall transmit to his superior in command [illegible] killed and wounded, and of ammunition, personnel, or [illegible] necessary for immediate service.

*Shall not retire from battle.*

[illegible] He shall not, without permission, retire from battle to [illegible] disabled ship, or to take possession of a captured one.

*When an enemy's ship strikes her flag.*

[illegible] When an enemy's ship strikes her flag in battle he shall [illegible] the action with other ships of the enemy; but shall take [illegible] of the surrendered ship as soon as practicable.

*Taking possession of a captured vessel.*

[illegible] On taking possession of a prize, he shall adopt such measures [illegible] may be necessary to prevent her from being recaptured. [illegible] remove such of the officers and crew as may be necessary [illegible] and take great care to preserve the log, all journals, signal [illegible] and signals, orders, instructions, letters, ship's papers, and [illegible] other documents of importance or bearing upon the validity [illegible] capture.

*Prisoners of war.*

[illegible] He shall take care that all prisoners of war are treated [illegible] humanity; that their personal property is preserved and protected; that they are allowed the use of such of their effects as [illegible] necessary for their health; and that they are supplied [illegible] rations properly cooked. He shall, however, have them [illegible] properly guarded and deprived of all means of escape or revolt.

*Reports after a battle.*

[illegible] After a battle he shall make full report thereof as prescribed in article R. 1630. These reports must be accurate and explicit and contain all important details; the movements of ships [illegible] be illustrated; the force and direction of the wind and the [illegible] of the sea given; the bearing, distance, and outlines of the [illegible] if any is in sight, stated; and the efficiency of the ship and [illegible] munitions of war carefully noted.

*General duties.*

2062. When acting singly, the commanding officer of a ship shall carry out the instructions prescribed in section 2, chapter [illegible] of these regulations for a commander in chief, as far as they may be applicable.

Section 6.—Intercourse with Foreigners.

*General duties in relation to foreigners.*

2071. The commanding officer of a ship shall carefully note and conform to the instructions laid down in section 3, chapter 15 of these regulations.

*Assistance to foreign vessels.*

2072. The commanding officer of a ship shall afford all assistance in his power to vessels of a foreign state at peace with the United States.

*If refused assistance.*

2073. If refused assistance by any foreign official, the commanding officer of a ship shall report the circumstances to the officer in chief command and to the Secretary of the Navy.

Section 7.—Navigation.

*Draft of ship.*

2081. (1) The commanding officer of a ship shall, immediately before leaving and as soon as practicable after entering port, require the navigating officer to ascertain the draft of the ship, forward and aft, and enter it in the log book.

*Lookouts.*

(2) He shall always when under way and, if necessary, when at anchor have a lookout stationed aloft during the day. At night he shall have as many lookouts stationed as are necessary. He shall require them to be proficient in their duties as lookouts.

*Running and anchor lights.*

(3) He shall take special care that the lights required by law, to prevent collisions at sea and in port, are kept in order and burning during the night, unless it be necessary to extinguish them

for war purposes or while exercising as though engaged [illegible] He shall require that there be kept at hand, convenient [illegible] means for relighting or replacing any such light as may [illegible] tinguished.

**Precautions to prevent collisions.** (4) He shall observe every precaution required by law [illegible] vent collisions and other accidents on the high seas and [illegible] waters.

**Course steered.** (5) Unless in company with a senior, he is responsible [illegible] course steered, and he is always responsible for the safe [illegible] of the ship.

**Entries in the night order book.** 2082. The commanding officer shall enter in the night [illegible] book each evening, for the information of the officer of the [illegible] the course and any necessary special precautions concerning [illegible] speed and navigation of the ship.

**Piloting.** 2083. The commanding officer shall pilot the ship [illegible] command under all ordinary circumstances, but may, in [illegible] ance with the provisions of article R 3811, employ a pilot [illegible] necessary.

**Preparations for anchoring.** 2084. When in the vicinity of the land, or upon approaching [illegible] an anchorage of any kind, the commanding officer shall have [illegible] cables bent and the anchors ready for letting go.

**When soundings shall be taken.** 2085. (1) When under way on soundings the commanding [illegible] shall have casts of the lead taken frequently, if necessary [illegible] verify the position.

(2) When going into or out of a port or approaching [illegible] chorage, shoal, or rock, with or without a pilot on board, he [illegible] keep the hand leads going and, if necessary in order to [illegible] correct soundings, reduce the speed.

**Anchoring.** 2086. (1) The commanding officer shall select a safe [illegible] anchor. After anchoring he shall have such bearings and [illegible] taken and entered in the log book as will enable the exact [illegible] of the ship to be located on the chart.

(2) He shall, if the ship is anchored at a place not [illegible] and if practicable, have the depth of water and character of [illegible] bottom examined for at least three cables' lengths around the [illegible] The result shall be entered in the log book.

