to insure the presence of such witnesses on the arrival of the [illegible] oners at the place where they are to be handed over to the [illegible] authorities.

**Complaints of merchant seamen.** 2115. The commanding officer of a ship shall, when on a [illegible] station, if three or more of the crew of a merchant vessel of the United States complain to him of the quality or quantity of the provisions or water served out to them, proceed in accordance with the Revised Statutes, section 4565.

**Distressed seamen.** 2116. The commanding officer of a ship may, when on a foreign station, receive on board distressed seamen of the United States without reference to the established complement of the ship. They shall be entered as supernumeraries for rations and passage to the United States, provided they bind themselves to be amenable in all respects to the laws and regulations for the government of the Navy. Such persons, however, shall not be received or entered upon the books of the ship without the authority of the senior officer present; and commanding officers shall keep the commander in chief fully informed of all transactions in regard to them.

**Not to exceed complement of the ship.** 2117. The commanding officer of a ship shall not exceed the number of men allowed by the complement of the ship in any rating, except to make up a deficiency in some superior rating, or by express authority of the Secretary of the Navy or, when on a foreign station, by authority of the commander in chief, or as provided in article R 3527.

**To inspect recruits.** 2118. The commanding officer shall cause all recruits to be inspected and examined in accordance with the requirements of the enlistment forms previous to their enlistment.

**Deaths to be entered in log.** 2119. (1) The commanding officer shall cause to be entered in the log book the name and rank or rating of any person who may die on board, and also a statement of the exact time of his death.

**Report of deaths.** (2) He shall report to the department (Bureau of Navigation) any death that may occur on board. In addition, information of the same shall be forwarded to the nearest relative or legal representative of the deceased if the address of such person can be ascertained. He is authorized to use the telegraph for this if deemed expedient. In all cases where the wishes of the kin are desired with respect to disposition of remains, they should be instructed by telegraph to communicate without delay direct with the Surgeon General, Navy Department, Washington, D. C.

**Effects of deceased persons.** (3) He shall, upon the death of any person on board the ship under his command, cause all of the effects of the deceased to be collected and inventoried. If the deceased was an officer, this shall be done by two officers of the ship; if a member of the crew or other person, by the officer of his division or one detailed for the purpose. The inventories shall be made out in duplicate, duly attested and signed by the officers making them. Upon the completion of the inventory the effects, if not of a perishable nature, shall be put up in packages of a convenient size and sealed with the seal of the ship. The commanding officer shall retain one copy of the inventory himself, and shall deliver the other to the supply officer, who shall also take charge of the effects for safe keeping.

**Disposition of effects of deceased persons.** (4) If any of the effects of a deceased person are perishable and deteriorating they shall be immediately sold at auction.

(5) All papers, medals, small trinkets, and keepsakes of value shall be forwarded to the legal representative or, in default of such, the heirs at law of the deceased. Should it be impossible to ascertain the existence of the legal representative or of heirs at law, the articles mentioned shall be sent to the department (Bureau of Navigation) or to the Commandant of the Marine Corps, as the case may be, for safe keeping.

(6) When the executor or legal representative of the deceased person applies for his effects, all shall be delivered to him, except any money that may be found among them.

(7) The commanding officer shall exercise his discretion in causing the effects of deceased enlisted men to be sold at auction at the mast, or retaining them for transmission to the heirs, relatives, or friends. In exercising this discretion he shall be governed by the wishes of the heirs, relatives, or friends, if possible to ascertain them before closing the accounts of the deceased. (Art. [illegible])



(8) He shall cause the accounts of all deceased persons to be closed as soon as possible and forwarded to the Auditor for the Navy Department, together with the will, if any can be found. These accounts must be examined and approved by the commanding officer.

**Certificates of death, disability, and pension.** 2120. The commanding officer shall sign the descriptive lists on [illegible] certificates of death, certificates of ordinary disability, and certificates of pensions.

**Effects of a deserter.** 2121. (1) The commanding officer shall, when he declares any person a deserter, cause the effects of the latter to be collected and inventoried according to instructions laid down in article 2119 (3).

(2) These effects shall be sold at public auction and the proceeds credited on the accounts of the deserter by the supply officer, unless the vessel sails before the date upon which such person is declared a deserter, in which case the effects shall not be sold until a reasonable time has elapsed after arrival at the next port. (Art. I 4721 (2).)

**Effects of persons captured by an enemy.** 2122. The effects of persons captured shall be collected, inventoried, and placed in the custody of the supply officer of the ship, subject to the orders of the owner or his representative; but the same discretion may be exercised by the commanding officer in reference to sale of the effects of captured enlisted men as in the case of enlisted men deceased.

**The instruction of officers.** 2123. (1) The commanding officer of a ship shall require all officers of his command to embrace every opportunity to improve themselves in their profession and increase their knowledge.

