Article

Arrest, deserter ........ 1698
drunken men ........ 120
limits of ........ 206
purpose and time of ........ 205
release from, temporary ........ 203
Arrival and departure reports, ships at navy yards for repairs ........ 1986–1987
at yard, ship, reporting ........ 1504
of President, Secretary of the Navy, Under Secretary, and Assistant Secretary of the Navy, instructions re ........ 270
ships in foreign ports, diplomatic and consular officials notified of ........ 276 (2)
visiting official, procedure ........ 231 (2)
Articles carried in ship's store listed in Supplies and Accounts Manual ........ 1402 (3)
dutiable, list of ........ 867 (2)
for government of the Navy ........ 1–70
posted and read ........ 20 (10)
posting of ........ 1290
read to crew ........ 830
manufactured in yard, inspection of ........ 1614
not to be sent out of ship ........ 1386
turned in to navy yards ........ 1386
on professional subjects ........ 113 (2)
purchased, inspection of ........ 1400
Ashore, offenses committed ........ 23
Assembly of material for repairs ........ 1981
Assignment, division officers ........ 1104
flag officers ........ 683 (2)
Medical Corps officers ........ 170
men aboard ship ........ 1287 (15)
midshipmen ........ 1635
officers ........ 1287 (14)
bureau ........ 393 (12)
Marine, to quartermaster and paymaster duty only ........ 1649
quarters aboard ship ........ 1429
naval station ........ 1819
termination of ........ 1819 (10)
to command ........ 166
engineering duty only ........ 1648
Assistance refused [illegible] foreign officials ........ 878
to foreign vessels ........ 877
Assistant engineer officer ........ 1090, 1295 (5)


C. N. R. 22, 24.

# United States Navy Regulations

## 1920

Reprinted, 1944, with all changes up to and including No. 24

2/3/58
VB363
.A3
1920
cop. 2

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1944

For sale by the Superintendent of Documents, U. S. Government Printing Office
Washington 25, D. C. - Price $1.50

NAVY DEPARTMENT,
*Washington, December 17, 1920.*

The following Regulations are issued, in accordance with the provisions of section 1547 of the Revised Statutes of the United States, for the government of all persons attached to the naval service.

It is hereby required and directed that all officers and other persons belonging to the Navy, so far as the duties of each are concerned, make themselves acquainted with, observe and comply with the Regulations of the United States Navy contained herein.

These Regulations set forth the duty, responsibility, authority, distinctions and relations of the various bureaus, offices and individual officers each to the other. Details coming exclusively under the cognizance of a particular bureau or office which might properly be incorporated in a separate manual by the bureau or office concerned have been omitted.

Josephus Daniels

THE WHITE HOUSE, *17 December, 1920.*

Approved:

Woodrow Wilson






| | Article |
|---|---|
| Assistant engineer officer, responsibility of | 1295 (5c) |
| succession to | 1295 (5b) |
| gunnery officer | 961 (4) |
| Secretary of the Navy arrival, instructions re | 270 |
| death of | 332 (3) |
| duties | 391 |
| supervised by | 398 |
| honors for | 232 |
| orders issued by | 391 |
| ship flying flag of | 259 |
| Assistants for Board of Inspection and Survey, estimates | 412 |
| Assuming command | 255 (1) (2), 820–823 |
| Asylum, granting of | 725 |
| Athletic exercise | 1323 |
| Attachés, naval, funds of | 1778 (6) |
| Attendance at drills | 1303 |
| Attendants, special, in hospitals | 1193 |
| Attention sounded prior to rendering honors | 248 (1), 260 |
| Attorney against United States, officer acting as | 102 |
| Attorneys and agents furnishing information | 397 |
| Auditing mess accounts, officers and chief petty officers | 1320 (1), 1439 (5) |
| Authority, advance public funds | 1803 (1) |
| advances of pay | 1802 |
| Commandant over marines | 583 |
| commander in chief U. S. Fleet, in connection Naval Air Stations | 1554 |
| commanding officers | 181 (a) |
| conflict of | 2011 |
| delegation of | 182 (6) |
| executive officer | 182, 932 |
| exercise of | 97 |
| for payments | 1746 |
| flag officer, passenger | 174 (1) |
| line officers | 150 (1) |
| marine officers afloat | 601 |
| officers, after loss of vessel | 21 |
| officers of separate organization of marines | 67 |
| officer of the deck | 1081 |
| over ship at yard | 1503 (1) |
| over ships near yards | 1506 |
| other than as executive officer | 182 (7) |
| senior line officer | 150 |
| staff officers | 153, 181 |


