| | Article |
|---|---|
| Commander in chief, orders, important, copies sent to department | 2033 |
| or commandant, leave for | 1723 |
| period of duty | 679 (2) |
| protect United States commerce | 726 |
| regulate leave and liberty | 697 |
| relation to flagship | 746 |
| Guam | 1549 (4) |
| with Cavite and Olongapo | 1549 |
| with United States diplomatic and consular officials | 718 |
| relieved of command | 702 |
| relinquishing command | 681 |
| reports after battle | 712 |
| from | 699 |
| when relieved | 699 (5) |
| responsible for administration of fleet | 688 (2) |
| condition of his ships | 687 |
| disbursements and disposal of stores | 737 |
| drills and exercises | 692 |
| economy | 731 |
| set course to be steered | 684 |
| staff | 680, 786 |
| organization and duties | 786 |
| suggestions for improvements | 701 |
| title | 676 |
| suggestions for improvements | 701 |
| to order general courts-martial and court of inquiry | 688 (1) |
| to be prepared for battle | 709 |
| unit commanders to report on board flagship | 770 |
| yearly report | 699 (4) |
| Commander(s), duties of, example and correction | 1 |
| fleets | 655 |
| fleet air detachment | 1557 |
| subdivision | 658 |
| squadron, duties of | 772, 773 |
| Commanding officer of a ship | 819–921 |
| abandoning ship | 841 (2) |
| report of to Secnav | 841 (3) |
| absent from command, report of | 173 (2) |
| action or loss of ship | 841 |
| alterations and repairs to ship, request for work | 1969 (1–4) |
| annual report | 828 |
| assuming command and fitting out | 820–828 |







| | Article |
|---|---|
| Commanding officer, attendance at final payment of crew | 20 (9) |
| authority of | 181 (a) |
| battle station | 870 |
| consulted by officer of the deck | 1063 (5) |
| death, disability, or absence of | 181 (b) |
| delivery of ship fitting out to | 1509 |
| duty(ies) after battle | 874 |
| in approving requisitions | 1398 |
| presence of enemy | 872 |
| of | 20 (1–11) |
| re infectious disease | 1452 |
| re prisoners of war | 874 (5) |
| relative to stores | 893 |
| time of war | 869–875 |
| when acting singly | 875 |
| when in doubt as to navigation | 887 (3) |
| when foreign relations are doubtful | 871 |
| enters port not designated | 839 (2) |
| examine logs and expenditure books | 1317 |
| executive is representative | 931 (3) |
| general duties | 835–868 |
| give officers plan of battle | 873 |
| head of departments communicating with | 183 |
| hospital ships | 668 |
| independent movements | 837 |
| inspection of ship and crew | 1298 (6) |
| intercourse with foreigners | 876–879 |
| investigation of offenses | 902 |
| leave granted by | 1726 |
| leaves or returns to ship | 242 |
| marine detachment ashore, authority of; responsibility | 584 |
| naval air station, duties | 1555 |
| navigation, responsible for | 880–889 |
| navigator, relations to | 1009 |
| night order book | 836 |
| not to interfere with duty of commandants of navy yards | 891 |
| not to land spare parts, stores, etc., in port | 896 |
| not required to perform duties of supply officers | 848 |
| orders, important, issued by | 2033 (1) |
| issued through executive | 831 |
| organization | 829–834 |

Article

Commanding officer, pennant in boat ........ 297
personnel, responsibility for ........ 900–921
punishments authorized ........ 24
of officers ........ 199
receiving ship at navy yard or station, succession to command ........ 1496 (2)
relieved, status of ........ 824 (4)
relieving from duty ........ 184, 185, 186
relief of by subordinate ........ 184–186
reporting dangers ........ 838
reports after battle ........ 874 (6), 2029
hydrographic information ........ 886
in case of damage to ship ........ 840
to by officer of the deck ........ 1063 (6)
when acting singly ........ 864
relieved ........ 828
responsible for discipline ........ 832
economy in expenditures ........ 890
his acts ........ 718 (3), 835
retiring from battle ........ 874 (2)
returns to or leaves his ship, honors ........ 262
right of officers to communicate with ........ 180, 182 (10), 183
routine reports ........ 862 (1)
sailing directions ........ 886–887
separated from command ........ 839 (1)
ship going into commission ........ 821
not in commission, ordered to ........ 820
United States service, pennant of ........ 332
statement to Board of Inspection and Survey ........ 420 (6) (a)
station in battle ........ 870
succession to command ........ 818
superintend evolutions, etc ........ 834
supplies and repairs, responsible for ........ 890–898
taking possession of a prize ........ 874 (4)
to have battle plan ........ 708
to transmit list of officers, men, and passengers ........ 20 (2)
turning over command ........ 824
vessels in ordinary ........ 645
visits another ship, honors for ........ 241
return of ........ 245 (1)
Commendatory letters ........ 103
Commerce, United States, commander in chief to protect ........ 726
Commissary branch excused from drills ........ 1807
steward, chief duties of ........ 1215





