Article

Duty (duties), yard public works officer ..... 1534
supply officer ..... 1537

E

Economy, commander in chief responsible for ..... 731
in expenditures, commanding officer responsible for ..... 890
fuel ..... 731 (2)
stores ..... 1397
Effects, absent and deceased men. (*See* Clothing.) ..... 1342
deserters, sale of ..... 1342 (4)
deceased persons ..... 20 (4) 908 (4–10)
destroyed to prevent spread of disease ..... 916, 1915
disabled persons ..... 126
persons captured by enemy ..... 911
stragglers ..... 910
Electrical log, commanding officer to inspect ..... 1317
officer ..... 1295 (6)
Embarkation, marines afloat ..... 603
Embezzlement, punishment for ..... 1753
Emergency landing, aircraft in foreign jurisdiction ..... 276 (4b)
Employees, civil ..... 1512, 1562
overpayment ..... 1538 (3)
yard, pay of ..... 1538 (2)
Employment of pilots ..... 881, 1454
yard labor ..... 1543
Endorsement of court-martial record by medical officer ..... 1148
orders ..... 133 (2)
Endorsements affecting pay, correspondence, etc ..... 2043 (23) (24) (25)
Enemy, intercourse with ..... 4 (4)
ship strikes flag ..... 874 (3)
Engaging in trade ..... 85 (2)
Engine revolutions, logging of ..... 1078 (3f)
Engines turning over when not under way ..... 1068
Engine-room, log and bell book ..... 997, 1091 (8), 1317 (4)
watch, duties ..... 1090, 1091
warrant officers ..... 1295 (3)
officers of ..... 1090–1093
petty officers ..... 1295 (3)
responsibility ..... 1295 (5c)
Engineer's bell book ..... 997







Article

Engineer, compartments ..... 985
Department, aboard ship ..... 1287 (12)
organization of ..... 992
division officers ..... 1092
log ..... 997
officer, acting executive ..... 998
assistant ..... 1295 (5)
absence from ship ..... 991 (3)
day's duty ..... 1093
detail of ..... 981
duties relative to fuel ..... 996
machinery ..... 993
records ..... 997
general duties ..... 991–997
inspections ..... 991 (4), 993 (3)
of a ship ..... 981–997
permission to leave ship ..... 1295 (7)
personnel under ..... 992
reports to commanding officer ..... 993
responsibility ..... 984–988
succession to ..... 982
station of ..... 991 (2)
when fitting out or putting ship out of commission ..... 994
of yard, duties ..... 1532
records, ship's copies, disposition of ..... 997
stores ..... 987
and equipage ..... 995 (1)
watch duty ..... 1295
officers ..... 1295 (2)
Engineering duty only, officers, sea duty ..... 163
Engines, testing of ..... 1068
turning over, not under way ..... 1068
Enlisted men, death of ..... 338
financial dealings with ..... 104
in immediate service of flag officer afloat ..... 787
leave ..... 1730
newly enlisted, taking upon pay rolls ..... 1876
on foreign station about to be discharged ..... 744
retirement of ..... 1712
traveling on naval vessels or Army transports ..... 1456 (4)
Enlisting deserters, minors, etc ..... [illegible]
Enlistment candidates, medical records ..... 1201
date of expiration ..... 1687
expiration of, discharge prior to ..... 1686 (2)

Article

Exchanges ..... 559
Execution of orders ..... 89 (1)
Executive departments, correspondence with ..... 2012
- officer ..... 931
  - absence from ship ..... 951, 1729
  - acting ..... 965
    - first lieutenant ..... 1044
  - additional duty as navigating officer ..... 931 (4)
  - application for permission to leave ship ..... 1730
  - as personnel officer ..... 943
  - authority of ..... 932
  - battle station ..... 947
  - duties of ..... 931–951
    - and authority ..... 182
  - duty as officer of the deck ..... 944
    - at quarters ..... 1296 (7)
    - in time of danger ..... 949
    - re-powder and explosives ..... 940
  - in charge of police of ship ..... 182 (2)
  - intrusted with organization of ship's company ..... 182 (4)
  - of a ship ..... 168
    - duties of ..... 931–951
  - familiarity with ship ..... 942
  - general duties of ..... 933
  - orders of commanding officer issued through ..... 831
  - rank of ..... 168
  - relieving officer of the deck ..... 936, 944 (2)
  - report after battle ..... 948
  - representative of commanding officer ..... 931 (3)
  - responsible for drills and instructions ..... 1287 (17), 1297
  - staff officers senior to ..... 180
  - succession to ..... 931 (2)
  - to direct officer of the deck ..... 936
    - handle ship ..... 919
    - inspect ship ..... 182 (3), 939
    - report condition of ship daily ..... 1329 (2)
      - on efficiency of officers ..... 942 (3)
    - supervise division officers ..... 937
      - officers ..... 935

