Entering port not designated.

(2) If a ship enters a port not designated nor permitted by the instructions, her commanding officer shall report to his immediate superior the cause for so doing and the delay necessary.

840

Reports in case of damage to ship.

The commanding officer shall report to the commander in chief, immediately after its occurrence, every instance when the ship under his command touches the ground, has a collision, a fire on board, any serious accident to hull, spars, machinery, or boilers, or other important events of like nature; he shall forward with the report a statement of all the circumstances attending the accident.

841

Loss of the ship.

(1) In case of the loss of the ship, her commanding officer shall remain by her with officers and crew as long as necessary and save as much Government property as possible. Every reasonable effort shall be made to save the log book, muster roll, accounts of officers and crew, and other valuable papers.

The captain last to leave.

(2) If it becomes necessary to abandon the ship, he should be the last person to leave her.

(3) He shall make a report of the circumstances to the Secretary of the Navy as soon as possible, and if wrecked within the United States shall repair to the nearest naval station with the crew of the ship.

Crew and property saved, how disposed of.

(4) He shall, if in a foreign country, lose no time, after making all efforts to save property, in returning with the officers and crew to the fleet or squadron to which they belong or, if acting singly, to the United States. He shall take steps for the preservation of the Government property saved, until it shall be disposed of in such manner as the department may direct.

842

Expeditions sent from a ship.

On occasions of sending a boat or other expedition away from the ship on important duty, when it is to proceed beyond signal distance, the commanding officer of the ship shall give written orders to the officer in command of the boat or expedition.

843

Care of crew.

The commanding officer of a ship shall use all proper means to preserve the health of the crew, and shall from time to time consult with the medical officer of the ship in regard to sanitary measures to be adopted for that end. (Art. 741.)





844

Customs examinations.

(1) The commanding officer of a ship shall facilitate any examination which it may be the duty of a customs officer of the United States to make on board of the ship under his command.

(2) He shall not permit a foreign customs officer to make any examination whatsoever on board of the ship or boats under his command.

845

Search never to be permitted.

The commanding officer shall not permit any ship of the Navy under his command to be searched by any person representing a foreign state, nor any of the officers or crew to be taken out of her, so long as he has the power to resist. If force is used it must be repelled.

846

Man-of-war boats.

(1) In ports where war or insurrection exists or threatens, the commanding officer of a ship shall always require the boats away from the ship to have some competent person in charge, and shall see that the proper steps are taken to make their national character evident at all times.

(2) The boats of a ship of war will be regarded, in all matters concerning the rights, privileges, and comity of nations, as parts of the ship herself.

847

Marriages on board.

(1) The commanding officer of a ship shall not perform a marriage ceremony on board; nor shall he permit one to be performed when the ship is outside of the territory of the United States, except in accordance with the local laws and laws of the State, Territory, or district in which the parties are domiciled, and in presence of a diplomatic or consular official of the United States, who has consented to issue the certificates and make the returns required by the consular regulations.

(2) He shall report to the Secretary of the Navy all marriages occurring on board.

848

Not required to act as supply officer.

The commanding officer of a ship is not required to perform the duties of a supply officer. (Sec. 1432, R. S.)

849

Officer detached during cruise. C. N. R. 7, 15, 17, 25.

Whenever an officer in charge of a department is ordered detached from a ship during a cruise, the commanding officer shall require the officer so ordered to make a thorough inspection of

Case 1:08-cv-00043-S-LDA Document 11-5 Filed 03/07/2008 Page 2 of 6



poses; also the number of rounds of ammunition to be kept ready for possible contact with an enemy, and for saluting purposes.

### 856

Open ports at sea.

(1) When at sea no gun or air ports shall be opened without the knowledge and consent of the commanding officer, and they shall always be opened and closed by men specially appointed for that duty. Those on the lower decks shall be closed at sunset unless special authority is granted to keep them open after that time; and a report shall invariably be made to the officer of the deck when a port is opened or closed at sea. Neither gun nor air ports shall be opened when there is any probability that water will enter to a dangerous extent.

Sounding of compartments. C. N. R. 12, 19.

