# CHANGES IN U. S. NAVY REGULATIONS, 1920—NO. 25

NAVY DEPARTMENT,
*Washington, D. C., 4 October 1944.*

The following is a compilation of changes to U. S. Navy Regulations, 1920. These changes, which have been approved by the President, shall be entered in the U. S. Navy Regulations, 1920 upon receipt of this order.

JAMES FORRESTAL,
*Secretary of the Navy.*

NOTE.—It should be observed that not all pen and ink corrections herein apply to all copies of the book, as there are six editions in use.

---

Make the following changes in INK:

Table of Contents:

Page III. Chapter 2, Sec. 1—In line 2, delete "75½".

Page V. Chapter 17, Sec. 2—Change "Art. 635–645" to "Art. 637–643".

Page VI.[1] Chapter 38, Sec. 3—Following "1402" insert "1403"; change "425" to "423".

Page VII. Chapter 39, Sec. 2—In proper place insert "Art. 1443. Welfare fund ______ 436".

Page VII. Chapter 41, Sec. 16—Following "Art. 1540," delete "Medical officer" and substitute "Commissary officer." Insert: "Sec. 17—Art 1541. Medical officer ______ 480". Renumber present "Sec. 17" as "Sec. 18".

Page VIII. Chapter 41—Renumber present "Secs. 18, 19, 20" as "19, 20, 21" respectively. Delete "Sec. 21—Art. 1546–1548. Relations of the Commander in Chief, Atlantic Fleet, with the naval station, Guantanamo Bay ______ 482–483".

Index:

Page 2. Opposite "Accounts(s), allotments," delete "(2)." Under "Account(s)," delete "clothing ______ 1865 (4-5)," and insert "clothing" before "Marines afloat." Under "Account(s)" opposite "current, Marine Corps, report of," change "570 (10)" to "570 (9)." Under "Account(s) Naval, Supply," insert the word "ashore" after "supply" and change "1865 (2)" to "1865".

Page 4. Between lines twelve and thirteen, from top of page, insert: "Admiralty litigation ______ 804, 804A, 804B."

Page 6. Opposite "American National Red Cross", change "1470, 1471" to "1470–1479".

Page 11. Opposite "Binnacle list, sick report", change "1540" to 1541".



612728°—44——1

II

Page 13. Under "Bonds", below "mail clerks," insert:
"new, examination of _______ 1638 (4)".
"supply officers _______ 1638 (3) (4)".

Page 19. Opposite "Collision", delete "1973 (2b)". Under "Collisions", add:
"Navy ships with wharfs, floats, etc _______ 804".
"Navy vessels and foreign merchant vessels _______ 804A".
"report of _______ 804B".
"surveys _______ 804B".

Page 25. Under "Commission, ships in full", delete "ordinary _______ 640"; delete "reduced" and substitute "readiness for service"; delete "reserve" and substitute "vessels in reserve".

Page 26. Under "Confidential and secret publications" opposite "decommissioned" and opposite "correspondence," change "75½" to "76".

Page 27. In line 13 from bottom of page, change "BuNav" to "BuPers"; under "Correspondence" opposite "classes of" change "75½" to "76".

Page 32. In line 9 from bottom of page, change "75½" to "76".

Page 33. Under "Department(s)", delete "officers relieving _______ 1262 (10, 11)".

Page 37. Under "Disposition", opposite "secret publications by officers leaving service", delete "(10)" and substitute "(23) (c)".

Page 39. Under "Duty", change "Navigation" to "Naval Personnel".

Page 41. In line 21, delete "sailmaker's mate _______ 1339". In last line, opposite "medical officer", change "1540" to "1541".

Page 42. Under "Effects", opposite "destroyed to prevent spread of disease", change "915, 916" to "916, 1915".

Page 58. In line 17 from bottom of page delete: "officer acting with temporary higher rank _______ 239 (1)".

Page 60. Opposite "Indorsements affecting pay, correspondence", change "2043 (25)" to "2043 (26)".

Page 64. Between lines 1 and 2, insert "Investigation, collisions of Navy vessels and merchant vessels _______ 804B". In line 2 delete "Investigation". Between lines 4 and 5, insert "preservation of original data in collision cases _______ 804B".

Page 66. In line 11, change "Navigation" to "Naval Personnel".

