; on pages 250[1]–275 is reprinted

e 297–300. (Page number 296[1]
s 297–300).
f pages 363–366. (Page number
pages 363–366.)
of pages 407–408.
e, Art. 1403, added in reprint of

ıdded in reprint of pages 435–436.[1]
79, and new articles, Arts. 1471–
ıumber 442[1] dropped and material

–452.
[1]
ıld sections renumbered in reprint

and paragraph (13) deleted; Art.
Remove page 507. Material is in-

aphs (2) (a) (12) and (2) (e) (f)
f pages 517–520.
) (5) (6) (7) (8) modified in re-

804 (1) (2) (4) modified in reprint

609–610.
615–616.
627–628.
print of pages 691–692.
700[1].
. Navy Regulations, 1920, have been
ange 25:
by CNO serial 232813 of 8 Nov. 1943.
43.
by CNO serial 264313 of 11 Jan. 1944.
4.
29 Jan. 1944, No. 44–94, N. D. Bulletin

(3) (4) (5), 2025 (2), and 2040 by
64, N. D. Bulletin dated 15 Feb. 1944.
(2) (8); 1794 (1), 1801 (2) (8) (4),
869 (1), 1875, 1876, 1897 (2) by CNO
d 15 March 1944.
1944, No. 44–285, N. D. Bulletin dated

March 1944, No. 44–358, N. D. Bulle-

# CHANGES IN U. S. NAVY REGULATIONS, 1920—NO. 26

NAVY DEPARTMENT,
*Washington, D. C., 16 July 1945.*

The following is a compilation of changes to U. S. Navy Regulations, 1920. These changes, which have been approved by the President, shall be entered in the U. S. Navy Regulations, 1920 upon receipt of this order.

FORRESTAL,
*Secretary of the Navy.*

NOTE.—It should be observed that not all pen and ink corrections herein apply to all copies of the book, as there are six editions in use.

---

Make the following changes in INK:

TABLE OF CONTENTS:

Page VIII.[1] Under "Chapter 47" change line 4 to read: "Sec. 4.—Art. 1777–1778. Procurement of foreign moneys ------ 574–577"; opposite "Sec. 5" change "578[1]" to "577".

INDEX:

Page 2. Under "Account(s)" beneath "pay" insert "vessel separated from supply officer handling ------ 1887 (2)".

Page 4. Under "Administration and Discipline" insert "civilian personnel ---------------- 1562".

Page 7. Line 5—Delete "Applications and examinations for civil positions ------ 1569".

Page 11. Line 10—Delete "Bills of exchange ------ 1776–1778".
Line 11—Delete "negotiation of ------ 1777".
Line 12—Delete "proceeds of, accounting for ------ 1778".
Line 13—Before "health" insert "Bills of".
Line 20—Delete "labor ------ 1570".
Line 21—Delete "labor, duties of ------ 1570".

Page 26. Line 6—Delete "for injury, civil employees ------ 1575".

Page 27. Line 26—Delete "1566".
Line 27—Delete "political ------ 1564".

Page 30. Between lines 28 and 29, insert "Currency, foreign, procurement of ------ 1777–1778".

Page 39. Under "Dry docks" beneath "refuse in--" insert "ships in, examination of outboard valves ------ 1361(1)".

Page 40. Line 34—Delete "labor board ------ 1570".

Page 43. Line 15—Opposite "inspections" add "1361 (1)".

660827°—45——1

Page 44. Line 7—In parentheses delete "Service".

Page 45. In next to last line delete "bills of ______ 1776" and substitute "rate of ______ 1777"; between last two lines, under "Exchange" insert "proceeds of, accounting for ______ 1778".

Page 48. Line 34—Opposite "of a ship" add "1361 (1)".

Page 53. Line 26—Delete "for naval attachés ______ 1778 (6)"; under "Funds", beneath "naval communication service", insert "procurement of foreign ______ 1777–1778".

Page 55. Line 20—Opposite "Gifts and contributions" delete "1566".

Page 63. Line 1—Delete "labor" and insert "personnel matters"; line 43, opposite "Inventory(s) equipage" delete "(8)".

Page 70. Between lines 22 and 23, insert "enlisted men, promotions of ______ 614".

Page 70. Line 39—Delete "vacancies ______ 614".

