Article XVIII called "contracts"), in excess of $500 made by it for the purpose of the work hereunder, except contracts for employment; insert therein a provision that such contract is assignable to the Government; and except for contracts made by the Contractor as agent of the Commission make all such contracts in its own name and not bind nor purport to bind the Commission thereunder. Unless otherwise authorized by the Commission, no cost-type or time and materials contract, nor any contract in excess of Twenty-Five Thousand Dollars ($25,000) shall be made or placed without the approval of the Commission. The Contractor shall use methods, practices, and procedures in subcontracting or purchasing which are acceptable to the Commission. The Contractor is authorized to make advance and progress payments in accordance with the terms of contracts with third parties approved by the Commission and to make such other payments as may be necessary and proper to obtain cash discounts.

3. No part of the work to be performed at the Plant shall be subcontracted without the prior written authorization of the Commission, nor will the Contractor enter into any subcontract for any portion of the work except in the form approved by the Commission.

4. The Contractor shall use its best efforts to provide competent personnel for the performance of the work. Furthermore, the Contractor shall establish and maintain standards of employee conduct and integrity, in accordance with good business practices and shall be responsible for taking such disciplinary action with respect to its employees as may be necessary. In the event the Contractor fails to remove any employee from the contract work whom the Commission deems incompetent, careless, or whose continued employment on the work is deemed by the Commission to be contrary to the public interest, the Government reserves the right to require the Contractor to remove the employee. Decisions of the

Commission to require removal of employees on grounds of public interest are not subject to contest by the Contractor; disputes on all other matters under this section shall be subject to Article XX -Disputes.

5. The Contractor shall make every reasonable effort in the selection of its employees and in the prosecution of the work under this Contract to safeguard drawings and specifications and to prevent the theft or unauthorized use of the same.

6. When, in the opinion of the Commission, the Contractor's personnel on the Plant payroll is excessive for the proper performance of this Contract, reduction thereof shall be made as required by the Commission, subject to the right of appeal by the Contractor pursuant to Article XX - Disputes.

7. All agreements expressly requiring payment for the use of patents shall be subject to the prior written authorization of the Commission.

ARTICLE XIX - TERM AND TERMINATION

1. This Contract shall continue until 12 midnight, June 30, 1964, unless sooner terminated in accordance with the provisions which follow.

2. The Commission shall have the right to direct the cessation of physical work hereunder, in whole or in part, at any time. In any such case, or whenever for any reason the Commission determines that termination of this Contract is in the best interests of the Government, this Contract may be terminated by the Commission for the convenience of the Government, in whole or from time to time in part, by service of a written notice upon the Contractor to that effect. Such termination shall be effective in the manner and upon the date specified in said notice, which date shall be not less than 90 days after the date of delivery to the Contractor of such notice, and shall be without prejudice to any claims which the Commission may have against

the Contractor or which the Contractor may have against the Commission. It is expressly understood and agreed that no such termination of this Contract shall be deemed to limit or destroy the effectiveness of the various provisions of this Contract which, by their terms, are to remain in force subsequent thereto. Upon service of notice of termination for the convenience of the Government the parties will immediately consult thereon and the Contractor agrees to accomplish during the notice period as much of the work called for by Section 3 below as may be reasonable and proper in anticipation of the effective date of said notice.

3. On or after the effective date of termination pursuant to Section 2 above, the Contractor shall, to the extent and at the time or times directed in writing by the Commission:

(a) Terminate all work under this Contract.

(b) Place only such further orders or subcontracts and make only such special agreements as may be necessary for completion of such portions of the work under this Contract as may not have been terminated or as may be necessary for orderly termination hereunder.

(c) Proceed to terminate all orders, subcontracts, employment agreements and special agreements.

(d) Settle, with the approval of the Commission, all terminated subcontracts, orders, special agreements, and other obligations, commitments, liabilities and claims.

(e) Assign to the Government or to a third party or parties designated by the Commission, in the manner directed by the Commission, all rights, title, and interest of the Contractor under terminated, settled or unterminated orders, subcontracts, and agreements made pursuant to this Contract or in connection with the work hereunder.

The Government or such third party or parties shall assume and become liable for obligations, commitments, and claims that the Contractor may theretofore in good faith have undertaken or incurred in connection with the terminated work, the cost of which would be allowable costs in accordance with the provisions of this Contract.

(f) Deliver to the Government or to a third party or parties designated by the Commission, in the manner directed by the Commission (1) the completed and uncompleted work, supplies, materials, fabricated items, and other property produced as a part of or acquired in connection with the performance of the terminated work; and (2) the plans, drawings, data, and other property which, if the Contract had been performed until the end of its term, would be furnished to the Government.

(g) Continue performance of such part of the work as shall not have been terminated.

(h) Take such action as may be necessary for the protection and preservation of property which is in the possession of the Contractor or any of its subcontractors and in which the Government has or may acquire an interest.

(i) The Contractor shall use every effort to proceed as rapidly as practicable and to minimize costs.

4. The Contractor and the Commission may agree upon the amount (including an amount with respect to the fixed fees) payable under this Contract for the period subsequent to the service of the notice, in the event of total or partial termination of work for any reason pursuant to this Article. In

the event of the failure of the Contractor and the Commission to agree upon the whole amount to be paid the Contractor, pursuant to such termination, the Commission shall pay or credit to the Contractor, without duplication, the following:

(a) All costs and expenses or agreed equitable proportions thereof reimbursable or payable in connection with the terminated portion of the work, in accordance with this Contract, not previously paid to the Contractor, for the performance of this Contract prior to the effective date of termination and such reimbursable costs and expenses as may continue thereafter for a reasonable time.

(b) The reasonable cost of settling and paying claims arising out of the termination of work under subcontracts, purchase orders, and agreements and other obligations, commitments, liabilities, and claims, with the approval of the Commission.

(c) The fixed fees due and payable, prorated as to time, up to and including the day of delivery of notice of termination. If the termination is of a part only of the work under this Contract, the fixed fees payable for work performed after notice of termination is delivered shall be equitably adjusted. In addition, the Commission shall pay to the Contractor a fixed fee for services of the Contractor in connection with the termination and winding up of this Contract, including the services, if any, under Section 6 of this Article, to be negotiated as soon as practicable. Such fee shall be provided for in a supplement or amendment of this Contract prior to final settlement hereunder, and pending determination of its amount.

(d) No settlement under this Article shall prejudice the Contractor's rights to reimbursement with respect to claims subsequently

found to have been incurred in the performance of this Contract and not known or determined at the time of such settlement.

5. At the time of final settlement under this Article, the Contractor shall furnish a release to the Commission in the form prescribed by Article XIII, Section 5, covering such settlement.

6. In the event that any or all of the Contractor's functions under this Contract are to be transferred to a successor contractor: (a) upon the expiration of the term of this Contract; or (b) in the event of termination under this Article, the Contractor will, if requested by the Commission, continue to perform such services as may be necessary in connection with such transfer, in addition to those otherwise required under this Contract, for a reasonable period of time.

7. Nothing contained in this Article shall be construed to preclude any other remedies which either party may have as a result of the default of the other.

8. Upon the expiration of this Contract or its earlier termination, the Commission agrees to make cash settlements with the Contractor in respect of the Contractor's future liability for or on account of its employees at or for the Plant (hereinafter referred to as "employees") and pensioners who were employed at or for the Plant at the time of their retirement (hereinafter referred to as "pensioners") as follows:

(a) A sum of money representing, according to the best estimates of the parties based upon the experience records of the Contractor then available, the fair share applicable to this Contract of the then present value of the Contractor's prospective liability to or for the account of its pensioners

under the General Electric Pensioners Hospitalization Plan and Trust; and

(b) A sum of money representing the then present value of the prospective liability of the Contractor to the insurer under the Contractor's Group Life Insurance Plan for insurance on the lives of pensioners; and

(c) With respect to employees whose employment with the Contractor is not continued upon the expiration or termination of this Contract:

(1) A sum of money equivalent to the Contractor's share of the cost of premiums on the lives of such employees covering a period of thirty (30) days following the termination of their employment on the work under this Contract; and

(2) A further sum equivalent to the cost to the Contractor of paying the charges of the insurer for converting the group insurance coverage of such employees to individual policies.

