2. The administrative procedures and rules have been compiled in a book entitled "Exempt Salary Administration Manual - Hanford Atomic Products Operation, General Electric Company," issued November 1, 1954, which has been delivered to the Commission. This manual consists of several sections and several appendices. It is agreed by this reference that the sections of the aforesaid manual are incorporated in this Appendix B and made a part hereof as though set forth herein in full. Revisions to the sections will be submitted to the Commission for concurrence prior to adoption. Modifications to the aforementioned appendices will not require concurrence of the Commission prior to adoption.

3. In order for the Commission to discharge its responsibility for proper disbursement of federal funds under this Contract, the Commission requires that the specific salary control procedures set forth in the Exempt Salary Administration Manual be maintained. Operation of the plan, which shall include the revision of individual salaries and the administrative action preliminary thereto, shall be the responsibility of the Contrac

4. It is the intention of the Contractor and the Commission that spec or unusual cases not adequately provided for in the salary plan will be disposed of upon special approvals of the Commission, upon submission by th Contractor of all the facts and circumstances pertaining thereto, without prejudice to the continued existence and operation of such plan.

--(Modification No. 7, effective May 1,

5. The Contractor shall submit to the Commission all salary actions creating or involving an annual base salary of $25,000 or more to permit t: Commission to determine that such compensation is consistent with the Contractor's industrial practice and does not represent more favorable treatment than on the Contractor's private work.

--(S. A. No. 2, effective July 1, 1964)



(Next page is 2a)

## ARTICLE II - SALARY PLANS FOR EMPLOYEES ON NONEXEMPT ROLLS

### A - SALARY PLANS

The salary plans applicable to nonexempt employees at the Plant are set forth in documents entitled, (1) "Hanford Atomic Products Operation Nonexemp Salary Manual," and (2) "Salary Administration Manual - Nonunit Weekly Salar Employees," which are on file with the Commission. Policies established und these plans and set forth in these manuals are approved by the Commission fc use under this Contract. It is agreed that, by this reference, the aforesai manuals are incorporated in the Appendix B and made a part thereof, as thoug set forth herein in full.

--(Modification No. 6, effective March 28,

### B - APPROVALS REQUIRED

1. The "Hanford Atomic Products Operation Nonexempt Salary Manual," among other things, contains nonexempt job classifications, job titles, jcb definitions, progression schedules, grades, rate ranges, preferential rates, transfer rules, and du Pont job titles and progression schedules, all of wh: have been heretofore established and approved by the Commission. All revis: to the manual affecting the substance thereof shall be subject to the appro of the Commission.

2. The "Salary Administration Manual - Nonunit Weekly Salaried Employ which covers most weekly salaried employees not in bargaining units, consis several sections and appendices. The sections have been established by the Contractor and approved by the Commission, and all revisions to these secti affecting the substance thereof shall be subject to the approval of the Com mission. Modifications to the appendices will not require the approval of the commission.

--(Modification No. 6, effective March 28,

C - CRITERIA

It is agreed by the Commission and the Contractor that:

1. The value of jobs performed by employees who are in bargaining units may be determined by collective bargaining which will be conducted by the Contractor with representatives of bargaining units at the Plant.

2. Job rates for nonexempt employees who are not in bargaining units will be controlled by the Contractor through application of the four following guides: (a) the point-system method of evaluation; (b) the comparison method of job classification; (c) relationship to salaries paid to bargaining unit employees; and (d) rates paid for comparable work in industry as determined by survey.

3. General salary adjustments and cost-of-living adjustments made by the Contractor in its commercial business may be made at the Plant, subject, however, to the duty of the Contractor to bargain collectively.

--(Modification No. 6, effective March 28, 196(

ARTICLE III - RULES GOVERNING SALARY PAYMENTS

A - APPLICABILITY

Except as stated in Article IX of this Appendix B, the provisions of Sections C through K, inclusive, and Section N of this Article III are not applicable to employees classified as fire officers (platoon) or firemen (platoon), for whom rules governing salary payments are set forth in said Article IX. --(Modification No. 29, effective June 1, 1964)

B - DEFINITIONS

1. STRAIGHT-DAY WORKER is any employee who is regularly scheduled to start work after 6:00 a.m. and end work before 6:00 p.m., exclusive of overtime, and who is not regularly scheduled to work rotating shifts which start before 6:00 a.m. or end after 6:00 p.m.



8/3/64

SHIFT WORKER is any employee other than a straight day worker, a fire officer (platoon) or a fireman (platoon).

--(Modification No. 29, effective June 1, 1964)

3. SALARY RATE with respect to all employees other than fire officers (platoon) and firemen (platoon) means the compensation paid to those employees based on the normal 40-hour workweek, exclusive of any other payments, such as outer area pay, shift differential, overtime, or any other premium payment.

The term "salary rate" with respect to fire officers (platoon) and firemen (platoon) means the compensation paid to such employees, exclusive of isolation pay, overtime and other premium payments.

The weekly salary rate for exempt employees, other than fire officers (platoon), for any month is calculated by dividing the monthly salary by the number of workdays (including holidays observed on workdays) in that month and multiplying the result by five, except that for computing overtime and other premium pay the weekly salary rate is calculated by dividing the monthly salary rate by 4.3472.

The daily rate for fire officers working on a platoon system is calculated by dividing the monthly salary by the number of scheduled duty days in that month. --(Modification No. 29, effective June 1, 1964

4. REGULAR HOURLY RATE is a term adopted solely for the purpose of convenience of reference in this Appendix B and shall mean herein the salary rate expressed as an hourly rate, plus shift differential or isolation pay, if applicable. The regular hourly rate for both exempt and nonexempt employees, except fire officers (platoon) or firemen (platoon is calculated by dividing the weekly salary rate by 40.

The regular hourly rate for nonexempt firemen (platoon) is calculated


(Next page is 4a)

8/3/64

by dividing the fixed weekly rate, including isolation pay, if applicable, by the number of hours worked in that week. If, in a particular workweek, such calculation results in an hourly rate of less than $1.25, the rate shall be $1.25.

The regular hourly rate for fire officers (platoon), for the purpose of computing overtime and other premium pay, is calculated by dividing the annual rate by 2921.3352, which is the number of scheduled annual duty hours for fire officers (platoon). --(Modification No. 29, effective June 1, 1964)

5. OUTER AREAS mean the 100 or 200 areas and their vicinity.

6. EXCUSED ABSENCE means an absence with pay under the rules set forth in this Appendix B and does not include excused absence without pay.

7. IMMEDIATE RELATIVE AND IMMEDIATE FAMILY mean either the employee's or the spouse's parent (or any person in the status of a parent), brother, sister, grandparent, child or grandchild or the employee's spouse, son-in-law or daughter-in-law. --(Modification No. 24, effective October 1, 1

8. MILITARY SERVICE means active and regular duty in the nature of training and service after induction in the Armed Forces of the United States.

9. TEMPORARY MILITARY DUTY means any duty other than as stated in paragraph 8 above, of a temporary nature, with any component of the militar forces of the United States or any state or territory.

