as computed above, has been reduced by payment under of the options of the Plan, then, upon his return to work following a layoff, the amount available shall be increased at the rate of two weeks' pay per year (one-half week per calendar quarter) of continuous service which he accrues following his return from layoff, until the total amount available equals one week's pay times the sum of (i) his continuous service prior to such layoff, (ii) continuous service credits granted for the period of layoff, and (iii) his continuous service credited to him following his return from layoff, and thereafter at the normal rate specified in Subparagraph a. above. This Subparagraph b. shall not apply where payments have been made under Subparagraph 3.d. or under Plant Closing, Paragraph 4, where the employee is rehired within



8/3/64

six months of termination, except that when an employee makes repayment of benefits paid under such Subparagraph 3.d. or Paragraph 4, this Subparagraph b. shall apply when he returns to work with respect to a subsequent layoff.

--(Modification No. 26
Effective for HGU 10/7/63
Effective for HAMTC 2/24/64
Effective for Other Employees 9/30/63)

3. Benefits Available at Layoff. An eligible employee laid off for lack of work may elect from the following:

a. He may enter upon a course of instruction at a recognized trade or professional school, in which event payments will be made to such school from the Income Extension Aid available to him (while he has continuity of service) upon written request therefor by the employee, to be applied to reasonable tuition charges and any other reasonable fees directly associated with the course charged by the school.

b. If he remains on layoff from the Company after his entitlement to state or federal unemployment compensation benefits have been exhausted, payments from the Income Extension Aid available to him will be made, if he wishes, provided that he certifies he is still unemployed and has exhausted his entitlement to any state or federal unemployment compensation benefits. Such payments shall be made weekly, for as long as such unemployment continues, in amounts equal to one-half of the employee's salary rate until the full amount for which he qualifies is paid.

c. In any event, at the end of one year of layoff, any balance in the Income Extension Aid available to him not theretofore paid

will be paid in a lump sum to the employee.

d. As a special option, he may choose, within the appropriate 60-day period specified below, to terminate his employment and thus forego recall rights and any benefits under the Pension Plan except as noted below. He can then collect the total amount of the Income Extension Aid available to him, his contributions to the Pension Plan, and any vacation or other accumulated allowances due him. If he is of optional retirement age, election of Income Extension Aid benefits will not affect his rights under the Pension Plan. If he has rights under the Vesting Provisions of the Pension Plan, he may prefer not to withdraw his Pension contributions so as to protect his Pension rights thereunder. This option d. will be available to an employee only (i) within a 60-day period after his layoff begins and management determines and notifies him at time of such layoff that his layoff is expected to exceed six months, or (ii) if no such notice is given then, within a subsequent 60-day period commencing on the date management notifies him that his layoff is expected to exceed six months, or (iii) if no notice has been given as described in (i) or (ii), then within a 60-day period after the date on which his layoff has continued for an uninterrupted period of six months.

An employee will not be entitled to receive any payments under the Income Extension arrangement after he has reached normal retirement age.

Income Extension payments made under a., b., and c of this Paragraph 3 shall not affect service credits previously accumulated, continuity of service or recall rights. It will not be necessary for an employee to repay any Income Extension Aid payable under a., b., and c. above.

--(Modification No. 26
Effective for HGU 10/7/63
Effective for HAMTC 2/24/64
Effective for Other Employees 9/30/63)

4. Benefits Available at Plant Closing. Should it be decided to close the Plant, the Company shall give notice of the decision to the unions and the employees concerned. Thereafter, if the Company, in the course of such Plant closing, no longer has need for the work then being done by an employee, his employment by the Company may be terminated, subject to compliance with the provisions of this Paragraph 4. Each employee shall be given at least one week's advance notice of the specific date of his termination. An eligible employee whose employment is terminated because of Plant closing shall be entitled to the Income Extension Aid in a lump sum, for which he is eligible as described in the preceding paragraphs of this Section N, and the full vacation allowance for which he might have qualified during the calendar year in which his employment is terminated, and any other accumulated allowances due him provided that he:

a. After the announcement of the Plant closing continues regularly at work for the Company until the specific date of his termination, or

b. Fails to continue regularly at work until the specific date of his termination due to verified personal illness or leave of absence, or

c. Is on layoff for lack of work at the time of the Plant closing.

Such an employee's date of termination may be advanced by the Company so that he can accept other employment.

An employee who is eligible for Income Extension Aid who will become eligible for optional retirement under the Pension Plan within one year either (i) from the time his employment would have been terminated as a result of a Plant closing or (ii) from the time of his layoff if this is



6/1/64

prior to the date of Plant closing, and who meets the conditions specified in a., b., or c. of this Paragraph 4, may receive any Income Extension Aid to which he may be entitled under this Paragraph 4, Section N and later elect optional retirement when he reaches optional retirement age. His service would be protected until such age.

--(Modification No. 26
Effective for HGU 10/7/63
Effective for HAMTC 2/24/64
Effective for Other Employees 9/30/63)

5. <u>Vested Rights Under the Pension Plan</u>. The receipt of Income Extension Aid will not affect any rights the employee may have under the vesting provisions of the Pension Plan.

--(Modification No. 26
Effective for HGU 10/7/63
Effective for HAMTC 2/24/64
Effective for Other Employees 9/30/63)

6. <u>Lump Sum Payments</u>. Service credits previously accumulated, continuity of service, and recall rights will be lost upon receipt by the employee of an Income Extension Aid payment in a lump sum under Subparagraph 3.d. or payment under the Plant closing as described in Paragraph 4 of this Section N. However, in the event of subsequent rehire within five years of any such termination, or a period of time equal to prior continuous service, whichever is less, service credits and recall rights previously lost shall be restored provided repayment of the Income Extension Aid is made by the employee within a reasonable time after rehire. However, service credits, continuity of service and recall rights lost at termination upon receipt of payments under Plant closing (Paragraph 4) shall be restored automatically without repayment in the event of subsequent rehire more than six months after such termination.

--(Modification No. 26
Effective for HGU 10/7/63
Effective for HAMTC 2/24/64
Effective for Other Employees 9/30/63)

7. Nonduplication of Payments. If any part of an employee's continuous service is used as the basis for an actual payment under any of the options of the Income Extension Aid arrangement, that part of his continuous service may not be used again for such purposes, either during that period of layoff or any subsequent period of layoff or Plant closing, unless repayment has been made as provided in Paragraph 6 of this Section N.

8. Definition of "Plant Closing." The terms "plant closing" and "to close the plant" mean the announcement and carrying out of a plan to terminate and discontinue all Company operations at the Plant without any then existing plan for the continuous operation of facilities at the Plant by either the General Electric Company or by any other contractor or Government agency.

Such terms do not refer to the termination and discontinuance of only part operations at the Plant by the Company, nor to the termination or discontinuance of all of its former operations coupled with the announced intention to commence there either larger or smaller operations by any contractor or Government agency. Any employee released by such latter changes will be considered as out for lack of work and will be subject to provisions applicable to those on layoff for lack of work. The term "operations, as used in this paragraph, does not apply to the performance of functions by the General Electric Company or by any other contractor or Government agency principally necessary only to protect the facilities at the Plant on a stand-by basis.

