Contract No. W-31-109 Eng-52

This document consists of 65 pages
Number 34 of 55 copies, Series B

# COST-PLUS-FIXED-FEE
# DESIGN, ENGINEERING, CONSTRUCTION, EQUIPPING, TRAINING PERSONNEL, RESEARCH, DEVELOPMENT AND OPERATION CONTRACT

## WAR DEPARTMENT

CONTRACTOR: GENERAL ELECTRIC COMPANY

ADDRESS: Schenectady, New York

CONTRACT FOR: Design, Engineering, Construction, Equipping, Training Personnel, Research, Development and Operation

FIXED FEE: $1.00

ESTIMATED COST OF ARCHITECT ENGINEER SERVICES: $2,753,000.00

ESTIMATED COST OF CONSTRUCTION SERVICES: $57,147,000.00

ESTIMATED COST OF TRAINING PERSONNEL: $100,000.00

ESTIMATED COST OF OPERATION OF THE PLANT AND PROCESS DEVELOPMENT FACILITIES: $67,900,000.00

ESTIMATED COST OF OPERATION OF LABORATORIES: $9,300,000.00

PAYMENT: To be made by Finance Officer, United States Army, U. S. Engineer Office, Manhattan District, Oak Ridge, Tennessee.

The equipment, services and supplies to be obtained by this instrument are authorized by, are for the purpose set forth in, and are chargeable to the following Procurement Authorities, the available balances of which are sufficient to cover the cost of the same:

2_2/60905 608-3222 P470-C7 - $49,000,000.00

217/80920 708-4400 P410-C7 - $88,200,000.00

This contract is negotiated and executed under the First War Powers Act, 1941, and Executive Order No. 9001.

Approved
9 Sept. 1946
L. R. GROVES (signed)
L. R. GROVES
Major General, U.S.A.