Case 1:08-cv-00043-S-LDA Document 12-7 Filed 03/07/2008 Page 1 of 5

SECRET

This document consists of 5 pages
Copy No. 8 of 50, Series B.*

UNITED STATES
ATOMIC ENERGY COMMISSION
Washington 25, D. C.

No. 6301

classification cancelled
1st HAF Nov. 10, 1948

January 28, 1947

AMENDMENTS 1 to 10 INCLUSIVE TO CONTRACT W-31-109 eng-52 *

General Electric Company
1 River Road
Schenectady, New York

Gentlemen:

This Commission has made a study of War Department Contract number W-31-109 eng-52, which was entered into by your company and the contracting officer of the Manhattan Engineer District, subject to termination in the event that this Commission did not adopt it prior to January 30, 1947. The Commission has determined to adopt the contract, subject to certain amendments set out below.

Subject, therefore, to the following amendments, and pursuant to the authority conferred by the Atomic Energy Act of 1946 and Executive Order 9816 of December 31, 1946, and in the interest of the common defense and security, Contract W-31-109 eng-52, dated May 15, 1946, as heretofore amended (including the letter contract W-31-109 eng-52, dated May 15, 1946, which preceded the definitive contract), is hereby adopted by the Atomic Energy Commission.

AMENDMENTS.

Amendment No. 1: Add to Article VII (page 10), a new paragraph reading as follows:

6. In the Atomic Energy Act of 1946, Congress stated: "It is hereby declared to be the policy of the people of the United States that, subject at all times to the paramount objective of assuring the common defense and security, the development and utilization of atomic energy shall, so far as practicable, be directed toward improving the public welfare, increasing the standard of living, strengthening free competition in private enterprise, and promoting world peace."

In order to establish a program which will accomplish the purposes of the Act, and which, in particular, will assure participation in the work of the Knolls Atomic Power Laboratory by interested segments of the national economy, the Contractor and the Commission hereby agree that:

(a) There shall be established an Advisory Board for the

SECRET

* Not on original - added upon advice of Area Engineer, Schenectady Area.

Knolls Atomic Power Laboratory. This Advisory Board shall consist of members appointed by the Commission from such of the interested segments of the national economy as the Commission may designate from time to time.

(1) The functions of the Advisory Board shall be as determined by the Commission from time to time. It is contemplated that such functions may include consideration of specific fields for research, the scope and emphasis of the research program for the Laboratory, and the relation of that program to other research programs under the cognizance of the Commission.

(2) All recommendations of the Advisory Board shall be subject to approval, modification, or disapproval by the Commission.

(3) Nothing contained in this paragraph shall alter the direct responsibility of the Contractor to the Commission for the management and operation of the Knolls Atomic Power Laboratory.

(b) It is the intention of the Commission and the Contractor that the Knolls Atomic Power Laboratory shall employ on a temporary basis, in order to assist in the work carried on in the Laboratory, qualified persons drawn from such of the interested segments of the national economy as the Commission may designate from time to time.

(1) The number of such personnel employed on a temporary basis, unless mutually agreed otherwise, shall not exceed 15 per cent of the number of scientific and technical personnel employed on a permanent basis by the Knolls Atomic Power Laboratory. It is contemplated by the Commission and the Contractor that the foregoing percentage limitation will be subject to adjustment by mutual agreement in the light of experience.

(2) Persons employed by the Knolls Atomic Power Laboratory on this temporary basis shall have a scientific and technical background of the high level contemplated for the permanent staff of the Laboratory. They shall be so selected that their fields of competence make possible the maintenance of a well-balanced staff in the Laboratory.

(3) The Contractor shall be responsible for recruiting and selecting from the designated segments of the national economy personnel for employment on a temporary basis by the Knolls Atomic Power Laboratory, subject to approval by the Commission. Upon the request of the



* Not on original - added upon advice of Area Engineer, Schenectady Area.

S E C R E T

Contractor, or upon its own initiative, the Commission will designate not only the interested segments of the national economy but also the companies, universities and other institutions from which the Contractor shall recruit and select such personnel. The Commission in its discretion directly may designate qualified personnel for such employment by the Knolls Atomic Power Laboratory.

