History
File - mtm
GE Contract Book
SERVICES

UNITED STATES
ATOMIC ENERGY COMMISSION

HANFORD OPERATIONS OFFICE
P. O. BOX 550
RICHLAND, WASHINGTON

IN REPLY REFER TO:
GC:JWT

MAY 8 1952

General Electric Company
Hanford Works
Richland, Washington

Attention: Mr. G. R. Prout, General Manager

Subject: RELATED SERVICES

Gentlemen:

In recent weeks representatives of General Electric and the Commission have had a number of discussions with respect to performance of certain categories of work by General Electric Company, including among other things the performance of work for other atomic energy installations.

As a result of our discussions, agreement has been reached that substantial areas of this work are already covered by our prime contract No. W-31-109-Eng-52, as follows:

1. Special irradiations in accordance with the secret letter referred to in Article XLII of the contract.

2. Operation and maintenance of any facilities or equipment owned by the Government and administered by the Commission as a part of the Plant (which term is used in this letter as defined in said contract), including but not limited to such items as school facilities and power lines.

3. Off-site services in the vicinity of the Plant that have a clear relation to the operation or maintenance of the Plant, or an appropriate relationship to the contractor's functions as operator of the Plant.