# *LAWRENCE STILWELL BETTS, MD, PhD, CIH, FACOEM*
*Captain, Medical Corps, United States Navy, Retired*

Diplomate of the American Board of Preventive Medicine; certified in the specialty of Occupational Medicine
Diplomate of the American Board of Industrial Hygiene; certified in the Comprehensive Practice of Industrial Hygiene
Fellow, American College of Occupational and Environmental Medicine
Fellow, American Industrial Hygiene Association
lawrencebetts@cox.net

**PRESIDENT, LAWRENCE STILWELL BETTS, MD, PhD, P.C.**
***MEDICAL and SCIENTIFIC INTEGRATIONS and APPLICATIONS in OCCUPATIONAL and ENVIRONMENTAL MEDICINE, TOXICOLOGY, and INDUSTRIAL HYGIENE***
***Post Office Box 2185***
***Poquoson, Virginia***
***757.868.4590***

**PROFESSOR of FAMILY and COMMUNITY MEDICINE**
**ASSOCIATE CLINICAL PROFESSOR of PHYSIOLOGICAL SCIENCES**
*Eastern Virginia Medical School, Norfolk, Virginia*

**CONSULTANT, OCCUPATIONAL and ENVIRONMENTAL TOXICOLOGY**
*SafetyCall International Poison Center*
*Bloomington, Minnesota*


## PERSONAL DATA

| | |
|---|---|
| **Date of Birth:** | October 18, 1946 |
| **Place of Birth**: | Ross, California |
| **Name of Wife:** | Karen Ann (Zaworski) Betts |
| **Names of Children:** | Diana (1971); Rebecca (1974); Brian (1978); Teresa (1981) |

## EDUCATION

**DOCTOR of MEDICINE:** *Eastern Virginia Medical School, Norfolk, Virginia, 1986*

**DOCTOR of PHILOSOPHY:** *University of Minnesota, Minneapolis, Minnesota, 1979*
Major in Occupational Health with emphasis in Toxicology
Minor in supporting fields of Biochemistry, Immunology, and Epidemiology

**MASTER of SCIENCE:** *North Dakota State University, Fargo, North Dakota, 1972*
Major in Toxicology and Pharmacology; Minor in Biochemistry

**BACHELOR of ARTS:** *Sonoma State College, Rohnert Park, California, 1969*
Major in Biological Sciences; Minor in Chemistry

## GRADUATE MEDICAL EDUCATION

**FELLOWSHIP:** *Medical Toxicology, St. Paul-Ramsey Medical Center and the Minnesota Regional Poison Center, 1991*

**RESIDENCY:** *Occupational Medicine, St. Paul-Ramsey Medical Center, 1990*

**INTERNSHIP:** *Internal Medicine, Naval Hospital, Portsmouth, Virginia, 1987*

## SIGNIFICANT PROFESSIONAL ASSIGNMENTS

**March, 2002-Present: PRESIDENT, LAWRENCE STILWELL BETTS, MD, PhD, P.C.;** consults in occupational and environmental medicine, toxicology, and industrial hygiene; provides medicine and science integration and applications in these specialty fields; actively lecturing professor in medical school, university, and professional continuing medical education programs. Provides medical and scientific consultative services to the United States government, including Department of Defense and Homeland Security. Provides medical-legal advice and consultation as a subject matter expert. President, Virginia College of Occupational and Environmental Medicine (2004-2006). Appointed to the National Academy of Sciences, Committee on Toxicology in 2004. Appointed to the Environmental and Public Health Council of Underwriters Laboratories, Inc in 2005. Active multi-year member of American College of Occupational and Environmental Medicine Committee on Occupational and Environmental Toxicology, and American Academy of Clinical Toxicology Committees on Research Awards and Occupational and Environmental Toxicology. Book reviewer and Co-op Book Review Program evaluator, *Applied Occupational and Environmental Hygiene* Journal; invited guest participant on American Conference of Governmental Industrial Hygienists (ACGIH), Chemical Substances-Threshold Limit Values (TLV) Committee (2002-2003).