**Compasses.** 2087. The commanding officer shall keep himself informed [illegible] the error of the standard and steering compass.

**Hydrographic information.** 2088. The commanding officer shall report to the Navy Depart[illegible] ment all important hydrographic or other information he may [illegible] quire concerning the navigation of ships. In case of temporary [illegible]

**Sailing directions.** deficiencies in aids to navigation he shall forward a copy of [illegible] report directly to the nearest Lighthouse Inspector concerned [illegible] The addresses of Lighthouse Inspectors are in the Introduction [illegible] Light Lists.

2089. (1) The commanding officer shall carefully preserve [illegible] information that he may receive or be able to procure concerning [illegible] the safe navigation of the ship.

(2) He shall require the sailing directions, light and [illegible] lists, and notices to mariners of the ship to be compared with [illegible] those of other ships of the Navy which he may meet, having later [illegible] information on these subjects than his own, and any differences [illegible] shall be noted.

(3) He shall, when there is any doubt about the safe naviga[illegible] tion of routes he proposes to take, or ports he intends to visit, [illegible] make every effort to obtain from any reliable source, foreign or [illegible] otherwise, all possible information that will aid him.

**Surveys.** 2090. The commanding officer shall, when his duties and other [illegible] circumstances permit, make a careful survey and construct a [illegible] chart of any shoals, harbors, or dangers to navigation that he may [illegible] discover or find to be inaccurately located. He shall forward [illegible] them through the usual official channels, with all the original [illegible] data and computations used in their construction, to the Navy Department.



**Suspected dangers.** [illegible] When passing in the vicinity of suspected dangers or [illegible] there are indications of shoal water or danger not on the [illegible] the commanding officer shall, unless there are good reasons [illegible] contrary, make such search as the weather and other cir[illegible] permit, forwarding to the Navy Department the re[illegible] with a track chart showing the traverses made and sound[illegible] taken. In the event of no search being made, he shall report [illegible] Navy Department the result of his observations and his [illegible] for the omission.

SECTION 8.—SUPPLIES AND REPAIRS.

**Economy in expenditure.** [illegible] The commanding officer shall regard himself as responsible [illegible] economical maintenance of his ship, and shall require from [illegible] his command a rigid compliance with the regulations in [illegible] to the receipt and expenditure of public money or stores.

**Not to interfere with duty of commandant.** [illegible] The commanding officer shall exercise no control over the [illegible] mechanics of a navy yard or station where the ship un[illegible] command may be moored, unless by the permission or di[illegible] of the commandant, except in matters coming under the [illegible] regulations of the ship. (Arts. R 3910 and I 5338.)

**Repairs by ship's mechanics.** [illegible] (1) The commanding officer shall, as far as possible and [illegible] accordance with the interests of the Government, cause all [illegible] to the hull, machinery, spars, boats, and to all articles of [illegible] and outfit to be made by the ship's mechanics. This [illegible] is subject to the provision of the following act of [illegible] 22, 1912: "No enlisted men or seamen, not including com[illegible] and warrant officers, on battleships of the Navy, when [illegible] battleships are docked or laid up at any navy yard for [illegible] shall be ordered or required to perform any duties except [illegible] are or may be performed by the crew while at sea or in a [illegible] port. (Arts. I 3408 and I 4609.)

[illegible] He shall regard as urgent all repairs necessary to insure [illegible] or to preserve the health of the personnel. He may [illegible] assistance from the senior officer present in making such [illegible] both in labor and material, but the ship's own force must [illegible] to the utmost.

SECTION 9—PERSONNEL.

**Persons who may be sent to the United States.** [illegible] (1) The commanding officer of a ship is authorized, when [illegible] singly, to send to the United States the following:

[illegible] Persons whose term of service has expired or is about to [illegible]

(b) Persons who have been condemned by medical survey.

(c) Persons charged with a crime or offense for which they can [illegible] be tried on the spot by a court competent to adjudge a suffi[illegible] punishment, in which case necessary witnesses shall also be [illegible]

(2) He shall follow the instructions laid down in articles I 953 [illegible] I 954, when applicable to himself.

**Service on unhealthy stations.** 2112. The commanding officer shall carefully observe the in[illegible] given in article I 952.

**Investigation of offenses.** 2113. (1) The commanding officer of a ship shall, if possible, [illegible] in person all offenses. The investigation shall not be [illegible] to any other officer, unless in case of illness or absence [illegible] the ship. (Art. R 1428.)

**Record of punishments.** (2) He shall have a record of punishments kept according to [illegible] forms, including all minor punishments such as extra [illegible] and deprivation of leave as well as confinement.

**Merchant seamen not to be received on board as prisoners.** 2114. The commanding officer of a ship shall not, while on a [illegible] station, receive on board as prisoners seamen from mer[illegible] vessels, unless the witnesses necessary to substantiate the charges against them are also received, or adequate means adopted