(2) He shall give line officers, especially the senior ones, opportunity to gain experience in maneuvering the ship at sea.

(3) He may, when at sea, require any of the watch officers to determine and report to him the ship's position and the compass error.

(4) He shall require the line officers junior to watch officers to acquire a thorough knowledge of the machinery of the ship and to become proficient in the management, care, and preservation of its various parts.

(5) He shall require all line officers junior to watch officers to become skilled in navigation. Those doing line duty shall obtain and submit daily, at sea, the noon position by observation and by dead reckoning, and the compass error on one heading, when practicable. They shall also take twilight observations when the weather is favorable.

**Junior ensigns.** (6) He shall require ensigns, not regular watch and division officers, to keep a journal containing observations of a professional nature and essays on professional subjects or descriptions of nautical and professional material which they may desire or may be directed to prepare. He shall examine these journals on the last day of every month and upon the day of relinquishing command and make such endorsement thereon as he may deem proper. He shall also require them to keep a navigation notebook, including a track chart of the cruise and daily positions of the ship. (Art. I 1902 (2).)

(7) All junior line officers on board ships fitted with radio apparatus will be required and given every opportunity to become proficient in its use.

(8) On board battleships and armored cruisers in full commission and other vessels where there are more than four ensigns in the junior officers' mess, he shall appoint the navigator, the ordnance officer, or one of the senior watch officers to have general supervision of the junior officers, to act as their adviser and assist

them to a proper understanding and performance of their duties. The officer so detailed must inform himself of the individual peculiarities, character, and disposition of the junior officers and of their special inclinations and capabilities for the different branches of their profession. He must endeavor to cultivate in them a seamanlike and military spirit, a proper sense of duty and honor, and careful observance of professional etiquette, so as to develop in them the well-rounded character of a naval officer. He shall not supervise other officers in the instruction of their juniors, but he will endeavor to have instruction so equalized as to make the practical training of each junior line officer well balanced and thorough. He will supervise the administration of the junior officers' mess and be a permanent member of the board for auditing its accounts.

Midshipmen. (9) He shall give especial care to the instruction and training of midshipmen in accordance with the instructions from time to time issued by the Navy Department.

Reports on the fitness of officers. 2124. The commanding officer shall carry out the instructions in regard to the reports on the fitness of officers, as laid down in articles I 707 and I 708. These reports shall be forwarded directly to the Secretary of the Navy or Commandant of the Marine Corps unless the approval or comment of a higher authority be required.

Special reports on petty officers. 2125. The commanding officer shall make a special report to the department of any petty officer who may show marked ability for the position of chief petty officer, or for a rating higher than that in which serving; also of men and apprentice seamen specially qualified for instruction as seamen gunners, petty officers, electricians, yeomen, or for ratings in the engineers' force.

To deliver orders and communications. 2126. The commanding officer shall not withhold any orders or other communications received from a senior for any person under his command, except for good and sufficient reasons, which he shall at once report to said senior.



# CHAPTER 20.

## THE EXECUTIVE OFFICER OF A SHIP.

(Naval Instructions; chap. 12.)

Personality. 2201. (1) The executive shall be detailed as such by the Secretary of the Navy from officers of the line exclusive of those restricted by law to the performance of engineering duties. He shall be the line officer next in rank to the commanding officer.

(2) If detached, absent, disabled, placed under arrest, suspended from duty, or otherwise rendered incapable of performing the duties of his office, his duties shall devolve upon the line officer next in rank below him attached to and on board of the ship (exclusive of such as may be restricted to the performance of engineering duty only).

(3) It is the intent of these regulations to constitute the executive officer the direct representative of the commanding officer in maintaining the military and general efficiency of the ship, and to this end it is provided that he shall be the line officer next in rank to the commanding officer. As such representative, and in order that he may properly perform the duties imposed upon him, all heads of departments and other officers and all enlisted men on board ship shall consider themselves as under his orders, as the aid or executive to the commanding officer, in all that pertains to the operation and maintenance of the ship and to the preservation of order and discipline on board; and all communications in regard to ship duty intended for or issued by the commanding officer shall be transmitted through the executive officer, except where the contrary is specifically laid down in these regulations. While the course of procedure laid down in this paragraph is necessary in order that the executive officer may properly carry out his duties, it is not intended that this regulation shall be so construed as to prevent any head of department from having free access to the commanding officer in regard to matters connected with the duties of his department.

(4) Aboard ships to which no first lieutenant is attached, the executive officer shall perform the duties of first lieutenant in addition to his regular duties.

(5) Aboard ships other than first rates, and other than second rates having turret guns, to which no regular gunnery officer is attached, the executive officer shall, in addition to his regular duties, perform all those of the gunnery officer, except such as pertain to the electrical outfit of the ship, which latter shall be performed by the navigating officer.