C. N. R. 12.

Case 1:08-cv-00043-S-LDA Document 11 Filed 03/07/2008 Page 3 of 8



Article

Board of Inspection and Survey, work recommended, estimates for ... 1961, 1962
Board of medical survey ... 1198
 on geographic names ... 125
Boarding book ... 1075
 calls ... 283 (1) (2)
 calls, information to be obtained ... 283 (3)
 officer, report of ... 283 (4)
 vessels subject to quarantine, caution ... 1453
 visits ... 278 (a) (b)
Boat(s) action during salutes ... 312
 at landings ... 268 (2)
 considered part of ship ... 846 (2)
 duty officer-of-the-deck, re ... 1074
 entering and leaving, order of rank ... 268
 flags, diplomatic officials ... 302 (1)
 flag officers or commanding officers ... 297
 naval governors of insular possessions ... 302 (3)
 officials other than naval ... 302 (4)
 when not displayed ... 299
 funeral procession of ... 841
 furnished for official visits ... 278 (3)
 general instructions for ... 1288
 insignia on bows and flagstaffs ... 300
 instruction of crew, etc ... 1300
 manufacture and purchase of certain articles for ... 1595 (5b)
 officials embarked in, honors ... 252, 253
 pennant, division and other unit commanders ... 298
 in ports where war threatens ... 846 (1)
 races ... 1323 (2)
 salutes ... 254
 at colors ... 254 (7)
 senior line officer in ... 109
 service, not detached duty ... 108
 use of ... 1310
 during meals and at night ... 1310
Boatswains ... 1255
 inspection of ship ... 1080 (a)
 spars, rigging, and movable articles ... 1380
Body bearers ... 339
 of deceased official, transporting ... 348
Boilers and engines, fires near ... 1347 (6)
 examination of ... 1363 (6, 7)
 precautions in entering ... 1363 (6, 7)
 yard craft, inspection of ... 1332 (6)





Article

Bonds, chief pay clerks, pay clerks and acting pay clerks ... 1641½
 supply officers ... 1638½
Book, allowance, purchase of, ships to adhere to ... 1966 (2)
 hull ... 1359 (3)
 log ... 1078
 morning order ... 1298 (9)
 navigational data ... 1015
 night order, commanding officers ... 336
 records and returns affecting crew ... 917
 report ... 1292 (3)
 routine ... 1298 (8)
Bore clear ... 972 (46)
 constrictions, guns ... 972 (94)
Bottom, ships, cleaning and painting ... 1361 (2)
 hogging lines under ... 1361 (2)
Bottoms, double, water in ... 1364
Bounties and pay ... 1786-1801
Bows of boats, marks on ... 300 (1, 2, 3)
Bowknot, medal of honor men ... 1708
Boxing bouts on board ship and at naval reservations ... 128
Boys, side ... 261
Branding prohibited ... 49
Bread and water ... 1148
Breech mechanisms, precautions for ... 972 (43-66)
 plug, precautions ... 972 (54-66)
 unlocking of ... 972 (54)
Brig. (*See* Prisons.)
Brigades, marine ... 573-578
Broad and burgee command pennants ... 298 (3)
Broken powder bag ... 972 (74)
Budget officer ... 394 (1)
Building slips and marine railways ... 484 (15)
Buildings, Marine Corps ... 570 (5)
 survey of ... 1912 (6)
 unauthorized ... 488
 yard, alterations in assignment ... 1488 (4)
Bulletin boards, information, posting on ... 1290
Bumboating ... 868, 1323 (3)
Bumboats, inspection of ... 1159
Bunker coal, inspection of ... 1360 (5)
 fires ... 1318
Buoys, life, readiness of ... 1332

Article

Authority, subordinate officers and petty officers ... 160
territorial ... 721 (1)
to issue orders ... 181 (4)
to perform duty ... 175
Authorization ship's store ... 1402
mail clerks ... 2063
Authorized number of staff officers ... 1659
Automobile hire, shore patrol, transient ports ... 698 (5) (c), 1803 (2)
Automobiles or vehicles, entering or leaving, order of rank ... 268
Aviators, naval ... 150 (11, 12, 14)
Award of distinguished-service medal ... 1709 (4)
medal of honor ... 1709 (2)
medals ... 1709
Navy cross ... 1709 (5)