Article

Commissary store ........ 1618–1619
accounts, payment ........ 1618 (5)
closing of ........ 1618 (5)
deliveries ........ 1618 (6)
general regulations ........ 1618
losses ........ 1619 (3)
persons authorized to use ........ 1618 (2)
purchases, how made ........ 1618 (3, 4)
requisitions ........ 1619
sales and purchases ........ 1618
Commission, ships in full ........ 639
readiness for service ........ 639
reserve ........ 640
out of ........ 638, 639, 640
in service not commissioned ........ 638
Commissioned officers and warrant officers ........ 1244–1246, 1252–1264
Commissioning and delivery of ships ........ 821, 1509
Commissions and inquiries, special, payment of expenses ........ 1743
temporary officers ........ 176
Committee of Congress, honors for ........ 232
Communicable diseases, liberty for men suffering from ........ 1819 (2)
Communication(s), addressing of ........ 2008
division aboard ship, junior officers required to stand watch ........ 1122 (5)
duty afloat, staff, ensign ........ 1119
exercises ........ 806
files, ship ........ 2039
officer ........ 1033–1037
referred to another bureau or office ........ 2017
service ........ 421–424
duties of ........ 424
funds ........ 2071
to Congress ........ 94
with shore, foreign ports ........ 741 (2bc)
Commutation of quarters ........ 1819
credit for stopped when absent without leave ........ 1799
Commuted ration ........ 1409–1410, 1823
Comparison of navigational data with other ships ........ 887 (2)
Compartments, engineer ........ 985
for fuel oil, inspection of ........ 1360 (3)
inspection of ........ 1360
sounding of ........ 856 (2), 1080

Article

885
Compass error ... 1019
  report ... 1019
Compasses ... 1709
Compensation, additional, medals ... 1213 (2)
  extra, general mess ... 182 (9), 197
Complaints and appeals ... 904
  merchant seamen ... 1407
  of food ... 1287 (2)
Complement, new ships ... 1287 (3)
  reduced ... 906
  men in excess ... 1975 (6)
Completion, repairs, date of ... 648–652
Composition and definition of fleets ... 405
  Board of Inspection and Survey ... 400
  general board ... 27
  summary courts-martial ... 1868 (5)
Comptroller General, authority to inspect accounts ... 1727 (3)
Computing leave, manner of ... 119
Concealed weapons ... 1186
Concealing disease ... 1901
Condemned articles for sale ... 738
  stores, return of from foreign station ... 1–3
Conduct and morals in general ... 1292 (4)
  reports requiring immediate action ... 1834 (3)
Conductor, lightning ... 1329 (2)
Condition, ships, at 8 p. m., report of to commanding officer ... 687
  readiness for battle ... 76
Confidential and secret publications ...
  correspondence, ships' files, disposition of, 76, 2003, 2040
  vessel decommissioned ... 76, 2003, 2040
  correspondence ... 211, 216
Confinement, enlisted men ... 216 (2)
  intoxicated men ... 220, 1148
  medical certificate for ... 208
  officer ... 2027
Confirmation copy, messages ... 1836 (3)
Confiscating clothing, bad conduct discharge ... 2011
Conflict of authority ... 89 (2)
Conflicting orders ... 91
  officer diverting another from his duty ... 95
Congress, dealings with ... 94
  petitions, etc., to ... 187 (11)
Conspicuous acts, report of ...