Exercise, athletic ..... 1323
- of authority ..... 97

Exercises, communication ..... 908
Expeditionary force, marine ..... 627–630







Article

Expeditions from ship ..... [illegible]
- ships, command of ..... [illegible]

Expenditure books, commanding officer to examine ..... [illegible]17
- commanding officer responsible for economy ..... 890
  - Marine Corps ..... 570
  - appropriations ..... 396
  - money and stores, responsibility for ..... 831 (1)
  - stores ..... 1378–1394
  - ship's service profits ..... 1442 (1f)
  - ship's store profits ..... 1404
  - titles ..... 1862, 1863

Expenses, funeral ..... 1841 (2)
- in United States ..... 1841 (1)
- for medicines ..... 1189
  - oaths ..... 1834
- Marine Corps, payment ..... 570 (3)
- of candidates for appointment ..... 1838
- special commissions ..... 1743
- shore patrol ..... 698 (5), 1803 (2)
- travel ..... 1808–1815
  - claims for ..... 1811 (2)
  - in United States ..... 1810 (1)
  - outside United States ..... 1810 (2)
  - when not allowed ..... 1810

Expiration, enlistment date of persons serving minority ..... 1687
Explosives, care and stowage of ..... 963 (2)
- not removed at yard ..... 1340
- keys to compartments containing ..... 858

Ex-President, honors for ..... 232
Extension of lights ..... 1309 (6)
Extinguishing of lights ..... 1309
Extra pay or emoluments forbidden ..... 1213 (2), 1787
- places used as prisons ..... 216

Extradition of criminals ..... 1703

F

Failing to afford relief in battle ..... 4 (20)
- seek encounter ..... 4 (19)

Failure to encourage men to fight ..... 4 (18)
False claims ..... 14 (1–3)
- muster ..... 8 (14)
- returns, punishment for ..... 1758

Families, officers, medical treatment ..... 1185
Federal, State, and Foreign Service officials, honors ..... 232

Article
Fees, notary public — 115 (4)
Female Nurse Corps — 1646
Field officers, visiting ships, honors for — 2039 (6) (7)
Files, captain and flag office — 2039
correspondence — 2039 (7), (4), (5)
old — 809
senior officer present, afloat — 2039 (3)
separate for secret or confidential correspondence — 403
Final plans and design of ships — 104
Financial dealings with enlisted men — 1497 (3)
Fire(s) alarm, naval station — 1497
at naval stations — 1318
bunker — 1318
coal, precautions against — 857
control, secrecy of — 1497(2)
department, naval station — 1517 (3)
yard — 1306
drill — 1305
night — 1309
galley, extinguishing — 1078 (3f)
in boilers, logging of — 1347 (6)
near boilers and engines — 1497 (4)
outside naval station — 1347 (8)
precautions against — 1497 (1)
regulations, naval station — 1137, 1155, 1348
First aid, instruction in — 1051
First lieutenant, absent from ship — 1044
acting executive — 1384 (1)
carpenter to assist — 1042
construction officer — 1049
duty to stores and equipage — 1041
general duties — 1050
may relieve officer of the deck — 1040–1051
of a ship — 1046
ship fitting out — 1043
placed out of commission — 1045
station in battle — 1040
succession to — 1380 (2)
weekly inspection by — 1506 (3-6)
Fitting out of vessels building, stores and allowance lists — 137, 138, 418 (2), 690 (2), 1855 (3)
Fitness reports — 187
ensigns — 943 (3)
officers, executive to make — 1665
Fitted, selection as — 1665