(2) The commanding officer of each ship shall require such routine soundings of compartments as may be necessary for the safety of the ship. To the extent applicable in each case, these soundings shall include: (1) daily soundings or inspections of peak tanks; of fresh water and reserve feed water tanks; of voids and empty compartments adjoining engineering spaces, particularly double bottoms beneath machinery spaces, and of all storerooms and spaces in which leakage would damage stored material; and (2) weekly soundings or inspections of other voids adjacent to the shell of the ship, of all oil tanks, of all voids adjoining tanks containing oil or water, and of any other spaces not covered in the daily soundings and inspections. In addition, compartments adjoining or containing gasoline tanks shall be inspected daily for the presence of fumes, and if any fumes are present, the source thereof shall be immediately sought; and the cause thereof shall be removed as soon as possible, the compartment being inspected at least twice daily while leakage is known to continue. Water-filled compartments adjoining gasoline tanks shall be overflowed weekly to ascertain whether gasoline has leaked into them from these storage tanks.

### 857

Fire control and gas warfare material to be kept secret. C. N. R. 13.

(1) Commanding officers shall see that the utmost secrecy is observed in connection with all fire-control and gas warfare material in so far as persons not connected with the naval service are concerned. To this end it is directed that—

(a) Blue prints, textbooks, or descriptive matter relating to fire control be not shown, loaned, or quoted to persons not connected with the United States naval service.

(b) Systems used for training the personnel in fire control and spotting or the system used during the practice or in battle be not explained to persons not connected with the United States naval service.

C. N. R. 25.



(c) Instruments used in connection with fire control be not explained, loaned, demonstrated, or stripped for copying for the benefit of any persons not connected with the United States naval service.

(d) Filters, air circulating and purifying devices; gas mask stowage; gas defense apparatus and any gear or device used in connection with the removal or neutralization of agents employed in chemical warfare be not explained, loaned, demonstrated, or stripped for copying for the benefit of any persons not connected with the United States naval service. C. N. R. 13.

(2) These restrictions also apply to representatives of companies having contracts for fire-control material. Authority will be granted by the Chief of the Bureau of Ordnance to waive the restrictions in individual cases when it is considered desirable or necessary to do so.

### 858

Material readiness. C. N. R. 8.

(1) The commanding officer of each vessel in commission shall exert every effort to maintain the material of his ship in readiness for war service. To this end, the commanding officer, when his ship is at a navy yard for overhaul, will cooperate with the yard authorities as provided in article 1536.

Material readiness reports. C. N. R. 17.

(2) The commanding officer of each ship in commission except vessels of the U. S. Fleet, the U. S. Asiatic Fleet, and district craft shall submit a material readiness report on the prescribed form to the Chief of Naval Operations through official channels (arts. 757 (1), 771 (4), and 688 (4)), showing the state of material readiness of his ship for active war service—

(a) Semiannually on the 31st day of May and on the 30th day of November.

(b) Immediately following a yard overhaul.

(c) When there is a change in the state of material readiness of a vessel affecting her availability for war service.

When the vessel is undergoing yard overhaul on the 31st day of May or the 30th day of November, a letter to this effect may replace the regular material readiness report. A letter may likewise replace the material readiness report when the yard overhaul is completed within a month of the dates mentioned above. C. N. R. 11.

These reports will contain:

(a) A detailed list of authorized but uncompleted navy yard work by titles and bureau cognizance.

(b) A list of navy yard work considered necessary but not yet authorized arranged as in (a).

(c) Items of necessary work affecting material readiness for war to be done by tenders or ship's force.

Material readiness reports shall reach the Chief of Naval Operations in duplicate.

C. N. R. 26.

C. N. R. 25.

(3) The commander of each subdivision of *inactive vessels or craft* (Art. 642) shall carry out the duties and render material readiness reports for all vessels or craft assigned to his subdivision as are specified in paragraphs (1) and (2) above for the commanding officer of a vessel *in commission*.

### 859

Movements of ship.

When a ship is acting singly her commanding officer shall keep the department advised of her movements. (Arts. 700 A, 2015.)

### 860

Bill of health.

Before proceeding to sea the commanding officer shall require the medical officer to procure a bill of health in all cases in which it may be necessary or advisable.

### 861

(1) He shall not permit a passenger to interfere in the management of the ship in any way, except as provided in article 174.

(2) The names of all passengers and the dates of arrival on board and departure shall be entered in the log book and reported to the Bureau of Naval Personnel.

(3) Before proceeding to sea he shall satisfy himself that there are no unauthorized persons on board.

### 862

Routine reports.

(1) Commanding officers of vessels of the battleship and scout forces shall forward directly to the commander of the division to which their vessel is assigned and commanding officers of all other vessels to the commander of the squadron or flotilla, unless otherwise directed by him, all routine reports concerning the organization, administration, duties, and discipline of the ship in accordance with the administrative flow of command as stated in article 656. (Article 2086.)