Page 67. Between "List, officers, men, and passengers, ship sailing" and "Living and berthing spaces", insert "Litigation, admiralty _______ 804, 804A, 804B".

Page 73. In line 4 from bottom of page, opposite "detail with Red Cross" change "1470 (2)" to "1471".

Page 74. In line 18, opposite "yard, duties of" change "1540" to "1541".

Page 75. Under "Messes" below "presiding officers" insert "regulation of by BuPers _______ 443 (14)".

Page 84. In line 24, change "Navigation" to "Naval Personnel".

Page 84. Under "Supply Corps" below "arrest or suspension" insert "bonds, new bonds _______ (1638) (4)".

Page 86. In line 26, change "Navigation" to "Naval Personnel".

Page 87. Opposite "Ordance material, ship going out of commission" change "854" to "964".

Page 89. Under "Pay", opposite "deserters", change "1879" to "1878".

III

Page 90. Opposite "Pennant, commission, ship flying", chang[e] ... opposite "Pensions applicants for, medical officers to examine" ... to "1541 (3)".

Page 94. Under "Prisons", in proper place insert "supervisi[on] ... _______ 443 (16)".

Page 96. In line 1, delete "75½".

Page 99. Opposite "Red Cross, American", change "1470, 147... Under "Red Cross, American", opposite "detail of medical of... "1470 (2)" to "1471".

Page 103. In line 23, change "Bunav" to "BuPers". In line ... to "trial".

Page 106. In line 28, change "Navigation" to "Naval Person[nel]".

Page 107. Under "Rules,", opposite "Sec. 3" change "(p. 77...
opposite "Sec. 4" change "(p. 78...
opposite "Sec. 5" change "(p. 80...
opposite "Sec. 6" change "(p. 82...
opposite "Sec. 7" change "(p. 8...
opposite "Sec. 8" change "(p. 8...

Page 108. Delete "Sailmakers _______ 1262", and "Sailm[akers] ... _______ 1339".

Page 112. Under "Ship(s) ('s)", below "determination of ... "disposition of, procedure _______ 1510".

Page 113. Under "Ship(s) ('s)", delete "in commission in o...

Page 115. Under "Ship(s) ('s) stores" between "Authoriza... its" insert "authorization for ashore _______ Art. 1403".

Page 116. Under "Small" opposite "stores" delete "–1406".

Page 117. Opposite "Squadron defined" change "648 (2) (f...

Page 122. Under "Supply Corps officers", below "authorit... sert "bonds, new bonds _______ 1638 (4)".

Page 129. Under "Vessels, chartering of for transport... nary _______ 640". Under "Vessels, chartering of for transpo... moval of equipage" insert "status, active and inactive ...

Page 131. Below "Weights, record of, ships building ... fare fund _______ 1443".

Text:

Page 39. Art. 128 (1)—In lines 7 and 10, change "Navig[ation]... sonnel." Art. 128 (2)—In last line, change "Navigation" ...

Page 44. Art. 137 (2)—In table, under "Reporting senio[r] ... to read "Chief of Naval Personnel".

Page 47. Art. 137 (7) (a)—In line 1, delete "the Bureau o...

Page 52. Art. 140 (2)—In line 3, change "tentanus" to "te...

Page 87. Art. 230—Delete this article.

Page 109. Art. 283 (3)—In line 15, insert "of" between "...

Page 118. Art. 292 (5)—In line 6, capitalize the word "of...

Page 129. Art. 331 (8)—In line 4, change "marshal" to ...