Page 74. Line 43—Delete "Membership dues or fees ______ 1567".

Page 75. Line 1—Delete "Memorandum pay rolls ______ 1887 (2)".

Page 76. Line 1—Delete "Military duty, civil employee, leave for ______ 1576"; under "Money" beneath "deposits by men with officers" insert "foreign, procurement of ______ 1777–1778".

Page 84. Under "Officer(s)" beneath "promotion of" insert "Public Health, serving with Coast Guard ______ 157 (3)".

Page 88. Under "Pay accounts", beneath "transfer hospital patients" insert "vessel separated from supply officer handling ______ 1887 (2)".

Page 89. Line 28—Delete "rolls, memorandum ______ 1887 (2)"; line 32, delete "Paying, civil employees, during working hours ______ 1574"; line 33, insert "Paying" before "crew"; line 34, delete "yard employees ______ 1574)).

Page 90. Under "Personnel", beneath last line, add "civilian, administration of ______ 1562".

Page 91. Last line—Delete "Political campaigns ______ 1564".

Page 92. Line 1—Delete "Political contributions ______ 1564"; line 2, delete "Politics and religion of labor ______ 1564–1567".

Page 96. Under "Public" between lines 3 and 4 insert "Health officers serving with Coast Guard ______ 157 (3)".

Page 100. Line 32—Delete "Religion and politics of labor ______ 1564–1567".

Page 106. Line 35—Delete "cash for suggestions ______ 1577".

Page 115. Line 2 from bottom of page—Delete "civil employee ______ 1579".

Page 121. Line 3—Delete "cash rewards for ______ 1577".

Page 126. Line 3—Delete "promotions, etc., civil employees ______ 1571".

Page 128. Line 31—Delete "Vacancies, marines afloat ______ 614".

Page 129. Line 20—Delete "regulations, politics and religion ______ 1564".

Page 131. Line 33—Delete "Work and pay, overtime and holiday ______ 1573".

TEXT:

Page 25⁷. Art. 76 (14) (c)—In line 2, between "designated" and "courier" insert "State Department". In line 3, change the comma after the word "envelopes" to a period; capitalize the word "the"; delete "one being"; after "inner" insert "envelope will be".

'.
___ 1776" and substitute
r "Exchange" insert "pro-

. (1)".
. 1778 (6)"; under "Funds",
urement of foreign ______

ons" delete "1566".
ersonnel matters"; line 43,

l men, promotions of ______

es ______ 1567".
______ 1887 (2)".
employee, leave for ______
with officers" insert "foreign,

n of" insert "Public Health;

sfer hospital patients" insert
_____ 1887 (2)".
l ______ 1887 (2)"; line 32,
hours ______ 1574"; line 33,
rd employees ______ 1574)).
, add "civilian, administration

s ______ 1564".
ns ______ 1564"; line 2, delete
'.
4 insert "Health officers serving

tics of labor ______ 1564-1567".
ons ______ 1577".
te "civil employee ______ 1579".
______ 1577".
civil employees ______ 1571".
es afloat ______ 614".
tics and religion ______ 1564".
vertime and holiday ______ 1573".

tween "designated" and "courier"
nge the comma after the word
, "the"; delete "one being"; after



Page 59. Art 157 (3)—In line 2, between "service" and "shall" insert "and commissioned officers of the Public Health Service detailed for duty with the Coast Guard". Change reference in parentheses to read "(Acts 29 August 1916; 1 July 1944)". In line 5, between "Guard" and "except" insert "or Public Health Service".

Page 118. Art. 304 (2)—In line 2, change "foreigh" to "foreign".

Page 160. Art. 484 (8)—In line 3, before "employed" insert "force".

Page 163. Art. 492—In next to last line change "iin" to "in".

Page 173. Art. 552 (5)—In line 3, place a period after the word "direct".

Page 179. Art. 564 (3)—In line 2, delete "executive officer of the Personnel Department" and insert "Assistant Director"; in line 3, delete "that Department in order of seniority" and insert "the Personnel Department as directed by the Director of Personnel, Marine Corps."

Page 199. In chapter index, opposite "Sec. 2" after "vessels" delete period and add "and district craft."

Page 257. Art 853 (6)—In line 3, between "duplicate" and "keys" insert "magazine".

Page 260. Art. 862 (3)—In line 8, change "of" to "or".