(d) In lieu of the cash settlements provided for in this Section 8, the Commission may at its option reimburse the Contractor on a current basis for the costs referred to herein.

9. Notwithstanding any other provision of this Article, it is expressly understood and agreed that the work done by the Contractor pursuant to any notice of termination given under this Article is part of the work under this Contract, and that such work will be done and all payments in connection therewith will be made under and in accordance with the applicable terms of this Contract, including the terms providing for reimbursement, advances, disputes, and indemnification of the Contractor.

ARTICLE XX - DISPUTES

1. All disputes which may arise under this Contract and which are not disposed of by mutual agreement shall be decided by a representative of the Commission duly authorized to supervise and administer performance of the work hereunder, who shall reduce his decision to writing and mail a copy thereof to the Contractor. Within thirty (30) days from receipt of such decision or such longer period as may be granted by the Commission, the Contractor may appeal in writing to the Commission, whose written decision or that of its designated representative or representatives shall, to the extent defined in Section 2 below, be final and conclusive. Pending disposition of a dispute hereunder, the Contractor shall diligently proceed with the performance of the work under this Contract. Representatives designated by the Commission for the purpose of deciding an appeal under this Article shall not include any representative authorized to supervise and administer performance of the work under this Contract.

2. Decisions of the Commission, or of its designated representative or representatives, shall be final and conclusive upon all questions of fact (subject to the provisions of Section 1, Public Law 356, 83rd Congress, and except as provided in Section 3 below), but questions of law or mixed questions of law and fact shall be subject to judicial review. In the event that no appeal is taken from the decision of the Commission's representative to whom a dispute involving a question of fact was initially referred, such decision shall be final and conclusive.

3. If any decision under Section 1 of this Article XX by a designated representative of the Commission duly authorized to supervise and administer performance of the work involves directly any dispute under Article XXIX or

XXXV of this Contract, the Contractor may elect to proceed under the appeal procedures of Section 1 and 2 hereof or to litigate such dispute de novo in any court of competent jurisdiction. Such election shall be made by written notice to the Commission within 30 days from the receipt of such decision or such longer period as may be granted by the Commission in writing.

4. Unless otherwise authorized the Contractor shall include in all sub-contracts made by it a disputes article in such form as may be required or approved by the Commission. Disputes arising under such articles will be settled by the Commission in accordance with the terms thereof without regard to the lack of direct contractual relationship between the subcontractor and the Commission.

ARTICLE XXI - COPYRIGHTS

The Contractor agrees to and does hereby grant to the Government, and to its officers, agents, servants, and employees acting within the scope of their official duties, a royalty-free non-exclusive license to reproduce, translate, publish, use and dispose of, and to authorize others so to do, all copyrightable material first produced or composed and delivered under this Contract by the Contractor. The Contractor agrees to report to the Commission promptly and in reasonable detail, any notice or claim of copyright infringement received by the Contractor with respect to any material delivered under this Contract.

ARTICLE XXII - LABOR

1. To the extent that this Contract is subject to the Walsh-Healey Public Contracts Act, as amended (41 U. S. Code 35-45), there are hereby incorporated by reference the representations and stipulations required by said Act and regulations issued thereunder by the Secretary of Labor, such representations and stipulations being subject to all valid and applicable rulings and interpretations of the Secretary of Labor which are now or may hereafter be in effect.

2. To the extent that this Contract is of a character specified in the Eight Hour Laws as amended (40 U.S.C. Secs. 321-326), and is not covered by the Walsh-Healey Public Contracts Act (41 U.S.C., Secs. 35-45), the following paragraph shall be applicable:

No laborer or mechanic doing any part of the work contemplated by this Contract, in the employ of the Contractor or any subcontractor contracting for any part of said work contemplated, shall be required or permitted to work more than eight hours in any one calendar day upon such work, except upon the condition that compensation is paid to such laborer or mechanic in accordance with the provisions of this Article. The wages of every laborer and mechanic employed by the Contractor or any subcontractor engaged in the performance of this Contract shall be computed on a basic day rate of eight hours per day and work in excess of eight hours per day is permitted only upon the condition that every such laborer and mechanic shall be compensated for all hours worked in excess of eight hours per day at not less than one and one-half times the basic rate of pay. For each violation of the requirements of this Article of the Contract a penalty of Five Dollars ($5.00) shall be imposed upon the Contractor for each laborer or mechanic for every calendar day in which such employee is required or permitted to labor more than eight hours upon said work, without receiving compensation computed in accordance with this Article of the Contract, and all penalties thus imposed shall be withheld for the use and benefit of the Government.

3. The Contractor shall not employ any person undergoing sentence of imprisonment at hard labor. This provision shall not be construed to prevent the Contractor or any subcontractor hereunder from obtaining any of the materials or supplies to be used in connection with the performance of this

Contract, directly or indirectly, from any Federal, state or territorial prison or prison industry; provided that such materials or supplies are not produced pursuant to any contract or other arrangement under which prison labor is hired by or employed or used by any private person, firm or corporation.

ARTICLE XXIII - SAFETY AND ACCIDENT PREVENTION

1. The Contractor shall take all reasonable steps and precautions to protect health and minimize danger from all hazards to life and property, and shall make all reports and permit all inspections required by the Commission.

2. The Contractor agrees to comply with all health and safety regulations, standards, and requirements approved or prescribed by the Commission, of which the Contractor has been notified in writing.

3. The Contractor shall not be required to operate any part of the Plant which the Contractor determines to be unsafe. The Contractor will endeavor to foresee any such situation and will consult with the Commission prior to taking action thereon; but the determination as to adequate safety in such an event shall lie solely with the Contractor. In any event, the Contractor will notify the Commission before taking action hereunder in order that the Government may determine what action, if any, may be required by the Government under powers other than those arising under this Contract.

ARTICLE XXIV - NOTICE TO GOVERNMENT OF LABOR DISPUTES

Whenever an actual or potential labor dispute between the Contractor and its employees or between a subcontractor, supplier, or vendor and their employees is delaying or threatens to delay the timely performance of this Contract, the Contractor will immediately give notice thereof to the Commission. Such notice shall include all relevant information with respect to such dispute. Similarly, the Commission will keep the Contractor advised as to any labor disputes between

its other contractors and their employees engaged in work at the Plant which might affect the work hereunder.

ARTICLE XXV - OFFICIALS NOT TO BENEFIT

No member of or delegate to Congress, or resident commissioner shall be admitted to any share or part of this Contract or to any beneift that may arise therefrom, but this provision shall not be construed to extend to this Contract if made with a corporation for its general benefit.

ARTICLE XXVI - COVENANT AGAINST CONTINGENT FEES

The Contractor warrants that no person or selling agency has been employed or retained to solicit or secure this Contract upon an agreement or understanding for a commission, percentage, brokerage, or contingent fee, except bona fide employees or bona fide established commercial or selling agencies maintained by the Contractor for the purpose of securing business. For breach or violation of this warranty the Government shall have the right to annul this Contract without liability, or, in its discretion, to deduct from the Contract price or consideration the full amount of such commission, percentage, brokerage, or contingent fee.

ARTICLE XXVII - CONTRACTOR'S ORGANIZATION

1. The Contractor shall submit to the Commission from time to time as required or approved by the Commission, charts showing the organization currently employed in connection with the work under this Contract at the Plant.