10. CONTINUOUS SERVICE means the total elapsed time from an employee's continuity of service date, as defined in Article V of this Appendix B, less deductible absences. Continuous service with du Pont, in the cases of du Pont employees who transferred from that company to the Contractor at the Plant on September 1, 1946, under Contract No. W-31-109-Eng-52 between the Atomic Energy Commission and the General Electric Company,


(Next page is 5)

will be included in calculating an employee's continuous service for all of the Contractor's company plans and benefits except the General Electric Pension Plan and the General Electric Pensioners' Hospitalization Plan. Medical Care Plan for Pensioners

11. PART-TIME EMPLOYEE means an employee who is regularly scheduled to work less than 40 hours during each workweek.

12. DUTY DAY means a tour of duty of 24 hours in length, assigned to a fire officer or a fireman working on a platoon system. --(Modification No. 29, effective June 1, 1964)

13. GENERAL MANAGER OF THE PLANT means the General Manager of the Hanford Atomic Products Operation.

14. DEPARTMENT MANAGER will be construed to include all managers reporting directly to the General Manager of the Plant, and DEPARTMENT to include the components of which these individuals are managers.

15. SECTION means an organizational component one tier below the departmental level. SUB-SECTION means an organizational component one tier below the section level.

--(Modification No. 7, effective May 1, 1960)

C - SHIFT DIFFERENTIAL

1. Nonexempt Employees. A shift differential will be paid to nonexempt employees for all hours worked on any recognized shift which is regularly scheduled to start before 6:00 a.m. or end after 6:00 p.m. Employees who start work prior to the start of the shift to which they are assigned and continue to work into the assigned shift, or who are held over from the shift to which they are assigned, will be paid shift differential for all hours worked, if shift differential is applicable to the assigned shift. The shift differential rate, effective as of



8/3/64

October 3, 1960, is 22¢ per hour. It is agreed that the rate may be adjusted in accordance with appropriate revisions in the Nonexempt Salary Plans.

--(Modification No. 10, effective Oct. 3, 1960)

2. Exempt Employees. A shift differential will be paid to exempt employees for all hours worked on any shift which is regularly scheduled to start before 6:00 a.m. or end after 6:00 p.m. Employees working planned overtime who start work prior to the start of the shift to which they are assigned and continue to work into the assigned shift, or who are held over from the shift to which they are assigned, will be paid shift differential for all hours worked, if shift differential is applicable to the assigned shift. Shift differential, when applicable, will be paid at ten percent of earnings at the salary rate and ten percent of any overtime paid in accordance with this Article III, Section ~~H~~ I, Paragraph 2.

--(Modification No. 7, effective May 1, 1960)



8/3/64

C - ISOLATION PAY

1. Nonexempt Employees. Isolation pay (outer area pay) will be paid to nonexempt employees who report to and begin their workday in the outer areas, and to such employees on those days on which they report, in accordance with their supervisor's instructions, for periodic physical examinations at the beginning of their regular scheduled workday. The rate of isolation pay for nonexempt employees is $10.82 per week for those who receive the pay arrangement associated with participation in the General Electric Savings and Security Program, and $10.99 per week for those who receive the pay arrangement associated with nonparticipation in the Savings and Security Program.

2. Exempt Employees. Isolation pay (outer area pay) will be paid to exempt employees whose normal work assignment is in the outer areas, and who work in such areas 16 or more scheduled days within the month. The rate of isolation pay for exempt employees who are participants in the General Electric Savings and Security Program is $47.04 per month. The rate of isolation pay for exempt employees who are not participants in the Savings and Security Program is $47.76 per month. Exempt employees who work in outer areas less than 16 scheduled days within any month will be paid for that month on a pro rata basis calculated at the monthly rate for the number of days worked in the outer areas. For the purpose of calculating isolation pay, days within the month scheduled as an employee's workdays in the area but falling on holidays, vacation days and days of excused absence with pay will be considered as days worked in the outer areas.

--(Modification No. 26, effective July 1, 1963)



6/1/64

D - ABSENCES FOR PERSONAL REASONS

Absences excused under this Section D will be paid for at the employee's salary rate, adding outer area pay if applicable.

1. The employee's immediate manager may approve payments for absences for employees with one or more years of service within the following limits:

| Reason | Limit of Approval |
|---|---|
| Personal Illness | Up to 20 days in a 12-month period |
| Personal Business | Up to 5 days in a 12-month period |

2. Payment for absences beyond the limits specified above may not be approved by an employee's immediate manager but will require the approval of an individual to whom the employee's own manager or supervisor reports.

3. Section Managers may approve payments (including those described in paragraph 1) in any 12-month period to exempt employees with a year or more of service for personal illness not to exceed 35 days, plus one day for each year of service, plus one additional day for each year of service in excess of 15 years.

4. The General Manager of the Plant or Department Managers may approve payments (including those described above) in any 12-month period to:





153

a. Exempt employees for personal illness not to exceed 50 days plus two days for each year of service, plus two additional days for each year of service in excess of 15 years.

b. Nonexempt employees with less than one year of service for personal illness not to exceed 20 days.

c. Nonexempt employees with 5 years or more of service for personal illness not to exceed 20 days plus one additional day for each year of service.

d. Exempt or nonexempt employees with less than one year of for personal business not to exceed 5 days.

5. The Division General Manager may approve payments (including those described above) in any 12-month period to:

a. Exempt employees for personal illness not to exceed 65 days plus three days for each year of service, plus three additional days for each year of service in excess of 15 years.

b. Nonexempt employees for personal illness not to exceed 20 days plus two days for each year of service.

c. Exempt or nonexempt employees for personal business not to exceed ten days.

6. Department Managers and Section Managers may approve payments for absences due to death in the immediate family of an employee, regardless of the length of his continuous service, for not more than five working days for each such absence in any 12-month period. Absences with pay in excess of the five-day limit may be approved by the General Manager of the Plant or the appropriate Department Manager.

7. Exempt employees who have been working substantial amounts of unplanned or casual overtime may be granted compensating time off with pay.

8. An employee re-engaged after a break in his continuous service record, whose prior service credits are subsequently restored pursuant to Article V hereof, may be paid in accordance with the provisions of this Section D for absences subsequent to being re-engaged but occurring within one year prior to the date of restoration of service credits.

9. Approvals for payments in excess of the limitations set forth in this Section D shall be subject to the approval of the appropriate member of the Executive Office.

--(Modification No. 7, effective May 1, 1960)

E - ABSENCES FOR MISCELLANEOUS REASONS--ALL EMPLOYEES

1. Voting time. Should there be instances in which it is not possible for an employee to vote in a public election outside his regular working schedule, such an employee will be allowed time off for that purpose, with pay at the regular hourly rate.

2. Absences due to accidents compensable under workmen's compensation laws. An employee who is absent on account of compensable injury or occupational disease shall be paid an amount equal to the difference between his salary rate, adding outer area pay where applicable, but not shift differential, and the payment that he receives under workmen's compensation, until such time as he returns to work or until his compensable status is terminated by an order of the Department of Labor and Industries, Appeal Board, or court. In the event of an appeal by either the Contractor or the employee, payment of said difference shall not be made unless and until a final determination is made in favor of the employee by the appropriate agency or court.

3. Jury duty. Without respect to fees received as jurors and regardless of length of continuous service, employees will be paid full salary, excluding shift differential but including outer area pay, if applicable, while serving



155

on juries. On work days during which an employee serves as a juror, he will not be required to report for any part of his regular shift.

4. Other excused absences. Payment may be made upon the written approval of the Commission for additional absences excused by the Contractor.