In the event that responsibility for operation of part or all of the facilities (including those functions necessary to protect the facilities of the Plant or maintain such facilities on a stand-by basis or in the event operations are no longer to be carried on at the Plant) is assumed by another contractor or Government agency, employees who are transferred to

the employ of, or who are offered employment within their same classification by such contractor or Government agency, which employment will commence within thirty (30) days after the employee is terminated or laid off by General Electric, shall not be considered as laid off or terminated for the purposes of this Section N. All other employees shall be considered as being laid off for the purposes of this Section N until offered employment by such contractor or Government agency in their same classification and shall qualify, if otherwise eligible, for the benefits set forth in this Section N, except that option d. set forth in Paragraph 3 of this Section N will not be available to an employee in any case where such contractor or Government agency determines at time of layoff or termination by General Electric that the employee will be offered employment in his same classification to commence within six (6) months.

9. Status of Employees Returning from Military Service. An employee returning from the Armed Forces who is at that time classified as being in lack of work status will, if otherwise eligible, be considered eligible for the Income Extension Aid Plan from the date he is so classified. Any payments to such employee will be based on the rate in effect during the last week of work by such employee, adjusted for subsequent general increases.

10. Exceptions. The provisions of this Plan shall not be applicable should it be decided to close the Plant or lay off an employee because of the Company's inability to secure production, or carry on its operations, as a consequence of a strike, slowdown or other interference with or interruption of work participated in by Plant employees. However, the operation of this section shall not affect the rights or benefits already provided

hereunder to an employee laid off for lack of work, prior to the commencement of such strike, interference, or interruption, nor shall it affect the eligibility of an employee for Income Extension Aid if he is not represented by a union and has not supported such strike, slowdown or other interference with or interruption of work by sympathy action.

11. Re-employment by General Electric. There may be instances in which an employee who has been laid off or terminated at Hanford under the provisions of this Section N and is later re-employed by the General Electric Company, refunds to the Company the lump sum settlement in order to obtain the restoration of continuity of service and other benefits incumbent thereon. In such a case, the Company will remit the amount of the lump sum payment to the Commission or apply it as the Commission directs. Notice that such repayment to the Commission is required will be inserted in the personnel folder of each terminated employee receiving a lump sum payment and this will serve to draw the attention of any other General Electric component which may subsequently employ that person to the fact that refunds are to be remitted to the Commission.

--(Modification No. 26
Effective for HGU 10/7/63
Effective for HAMTC 2/24/64
Effective for Other Employees 9/30/63)

O - HANFORD TRANSITION PLAN

All employees represented by the Hanford Atomic Metal Trades Council who were on the Company's rolls on February 24, 1964, and who have one year or more of service as of the date they are separated from the payroll, will receive payment of $137.50 upon such layoff or termination provided:

a. The employee in any such instance is not discharged for cause, and



6/1/64

200

b. In the event he resigns, he has given the Company two weeks' prior notice of his intention to resign, or

c. In the event he has been notified by the Company that he is to be laid off, he continues to work until the date specified in the layoff notice, provided that

d. Should mitigating circumstances arise under b. or c., the Company may waive these requirements.

These payments are to be made to eligible employees regardless of whether or not they are eligible for, or receive benefits under, the Income Extension Aid Plan described in Section N of Article IV of this Appendix B.

--(Modification No. 26, effective Feb. 24, 1964)

## ARTICLE V - RULES RELATING TO CONTINUITY OF SERVICE AND LEAVES OF ABSENCE

### A - ESTABLISHMENT OF SERVICE CREDITS

An employee will receive service credits under the following conditions:

1. For periods during which the employee is actually at work for the Company:

a. An employee will accumulate service credits until continuity of service is established, provided that during the period of accumulation no period of continuous absence exceeds twelve (12) months.

b. When an employee has accumulated service credits totaling 52 or more weeks, he is designated as having "continuity of service." "Continuous service" designates his length of continuity of service.

c. Employees hired or assigned to work on a regular part-time schedule shall be granted full service credits as though working a full-time schedule. For part-time workers, credited service for pension purposes shall be in accordance with the provisions of the General Electric Pension Plan, to which reference is made in Article XXXIX of Contract AT(45-1)-1350.

2. For periods of absence of the employee for which credit is granted:

a. Absence of two weeks or less. An employee will receive service credits for a continuous absence which does not exceed two weeks for reasons considered to be satisfactory by the Contractor.

b. Absence for lack of work or illness or accident. An employee with continuity of service, if absent for lack of work, illness, or accident, will receive service credits for up to the first six months of such absence, and no service credits will be allowed for time absent in excess of the first six months. Absences due to pregnancy will be treated the same as absences due to illness.

c. Absences due to compensable accident or compensable illness. An employee without continuity of service will receive service credits for time lost due to compensable accident or compensable illness up to a maximum of three months upon re-employment. An employee with continuity of service who is re-employed without loss of continuity



202

of service or whose service, after being lost, is restored upon re-employment will receive service credits for the period of his absence up to a maximum of 6 months in addition to the credit for the first 6 months received under b. above.

d. Absences with part or full-time pay. If an employee with continuity of service who is absent for other than a compensable accident or illness continues to receive full or part salary for a period in excess of the first six months of absence, service credits may be granted during such continuation up to a maximum of six months, in addition to the initial six months allowed under b. above. If an employee without continuity of service, who is absent for other than compensable accident or illness, continues to receive full or part salary for a period of absence, service credits may be granted for any such period up to a maximum of one year.--(Modification No. 7, effective May 1, 1960)

e. Absences designated as vacations.

f. Absences under authorized leaves of absence in accordance with provisions of Section D of this Article V, and for military service in accordance with Section C of Article IV of this Appendix B.

B - LOSS OF SERVICE CREDITS

Service credits previously accumulated will be lost whenever an employee:

1. Quits, resigns, or is discharged.

2. Is absent from work for more than two consecutive weeks without a satisfactory explanation.

3. Is absent from work because of personal illness or accident and fails to keep his supervisor notified as to the probable date of his return to work.

4. Is notified, within a year from the date of lay-off, that he may return, but fails to return or give satisfactory explanation within two weeks.

5. Is absent from work without satisfactory explanation beyond the period of any leave of absence granted him by the Company.

6. Is absent from work for a continuous period of more than one year for any reason other than a leave of absence granted in advance.

7. Leaves to obtain a higher education, unless granted a leave of absence.

8. Is absent without pay for a continuous period of more than three years to act as a Union Officer upon a request of the Union

C - RESTORATION OF SERVICE CREDITS

1. Service credits which have been lost may be restored to an employee who had established continuity of service, provided:

a. The absence is due to layoff, personal illness, or accident and does not exceed five years or the length of his prior continuous service, whichever is less; or

b. The absence is solely for the purpose of obtaining a higher education, does not exceed three years or the length of his prior continuous service, whichever is less, the course taken is applicable to present or future work with the Company and, after completion, the employee promptly returns to the employ of the Company.

2. Service credits which have been lost may be restored to an employee who had not established continuity of service, absent solely for the purpose of obtaining a higher education, provided no period of absence exceeds 12 months, the course taken is applicable to present or future work with the Company and, after completion, the employee promptly

returns to the employ of the Company.

3. Conditions under which service credits may be restored under Federal law following discharge from the Armed Forces shall be in accordance with Section C, Article IV of this Appendix.