(4) Upon accepting employment at the Knolls Atomic Power Laboratory on such temporary basis, (a) each individual shall become subject to all rules and regulations prescribed by the Commission or the Contractor for the operation of the Laboratory, to the same extent that such rules and regulations are applicable to the personnel employed on a permanent basis by the Laboratory; and (b) each individual shall agree to work at the Laboratory for a continuous period of not less than one year, unless some other period of employment is mutually agreed upon by the Contractor and the Commission in any given case.

(5) By mutual agreement of the Contractor and the Commission, the employment of any individual employed on a temporary basis by the Knolls Atomic Power Laboratory can be discontinued.

Amendment No. 2: Delete the first sentence of paragraph 1 of Article VII (page 10) and substitute the following in its place:

In accordance with written recommendations made by the Contractor from time to time and approved in writing by the Commission or made by the Commission and accepted by the Contractor in writing, the Contractor shall conduct fundamental research studies, investigations, and development work in the Laboratories, pertaining to atomic energy.

Amendment No. 3: Delete the first sentence of Article IX (page 11) and substitute the following in its place:

Title to all materials, tools, machinery, equipment and supplies used in construction or operation of the Plant and the Laboratories for which the Contractor shall be entitled to reimbursement under Article XIII shall vest in the Government at the same time and place as the title passes to the Contractor; provided that the right of final inspection and acceptance or rejection of such materials, tools, machinery, equipment and supplies at such place

S E C R E T *



* Not on original - added upon advice of Area Engineer, Schenectady Area.

or places as he may designate in writing is reserved to the Contracting Officer; provided, further, that upon such final inspection the Contractor shall be given written notice of acceptance or rejection as the case may be.

Amendment No. 4: Add to Article XXXVII (pages 58 and 59) a new subparagraph b, reading as follows:

(b) Without waiving any rights accruing to the Government under the foregoing provisions, the Commission and the Contractor agree that all provisions of the Atomic Energy Act of 1946 relating to patents and inventions are hereby incorporated into this contract by reference. Invention reports required by said Act shall be made to the Area Engineer at Hanford Engineer Works or at the Knolls Atomic Power Laboratory in Schenectady, as the case may be, unless otherwise required by the Commission. The Contractor agrees that no claim for pecuniary award under the provisions of the Act shall be asserted by the Contractor or its employees with respect to any inventions or discoveries made by the Contractor or its employees in the course of the work called for in this contract. INVENTIONS

Amendment No. 5: Amend the first sentence of Article XXXVIII (page 60) to read as follows:

Unless sooner terminated by the Government pursuant to Article XX or unless sooner terminated by the Contractor as hereinafter provided, this contract shall continue until December 31, 1950. 1950 HAW 1950 CLW

Amendment No. 6: Add to Article XII, paragraph 1, (page 12), a new subparagraph f, reading as follows:

(f) Cost estimates of the work required under Articles VI and VII of this contract, subsequent to December 31, 1947, shall be prepared and mutually agreed upon in writing prior to the beginning of each fiscal year, for the expenditures to be made during such fiscal year, and when so agreed upon shall constitute obligations against such funds of the Commission, available for obligation at the time the agreement is made, as the Commission may designate.

Amendment No. 7: Amend Article XIII, paragraph 7, (page 24), by adding to line 3, after the word "not", the following words:

prior to December 31, 1947.



* Not on original - added upon advice of Area Engineer, Schenectady Area.

S E C R E T

Amendment No. 8: Amend Article XIII, paragraph 7, (page 24), by adding to line 8, after the word "contract", the following words:

prior to December 31, 1947.

Amendment No. 9: Amend the first sentence of Article XXIII, paragraph A, subparagraph 1(a), by deleting "(subject to Executive Order Number 9250 and the General Orders and Regulations issued thereunder)" and by inserting at the end of the fifth line, after the word "or", the words "without the approval of the Commission".

Amendment No. 10: Amend the parenthetical provision contained in the first sentence of paragraph 3 of Article I (page 2) to read as follows:

(hereinafter sometimes referred to as the "Knolls Atomic Power Laboratory" and also hereinafter sometimes referred to as the "Government Laboratory").

If you concur in these amendments, please sign and return the original and one copy of this letter, and the contract will then be deemed to be adopted by the Commission, and the above amendments agreed to by both parties.

ATOMIC ENERGY COMMISSION

BY Carroll L. Wilson (Signed)
General Manager

Accepted this 29th day of January, 1947.

GENERAL ELECTRIC COMPANY

BY H. A. Winne (signed)
Vice-President

S E C R E T



* Not on original - added upon advice of Area Engineer, Schenectady Area.