**July, 2001-February, 2002: MEDICAL DIRECTOR, OCCUPATIONAL and ENVIRONMENTAL MEDICINE SERVICES and PROFESSOR,** Department of Family and Community Medicine, Eastern Virginia Medical School, Norfolk, VA: recruited to develop an integrated occupational and environmental health program of medicine and science to serve the medical school and community. Involved in clinical medicine, medical administration, teaching, consultation, and research. Program closed after seven months due to financial constraints of department and institution. After termination of salaried position, continued twenty-one year legacy of teaching, mentoring, and consultation in medical toxicology and occupational and environmental medicine. Member, Underwriters laboratories/National Environmental Health Association Committee for development of Indoor Air Quality Standard; EVMS Institutional Biosafety Committee; other continued positions on national committees included above.

**July, 1997-July, 2001: DIRECTOR, OCCUPATIONAL and ENVIRONMENTAL MEDICINE,** Navy Environmental Health Center. Provided overall direction of, and principal consultant in, occupational and environmental medicine, medical toxicology, radiation health, and hearing conservation. Served as Acting Commanding Officer or Acting Executive Officer consistent with tradition and policy. Served as a member of the Board of Directors and the Strategy Board, Navy Environmental Health Center. Senior, Medical Review Officer (MRO) for the Navy and Marine Corps. Directed and attended in the only Toxicology Clinic in the Armed Services. Developed program and provided consultation and training in the medical aspects of the Navy's "CBRE" (Chemical, Biological, Radiological, and Environmental) Program. Medical Consultant in the Reachback Advisory Group for the ChemBio Incident Response Force (CBIRF). Chair, Navy Occupational and Environmental Medicine Advisory Board. Member, Navy Epidemiology Board; Navy Reproductive and Developmental Hazards Board; Joint Environmental Surveillance Working Group; Deployment Medical Surveillance Working Group.

**August, 1996- June, 1997: DEPUTY DIRECTOR, OCCUPATIONAL MEDICINE** at the Navy Environmental Health Center, Norfolk, Virginia. Assisted Director and provided consultation for development of Navy policies in occupational medicine and medical toxicology. Established the first Toxicology Clinic in the Navy. Served as Navy representative on Agency for Toxic Substances and Disease Registry (ATSDR) Committee for the Child Health Initiative; Member, Tri-service Toxicology Users Advisory Group; Navy Occupational Medicine Advisory Board; Navy Epidemiology Board.

## SIGNIFICANT PROFESSIONAL ASSIGNMENTS (continued)

**1991 - 1996: ASSOCIATE DIRECTOR FOR OCCUPATIONAL HEALTH AND PREVENTIVE MEDICINE** at Naval Medical Center, Oakland, CA with overall responsibility for direction and professional review of a staff of 125 military and civilian personnel. Combined the practice of occupational and preventive medicine with contributions from the fields of toxicology, industrial hygiene, and epidemiology in order to develop a dynamic and expanding program which included centralized leadership, medical and scientific consultation, quality assurance and improvement, employee education and training, and cost containment for work injuries and illnesses. Planned and directed closure and post-closure operations for areas of responsibility until August, 1996. Temporarily assigned to the U.S. Department of State (DOS) to provide medical and scientific support for an evaluation of a situation involving a death under unusual circumstances and later provided medical expertise during the inspection of the Medical Department by the Inspector General, DOS. Promoted to the rank of Captain.