(6) Aboard smaller ships the executive officer may also be ordered to perform the duties of navigating officer. In such cases all the duties of the gunnery officer, including those in connection with the electrical plant of the ship, shall be performed by the senior watch officer, in addition to his regular duties.

*Orders to hospital ships.* (8) All orders for a hospital ship shall be given through the commanding officer, who shall have the general direction of the movements of the vessel, leaving the master, however, to exercise full and unquestioned control and authority over all matters within his technical purview, and for which he is professionally responsible. Any order from the commanding officer relating to other than the medical department of the ship shall be given to or through the master.

*Junior medical officers.* 2920. Such additional medical officers as the department may deem necessary shall be attached to a hospital ship. Their duties shall be as prescribed by the commanding officer, by the provisions of section 4 of this chapter and of sections 1 and 2, chapter 28, Naval Instructions, and by such other instructions as may be issued from time to time by competent authority.

*Traffic forbidden.* 2921. No person shall engage in the conveyance or transport aboard any hospital ship of any articles or packages other than those which are officially authorized, nor in any traffic, sale, or barter on board thereof.

*Intoxicating liquor forbidden.* 2922. No intoxicating liquors of any kind shall be brought or used on board by any person, except upon the recommendation of the medical officers of the ship, approved by the commanding officer.

*Civilian complement.* 2923. The civilian officers and members of the crew of a hospital ship shall be classified as in the Naval Auxiliary Service. The complement of such a ship shall be as specified by the Navy Department (Bureau of Navigation).

*Authority of masters.* 2924. (1) The master of a hospital ship shall have full and paramount control of the navigation of the ship and shall be responsible for the discipline and efficiency of the civilian officers and crew. He shall maintain and enforce strict discipline at all times and shall require his own authority and that of the other officers to be thoroughly respected by all subordinates on board.

*Duties of masters.* (2) The master shall make himself thoroughly familiar with the regulations of the service and of the orders issued from time to time and he shall be responsible for their strict observance.

*Condition of ship.* (3) He shall satisfy himself that the ship is in all respects seaworthy and properly fitted out and shall take such steps as may be necessary at any time to put or keep her in an efficient condition.

*Laws for preventing collisions.* (4) He shall strictly comply with such rules or laws as may be adopted for the prevention of collisions or other accidents, both on the high seas and in inland waters.

*Running lights.* (5) He shall see that the lights required by law, at sea and in port, are kept in good order and burning brightly during the night and that there are at hand, convenient for use, means for relighting or replacing any such as may be extinguished or otherwise become inefficient.

*Emergency drills.* (6) He shall personally attend to the stationing of the crew for emergency drills and for their proper exercise at such stations.

*Soundings.* (7) When under way on soundings, or when nearing land, approaching an anchorage, or when necessary to verify the ship's position, he shall have casts of the lead taken frequently.

*Safety of ship.* (8) He shall be held responsible for the safe conduct of the ship, notwithstanding the presence of a pilot, and also for accidents occurring while bringing the ship to piers or docks.

*To take the bridge.* (9) He shall himself take the bridge in thick weather and when approaching or leaving land and shall keep it as much as possible while in channels or crowded waters, especially during the night.

*Night order book.* (10) He shall enter regularly in the night order book the course to be steered and all necessary instructions to the officer on duty, and this book shall be initialed every night by the officers on watch.

*Boats.* (11) He shall take care that the boats of all kinds are constantly ready for service, with all gear in them properly fitted



and ready for hoisting out; that the boats' falls are kept rove and the lowering apparatus ready for use.

*Boats' crews.* (12) He shall see that the crew is properly organized for service in the boats and properly exercised in getting them out and handling them.

*Fire precautions.* (13) He shall see that the crew is properly organized and stationed for fire service, and that it is properly drilled in the use of the fire appliances. Before sunset each day he shall ascertain that the fire apparatus and pumps are ready for immediate service, with hose coupled and buckets with lanyards at hand and kept filled.

*Accidents entered in log.* (14) He shall see that collisions, groundings, and similar occurrences are entered in the ship's log, with full and exact particulars thereof.

*Reports of accidents.* (15) In the case of a collision or other occurrence of like nature, he shall at once prepare and forward a written report signed by him, through the commanding officer, to the Navy Department (Bureau of Navigation), detailing the circumstances in connection with the occurrence. If he is not on deck himself at the time of the casualty, he shall, for the purpose of making his report, obtain from witnesses written statements of all the facts.

*Ration return.* (16) He shall certify to the correctness of the quarterly statement showing the total number of rations issued to the civilian crew.

*First officer.* 2925. The first officer is the aid to the master, and, subject to his instructions, is particularly responsible for the good order and cleanliness of the ship, for the discipline and efficiency of the crew, and for the serviceable condition of all navigation and deck appliances.