B

Bad conduct discharge, clothing confiscated ... 1836 (38)
Balloons, barrage, cognizance of ... 545
Band and guard, instructions for ... 231 (2) (8), 248
none present, sounding "to the color" on bugle ... 238
not paraded on Sunday ... 262 (2)
Barber ... 1823 (4)
charges ... 1323 (4)
Bases, naval ... 1487
Bathroom, opened evenings ... 1319 (1)
Battening down hatches ... 1334 (4)
Battery of one class of guns ... 1287 (19)
Battle bill ... 1287 (4)
corrections in ... 1287 (20)
commander in chief to be prepared for ... 709
commanding officer duty after ... 874
retiring from ... 874 (2)
display of flag in ... 710
joining in ... 4 (17)
medical officer duty during ... 1174
plan, commanding officer to give officers ... 873
commanding officers to have ... 708
report of ... 712, 762, 2029
by commanding officer ... 874 (6)
executive ... 948
station, commanding officer ... 870
executive ... 947
first lieutenant ... 1045







Article

Battle, station, navigator ... 1024
Bearings, navigator to take ... 1019 (7)
Bedding, airing and inspection ... 1319 (4)
Behavior, irreverent ... 8
Berthing and messing at naval air stations ... 1558 (1)
spaces ... 1287 (16)
Best fitted, selection as ... 1655
Betraying trust ... 4 (7)
Bids for Government work, preparation of ... 1607
Bills of exchange ... 1776–1778
negotiation of ... 1777
proceeds of, accounting for ... 1778
health ... 860, 1172
lading ... 1401, 1599 (2)
mess ... 1440
watch, quarter and station ... 1287 (13)
Binnacle list, sick report ... 1154, 1322, 1540
Board, general ... 393 (4), 400–404
hull ... 1359
labor ... 1570
labor, duties of ... 1570
line selection ... 1654
line selection, instructions ... 1654
Marine Corps, selection ... 1654
of Inspection and Survey ... 405, 420, 1954, 1964
assistants to ... 412
composition ... 405
data furnished ... 414
nature of ship inspections ... 1955
precept for ... 410
president of ... 408
procedure of ... 409, 1958
recommendations as to design of ships ... 417
recommendations re alterations ... 1956
recommends disapproval of work ... 413
reporting cases of special credit or discredit ... 418
reports of ... 420, 1955, 1956, 1959, 1960
copies of ... 420 (7)
to contain work lists ... 420 (7)
statement of commandant to ... 420 (6b)
statement of commanding officers to ... 420 (6a)
subboard ... 407
vessels inspected ... 406

Case 1:08-cv-00043-S-LDA Document 11 Filed 03/07/2008 Page 5 of 8



Article

Charging torpedo air flasks ........ 972 (96)
Chartered vessels ........ 739
Chartering vessels for transports ........ 739, 1458
Charts, confidential or secret, disposition of, vessel placed out of commission ........ 2040
  corrections to ........ 1011
  suspected dangers, charting of ........ 889
Checkage, deserter's or straggler's pay ........ 1699
  pay for reward ........ 1879 (4)
  for advance of pay ........ 1802 (5)
  loss of pay ........ 1801, 1877
  pay, marines absent ........ 554
Checks and deposits ........ 1757, 1768
  blank, transferred to successor ........ 1764 (5)
  covering balances of funds on deposit ........ 1764 (4)
  personal, cashing of ........ 1754 (2)
  purposes for which may be drawn ........ 1767 (1)
  supply officer disabled ........ 1766 (6)
  United States Treasurer, general instructions ........ 1765
    lost or stolen ........ 1768
Chemical laboratories ........ 1502½
Chemists ........ 1502¼
Chief aerographers and aerographers ........ 1264
  boatswains and boatswains ........ 1255
  carpenters and carpenters ........ 1262
  commissary steward, duties of ........ 1215
  electricians and electricians ........ 1259
  gunners and gunners ........ 1257
  Justice of Supreme Court, honors for ........ 232
  machinists and machinists ........ 1261
  of Naval operations ........ 392, 393 (14, 15), 488
    conference with bureaus ........ 393 (14b)
    duties of ........ 483
  bureau absent, signing for ........ 2022
  bureaus' quarterly reports to Secretary of the Navy ........ 395 (2)
  bureaus, rank and title of ........ 152 (1-4)
  Staff, correspondence to go to ........ 2030 (4)
    details and duties ........ 785
    quarters ........ 1420
    to commander in chief ........ 785
    visits ships, honors for ........ 268
  pay clerks and pay clerks ........ 1267, 1638 (3)
  pay clerk, pay clerk, and acting pay clerk ........ 1641
    bond ........ 1641 (3)
  petty officer mess ........ 1289 (1)