Article

Constitution, general court-martial ... 39
Constrictions, bore, guns ... 972 (94)
Construction and repair of public works ... 486
  officer, docking and undocking ship ... 1505
  of a ship ... 1042
  yard duties ... 1533, 1544
Consular corps, appointment in ... 112
  duties, commander in chief to perform ... 726
  flag ... 302 (3)
  official(s), death of ... 346
  honors for ... 232, 236, 277
  notified of arrival of ship in foreign port ... 276 (2)
  precedence ... 277
  powers, naval officer exercising ... 686
Contagious and infectious disease ... 1133, 1142, 1147
  disease, report of ... 1133, 1142, 1147, 1185 (8)
Contaminated ports, use of water in ... 1324
Contempt of superior officer ... 8 (6)
Contempts of court ... 47
Continental limits of United States ... 1480 (6)
Contract-built ships ... 1595 (9)
Contract trials, report on ... 420
Contractors, gratuities from ... 104
Contracts, Marine Corps ... 570 (4)
Contradictory orders ... 89–91
Contributions and gifts ... 100 (2), 1566
  political ... 1564
Convalescent patients ... 1192
Conversion, public money, evidence of ... 1758
Conviction in consular court, men, discharge for ... 1689 (4)
Convoy, merchant vessels ... 71
Convoys, negligent service ... 8 (12)
Copies travel orders sent BuPers ... 2033 (2)
Copy accusation furnished officer ... 202
Corrections, battle bill ... 1287 (26)
  charts ... 1011
Correspondence. (*See* Letters; Mail.)
  address of ... 2007
  arrangement of sheets ... 2042
  between subordinates ... 2012
  by telephone or orally ... 2013
  civil officials ... 2041
  classes of ... 75½, 2003
  commandant's ... 2037, 2038
  confidential ... 2003, 2040

Case 1:08-cv-00043-S-LDA Document 11-2 Filed 03/07/2008 Page 4 of 9




| | Article |
|---|---|
| Correspondence, example of forms of letter and indorsements | 2043 (27) |
| files | 2039 |
| old, disposal of | 2039 (4) |
| forms, letterheads, etc | 2043 |
| fleet | 2030, 2031 |
| general classes of | 2003 |
| instructions | 2009, 2041, 2043 |
| hospitals, receiving ships, and marine barracks | 2038 (9) |
| indorsements affecting pay, etc | 2043 (25) |
| instructions | 2006 |
| letter form of | 2044 |
| mail, classes of | 2005 |
| Marine Corps at navy yards | 2038 (11) |
| minimizing | 2006 |
| Navy Department | 394 |
| navy yard | 2038 |
| of commanding officers | 2028 (2) |
| opening of | 2007 (4) |
| paper, description | 2041 |
| post cards | 2046 |
| printed forms | 2045 |
| re courts and boards | 2032 |
| fleets | 699 (2, 3) |
| marines afloat | 624 |
| public works | 490 |
| questions of jurisdiction | 2011 |
| ships duty | 2028 |
| ships movements | 2015 |
| routed via commander in chief | 771 (4) |
| routing via official channels | 773 (4), 2010 |
| secret | 2039 (3) |
| ship acting singly | 2032 (5), 2034 |
| at yards | 2036 |
| decommissioned, disposition of | 2040 |
| signed "Acting" | 2026 |
| signing of | 2023–2026 |
| style of writing | 2006 |
| supply, routing of | 1225 |
| to be courteous | 2004 |
| go to Chief of Staff | 2082 (4) |
| when indorsements are used | 2021 |
| with other executive departments | 2022 |
| (*See* Letters; Mails.) | |
| Correspondents, news, officers, and others acting as | 114 |