Article
Flag(s) and pennants, boat — 297
halfmasting — 301, 333
personal — 298, 302
where displayed — 284, 285, 293–295
civil officials in boats — 302
commandant, naval station — 293
consular — 302 (3)
display during salutes — 308 (3), 317, 318, 320, 325
in battle — 710
enemy strikes — 874 (3)
ensigns and pennants — 284–302
flown by ships — 284, 292
lights — 292 (4), 296 (4b)
of Assistant Secretary of the Navy, ship flying — 259
flag officer, absent from command — 296
of President of the United States, ship flying — 258
Secretary of the Navy, ship flying — 259
Under Secretary of the Navy, ship flying — 259
officer(s), absence of — 296
absent from command, flag of — 296
flagship, how indicated — 296 (4)
afloat at navy yard or naval station — 295 (2)
enlisted men directly under — 787
staff of — 785–788
assignment of — 683 (2)
boat flags — 297
changes command, honors for — 255
at naval station — 255 (6)
commanding naval station, flag of — 295 (1)
definition of — 683
French and Italian, salutes to — 321 (2)
general duties — 756–770
inspection — 257, 689
inspects ship of his command, honors for — 257
junior, salutes to — 307
killed in battle, succession — 173 (1)
leaves or returns to his flagship, honors for — 240
may shift flag — 760
not in chief command — 756–775
not in chief command, staff of — 788
on detached service — 758
passenger, authority of — 174 (1)
passing in boat, honors to — 253
reports to — 1311

# CHAPTER 1.

## ARTICLES FOR THE GOVERNMENT OF THE NAVY OF THE UNITED STATES.

### SECTION 1, ARTICLES 1-70.—ARTICLES FOR THE GOVERNMENT OF THE NAVY.

Reprinted from United States Code, Title 34, section 1200, which is a codification by Congress, approved by the President June 30, 1926, of section 1624 of the Revised Statutes and amendatory and related statutes, including the acts of March 16, 1878 (20 Stat. 30); March 3, 1893 (27 Stat. 716); February 25, 1895 (28 Stat. 680); February 27, 1895 (28 Stat. 689); March 3, 1899, section 13 (30 Stat. 1007); May 13, 1908 (35 Stat. 132); February 16, 1909 (35 Stat. 621-623); August 22, 1912 (37 Stat. 356); August 29, 1916 (39 Stat. 586); March 4, 1917 (39 Stat. 1171); October 6, 1917 (40 Stat. 393); April 2, 1918 (40 Stat. 501); July 1, 1918 (40 Stat. 708); February 28, 1925 (43 Stat. 1080, 1088).

ARTICLES ESTABLISHED. C. N. R. 12.


CONDUCT AND MORALS IN GENERAL.

Art. 1. Commanders' duties of example and correction.
Art. 2. Divine service.
Art. 3. Irreverent behavior.

OFFENSES PUNISHABLE BY DEATH.

Art. 4. Persons to whom applicable.
1. Mutiny.
2. Disobedience of orders.
3. Striking superior officer.
4. Intercourse with enemy.
5. Messages from an enemy.
6. Desertion in time of war.
7. Deserting trust.
8. Sleeping on watch.
9. Leaving station.
10. Willful stranding or injury of vessels.
11. Unlawful destruction of public property.
12. Striking flag or treacherously yielding.
13. Cowardice in battle.
14. Deserting duty in battle.
15. Neglecting orders to prepare for battle.
16. Neglecting to clear for action.
17. Neglecting to join on signal for battle.

Art. 4. Persons to whom applicable—Con.
18. Failing to encourage men to fight.
19. Failing to seek encounter.
20. Failing to afford relief in battle.

Art. 5. Spies.
Art. 6. Murder.
Art. 7. Imprisonment in lieu of death.

OFFENSES PUNISHABLE AT DISCRETION OF COURT-MARTIAL.

Art. 8. Persons to whom applicable.
1. Scandalous conduct.
2. Cruelty.
3. Quarreling.
4. Fomenting quarrels.
5. Duels.
6. Contempt of superior officer.
7. Combinations against superior officer.
8. Mutinous words.
9. Neglect of orders.
10. Preventing destruction of public property.
11. Negligent stranding.
12. Negligence in convoy service.
13. Receiving articles for freight.
14. False muster.
15. Waste of public property.
16. Plundering on shore.
17. Refusal to apprehend offenders.

Art. 8. Persons to whom applicable—Con.
18. Refusing to receive prisoners.
19. Absence from duty without leave.
20. Violating general orders or regulations.
21. Desertion in time of peace.
22. Harboring deserters.

SPECIAL PROVISIONS APPLICABLE TO OFFICERS.

Art. 9. Officer absent without leave reduced.
Art. 10. Desertion by resignation.

RESTRICTIONS ON PRIVATE PROPERTY.

Art. 11. Dealing in supplies.
Art. 12. Importing dutiable goods in public vessels.
Art. 13. Distilled spirits only as medical stores.

OFFENSES PUNISHABLE BY FINE AND IMPRISONMENT.