Report defects.

(2) He shall report in detail, as soon as discovered, any defect in the ship, its armament, or equipment, which lessens its efficiency.

Lost torpedo.

(3) Every effort shall be made to guard against the loss of torpedoes, and an ample number of boats shall be in attendance when engaged in torpedo practice. When a torpedo sinks, the spot shall be buoyed at once and, if the depth of water and other circumstances permit, a diver shall be sent down as promptly as possible. Whenever a vessel fails to recover a torpedo, the commanding officer of such vessel shall report fully to the commander in chief or force commander (through the division commander) the methods and periods of search. In the case of a

C. N. R. 25.



lost torpedo, a board of survey shall be convened which shall determine the cause and responsibility for the loss. The report of the board of survey shall be forwarded to the commander in chief, or force commander, by the officer ordering such survey, who shall indicate thereon his action.

### 863

Reward, lost torpedoes, mines, and paravanes. C. N. R. 12.

(1) Commanding officers shall offer and pay a sum not exceeding $20 for the recovery of a lost torpedo, mine, or paravane or when a torpedo, mine, or paravane has not been recovered, within a reasonable period and its recovery appears doubtful. On approval of the senior officer present the amount may be increased to $50 if attendant circumstances justify the payment of this amount. A copy of the notice of reward shall be forwarded to the bureau concerned.

(2) Rewards will be paid on requisitions for services and chargeable to the current appropriation "Ordnance and ordnance stores," or "Construction and repair," as the case may be.

(3) In special cases where the commanding officer or senior officer present may consider an amount in excess of $50 to be just and reasonable for exceptional service in the recovery of a torpedo or paravane, he may recommend payment of a sum in excess of the above specified amount, which recommendation in the case of torpedoes should be referred for approval to the Chief of the Bureau of Ordnance, or in the case of paravanes to the Chief of the Bureau of Ships before payment is made.

C. N. R. 29.

(4) If considered desirable the senior officer present may publish standing offers of reward in lieu of the offers by commanding officers, required above. Rewards so offered shall not exceed fifty dollars except when authorized by the bureau concerned. A copy of each notice published shall be sent to the bureau concerned.

(5) In all cases of payment of above rewards, a report of the attending circumstances will be forwarded to the Bureau of Ordnance or the Bureau of Ships as the case may be.

### 864

Reports to the officer in chief command. C. N. R. 11.

When acting singly the commanding officer shall report as required by articles 700B, 712, 805, 874 (3), 874 (6).

NOTE.—Article 865 deleted by C. N. R. 24.

### 866

Inspection acting singly.

When not attached to a fleet or squadron, the commanding officer of a ship shall inspect the ship under his command in accordance with articles 689 and 690.

C. N. R. 15.

every department by detailing one, and that the regulations for turning over property when officers are transferred are strictly complied with. If in command of a ship in reserve, he shall exercise particular care to prevent the deterioration of her equipment in any manner. (Arts. 1228 and 1393.)

(2) Dealers, agents of dealers, and tradesmen generally will not be permitted on board of vessels of the Navy, except as hereinafter specified.

(3) Dealers and agents of dealers may be permitted on board naval vessels when wanted for the purpose of expediting public business. Others having specific business may be permitted on board at the discretion of the commanding officer.

(4) Bumboating will not be allowed on board or alongside of naval vessels; and, with the exception of daily newspapers, all sales made on vessels of the Navy must be made through the ship's store, or the ship's service store, except that the crews of vessels which do not carry supply officers may purchase fresh fruit and vegetables (and these articles only) from boats. C. N. R. 18.

## SECTION 5.—DUTIES IN TIME OF WAR

### 869

**In time of war.**

The commanding officer of a ship shall consider the provisions of article 704 as applicable to himself in reference to this section.

### 870

**Station in battle.**

The station of the commanding officer of a ship in battle shall be such as will enable him to fight the ship to the best advantage.

### 871

**When pacific relations are doubtful.**

If the commanding officer of a ship entertain any doubts in regard to the pacific relations of the United States with any foreign State, he shall be vigilant in watching the movements and acts of possible enemies, in order to prevent being surprised or taken at a disadvantage.

### 872

**When an engagement is possible.**

(1) The commanding officer of a ship shall, when in presence of an enemy, or upon approaching a strange ship or on being approached by one, have the crew at quarters and the ship ready for battle.

(2) When in company with an enemy for a considerable length of time, as when both are at anchor in a neutral port, the officers and crew shall be kept on board and the ship and personnel at all times, day and night, in readiness for action at a moment's notice.