II

: "Bonds", below "mail clerks," insert:
nination of ........ 1638 (4)".
icers ........ 1638 (3) (4)".
site "Collision", delete "1973 (2b)". Under "Collisions", add:
s with wharfs, floats, etc. ........ 804".
els and foreign merchant vessels ........ 804A".
........ 804B".
........ 804B".
r "Commission, ships in full", delete "ordinary ...... 640";
and substitute "readiness for service"; delete "reserve" and
ls in reserve".
r "Confidential and secret publications" opposite "decommis-
site "correspondence," change "75½" to "76".
ne 13 from bottom of page, change "Bu.Nav" to "BuPers";
dence" opposite "classes of" change "75½" to "76".
e 9 from bottom of page, change "75½" to "76".
r "Department(s)", delete "officers relieving ...... 1393 (10,
r "Disposition", opposite "secret publications by officers leaving
"(10)" and substitute "(23) (c)".
r "Duty", change "Navigation" to "Naval Personnel".
ine 21, delete "sailmaker's mate ...... 1339". In last line,
l officer", change "1540" to "1541".
er "Effects", opposite "destroyed to prevent spread of disease",
" to "916, 1915".
ne 17 from bottom of page delete: "officer acting with temporary
— 239 (1)".
site "Indorsements affecting pay, correspondence", change "2015
(25)".
een lines 1 and 2, insert "Investigation, collisions of Navy vessels
ssels ...... 804B". In line 2 delete "Investigation". Between
"preservation of original data in collision cases ...... 804B",
e 11, change "Navigation" to "Naval Personnel".
een "List, officers, men, and passengers, ship sailing" and "Living
insert "Litigation, admiralty ...... 804, 804A, 804B".
from bottom of page, opposite "detail with Red Cross" change

opposite "yard, duties of" change "1540" to "1541".
below "presiding officers" insert "regulation of by

change "Navigation" to "Naval Personnel".
Corps" below "arrest or suspension" insert "bonds,
(4)".
change "Navigation" to "Naval Personnel".
material, ship going out of commission" change

opposite "deserters", change "1879" to "1878".

III

Page 90. Opposite "Pennant, commission, ship flying", change "636" to "638"; opposite "Pensions applicants for, medical officers to examine" change "1540 (3)" to "1541 (3)".

Page 94. Under "Prisons", in proper place insert "supervision and control of ...... 443 (16)".

Page 96. In line 1, delete "75½".

Page 99. Opposite "Red Cross, American", change "1470, 1471" to "1470–1479". Under "Red Cross, American", opposite "detail of medical officer with" change "1470 (2)" to "1471".

Page 103. In line 23, change "Bunav" to "BuPers". In line 33, change "trail" to "trial".

Page 106. In line 28, change "Navigation" to "Naval Personnel".

Page 107. Under "Rules,", opposite "Sec. 3" change "(p. 779)" to "(p. 780)";
opposite "Sec. 4" change "(p. 784)" to "(p. 783)";
opposite "Sec. 5" change "(p. 807)" to "(p. 811)";
opposite "Sec. 6" change "(p. 822)" to "(p. 826)";
opposite "Sec. 7" change "(p. 836)" to "(p. 843)";
opposite "Sec. 8" change "(p. 838)" to "(p. 845)".

Page 108. Delete "Sailmakers ...... 1262", and "Sailmaker's mate, duties ...... 1339".

Page 112. Under "Ship(s) ('s)", below "determination of tactical data" insert "disposition of, procedure ...... 1510".

Page 113. Under "Ship(s) ('s)", delete "in commission in ordinary ...... 640".

Page 115. Under "Ship(s) ('s) stores" between "Authorization for" and "profits" insert "authorization for ashore ...... Art. 1403".

Page 116. Under "Small" opposite "stores" delete "–1406".

Page 117. Opposite "Squadron defined" change "648 (2) (f)" to "648 (2) (g)".

Page 122. Under "Supply Corps officers", below "authority for payment", insert "bonds, new bonds ...... 1638 (4)".

Page 129. Under "Vessels, chartering of for transports", delete "in ordinary ...... 640". Under "Vessels, chartering of for transports", below "sold, removal of equipage" insert "status, active and inactive ...... 637, 639, 640."

Page 131. Below "Weights, record of, ships building ...... 1531" insert "Welfare fund ...... 1443".

Text:

Page 39. Art. 128 (1)—In lines 7 and 10, change "Navigation" to "Naval Personnel." Art. 128 (2)—In last line, change "Navigation" to "Naval Personnel."

Page 44. Art. 137 (2)—In table, under "Reporting senior", change third item to read "Chief of Naval Personnel".

Page 47. Art. 137 (7) (a)—In line 1, delete "the Bureau of".

Page 52. Art. 140 (2)—In line 8, change "tentanus" to "tetanus".

Page 87. Art. 239—Delete this article.

Page 109. Art. 283 (3)—In line 15, insert "of" between "case" and "a".

Page 118. Art. 292 (5)—In line 6, capitalize the word "other".