Page 261. Art. 864—In line 2, delete "874 (3)".

Page 276. Art. 922—In line 4, change "these" to "those".

Page 425. Art. 1404 (2)—At the end of the first sentence change the period to a comma and add "and for such other administrative purposes incident to the operation of ship's stores as authorized by the Bureau of Supplies and Accounts".

Page 518. Art. 1618 (12) (c)—In line 3, change "commissiary" to "commissary".

Page 520. Art. 1619 (1)—In lines 1 and 2, change "commissiary" to "commissary".

Page 587. Art 1804 (1)—Change side note of paragraph (1) to read: "Pay accounts to accompany men when transferred"; insert the following side note for paragraph (2): "Pay of men without pay accounts".

Page 628. Art. 1887—In side note of paragraph (2) delete "Memorandum pay rolls" and substitute "Pay accounts of vessel separated from pay officer".

Page 722. In section heading, change "SHORF" to "SHORE".

Page 731. Sec. 9 (c)—Opposite "NAVMED I", under "Copies" delete "1 to BuPers".

Page 732. Sec. 9 (e)—Opposite "NAVMED I", under "Copies" delete "1 to BuPers".

Page 738. Sec. 24—Opposite "NAVPERS 605b, enlisted passengers", under "When" change "frome" to "from".

NEW PAGES:

Changes in the following articles have been incorporated in the reprinted or added pages listed below. These pages shall be inserted in their proper places, and superseded pages shall be removed.

TABLE OF CONTENTS—Pages VII and VIII.

INDEX—Pages 17, 18, 41, 42, 59, 60, 65, 66, 111, 112, 113, and 114.

TEXT:

Pages 31–34[2]—Reprinted to correct pagination; no change in text. The new pages supersede old pages 30[1] to 34[1].

Art. 238—Modified in reprint of pages 87–88.

Arts. 613 and 614—Modified in reprint of pages 193–194.

Art. 652—Modified in reprint of pages 205–206.

Art. 689—Paragraph (3) modified in reprint of pages 211–212. Remove page 212[1].

Art. 908—Paragraphs (4), (5), and (6) modified; paragraph (8) deleted; paragraphs (9) and (10) renumbered as (8) and (9); and new paragraph (10) added in reprint of pages 271–274.

Art. 972—Paragraph 67 (3) modified in new page 294[2]. New pages 289–294[1] contain the material formerly printed on pages 288[1]–293, and were reprinted to correct pagination.

Art. 1022—Paragraphs (3) and (6) modified in reprint of pages 313–314.

Pages 403–404—Typographical errors corrected in reprint.

Pages 415–416—Printer's error corrected in reprint.

Chapter 42—Chapter revised to consist of Art. 1562, only. (Remove pages 491–498.)

Art. 1638—Paragraph (3) modified and paragraph (6) added in reprint of pages 525–526[1].

Art. 1671—Paragraph (2) modified in reprint of pages 540[6] and 540[7].

Art. 1776 deleted, and Arts. 1777, 1778, and 1779 modified in reprint of pages 573–578.

Pages 617–618—No change in text; reprinted to eliminate ink changes made by C. N. R. 25.

Art. 2025—Paragraph (4) added in reprint of pages 691–694[1].

Art. 2068—Paragraph (f) added in reprint of page 716[1].

The following advance changes in U. S. Navy Regulations, 1920, have been issued, all of which are incorporated in Change 26:

Arts. 972–67 (3) and 1022 (3) (6) by CNO Serial 318513, No. 44–1172, N. D. Bulletin of 15 Oct. 1944.

Art. 1671 (2) by CNO Serial 407013, No. 44–1440, N. D. Bulletin of 31 Dec. 1944.

Art. 76 (14) (c), 613 (1), and Chap. 54, Sec. 9 (c) and 9 (e), by CNO Serial 61313, No. 45–20, N. D. Bulletin of 15 Jan. 1945.

Arts. 564 (3), 614, 689 (3) (a) (b), 1404, and 1638 (3) (6), by CNO Serial 183813, No. 45–244, N. D. Bulletin of 15 Mar. 1945.

Arts. 238, 853 (6) and Chap. 42, by CNO Serial 224213, No. 45–423, N. D. Bulletin of 30 April 1945.

Art. 157 (3) and 2068 (f), by CNO Serial 225813, No. 45–488, N. D. Bulletin of 15 May 1945.