2. All work under this Contract shall be conducted under the fulltime direction of a non-reimbursable representative of the Contractor, resident at the Plant, whose salary, other compensation, employee benefits, and payroll taxes shall not be reimbursed to the Contractor under this Contract.

ARTICLE XXVIII - ANNUITY FUND

The Annuity Fund established by and provided for in Article XXIX of Contract W-31-109-Eng-52 is hereby continued in effect and the provisions with respect to said Fund are incorporated in this Contract as follows:

1. In order to retain the services of certain employees of E. I. du Pont de Nemours and Company, now at Hanford Works, whose continued employment on the work covered by this Contract is considered necessary by the Contractor, and in order to compensate such employees for loss of pension rights with du Pont, the Contractor is authorized to withdraw such amount or amounts as may be necessary from sums advanced to the Contractor by the Government pursuant to Article XIV hereof, for the purpose of establishing, maintaining, and replenishing an escrow fund, hereinafter referred to as the "Annuity Fund", which the Contractor will use in purchasing annuity contracts from an insurance company mutually satisfactory to the Government and the Contractor for the benefit of said employees transferred to the Contractor's payroll as of September 1, 1946, on the following terms and conditions:

Annuities will be single premium, non-refundable, with annuity payments for men starting at age 65, and for women starting at age 60, or earlier ages (not before age 60 for men or 55 for women) at the option of the employee in amounts reduced on an actuarial basis as determined by the insurance company.

The amount of the annuity at age 65 for men and age 60 for women will be a percentage of the employee's annual rate of salary as of September 1, 1946, less an amount in lieu of the Social Security deduction called for by the du Pont pension plan as follows:

| Year in which his continuous service with Du Pont commenced | Percentage of Salary | Deduction |
|---|---|---|
| 1946 | 1% | $ 10 |
| 1945 | 2 | 20 |
| 1944 | 3 | 30 |
| 1943 | 4 | 40 |
| 1942 | 5 | 50 |
| 1941 | 6 | 60 |
| 1940 | 7 | 70 |
| 1939 | 8 | 80 |
| 1938 | 9 | 90 |
| 1937 | 10 | 100 |
| 1936 | 11 | 100 |
| 1935 etc. | 12 (Increasing 1% per year) | 100 (No further increase) |

An annuity contract will be delivered to each employee as soon as possible after September 1, 1946, or the 15th anniversary of his continuous service date with du Pont, whichever is later, provided he maintains continuous service with the Contractor in accordance with the rules of the Contractor from September 1, 1946, to such 15th anniversary.

The annuity will normally be payable to the employee in equivalent monthly installments. If such monthly installments would be less than $10, payments shall be made quarterly. If the quarterly payment would be less than $10, the cash equivalent of the annuity shall be paid to the employee in a lump sum, at age 65 for men, or age 60 for women.

2. The Contractor agrees to invest and reinvest the Annuity Fund in

United States Government securities to the maximum extent practicable. Any portio of the fund not so invested shall be deposited in a bank which is a member of the Federal Reserve System, and all such securities shall either be held under a custody account with, or kept in a safety deposit box in, the same bank. All purchases and sales of such securities shall be upon the approval of any two of the Contractor's officers or employees who may be so authorized by the Contractor from time to time. Any such deposit account, custody account, or safety deposit box shall be so designated as to indicate clearly to the bank its special character and purpose. The bank shall be obligated to furnish periodic written reports to the Commission setting forth the amount of cash in the deposit account and the face amount of the securities in the custody account, together with the deposits in and withdrawals from each of such accounts during the period covered by each such report. The Contractor shall furnish periodic written reports to the Commission, as well as such special reports as it may request from time to time, setting forth the face amount of securities in said safety deposit box, together with all deposits in and withdrawals from said box during the period covered by each such report. The bank shall be under no liability to any party hereto for the withdrawal of any funds or securities from the deposit account, the custody account, or the safety deposit box under proper authorization by the Contractor. Accounting for income and expense of the Annuity Fund shall be on a cash basis and not on an accrual basis. All realized interest, earnings, and profits from said cash and securities and dividends from the insurance company shall be credited to the Annuity Fund, and all purchases of annuities, incurred costs, expenses, losses, and taxes in connection with the handling and investment of and income from said cash and securities shall be charged to said Annuity Fund. Promptly after the first of July of each calendar year, the Contractor will render an accounting to

the Government for the preceding fiscal year showing securities and cash on hand, the profit or loss resulting from investments and reinvestments made, the disbursements made for annuities purchased in accordance with this agreement, and the cost of administration of the fund.

3. The Annuity Fund shall be used by the Contractor solely for the purpose set forth in this Article. Any sums remaining in said Annuity Fund after the purchase of all the annuities provided for in Section 1 of this Article shall be promptly paid or credited to the Commission by the Contractor.

4. To the extent required by the Commission, the Contractor agrees that it will annually return to the Commission such part of the Annuity Fund as may not be necessary, on an actuarial basis, to meet the obligations of the Fund then remaining.

5. With the approval of the Commission, the Annuity Fund or a part thereof may be used for the purchase of a group annuity policy from an insurance company mutually satisfactory to the Commission and the Contractor.

ARTICLE XXIX - GOVERNMENT PROPERTY

1. The Commission reserves the right to furnish any materials, equipment, machinery, tools, or services (except personal services) including communication services, necessary for the completion of the work.

2. Without assuming any legal liability therefor, except to the extent set forth in Section 4 below, the Contractor shall: (a) take all reasonable precautions, as directed by the Contracting Officer, to safeguard and protect Government-owned property in the Contractor's possession or custody; (b) take special measures in the protection of and accounting for any classified materials involved in the performance of this Contract, in accordance with the regulations and requirements of the Commission; (c) upon the completion

of the work or upon demand prior thereto, return such equipment, machinery, tools, and unused materials to the place designated by the Commission, and (d) to the extent required by the Commission, cause all equipment, machinery, tools and other property to which title is vested in the Government to be suitably marked with an identifying mark or symbol indicating that such items are the property of the United States.

3. The Contractor shall maintain a separate and distinct set of records showing the receipt, use, control, and disposition of all Government property coming into the possession of the Contractor under this Contract. The systems of property management employed by the Contractor shall be subject to approval by the Commission and, if not inconsistent with such approval, shall be in accordance with generally accepted practices.

4. Except in accordance with the written direction of the Commission, the Contractor will not obtain insurance upon any Government property. Notwithstanding any other provision of this Contract, the Contractor shall have no liability for the loss, damage, or destruction of any Government property in the Contractor's possession or custody unless the Government shall establish that such loss, damage, or destruction was

(a) Caused directly by bad faith or wilful misconduct on the part of the Contractor's President, Chairman of the Board of Directors, Vice President, Secretary, Treasurer, Comptroller, General Manager of its Atomic Products Division, or General Manager of the Plant, acting within the scope of his or their authority and employment; or

(b) Caused directly by gross negligence on the part of one or more of the persons occupying the positions specified in Section 4(a) above, acting within the scope of his or their authority and

employment; however, the total cumulative liability of the Contractor, under this Section 4(b) shall not exceed either 50 per cent of the total fixed fee payable to the Contractor under and during the effectiveness of this Contract, or $4,500,000, whichever is lower.