--(Modification No. 7, effective May 1, 1960)

F - DEDUCTIONS FOR ABSENCES AND TARDINESSES

Deductions will be made from a nonexempt employee's pay in tenths of an hour for all absences without pay.

There will be no deduction for absences or tardinesses of one through five minutes. Absences or tardinesses of six minutes or more which are unexcused, or excused without pay, will be deducted in accordance with the following schedule:

| Absence as Shown on Time Card | Time to be Deducted |
|---|---|
| 6 through 11 minutes | 1/10th of an hour |
| 12 through 17 minutes | 2/10ths of an hour |
| 18 through 23 minutes | 3/10ths of an hour |
| 24 through 29 minutes | 4/10ths of an hour |
| 30 through 35 minutes | 5/10ths of an hour |
| 36 through 41 minutes | 6/10ths of an hour |
| 42 through 47 minutes | 7/10ths of an hour |
| 48 through 53 minutes | 8/10ths of an hour |
| 54 through 59 minutes | 9/10ths of an hour |
| 60 through 65 minutes | One hour |

The deduction for each full hour's absence will be one hour's pay; provided, however, that the employee will in any event be paid for all hours or fractional hours worked.

--(Modification No. 16, effective April 1, 1961)

G - HOLIDAYS--ALL EMPLOYEES

1. Holidays and Days Observed as Such. Employees will be paid a holiday allowance computed at their regular hourly rates for their normal daily schedules for the following nine holidays not worked:

New Year's Day
Washington's Birthday*
Memorial Day
Independence Day
Labor Day
Thanksgiving Day
Friday after Thanksgiving Day
December 24
Christmas Day

*Lincoln's Birthday will be observed as a holiday instead of Washington's Birthday when the latter falls on Tuesday, Wednesday, or Thursday.

Other than the exception noted above, these holidays shall be observed on the days on which they fall, except that when a holiday falls on the first scheduled day of rest in an employee's workweek, it shall be observed by that employee on his last preceding scheduled workday which is not an observed holiday and if the day observed as a holiday is the second scheduled day of rest in an employee's workweek, it shall be observed by that employee on his next succeeding scheduled workday which is not an observed holiday. Days observed as holidays, as identified above, are hereafter called "observed holidays." Other days designated by the Federal or State governments as holidays will be treated in accordance with this Section G H only with the written approval or ratification of the Commission.

2. Payment for Holiday Work--Nonexempt Employees.

a. In addition to his holiday allowance, an employee who works on the day he observes as any of the nine holidays listed above will be paid as follows:

(1) For work during his regular schedule, at the rate of one and one-half times his regular hourly rate for hours actually worked;

(2) For hours worked outside his regular schedule, at the rate of two times his regular hourly rate.

b. An employee who receives less than 16 hours' notice that he will be required to work on an observed holiday will receive pay in accordance with this paragraph of this Article. In addition, he will be entitled to pay for travel time in accordance with the provisions of Article III, Section H, Subparagraph 1.d.(1) and to overtime lunches in accordance with Article III, Section M. Furthermore, an employee who is sent home after reporting in accordance with instruction from his supervisor will receive not less than 4 hours' pay at his straight-time rate.

c. In determining when 40 hours have been worked in any workweek in order to apply overtime rates thereafter in said week, an observed holiday not worked, and for which a holiday allowance will be paid, will be counted as a day of work.

3. <u>Payment for Holiday Work--Exempt Employees</u>. An exempt employee who is required to work on a holiday will be paid one and one-half times his regular hourly rate for hours worked within his regular schedule, in addition to his regular salary for the day. Time worked on a holiday outside his regular schedule will be paid for in accordance with the provisions of Section H, Paragraph 2 of this Article III.

4. <u>Holiday Pay for Employees in Layoff Status</u>. In the case of employees who are laid off not more than two weeks prior to the week in which a holiday occurs, they shall be entitled to payment for a holiday not worked as if they had not been removed from the payroll.

5. <u>Employees on Illness Leave</u>. In the case of employees who are absent because of personal illness for a period of not to exceed three


(Next page is 13)

months prior to the week in which a holiday occurs, who work or report for reactivation to the payroll on their next scheduled workday following the holiday, they will be paid a holiday allowance.

--(Modification No. 26
Effective for HGU 10/7/63
Effective for HAMTC 2/24/64
Effective for Other Employees 9/30/63)

H - OVERTIME

1. Payments to Nonexempt Employees

a. All nonexempt employees will be paid: one and one-half times the regular hourly rate for hours worked in excess of eight hours per day or 40 hours per week; one and one-half times the regular hourly rate for hours worked on the first scheduled day of rest within their workweek; two times the regular hourly rate for hours worked on the second scheduled day of rest within their regularly scheduled workweek; and two times the regular hourly rate for hours worked in excess of 12 in any single workday and for hours worked after that workday until the employee shall have been away from work for six consecutive hours. For purposes of determining overtime hours worked, a workday begins when the employee starts work and ends twenty-four (24) hours later.

b. An employee will be given 48 hours' notice of each change of shift assignment. Failure to receive the 48 hours' notice will entitle the employee to payment at the applicable overtime rate for all hours worked on the new shift during said 48-hour period.

c. Overtime will be calculated in tenths of an hour in accordance with the following schedule:



159

Overtime as Shown on Time Card

| Continental Time | Standard Time | Time Paid For |
|---|---|---|
| 1/10th of an hour | 1 to 5 minutes | 1/10th of an hour |
| 2/10ths of an hour | 6 to 11 minutes | 2/10ths of an hour |
| 3/10ths of an hour | 12 to 17 minutes | 3/10ths of an hour |
| 4/10ths of an hour | 18 to 23 minutes | 4/10ths of an hour |
| 5/10ths of an hour | 24 to 29 minutes | 5/10ths of an hour |
| 6/10ths of an hour | 30 to 35 minutes | 6/10ths of an hour |
| 7/10ths of an hour | 36 to 41 minutes | 7/10ths of an hour |
| 8/10ths of an hour | 42 to 47 minutes | 8/10ths of an hour |
| 9/10ths of an hour | 48 to 53 minutes | 9/10ths of an hour |
| One hour | 54 to 59 minutes | One hour |
| One hour and 1/10th | 60 to 65 minutes | One hour and 1/10th |

d. Time credited to employees in calculating overtime payments will include:

(1) In the case of a call-in for emergency work, the time spent in traveling by the special transportation provided by the Contractor, from the employee's home to the point at which the work is to be performed and return, or, if such special transportation is not provided, a travel-time allowance as follows:

| Area | Travel-Time Allowance (Each Way) |
|---|---|
| 100-B, 100-C, 100-D, 100-DR, 100-H, 100-K, and White Bluffs | 1 hour, 15 minutes |
| 100-F, 200-E, and 200-W | 1 hour, 10 minutes |
| 300 | 40 minutes |
| Riverland | 1 hour, 25 minutes |
| Hanford and Pistol Range | 1 hour, 5 minutes |



160

(2) In the case of overtime scheduled in advance, or overtime resulting from the extension of the normal workday, the time spent waiting for special transportation provided for return home when the usual transportation facilities are not available.

e. One and one-half times the regular hourly rate will be paid for hours worked during a call-in, except under the following conditions under which two times the regular hourly rate will be paid for hours worked during the call-in:

Hours worked during a call-in which falls on the second scheduled day of rest in the workweek.

Hours worked during the period commencing at 11:48 p.m. and ending at 7:48 a.m.