4. An employee who quits, resigns, or is discharged and who is re-employed will be considered as a new employee. However, reinstatement of prior service credits may be made at the discretion of the Contractor in accordance with Company policy when such a former employee is re-employed.

D - LEAVES OF ABSENCE

A leave of absence with or without pay may be granted by the Contractor at its discretion. Whether or not the period of absence is to be deducted in computing the employee's continuous service is determined by the Contractor upon the merits of each case.

ARTICLE VI - TRAVEL COST REIMBURSEMENT ITEMS

A - DEFINITIONS

1. "Official Business". As used in this Article VI, the term "travel on official business" means all travel required of employees (or in certain cases, as mentioned subsequently in this Article VI, other persons) in connection with the work under this contract. "Official business" shall include, but shall not be limited to, the following items which are set forth for illustrative purposes only:

a. Procuring, expediting, or inspecting equipment, materials, and supplies.

b. Making off-site audits.

c. Making visits to other installations of the Commission or the Contractor for training purposes and to obtain information.

d. Taking part in engineering, technical and administrative consultations.

e. Attending court proceedings or hearings, including proceedings of state or Federal agencies, boards, or tribunals.

f. Attending technical or professional courses.

g. Recruiting employees.



206

h. Appearing as speakers before community, church, business, fraternal, professional, or other groups, and at schools or colleges.

i. Obtaining information and instructions from corporate officers and other members of the Contractor's management group at the home office and other plants, offices, or conference headquarters of the Contractor.

j. Attending meetings of professional or trade societies.

k. Changing location by a transferred or newly-hired employee.

l. Attending meetings and conferences sponsored by the Atomic Energy Commission.

2. Dependents. The word "dependents," as used in this Article VI, includes all persons dependent upon the employee for support, as defined by the Internal Revenue Code, as the same may be amended from time to time.

--(Modification No. 5, effective June 1, 1960)

B - CONTRACTOR'S CONTROLS AND REPORTS

1. It is agreed that travel performed for the purpose of attending technical or professional courses, as mentioned in Section A, paragraph 1, item "f" of this Article VI, will be limited in total annual costs to a maximum to be approved by the General Manager of the Plant, and that periodic travel reports submitted to the Commission will include information on this travel.

2. It is also agreed that any travel performed for the purposes described in Section A, paragraph 1, item "h" above, or for the attendance of more than five employees at any single meeting at a conference headquarters of the Contractor under Section A, paragraph 1, item "i" above, will be specifically approved by the General Manager of the Plant, or those

specifically designated by him, and that periodic reports of travel expenses submitted to the Commission will include information on this travel. It is understood that travel by members of professional or technical societies who address meetings which they attend is not to be included in the category requiring the individual approvals established in this paragraph, but will fall under item "j" rather than item "h" in classifying such travel.

3. Travel performed for the purpose described in Section A, paragraph 1, item "j" above will be limited to travel in connection with attendance at meetings of organizations specifically approved by the General Manager of the Plant, and annual costs incurred by any department will not exceed the amount established by the General Manager of the Plant for that component. Periodic travel reports will include information on this travel.

--(Modification No. 5, effective June 1, 1960)

C - ALLOWABLE EXPENSES

The following items of travel and moving expense are allowable under the terms of the contract to the extent specifically provided hereinafter:

1. Transportation

a. Public Conveyances. First-class rail fares, Pullman accommodations, airline, bus, street car, taxicab, or other public conveyance fares. The rental of automobiles will be reimbursed on the basis that such additional expenditures constitute savings for, or are advantageous to the Commission, or as otherwise approved by the Commission. Special accommodations may be obtained for persons traveling as couriers. Extra-fare planes and trains may be utilized upon approval of Department Managers, or their delegates, in those instances in which schedules for first-class planes or trains do not enable the traveler to meet business appointments



208

or connections with other transportation, or are advisable for other justifiable business considerations.

b. Private Automobiles.

(1) Allowance for the use of a private automobile on Company business at the rate of 8¢ per mile. Such allowances shall be based on the mileage between the authorized points of travel as listed in the Rand-McNally Standard Distance Charts (except when a longer route is necessitated by road or weather conditions), plus a variation of not to exceed 10 per cent. Additional allowances shall be made for daytime and overnight parking, and for ferry, road, tunnel, and toll bridge charges. In the event two or more persons travel in one automobile (as for example, an employee and his dependents), only one mileage allowance will be paid.

(2) In the event an employee is directed or authorized to use his own automobile for travel on Company business and an accident occurs in which his car is damaged, he may be reimbursed for the cost of repairs not in excess of $100 or the deductible sum under his automobile insurance coverage, whichever is less, provided that the loss was incurred while the vehicle was being used on Company business and was not due to his negligence, as determined by the Section Manager of the component to which the employee is assigned. --(Modification No. 23, effective August 9, 1962)

c. Government-owned Automobiles. In the event a Government-owned automobile is used for official business, out-of-pocket expense paid by an employee for operation or maintenance of the vehicle, together with parking and toll charges.

2. <u>Living Expenses</u>

a. <u>Per Diem</u>. In lieu of actual payments made to employees for living expenses (consisting of hotel accommodations, meals, gratuities, laundry and valet service), except for foreign travel, the Contractor shall be compensated by the Commission at the rate of $14.00 per day for each adult or dependent 12 years of age or over, and $7.00 per day for each child under the age of 12 years, for the period they are in travel status; provided, however, that the amount of the per diem allowance shall be computed on the basis of the number of calendar days, any part of which are included in the official travel period, less one.

--(Modification No. 27, effective February 1, 1964)

b. <u>Foreign Travel</u>. The Contractor will be reimbursed by the

Commission for living expenses for trips outside the United States on an actual instead of a per diem basis. For purposes of this Appendix, travel to Alaska, Hawaii, and United States territories and possessions shall be treated as foreign travel.

c. Automobile Travel Time. In connection with transfers or travel of new employees when travel is by automobile, the maximum transit time which will be included in the official travel period will be limited to the number of days required for the employee to reach his destination at the rate of 300 miles per day, except that the time may be extended when justified by circumstances, such as adverse weather or poor road conditions.

3. Moving Expenses. The cost of transporting, insuring in transit, crating, packing, and unpacking household goods, automobiles, boats, trailers, household pets, and other personal effects. The shipment of more than one automobile shall be subject to the approval of the Commission, but transportation charges for one automobile and mileage for one automobile shall be allowable without specific Commission approval. The cost of shipping boats up to 17 feet in length shall be allowable in an amount not to exceed shipment by the most economical method. This shall include the craft itself, its motor, boat trailer, and related gear. On larger craft, in excess of 17 feet in length, the amount allowed by the Commission to the Contractor shall be a payment not to exceed an amount equivalent to the cost of shipping a boat weighing 1,600 pounds unless otherwise approved by the Commission. The cost of shipping trailers not to exceed 17 feet in length used solely for recreational purposes shall be allowable in an amount not to exceed shipment by the most economical method. For larger trailers used for the same purpose, an amount equivalent to the cost of shipping a 17-foot trailer shall be allowed. A reasonable amount shall



211

be allowed for moving house trailers, subject in each case to the Commission's concurrence. Moving expenses shall also include storage costs, cartage, and any other charges incidental to storing goods and removing them from storage.

4. Allowances. Interim living expenses during a period when a new residence is being established, costs in connection with the cancellation of a lease, or the sale and purchase of a residence, and special salary allowances, as hereinafter specifically provided.