**1989 - 1991: OUTSERVICE POSTGRADUATE MEDICAL EDUCATION**. Selected by the Bureau of Medicine and Surgery for postgraduate medical education at a civilian institution. After completing residency requirements in occupational medicine at the St. Paul-Ramsey Medical Center (SPRMC), continued subspecialty training as the Occupational Medicine/Medical Toxicology Fellow for SPRMC and the Minnesota Regional Poison Center (MRPC) and Hazard Information Service (HIS). Responsible for inpatients and outpatients referred for toxicology consultation at SPRMC; assigned on-call duties as medical toxicology fellow at MRPC/HIS for statewide and national poisoning emergencies; developed protocols and procedures for prevention and management of poisonings; instrumental in the coordination of occupational medicine, toxicology, and industrial hygiene matters; provided clinical training and continuing medical education for poison information pharmacists, and students and residents in medicine and pharmacy. Promoted to the rank of Commander.

**1987 - 1989: OCCUPATIONAL MEDICINE PHYSICIAN** aboard the USS KITTY HAWK (CV-63), a conventionally-powered aircraft carrier undergoing an extensive overhaul in the Philadelphia Naval Shipyard. Served as the primary care medical officer, averaging over 60 visits per day in "Sick Call" and "Emergency Room". Instituted a comprehensive occupational medicine surveillance program for multiple chemical and physical agents, including a lead monitoring program for over two thousand men. Consulted in industrial hygiene and safety for the Safety Officer and other line departments.

**1986 - 1987: RECOMMISSIONED** as a Lieutenant Commander, Medical Corps, United States Naval Reserve following graduation from medical school. Senior Intern in class of fifty-three interns. Internship in Internal Medicine.

**1983 - 1986: MEDICAL STUDENT** competitively selected for the Health Professions Scholarship Program at Eastern Virginia Medical School; resigned regular U.S. Navy commission and successful career as a Lieutenant Commander, Medical Service Corps in the specialty of Industrial Hygiene and Toxicology to enter medical training as an Ensign, United States Naval Reserve (1975 Program) in order to fulfill career goals in the field of toxicology and occupational health.

**1979 - 1983: HEAD, INDUSTRIAL HYGIENE BRANCH**, Occupational and Preventive Medicine Service, Naval Regional Medical Center, Portsmouth, Virginia. Responsible for the overall management and operation of the industrial hygiene and occupational health program in a highly industrialized geographic area which included a naval shipyard and an aircraft rework facility; served as primary consultant for occupational toxicology and industrial hygiene (IH); served on command-level committees for various occupational health programs; provided continuing education program for physicians, nurses, and hospital corpsmen; reviewed and approved engineering designs for the control of occupational exposures; performed field surveys with onsite or laboratory analyses of samples; and directed the IH laboratory.

## SIGNIFICANT PROFESSIONAL ASSIGNMENTS (continued)

**1976 - 1979: PRE-DOCTORAL STUDENT** selected for "active duty under instruction" in the Doctor of Philosophy Program at the University of Minnesota, School of Public Health; sponsored by the U.S. Navy.

**1973 - 1976: HEAD, INDUSTRIAL HYGIENE DEPARTMENT**, Navy Environmental and Preventive Medicine Unit Number Two. Responsible for the occupational health aspects of the Navy's preventive medicine program for Navy and Marine commands east of the Rocky Mountains in the United States and for ship and shore commands in the Caribbean Sea and Atlantic Ocean. Performed numerous walk-through and comprehensive industrial hygiene surveys; developed and presented training courses in toxicology, industrial hygiene, and ventilation; assisted the President, Board of Inspection and Survey in matters of industrial hygiene and occupational health.

**1972 - 1973:** Initial Naval assignment following commissioning as an Industrial Hygiene Officer; Navy Environmental and Preventive Medicine Unit Number Two, Norfolk, Virginia.

## PROFESSIONAL ACTIVITIES

**LICENSED** as a **MEDICAL PHYSICIAN AND SURGEON**:

| | | |
|---|---|---|
| Commonwealth of Virginia: | 0101054840 | (1996- current) |
| State of California: | G 071466 | (1991- current) |
| State of Minnesota: | 033 027 5 | (1989- current) |
| Commonwealth of Pennsylvania: | MD-038975-E | (1987- inactive) |

**FELLOWSHIP** status in the American College of Occupational and Environmental Medicine in September, 1999.

**FELLOWSHIP** status in the American Industrial Hygiene Association in March, 2005.

**BOARD CERTIFIED** for life in the specialty of Occupational Medicine by the American Board of Preventive Medicine as of February 3, 1992.