*Chief engineer.* 2926. (1) The chief engineer is responsible for the care and good management of all steam, propelling, pumping, hydraulic, refrigerating, electrical, auxiliary, and other machinery on board, and for all air, water, and steam pipes for sanitary, ventilating, heating, cooking, and other purposes. He shall use all the resources of his department to keep the machinery in proper working order and shall make the required reports of its performance, condition, and necessary repairs to the master, who shall forward the same to the Navy Department. He shall supervise and keep himself fully acquainted with all repairs and alterations made in port.

(2) He shall be responsible to the master at all times for the general supervision and conduct of his department.

*Discipline.* (3) He shall have control, under the master, over all persons in his department, and shall see that strict discipline and efficiency are maintained at all times.

## Section 3.—The Medical Officer of a Ship.

*Duties.* 2951. The medical officer of a ship is the head of the medical department of the ship and shall have charge of all material and stores aboard under the cognizance of the Bureau of Medicine and Surgery. He shall be in direct charge of the treatment and care of the sick and wounded, and shall advise the commanding officer in regard to matters affecting the physical fitness of the personnel.

*Contagious or infectious diseases.* 2952. The medical officer shall report to the commanding officer immediately upon becoming aware of danger from any contagious or infectious disease, or of its appearance amongst the personnel. Subject to the direction of the commanding officer, he shall use every means in his power to prevent the introduction of such a disease or, if existing on board, to prevent it from spreading.

*Health of the port.* 2953. The medical officer shall keep himself informed of the sanitary condition of the port in which the ship is lying, and immediately report to the commanding officer any facts that may influence the health of the personnel of the ship. (Art. I 952.)

**Suggestions.**

**2954.** Whenever the medical officer deems it necessary, it shall be his duty to make written suggestions or reports to the commanding officer concerning the sanitary condition of the personnel, the prevention or checking of disease, and the care and comfort of the sick and wounded. (Art. I 1122 (5).)

**Precautions.**

**2955.** (1) The medical officer shall carefully observe the general appearance of the personnel, and should he suspect the presence of disease in any person, he shall report the fact to the commanding officer with appropriate recommendations.

**Malingering.**

(2) Whenever he discovers that any person has willfully produced, concealed, aggravated, or feigned any disease, he shall report the fact to the commanding officer, and enter it upon the report book.

**Concealed diseases.**

(3) Whenever, in his opinion, any members of the crew have concealed diseases he shall, with the approval of the commanding officer, examine them and place any that seem to require it under appropriate treatment; such examinations shall also be made when directed by the commanding officer. This duty may be delegated to junior medical officers only.

**Relief of the wounded and instruction in first-aid.**

**2956.** The medical officer shall at all times have in readiness everything necessary for the relief of the wounded and, at frequent intervals, with the approval of the commanding officer, shall provide for the instruction of the ambulance party in first-aid to the wounded.

**Reports of killed and wounded.**

**2957.** As soon as possible after a battle the medical officer shall make out careful duplicate reports of the killed and wounded, sending one copy to the commanding officer, and the other through him to the commander in chief.

**Unofficial certificates.**

**2958.** The medical officer shall not give an unofficial certificate of ill health or of inability to perform any duty.

**Food for the sick.**

**2959.** The medical officer shall have the food for the sick frequently inspected by a medical officer, and shall report if it is not prepared properly or in accordance with his directions.

**Medical survey.**

**2960.** Whenever in his opinion any person on board becomes unfit for further duty on account of ill health or injury, he shall report the fact to the commanding officer and, if necessary, recommend a medical survey or transfer to a hospital.

**Transfers.**

**2961.** (1) A patient, while being transferred to a hospital, shall, in serious cases, be accompanied by a medical officer if practicable.

(2) A patient, when transferred from the care of a medical officer of the Navy to that of any other person, shall be accompanied by a hospital ticket and by his health record. (Arts. R 3582 and I 2116.)

**Examination before transfer.**

(3) Every man about to be transferred from one ship or station to another shall be subjected to a careful physical examination conducted by the medical officer, who shall make the requisite entries on the man's health record. Except in an emergency, no man who is known to have been exposed to any infectious or contagious disease, or who is found to be suffering from such disease or from active venereal infection, which may be a menace to others, shall be recommended for transfer except for treatment in hospital or for passage thereto. When an emergency requires the transfer of men with these diseases, a full report shall be forwarded through official channels to the medical officer of the ship or station to which transfer is made. If any cases of these diseases are found and retained, they shall be promptly admitted for treatment and a report of the facts made to the commanding officer.

**Patients in any other than a United States naval hospital.**

**2962.** (1) When a patient is transferred to any other than a United States naval hospital, the date of the transfer shall be noted in his health record, and the case continued therein until the patient returns to duty or until the ship leaves port, if the patient be left behind. (Art. R 3582.)