Article

Chief pharmacists and pharmacists ........ 1266
  photographers and photographers ........ 1265
  radio electricians and radio electricians ........ 1260
  ship's clerk and ship's clerk ........ 1263
  torpedomen and torpedomen ........ 1258
Chronometer record ........ 1022
Chronometers and clocks ........ 1022
Cigar mess, wardroom, aboard ship ........ 1438 (4)
  provisions of, Article 1439 applicable to ........ 1439 (8)
Circles recoil, gun, painting of ........ 972 (71)
Circuit breakers, turret guns ........ 972 (86)
Cities, United States, not to be saluted by naval ships ........ 310
Citizenship, American, necessity for in Navy ........ 1681 (4)
  rights lost by deserters ........ 18, 1700
Civil employees ........ 1512, 1562
    injury ........ 1185, 1513
    overpayment ........ 1538 (3)
    sale of clothing and small stores ........ 1597
  engineers ........ 1252, 1253, 1534, 1659
    appointments ........ 1640
  courts, conviction of men in ........ 1689 (4)
  Officials, correspondence with ........ 2044
    death of ........ 332, 346
    honors and personal flags ........ 232, 302
  personnel ........ 1511-1515
Civilian passengers, subsistence of ........ 1826 (2)
  visitors ........ 128½
  witnesses, allowances ........ 1840
Civilians committing offenses on naval reservations ........ 1515 (3)

Article

Claims against United States for damage or injury from using navy yard floating equipment — 1995 (8)
  disclosing of information to aid or assist in prosecution of — 113 (3)
 allowances of expenses for travel — 1811 (2)
 dental services — 1189 (7)
 pay and allowance — 1869 (2)
Classes of correspondence, general — 2005
  mail, correspondence — 2005
  publications — 76
  public works — 483 (1)
Classification of vessels — 164
Cleaning and painting, ship's bottom — 1361 (2)
  naval stations — 492
  propellers — 1363 (5)
Cleanliness, magazines — 972 (34)
  ship — 1319
Clearing, lower decks — 1344
  ships for action — 4 (16)
Clemency — 51
Clerks, mail — 2053
Clocks and chronometers — 1020
  setting of — 1031
Close aboard, definition of — 246
Closed harbors — 78
  mail, handling of, under provisions of Postal Convention — 2065
Closing naval station gates — 1498
Clothes, equipment, etc., selling of — 122 (2)
Clothing. (*See also* Effects.)
  accounts, marines afloat — 617
  and arms, marines afloat — 605
   small stores — 1405
    account — 1865 (4, 5)
    issue of — 1108, 1405
    to men sentenced to loss of pay — 1835
    sale of to civilian employees — 1597
  bad-conduct discharge, confiscated — 1836 (3)
  bedding, belonging to another person — 122 (3)
  furnished prisoners on discharge — 1836
  inaptitude discharge — 1836 (8)
  inspection of — 1108, 1319 (3)





Article

Clothing, marines afloat — 598
  marking of — 1108 (5)
  of naval dead — 1841 (4)
Coal bags, examination of — 1318 (2)
 bunkers, inspection of — 1360 (5)
 precautions against fire — 1318
 specifications for — 1936 (a)
Coaling and fuel plants, operation of — 484 (11–13), 1537 (4)
  leave and liberty during — 1730 (2)
Coast defense, mission of naval district in — 1484, 1486
 Guard, honors for — 247, 248, 253 (Note b), 262, 266 (2), 323 (1), 345
  operating under Navy during war — 157 (2)
  officers, relative rank — 157
Coding board, ship's — 1035
Coffee Roasting Plants — 484 (9), 541 (1)
Cognizance, Bureau of Aeronautics — 545
  Ordnance — 505
  Ships — 516–531
  Supplies and Accounts — 541
 communication service — 422
 hospital ships — 665
 public works — 484
Collision — 804, 840
 drill — 1304
  logging of — 1078 (3p)
 duty, officer of the deck, re — 1068 (10)
 rules for preventing — Chapter 55
Collisions, precautions against — 880 (4)
Colors. (*See* Ensign; Flag.)
 and quarterdeck, salutes to — 265
 boat salutes at — 254 (7)
 dipping of, answering of — 287, 288
 flags, etc., where displayed — 284, 285, 292, 293
 flying before 8 a. m. — 288, 290
 half masting of — 289 (1)
 hand salutes to — 265
 honors to — 286 (1) (2)
  at naval stations — 286 (3)
 motions of senior officer followed — 289 (2)
 national — 284
 size of, prescribed by signal — 284 (2)
Combinations of officers for certain purposes forbidden — 92
  against commanding officer — 8 (7)