| | Article |
|---|---|
| Correspondents, press, as passengers | 128 (5) |
| Corrosion, prevention of | 1363 |
| recurrence of | 1363 (2) |
| Cost of work at yard, report of | 1539 |
| Countersign and watchword | 1498 |
| Course, changing officer of the deck | 1063 (7) |
| steered | 880 (5) |
| commander in chief to set | 684 |
| Courses, postgraduates | 130 |
| Court(s) and boards and surveys, ordering of | 767 |
| commander in chief to order | 688 (1) |
| correspondence | 2032 |
| naval | 74 (3g) |
| navigator as member | 1027 |
| precedence of members | 181 (b) |
| seniority of members | 180 |
| consular, conviction of men, discharge | 1689 (4) |
| contempt of | 42 |
| -martial. (*See also* Courts; Boards.) | |
| and punishment in hospitals and hospital ships | 66 |
| authentication of judgment | 52 |
| commander in chief to order | 688 (1) |
| confirmation of sentence | 53 |
| logging of | 1022 (13) |
| loss of pay, how checked | 1801, 1877 |
| men tried, notification for disbursing officer | 1801 (4) |
| not to be demanded by officer upon himself | 210 |
| officers of auxiliary forces | 65 |
| orders, publication | 74 (3d) |
| power of Secretary of the Navy | 54 (b) |
| sentence remitted | 33 |
| of inquiry; by whom convened; constitution; powers; oaths; rights; proceedings, etc | 55–60 |
| Cowardice in battle | 4 (13) |
| Craft, district | 1485 (4) |
| Cranes, derricks, and shears, operation of | 484 (17) |
| Credit for pay and allowances, report of | 1869 |
| service, volunteer and reserve | 1670 |
| Crew(s) | 1275–1277 |
| and officers, instruction of | 1300 |
| stores of ship lost in foreign country | 841 (4) |
| assist in ship's overhaul | 1508 |
| care of | 843 |
| comfort in tropics | 741 (3) |

| | Article |
|---|---|
| Crew(s) deposits of money | 1781 |
| drilling prior to sailing | 832 |
| final payment of | 20 (9) |
| half to remain aboard, liberty in port | 1729 (10) |
| one-fourth to remain aboard at navy yard | 1729 (10) |
| health of | 20 (8), 741 |
| inferior, report of | 825 |
| inspection by commanding officer | 1298 (8) |
| list of, forwarding before sailing | 20 (2) |
| living and battle stations | 1287 (16) |
| medical officer to examine | 1151 |
| merchant | 165 |
| mess | 1289 (2) |
| paraded in rendering honors | 246 (2) |
| payments to | 1782 |
| records of | 1202 |
| records and returns of | 917 |
| requests from | 1326 |
| salutes aboard ship | 265–267 |
| ship under yard repairs, quartering of | 1503 (3) |
| special instruction of | 1300 |
| uniform, posted | 1319 (8) |
| verification of records | 828 |
| watches and sections of | 1287 (10) |
| Crime, fraud, etc., report of | 79 |
| Criminals, extradition of | 1703 |
| Cross, Navy, award of | 1709 (5) |
| Cruelty | 8 (2) |
| Custodian of stores, discharge of | 1689 (6) |
| enlisted men as | 1270 |
| Custody, care and issue of stores ashore | 1594, 1595, 1597 |
| of equipage, transfer of | 1393 |
| keys | 1048 |
| stores | 1378–1394 |
| supplies | 1380 |
| receipts, equipage, Title B | 1393 (9) |
| Customs examination | 844 |
| foreign | 844 (2) |
| foreign, respect for | 117 |
| inspections | 867 |
| not to delay sailing of ship | 867 (4) |
| to whom applicable | 867 (5) |
| Cutting, hair | 1319 |






D


| | Article |
|---|---|
| Damage control officer of a ship | 1040–1051 |
| Damage, loss, or destruction to public property | 1218 (4) |
| to ship, report of | 840 |
| Damaged ship, inspection of | 1973 (2) |
| Dangerous stores, stowing of | 1347 |
| Danger(s), commanding officer to report | 838 |
| navigation, report of | 2035 |
| suspected | 889 |
| suspected, charting of | 889 |
| time of, duty of executive in | 949 |
| Data book, navigational | 1015 |
| furnished Board of Inspection and Survey | 414 |
| navigational | 887 |
| Date, commencement, desertion | 1692 (5) |
| expiration of enlistment | 1687 |
| of completion of repairs | 1975 (6) |
| Day's duty, deck watches | 1294 (3) |
| engine-room watch | 1093 |
| officers, afloat | 1729 |
| staff officers afloat | 1729 (6) |
| "Dead horse," authority for drawing | 1802 |
| Dealers, agents, tradesmen, not permitted on board except in certain cases | 868 (2) (3) |
| Dealing in supplies | 11 |
| Dealings with Congress | 95 |
| with foreigners | 727 |
| Death(s), and injuries, incomplete records of | 1845 |
| at yard, report of | 1513 |
| beyond continental limits of United States, notification of | 1513 (4) |
| certificates | 909, 1144 |
| escort to burial | 1513 (5) |
| gratuity, by whom paid | 908 (10) |
| six months' pay | 1841 (8) |
| medical report | 1513 (2) |
| notification of | 1841 |
| of Assistant Secretary of the Navy | 332 (3) |
| civil officials | 332 (4) |
| diplomatic or consular official | 346 |
| enlisted man | 333 |
| ex-President or President-elect | 332 (2) |
| flag, commanding officer, or other naval officer | 333 |
| general officer of Army or Marine Corps or commandant of Coast Guard | 345 |