Art. 14. Persons to whom applicable.
1. Presenting false claims.
2. Agreement to obtain payment of false claims.
3. False paper.
4. Perjury.
5. Forgery.
6. Delivering less property than receipt calls for.
7. Giving receipt without knowing truth of.
8. Stealing, wrongfully selling, etc.
9. Buying public military property.
10. Any other fraud against United States.
11. Trial of offender after discharge.

PROVISIONS APPLICABLE TO PRIZE.

Art. 15. Prize money.
Art. 16. Removing property from a prize.
Art. 17. Maltreating persons on board prize.

SPECIAL PROVISIONS APPLICABLE TO DESERTERS AND RECRUITING.

Art. 18. Forfeiture of citizenship rights for desertion.
Art. 19. Enlisting deserters, minors, etc.

DUTIES OF COMMANDING OFFICERS.

Art. 20. Rules to be obeyed by.
1. Men received on board.
2. List of officers, men, and passengers.
3. Deaths and desertion.
4. Property of deceased persons.
5. Accounts of men received.
6. Accounts of men sent from the ship.
7. Inspection of provisions.
8. Health of crew.
9. Attendance at final payment of crew.
10. Articles for the government of the Navy.
11. Punishment for offending against this article.

PUNISHMENT OF OFFENSES NOT SPECIFIED.

Art. 21. Authority of officers after loss of vessel.
Art. 22. (a) Offenses not specified.
(b) Fraudulent enlistment.
Art. 23. Offenses committed on shore.
Art. 24. Punishments by order of commander.
Art. 25. Punishments by other officers.

SUMMARY COURTS-MARTIAL.

Art. 26. Convening authority.
Art. 27. Constitution of summary courts-martial.
Art. 28. Oath of members and recorder.
Art. 29. Testimony.
Art. 30. Punishments by summary courts-martial.
Art. 31. Disrating for incompetency.
Art. 32. Execution of sentence of summary court.
Art. 33. Remission of sentence.
Art. 34. Proceedings and record of summary court.

GENERAL COURTS-MARTIAL.

Art. 35. Authority to inflict summary court-martial punishments.
Art. 36. Dismissal of officers.
Art. 37. Officer dismissed by President may demand trial.
Art. 38. Convening authority.
Art. 39. Constitution of general court-martial.





Art. 40. Oath of members and judge advocate.
Art. 41. Oath of witness.
Art. 42. (a) Contempts of court.
(b) Witnesses; process for.
(c) Refusal of witness to appear or testify; privilege.
Art. 43. Charges and specifications; arrest of accused.
Art. 44. Duty of officer arrested.
Art. 45. Suspension of proceedings.
Art. 46. Absence of members.
Art. 47. Witnesses examined in absence of a member.
Art. 48. Suspension of pay.

PUNISHMENTS AND SENTENCES; IN GENERAL.

Art. 49. Prohibited punishments.
Art. 50. Sentences, how determined.
Art. 51. Adequate punishment; recommendation to mercy.
Art. 52. Authentication of judgment.
Art. 53. Confirmation of sentence.
Art. 54. (a) Remission and mitigation of sentence.
(b) Power of Secretary of Navy, over proceedings and sentences of courts-martial.

COURTS OF INQUIRY.

Art. 55. By whom convened.
Art. 56. Constitution.
Art. 57. Powers.
Art. 58. Oath of members and judge advocate.
Art. 59. Rights of party or attorney.
Art. 60. Proceedings; authentication; use in evidence.

LIMITATION OF TRIAL AND PUNISHMENT.

Art. 61. Limitation of trials; offenses in general.
Art. 62. Desertion in time of peace.
Art. 63. Punishment for offense in time of peace.

DECK COURTS.

Art. 64. (a) Officers authorized to order.
(b) Constitution and powers.
(c) Recorder.
(d) Approval of sentence of deck court.
(e) Rules governing.
(f) Records of proceedings; filing and review.
(g) Objection to trial by deck court.

MISCELLANEOUS PROVISIONS.

Art. 65. Personnel; eligibility of officers of auxiliary naval forces.
Art. 66. Courts-martial and punishments in hospitals and hospital ships.
Art. 67. Authority of officers of separate organization of marines.
Art. 68. Depositions in naval courts.
Art. 69. Oaths for purpose of naval justice, etc.
Art. 70. Investigations; oaths of witnesses


## ARTICLES ESTABLISHED.

The Navy of the United States shall be governed by the following articles (R. S. sec. 1624): C. N. R. 12.