C. N. R. 25.

d by law to pre-
seas and inland

sponsible for the
the safe conduct

ler his command
accordance with
n necessary.

ching an anchor-
e the cables bent

ding officer shall
ry, to verify the

roaching an an-
n board, he shall
order to obtain

place to anchor.
angles taken and
position of the

ce not surveyed,
character of the
around the ship.

med of the error
he gyrocompass

vy Department
he may acquire
porary deficien-



cies in aids to navigation he shall forward a copy of his report directly to the nearest District Commander, United States Coast Guard, concerned. The addresses of District Commanders, United States Coast Guard, are in the Introduction to Light Lists.

**Sailing directions.** C. N. R. 23.

## 887

**Navigation information, preservation, procurement, and correction.**

(1) The commanding officer shall carefully preserve all information that he may receive or be able to procure concerning the safe navigation of the ship.

(2) He shall require the sailing directions, light and beacon lists, and notices to mariners of the ship to be compared with those of other ships of the Navy which he may meet, having later information on these subjects than his own, and any differences shall be noted.

(3) He shall, when there is any doubt about the safe navigation of routes he proposes to take, or ports he intends to visit, make every effort to obtain from any reliable source, foreign or otherwise, all possible information that will aid him.

## 888

**Surveys.**

The commanding officer shall, when his duties and other circumstances permit, make a careful survey and construct a chart of any shoals, harbors, or dangers to navigation that he may discover or find to be inaccurately located. He shall forward them through the usual official channels, with all the original data and computations used in their construction, to the Hydrographic Office.

## 889

**Suspected dangers.**

When passing in the vicinity of suspected dangers or where there are indications of shoal water or danger not on the chart, the commanding officer shall, unless there are good reasons to the contrary, make such search as the weather and other circumstances permit, forwarding to the Hydrographic Office the results, with a track chart showing the traverses made and soundings taken. In the event of no search being made, he shall report to the Hydrographic Office the result of his observations and his reasons for the omission.

### Section 8.—Supplies and Repairs

## 890

**Economy in expenditure.**

The commanding officer shall regard himself as responsible for the economical maintenance of his ship, and shall require from all under his command a rigid compliance with the regulations in relation to the receipt and expenditure of public money or stores.

C. N. R. 25.

control over the
'here the ship un-
permission or di-
:oming under the
2036.)

)ossible and when
:nment, cause all
nd to all articles
ship's mechanics.
visions of the act
ıen, not including
ıips of the Navy,
ıny navy yard for
any duties except
hile at sea or in a

ecessary to insure
rsonnel. He may
ıt in making such
)'s own force must

by the provisions
es in the property
vith the care and
ustment by survey

:er shall cause the
ıs for, and imme-
to procure needed
ant of the station,
eeded and all other

shall be reported,
re parts, stores, or



other articles belonging to the ship, at any port, without the written permission of the bureau concerned.

Article 897—deleted by C. N. R. 20.

### 898

**Unsatisfactory Navy Yard work.**

When any work done upon the ship under his command at a navy yard is deemed by him to be unsatisfactory in any particular, the commanding officer shall make a special, detailed, written report of the same to the Chief of Naval Operations, forwarding the original of such report through the commandant of the navy yard concerned, who shall cause to be endorsed thereon statements from the heads of divisions concerned, together with his own recommendation, and forward the same to the bureau or office concerned.

Article 899 deleted by C. N. R. 19.

## Section 9.—Personnel

### 900

**Persons who may be sent to the United States.**

(1) The commanding officer of a ship is authorized, when acting singly, to send to the United States the following:

(*a*) Persons whose term of service has expired or is about to expire.

(*b*) Persons who have been condemned by medical survey. **C. N. R. 22.**

(*c*) Persons charged with a crime or offense for which they can not be tried on the spot by a court competent to adjudge a sufficient punishment, in which case necessary witnesses shall also be sent.

(2) He shall follow the instructions laid down in articles 742 and 743, when applicable to himself.

### 901

**Service on unhealthful stations.**

The commanding officer shall carefully observe the instructions given in article 741.

### 902

**Investigation of offenses.**

(1) The commanding officer of a ship shall, if possible, investigate in person all offenses. The investigation shall not be delegated to any other officer, unless in case of illness or absence from the ship. (Art. 213.)

**Record of punishments.**

(2) He shall have a record of punishments kept according to prescribed forms, including all minor punishments such as extra duty and deprivation of leave as well as confinement.

**C. N. R. 25.**