Page 129. Art. 331 (3)—In line 4, change "marshall" to "marshal".

: line, change "have" to "has".
: paragraph (2).
wing "Sec. 6" change "1471" to "1479".
able opposite "13", between "Montana" and
'yoming", change comma to period and delete
ble under "District No." insert "17"; under
aska and Aleutians"; under "Headquarters"
'14" change "Sands" to "Sand".
line 7, change "cordination" to "coordination".
1, delete "the" at end of line.
paragraph (5) to read "He shall have charge
for the mooring of all vessels and craft at the

designate present subparagraph "(1) (h)" as
h "(1) (h)" as follows:
nt.—The Commissary officer; he shall be the
illed for this duty."
period at the end of the paragraph to a comma,
ssels and craft assigned to the reserve fleet."
s 1, 2, and 3 at top of page 475, delete "except
commission in reserve, and in commission in
pt vessels in commission or assigned to the

paragraph (5) to read:
t to be disposed of is to be placed *out of com-*
shall take charge of her machinery at the time
letached."
s 4 and 5, delete "except of vessels in full com-
and in commission in ordinary" and substitute
ssigned to the *reserve fleet*".
s 2 and 3, delete "and to vessels in commission

4, change "Navigation" to "Naval Personnel".
2, change "Navigation" to "Naval Personnel".
e 3, delete "on the supply officer's pay rolls",
account.".
3, change "bearing" to "bear".
e 5, after "officer" change comma to period and

5, delete "on the pay roll".
n line 6, after the word "purpose" change the
remainder of the sentence.
that part of paragraph (8) which appears on
agraph printed on page 609.
e 3, delete "an officer of the Supply Corps" and
e "rolls" and insert "account". In line 6, after



"therefor" change the colon to a period, and delete the remainder of the sentence. In line 13, delete "with his rolls".

Page 617. Art. 1875—In line 4, delete "transfer rolls" and insert "their pay accounts".

Page 617. Art. 1876—In line 1, delete "name" and insert "pay accounts"; in lines 1 and 2, delete "entered on the books for pay" and insert "opened".

Page 632. Art. 1897 (3) (b)—In line 4, delete "(Naval Districts Division)".

Page 639. Art. 1914 (1) (b)—In the last sentence of subparagraph (1) (b), change "(3) (e)" to "(3) (d)", and change "Shore Establishments Division" to "Shore Establishments and Civilian Personnel Division".

Page 640. Art. 1914 (1) (d)—In line 2, change "Shore Establishments Division" to "Shore Establishments and Civilian Personnel Division".

Page 667. Art. 1975 (1)—In lines 4 and 5, delete the words "covered by Article 1971, paragraph 2".

Page 684. Art. 1996 (14)—In lines 5 and 6, delete "Construction and Repair" and substitute "Ships".

Page 685. Art. 2003—Place a comma after the word "classified" in line 3, and delete "as prescribed in Art. 75½ and shall be".

Page 686. Art. 2007 (2)—In line 4, delete "the Bureau of".

Page 695. Art. 2033 (2)—In line 6, delete "the Bureau of".

Page 698. Art. 2036 (3)—In line 3, delete "1978 (1)" and substitute "1969 (4)".

Page 712. Art. 2063 (2)—In line 4, change "Navigation" to "Naval Personnel"; in paragraph (3), line 15, change "Unites" to "United".

Page 714. Art. 2065—In line 4, change "Stockhold" to "Stockholm".

Page 721. Chapter 54, Sec. 1—Opposite "NAVEXOS 99", in column 3, change "PS&M" to "SECP"; opposite "NAVEXOS 259A" in column 3, change "SED" to "SECP"; opposite "STANDARD 52", in column 3, change "PS&M" to "SECP".

Page 735. Delete "24" from "Sec. 21, 24". Beneath "Sec. 21" insert "C. N. R. 24".

Page 804. Regulation 4—Change "bounched" to "bunched".

Page 845. Section 3.—In lines 3 and 4, delete "Construction and Repair" and substitute "Ships".

New pages:

Changes in the following articles have been incorporated in the following reprinted or added pages listed below. These pages shall be inserted in their proper places.

Art. 75½ deleted and Art. 76 modified in reprint of pages 25, $25^{1}$–$25^{11}$, 26.