Arts. 908, 1778, and 1779, by CNO Serial 333313, No. 45–639, N. D. Bulletin of 15 June 1945.

Arts. 652, 1776, 1777, and 2025 (4), by CNO Serial 336813, No. 45–795, N. D. Bulletin of 15 July 1945.

Case 1:08-cv-00043-S-LDA Document 11-7 Filed 03/07/2008 Page 4 of 6

; no change in text. The new

ges 193–194.

of pages 211–212. Remove page

dified; paragraph (8) deleted;
and (9); and new paragraph

page 294[2]. New pages 289–294[1]
s 288[1]–293, and were reprinted

in reprint of pages 313–314.
ed in reprint.
reprint.
Art. 1562, only. (Remove pages

ragraph (6) added in reprint of

int of pages 540[5] and 540[6].
1779 modified in reprint of pages

ed to eliminate ink changes made

t of pages 691–694[1].
t of page 716[1].
Navy Regulations, 1920, have been
ange 26:
O Serial 318513, No. 44–1172, N. D.

. 44–1440, N. D. Bulletin of 31 Dec.

Sec. 9 (c) and 9 (e), by CNO Serial
1945.
04, and 1638 (3) (6), by CNO Serial
. 1945.
NO Serial 224213, No. 45–423, N. D.

rial 225313, No. 45–488, N. D. Bulletin

rial 833313, No. 45–639, N. D. Bulletin

y CNO Serial 886313, No. 45–795, N. D.




CHAPTER 39.—QUARTERS AND MESSES OF OFFICERS ON BOARD SHIP: Page
Sec. 1.—Art. 1426–1434. Officers' quarters .......... 431–432
Sec. 2.—Art. 1435–1440. Officers' messes .......... 432–435
Art. 1442. Ship's service activities .......... 435–436
Art. 1443. Welfare fund .......... 436
CHAPTER 40.—QUARANTINE; PILOTAGE; CONVOY; TRANSPORTATION ABOARD GOVERNMENT VESSELS; COORDINATION OF THE ARMY AND NAVY; THE AMERICAN NATIONAL RED CROSS:
Sec. 1.—Art. 1451–1453. Quarantine .......... 437–438
Sec. 2.—Art. 1454. Pilotage .......... 438
Sec. 3.—Art. 1455–1457. Transportation aboard Government vessels .......... 438–441
Sec. 4.—Art. 1458–1460. Transportation services .......... 441–443
Sec. 5.—Art. 1461. Operations requiring coordination of the Army and the Navy .......... 443
Sec. 6.—Art. 1470. The American National Red Cross .......... 443–449
CHAPTER 41.—SHORE ESTABLISHMENTS:
Part I.—Naval districts:
Sec. 1.—Art. 1480. Establishment and limits .......... 452–453
Sec. 2.—Art. 1481–1484. General administration .......... 453–455
Sec. 3.—Art. 1485. Organization .......... 456
Sec. 4.—Art. 1486. Coast defense .......... 456–457
Part II.—Naval bases:
Sec. 1.—Art. 1487. General administration .......... 457–458
Part III.—Navy yards and naval stations:
Sec. 1.—Art. 1488–1502. General administration .......... 458–462
Sec. 2.—Art. 1503–1508. Ships at a yard or station .......... 462–465
Sec. 3.—Art. 1509. Commissioning and delivery of ships .......... 465–466
Sec. 4.—Art. 1510. Ships going out of commission and ships out of commission .......... 466–468
Sec. 5.—Art. 1511–1515. Personnel, civil and naval .......... 468–468[2]
Sec. 6.—Art. 1516. General organization .......... 469
Sec. 7.—Art. 1517. Captain of the yard .......... 470
Sec. 8.—Art. 1518–1531. Officers in charge of departments and divisions .......... 471–474
Sec. 9.—Art. 1532. Engineer officer .......... 474–475
Sec. 10.—Art. 1533. Construction officer .......... 475
Sec. 11.—Art. 1534. Public works officer .......... 475–476
Sec. 12.—Art. 1535–1536. The inspection officer and assistant inspectors .......... 477–478
Sec. 13.—Art. 1537. Supply officer .......... 478
Sec. 14.—Art. 1538. Disbursing officer .......... 478–479
Sec. 15.—Art. 1539. Accounting officer .......... 479–480
Sec. 16.—Art. 1540. Commissary officer .......... 480
Sec. 17.—Art. 1541. Medical officer .......... 480
Sec. 18.—Art. 1542. Work done by one department or division for another .......... 480