5. It is recognized that certain property (including without limitation radioactive isotopes, machine tool, and processing equipment, manufacturing aids, raw, manufactured, scrap and waste material), title to which is or may hereafter become vested in the Government, will be used by or will be in the care, custody, or possession of the Contractor in connection with the performance of this Contract. Upon the mutual agreement in writing of the parties hereto (whether such agreement is entered into prior to or after the expiration or termination of this Contract), the Contractor may transfer or otherwise dispose of such Government-owned property to such parties and upon such terms and conditions as the Commission may approve, or, with like approval by the Commission, the Contractor may itself acquire title to such property or any of it at a price mutually agreeable. The proceeds of any such transfer or disposal or the agreed price of any property, title to which is so acquired by the Contractor, shall be applied in reduction of any payment to be made by the Government to the Contractor under this Contract, or shall otherwise be paid in such manner as the Commission may direct.

ARTICLE XXX - ASSIGNMENT OF CLAIMS

Unless otherwise authorized by the Commission, neither this Contract, nor any interest therein nor claims thereunder, shall be assigned or transferred by the Contractor to any party or parties.

ARTICLE XXXI - SECURITY

1. In the performance of the work under this Contract, the Contractor shall, in accordance with the Commission's security regulations and requirements, be responsible for safeguarding restricted data and other classified matter and protecting against sabotage, espionage, loss and theft of classified documents, materials, equipment, processes,etc., as well as such other material of high intrinsic or strategic value as may be in the Contractor's possession in connection with the performance of work under this Contract.

2. The Contractor agrees to conform to all security regulations and requirements of the Commission.

3. The term "restricted data" as used in this Article means all data concerning (1) design, manufacture, or utilization of atomic weapons; (2) the production of special nuclear material; or (3) the use of special nuclear material in the production of energy, but shall not include data declassified or removed from the restricted data category pursuant to Section 142 of the Atomic Energy Act of 1954.

4. Except as the Commission may authorize in accordance with the Atomic Energy Act of 1954, the Contractor shall not permit any individual to have access to restricted data until the designated investigating agency shall have made an investigation and report to the Commission on the character, associations, and loyalty of such individual and the Commission shall have determined and so notified the Contractor that said investigation and report have been made and that permitting such person to have access to restricted data will not endanger the common defense and security. As used in this Section, the term "designated investigating agency" means the United States Civil Service Commission or the Federal Bureau of Investigation, or both, as determined pursuant to the provisions

of the Atomic Energy Act of 1954.

5. It is understood that disclosure of information relating to the work or services ordered hereunder to any person not entitled to receive it, or failure to safeguard any restricted data or any top secret, secret, or confidential matter that may come to the Contractor or any person under the Contractor's control in connection with work under this Contract, may subject the Contractor, its agents, employees, and subcontractors to criminal liability under the laws of the United States. (See the Atomic Energy Act of 1954, 68 Stat. 919, and Executive Order 10104 of February 1, 1950, 15 FR 597.)

6. Except as otherwise authorized in writing by the Contracting Officer, the Contractor shall insert provisions similar to the foregoing in all subcontracts and purchase orders under this Contract.

ARTICLE XXXII - LITIGATION

1. This Article shall have no application to claims or litigation between the parties hereto. The term "litigation" shall be deemed to include administrative proceedings.

2. With the prior written authorization of the Commission, the Contractor may initiate litigation in connection with this Contract, including proceedings before administrative agencies, and with like authorization, may settle such litigation. The Contractor further agrees to assign to the Commission, upon its request, any and all claims or causes of action against third parties arising out of the performance of this Contract on which the Contractor does not desire to initiate litigation.

3. The Contractor shall give the Commission prompt notice in writing (a) of any action filed against the Contractor arising out of the performance of this Contract, and (b) of any claims against the Contractor the cost and

expense of which is allowable under this Contract and which is not covered by insurance. Except as otherwise directed by the Commission in writing, the Contractor shall furnish promptly to the Commission copies of all pertinent papers received by the Contractor with respect to such action or claim. In all litigation arising out of the performance of the work under this Contract, in which the Commission accepts, in advance, the pecuniary responsibility, if any, for an adverse result, the Commission shall have the sole right to supervise and direct the handling of such litigation. Upon request, the Contractor shall authorize the Attorney General of the United States to settle or defend any such litigation and to represent the Contractor in or take charge of any such proceedings. In any such case in which the Commission fails or refuses to accept in advance the pecuniary responsibility for an adverse result, the litigation will be handled as the parties may mutually agree. Pending such agreement, the Contractor shall proceed with the conduct of the litigation without prejudice to the rights of either of the parties hereto.

4. If the settlement or defense of an action or claim against the Contractor is undertaken by the Government in accordance with this Article, the Contractor shall furnish all reasonable assistance in effecting a settlement or asserting a defense.

5. Upon settlement of any action or claim against the Contractor and reimbursement of the costs of such settlement by the Commission to the Contractor, the Commission shall be subrogated to all of the Contractor's rights and claims (except those against the Government) arising out of any such action or claim against the Contractor, and, if required by the Commission, the Contractor shall authorize representatives of the Government to settle or defend any such action or claim and to represent the Contractor in, or take charge of, any such action.

6. This Article shall have no application to causes of action arising in connection with this Contract with respect to which the Contractor states in writing, in advance, it makes no claim for reimbursement.

ARTICLE XXXIII - NUCLEAR HAZARDS INDEMNITY

1. This Article is incorporated into this Contract pursuant to the authority contained in Section 170 of the Atomic Energy Act of 1954, as amended.

(a) The definitions set out in the Act shall apply to this Article.

(b) The term "contract location" means any Commission facility, installation, or site at which contractual activity under this Contract is being carried on, and any Contractor owned or controlled facility, installation, or site at which the Contractor is engaged in the performance of contractual activity under this Contract.

2. Except as hereafter permitted or required in writing by the Commission the Contractor will not be required to provide or maintain, and will not provide or maintain at Government expense, any form of financial protection to cover public liability. The Commission may at any time require in writing that the Contractor provide and maintain financial protection of such a type and in such amount as the Commission shall determine to be appropriate to cover public liability arising out of or in connection with the contractual activity, provided that the costs of such financial protection will be reimbursed to the Contractor by the Commission.

3. To the extent that the Contractor and other persons indemnified are not compensated by any financial protection permitted or required by the Commission and, except as otherwise specifically limited in this Article, to the full extent authorized by Section 170 of the Act, the Commission will indemnify

the Contractor, and other persons indemnified, against (i) claims for public liability arising out of or in connection with the contractual activity; (ii) the reasonable costs of investigating and settling claims, and defending suits for damage for such public liability, provided that the Commission's liability under all indemnity agreements entered into by the Commission under Section 170 of the Act, including this Contract, shall not exceed $500,000,000, including such reasonable costs, in the aggregate for each nuclear incident, without regard to the number of persons indemnified in connection with this Contract. Public liability shall not be deemed to arise out of or in connection with the contractual activity unless it arises out of or results from:

(a) a nuclear incident which takes place at a contract location; or

(b) a nuclear incident which takes place at any other location and arises out of or in the course of the performance of contractual activity under this contract by the Contractor's employees, individual consultants, borrowed personnel or other persons for the consequences of whose acts or omissions the Contractor is liable, provided that such incident is not covered by any other indemnity agreement entered into by the Commission pursuant to Section 170 of the Act; or

(c) a nuclear incident which arises out of or in the course of transportation of source, special nuclear, or by-product materials to or from a contract location, and which incident is not covered by any indemnity agreement entered into by the Commission with the transporting carrier, or with a carrier's organization acting for the benefit of the transporting carrier, or with a licensee of the Commission, pursuant to Section 170 of the Act.

(d) a nuclear incident which involves items (such as equipment,

material, facilities, or design or other data) produced or delivered under this Contract, provided such incident is not covered by any other indemnity agreement entered into by the Commission pursuant to Section 170 of the Act.