Any other provisions of this Appendix notwithstanding, a minimum payment of four hours' straight-time pay at the regular hourly rate will be paid for each call-in, including travel time, as set forth in Paragraph 1, Subparagraph a, of this Section H, without regard to the number of actual hours worked.

f. Overtime for call-ins on holidays will be paid for as follows:

(1) If the hours worked on a holiday fall within the work schedule the employee would have worked had it not been a holiday, one and one-half times his regular hourly rate will be paid for the hours worked, in addition to his holiday allowance.

--(Modification No. 26
Effective for HGU 10/7/63
Effective for HAMTC 2/24/64
Effective for Other Employees 9/30/63)

(2) If the hours worked fall outside of the hours the employee would have worked had it not been a holiday, two times his regular hourly rate will be paid for the hours worked in addition to his



161

salary for the day at the regular hourly rate.

(3) If the hours worked fall both during and outside of the hours the employee would have been regularly scheduled to work had it not been a holiday, payment will be made as provided in Subparagraphs (1) and (2) above, for the time in each category.

g. Nonexempt employees who are given firm notice to report for call-in or scheduled overtime shall receive an amount equivalent to two hours' pay at their straight-time rate if such notice is cancelled after they have completed their last regular schedule and prior to the starting time of such overtime assignment.

2. Payments to Exempt Employees.

a. An exempt employee will be paid for planned overtime worked at the rate of time and one-half on $7,500 of his annual salary rate, and at the straight-time rate on the remainder. Variable and irregular time outside of regular work schedule per week which is worked by exempt salaried employees without being required to do so by their supervisors is considered to be "casual" overtime for which employees will not be paid overtime. Time outside of regular work schedule per week which is worked by exempt salaried employees at the request of their supervisors under an approved, predetermined, and definite work schedule is "planned" overtime. Planned overtime may consist of either or both: hours worked in addition to the regular eight-hour schedule on a regular workday, or hours worked on either or both of the two regularly scheduled days of rest. Under bona fide emergency conditions as determined by the Contractor, overtime hours worked by an exempt employee when instructed to do so by his supervisor may be deemed planned overtime hours.

b. Absences which occur during a week in which planned overtime is worked shall not reduce the payment for such overtime worked in that week.



16

c. No payments will be made for planned overtime performed by employees in the management group reporting directly to the General Manager of the Plant.

3. Pyramiding. Except as provided in this Section H, Subparagraphs 1.b., 1.e. and 1.f., and in Section J, under no combination of circumstances shall the total compensation paid to an employee for overtime exceed two times the regular hourly rate.

4. Contractor Control. The Contractor shall observe the following procedure for the approval and control of overtime: control levels which are expressed as percentages of total available man-hours for a 40-hour week will be established in advance by each Department Manager for the components reporting directly to him. Each Section Manager may then approve overtime within these control levels. When it appears that the upper control level for a Section is to be exceeded in any calendar quarter, the approval of the Department Manager will be required. Records of actual overtime will be maintained and comparisons will be made with approved controls within each Department.

5. Commission Approvals. Approval of the Commission will be required for planned overtime in the event the overtime includes more than fifty percent of the personnel in an organizational component for a period in excess of four weeks. For this purpose an organizational component is a Sub-section, except that a Section will be considered an organizational component if it has no subdivisions. However, such approval is not required when less than fifty employees in the organizational component are to work the planned overtime schedule.

--(Modification No. 7, effective May 1, 1960)

I - VACATIONS--ALL EMPLOYEES

1. Service Requirements. Annual vacations with pay will be granted to employees as follows:

| Continuous Service | Vacation with Pay |
| --- | --- |
| 52 weeks but less than 10 years | 2 weeks |
| 10 years but less than 20 years | 3 weeks |
| 20 years or more | 4 weeks |

--(Modification No. 26, effective Jan. 1, 1964)

2. Eligibility Requirements

a. The vacation in each calendar year (hereinafter called "vacation year") to which an employee shall be entitled under the preceding provisions of this Article shall be equal to the totals of:

(1) The vacation to which his continuous service as of the last scheduled workday in the last workweek of the year immediately preceding the vacation year entitles him, and

(2) Any additional vacation to which his continued accumulation of continuous service shall entitle him during the vacation year.

b. An employee who quits, is discharged, or retires will promptly thereafter receive the full vacation allowance to which he may then be entitled. In the case of employees who die, vacation allowances will be treated as wages owing the employee, and payment made accordingly.

--(Modification No. 26, effective Jan. 1, 1964)

3. Payments. Vacation payments will be made on the following basis:

a. All payments to employees will be based upon the greater of (1) the employee's regular hourly rate in effect at the time the vacation is taken, excluding any shift differential and outer area pay; or (2) the employee's regular hourly rate in effect during the last fiscal



6/1/64

164

week worked by him during the year preceding the vacation year, excluding shift differential and outer area pay. Vacation payments will include shift differential and outer area pay which the employee would have received had he worked during the vacation period.

b. The minimum weekly payment to an employee will be the employee's earnings for a 40-hour week; except that the minimum weekly payment to a part-time employee will be based on his regularly scheduled work week for the last week worked during the preceding calendar year, whichever is greater, but not exceeding 40 hours.

c. The weekly payment to an employee who has been working an extended schedule will be based on the average hours worked per week during the 12-month period ending with the last fiscal week (as determined by the G. E. fiscal calendar) of the calendar year immediately preceding the vacation year in accordance with the following:

| Average weekly hours worked during fiscal period | Hours to be used in calculating vacation pay |
|---|---|
| 40 hours but less than 42 | 40 hours |
| 42 hours but less than 42.5 | 42 hours |
| 42.5 hours but less than 43.5 | 43 hours |
| 43.5 hours but less than 44.5 | 44 hours |
| 44.5 hours but less than 45.5 | 45 hours |
| 44.5 hours but less than 46.5 | 46 hours |
| 46.5 hours but less than 47.5 | 47 hours |
| 47.5 hours and higher | 48 hours (Maximum) |

No overtime premium will be added to vacation payment for hours in excess of 40. Hours "worked" will be deemed to be all hours paid for in accordance with the provisions of this Appendix B, including absence

hours for attendance at an Armed Services encampment or other Armed Services training program.--(Modification No. 11, effective Jan 1, 1961)

4. Holidays within Vacation Period. In the event a holiday falls on the employee's scheduled workday while the employee is absent on vacation, the holiday will be considered a holiday rather than a vacation day, and the vacation period will be extended accordingly.

5. Leave of Absence. An employee eligible for a vacation who is granted a leave of absence without pay, or is absent because of sickness, accident, or layoff because of lack of work, may, with the Contractor's approval, have part of such absence designated as the period of any vacation to which he may then be entitled.

--(Modification No. 26, effective Jan. 1, 1964)

6. Deferment of Vacation. An employee may, in accordance with approval routines established by the Contractor, defer all or a portion of his annual vacation to the following year. In the event that the employment of an employee who has deferred any portion of his annual vacation is terminated for any cause before such deferred vacation is taken by the employee, the employee will be paid a vacation allowance therefor.

--(Modification No. 26, effective Jan. 1, 1964)

7. Vacation Allowances. Pay in lieu of a vacation may be granted under the following circumstances:

a. Employees qualified for a vacation who quit, resign, are discharged, or retire will receive the full vacation allowance.

b. The heirs or legal representatives of deceased employees who, if living, would have been entitled to vacation allowance under Subparagraph a. above, will be paid accordingly.