5. Telephone and Telegraph. Telephone and telegraph expenses necessarily incurred by employees while traveling on official business. These shall include telephone calls made or telegrams sent by an individual for official business reasons and as required by such other circumstances as: (a) illness in the family, (b) bad weather conditions, justifying concern by individual's family as to his safe arrival, (c) last minute changes in plans, (d) arrangements for meeting individual upon return, and (e) a reasonable number, but not to exceed two calls per week of five minutes' duration each, for a long absence from home (more than two weeks).

6. Other Expenses. Other expenses necessarily incurred by employees traveling on official business including, but not limited to, stenographic or typewriting services, separate charges for rooms (in addition to lodging and assessments for conference headquarters of the Contractor) to transact business, and excess baggage charges.

7. Dependents' Travel. The travel of dependents incidental to the change of location of a transferred or newly-hired employee may take place at any time within one year of the date of the transfer, or the date of hiring, as the case may be.

8. Cash Advances. Persons about to travel on official business may be furnished cash advances.

--(Modification No. 5, effective June 1, 1960)

D - EXPENSES IN CONNECTION WITH INTERVIEW AND TRANSFER OF COMPANY EMPLOYEES

1. Interviews--Exempt Employees. When, in connection with a contemplated transfer, an exempt employee travels for an interview, his travel, transportation, and living expenses as set forth in paragraphs 1, 2, 5, and 6 of Section C above, will be allowed by the Commission to the Contractor, if the employee is being considered for:

a. Transfer to another position on the payroll under this contract but at a different site.

b. Transfer to a position at or for the Plant, in the case of an of an employee presently assigned to a component of the Company other than the Hanford Atomic Products Operation.

Such expenses may be in addition to other travel and subsistence costs which are allowable if the employee accepts the transfer and reports to work.

2. Transfers--Exempt Employees

a. Transportation and Travel Expense. When an employee accepts a transfer under either of the circumstances enumerated in paragraph 1 above, the Commission will allow the Contractor expenses incurred in connection with the transfer for the employee and his dependents, including transportation, travel expense, and moving expense in accordance with the provisions of paragraphs 1, 2, and 3 of Section C of this Article VI. In addition, the Commission will allow the Contractor the following expenses in accordance with these provisions of Section C of Article VI:

(1) The cost of transportation and travel for one trip to and from the new location by the employee's wife for the purpose of selecting a home, except that additional trips may be made with the approval of the Commission.

(2) The cost of round trips by the employee to his former

location to take care of personal affairs and accompany his family to the new location. Advance approval of the Commission is required when more than one such trip is involved.

b. Interim Living Expenses. Interim living expenses of employees transferred under either of the circumstances enumerated in paragraph 1 of this Section D, to or within the Hanford Atomic Products Operation, will be allowed to the Contractor in the amounts set forth in Section C, subparagraph 2.a., in the following cases:

(1) For an employee without dependents for a reasonable period at the new location while he is seeking permanent quarters. Periods exceeding 15 days will require the approval of the Commission.

(2) For an employee and his wife for a reasonable period at the new location while they are seeking permanent housing. Periods exceeding 30 days will require the approval of the Commission.

(3) For an employee and his dependents for an additional period while awaiting the availability of permanent housing, the arrival of household goods and installation of utility services. Periods exceeding 30 days will require the approval of the Commission.

c. Other Expenses. Other items of necessary expense will be allowed by the Commission to the Contractor as follows:

(1) The net cost of obtaining a release from his residential lease at the old location.

(2) The brokerage, attorney's and legal fees, premium for prepayment of a mortgage, advertising costs (providing no broker's

fees are involved), U. S. revenue stamps, recording fees, abstract of title, tax searches, and transfer taxes paid in connection with the sale of a house owned by him at the old location, provided that these transactions take place not more than six months after the employee is transferred, unless this period is extended by the Commission in special cases.

(3) Attorney's fees, mortgage approval and credit rating fees, mortgage tax, fee for examination of title, title insurance premiums, recording fees, appraisal fees, survey expense, and transfer taxes in connection with the purchase of a home at the new location, provided these transactions take place not more than six months after the employee is transferred (unless this period is extended by the Commission in special cases), and provided the employee owned a home at the old location.

(4) In lieu of all actual expenses other than those enumerated in paragraphs a., b., and c.(1), c. (2), and c.(3), above, allowances may be paid to employees transferring to the Plant from other divisions, departments, or affiliates of the Contractor, or transferring from the Plant to a location other than the Plant where they are performing work for the Plant, or transferring to the Plant from a site other than the Plant, provided that these allowances are generally no more favorable than those accorded employees in other parts of the Company. These allowances may be as follows:

(i) To the head of a family having three or more dependents an allowance not in excess of two months' salary at his salary rate in effect immediately prior to the date of the transfer;

(ii) To the head of a family having two dependents, not in excess of one and one-half months' salary, as aforesaid;

(iii) To an employee having one dependent, not in excess of one month's salary, as aforesaid.

Payments in exceptional cases in excess of the amounts set forth in subparagraphs (ii) and (iii) above shall be subject to the prior approval of the Commission.

(5) The preceding subparagraphs (1), (2), (3), and (4) do not apply to an employee engaged as a trainee on a rotational training program involving relatively short assignments at two or more locations, nor to an employee transferred from an initial training program of approximately a year or less in length.

(6) Any other expense items in connection with transfer which are generally paid by other divisions or departments of the General Electric Company, provided concurrence of the Commission is obtained.

d. Manufacturing Training Program. Travel, living and moving expenses allowed for persons engaged in the Company's Manufacturing Training Program shall not exceed those set forth in the administrative manual for this program issued by the General Electric Manufacturing Personnel Development Service, as it may be amended from time to time, except that the amounts allowed to the Contractor for living expenses will be in conformity with the provisions of Section C, Subparagraph 2.a. of this Article VI.

--(Modification No. 24, effective January 1, 1963)

3. Rejections--Exempt Employees. In the event an employee transferred to the Plant is rejected after his arrival because of his failure to pass a medical examination or for security reasons (except in cases in which the employee has willfully falsified his security questionnaire in any material



26

respect), expenses for the return trip to the point of origin, or to a point equidistant thereto, will also be reimbursed by the Commission to the Contractor in accordance with Section C, paragraphs 1, 2, and 3.

--(Modification No. 5, effective June 1, 1960)

E - EXPENSES IN CONNECTION WITH OFF-SITE ASSIGNMENTS--INSPECTIONS AND EXPEDITING

Assignments of employees for work in off-site expediting and inspection of equipment, materials, and supplies fall into two categories, resident


(Next page is 59)

and temporary. Resident assignments are those designated as such by the Contractor, in which an employee will be at a location other than Richland for an extended period, generally one year or more. The headquarters of these employees are their assigned locations. Temporary assignments are those in which an employee is assigned temporarily to a location other than his headquarters. When an employee in a resident assignment is assigned temporarily to another location as work requirements demand, his headquarters continues to be his resident location.