**BOARD CERTIFIED** in the comprehensive practice of Industrial Hygiene by the American Board of Industrial Hygiene; Certificate Number 2081. Initial certification in 1981; re-certified through June, 2010.

**CERTIFIED MEDICAL REVIEW OFFICER** by the Medical Review Officer Certification Council, 1998 through June, 2003. Allowed to expire without renewal as position no longer required certification.

**CURRRENT PROFESSIONAL ACTIVITES:** Immediate Past President; President October, 2004-November, 2006; and past, three-term Director, Virginia College of Occupational and Environmental Medicine. Member, American College of Occupational and Environmental Medicine Committee on Occupational and Environmental Toxicology; American Academy of Clinical Toxicology Committees on Research Awards and Occupational and Environmental Toxicology. Nationally active lecturer in the individual and combined fields of occupational and environmental medicine, toxicology, and industrial hygiene.

**CONSULTING TOXICOLOGIST** (1979 - present): Served as industrial and occupational toxicologist for the Tidewater Regional Poison Center and Naval Hospital, Portsmouth, Virginia; served as Medical Toxicologist at the Minnesota Regional Poison Center and Hazard Information Services, St. Paul-Ramsey Medical Center, St. Paul, Minnesota; past professional liaison to the American Association of Poison Control Centers for matters related to Chemical, Biological, Radiological, and Environmental Threats; past member, National Environmental Health Association-Underwriters' Laboratory Committee on Indoor Air Quality. Currently continues to consult for SafetyCall™ and the International Poison Center and world-wide naval and other armed forces commands. Member, DoE Office of Worker Advocacy Physician Panel (2002-05).

## PROFESSIONAL ACTIVITIES (continued)

**PROFESSOR OF FAMILY AND COMMUNITY MEDICINE, Eastern Virginia Medical School**: (July, 2001- present) academic promotion given with full time appointment as Medical Director, Occupational and Environmental Medicine Services. Developing community, academic, research, and administrative programs to promote health in the community and mentored residents and medical students. Maintained faculty appointment and teaching responsibilities following defunding of program.

**ADJUNCT PROFESSOR OF COMMUNITY AND ENVIRONMENTAL HEALTH**, **Old Dominion University** (2002 - 2005): taught upper division and graduate level toxicology course; advised students and Program Director

**ASSOCIATE CLINICAL PROFESSOR OF PHARMACOLOGY**, **Eastern Virginia Medical School** (1981-present; present rank July, 1989): developed and currently presents toxicology portion (six lectures) of Medical Pharmacology course for second year medical students; small group leader for Pharmacology problem-solving class; presents toxicology portion of the Introductory Pharmacology course to pre-doctoral Biomedical Sciences students. Consolidated Department became Division under Physiological Sciences.

**CLINICAL ASSISTANT PROFESSOR OF CLINICAL PHARMACY**, **College of Pharmacy, University of Minnesota** (1991-1994): presented lectures and provided clinical guidance for Doctor of Pharmacy students, residents, and fellows; presented toxicology lectures and clinical rounds for resident physicians and medical students.

**ADJUNCT ASSISTANT PROFESSOR OF MEDICINE**, **Jefferson Medical College**, Thomas Jefferson University (1988-1989): participated in presentation of undergraduate toxicology to second year medical students; served as consultant in the Medical College's Environmental & Occupational Toxicology Program.

**ADJUNCT ASSOCIATE PROFESSOR OF CHEMISTRY**, **Old Dominion University** (1983-1987): participated in graduate level toxicology course; served on graduate examining committees.