(2) On the departure of the ship, if in a foreign port, the medical officer shall forward, through the commanding officer, to the consul the health records of the cases of all patients referred to in paragraph 1 of this article, who are left behind. The record in each instance shall state that it is to accompany the patient, if sent to the United States, or to be forwarded to the commanding officer of the next ship arriving in the port.

(3) Upon the arrival of a ship in a foreign port, her medical officer shall take charge of all cases referred to in paragraph 2, and continue their health records. When practicable, such medical officer shall frequently visit these patients, in order to continue a correct health record in each case. He shall interest himself in their welfare, report their progress to the commanding officer, and suggest any measures that he may consider necessary for their benefit.

(4) The hospital expenses of such patients shall be paid from the proper appropriation under the Bureau of Medicine and Surgery.

(5) When such patients are transferred or received, a report of the fact shall be made to the fleet surgeon and, if in a port of the United States, to the Bureau of Medicine and Surgery.

**Certificates of death.**

**2963.** (1) The medical officer shall prepare duplicate certificates of death and forward them through the commanding officer to the Bureau of Medicine and Surgery and shall furnish a copy to the commander in chief. (Art. I 1122 (8).)

(2) The statement as to origin of disease or disability causing death shall always be noted therein, with reasons for the opinion expressed as to whether or not is was incurred in line of duty.

**Medical storeroom.**

**2964.** The medical officer shall see that only medical stores and supplies, and spirits and wines that are the property of the Government, are kept in the medical storeroom. He shall retain the key himself and never permit it to pass into the custody of an enlisted man without permission of the commanding officer. The storeroom shall not be opened, except in the presence of an officer, unless in an emergency.

**Custody of spirits, wines, and malt liquors.**

**2965.** The medical officer shall not permit any spirits, wines, or malt liquors, the property of the Government and under his charge, to be placed in the possession of any enlisted or appointed man, except in small quantities for immediate consumption by patients.

**Reports of epidemic or contagious diseases.**

**2966.** (1) Upon the arrival of a ship in a foreign port, the medical officer shall obtain, as far as practicable, the sanitary data prescribed in the Manual for Medical Officers and shall forward the same without delay to the Bureau of Medicine and Surgery.

(2) During the prevalence of epidemic or contagious diseases, especially in ports of the Gulf of Mexico, the West Indies, and South America, he shall include in such report all reliable information relating thereto that he may be able to procure.

**Duty in connection with summary courts-martial.**

**2967.** The medical officer of the ship shall indorse upon the record of every summary court-martial, the sentence of which involves confinement for a period exceeding ten days, on diminished rations, or on bread and water, his opinion as to whether the infliction of such sentence would produce serious injury to the health of the person sentenced, in form as follows: "From an examination of ———, and of the place where he is to be confined, I am of the opinion that the execution of the foregoing sentence will (not) produce serious injury to his health."

**Absence or disability.**

**2968.** In the absence, or during the disability, of the medical officer of the ship the medical officer next in rank on board shall perform his duties.

### SECTION 4.—JUNIOR MEDICAL OFFICERS.

**General duty.** **2976.** (1) Junior medical officers shall at all times conform [illegible] directions of the medical officer of the ship in regard to the profession[illegible] treatment, care, and comfort of the sick and wounded, to whom [illegible] shall be unremitting in their attention, and shall exact from [illegible] under their direction a rigid performance of their duties.

(2) They shall fully assure themselves that the medicines are [illegible] erly dispensed and administered by members of the hospital [illegible] who shall record in writing all drugs so administered.

**To keep the health records.** **2977.** Junior medical officers shall, subject to the direction of [illegible] medical officer of the ship, keep the health records and supervise [illegible] preparation of the regular reports and returns unless the medical [illegible] prefers to perform this duty himself. (Art. I 3251.)

**To consult with the medical officer.** **2978.** Junior medical officers shall keep the medical officer of [illegible] ship fully informed as to the condition of all patients and shall [illegible] quently consult with him in regard to their professional treatment [illegible]

**Permission to leave the ship.** **2979.** They shall, before applying for leave to be absent from [illegible] ship, obtain the permission of the medical officer. Should that [illegible] refuse such permission, he shall report his reasons to the command[illegible] officer.

### SECTION 5.—NAVAL MEDICAL RESERVE CORPS.

**Qualifications for appointment.** **2981.** A candidate for appointment in the Naval Medical Re[illegible] Corps must be between twenty-two and forty-five years of age [illegible] citizen of the United States. He must be a graduate of a reput[illegible] medical school, legally authorized to confer the degree of doctor [illegible] medicine, and must have qualified to practice medicine in the [illegible] or Territory in which he resides.