Article

Combined forces, command of — 150 (8)
Comfort, crew in tropics — 741 (3)
Commander's duties of example and correction — 1
Command, absence from of commanding officer, report of — 173 (2)
 administration, of fleets — 656
 and duty, detail of — 161–178
 Army and Navy forces, by marine officer — 552 (9)
 assignment to — 166
 assumption of — 255, 820–828
 chain of in ship's organization — 1287 (6)
 combined forces — 150 (8)
 commander in chief duties on assuming — 729–730
  relieved of — 702
  relinquishing — 681
 commanding officer assuming — 820–828
  separated from — 809 (1)
  turning over — 824
 honors when flag officer assumes, relinquishes, or relieves — 255
 law and decisions — 180–186
 marine brigades — 574
 mixed detachments — 150 (10)
 naval station — 167
 succession to — 1488, 1496
 officers of Medical Corps — 170
 officers visiting — 89
 pennants, broad and burgee — 298 (8)
 rank and duty — 148–186
 separate marine forces — 576
 ship's expeditions — 150 (8)
 ship, succession — 172, 819
 succession to commanding officer — 172, 619
 shore, succession to, engineering duty only — 180
 tactical, of fleets — 557
Commandant, accidents and injuries to civil personnel, report of — 1511
 authority over marines — 583
 authorized to administer oaths — 1484 (8)
 authorized, approve repairs to articles of equipage — 1969 (7)
 correspondence — 2087, 2088
 commander in chief, on detached duty, report to department of leave or sickness — 173 (2)
 duty to recommend improvements — 1490
 flagships, flag — 295
 leave granted by — 1724–1725







Article

Commandant Marine Corps — 557–564
 absence of — 561
 annual report of — 562
 assistant to — 561
 duties of — 557
 eligibility — 1862
 naval district — 1481
  duties — 1482, 1484
  succession to — 1488, 1496

Case 1:08-cv-00043-S-LDA Document 11 Filed 03/07/2008 Page 8 of 8



Article
Commandant, naval station, flag of ............ 295
navy yard ............ 1488
aide to ............ 1488 (6)
of yard reports to bureaus ............ 1527
statement to Board of Inspection and Survey ............ 420 (6b)
station, succession to ............ 1496
station and Navy Department, relations between ............ 1495
to be informed of serious accidents of ships adjacent to yard or station ............ 700
be in charge of fitting out of ship at navy yard ............ 1499
require precautions against deterioration, vessels out of commission ............ 1510 (8)
commanding officer to point out defects or deficiencies when ship under overhaul ............ 1508
sign yard pay rolls ............ 1488
Commander in chief ............ 679–746
announce his staff ............ 680
assuming command ............ 729–730
authority at naval air stations ............ 1544
casualty, report of ............ 700A
chief of staff ............ 785
communication with foreign officials ............ 719
consular and diplomatic duties ............ 720
cooperate with military forces ............ 707
designation of ............ 679
destroy papers of use to enemy ............ 711
disbursing public money ............ 737
duties in time of war ............ 703–716
duty re personnel ............ 740–746
duties re supplies and repairs ............ 731–739
duties time of war, intercourse with foreigners ............ 716–727
duty upon assuming command ............ 730
flag officer, separated from ............ 759, 769
to assist ............ 761
furnish his commanding officers information ............ 704, 706, 708
general duties ............ 679–702
incapacitated ............ 682
inspect naval hospitals ............ 691
inspection of ships ............ 689
instructions issued by ............ 730
intercourse with foreigners ............ 717
movement reports ............ 700B
observe international law and treaty obligations ............ 716
neutrality ............ 715