Article

Death(s) naval officer — 333
officer or enlisted man on shore duty — 333 (3)
President — 332 (1)
Secretary of the Navy — 332 (3)
Under Secretary of the Navy — 332 (5)
Vice President — 332 (2)
on board ship — 908
or disability of commanding officer — 181 (b)
, report of — 1843
incapacity, supply officer afloat — 1228
report of — 908 (2, 3)
sentence — 4, 59
to be logged — 20 (3) 908 (1)
within continental limits of United States, notification of — 1513 (3)

Debt(s), incurring — 84
men in, issue of articles to — 921
mess, incurring — 1439 (7)
to be paid prior to sailing — 84

Deceased, accounts of — 1878–1882
and absent men, effects — 1342
arrears in pay — 908 (10)
effects of — 20 (4), 908 (4–9)
flag or pennant — 840
persons — 1841

Decisions and opinions, legal — 470
on rank and command — 180–186

Deck(s) courts; how ordered; constitution and powers; recorder; approval; rules governing; records of proceedings; objections to trial — 64
lower, clearing of — 1344
watches, details of — 1294
day's duty — 1294 (3)

Defects in ship's equipment — 827
ship, reporting — 862 (2)

Defense of Pearl Harbor and Panama Canal — 1552, 1553

Definition of classification of "secret," "confidential," and "restricted" matter — 75½
dental treatment — 1189 (7)
desertion — 1691, 1692
flag officer — 653
fleets, subdivisions, etc — 548 (2)
junior officers — 1118, 1431
national salute — 305
orders, "immediate," etc — 132
public utilities — 482 (3)







Article

Definition of public works — 482 (2)
ration — 1409
repairs — 1949
sea service — 111

Delay in carrying out orders — 93

Deliveries by commissary store — 1618 (6)

Delivering less property than receipt calls for — 14 (6)

Delivery of ship fitting out, to commanding officer — 1509
ships — 1509
stores to ship — 1378
supplies, checking on — 1381

Dental Corps — 1659
appointments — 1637
officer — 1178–1183
duties of — 1178, 1179
to report patient's condition to medical officer — 1180
property and stores — 1182, 1183
records — 1181
service, claim for — 1189 (7b)
treatment, prosthetic — 1189 (7c)

Department(s), aboard ship — 1287 (11)
head of — 868
officers relieving — 1393 (10, 11)
of Pacific, marine — 631

Departure from yard, ship, reporting — 1504
of visiting official, procedure — 231 (8)

Dependents, transportation of — 1814

Deposit(s) and checks — 1757–1768
book, loss of — 1781 (8)
by enlisted men — 1779–1781
marines ashore — 1781 (9)
supply officers when relieved — 1764

Deposit(s) enlisted men forfeited — 1780
in cash — 1781 (3)
interest on — 1781 (4)
men with officers, forbidden — 104
navy yard work, for private parties — 1995 (2)
of funds — 1757, 1759
failure to make — 1758
prior to sailing for foreign station — 1762
of men, accounting for — 1781 (5)
money by crew — 1781

Article
Deposit(s) on first extension of enlistment ... 1781 (6)
not compulsory ... 1781 (2)
payments on discharge ... 1781 (7)
place for ... 1763
statement of ... 1767 (2)
with supply officer ... 1779
Deposition in naval courts ... 68
Depth charges, safety precautions ... 972 (101–107)
Derricks, cranes, and shears ... 484 (17)
Description of titles ... 1868
Descriptive list of deserter ... 1698 (2)
Deserter(s) accounts ... 1878, 1880, 1881
and recruiting, special provisions applicable to ... 18–19
stragglers, apprehension published to crew ... 1702 (3)
delivery of, notification ... 1702 (2)
surrender of ... 1702
arrest of ... 1698
checkage for reward, etc ... 1697 (4)
of pay of ... 1699
descriptive list ... 1698 (2)
effects, sale of ... 1342 (4)
harboring ... 8 (22)
loses citizenship rights ... 18, 1705
marine, return of ... 560
notice of to next of kin ... 1696
officer, reward for ... 1700
proper entries on record ... 1698
recovery in foreign territory ... 1703 (2)
report of ... 1701
reward for ... 1697, 1880
special provisions applicable to ... 18, 19
takes refuge in foreign warship ... 1704
transfer of accounts ... 1693 (3)
Deserting duty ... 4 (14)
trust ... 4 (7)
Desertion ... 1691–1706
accomplices to ... 1706
date of commencement ... 1692 (5)