### CONDUCT AND MORALS IN GENERAL.

#### 1.

**Commander's duties of example and correction.**

The commanders of all fleets, squadrons, naval stations, and vessels belonging to the Navy, are required to show in themselves a good example of virtue, honor, patriotism, and subordination; to be vigilant in inspecting the conduct of all persons who are placed under their command; to guard against and suppress all dissolute and immoral practices, and to correct, according to the laws and regulations of the Navy, all persons who are guilty

of them; and any such commander who offends against this article shall be punished as a court-martial may direct. (R. S. sec. 1624, art. 1.)

**2.**

*Divine service.* The commanders of vessels and naval stations to which chaplains are attached shall cause divine service to be performed on Sunday, whenever the weather and other circumstances allow it to be done; and it is earnestly recommended to all officers, seamen, and others in the naval service diligently to attend at every performance of the worship of Almighty God. (R. S. sec. 1624, art. 2.)

**3.**

*Irreverent behavior.* Any irreverent or unbecoming behavior during divine service shall be punished as a court-martial may direct. (R. S. sec. 1624, art 3; February 16, 1909, ch. 131, secs. 1, 2, 35 Stat. 621.)

OFFENSES PUNISHABLE BY DEATH.

**4.**

*Persons to whom applicable.* The punishment of death, or such other punishment as a court-martial may adjudge, may be inflicted on any person in the naval service—

*Mutiny.* (1) Who makes, or attempts to make, or unites with any mutiny or mutinous assembly, or, being witness to or present at any mutiny, does not do his utmost to suppress it; or, knowing of any mutinous assembly or of any intended mutiny, does not immediately communicate his knowledge to his superior or commanding officer;

*Disobedience of orders.* (2) Or disobeys the lawful orders of his superior officer;

*Striking superior officer.* (3) Or strikes or assaults, or attempts or threatens to strike or assault, his superior officer while in the execution of the duties of his office;

*Intercourse with an enemy.* (4) Or gives any intelligence to, or holds or entertains any intercourse with, an enemy or rebel, without leave from the President, the Secretary of the Navy, the commander in chief of the fleet, the commander of the squadron, or, in case of a vessel acting singly, from his commanding officer;

*Messages from an enemy.* (5) Or receives any message or letter from an enemy or rebel, or, being aware of the unlawful reception of such message or letter, fails to take the earliest opportunity to inform his superior or commanding officer thereof;

*Desertion in time of war.* (6) Or, in time of war, deserts or entices others to desert;

*Deserting trust.* (7) Or, in time of war, deserts or betrays his trust, or entices or aids others to desert or betray their trust;



*Sleeping on watch.* (8) Or sleeps upon his watch;

*Leaving station.* (9) Or leaves his station before being regularly relieved;

*Willful stranding or injury of vessels.* (10) Or intentionally or willfully suffers any vessel of the Navy to be stranded, or run upon rocks or shoals, or improperly hazarded; or maliciously or willfully injuries any vessel of the Navy, or any part of her tackle, armament, or equipment, whereby the safety of the vessel is hazarded or the lives of the crew exposed to danger;

*Unlawful destruction of public property.* (11) Or unlawfully sets on fire, or otherwise unlawfully destroys, any public property not at the time in possession of an enemy, pirate, or rebel;

*Striking flag or treacherously yielding.* (12) Or strikes or attempts to strike the flag to an enemy or rebel, without proper authority, or, when engaged in battle, treacherously yields or pusillanimously cries for quarter;

*Cowardice in battle.* (13) Or, in time of battle, displays cowardice, negligence, or disaffection, or withdraws from or keeps out of danger to which he should expose himself;

*Deserting duty in battle.* (14) Or, in time of battle, deserts his duty or station, or entices others to do so;

*Neglecting orders to prepare for battle.* (15) Or does not properly observe the orders of his commanding officer, and use his utmost exertions to carry them into execution, when ordered to prepare for or join in, or when actually engaged in, battle, or while in sight of an enemy;

*Neglecting to clear for action.* (16) Or, being in command of a fleet, squadron, or vessel acting singly, neglects, when an engagement is probable, or when an armed vessel of an enemy or rebel is in sight, to prepare and clear his ship or ships for action;

*Neglecting to join on signal for battle.* (17) Or does not, upon signal for battle, use his utmost exertions to join in battle;

*Failing to encourage men to fight.* (18) Or fails to encourage, in his own person, his inferior officers and men to fight courageously;

*Failing to seek encounter.* (19) Or does not do his utmost to overtake and capture or destroy any vessel which it is his duty to encounter;

*Failing to afford relief in battle.* (20) Or does not afford all practicable relief and assistance to vessels belonging to the United States or their allies when engaged in battle. (R. S., sec. 1624, art. 4.)