Arts. 135 and 137—Minor corrections made in reprint of pages 43–44.

Arts. 149 (1) (4) and 150 (3) (6) (8) modified in reprint of pages 53–60. (Page numbers $55^{1}$ and $60^{1}$ dropped and material included in reprint of pages 53–60.)

Art. 443 (1) (c), (13) (14) (15) (16)—Subparagraph (1) (c) modified, paragraph (13) renumbered as (15), and new paragraphs (13), (14), and (16) added in reprint of pages 151–152.

Arts. 637, 639, 641, and 642 modified in reprint of pages 199–203.

Art. 804 modified, and Arts. 804A and 804B added in reprint of pages 243–$246^{1}$.

Arts. 854, 908 (4) (6) (9) (10), and 911 modified, and new article, Art. 922, added in reprint of pages 251–276. (Page numbers $250^{1}$, $256^{1}$, $260^{1}$, and $270^{1}$ have

been dropped, and all material formerly appearing on pages 250[1]-275 is reprinted on pages numbered 251-276, inclusive.)

Art. 972 (98 (111) modified in reprint of page 297-300. (Page number 296[1] dropped and material included in reprint of pages 297-300).

Arts. 1213 (2) and 1215 modified in reprint of pages 363-366. (Page number 362[1] dropped and material included in reprint of pages 363-366.)

Art. 1359 (4) (a) (b) (c) modified in reprint of pages 407-408.

Arts. 1402 and 1404 modified, and new article, Art. 1403, added in reprint of pages 417-418, 425-426.

Art. 1442 modified, and new article, Art. 1443, added in reprint of pages 435-436.[1]

Art. 1470 modified, Art. 1471 renumbered 1479, and new articles, Arts. 1471-1478 added in reprint of pages 443-449. (Page number 442[1] dropped and material included in reprint of pages 443-449.)

Art. 1480 (1) modified in reprint of pages 451-452.

Art. 1510 modified in reprint of pages 465-468.[2]

Art. 1540, Sec. 16—New section added and old sections renumbered in reprint of pages 479-484.

Art. 1595—Paragraphs (11) (12) modified and paragraph (13) deleted; Art. 1597 modified in reprint of pages 503-504. (Remove page 507. Material is included in reprint of page 504).

Art. 1618 (2) (d) modified; new subparagraphs (2) (a) (12) and (2) (e) (f) (g), and new paragraph (8) added in reprint of pages 517-520.

Arts. 1779 (1) (3), 1780, 1781 (1) (2) (4) (5) (6) (7) (8) modified in reprint of pages 577-580.

Art. 1801 (3) (4), 1802 (3) (4) (5), and 1804 (1) (2) (4) modified in reprint of pages 585-588.

Art. 1841 (8) modified in reprint of pages 609-610.

Art. 1868 (3) modified in reprint of pages 615-616.

Art. 1887 (2) modified in reprint of pages 627-628.

Arts. 2022 (1) and 2025 (2) modified in reprint of pages 691-692.

Art. 2040 modified in reprint of pages 699-700[1].

The following advance changes in U. S. Navy Regulations, 1920, have been issued, all of which are incorporated in Change 25:

Arts. 972 (98), 1618 (1), and 1779 (1) by CNO serial 232313 of 8 Nov. 1943, No. R-1580, N. D. Bulletin dated 15 Nov. 1943.

Arts. 443 (13) (14) (15) and 1480 (1) by CNO serial 264313 of 11 Jan. 1944, No. 44-29, N. D. Bulletin dated 15 Jan. 1944.

Arts. 1470-1479 by CNO serial 48513 of 29 Jan. 1944, No. 44-94, N. D. Bulletin dated 31 Jan. 1944.

Arts. 150 (3), 555 (3), 1779 (3), 1802 (3) (4) (5), 2025 (2), and 2040 by CNO serial 64113 of 12 Feb. 1944, No. 44-164, N. D. Bulletin dated 15 Feb. 1944.

Arts. 972 (111), 1692 (6), 1780, 1781 (1) (2) (8), 1794 (1), 1801 (2) (3) (4), 1802 (5), 1804 (1) (2) (4), 1868 (3), 1869 (1), 1875, 1876, 1887 (2) by CNO serial 71413, No. 44-289, N. D. Bulletin dated 15 March 1944.