Case 1:08-cv-00043-S-LDA Document 11-7 Filed 03/07/2008 Page 6 of 6



CHAPTER 41.—SHORE ESTABLISHMENTS—Continued:
Part III.—Navy yards and naval stations—Continued.

| | Page |
|---|---|
| Sec. 19.—Art. 1543. Employment of labor at navy yards | 480 |
| Sec. 20.—Art. 1544. Floating drydocks | 481–482 |
| Sec. 21.—Art. 1545. Visits to vessels building | 482 |
| Sec. 22.—Art. 1549. Relations of the Commander in Chief, Asiatic Fleet, with the Naval Stations, Cavite and Olongapo, and other shore activities within the limits of the Asiatic Station | 483–484 |
| Sec. 23.—Art. 1550. The Navy Yard, Washington, D. C. | 484 |
| Sec. 25.—Art. 1552–1553. Regulations for the control, defense, and protection of Pearl Harbor, Hawaii, and defense of the Panama Canal | 485–487 |
| Sec. 26.—Art. 1554–1559. Relations of Commander in Chief, U. S. Fleet, with Naval air stations at which fleet aircraft are based | 488–489 |
| CHAPTER 42.—ADMINISTRATION OF CIVILIAN PERSONNEL: | |
| Sec. 1.—Art. 1562. Administration of civilian personnel matters | 489 |
| CHAPTER 43.—STORES ASHORE: | |
| Sec. 1.—Art. 1592, 1594–1595, 1597. Custody, care, and issue | 499–507 |
| Sec. 2.—Art. 1598, 1599. Shipments | 507–510 |
| Sec. 3.—Art. 1604, 1607, 1608. Requisitions and purchases ashore | 510–517 |
| Sec. 4.—Art. 1611–1614, 1616. Inspections | 517–519 |
| Sec. 5.—Art. 1618–1619. Commissary store | 519–521 |
| CHAPTER 44.—APPOINTMENTS, PROMOTIONS, AND RETIREMENTS: | |
| Sec. 1.—Art. 1631–1649. Appointments | 523–529 |
| Sec. 2.—Art. 1650–1664. Promotions | 529–538 |
| Sec. 3—Art. 1665–1671. Retirements | 538–540 |



TABLE OF

CHAPTER 1.—ARTICLES FOR THE GOV
UNITED STATES:
Sec. 1.—Art. 1–70. Articles for t
CHAPTER 2.—INSTRUCTIONS TO OFF
Sec. 1.—Art. 74. Navy Departm
Art. 75–76. Preparation
tions . . . . . . . . .
Sec. 2.—Art. 76½–128½. Instru
Sec. 3.—Art. 129–130. Special s
Sec. 4.—Art. 131–136. Receipt o
Sec. 5.—Art. 137–140. Reports c
CHAPTER 3.—RANK, COMMAND, AN
Sec. 1.—Art. 148–160. Officers i
Sec. 2.—Art. 161–178. Detail of
Sec. 3.—Art. 180–186. Laws and
CHAPTER 4.—ADMINISTRATION AN
Sec. 1.—Art. 196–204. The exer
Sec. 2.—Art. 205–210. Arrest o
Sec. 3.—Art. 211–219. Punishme
CHAPTER 5.—HONORS, DISTINCTIO
Sec. 1.—Art. 230. The Nationa
Sec. 2.—Art. 231–245. Honors t
official visits . . .
Sec. 3.—Art. 246–254. Passing
Sec. 4.—Art. 255–257. Assumin
inspections . . . .
Sec. 5.—Art. 258–283. Honors,
general . . . . . . .
Sec. 6.—Art. 284–302. Ensigns
Sec. 7.—Art. 303–325. Gun Sal
Sec. 8.—Art. 326–348. Anniver
CHAPTER 6.—NAVY DEPARTMENT
Sec. 1.—Art. 390–394. Organiz
Sec. 2.—Art. 395. Quarterly r
Sec. 3.—Art. 396. Expenditure
Sec. 4.—Art. 397. Information
department . . . . . .