4. When the Commission shall determine that the Government will probably be required to make indemnity payments under the provisions of Section 3 above, the Commission shall have the right to, and shall, collaborate with the Contractor and any other person indemnified in the settlement or defense of any claim and shall have the right (i) to require the prior approval of the Commission for the payment of any claim that the Commission may be required to indemnify hereunder, and (ii) to appear through the Attorney General on behalf of the Contractor or other person indemnified in any action brought upon any claim that the Commission may be required to indemnify hereunder, take charge of such action, and settle or defend such action. If the settlement or defense of any such action or claim is undertaken by the Commission, the Contractor shall furnish all reasonable assistance in effecting a settlement or asserting a defense.

5. The indemnity provided by this article shall not apply to public liability arising out of or in connection with any activity that is performed at a licensed facility, and that is covered by a Commission indemnity agreement authorized by Section 170 of the Act.

6. The obligations of the Commission under this article shall not be affected by any fault (of whatever degree) on the part of the Contractor including any failure on the part of the Contractor to fulfull its obligations under this Contract, and shall be unaffected by the death, disability or termination of existence of the Contractor or by the completion, termination

or expiration of this Contract.

7. All rights in third persons created by this article and all obligatio to third persons assumed under this article are rights against and obligations of the Commission and no third person shall be deemed to have any rights against the Contractor by virtue of this article.

8. Except as may be required by applicable law, the provisions of this article shall be independent of any other provisions of this Contract, including Article XX - Disputes, and of any provisions of any other contract, and no rights hereunder shall in any way be affected or impaired by any other provisions of this Contract or by the provisions of any other contract.

9. The parties to this Contract enter into this article under the condition that this article may be amended at any time by the mutual written agreement of the Commission and the Contractor and that such amendment may, by its express terms, provide that it will apply to any nuclear incidents which occur thereafter.

10. The provisions of this article shall apply to any nuclear incident occurring after July 13rd, 1959.

ARTICLE XXXIV - PARTIAL WAIVER BY THE CONTRACTOR

To the extent of any public liability as to which the Contractor is effectively indemnified by the Commission pursuant to Article XXXIII - Nuclear Hazards Indemnity, and to the extent that the Contractor is effectively relieved of public liability by an order or orders limiting the same, issued in proceedings under Subsection 170e of the Atomic Energy Act of 1954, as amended, the Contractor waives any claim for indemnification provided for in Article XXXV - Responsibility of Contractor - Atomic Hazards of this Contract.

ARTICLE XXXV - RESPONSIBILITY OF CONTRACTOR - ATOMIC HAZARDS

1. The Government deems the work to be performed under this Contract to be essential in the interest of the common defense and security and has requested the Contractor to undertake such work. Accordingly, and notwithstanding any other

provision of this Contract, but subject to the provisions of Section 2 of this Article, the Contractor shall not be liable for and the Government shall indemnify and hold the Contractor harmless against any delay, failure, loss, liability, expense or damage of any kind and for any cause whatsoever, arising out of or connected with the work under this Contract, not compensated by insurance or otherwise, which the Contractor has itself sustained to its tangible property or for which it is legally liable, and which arises out of or results from the radioactive, toxic, explosive or other hazardous properties of source, special nuclear, by-product or radioactive material, or of other material capable of releasing substantial quantities of atomic energy, and whether or not any person or persons employed by or acting for or in behalf of the Contractor is or are responsible therefor, unless the Government shall establish that such delay, failure, loss, liability, expense or damage shall have been caused directly by bad faith or wilful misconduct on the part of the Contractor's President, Chairman of the Board of Directors, a Vice President, Secretary, Treasurer, Comptroller, General Manager of its Atomic Products Division, or General Manager of the Plant, acting within the scope of his or their authority and employment. As used in the preceding sentence, the terms "delay" and "failure" shall include but not be limited to any breach by the Contractor of any obligation under this Contract; the terms "loss" and "liability" shall include but not be limited to loss or liability assumed by contract, approved by the Commission, for acts or omissions of the Contractor's personnel; the term "expense" shall include but not be limited to the expense of litigation; and the term "damage" shall include but not be limited to personal injuries and deaths of persons whether employees of the Government, employees of the Contractor, or any other persons, and damage to property

whether owned by the Government, the Contractor, or a third party. The Government shall pay directly and discharge completely all final judgments entered against the Contractor in litigation within the scope of this Article XXXV and all claims within the scope of this Article XXXV which may be settled by agreement approved by the Commission unless the Government shall advance to the Contractor sufficient funds for the payment and discharge thereof. The provisions of this Article XXXV shall survive the expiration or termination of this Contract.

2. The provisions of Section 1 of this Article XXXV shall not apply to any delay, failure, loss, liability, expense or damage arising out of or connected with (a) the use by the Contractor otherwise than as a part of or in connection with the work under this Contract (it being understood that the work under the Contract does not include work performed under Section 8(b) of Article II) of materials, equipment, facilities, drawings, designs, devices, data or inventions that have been manufactured, fabricated, prepared, produced, procured, conceived, or developed by the Contractor or made available to the Contractor as part of or in connection with the work under this Contract, unless and only to the extent that the written approval by the Commission of such use expressly makes the provisions of Section 1 applicable thereto; or (b) the use by any third party, otherwise than as part of or in connection with the work under this Contract, of any such materials, equipment, facilities, drawings, designs, devices, data or inventions supplied, licensed, disclosed or otherwise made available by the Contractor for such use by the third party unless such supplying, licensing, disclosing or making available by the Contractor is part of the work under this Contract or is otherwise approved in writing by the Commission.

ARTICLE XXXVI - EMPLOYEES' ADDITIONAL DEATH AND DISABILITY PAYMENT

1. Whenever the Contractor shall determine, with the authorization of the

Commission, that any employee of the Contractor or any employee of a subcontractor hereunder has become totally and permanently disabled or has died as a result of radiation hazards inherent in the operation, modification, or expansion of the Plant, the Contractor shall have the right to pay to such employee, or to his spouse, next of kin, designee, or legal representative the sum of Ten Thousand Dollars ($10,000), provided, that when any such payment has been made to an employee who has become totally and permanently disabled, no further payment under this Article shall be made by reason of the death of such employee. With the authorization of the Commission, the scope of this Article may be extended to employees engaged in the performance of work under this Contract at other locations.

2. It is expressly understood and agreed that the Contractor assumes no obligation hereunder to make any such payment from the Contractor's own funds, or otherwise. No such payment shall be made except upon securing a release, in form approved by the Commission, relieving the Contractor and the Government, to the extent of the payment so made, from all claims of the recipient on account of such disability or death, except claims under workmen's compensation laws or occupational disease statutes.

ARTICLE XXXVII - DISCOUNTS AND REVENUES

1. The Contractor shall take reasonable steps to afford the Government the advantage of all available cash and trade discounts, rebates, allowances, credits, salvage, commissions, and bonifications, unless the best interests of the Government require that the payments necessary to obtain such discounts be deferred.

2. Except as otherwise authorized by the Commission, all revenues (except the Contractor's fee) accruing to the Contractor in connection with

the work under this Contract, including those from the operation of the Government-owned commissaries, cafeterias, dormitories, village and community facilities, and other Government-owned facilities, shall be accounted for by the Contractor. The Contractor will use its best efforts to effect collection of the revenues accruing and agrees, with the approval of the Commission, to assign to the Government all accounts which it fails to collect within a reasonable time. Except for reasonable compensation accruing to third parties in connection with such items, such monies as are actually received shall be deposited in the special bank account or accounts established pursuant to Article XIV - Advances, and applied in reduction of the cost of the work.

ARTICLE XXXVIII - PATENTS

1. Whenever any invention or discovery is made or conceived by the Contractor or its employees in the course of, in connection with, or under the terms of this Contract, the Contractor shall furnish the Commission with adequate information thereon; and the Commission shall have the sole power to determine whether or not and where a patent application shall be filed, and to determine the disposition of the title to and rights under any application or patent that may result. The judgment of the Commission on these matters shall be accepted as final; and the Contractor, for itself and for its employees, agrees that the inventor or inventors will execute all documents and do all things necessary or proper to carry out the judgment of the Commission.