6/1/64

166

c. An eligible employee who does not take his vacation for the current year, due to the requirements of his work, will be granted a vacation allowance.

d. Where an employee's absence from work continues beyond the end of a vacation year and the employee did not receive in such vacation year the full vacation pay for which he had qualified, the employee will receive, at the end of such absence or upon prior termination of service, a vacation allowance in lieu of any vacation to which he was still entitled at the end of the vacation year.

8. Transfers. The vacation payment made to any employee transferred to or from the Plant payroll but within the Company (including affiliates) will be prorated between components of the Company in such a manner that the component from which the employee is transferred will stand:

(1) The amount of vacation accrued at December 31 of the prior year, plus

(2) That portion of the amount of vacation payment to be made to the employee for the current year corresponding to the period of his employment by the component from which he was transferred, less

(3) Any vacation payments made in the current year prior to the date of transfer.

--(Modification No. 7, effective May 1, 1960)

J - REPORTING TIME

Nonexempt employees who are sent home for lack of work after reporting in accordance with their regular work schedule, or in accordance with instructions, will receive not less than the equivalent of four hours'


(Next page is 21)

pay at their straight-time rates, together with shift differential, if applicable. In addition, the employee will be paid isolation pay if he reported in the outer areas.

--(Modification No. 7, effective May 1, 1960)

K - DEATH ALLOWANCES

In the event of the death of an employee in pay status who has had more than one year of continuous service, payment of his salary at the regular hourly rate may be made to the surviving spouse, or if none, to the children, or if none, to the father or mother of the deceased, for remainder of the pay period; provided, however, that if the employee had been granted an excused absence by reason of personal illness in the period immediately preceding his death, at a reduced rate of pay, the payments authorized under this Section K shall be at such reduced rates. --(Modification No. 7, effective May 1, 1960)

L - PAYMENT IN LIEU OF NOTICE

It is the Contractor's policy at the Plant to give not less than one month's notice to all exempt employees, and two weeks' notice to all other employees whose services are no longer required. In the event that the services of an employee cannot be productively utilized during the period of notice, or if his presence on the project during the notice period is not desired, the Contractor is authorized, in specific cases where it is considered justifiable because of attendant circumstances, to pay the employee's salary at his regular hourly rate for the notice period and to release him forthwith. The Commission will be notified when such cases occur.

--(Modification No. 16, effective April 1, 1961)

M - OVERTIME LUNCH PROVISIONS

Employees may be provided with lunches, without charge, and an opportunity to eat such lunches on Company time, after completing approximately 10 consecutive hours of work (excluding the regular lunch period) and at approximately six-hour intervals thereafter. This provision will include exempt employees working either planned or casual overtime. Employees called in for emergency work will be provided lunches, without charge, and an opportunity to eat such lunches on the Contractor's time, at approximately six-hour intervals.

--(Modification No. 7, effective May 1, 1960)

N - TRAVEL TIME

1. Nonexempt employees.

a. In cases in which an employee is not absent in travel status overnight, authorized time spent in off-project travel required in a day's work, both within and outside the employee's regular daily schedule for working hours, will be considered as hours worked except that time spent for meals during the employee's regular work shift which fall within the travel period will be deducted. The provisions of Section M, above, with respect to the intervals at which meals will be provided outside of regular working hours, and payments for time spent eating such meals, will govern cases in which employees are not absent in travel status overnight. --(Modification No. 23, effective November 1, 1962)

b. In cases when employees are authorized to travel on official business and stay away from home overnight, hours worked will include (1) travel time falling within the employee's regular daily schedule

of working hours (including such time on Saturdays, Sundays, and holidays); (2) time between 11:00 p.m. and 7:00 a.m. unless adequate sleeping accommodations are provided; and (3) one hour for trip preparation.

c. Time spent in operating motor vehicles during off-project travel is work time and the rules set forth in b. above are not applicable thereto.

2. Exempt Employees. An exempt employee traveling on official business will receive compensation for each scheduled workday he is in travel status, including scheduled planned overtime as defined in Section H, Paragraph 2 of this Article III.

O - GRIEVANCE COMMITTEE TIME - NONEXEMPT EMPLOYEES (BARGAINING UNITS)

The Stewards and employee members of the Grievance Committee representing the various Bargaining Units shall be paid at their straight-time rates for time spent processing grievances during their regularly scheduled working hours.

P - CONDITIONS OF BARGAINING UNIT AGREEMENTS

Payments made to employees to meet the conditions of a contract with a certified bargaining unit, which provisions are not otherwise set forth in Article III of this Appendix B, or in the Hanford Atomic Products Operation Nonexempt Salary Manual described in Article II of this Appendix B, will be allowed by the Commission to the Contractor.

--(Modification No. 7, effective May 1, 1960)

* * *

--(Section Q deleted by Modification No. 26)

## ARTICLE IV - EMPLOYEE BENEFIT PLANS

### A - GROUP INSURANCE

1. The Contractor shall be reimbursed the net costs to the Plant of the General Electric Insurance Plan. Said Plan provides for life insurance, accidental death or dismemberment insurance, weekly sickness and accident insurance, and comprehensive medical expense insurance for employees of the Plant; maternity benefits insurance for female employees and dependent wives of male employees; comprehensive medical expense insurance for dependents of employees; life insurance for pensioners; and for comprehensive and other medical insurance for pensioners and for their dependents, all in accordance with the General Electric Insurance Plan as described in the booklet entitled "General Electric Insurance Plan with Comprehensive Medical Expense Benefits, revised September 30, 1963," identified with the symbol ERB-32B, and in the booklet entitled "General Electric Medical Care Plan for Pensioners," identified with the symbol ERB-107A. It is understood that the Plan includes all of the provisions described in the aforesaid booklets as either or both of them may be amended from time to time. Copies of the aforesaid booklets have been delivered to the Commission. --(Modification No. 30, effective June 1, 1964)

2. Plan costs will be allocated to the Plant on the same basis as they are allocated to other components of the Contractor. The Commission has been advised of the current formula for allocating such costs. In the event of a revision of this method, the Commission will be provided with the revised formula. Additionally, (a) in the event of a reduction in the Contractor's force at the Plant of 15% or more in any one calendar year by reason of a change in the scope of the work or a transfer of functions to other contractors, currently continuing costs, plus additional costs not covered by the normal method of allocation, in accordance with General



8/3/64 171

Electric Company General Accounting Procedures No 38.3, shall be reimbursed to the Contractor, and (b) upon expiration or termination of this Contract, costs specified in Article XIX ("Term and Termination") shall be reimbursed in accordance with the provisions of that Article. --(Modification No. 30, effective June 1, 1964)

B - SAVINGS AND STOCK BONUS PLAN

1. The Plan. The General Electric Savings and Stock Bonus Plan (hereinafter called "The Plan"), which is applicable to employees of the Plant, is described in a booklet entitled, "General Electric Savings and Stock Bonus Plan, as amended July 22, 1955," further identified by the symbol, "ERB-31." Copies of this booklet have been delivered to the Commission. The Contractor shall be reimbursed by the Commission for costs incurred, with respect to employees of the Plant, under the terms of said Plan, as it was amended by the Board of Directors of the General Electric Company on November 21, 1958 (a copy of said amendment having been furnished to the Commission), and as the Plan may be amended from time to time in accordance with its terms.