The Contractor will be allowed the following costs for such employees:

1. Resident Assignments

a. Travel Expense. Traveling expenses for the employee and his family in accordance with Section C, subparagraphs 1.a.and 1.b. of this Article VI.

b. Living Expense. Living expenses for the employee and his family while in travel status and while awaiting the arrival of household goods, availability of housing and installation of utilities, not to exceed a period of 30 days after arrival at the new location. The per diem allowed to the Contractor by the Commission shall be at the rate specified in Section C, subparagraph 2.a. of this Article VI.

c. Moving Expense. Moving expenses in accordance with Section C, paragraph 3 of this Article VI.

d. Other Transfer Expenses.

(1) Cancelled Leases. Actual cost of obtaining a release from a house or apartment lease, limited to three months' rent if the employee receives no advance notice of a required change of location. When advance notice is provided, the three months will be reduced by the period of notice.



219

(2) Expenses in Connection with Housing. Expenses as stated in subparagraphs 2.c. (2) and 2.c. (3) of Section D of this Article VI.

(3) Salary Allowances. In lieu of all actual moving expenses other than those enumerated in paragraphs a, b, c, d (1) and d (2) above, an allowance may be paid to the employee as stated in subparagraphs 2.c. (4) (i), 2.c. (4) (ii), and 2.c. (4) (iii) of Section D of this Article VI.

e. Side Business Trips. Transportation costs plus living expenses incurred in connection with business trips away from the assigned location, including trips to Richland.

f. Other Business Expenses. Other appropriate expenses relating to the work will be allowed such as telephone toll charges, telephone service charges, including installation costs, telephone answering service, telegrams, stenographic service, postage, and minor expenses for expendable stationery and office supplies. When the use of a privately-owned automobile has been authorized and the employee is required to move to another state, the cost of automobile license fees will be allowed provided the employee has purchased a license for the current year.

g. Miscellaneous Expenses. Other items of miscellaneous expense while at the resident assignment consistent with the established practices of the Contractor on July 14, 1959.

2. Temporary Assignments

a. Travel Expenses. Transportation costs for the employee only, to the point of his new assignment, in accordance with Section C, paragraph 1 of this Article VI. Travel expense will not be allowed for members of the employee's family.

b. Interim Living Expenses. Living expenses for the employee only while in travel status and for the first 30 days at the new location at the per diem rate specified in Section C, subparagraph 2.a. of this Article VI.

c. Moving Expenses. Moving expenses will be limited to a maximum weight of 175 pounds, as excess baggage, with shipment to be made by railway express or parcel post.

d. Cancelled Leases. On official change in assigned location, the cost of a cancelled rental lease not exceeding a reasonable month's rent provided at least one month's notice (from anniversary date when lease so specifies) of an impending move has not been given.

e. Living Allowances.

(1) After First 30 Days and For Next Five Months. After the first 30 days and through the next five months at assigned location, a per diem amount of $1.00 less than the rate specified in Article VI, Section C, subparagraph 2.a.

(2) For Second Six Months. After the first six months and through the next six months at assigned location, a per diem amount of $3.00 less than the rate specified in Article VI, Section C, subparagraph 2.a.

(3) After One Year. After one year at the same location (away from headquarters), a negotiated per diem amount less than the amount under (2) above if, at that time it is determined that the assignment probably will continue for an extended period. Otherwise, the arrangement described in (2) will continue. The amount negotiated will be based on estimated living costs in excess of those normally incurred at headquarters. If and when

it can be determined that an assignment will continue for an additional year or more at the same location, the employee will be considered on a resident assignment and allowances made for such assignments will apply.

f. Side Business Trips. Transportation costs plus living expenses at the rate specified in Article VI, Section C, subparagraph 2.a. for days away from assigned locations, except that no allowance for living expenses at Richland is to be made for side trips to Richland. Continuing lodging costs at assigned location (at one-half the amount) under e.(1), e.(2), or e.(3) above, whichever may be applicable.

g. Other Business Expenses as described in subparagraph 1.f. of Section E of this Article VI.

--(Modification No. 5, effective June 1, 1960)

F - EXPENSES IN CONNECTION WITH TEMPORARY OFF-SITE ASSIGNMENTS--OTHER THAN INSPECTIONS AND EXPEDITING

An employee temporarily assigned to work of the Plant but at a location other than the Plant shall be considered to be in travel status while so assigned and reimbursement to the Contractor for expenses incurred by the employee shall be in accordance with Section C. When the duration of such an assignment, however, is expected to be three months or longer, arrangements may be negotiated with the employee for reimbursement of travel, living, and moving expenses of his family and dependents, including a negotiated "per diem" allowance in lieu of reimbursement for actual living expenses incurred.

--(Modification No. 5, effective June 1, 1960)

G - TRANSFER OF EXEMPT EMPLOYEES--TERMINATION OF CONTRACT FOR CONVENIENCE

The Commission also agrees that upon the expiration of this Contract or in the event of its termination thereunder either in whole or in part for the convenience of the Government, the Commission will reimburse the

Contractor the traveling and living expenses, as defined in paragraphs 1 and 2 of Section C above, incurred by the Contractor in connection with interviews arranged in order to place Plant exempt employees in other components of the Company. The number of interviews for which the Contractor will be reimbursed will bear a reasonable relationship to the job opportunities available in the other components of the Contractor. When the interview results in the placement of the employee in another component of the Contractor's business, the traveling and living expenses incurred in connection with interviews by the component accepting the employee will be borne by the accepting component. The term "component" as used in this Article is intended to differentiate the Plant from all other divisions, departments, affiliates, or other organizational groups of the Contractor.

--(Modification No. 5, effective June 1, 1960)

H - RETURN OF EXEMPT EMPLOYEES AFTER LEAVES OF ABSENCE

In cases in which the Contractor finds it to be justifiable, the Commission will reimburse the Contractor for travel and living expenses incurred by an exempt employee who has been granted a leave of absence for the purpose of studying for an advanced degree or to serve in the Armed Forces, for a trip to Richland, or some other convenient point for an interview with respect to reemployment at the termination of his leave period or upon discharge from the Service; and if he accepts a position with the Contractor at the Plant, the Commission will reimburse the Contractor for travel, living and moving expenses for said employee and his family, all in accordance with the provisions of Section J of this Article VI, as though he were a new employee. The Contractor will not duplicate any payment made by the Armed Services to such person for moving expenses upon his discharge from the Armed Services.

In cases in which the Contractor grants an employee a leave of absence for an assignment with the Atomic Energy Commission or another Government agency, the Commission will reimburse the Contractor for travel, living and moving expenses for the employee and his family in connection with his return to Richland (or other location to which he may be assigned) on the same basis as if he were a newly-hired exempt employee.

--(Modification No. 5, effective June 1, 1960)

I - EXPENSES IN CONNECTION WITH INTERVIEW AND TRANSFER OF NONEXEMPT EMPLOYEES

1. Interviews. With the approval of the Commission, travel, transportation and living expenses in accordance with Section C, paragraphs 1 and 2 of this Article VI shall be reimbursed by the Commission to the Contractor in connection with interview trips by nonexempt employees who are being considered for transfer to another position on the payroll but at a different site, or in case of an employee presently assigned to a component of the Company other than the Plant, for transfer to a position at or for the Plant.

2. Transfers. With the approval of the Commission, travel, transportation, living and moving expenses for a nonexempt employee who accepts a transfer under either of the circumstances enumerated in paragraph 1 of Section D of this Article VI and for his family in accordance with the provisions of paragraph 2 of Section D of this Article VI will be reimbursed by the Commission to the Contractor; except that no allowance shall be paid to a nonexempt employee under the provisions of subparagraph 2.c.(4) of said Section D without prior Commission approval.