**ADJUNCT ASSOCIATE PROFESSOR OF BIOLOGY**, **Old Dominion University** (1982-1983): developed and presented one graduate and undergraduate course each semester in Occupational Health, Toxicology, and Industrial Hygiene.

## HONORS AND AWARDS

***One of only three individuals, together with W. Clark Cooper, MD, CIH (Ret) and Mitchell R. Zavon, MD, CIH to have ever been recognized as a Fellow of both the American College of Occupational and Environmental Medicine and the American Industrial Hygiene Association. The only one of these three individuals currently in active practice in both professional fields.***

**FELLOW OF AMERICAN INDUSTRIAL HYGIENE ASSOCIATION (AIHA) (2005).** Recognized by the officers of the Tidewater Chapter of the AIHA, and approved by the national Board of Directors, for achievement in industrial hygiene through professional contributions to the field for a period of more than fifteen years. The Fellow classification is a distinction that is limited to less than five percent of the total membership.

**THE VADM RICHARD NELSON AWARD FOR CAREER EXCELLENCE IN NAVY OCCUPATIONAL HEALTH AND PREVENTIVE MEDICINE (2003):** the second individual to be awarded the VADM Richard Nelson Award for sustained professional excellence and lifetime contributions to Navy occupational and environmental medicine while serving as an industrial hygiene officer, toxicologist, and occupational and environmental medicine physician. The award is presented in recognition of VADM Richard Nelson, MC, USN, an occupational medicine physician and the Navy's 33rd Surgeon General.

## HONORS AND AWARDS (continued)

**NAVY MERITORIOUS SERVICE MEDALS (2001; 1996):** the second awarded for outstanding meritorious service as the Navy's premier resource in occupational and environmental medicine, while serving as a Director at the Navy Environmental Health Center; noted for leadership, expertise in medicine and science, and management skills; the first awarded for exemplary performance of duties managerial duties as Associate Director, and medical and scientific duties as senior Occupational Medicine physician over a four-year period.

**FELLOW OF THE AMERICAN COLLEGE OF OCCUPATIONAL AND ENVIRONMENTAL MEDICINE (1999**). Recognized for training, accomplishments, and experience in occupational medicine at the national, component, and local levels, as well as, academic and scientific contributions to the profession, and granted Fellowship status as the highest classification of membership in the College.

**MILITARY OUTSTANDING VOLUNTEER SERVICE MEDAL (1996):** recognized for close association with the faculty and students of Eastern Virginia Medical School over a fifteen-year period. Provided lectures and consultation in medical toxicology while exhibiting competency and professionalism as a Navy Medical Department officer.

**SURFACE WARFARE MEDICAL DEPARTMENT OFFICER (1992):** designation awarded for skills and abilities combining all aspects of naval surface warfare operations and the provision of medical services.

**NAVY COMMENDATION MEDAL (1989):** cited for contribution in the establishment and operation of an extensive occupational medicine surveillance program aboard the USS KITTY HAWK (CV-63).

**EXCELLENCE IN TEACHING AWARD**, **EASTERN VIRGINIA MEDICAL SCHOOL (1987-1988):** recognized by undergraduate medical students for excellent and exceptional teaching on the basis of ability and effectiveness.

## RESEARCH INTERESTS

History of the Navy's Occupational and Environmental Health Program; Health of mariners, specifically the health of the watermen of the Chesapeake Bay; medical management of untoward exposures to chemical substances; risk assessment of occupational and environmental exposures; control technologies for amelioration of occupational exposures; immune reactions in occupational toxicology; pharmacological and physiological effects of cholinesterase inhibitors.

## MEMBERSHIPS

American Academy of Clinical Toxicology
American Academy of Industrial Hygiene
American College of Occupational and Environmental Medicine
American Conference of Governmental Industrial Hygienists
American Industrial Hygiene Association
American Medical Association
Association of Military Surgeons of the United States
Marines' Memorial Association
Tidewater Section, American Industrial Hygiene Association
United States Naval Institute
Virginia College of Occupational and Environmental Medicine

## *PUBLICATIONS*

Betts LS and Betts BC: "Vesicants" and "Choking Agents". Accepted chapters in Haddad and Winchester's **Clinical Management of Poisoning and Drug Overdose.** 4th Edition. Anticipated publication date April, 2007.