**2982.** Appointment to this corps is made by the President upon [illegible] recommendation of the Secretary of the Navy after the candidate [illegible] passed the prescribed examinations. Permission to appear for exami[illegible] nation must be obtained by application to the Bureau of Navigation through the Surgeon General.

**Examinations.** **2983.** Examinations will be conducted by officers of the Medical Corps of the Navy.

**2984.** When on active duty, officers of the Naval Medical Reserve Corps shall be subject to the laws, regulations, and orders for the gov[illegible] ernment of the Regular in the same manner as officers of corre[illegible] sponding rank in the Medical Corps.

**Uniforms of.** **2985.** The Officers of the Medical Reserve Corps will not be required to wear uniform except when assigned to active duty, but officers [illegible] the nonactive list may wear uniform on appropriate occasions.

**C. N. R. 7.** **2986.** (1) The medical Reserve Corps of the Navy will consist [illegible] time of peace of not more than 300 medical officers not candidates [illegible] the Medical Corps, and exclusive of those not subject to call for duty under the terms of the law.

(2) Officers of the Naval Medical Reserve Corps when 55 years [illegible] age will be honorably discharged from the Medical Reserve Corps. This regulation shall not apply to officers now holding appointments [illegible] the Medical Reserve Corps until after five years from date of appoint[illegible] ment.

(3) Every officer of the Medical Reserve Corps will, on appointment, be required to bind himself to be subject to the laws and regulations governing said corps, and to perform active duty in the Navy when called upon, at any time during a period of at least five years from date of appointment; during which period such officer will not be honorably discharged from the Medical Reserve Corps except for physical disabil[illegible] ity, or in the event that his services should be no longer required. This regulation, however, is not to prevent any officer who desires to do so from submitting his resignation at any time. After five years from date of appointment the resignation of any officer of the Medical Re[illegible]



[illegible] Corps will, in the absence of special circumstances, be accepted [illegible] submitted. However, the acceptance of an officer's resignation [illegible] cases discretionary with the President.

[illegible] Officers of the Medical Reserve Corps will be required to report [illegible] to the Navy Department once in six months their latest ad[illegible] [illegible] and their physical fitness to take military duty.

[illegible] Any officer of the Medical Reserve Corps who reports himself as [illegible] unfit for military service in three successive reports will be [illegible] discharged from the Medical Reserve corps.

[illegible] When an officer of the Medical Reserve Corps is ordered to active [illegible] as soon as possible after reporting at his first station he shall [illegible] a physical examination to determine his physical fitness for [illegible] duty. When detached from active duty he shall likewise be [illegible] a physical examination by a medical officer of the ship or station [illegible] which he is attached and the findings will be entered in his health [illegible], which record shall be closed and forwarded to the department [illegible] of Medicine and Surgery).

[illegible] Once each six months when the officers of the Medical Reserve [illegible] report on their physical condition, they will also report on the [illegible] of time that they would consider necessary for the arrangement [illegible] affairs prior to accepting active service in terms as follows: (1) [illegible]; (2) within one month; (3) within two months; (4) within three months.

[illegible] A limited number of officers of the Medical Reserve Corps, not [illegible] 45 years of age, who may desire to perfect themselves in the cus[illegible] and usages of the service and their medico-military duties, may, [illegible] their own application, in the discretion of the Secretary of the [illegible] be permitted to attend the Naval Medical School during the [illegible] or special sessions. Officers thus attending the school will not [illegible] considered as on active duty, but will be subject to naval regulations [illegible] at that institution. They will receive no pay and will have to [illegible] their own traveling and living expenses, but there will be no [illegible] for tuition or material used at the school.

### SECTION 6.—NAVAL DENTAL CORPS.

**2987.** Permission to appear for examination for appointment in the Dental Corps must be obtained by application to the Bureau of Navi[illegible] through the Surgeon General. **Qualifications for appointment.**

**2988.** No candidate shall receive an appointment or commission in the Dental Corps unless he shall have passed the prescribed physical, professional, moral, and mental examinations.

**2989.** The physical examination shall be conducted by a board consisting of not less than three medical officers. **Examinations.**

**2990.** The professional, moral, and mental examinations shall be conducted by a board consisting of one medical officer, who shall be [illegible] member thereof, and two officers of the Dental Corps.

**2991.** Dental officers shall be assigned to the medical depart[illegible] ment of the ship or station to which they may be attached, under the general supervision of the medical officer. They shall not be called upon to assume any of the professional duties or responsibilities of medical officers. The professional services of dental officers shall be available only for officers and men on the active list of the Navy and Marine Corps, and such services are restricted to those measures which will most effectively and economically preserve the teeth of the per[illegible] sonnel and insure physical fitness. **Duties.**

**2992.** They shall be unremitting in attention to members of the naval personnel who may be patients under their care, and shall exact from those under their direction a rigid performance of their duties.