Article
Desertion, definition of ... 1691, 1692
in time of war ... 4 (6)
peace; limitation of trial and punishment ... 62
notice of final action ... 1702 (4)
of officer ... 10
peace time ... 8 (21)
to be logged ... 20 (3)
Design, final, of ships ... 403
military features of new ships ... 433 (6)
of ships, changes in ... 408 (4)
general board recommendation ... 402 (1), 408 (1)
recommendation re ... 417
Designation of commander in chief ... 679
division commanders and their ships ... 705
officers ... 1103
flagships ... 694
hospital ships ... 665
national anthem ... 230 (1)
saluting ship ... 303
Despatches and signals, general instructions ... 2045
confirmation copies ... 2027 (4)
filing of ... 1033 (7), 2039
personal ... 2027 (3)
use of time in ... 1032
Destitute American seamen ... 1415
Destruction of public property, unlawful ... 4 (11)
of old files ... 2039 (4) (5)
orders, etc., prior to capture ... 711
Detached duty, boat service not ... 108
definition, in connection with rendering honors ... 250 (3)
service, flag officer on ... 758
Detachment ashore, marines with ... 621
of head of department ... 849
Detachments, mixed, command of ... 150 (10), 621
Detail as master-at-arms ... 1277
of Engineer officer ... 981
of officers by commanding officer as heads of department ... 868
Details, transfers, etc., how made ... 105 (2)
Deteriorated ammunition ... 972 (17)
Detonators, safety precautions ... 972 (54)
Devices, safety, ordnance ... 972 (9)
Diagrams, etc., to accompany important reports ... 712 (3)
Diplomatic and consular officials as passengers, honors for ... 237
boat flags for ... 302 (1) (3)

| | Article |
|---|---|
| Division(s) officer assignment to divisions | 1104 (1) |
| designation of | 1103 |
| duties | 1105, 1106 |
| executive to supervise | 937 |
| of engineer division | 1092 |
| requirements of | 1104 (2) |
| responsible for | 1104 (3) |
| stations at all hands | 1107 |
| supply | 1217 |
| surgeons | 1175, 1176 |
| Dock. (*See* Dry dock.) | |
| flooding of | 1505 |
| precautions | 1505 (5) |
| trials at yard | 1504 (3) |
| Docking and overhaul periods | 1952, 1953 |
| elsewhere than in United States navy yard | 1022 (10) |
| foreign vessels | 1804 |
| of ship | 1505 |
| on foreign station | 1022 (10) |
| private vessels at yards, rules for | [illegible] |
| Doors, valves, hatches, etc., test of | [illegible] |
| water-tight | 1305 |
| signal for closing and opening | 1305 |
| Double bottoms and boilers, precautions when entering | 1363 (6, 7) |
| lights in | 1363 (6) |
| water in | 1364 |
| Doubt as to salute, honors, etc | 304, 313 |
| Draft of ship, logging of | 1022 (5), 1078 (3g), 1317 (6) |
| taken before leaving port and upon anchoring | 889 (2) |
| and logged | 1022 (5) |
| Dragging, ship, duty officer of the deck re | 1069 |
| Dress board | 1819 (6) |
| Dressing ship | 291 |
| Drift lead | 1069 |
| Drill(s) absentees from, prevention | 1306 |
| and exercises, commander in chief responsible for | 602 |
| and instructions, executive responsible for | 1297 |
| ashore and afloat | 766 |
| for marines afloat | 620 |
| at navy yards | 599 |
| attendance | 1308 |
| collision | 1304 |
| time taken logged | 1076 (3p) |