**5.**

*Spies.* All persons who, in time of war, or of rebellion against the supreme authority of the United States, come or are found in the capacity of spies, or who bring or deliver any seducing letter or message from an enemy or rebel, or endeavor to corrupt any person in the Navy to betray his trust, shall suffer death, or such other punishment as a court-martial may adjudge. (R. S., sec. 1624, art. 5.)

6

*Murder.* If any person subject to the Articles for the Government of the Navy commits the crime of murder without the Territorial jurisdiction of any particular State or the District of Columbia, he may be tried by court-martial and punished with death.

*C. N. R. 27.*

7

*Imprisonment in lieu of death.* A naval court-martial may adjudge the punishment of imprisonment for life, or for a stated term, at hard labor, in any case where it is authorized to adjudge the punishment of death; and such sentences of imprisonment and hard labor may be carried into execution in any prison or penitentiary under the control of the United States, or which the United States may be allowed, by the legislature of any State, to use; and persons so imprisoned in the prison or penitentiary of any State or Territory shall be subject, in all respects, to the same discipline and treatment as convicts sentenced by the courts of the State or Territory in which the same may be situated. (R. S., sec. 1624, art. 7.)

OFFENSES PUNISHABLE AT DISCRETION OF COURT-MARTIAL

8

*Persons to whom applicable.* Such punishment as a court-martial may adjudge may be inflicted on any person in the Navy—

*Scandalous conduct.* (1) Who is guilty of profane swearing, falsehood, drunkenness, gambling, fraud, theft, or any other scandalous conduct tending to the destriction of good morals;

*Cruelty.* (2) Or is guilty of cruelty toward, or oppression or maltreatment of, any person subject to his orders;

*Quarreling.* (3) Or quarrels with, strikes, or assaults, or uses provoking or reproachful words, gestures, or menaces toward, any person in the Navy;

*Fomenting quarrels.* (4) Or endeavors to foment quarrels between other persons in the Navy;

*Duels.* (5) Or sends or accepts a challenge to fight a duel or acts as a second in a duel;

*Contempt of superior officer.* (6) Or treats his superior officer with contempt, or is disrespectful to him in language or deportment, while in the execution of his office;

*Combinations against commanding officer.* (7) Or joins in or abets any combination to weaken the lawful authority of, or lessen the respect due to, his commanding officer;

*Mutinous words.* (8) Or utters any seditious or mutinous words;

*Neglect of orders.* (9) Or is negligent or carless in obeying orders, or culpably inefficient in the performance of duty;

*C. N. R. 27.*



*Preventing destruction of public property.* (10) Or does not use his best exertions to prevent the u[illegible] destruction of public property by others;

*Negligent stranding.* (11) Or, through inattention or negligence, suffers [illegible]y vessel of the Navy to be stranded, or run upon a roc[illegible] shoal, or hazarded;

*Negligence in convoy service.* (12) Or, when attached to any vessel appointed as convoy to any merchant or other vessels, fails diligently to perform his duty, or demands or exacts any compensation for his services, or maltreats the officers or crews of such merchant or other vessels;

*Receiving articles for freight.* (13) Or takes, receives, or permits to be received, on board the vessel to which he is attached, any goods or merchandise, for freight, sale, or traffic, except gold, silver, or jewels, for freight or safe-keeping; or demands or receives any compensation for the receipt or transportation of any other article than gold, silver, or jewels, without authority from the President or Secretary of the Navy;

*False muster.* (14) Or knowingly makes or signs, or aids, abets, directs, or procures the making or signing of, any false muster;

*Waste of public property.* (15) Or wastes any ammunition, provisions, or other public property, or, having power to prevent it, knowingly permits such waste;

*Plundering on shore.* (16) Or, when on shore, plunders, abuses, or maltreats any inhabitant, or injures his property in any way;

*Refusing to apprehend offenders.* (17) Or refuses, or fails to use, his utmost exertions to detect, apprehend, and bring to punishment all offenders, or to aid all persons appointed for that purpose;

*Refusing to receive prisoners.* (18) Or, when rated or acting as master-at-arms, refuses to receive such prisoners as may be committed to his charge, or, having received them, suffers them to escape, or dismisses them without orders from the proper authority;

*Absence from duty without leave.* (19) Or is absent from his station or duty without leave, or after his leave has expired;

*Violating general orders or regulations.* (20) Or violates or refuses obedience to any lawful general order or regulation issued by the Secretary of the Navy;

*Desertion in time of peace.* (21) Or, in time of peace, deserts or attempts to desert, or aids and entices others to desert;

*Harboring deserters.* (22) Or receives or entertains any deserter from any other vessel of the Navy, knowing him to be such, and does not, with all convenient speed, give notice of such deserter to the commander of the vessel to which he belongs, or to the commander in chief, or to the commander of the squadron. (R. S. sec. 1624, art. 8.)