Art. 1480 (1) by ALNAV 61 of 15 March 1944, No. 44-285, N. D. Bulletin dated 15 March 1944.

Arts. 75½ and 76 by CNO serial 77913 of 29 March 1944, No. 44-358, N. D. Bulletin dated 31 March 1944.

## CHANGES IN U. S. NAV

The following is a compilation o
These changes, which have been a
in the U. S. Navy Regulations, 192

NOTE.—It should be observed that n
copies of the book, as there are six editi

Make the following changes in

TABLE OF CONTENTS:

Page VIII.[1] Under "Chapter 47"
1778. Procurement of foreign mone
"578[1]" to "577".

INDEX:

Page 2. Under "Account(s)" bene
ply officer handling ______ 1887 (2

Page 4. Under "Administration
______________ 1562".

Page 7. Line 5—Delete "Applicati
1569".

Page 11. Line 10—Delete "Bills o
Line 11—Delete "negotia
Line 12—Delete "proceed
Line 13—Before "health'
Line 20—Delete "labor
Line 21—Delete "labor,

Page 26. Line 6—Delete "for inj

Page 27. Line 26—Delete "1866'
Line 27—Delete "politi

Page 30. Between lines 28 and
of ______ 1777-1778".

Page 39. Under "Dry docks" ben
tion of outboard valves ______ 13

Page 40. Line 34—Delete "labor b

Page 43. Line 15—Opposite "insp

660827°—45——1

)¹-275 is reprinted

Page number 296¹

86. (Page number
6.)
408.
added in reprint of

nt of pages 435-436.¹
articles, Arts. 1471-
tropped and material

enumbered in reprint

ph (13) deleted; Art.
507. Material is in-

(12) and (2) (e) (f)
20.
7) (8) modified in re-

(4) modified in reprint

s 691-692.

lations, 1920, have been

al 232313 of 8 Nov. 1943,

al 264313 of 11 Jan. 1944,

No. 44-94, N. D. Bulletin

), 2025 (2), and 2040 by
letin dated 15 Feb. 1944.
794 (1), 1801 (2) (3) (4),
5, 1876, 1887 (2) by CNO
1944.
44-285, N. D. Bulletin dated

944, No. 44-358, N. D. Bulle-

# CHANGES IN U. S. NAVY REGULATIONS, 1920—NO. 26

NAVY DEPARTMENT,
*Washington, D. C., 16 July 1945.*

The following is a compilation of changes to U. S. Navy Regulations, 1920. These changes, which have been approved by the President, shall be entered in the U. S. Navy Regulations, 1920 upon receipt of this order.

FORRESTAL,
*Secretary of the Navy.*

NOTE.—It should be observed that not all pen and ink corrections herein apply to all copies of the book, as there are six editions in use.

---

Make the following changes in INK:

TABLE OF CONTENTS:

Page VIII.¹ Under "Chapter 47" change line 4 to read: "Sec. 4.—Art. 1777-1778. Procurement of foreign moneys ______ 574-577"; opposite "Sec. 5" change "578¹" to "577".

INDEX:

Page 2. Under "Account(s)" beneath "pay" insert "vessel separated from supply officer handling ______ 1887 (2)".

Page 4. Under "Administration and Discipline" insert "civilian personnel ______________ 1562".

Page 7. Line 5—Delete "Applications and examinations for civil positions ______ 1569".

Page 11. Line 10—Delete "Bills of exchange ______ 1776-1778".
Line 11—Delete "negotiation of ______ 1777".
Line 12—Delete "proceeds of, accounting for ______ 1778".
Line 13—Before "health" insert "Bills of".
Line 20—Delete "labor ______ 1570".
Line 21—Delete "labor, duties of ______ 1570".

Page 26. Line 6—Delete "for injury, civil employees ______ 1575".

Page 27. Line 26—Delete "1566".
Line 27—Delete "political ______ 1564".

Page 30. Between lines 28 and 29, insert "Currency, foreign, procurement of ______ 1777-1778".

Page 39. Under "Dry docks" beneath "refuse in__" insert "ships in, examination of outboard valves ______ 1361(1)".

Page 40. Line 34—Delete "labor board ______ 1570".

Page 43. Line 15—Opposite "inspections" add "1361 (1)".

660827°—45——1