2. All records of the Contractor concerning matters covered by this Article XXXVIII shall be available to the Commission.

3. It is understood that the making of prior art searches, the preparation, filing and prosecution of patent applications, the determination of questions of novelty, patentability, and inventorship, as well as all other functions

of a patent attorney, need not be performed by the Contractor.

4. In view of the fact that the Contractor has not made an investigation as to the possibility of patent infringement or liability for use of inventions disclosed in confidence or trade secrets and the Commission desires to avoid the delay incident to an investigation of such possibilities, and further, in view of the fact that there is not included in the Contractor's fees any allowance for the settlement of possible claims for such infringement, it is agreed that the Government shall hold and save the Contractor harmless from liability of any nature or kind, including costs and expenses, for the infringement of or use of the patent rights or inventions disclosed in confidence or trade secrets of third parties arising in connection with the performance of this Contract.

5. The Contractor shall promptly notify the Commission in writing of any and all claims of infringement that may from time to time be brought to the attention of the Contractor, and in the event of litigation on account thereof, the Contractor shall assist the Government, at the Government's expense, by furnishing such evidence in its possession as may be required by the Government in defending or settling such action or claim.

6. The Contractor hereby grants to the Government a perpetual, royalty-free license to practice in or at the Plant and in or at Commission laboratories or other facilities, but not elsewhere, all patented inventions, secret processes, technical information and know-how of the Contractor which are incorporated in the construction or operation of the Plant by the Contractor. This license shall not be assignable to any transferee of the Plant other than a Government agency or operating contractor for the Government, and to such operating contractor only for the period of its operation under its

operating contract, and the Contractor reserves the privilege of asserting any and all legal rights in or to such patented inventions, secret processes, technical information and know-how against any other person, firm, or corporation; provided, however, that this Article shall not supersede or modify any existing agreements between the Contractor and the Government applying to any such inventions, processes, information, or know-how.

7. No claim for pecuniary award or compensation under the provisions of the Atomic Energy Act of 1954 shall be asserted by the Contractor or its employees with respect to any invention or discovery made or conceived in the course of, in connection with, or under the terms of this Contract, and the Contractor agrees to insert a provision of like effect in all patent agreements entered into with the employees pursuant to Section 8 below.

8. Except as otherwise authorized in writing by the Commission, the Contractor will obtain patent agreements to effectuate the purpose of this Article from all persons who perform any part of the work under this Contract, and as to whom the Contractor customarily would require the execution of such an agreement. The form of agreement covering inventions and patents which the Contractor customarily makes with technical personnel employed by it has been submitted to and approved by the Commission as being sufficient for the purposes of Section 1 of this Article.

9. Except as otherwise authorized in writing by the Commission, the Contractor will insert in all subcontracts, purchase orders, and in consultant agreements, provisions making Sections 1, 7 and 8 applicable to the subcontractor, consultant, or vendor, and their employees.

ARTICLE XXXIX - PENSIONS

1. The Contractor's Pension Plan, which is in effect upon a Company-wide

basis and is applicable to employees of the Plant, is set forth in a printed booklet entitled "General Electric Pension Plan, As Amended to November 16, 1956", with identifying symbols ERB-42A 12/56 (200M), and in a Trust Indenture, as amended, dated August 31, 1946, between General Electric Company and J. G. Farrar, J. W. Lewis, R. H. Luebbe, G. G. Calvert, E. D. Spicer, W. W. Trench, and H. A. Winne, as Trustees of the General Electric Pension Trust. Copies of the aforesaid booklet, including all amendments thereto, and of the said Trust Indenture, as amended, have been delivered to the Commission. The Contractor shall be reimbursed by the Commission for costs incurred, with respect to employees and pensioners of the Plant, under the terms of said Plan, as said Plan and Trust, or either of them, are amended from time to time in accordance with their terms. The costs shall represent the portion of the Contractor's payments to the General Electric Pension Trust for past service and future service costs (as those terms are defined in said Plan) which are applicable to employees of the Plant.

2. Future service pension costs shall be allocated to the Plant according to a formula which will distribute the Contractor's actuarially computed liability for each calendar year in the same proportion as the ratio of future service annuities accrued during the year by the employees of the Plant to future service annuities accrued during the year by all employees of the Contractor.

3. In the event that in any calendar year the rate of employee withdrawals derived from the numbers of persons withdrawing from the Pension Plan at the Plant, is less than or exceeds the rate of withdrawal experienced under the Pension Plan exclusive of participants at the Plant by a margin exceeding 20% of such withdrawal rate for the Contractor's other organizational components,

an adjustment of the contribution for that year applicable to the Plant will be made if required by either party. Such adjustment will be made on the following basis:

(a) Future service pension costs shall be allocated to the Plant according to a formula which will distribute the Contractor's actuarially computed liability, before any reduction in such liability resulting from pensions forfeited by employees withdrawing from the Plan, in the same proportion as the ratio of future service annuities accrued during the year by Plant employees to future service annuities accrued during the year by all employees of the Contractor.

(b) From the allocated cost computed as described in paragraph (a), there will be deducted a credit for employees of the Plant who withdraw from the Pension Plan. This credit will be the present value (exclusive of the portion refunded to employees) of pensions forfeited by such withdrawals, computed on the same actuarial basis as is the annual contribution required of the Contractor.

(c) The amount representing the difference between the allocation to the Plant calculated under Section 2 above and the allocation calculated under paragraphs (a) and (b) above will be the adjustment provided for in this Section 3, and will be paid by the Commission or to the Commission at the time of the next regular payment to the Trust following the calculation of the adjustment.

(d) The adjustment for Plant employee withdrawals described in paragraph (c) above will not be applicable for the calendar year in which the Contract expires or is terminated, nor for the calendar year immediately preceding the year in which such expiration or termination occurs. In lieu

thereof, the adjustment described in Section 4 below shall apply.

(e) The costs of calculating the adjustment and the preparation of necessary analyses shall be borne by the party requiring the adjustment to be made.

4. Within 90 days following the close of the first calendar year which begins after the effective date of the expiration of this Contract or its termination, the Contractor shall submit to the Contracting Officer a statement of the present value, with respect to service at or for the Plant, of non-vested retirement benefits under the Contractor's Pension Plan, which have been reimbursed to the Contractor by the Commission under this Contract and cancelled by virtue of employees leaving the employment of the Contractor (a) during the calendar year in which this Contract expires or is terminated, or at any time thereafter as a result of such expiration or termination; and (b) during the calendar year immediately preceding such year of expiration or termination.

The present value of such non-vested retirement benefits cancelled as a result of the expiration of this Contract or its termination, hereinafter referred to as the "refund", shall be returned to the Commission, subject to the following provisions and to Section 5 below:

(a) The refund shall not include that portion of the aggregate present value attributable to a contribution by the Contractor in the year of expiration or termination of this Contract unless such contribution is actually made and reimbursed to the Contractor by the Commission.

(b) The refund shall be recovered by the Commission by reduction of payments or reimbursements otherwise due from the Commission to the Contractor, until such time as the refund has been fully liquidated; or

by such other means and over such a period of time as the parties may agree.

(c) In the event that the contribution to the Trust for the calendar year immediately preceding the year in which this Contract expires or terminates was computed as provided in Section 2 above, the refund shall be reduced by the amount by which such contribution was previously reduced as a result of withdrawals of participants from the Plan.