--(Modification No. 2, effective July 14, 1959)

2. Reimbursable Costs. Insofar as General Electric common stock is concerned, reimbursable costs under this Contract shall be based on the total number of shares of stock (including any fractional interests in shares) which represent the 15 per cent stock bonus allocable to employees participating in the Plan while on the Plant payroll, less the total number of shares (including any fractional interests in shares) which may have been forfeited pursuant to the Plan by Plant employees. The cost of the stock bonus allocated to the Plant is based on bonds purchased by each employee during the period the employee was on the Plant payroll, less withdrawals and forfeitures. Withdrawals refer to bonds withdrawn from the Plan by employees during the current year, representing the current year's purchases. Forfeitures refer to the actual forfeiture of stock

contingently credited to the individual employee accounts for bonds purchased under the Plan during previous years and withdrawn in the current year. Withdrawals and forfeitures are credited to the Plant, if the employee was on the Plant payroll at the time of withdrawal or forfeiture. If the employee is no longer employed by the Contractor, withdrawals and forfeitures are credited to the Plant if the employee last worked for the Contractor while on the Plant payroll. Such reimbursable costs shall be calculated at a price per share equivalent to the average of the high and low market price on the New York Stock Exchange for General Electric common stock on the day of the contribution of such stock bonus shares to the General Electric Stock Bonus Trust, plus the applicable Federal transfer tax. An additional Federal and New York State stock transfer tax will be paid when the stock is delivered to participants upon completion of the five-year holding period and the tax applicable to employees of the Plant will be a reimbursable cost. The tax applicable to the Plant will be based on the number of shares of stock delivered to employees while on the Plant payroll and to individuals no longer employed by the Contractor when such employees last worked for the Contractor while on the Plant payroll.--(Modification No. 2, effective July 14, 1959)

3. Refunds to the Government. Subsequent to the termination or expiration of this Contract, the Contractor shall make appropriate refunds to the Government annually for shares of stock (including fractional interests in shares) which may be forfeited subsequent to such termination or expiration by employees and former employees by withdrawal of bonds purchased under the Plan while on the Plant payroll. The period for the determination of such refunds shall terminate five years from January 1

of the year following year in which the Contract shall terminate. Such refunds shall be calculated at the closing market price per share for General Electric Company stock on the New York Stock Exchange at the end of each month during a calendar year in which shares (including fractional interests in shares) are forfeited times the number of shares forfeited that month. Payment for such shares will be made annually on or about the date General Electric Company makes its contribution of stock bonus shares to General Electric Stock Bonus Trust. Notwithstanding anything to the contrary in this Contract, in the event of termination of the Plan, the Contractor shall be released from all liability except for refunds payable hereunder prior to the effective date of the termination of the Plan.

C - BENEFITS FOR EMPLOYEES ENTERING AND RETURNING FROM THE ARMED FORCES

The policy of the Contractor with respect to employees who enter military service in the Army of the United States, United States Navy, United States Marine Corps, Air Force of the United States, Unites States Coast Guard, National Guard, or Air National Guard, hereinafter referred to as the "Armed Forces," is as follows:

1. Continuity of Service

a. Except as otherwise provided herein, an employee who has left or leaves a position for the purpose of entering active military service in the Armed Forces subsequent to June 24, 1948, and who satisfactorily serves between June 24, 1948, and August 1, 1961, for not more than four years (plus any involuntary extension) and the total of his service performed after August 1, 1961, does not exceed four years (plus any involuntary extension), provided he makes application for re-employment within 90 days after he is relieved from such training or service or from



12/12/61

174

hospitalization continuing after discharge for a period of not more than one year, shall be considered to be on a leave of absence

(1) for the period between the date on which he leaves his position and the date on which he enters military service, up to 30 days, and

(2) for the period of such service, and

(3) for an additional period terminating on the date of the employee's re-employment, provided he returns to work within 90 days.

An employee who left a position for active military service subsequent to May 1, 1940, and who had no break in his military service exceeding 90 days and who did not voluntarily extend his active military service otherwise terminating after June 24, 1948, by any additional period exceeding four years, shall be considered to be on a leave of absence for the periods described above.

--(Modification No. 20, effective August 1, 1961)

b. An employee who has left or leaves a position on or after September 10, 1960, for an initial period of active duty for training for not less than three consecutive months in a reserve component of the Armed Forces and who applies for re-employment within 31 days after (a) his release from such active duty for training after satisfactory service, or (b) either his discharge from hospitalization incident to such duty or one year after his scheduled release from training, whichever is earlier, shall be considered to be on leave of absence for the period described in (1), (2), and (3) of Paragraph a. above.

--(Modification No. 12, effective Sept. 10, 1960)

c. An employee not covered by Paragraphs a. or b. who has left or leaves a position on or after September 10, 1960, for the purpose of being inducted into, entering, determining his physical fitness to enter, or performing training duty in the Armed Forces, provided he reports for work promptly following his release or rejection, or discharge from hospitalization incident to such training or rejection, shall be considered to be on leave for such period.

--(Modification No. 12, effective Sept. 10, 1960)

d. An employee who is a member of the National Guard, or similar state organization, who has left or leaves a position to perform local or state duty on occasions like inauguration or parades or in emergencies such as floods, fires, prison breaks, etc., shall be granted a leave of absence for such period. --(Modification No. 15, effective Sept. 10, 1960)

e. The grace periods prior to and following military service, as set forth in subparagraphs a, b, c and d of this Paragraph 1, may, under extenuating circumstances, be exceeded upon approval of the Contractor as determined by the merits of each case.

--(Modification No. 15, effective Sept. 10, 1960)

2. Pay Allowances

a. Military duty pay allowances equivalent to one month's pay at the salary rate shall be granted to employees having 52 or more weeks of continuous service who enter the Armed Forces for active military duty. Shift differential and isolation pay may be added if they are applicable. Except as set forth in subparagraphs b. and c. below, the month's military duty allowance is applicable only to employees who have enlisted or have received their induction notice while actively at work (or who are receiving pay while absent) and who enter service within 30 days.

--(Modification No. 20, effective August 1, 1961)

b. If an employee initially enters the Armed Forces for active duty for training for three to six months under the Reserve Forces Act of 1955 and then transfers directly from active duty for training status to active military duty status, the employee (if otherwise eligible at the time of entry into active duty for training), upon going on active duty shall be granted a military duty allowance equivalent to one month's pay, less the gross amount of the military duty pay differential granted in connection with the employee's active duty for training service.

--(Modification No. 20, effective August 1, 1961)

c. If an employee who enters the Armed Forces for active duty for training thereafter returns to civilian status but without returning to work for the Company, and within 31 days of completion of active duty for training enters active military duty, the employee (if otherwise eligible at the time of entry into active duty for training), upon going on active duty, shall be granted a military duty allowance equivalent to one month's pay, less the gross amount of any military duty pay differential granted in connection with the employee's active duty for training service. No military duty allowance shall be payable where the interval between active duty for training and active military duty exceeds 31 days (with no return to active Company work during such interval).

--(Modification No. 20, effective August 1, 1961)

d. If an employee enters the Armed Forces for active duty for training, then returns to active work with the Company, and subsequently enters the Armed Forces for active military duty, the employee (if otherwise eligible) shall be granted a military duty allowance equivalent to one month's pay, with no deduction for any military duty pay differential granted in connection with the employee's active duty for training service.