3. Rejections. In the event a newly transferred nonexempt employee is rejected after his arrival in Richland because of his failure to pass

a medical examination or for security reasons (except in cases in which the person has willfully falsified his security questionnaire in any material respect), whether or not travel and living expenses in connection with his change of residence were paid by the Company, the expense of first-class transportation to Richland and return, or its equivalent, will be allowed by the Commission to the Contractor.

--(Modification No. 5, effective June 1, 1960)

J - EXPENSES INCIDENT TO INTERVIEWS AND CHANGE OF LOCATION--PROSPECTIVE AND NEW EXEMPT EMPLOYEES

1. Interviews. An applicant for employment at the Plant on an exempt basis may be requested to travel to one or several locations to interview Company representatives. Transportation, travel, and living expenses in connection with the trip to the point of each interview and return home, or to a point equidistant to the point of origin, will be reimbursed to the Contractor by the Commission in accordance with this Article VI, Section C, paragraphs 1 and 2.

2. Change of Residence. Travel, living, moving and other expenses of a person newly employed for an exempt position will be allowed the Contractor by the Commission as follows:

a. Transportation and living expenses for the new employee and his dependents, as set forth in Article VI, Section C, paragraphs 1 and 2 of Appendix B, from the time of departure from their permanent residence or campus (for recent college graduates) until the time of arrival at the reporting location.

b. Interim living expenses as set forth in Article VI, Section D, subparagraph 2.b.

c. Moving expenses, as set forth in Article VI, Section C,

paragraph 3 of this Appendix B, from the employee's permanent residence or campus (for recent college graduates) to the new residence. In cases in which the new employee has household and/or personal effects at a point considered to be his residence and also at a point where he attended college, shipments may be made from both points.

d. A flat amount of up to one-fourth of the total of items (a), (b) and (c) above, for expenses and losses not provided for in the above relocation expenses may be paid experienced personnel hired for direct placement positions, and recent college graduates with doctors' degrees.

e. Travel, living and moving expenses allowed for persons employed on the Company's Manufacturing Training Program shall not exceed those set forth in the administrative manual for this program issued by the General Electric Manufacturing Personnel Development Service, as it may be amended from time to time, except that the amounts allowed to the Contractor for living expenses will be in conformity with the provisions of Section C, Subparagraph 2.a. of this Article VI.

--(Modification No. 24, effective January 1, 1963)

3. Rejections. In the event the employee is rejected after his arrival because of his failure to pass a medical examination or for security reasons (except in cases in which the employee has willfully falsified his security questionnaire in any material respect), expenses for the return trip to the point of origin or to a point equidistant thereto will be reimbursed by the Commission to the Contractor in accordance with Section C, paragraphs 1, 2, and 3.


(Next page is 68)

4. Temporary Employees. In connection with its recruiting program, the Contractor frequently employs graduate science and engineering students and college professors for short periods, usually three months or less. Payment not to exceed first-class transportation costs for one round trip from the employee's home to Richland (or other point of assignment) and return and living expenses while en route (on a per diem basis) will be reimbursed by the Commission to the Contractor.

In addition, the Contractor employs college professors for short periods, usually during the summer months, because of their ability to make a contribution to the work at the Plant. Payment of travel and living expenses for reporting to their work locations and returning to their homes after the completion of their assignments in the same manner as for those employed in connection with the recruiting program, will be reimbursed by the Commission to the Contractor.

--(Modification No. 28, effective April 1, 1964)

K- EXPENSES IN CONNECTION WITH INTERVIEWS AND CHANGE OF LOCATIONS-- PROSPECTIVE AND NEW NONEXEMPT EMPLOYEES

1. Business Graduates and Business Training Course Recruits.

a. Interviews. In unusual cases travel costs in connection with interview trips by candidates for positions of Business Graduate or Business Training Course Recruit will be allowed the Contractor by the Commission. --(Modification No. 5, effective June 1, 1960)

b. Relocation Expenses. Travel, living and moving expenses for persons employed as Business Graduates or Business Training Recruits shall not exceed those set forth in the BTC Manual issued by the Financial Personnel Service, as it may be amended from time to time, except that the amounts allowed to the Contractor for living expenses

| | |
|---|---|
| Single men | 8¢ per mile |
| Married men | 13¢ per mile |
| Married men with children | 16¢ per mile |

The allowance will be calculated on the basis of the most direct route from the point of departure (college, home, military discharge center, etc.).

In addition, actual costs of moving household effects by the most direct route will be allowed for poundages as listed below:

| | |
|---|---|
| Single men | 500 pounds maximum |
| Married men | 1,000 pounds maximum |
| Married men with children | 1,500 pounds maximum |



6/1/64

will be in conformity with the provisions of Section C, Subparagraph 2.a of this Article VI.

--(Modification No. 31, effective June 1, 1964)

2. Other Nonexempt Employees. Travel and moving expenses incurred by other prospective and newly-hired nonexempt employees may be allowed the Contractor with the specific approval of the Commission. Such an approval shall take the form of a letter granting the Contractor authority during a stated period of time to incur such costs for persons to fill certain critical job classifications. --(Modification No. 5, effective June 1, 1960)

3. Rejections. In the event any newly-hired or prospective nonexempt employee is rejected after his arrival in Richland because of his failure to pass a medical examination or for security reasons (except in cases in which the person has willfully falsified his security questionnaire in any material respect), whether or not travel and living expenses in connection with his change of residence was paid by the Company, the expense of first-class transportation to Richland and return, or its equivalent, will be allowed by the Commission to the Contractor.

--(Modification No. 5, effective June 1, 1960)

L - SPLIT TRIPS

In a case in which an employee of the Contractor makes a trip for the purpose of transacting business pertaining to the Plant and also to other components of the Company, travel and living costs will be apportioned between the Plant and the other components benefited, as follows:

(1) Transportation expenses and living expenses while en route will be prorated on the basis of the mileage which would have been traveled, had the trips been taken separately.

(2) At points at which business is conducted for the Plant only, the Plant will be charged for living expenses, plus taxi,

telephone, telegraph, and other expenses incurred at these points.

(3) At points at which business is conducted for another component of the Company, living and other expenses while the employee is at that point shall be charged to that component.

(4) At points at which business is conducted for the Plant and also for other components of the Company, living and other expenses shall be prorated to the component(s) benefited on the same basis as transportation costs.

Amounts applicable to the Plant, in accordance with the provisions of this Section L, will be reimbursed by the Commission to the Contractor, including living expenses at the per diem specified in paragraph 2, Section C of this Article VI of Appendix B.

--(Modification No. 5, effective June 1, 1960)

ARTICLE VII--TRAVEL ACCIDENT - HAZARDOUS ASSIGNMENT INSURANCE

The Contractor shall be reimbursed on the basis of the Plant's proportionate share of the Company's total premium costs for personal accident insurance covering employees on special assignments in the United States and Canada (as designated by the Company on the basis of the extra hazardous nature of such assignments) and on temporary and permanent assignments outside the Continental United States and Canada under certain conditions in accordance with the provisions of three policies, all numbered 594/U.79155, written by the Underwriters of Lloyd's, participants in Companies Insurance Policy, and participants in the Institute of London Underwriters Companies Combined Policy, all effective 12:01 AM April 1, 1960, and expiring 12:01 AM April 1, 1961, or policies written by other insurance carriers to provide the same or similar coverage, or any amendments, extensions or replacements of such policies.