Bohnker BK, Betts LS, Sack DM, Craft N. Navy Asbestos Medical Surveillance Program (1991-1999): Linear Regression Analysis for Effect of Asbestos Exposure on Pulmonary Functions. **Mil Med. 169** (8):613-619 (2004).

Bohnker BK, Betts LS, Sack DM, Craft N. Navy Asbestos Medical Surveillance Program (1984-1990): Linear Regression Analysis for Effect of Asbestos Exposure on Pulmonary Functioning. **Mil Med. 169** (8):620-626 (2004).

Bohnker BK, Page JC, Rovig G, Betts LS, Sack DM: Navy Hearing Conservation Program: 1995-1999 Retrospective Analysis of Threshold Shifts of Age, Sex, and Officer/Enlisted Status. **Mil Med. 169** (1):73- 76 (2004).

Betts BC and Betts LS; "Seafarers". Chapter 34 in **Occupational, Industrial, and Environmental Toxicology**. Second Edition. ISBN 0-323-01340-6. Mosby-Harcourt Health Sciences. 2003.

Bohnker BK, Page JC, Rovig G, Betts LS, Muller JG, Sack DM: U.S. Navy and Marine Corps Hearing Conservation Program, 1995-1999: Mean Hearing Thresholds for Enlisted Personnel by Gender and Age Groups **Mil Med. 167** (2): 132-135 (2002).

Page JC, Bohnker BK, Rovig G, Betts LS, Sack DM: Navy Hearing Conservation Program: Thresholds for Enlisted Personnel, 1995-1999: **Mil Med. 167** (1): 48-52 (2002).

Bohnker BK, Betts LS, Sack DM, Craft N. Navy Asbestos Medical Surveillance Program (1995-1999): Demographics and Smoking History. **Mil Med. 166**(11): 966-971 (2001).

Kingston, R; Filandrinos, D; Harris, CR; Gualtieri, JF; Horva, L; Betts, LS; Houliston, C; Hall, SW. **Poisoning**. Monograph Edition No. 213. American Academy of Family Physicians Home Study Self-Assessment. Kansas City, MO. February 1997.

Betts LS; Wickham CW; Dunn J; Class JS: From fortress to factory: occupational medicine aboard the USS KITTY HAWK during the service life extension program "SLEP". **U S Navy Med. 80**(3): 24-29 (1989).

King MJ; Betts LS; Sonenshine DR: House dust mites in naval ships, military barracks, and homes in the Hampton Roads area of Virginia. **Mil Med. 154**: 467-473 (1989).

Betts LS; Smilkstein MJ; Rumack BH; Cwinn A: Unrecognized ultraviolet-induced keratoconjunctivitis (letter). **Ann Emerg Med. 15**(11): 1378 (1986).

King MJ; Stock M; Betts LS; Sonenshine DR; Matta JF: House dust mite allergies in military personnel. **Mil Med. 150**: 19-22 (1985).

Betts, LS; Metal Fume Fever in MICROMEDEX proprietary databases: Tomes and Poisindex. November, 1985.

Betts, LS; Doctor of Philosophy thesis: "Risk Assessment for Occupational Exposure in a Recombinant DNA Laboratory". University of Minnesota, June, 1979.

Betts, LS; Master of Science thesis: "Separation and Quantification of Diphenylhydantoin and Phenobarbital from Blood". North Dakota State University, July, 1972.

Over the past thirty years, I have authored many professional and technical publications as single, lead, or participant contributor. These were peer-reviewed within the Department of the Navy or Department of Defense and were not intended primarily for release outside the Department of Defense. In some cases, release and distribution were restricted.

January, 2007