**2993.** They shall keep the medical officer fully informed as to the condition of all patients, and promptly notify him of any case which may require medical attention.

Appointments to Nurse Corps (female). (2) All nurses in the corps shall be appointed, or removed, by the Surgeon General, with the approval of the Secretary of the Navy. They shall be graduates of hospital training schools having a course of instruction of not less than two years. The appointment of superintendent, chief nurses, nurses, and reserve nurses shall be subject to an examination as to their professional, moral, mental, and physical fitness.

Duties. (3) The superintendent of the Nurse Corps, under the direction of the Surgeon General, shall have general supervision of the corps, and her duties and the duties of chief nurses and nurses shall be as prescribed by the Surgeon General. All members of the Nurse Corps (female) shall be eligible for duty at naval hospitals and on board of hospital and ambulance ships, and for such special duty as may be deemed necessary by the Surgeon General of the Navy. All details for duty in the Nurse Corps shall be made by the Bureau of Medicine and Surgery, except in the case of details involving travel, all orders for which shall be submitted to the Bureau of Navigation. Reserve nurses may be assigned to active duty when the necessities of the service demand.

Pay and allowances. (4) Members of the Nurse Corps shall receive no compensation except when on active duty. The superintendent, chief nurses, and nurses shall, respectively, receive the same pay, allowances, emoluments, and privileges as are now, or may hereafter be, provided by or in pursuance of law for the nurse corps (female) of the Army. Nurses are forbidden to receive presents from patients or from relatives or friends of patients for services rendered when on duty. (Act of May 13, 1908.)

(5) The authority of a nurse, necessary for the performance of duty to which she may be assigned, shall be duly recognized and enforced.

SECTION 2.—PROMOTIONS.

Officers of the Navy. **3331.** All officers of the Navy, to be eligible for promotion, shall pass such professional, moral, mental, and physical examination as the Secretary of the Navy may from time to time prescribe. (Secs. 1493–1510, R. S.)

Officers of the Marine Corps. **3332.** (1) Promotions to every grade of commissioned officers in the Marine Corps below the grade of commandant shall be made in the same manner and under the same conditions as now are or may hereafter be prescribed, in pursuance of law, for commissioned officers of the Army. (Act of July 28, 1892.)

(2) Officers of the Marine Corps above the grade of captain, except major general, shall, before being promoted, be subject to such physical, mental, and moral examination as is now or may hereafter be prescribed by law for other officers of the Marine Corps. (Act of Mar. 3, 1899, amended by act May 13, 1908.)

(3) Vacancies in the grade of major general shall be filled by selection from officers on the active list of the Marine Corps not below the grade of field officer. (Act of Mar. 3, 1899, amended by act May 13, 1908.)

Examination on foreign station. **3333.** When a vacancy occurs which will entitle to promotion an officer who is abroad on duty, he may, by direction of the Secretary of the Navy, be examined on a foreign station.



# CHAPTER 32.

## PETTY OFFICERS AND CREW.

Naval instructions: Chapter 22.

Petty officers. **3401.** (1) Petty officers shall show in themselves a good example of subordination, courage, zeal, sobriety, neatness, and attention to duty.

(2) They shall aid to the utmost of their ability in maintaining good order, discipline, and all that concerns the efficiency of the command.

(3) They are always on duty, even while on liberty, as far as breaches of discipline are concerned, and they shall endeavor to preserve order at all times. In case men are disorderly on shore, petty officers must arrest them and return them to their ships.

(4) Whenever an appointment is issued to a petty officer, he shall read the appointment and the foregoing paragraphs of this article, and shall sign the statement on the back of the appointment, in the presence of the commanding officer, who shall date and sign as a witness.

Yeomen and hospital steward. **3402.** (1) The yeoman and the ~~hospital steward~~ Chief Pharmacist Mate (CPhM) shall exercise vigilance and care over the stores to which they have access.

(2) They shall keep such accounts of public stores as may be prescribed from time to time.

(3) They shall see that the regulations concerning lights in the storerooms to which they have access are strictly observed, and that every precaution is taken to prevent fire or other accident.

Machinist's mates. **3403.** (1) A chief machinist's mate may have charge of an engine-room watch whenever the number of officers available for that duty is reduced below the number prescribed in article 1-2509 (4).

(2) Machinist's mates, first class, may, if qualified, be given charge of an engine-room watch when there are not a sufficient number of officers and chief machinist's mates available to perform this duty.

(3) All machinist's mates shall perform such other duties as may be assigned them. Machinist's mates, second class, may be assigned to duty as oilers.

The crew. **3404.** The members of the crew must, on all occasions, yield a ready, cheerful, and prompt obedience to those placed over them; obey all orders and regulations; be attentive to their duties and to any instructions they may receive; avoid difficulties with each other; be neat in their persons and dress; and each shall endeavor by his own good conduct, respectful bearing, and zeal to promote the efficiency of the entire command.