C. N. R. 22.




| | Article |
|---|---|
| Drill(s) commissary branch excused from | 1307 |
| fire | 1306 |
| night | 1306 |
| general | 1302 |
| marines afloat, times of | 609 |
| noise and confusion at | 1299 |
| of crew prior to sailing | 832 |
| Drunken men, arrest of | 120 |
| Dry docks. (See also Dock.) | |
| floating | 484 (15), 1544 |
| changes in | 1544 (4) |
| precautions for | 1544 (7–12) |
| repairs to | 1544 (5) |
| tests | 1544 (6) |
| operation, upkeep | 484 (14) |
| refuse in | 1505 (6) |
| ships in, responsible for | 1505 (3) |
| Duels | 8 (5) |
| Dues, membership, payment of | 1567 |
| Dutiable articles | 867 (2) |
| goods, importing | 12 |
| Duty (duties), absence from, officers | 106 |
| absent from "due to own misconduct" | 1196 (8) |
| active, retired officers | 177 |
| additional, navigator | 1027 |
| and command | 161–179 |
| assigned ensigns | 169 |
| battle, medical officer | 1174 |
| Bureau of Aeronautics | 545 |
| Medicine and Surgery | 457 |
| Naval Personnel | 443 |
| Ordnance | 505 |
| Ships | 516–531 |
| Supplies and Accounts | 541 |
| Yards and Docks | 481 |
| Navy Department | 393 |
| chaplains | 1245 |
| Chief of Naval Operations | 438 (2) |
| chief of staff | 785 |
| command and rank | 148–186 |
| commandant of naval district | 1484 |
| commander in chief in war time | 703–716 |
| upon assuming command | 729 |
| commanding officer(s) | 20 |


C. N. R. 22.

Article
Duty (duties), commanding officer(s) acting singly — 875
after battle — 874 (6)
in presence of enemy — 872
in war time — 869
re prisoners of war — 874 (5)
when foreign relations are doubtful — 871
navigation in doubt — 887 (3)
commissary steward — 1215
communication service — 423, 424
day's, officers afloat — 1729
dental officer(s) — 1178
deserting in battle — 4 (14)
division commanders — 764
officers — 1105, 1106
exchange of, officers — 165
executive officer — 182, 931–951
fleet chaplain — 1244
flotilla commander — 764
force commander(s) — 764, 771
foreign, officers ordered to — 127
General Board — 401
general, commander in chief — 679–702
commanding officer — 835–868
engineer officer — 991–997
first lieutenant — 1041
flag officer — 756–770
gunnery officer — 961–971
navigator — 1008
Hospital Corps, restricted — 121
hospital ships — 665
insignia of, officer of the deck — 1072
Judge Advocate General — 409
junior officers — 1119
labor board — 1470
line officers, restrictions — 150 (6)
mail clerks — 2063, 2064
Marine Corps — 552 (8)
marines with Army — 552 (5)
master-at-arms — 1277, 1328 (5), 1329 (3), 1342, 1344, 1345
medical officer afloat — 1182
ashore — 1184, 1185
military Hospital Corps — 121
navigator, fitting out ship — 1017
in pilot waters — 1010





Article
Duty (duties), officer of the deck, danger of collision — 1063 (10)
manner of performing — 1071
re boats — 1074
entries in log — 1078
honors — 260, 262 (1), 1065, 1066
lifeboats — 1063 (12)
safety of ship — 1063
salutes and honors — 1065, 1066
signals — 1063 (9)
receiving stores — 1075
officers, orders to — 87
passengers assigned to — 174 (2)
period of, commander in chief — 679 (2)
presence of officers for, marines afloat — 623
relieving commanding officer from — 184, 185
reporting for — 132
report of — 131
request for — 105, 2013
re ships engineering records — 997
restoration to, temporary — 206 (4)
sea and shore — 131
sea, officer returning from — 136
senior officer present — 798–809
ships, correspondence re — 2028
special, detail to of marines afloat — 613
squadron commander — 763
staff of commander in chief — 780
standing by, heads of departments — 1723
subordinates — 90
supply officer, in wreck or fire — 1230
restored to duty — 209 (2)
survey officer — 1911
suspension from — 207
upon receipts of orders, officers — 132
war time, commander in chief — 703–710
commanding officer — 869–875
watch staff officers afloat — 1729 (6)
yard accounting officer — 1539
construction officer — 1532
disbursing officer — 1533
engineer officer — 1532
medical officer — 1541