SPECIAL PROVISIONS APPLICABLE TO OFFICERS.

**9.**

**Officer absent without leave reduced.** Any officer who absents himself from his command without leave, may, by the sentence of a court-martial, be reduced to the rating of seaman, second class. (R. S. sec. 1624, art. 9; August 29, 1916, ch. 417, 39 Stat. 575.)

**10.**

**Desertion by resignation.** Any commissioned officer of the Navy or Marine Corps who, having tendered his resignation, quits his post or proper duties without leave, and with intent to remain permanently absent therefrom, prior to due notice of the acceptance of such resignation, shall be deemed and punished as a deserter. (R. S. sec. 1624, art. 10.)

RESTRICTIONS ON PRIVATE PROPERTY.

**11.**

**Dealing in supplies.** No person in the naval service shall procure stores or other articles or supplies for, and dispose thereof to, the officers or enlisted men on vessels of the Navy, or at navy yards or naval stations, for his own account or benefit. (R. S. sec. 1624, art. 11.)

**12.**

**Importing dutiable goods in public vessels.** No person connected with the Navy shall, under any pretense, import in a public vessel any article which is liable to the payment of duty. (R. S. sec. 1624, art. 12.)

**13.**

**Distilled spirits only as medical stores.** Distilled spirits shall be admitted on board of vessels of war only upon the order and under the control of the medical officers of such vessels, and to be used only for medical purposes. (R. S. sec. 1624, art. 13.)

OFFENSES PUNISHABLE BY FINE AND IMPRISONMENT.

**14.**

**Persons to whom applicable.** Fine and imprisonment, or such other punishment as a court-martial may adjudge, shall be inflicted upon any person in the naval service of the United States—

**Presenting false claims.** (1) Who presents or causes to be presented to any person in the civil, military, or naval service thereof, for approval or payment, any claim against the United States or any officer thereof, knowing such claim to be false or fraudulent; or



**Agreement to obtain payment of false claims.** (2) Who enters into any agreement or conspiracy to defraud the United States by obtaining, or aiding others to obtain, the allowance or payment of any false or fraudulent claim; or

**False paper.** (3) Who, for the purpose of obtaining, or aiding others to obtain, the approval, allowance, or payment of any claim against the United States or against any officer thereof, makes or uses, or procures or advises the making or use of, any writing, or other paper, knowing the same to contain any false or fraudulent statement; or

**Perjury.** (4) Who, for the purpose of obtaining, or aiding others to obtain, the approval, allowance, or payment of any claim against the United States or any officer thereof, makes, or procures or advises the making of, any oath to any fact or to any writing or other paper, knowing such oath to be false; or

**Forgery.** (5) Who, for the purpose of obtaining, or aiding others to obtain, the approval, allowance, or payment of any claim against the United States or any officer thereof, forges or counterfeits, or procures or advises the forging or counterfeiting of, any signature upon any writing or other paper, or uses, or procures or advises the use of, any such signature, knowing the same to be forged or counterfeited; or

**Delivering less property than receipt calls for.** (6) Who, having charge, possession, custody, or control of any money or other property of the United States, furnished or intended for the naval service thereof, knowingly delivers, or causes to be delivered, to any person having authority to receive the same, any amount thereof less than that for which he receives a certificate or receipt; or

**Giving receipt without knowing truth of.** (7) Who, being authorized to make or deliver any paper certifying the receipt of any money or other property of the United States, furnished or intended for the naval service thereof, makes, or delivers to any person, such writing, without having full knowledge of the truth of the statements therein contained, and with intent to defraud the United States; or

**Stealing, wrongfully selling, etc.** (8) Who steals, embezzles, knowingly and willfully misappropriates, applies to his own use or benefit, or wrongfully and knowingly sells or disposes of any ordnance, arms, equipments, ammunition, clothing, subsistence stores, money or other property of the United States, furnished or intended for the military or naval service thereof; or

**Buying public military property.** (9) Who knowingly purchases, or receives in pledge for any obligation or indebtedness, from any other person who is a part of or employed in said service, any ordnance, arms, equipments, ammunition, clothing, subsistence stores, or other property of the United States, such other person not having lawful right to sell or pledge the same; or

Case 1:08-cv-00043-S-LDA Document 11-3 Filed 03/07/2008 Page 9 of 9



*Any other fraud against United States.* (10) Who executes, attempts, or countenances any other fraud against the United States.