5. The Contractor shall be obligated to make the refunds to the Commission provided for in this Article XXXIX only in a year and only to the extent that future service contributions would otherwise be payable to the Trust by the Contractor, and refunds shall be made by the Contractor to the Commission only out of amounts witheld from such contributions.

6. The Commission shall have the right to examine and audit the Contractor's computations of the adjustments provided for under this Article, together with the supporting data, if the Contracting Officer shall so request. The formula and assumptions used for the computations of such adjustments shall be consistent with the actuarial basis and principles then currently used in computing the pension costs.

7. The Contractor shall be reimbursed by the Commission for the reasonable costs of preparing additional statements and making the additional computations which may be required by reason of the adjustments provided for in paragraph 4 above.

8. Past service pension costs will be those actually paid to the Pension Trust for the benefit of Plant employees entitled thereto under the terms of the Pension Plan.

9. In the case of an employee who is retired for the good of the organization and on request of the Company prior to his or her attaining the optional retirement age, the Contractor is authorized to grant a retirement allowance of up to $7500

per annum upon the following conditions; (a) that such an employee has not less than twenty years of credited service under the plan referred to in paragraph 1 above; (b) that such a grant shall be conditioned upon the employee's electing to receive at age 60 the pension provided for retirement at such age by the Plan; and (c) that so much of the retirement allowance as is equivalent to the amount of the employee's calculated pension under the Plan shall terminate when pension payments under the Plan begin; however, in addition to the calculated pension, a payment currently computed at $660 a year may be paid to an employee as a part of the retirement allowance until the employee reaches the optional retirement age of 60 and the payment may continue until the employee reaches the age of eligibility for maximum Social Security benefits or elects to receive Social Security benefits, whichever is earlier; and a further payment to be paid to an employee as part of the retirement allowance may be made for life, not exceeding the additional payment necessary to provide the minimum total retirement income which he or she would have been eligible to receive under the Pension Plan if he or she had attained optional retirement age before termination of his or her employment; but computed on the basis of his or her credited service at the termination of his or her employment. Such retirement allowances paid to employees retired from the payrolls of the Plant, or the costs of furnishing annuity policies in lieu of cash payments, shall be reimbursable under this Contract.

10. Except for employees retained on the payrolls of the Plant after the effective date of the expiration of this Contract or its termination, tne Commission shall not be obligated by reason of any changes in the Pension Plan,

or the administration thereof, occurring subsequent to such effective date.

ARTICLE XL - PURCHASE OF DOMESTIC ARTICLES

1. The Contractor agrees that there will be delivered under this Contract only such unmanufactured articles, materials and supplies (which term "articles, materials and supplies" is hereinafter referred to in this clause as "supplies") as have been mined or produced in the United States, and only such manufactured supplies as have been manufactured in the United States substantially all from supplies mined, produced, or manufactured, as the case may be, in the United States. The foregoing provisions shall not apply (i) with respect to supplies exempted by the Commission from the application of the Buy American Act (41 U.S.C. 10a-d), (ii) with respect to supplies for use outside the United States, or (iii) with respect to the supplies to be delivered under this Contract which are of a class or kind determined by the Commission not to be mined, produced, or manufactured, as the case may be, in the United States in sufficient and reasonably available commercial quantities and of a satisfactory quality, or (iv) with respect to such supplies, from which the supplies to be delivered under this Contract are manufactured, as are of a class or kind determined by the Commission not to be mined, produced, or manufactured, as the case may be, in the United States in sufficient and reasonably available commercial quantities and of a satisfactory quality, provided that this exception (iv) shall not permit delivery of supplies manufactured outside the United States if such supplies are manufactured in the United States in sufficient and reasonably available commercial quantities and of a satisfactory quality.

2. The Contractor shall insert provisions similar to those in Section (1) in all subcontracts and purchase orders under this Contract.

ARTICLE XLI - ANTI-DISCRIMINATION

1. In connection with the performance of work under this Contract, the Contractor agrees not to discriminate against any employee or applicant for employment because of race, religion, color, or national origin. The aforesaid provision shall include but not be limited to, the following: employment, upgrading, demotion, or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship. The Contractor agrees to post hereafter in conspicuous places, available for employees and applicants for employment, notices to be provided by the Contracting Officer setting forth the provisions of the non-discrimination clause.

2. The Contractor further agrees to insert the foregoing provision in all subcontracts hereunder, except subcontracts for standard commercial supplies or raw materials.

ARTICLE XLII - THIRD PARTIES

Nothing contained in this Contract, or its amendments, including without limitation Articles XXII, XXIII, XXXVI, and Appendix "B", shall be construed to grant, vest, or allow any right to be given to any employee or other third party, or to the legal representative, heirs, assigns, or successors or any of them as a third party beneficiary. This provision is not intended to limit or impair the rights which any person may otherwise have under applicable Federal statutes.

ARTICLE XLIII - RENEGOTIATION

1. To the extent that the Renegotiation Act is applicable, this Contract is subject to the Renegotiation Act of 1951 (P. L. 9, 82nd Congress), as amended, and shall be deemed to contain all the provisions required by Section 104 of

said Act.

2. The Contractor agrees to insert the provisions of this clause, including this Section 2, in all subcontracts specified in Section 103 (g) of the Renegotiation Act of 1951, as amended, provided, that the Contractor shall not be required to insert the provisions of this clause in any subcontract exempted by or pursuant to Section 106 of the Renegotiation Act of 1951.

ARTICLE XLIV - STATE AND LOCAL TAXES

The Contractor agrees to report all State and local taxes, which, to its knowledge, are being asserted against the Contractor with respect to the Contract work or any transaction hereunder and to make recommendations to the extent requested by the Commission as to the validity or applicability of such taxes. The Contractor will pay under protest any State or local tax specifically designated by the Commission, to the extent and for the periods requested by the Commission and shall take such other action, including litigation, as may be required or approved by the Commission to seek recovery of any payment made. The term "State or local tax" shall for the purposes of this Article be deemed to include any fee, assessment, duty, or other charge asserted in behalf of or paid to any State, county, municipality, or any officer, commission, body, or subdivision thereof, in connection with the performance of the work under this Contrac

ARTICLE XLV - DEFINITIONS

1. As used in this Contract, the terms "United States Atomic Energy Commission", "Atomic Energy Commission", and "Commission" shall mean the United States Atomic Energy Commission or its duly authorized representative or representatives. The term "Contracting Officer" shall mean a duly authorized representative of the Commission.

2. As used in this Contract, the term "affiliate" shall mean any corporatio

five per cent or more of whose issued and outstanding stock is owned by the Contractor.

THE UNITED STATES OF AMERICA
UNITED STATES ATOMIC ENERGY COMMISSION

By ____________________

GENERAL ELECTRIC COMPANY

By ____________________
General Manager
Hanford Atomic Products Operation

ATTEST:

____________________
Attesting Secretary

APPROVED:

By ____________________
E. J. Bloch, Director of Production

# APPENDIX A

## CONTRACT AT(45-1)-1350

## MANUFACTURING PLANT FACILITIES
## HANFORD WORKS

The principal manufacturing facilities of the Plant are the Fuels Preparation (300) Area, five operating production reactor plant (100) Areas, one production reactor area which is in the design stage for construction, and two Chemical Processing (200) Areas. Certain administrative and service facilities are separately located in downtown Richland in the 700 Area, and in the 1100 Area

### Fuels Preparation (300) Area

This area contains facilities for fabricating, inspecting, and testing fuel elements, and for tool making and maintenance. Also located in this area are the general plant laboratory facilities including the Plutonium Recycle Test Reactor now under construction.