--(Modification No. 20, effective August 1, 1961)

e. Military duty pay differential shall be granted to employees having 52 or more weeks of continuous service who initially enter the Armed Forces for active duty for training for three to six months under the special enlistment programs authorized by the Reserve Forces Act of 1955. The military duty pay differential is applicable only to employees who have enlisted or have received their induction notice while actively at work (or who are receiving pay while absent) and who enter service within 30 days. Such military pay differential shall be the amount by which the employee's salary at the regular hourly rate for the first 17 days of military duty, based on the number of normal working days included in these first 17 days, calculated on the basis of a work week up to a maximum of 40 hours exceeds the pay (exclusive of payments made as allowances, such as subsistence, rental, and travel allowances) received from the Government for the number of normal working days included in the 17-day period.

--(Modification No. 20, effective August 1, 1961)

f. Payment of military pay differentials for reasons as shown below may be authorized by managers for nonexempt employees having 52 or more weeks of continuous service and for all exempt employees. These military pay differentials are not applicable to employees who are absent with service protected; the basis for calculating a differential is current normal earnings and unless the employee was actively at work or receiving earnings just prior to leaving no differential could be paid. These differentials are equal to the amount by which the salary at the regular hourly rate, calculated on the basis of a work week up to a maximum of 40 hours, which the employee has lost by virtue of such absence, exceeds pay received from the Federal or State Government for the number of normal working days included in the period of absence shown (exclusive

of payments made as allowances, such as subsistence, rental, travel allowances). The maximum annual periods for which these military pay differentials may be granted are as follows:

| Reason for Absence | Annual Maximum Duration Military Pay Differential |
|---|---|
| (1) To attend annual encampments or perform training duty in the Armed Forces, State or National Guard. | Pay differential for the first 17 days of military service in a calendar year based on the number of normal working days included in such 17 days. Exception--There may be isolated cases where management, in order to meet important operating requirements, may make requests of the employee that may conflict with his attending 48 weekly drills. In such cases a reservist who misses in excess of 10% of the required annual drills may be required to perform training duty for a period of 30 days. Where the employee can establish that such management request was made and can explain satisfactorily why he could not utilize the other available means of meeting the |

| | |
|---|---|
| | requirements (correspondence courses or weekend drills) a pay differential for up to 30 days may be approved by the Department General Manager. |
| (2) Ordered to perform emergency duty in National Guard, as in case of flood. | Four weeks |
| (3) Reservists ordered to take preinduction physical or to present deferment request. | Seven days |
| (4) To take Armed Forces refresher courses during normal working hours. | Two weeks, less any previous period in calendar year for which military pay differential was granted. |
| (5) Officially requested to participate in burial of war dead when returned from overseas. | No loss of pay |

--(Modification No. 20, effective August 1, 1961)

3. Insurance Plan. An employee entering the Armed Forces may continue his General Electric group insurance for himself and his dependents in accordance with and for the periods prescribed in the Company's plan as set forth in the booklet entitled, "General Electric Insurance Plan, with Comprehensive Medical Expense Benefits, Revised October 2, 1960," identified with the symbol ERB 32A, and as it is amended from time to time.--(Modification No. 12, effective Sept. 10, 1960)

4. Pension Plan. An employee granted a leave of absence to enter the Armed Forces and credited with continuous service for the period of his leave, will also be credited with such period of service in connection with the Pension Plan, providing he was participating in the Plan prior to his absence, or had not completed one year of continuous service at that time. In the latter case, "credited service" shall date from the continuity of service date of the employee provided he participates in the Plan within three months of his re-employment date. --(Modification No. 7, effective May 1, 1960)

5. Savings and Stock Bonus Plan. Subscriptions to the Savings and Stock Bonus Plan cease when an employee leaves the payroll. Series E Bonds purchased under the Plan may be left on deposit for the five-year period as described in the Plan and accrue a 15% bonus in GE Stock.--(Modification No. 7, effective May 1, 1960)

6. Savings and Security Program. Subscriptions to the Savings and Security Program cease when an employee leaves the payroll. However, he may leave the amount to his credit with respect to his payroll deductions savings in the Program until the expiration of the holding period, as described in the Program. He will then become entitled to, and will be given, the proportionate Company payments to his credit.--(Modification No. 7, effective May 1, 1960)

7. Vacations.

a. An employee leaving the Contractor to enter the Armed Forces who is eligible for and who has not taken his vacation for the calendar year will

receive the full vacation allowance for which he is qualified by length of service at the time of leaving.

b. On re-employment, an employee whose continuity of service is unbroken (credited military service being included) and who has not worked during the last full calendar week of the calendar year preceding his return to work, will receive a vacation or a vacation allowance for which qualified by length of service, after he has worked a period of one month in the current vacation year. Any such employee who is re-employed too late in the calendar year to work a month in that vacation year will be paid a vacation allowance.--(Modification No. 7, effective May 1, 1960)

8. Re-employment. An employee who meets all of the requirements relating to leaves of absence for military service may, upon satisfactory completion of military service, be restored to employment in his former position or a position of like seniority status and pay if he is still qualified to perform the duties of such a position and if the Contractor's circumstances have not so changed as to make it unreasonable or impossible so to restore him.--(Modification No. 7, effective May 1, 1960)

9. Educational Opportunities. An employee eligible under the rules given in Paragraph 1 of this Section C, who takes advantage of the educational opportunities provided by Federal law will receive credit for his prior service plus the time spent in military service if:

a. He notifies the Company within the 90-day period following his release from active military service that he wishes to take advantage of the educational provisions of Federal law; and

b. He presents satisfactory evidence that he has attended school in accordance with the provisions of the law; and

c. He obtains a position with the Company as his initial employment



7/20/60

(Next page is 36a)

182

upon completion of his educational course; and

d. His absence after release from the Armed Services has not exceeded the total of his military service plus his prior continuous service with the Company.

Time actually spent in taking such courses will not be credited as Company service.--(Modification No. 7, effective May 1, 1960)

10. United States Public Health Service. The policy of the Contractor with respect to employees who enter duty in the United States Public Health Service is substantially the same as is the policy set forth in the preceding paragraphs of this Section C pertaining to employees who enter military service in the Armed Forces, except that no military duty allowance is usually

paid to employees entering the United States Public Health Service.--(Modification No. 7, effective May 1, 1960)

D - SUGGESTION AWARDS

It is the Company-wide policy of the Contractor to grant cash awards to employees for suggestions for the improvement of methods of operation and for the improvement of health and safety conditions. The cost of such awards to employees at the Plant will be reimbursed to the Contractor by the Commission as hereinafter provided.

1. For each calendar year, the Contractor will make a request to the Commission for authorization to make total awards of not to exceed a sum which shall represent the normally anticipated expenditures for this purpose, based on average Company practice and taking into account the number of eligible employees at the Plant in relation to the number of eligible employees in the Company as a whole.

2. Upon approval by the Commission of a named sum as the maximum total awards for a stated calendar year, the Contractor shall administer the Suggestion Plan at the Plant and make individual awards without further Commission concurrence, provided that only one award exceeding $1,000 may be made in any calendar year without the prior approval of the Commission; each successive award in excess of $1,000 made thereafter in that calendar year shall be subject to the approval of the Commission; and provided further, that in the event any award is in excess of the highest individual Company award then of record, it shall be subject to the prior approval of the Commission.