--(Modification No. 9, effective July 1, 1960)

ARTICLE VIII - LAYOFF ALLOWANCES - EXEMPT EMPLOYEES

Allowances paid to exempt employees who are laid off because of lack of work or terminated because of a plant closing shall be in accordance with the provisions of an agreement between the Contractor and the Commission contained in a letter dated February 26, 1962, and as it may be amended from time to time by subsequent letter agreements.

--(Modification No. 18, effective Sept. 1, 1961)

ARTICLE IX - SALARY AND EMPLOYEE BENEFIT PLANS FOR FIRE OFFICERS AND FIREMEN ON A PLATOON SYSTEM

A - FIRE OFFICERS (PLATOON)

1. Isolation Pay. Isolation pay (outer area pay) will be paid to fire officers (platoon) whose normal work assignment is in the outer areas and who work in those areas not less than seven of their scheduled duty days in the month. The rate of isolation pay for fire officers (platoon) who are participants in the General Electric Savings and Security Program shall not exceed $26 per month. The rate of isolation pay for fire officers (platoon) who are not participants in that program shall not exceed $25.40 per month. Fire officers (platoon) who work in the outer areas less than seven scheduled duty days within the month will be paid a pro rata payment calculated at the monthly rate for the number of days worked in the outer areas. For the purpose of calculating isolation pay, days within the month scheduled as employee workdays in the area but falling on vacation days or days excused with pay will be considered as days worked in the outer areas.

2. Absences for Personal Reasons. Absences in any 12-month period excused under this Paragraph 2 will be paid at the employee's salary rate, adding outer area pay if applicable, in accordance with the following schedule of duty days and Contractor approvals:

## Personal Illness

[illegible] Approved By

| Years Combined Service | Immediate Supervisor | Section Manager | Department Manager | Division General Manager |
|---|---|---|---|---|
| 0 | 0 | 0 | 24 | 31 |
| 1 | 10 | 17 | 25 | 32 |
| 2 | 10 | 18 | 26 | 34 |
| 3 | 10 | 18 | 27 | 35 |
| 4 | 10 | 19 | 28 | 36 |
| 5 | 10 | 19 | 28 | 38 |
| 6 | 10 | 20 | 29 | 39 |
| 7 | 10 | 20 | 30 | 41 |
| 8 | 10 | 21 | 31 | 42 |
| 9 | 10 | 21 | 32 | 43 |
| 10 | 10 | 21 | 33 | 45 |
| 11 | 10 | 22 | 34 | 46 |
| 12 | 10 | 22 | 35 | 48 |
| 13 | 10 | 23 | 36 | 49 |
| 14 | 10 | 23 | 37 | 50 |
| 15 | 10 | 24 | 38 | 52 |
| 16 | 10 | 25 | 40 | 55 |
| 17 | 10 | 26 | 42 | 57 |
| 18 | 10 | 27 | 43 | 60 |
| 19 | 10 | 28 | 45 | 63 |
| 20 | 10 | 28 | 47 | 66 |
| 21 | 10 | 29 | 49 | 69 |
| 22 | 10 | 30 | 51 | 71 |
| 23 | 10 | 31 | 53 | 74 |
| 24 | 10 | 32 | 55 | 77 |
| 25 | 10 | 33 | 56 | 80 |
| 26 | 10 | 34 | 58 | 83 |
| 27 | 10 | 35 | 60 | 85 |
| 28 | 10 | 36 | 62 | 88 |
| 29 | 10 | 37 | 64 | 91 |
| 30 | 10 | 38 | 66 | 94 |

Over 30 - Same pattern followed.

## Personal Business

| | | | | |
|---|---|---|---|---|
| Less than 1 year | 0 | 0 | 3 | 5 |
| More than 1 year | 3 | 3 | 3 | 5 |

## Death of Immediate Relative

| | | | | |
|---|---|---|---|---|
| No service requirement | 0 | 3 | No limit . . . . . . | |



8/3/64

3. Absences for Miscellaneous Reasons. The provisions of Section F of Article III are applicable to fire officers (platoon).

4. Holidays. The working schedules for fire officers (platoon) do not permit them to be relieved from duty on the holidays listed in Section H, Article III of this Appendix B. Therefore, fire officers (platoon) will be paid a holiday allowance equivalent to 10.67 hours pay at one and one-half times their regular hourly rate for each such holiday, whether or not they are scheduled to work on a particular holiday.

5. Overtime. Normally, fire officers (platoon) will not be paid for overtime work but in the event they are required, because of unusual circumstances, to remain on duty continuously for more than two consecutive duty days, overtime may be paid at the regular hourly rate for those hours on duty in that week which exceed the normal scheduled hours for that workweek.

6. Vacations.

a. Annual vacations with pay will be granted to fire officers (platoon) as follows:

| Continuous Service | Vacation with Pay |
| --- | --- |
| 52 weeks but less than 10 years | 2 weeks |
| 10 years but less than 20 years | 3 weeks |
| 20 years or more | 4 weeks |

b. Payments for vacations will be based upon the regular schedule the employee would have worked during the vacation period, including the holiday allowance for any holiday falling within the vacation period. However, vacation time will not be extended by reason of any holiday.

c. The provisions of Article III, Section J, Paragraphs 2, 5, 6 and 8 of this Appendix B are applicable to fire officers (platoon).

d. Pay in lieu of vacation may be granted fire officers (platoon) under the following circumstances:

(i) Employees qualified for a vacation who quit, resign, are discharged, or retire will receive the full vacation allowance.

(ii) The heirs or legal representatives of deceased employees who, if living, would have been entitled to a vacation allowance under Subparagraph (i) above, will be paid accordingly.

(iii) An eligible employee who does not take his vacation for the current year, due to the requirements of his work, will be granted a vacation allowance.

(iv) Where an employee's absence from work continues beyond the end of a vacation year and the employee did not receive in such vacation year the full vacation pay for which he had qualified, the employee will receive, at the end of such absence or upon prior termination of service, a vacation allowance in lieu of any vacation to which he was entitled at the end of the vacation year.

(v) The vacation allowance granted under the preceding Subparagraphs (i) through (iv) will be on the basis of 56 hours multiplied by the annual hourly rate times the number of vacation weeks due.

B - FIREMEN (PLATOON)

1. Isolation Pay. Isolation pay (outer area pay) of $5.13 per week will be paid to firemen (platoon) who report to and begin their work in or in the vicinity of the 100 or 200 areas.

2. Absences for Personal Reasons. A fireman (platoon) having one or more years of continuous service who is absent from duty for an entire

workweek, may be allowed pay for such workweek in accordance with the following schedule:

a. Absences of 10 duty days due to personal illness may be allowed in any 12-month period. If a fireman (platoon) is absent for an entire workweek, he may receive payment of $141.34, or $147.18 if isolation pay is applicable, for that workweek, provided that he has to his credit a number of unused illness absence duty days equal to or greater than the number of duty days he would have worked in that workweek in accordance with his regular schedule.

b. In the event a fireman (platoon) is absent for an entire workweek due to personal illness but does not have to his credit the number of unused illness absence duty days equal to the number of duty days he was scheduled to work in such workweek, he may receive a payment for that workweek computed by multiplying the number of unused illness absence duty days remaining to his credit by the pro-rated duty day pay rate for that workweek ($141.34, or $147.18 where isolation pay is applicable, divided by the number of duty days the fireman (platoon) would have worked in accordance with his regular schedule).