Position. **3405.** (1) The senior master-at-arms is the chief of police of the ship. The other masters-at-arms are his assistants.

General duty. (2) He shall exercise a strict surveillance over the conduct of the crew.

Berth-deck messes. (3) He shall have charge of the messes of the crew, and is responsible for the maintenance of order and decorum therein.

**Preservation of order.** (4) He shall exert himself to the utmost to preserve [illegible] sure cleanliness, and prevent any infractions of discipline [illegible] parts of the ship.

**Reports.** (5) He shall, when necessary, arrest offenders and [illegible] once to the officer of the deck or to the executive [illegible] violation of the regulations.

**Custodian of prisoners.** (6) He is the custodian of all prisoners, and he shall [illegible] suffer them to escape, nor dismiss them without orders from proper authority.

**Release of prisoners in times of great danger.** (7) In case of serious fire, or of any sudden danger [illegible] the safety of the ship is imperiled, and when time will not [illegible] a reference to superior authority, he shall release all [illegible] at once, reporting the fact immediately to the officer of the [illegible]

**Prisoners.** (8) He shall be watchful over the prisoners and visit [illegible] least once every four hours during the day, and oftener if [illegible] sary, to ascertain their condition and needs.

(9) While he must suppress disorder among the prisoners [illegible] report all delinquents, he shall be reasonable and not [illegible] severe in his demands.

(10) When confining prisoners he shall take care to [illegible] cient assistance at hand. He must always be prepared, so [illegible] possible, to confine additional prisoners.

**When absent.** (11) During the absence of the senior master-at-arms his [illegible] shall be performed by the master-at-arms next in rank [illegible] there be no junior master-at-arms, by some one designated [illegible] in that capacity.



# CHAPTER 33.

## [illegible]MENTS, RATINGS, TRANSFERS, DISCHARGES, ETC.

### SECTION 1.—NAVAL RECRUITING STATIONS.

**Officers on recruiting duty; general duties.** [illegible] (1) An officer detailed for recruiting duty shall make [illegible] familiar with all laws and regulations regarding enlist[illegible] and shall be governed by such instructions as may be issued [illegible] Bureau of Navigation for the guidance of recruiting officers.

(2) He shall be present daily at the rendezvous from 9 a. m. [illegible] m., and later, if necessary.

(3) He shall guard against the enlistment of improper, un[illegible] or incompetent persons. (Art. R 3524; A. G. N., Art. 19 [illegible] 19; and act of June 24, 1910.)

(4) Officers attached to a rendezvous as assistants to the com[illegible] officer shall not act as his substitute unless the latter is [illegible] to attend.

**Commanding officers personally to inspect recruits.** [illegible]502. (1) The officer in command is the recruiting officer. In [illegible] to guard against illegal enlistments he shall personally [illegible] and question men offering to enlist. He shall examine [illegible] their qualifications and determine their fitness and capacity.

**Oath of allegiance.** (2) On enlisting a person he shall administer to him the oath [illegible] allegiance, if authorized by law to do so; otherwise it shall be [illegible] administered by the commanding officer of the ship on board [illegible] the recruit is ordered to repair. (Art. R 3511.)

**Service records and recruits to be sent to receiving ship.** (3) He shall direct the enlisted person to repair without delay [illegible] board a designated ship and shall forward to the commanding [illegible] officer at the same time the service record, prepared at the [illegible] rendezvous and signed by himself and the medical officer. He [illegible] shall forward to the Bureau of Navigation the proper page of the [illegible] service record, including the oath of allegiance and the identi[illegible] fication record, which latter shall include a personal description [illegible] record of finger prints made on the prescribed forms.

**Duplicate shipping articles.** (4) He shall preserve records of all enlistments in the book [illegible] provided by the Bureau of Navigation.

**Advances.** (5) No advance shall be allowed unless specially authorized [illegible] the Navy Department. (Art. R 4462.)

**Reports.** (6) He shall make a daily report of the enlistments to the [illegible] commandant of the station on the prescribed forms, and to the [illegible] Navy Department, every Saturday evening, a report stating the [illegible] number enlisted in each rating during the week.

**Indorsement in cases of reenlistment.** (7) He shall write over his official signature, on the face of [illegible] honorable discharge or continuous-service certificate pre[illegible] sented, the date of reenlistment.

### SECTION 2.—RECEIVING SHIPS.

**Duties of commanding officer.** [illegible]511. The commanding officer of a receiving ship shall receipt [illegible] the officer commanding the rendezvous for the recruits sent on [illegible] board, and for their service records and other papers; and if, after an examination by himself and the medical officer, they shall be found fit for the service, he shall administer to them