*Trial of offender after discharge.* (11) And if any person, being guilty of any of the offenses described in this article while in the naval service, receives his discharge, or is dismissed from the service, he shall continue to be liable to be arrested and held for trial and sentence by a court-martial, in the same manner and to the same extent as if he had not received such discharge nor been dismissed. (R. S. sec. 1624, art. 14.)

PROVISIONS APPLICABLE TO PRIZE.

**15.**

*Prize money.* The proceeds of vessels or any property hereafter captured, condemned as prize, shall not be distributed among the captors, in whole or in part, nor shall any bounty be paid for the sinking or destruction of vessels of the enemy hereafter occurring in time of war. (R. S. sec. 1624, art. 15; March 3, 1899, ch. 413, sec. 13, 30 Stat. 1007.)

**16.**

*Removing property from a prize.* No person in the Navy shall take out of a prize, or vessel seized as a prize, any money, plate, goods, or any part of her equipment, unless it be for the better preservation thereof, or unless such articles are absolutely needed for the use of any of the vessels or armed forces of the United States, before the same are adjudged lawful prize by a competent court; but the whole, without fraud, concealment, or embezzlement, shall be brought in, in order that judgment may be passed thereon; and every person who offends against this article shall be punished as a court-martial may direct. (R. S. sec. 1624, art. 16.)

**17.**

*Maltreating persons on board prize.* If any person in the Navy strips off the clothes of, or pillages, or in any manner maltreats, any person taken on board a prize, he shall suffer such punishment as a court-martial may adjudge. (R. S. sec. 1624, art. 17.)

SPECIAL PROVISIONS APPLICABLE TO DESERTERS AND RECRUITING.

**18.**

*Forfeiture of citizenship rights for desertion.* Every person who in time of war deserts the naval service of the United States shall be deemed to have voluntarily relinquished and forfeited, his rights of citizenship, as well as his right to become a citizen, and shall be forever incapable of holding any office of trust or profit under the United States, or of exercising any rights of citizens thereof. (R. S. secs. 1996, 1998; August 22, 1912, ch. 336, 37 Stat. 356.)



**19.**

*Enlisting deserters, minors, etc.* Any officer who knowingly enlists into the naval service any person who has deserted in time of war from the naval or military service of the United States, or any insane or intoxicated person, or any minor between the ages of 14 and 18 years, without the consent of his parents or guardian, or any minor under the age of 14 years, shall be punished as a court-martial may direct. (May 12, 1879, ch. 5, 21 Stat. 3; August 22, 1912, ch. 336, sec. 2, 37 Stat. 356.)

DUTIES OF COMMANDING OFFICERS.

**20.**

*Rules to be obeyed by.* Every commanding officer of a vessel in the Navy shall obey the following rules:

*Men received on board.* (1) Whenever a man enters on board, the commanding officer shall cause an accurate entry to be made in the ship's books, showing his name, the date, place, and term of his enlistment, the place or vessel from which he was received on board, his rating, his descriptive list, his age, place of birth, and citizenship, with such remarks as may be necessary.

*List of officers, men, and passengers.* (2) He shall, before sailing, transmit to the Secretary of the Navy a complete list of the rated men under his command, showing the particulars set forth in rule 1, and a list of officers and passengers, showing the date of their entering. And he shall cause similar lists to be made out on the 1st day of every third month and transmitted to the Secretary of the Navy as opportunities occur, accounting therein for any casualty which may have happened since the last list.

*Deaths and desertion.* (3) He shall cause to be accurately minuted on the ship's books the names of any persons dying or deserting, and the times at which such death or desertion occurs.

*Property of deceased persons.* (4) In case of the death of any officer, man, or passenger on said vessel, he shall take care that the paymaster secures all the property of the deceased, for the benefit of his legal representatives.

*Accounts of men received.* (5) He shall not receive on board any man transferred from any other vessel or station to him, unless such man is furnished with an account, signed by the captain and paymaster of the vessel or station from which he came, specifying the date of his entry on said vessel or at said station, the period and term of his service, the sums paid him, the balance due him, the quality in which he was rated, and his descriptive list.

*Accounts of men sent from the ship.* (6) He shall, whenever officers or men are sent from his ship, for whatever cause, take care that each man is furnished with a complete statement of his account, specifying the date of his enlistment, the period and term of his service, and his descriptive list. Said account shall be signed by the commanding officer and paymaster.