### Operating Production Reactor Plant (100) Areas

These areas consist of the 100-B, D, F, H, and K Areas and contain the reactors in which fuel elements are irradiated to produce plutonium and other by-products The reactors are located as follows:

B Area - B and C Reactors
D Area - D and DR Reactors
F Area - F Reactor
H Area - H Reactor
K Area - KE and KW Reactors

In addition, a new production reactor is in the design stage for construction within a new plant area.

Included in the 100 Areas are facilities for the pumping, treatment, storage

and retention of reactor process water.

Chemical Processing (200) Areas

These areas consist of the 200 East and 200 West Areas for the separation, decontamination, concentration, and fabrication of plutonium. The 200 East Area contains the Purex Plant and a Bismuth Phosphate Plant. The 200 West Area contains: (a) separations facilities consisting of the Redox Plant and a Bismuth Phosphate Plant, (b) plutonium fabrication facilities, and (c) uranium recovery facilities and uranium oxide production facilities. The two Bismuth Phosphate Plants and the uranium recovery facilities are not currently in production, but are being maintained in inactive status.

Auxiliary Facilities

The Manufacturing Areas contain, in addition to the production facilities, auxiliary and supporting facilities necessary for the operation and maintenance of the plants. The major facilities in this category are: uranium storage, removal, treatment, and transport facilities, water treatment and pumping, steam generation, electrical distribution system, telephone and radio system, railroad system, roads and walks, sewers, waste disposal and storage reservoirs, storage and warehouse, change houses, laundry, plant protection, fire fighting, first aid, administrative, repair and maintenance, laboratories and research facilities, and other buildings, facilities, and equipment necessary for continuity of operations.

General Plant

Within the Manufacturing Plant Area and not located within the various manufacturing areas are additional supporting and isolated facilities such as: electrical

transmission and distribution system, telephone and radio system, railroad system, roads, security fence and barricades, pistol range, research facilities, storage buildings, and various structures and buildings remaining on the site from the period previous to the Hanford Works Project.

APPENDIX B

To

CONTRACT NO. AT(45-1)-1350

Between

THE UNITED STATES OF AMERICA

Represented By

UNITED STATES ATOMIC ENERGY COMMISSION

And

GENERAL ELECTRIC COMPANY

# TABLE OF CONTENTS

## APPENDIX B

## CONTRACT AT(45-1)-1350


| Article | Section | Title | Page |
|---|---|---|---|
| I | | EXEMPT EMPLOYEES SALARY PLAN | |
| | A | Definitions | 1 |
| | B | Salary Plan | 1 |
| II | | SALARY PLANS FOR EMPLOYEES ON NONEXEMPT ROLLS | |
| | A | Salary Plans | 2a |
| | B | Approvals Required | 2a |
| | C | Criteria | 3 |
| III | | RULES GOVERNING SALARY PAYMENTS | |
| | A | Applicability | 3 |
| | B | Definitions | 3 |
| | C | Shift Differential | 5 |
| | D | Isolation Pay | 7 |
| | E | Absences for Personal Reasons | 8 |
| | F | Absences for Miscellaneous Reasons--All Employees | 10 |
| | G | Deductions for Absences and Tardinesses | 11 |
| | H | Holidays--All Employees | 12 |
| | I | Overtime | 13 |
| | J | Vacations--All Employees | 17 |
| | K | Reporting Time | 20a |
| | L | Death Allowances | 21 |
| | M | Payment in Lieu of Notice | 21 |
| | N | Overtime Lunch Provisions | 22 |
| | O | Travel Time | 22 |
| | P | Grievance Committee Time - Nonexempt Employees (Bargaining Units) | 23 |
| | Q | Conditions of Bargaining Unit Agreements | 23 |
| IV | | EMPLOYEE BENEFIT PLANS | |
| | A | Group Insurance | 24 |
| | B | Savings and Stock Bonus Plan | 25 |
| | C | Benefits for Employees Entering and Returning from the Armed Forces | 27 |
| | D | Suggestion Awards | 37 |
| | E | Safety Awards | 38 |
| | F | Patent Application Payments | 40 |
| | G | Perfect Attendance Recognition Plan | 40a |
| | H | Physical Examinations for Management Personnel | 41 |
| | I | Managerial Awards | 41 |
| | J | Service Award Plan | 41 |
| | K | Emergency Loan Plan for Ill or Laid-Off Pension Plan Participants | 41 |
| | L | Savings and Security Program | 43 |
| | M | Personal Accident Insurance | 43a |
| | N | Income Extension Aid Plan | 44 |
| | O | Hanford Transition Plan | 44h |

TABLE OF CONTENTS

APPENDIX B


| Article | Section | Title | Page |
|---|---|---|---|
| V | | RULES RELATING TO CONTINUITY OF SERVICE AND LEAVES OF ABSENCE | 44i |
| | A | Establishment of Service Credits | 46 |
| | B | Loss of Service Credits | 47 |
| | C | Restoration of Service Credits | 49 |
| | D | Leaves of Absence | |
| VI | | TRAVEL COST REIMBURSEMENT ITEMS | 49 |
| | A | Definitions | 50 |
| | B | Contractor's Controls and Reports | 51 |
| | C | Allowable Expenses | |
| | D | Expenses in Connection with Interview and Transfer of Company Employees | 55 |
| | E | Expenses in Connection with Off-Site Assignments--Inspections and Expediting | 58a |
| | F | Expenses in Connection with Temporary Off-Site Assignments--Other Than Inspections and Expediting | 62 |
| | G | Transfer of Exempt Employees--Termination of Contract for Convenience | 62 |
| | H | Return of Exempt Employees after Leaves of Absence | 63 |
| | I | Expenses in Connection with Interview and Transfer of Nonexempt Employees | 64 |
| | J | Expenses Incident to Interviews and Change of Location--Prospective and New Exempt Employees | 65 |
| | K | Expenses in Connection with Interviews and Change of Locations--Prospective and New Nonexempt Employees | 68 |
| | L | Split Trips | 69 |
| VII | | TRAVEL ACCIDENT - HAZARDOUS ASSIGNMENT INSURANCE | 70 |
| VIII | | LAYOFF ALLOWANCES - EXEMPT EMPLOYEES | 71 |
| IX | | SALARY AND EMPLOYEE BENEFIT PLANS FOR FIRE OFFICERS AND FIREMEN ON A PLATOON SYSTEM | |
| | A | Fire Officers (Platoon) | 71 |
| | B | Firemen (Platoon) | 74 |
| X | | APPROVAL | 80 |
| XI | | EXCEPTIONS | 81 |

APPENDIX B
to
CONTRACT NO. AT(45-1)-1350

ARTICLE I - EXEMPT EMPLOYEES
SALARY PLAN

A - DEFINITIONS

1. THE ACT means the Fair Labor Standards Act of 1938, as amended. As a matter of Company policy and for purposes of uniformity only, all employees of the Contractor engaged in the work under this Contract are, in general, treated as though they were covered by the Act, even though as a matter of law some employees are not so covered. Treatment hereunder of employees as "exempt" or "nonexempt" in accordance with the provisions of the Act shall not be affected by determinations as to non-coverage under the Act, of particular employees.

2. EXEMPT EMPLOYEES are those who occupy positions that are classified exempt by the Contractor as administrative, executive, or professional employees.

3. NONEXEMPT EMPLOYEES are all employees other than those described in Paragraph 2 above.

--(Modification No. 7, effective May 1, 1960

4. FIREMEN (PLATOON) are nonexempt employees classified as firemen who are working on a platoon system. FIRE OFFICERS (PLATOON) are exempt employees working on a platoon system.

--(Modification No. 29, effective June 1, 19

B - SALARY PLAN

1. The General Electric Company has established a basic Company-wide



8/3/64

salary plan to govern generally the compensation of exempt personnel in its employ. It is agreed between the parties hereto that salaries of exempt employees engaged in the work under this contract shall be governed by said plan.



8/3/64