3. In the event it should appear that awards made during any one calendar year will exhaust the maximum stipulated in Paragraph 1 above before the end of that year and the sum so established will be inadequate



7/20/60

184

for the proper administration of the Plan, the Commission shall give consideration to a request for an increase in the maximum for that year, provided evidence is submitted by the Contractor to show that:

a. The average award granted to employees of the Plant during the calendar year in question has not exceeded the highest Company-wide average for any one of the preceding three years.

b. The average of the percentage ratios of awards to annual savings (computed for each award and then averaged) has not exceeded, for the current calendar year, the Company average for the preceding year.

4. The General Manager of the Plant shall furnish the Commission annually with a certification that all awards have been made in accordance with the provisions of the Company Plan as set forth in the General Electric Suggestion Plan Policy Manual, except as modifications have been agreed upon between the Commission and the Contractor.

E - SAFETY AWARDS

The cost of making safety awards to employees of the Plant, upon the terms and conditions hereinafter set forth, shall be allowed by the Commission to the Contractor.

1. Safety awards are to be made to all employees of the Plant whenever the number of consecutive calendar days without a disabling injury (as the term is defined by the American Standards Association) reaches the levels in the following table:

| Exposure Hours Per Month | Safety Council Award | Dept. Mgrs.' Award | HAPO Gen.Mgr's. Award |
|---|---|---|---|
| | | Additional Days Required | |
| 1,225,000 - 1,250,000 | 108 | 108 | 108 |
| 1,250,001 - 1,275,000 | 107 | 107 | 107 |
| 1,275,001 - 1,300,000 | 106 | 106 | 106 |
| 1,300,001 - 1,325,000 | 105 | 105 | 105 |
| 1,325,001 - 1,350,000 | 104 | 104 | 104 |
| 1,350,001 - 1,375,000 | 103 | 103 | 103 |
| 1,375,001 - 1,400,000 | 102 | 102 | 102 |
| 1,400,001 - 1,425,000 | 101 | 101 | 101 |

--(Modification No. 19, effective Oct. 1, 1961)

2. Evidence of a disabling injury which is not established as a disabling injury at the time of occurrence shall not affect any awards made during the period from the date of the injury until the date it is established as a disabling injury. If a disabling injury is not established as such until a year or more after the date of its occurrence, no adjustments in the qualifying periods for subsequent awards will be made. If a disabling injury is established in less than one year after the date of its occurrence and if one or more awards have been made during the period from the date of injury to the date of establishment as a disabling injury, then the day of the last preceding award shall be assumed to be the day of disabling injury, and eligibility for the Safety Council Award shall be calculated from the day after such last preceding award. Succeeding awards shall be calculated in the normal way from the same starting date.

3. The approximate cost of awards per employee are: Safety Council, $3.00; Department Managers', $5.00; and HAPO General Manager's, $7.00.

--(Modification No. 15, effective August 1, 1961)

4. The no-accident record achieved in winning any of these awards may be credited toward the next higher award unless the continuous injury-free period is broken subsequently.

5. When the number of consecutive calendar days without a disabling injury is sufficient for a HAPO General Manager's Award, additional consecutive calendar days without a disabling injury will be credited toward additional HAPO General Manager's Awards. Such additional awards may be made when the additional consecutive injury-free days equal in number the difference between those required for a Department Managers' Award and those required for a HAPO General Manager's Award. Additional HAPO General Manager's Awards may be made until such time as the injury-free record is terminated by a disabling injury.

--(Modification No. 15, effective August 1, 1961)

6. The cost of awarding lapel buttons and other suitable safety emblems shall also be reimbursable hereunder.

--(Modification No. 1, effective July 14, 1959)

F - PATENT APPLICATION PAYMENTS

Awards will be made to employees or former employees of the Contractor for patent applications signed at the request of the Commission covering inventions and discoveries made during their employment at or for the Plant. Each award will be in the amount of $125.00, payable in part in a share (or shares) of General Electric Company $5 Par Value common stock, and the remainder in cash, except that the award on an invention report submitted to the Contractor prior to January 1, 1954, will consist of three (3) shares of General Electric Company $5 Par Value common stock, plus an additional cash award in conformity with Company policy, not to exceed $55. The value of the stock, for the purpose of determining the cost of the award, will be the market value at the closing price on the New York Stock Exchange on the nearest day of sale preceding the date on which the request for the issuance

by the Commission to the Contractor. The cash, bonds and stock forfeited by employees of the Plant under the provisions of the Program shall be taken into account in determining the net cost to the Plant. Forfeitures are credited to the Plant if the employee last worked for the Contractor while on the Plant payroll. Reimbursable costs shall include stock transfer taxes and brokerage fees. The reimbursable cost of the General Electric stock transferred to the General Electric Savings and Security Trust shall be calculated at a price per share equivalent to the average of the high and low prices on the New York Stock Exchange for such stock on the day the stock is transferred to the Trust, or in the event the Company exercises its option to substitute for part or all of the stock to be so transferred an equivalent amount of cash, the reimbursable cost for that portion of stock not transferred shall be computed at the closing market price of the stock on the New York Stock Exchange on the last trading day prior to the transfer of such cash to the Trust.

--(Modification No. 30, effective June 1, 1964)

3. <u>Termination or Expiration of Contract</u>. The termination or expiration of this Contract shall, for the purpose of the administration of the Program by the Contractor under this Contract, be considered a permanent Plant closing under the applicable provisions of the booklets described in Paragraph 1 of this Section L, Article IV, if at the time such termination or expiration occurs, it is deemed by the Contractor to be permanent.

--(Modification No. 30, effective June 1, 1964)

## M - PERSONAL ACCIDENT INSURANCE

Effective July 1, 1960, the Contractor has made accidental death and dismemberment insurance available to its employees under a plan described in a booklet entitled, "Personal Accident Insurance for Accidental Death

and Dismemberment," identified with the symbol E&B-105, copies of which have been delivered to the Commission. Costs incidental to administering the plan at the Plant shall be considered allowable expenses.

--(Modification No. 8, effective June 1, 1960)

N - INCOME EXTENSION AID PLAN

1. Eligibility. A nonexempt employee with three or more years of continuous service will, in accordance with the following provisions, have available an income extension arrangement for use in the event of layoff for lack of work or Plant closing. Continuous service shall be determined in accordance with the provisions of Article III, Section A, Paragraph 10 of this Appendix B.

--(Modification No. 26
Effective for HGU 10/7/63
Effective for HAMTC 2/24/64
Effective for Other Employees 9/30/63)

2. Computation of Income Extension Aid.

a. Income extension aid shall be computed on the basis of one week's pay for each of the employee's full years of continuous service, plus one-fourth week's pay for each additional three months of continuous service, at the time of layoff for lack of work or Plant closing. For this purpose, a week's pay shall be the employee's pay at his salary rate, as defined in Article III, Section B, Paragraph 3, for (i) the last full week worked by him, or (ii) the average salary rate for the last 26 weeks worked by him, whichever is higher, except that for firemen (platoon), a week's pay shall mean the average weekly earnings (excluding isolation pay and overtime premium on isolation pay) for the last 27 weeks worked by him. --(Modification No. 29, effective June 1, 1964)

b. If the amount of Income Extension Aid available to an employee