In determining available illness absence duty day credits for purposes of payment under this Subparagraph, there shall be deducted from the established allowance the total number of duty days the fireman (platoon) was absent because of personal illness during the 12-month period, including absences of less than a full workweek.

c. (1) A fireman (platoon) will accumulate an additional illness absence allowance of one duty day for each year of continuous service up to a maximum of 15 additional duty days in any



8/3/64

12-month period. Payment for an illness absence of an entire workweek under this allowance may be made as outlined in Subparagraphs 2.a. or 2.b. above, except that such payments will not include isolation pay.

(2) If a fireman (platoon) has an absence or absences, either continuous or interrupted, for a total of more than 10 duty days in any 12-month period due to the same or related illness, he may be paid for any duty days he is absent because of such illness in excess of such 10 duty days up to the available duty day credits under the allowance accumulated pursuant to Subparagraph 2.c. (1) above, provided such duty days occur in a workweek in which the fireman (platoon) is absent for the entire workweek because of such illness. Payment for the first 10 duty days of such absences may be granted pursuant to the provisions of Subparagraphs 2.a. or 2.b. above, to the extent available.

In determining available additional absence duty day credits for purposes of payments under this Subparagraph c., there shall be deducted from the additional absence allowance the total number of duty days in excess of 10 on which the fireman (platoon) was absent because of the same or related illness during the 12-month period, including absences of less than a full workweek.

d. A fireman (platoon) with service credits of between six months and one year will accumulate a personal illness absence allowance of three duty days in any 12-month period. If he is absent for an entire workweek because of personal illness, he may receive payment of $141.34 (or $147.18, where isolation pay is applicable) for that workweek,

provided that he has to his credit a number of illness absence duty days equal to or greater than the number of duty days he would have worked in that workweek in accordance with his regular schedule. If he does not have such number of illness absence duty days to his credit, he will receive a pro rata payment as provided for in Subparagraph 2.b. above. Available illness absence duty day credits shall be determined by deducting all illness absences in the 12-month period, as provided for in Subparagraph 2.b. above.

e. A fireman (platoon) with continuity of service, if absent for an entire workweek for personal reasons other than vacation or personal illness, may be allowed pay for such workweek for reasons and periods as follows:

| Reason | Maximum Period in any 12-Month Period |
|---|---|
| Death of immediate relative | 3 duty days |
| Personal business | 3 duty days |

Payment for such absences will be calculated in the same manner as payments for absences due to personal illness as set forth in the preceding Subparagraphs 2.a. or 2.b.

f. A fireman (platoon) with service credits of between six months and one year may, subject to the approval of the Department Manager, be allowed pay for an absence of an entire workweek, as follows:

| Reason | Maximum Period in any 12-Month Period |
|---|---|
| Personal business or Death of immediate relative | 3 duty days |

Payment for such absences will be calculated in the same manner as payments for absences due to personal illness as set forth in the

preceding Subparagraphs 2.a. or 2.b.

3. Absences for Miscellaneous Reasons.

a. A fireman (platoon) who is out for an entire workweek because of injury or occupational disease that is compensable under Workmen's Compensation Statutes of the State of Washington shall be paid for such week an amount equal to the difference between $141.34 (or $147.18, where isolation pay is applicable) and the payment he receives from Workmen's Compensation. Such payments shall continue until such time as the disability payments are terminated by an order of the Department of Labor and Industries, or by an order of the Superior Court. In the event that a decision of the Department of Labor and Industries, or of the Superior Court, is appealed by either the Company or the fireman (platoon), payment of said difference shall not be made unless and until a final determination is made in favor of the fireman (platoon) by the appropriate agency or court.

b. When a fireman (platoon) is called for service as a juror, he will be paid $141.34 (or $147.18, where isolation pay is applicable) for each entire workweek he is absent from duty because of such service.

c. For purposes of converting absence allowance units under a non-platoon schedule to those available under a platoon schedule, two days' absence allowance available under a non-platoon schedule shall be equal to one duty day allowance for absences due to any of the causes specified in this Section B.

d. Payment may be made upon the written approval of the Commission for additional absences excused by the Contractor.

4. Holidays. The working schedules for firemen (platoon) do not permit them to be relieved from duty on the holidays listed in Section H, Article III

of this Appendix B. No holiday premium as such will be paid to these employees inasmuch as the salary structure pertaining to nonexempt firemen (platoon) includes a factor for holiday duty.

5. Overtime. A fireman (platoon) will be paid a premium of one-half his regular hourly rate as overtime compensation for all hours he is on duty in excess of eight hours for each calendar day within the workweek or for all hours he is on duty in excess of 40 hours within the workweek, whichever is greater.

6. Vacations.

a. Annual vacations with pay will be granted to firemen (platoon) as follows:

| Continuous Service | Vacation with Pay |
|---|---|
| 52 weeks but less than 10 years | 2 weeks |
| 10 years but less than 20 years | 3 weeks |
| 20 years or more | 4 weeks |

A vacation week shall coincide with the workweek.

b. A vacation payment will be made to a fireman (platoon) for each entire week he is on vacation on the basis of the greater of:

(1) The employee's fixed weekly rate for the week ($121.15), including isolation pay where applicable, plus the overtime compensation to which he would have been entitled if he had been on duty in accordance with his regular schedule during the entire vacation workweek; or

(2) The employee's straight time weekly earnings rate, excluding isolation pay and shift premium, in effect during the last fiscal week worked by him during the year preceding the vacation year, plus isolation pay where applicable, equivalent to his



8/3/64

entitlement thereto under (1) above.

c. The provisions of Article III, Section 3, Paragraphs 2, 5, 6 and 8 of this Appendix B are applicable to firemen (platoon).

d. Pay in lieu of vacation may be granted firemen (platoon) under the following circumstances:

(i) Employees qualified for a vacation who quit, resign, are discharged, or retire will receive the full vacation allowance.

(ii) The heirs or legal representatives of deceased employees who, if living, would have been entitled to a vacation allowance under Subparagraph (i) above, will be paid accordingly.

(iii) An eligible employee who does not take his vacation for the current year, due to the requirements of his work, will be granted a vacation allowance.

(iv) Where an employee's absence from work continues beyond the end of a vacation year and the employee did not receive in such vacation year the full vacation pay for which he had qualified, the employee will receive, at the end of such absence or upon prior termination of service, a vacation allowance in lieu of any vacation to which he was entitled at the end of the vacation year.

(v) The vacation allowance granted under the preceding Subparagraphs (i) through (iv) will be at the rate of $141.34 per week, or $147.18, if isolation pay is applicable.

--(Modification No. 29, effective June 1, 1964)

ARTICLE X - APPROVAL

It is understood and agreed that in all cases in which the approval of the Commission is necessary under this Appendix B, express ratification by the Contracting Officer, shall be considered as its equivalent.

ARTICLE XI - EXCEPTIONS

The Contractor may, upon the approval of the Commission, make exceptions to the policies and procedures set forth in this Appendix B.



8/3/64