MIL-T-17600(SHIPS)
26 June 1953

# MILITARY SPECIFICATION

# TURBINE, STEAM, PROPULSION

# (FOR NAVAL SHIPBOARD USE)

## 1. SCOPE

1.1 Scope. - This specification covers steam propulsion turbines for Naval ships.

1.2 Classification. - Propulsion steam turbines shall be of the following types, as specified (see 6.2.2):

Type I - Single casing, single element.
Type II - Two casings, two elements.
Type III - Two casings, three elements.
Types IV-A and IV-B - Three casings, three elements.

## 2. APPLICABLE SPECIFICATIONS, STANDARDS, DRAWINGS, AND PUBLICATIONS

2.1 The following specifications, standards, drawings, and publications, of the issue in effect on date of invitation for bids, form a part of this specification:

SPECIFICATIONS

FEDERAL
GGG-P-00781 - Pullers, Bushing, Bearing, Gear, Wheel Hub and Cylinder Sleeve, Installing and Removing.

MILITARY
JAN-W-562 - Wire, Nickel-Alloy, Spring (Heat-Resistant and Age-Hardenable).
JAN-T-656 - Thermometers, Mercurial, Navy-Type.
MIL-S-853 - Steel, Corrosion-Resisting: Bars and Forgings (Except for Reforging).
MIL-S-854 - Steel, Corrosion-Resisting: Plates, Sheets, Strips, and Structural Shapes.
MIL-B-857 - Bolts, Nuts, Studs, and Tap Rivets (and Material for Same).
MIL-S-860 - Steel: Forgings for Turbine Rotors (Heat-Treated).
MIL-S-861 - Steel, Corrosion-Resisting (for Turbine Parts).



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

MILITARY (cont'd.)

MIL-S-870 - Steel, Castings, Molybdenum Alloy.
MIL-S-871 - Steel, Molybdenum Alloys; Plates.
MIL-S-872 - Steel, Alloy, Molybdenum, Wrought.
MIL-S-890 - Steel: Forgings and Bars for Hulls, Engines, and Ordnance (Heat Treated).
MIL-T-940 - Thermometers, Indicating-Dial, for Superheated Steam.
MIL-D-963 - Drawings, Production (for Electrical and Mechanical Equipment for Naval Shipboard Use).
MIL-B-1222 - Bolt - Studs, Nuts, and Bars, Round: Steel (for Service At Temperatures Up to 850° F.).
MIL-G-2697 - Glasses, Heat-Treated, Circular.
MIL-P-2778 - Packing, Synthetic Rubber Graphite, Unvulcanized (Symbol 2352).
MIL-I-15024 - Identification Plates, Information Plates and Marking Information for Identification of Electrical, Electronic and Mechanical Equipment.
MIL-B-15071 - Book, Instruction: Preparation, Contents and Approval.
MIL-S-15083 - Steel, Castings.
MIL-R-15137 - Repair Parts for Electrical and Mechanical Equipment (Naval Shipboard Use).
MIL-T-15164 - Thermometers, Industrial.
MIL-S-15204 - Sealing Compound, Joint and Thread, High Temperature.
MIL-C-15345 - Castings, Non-Ferrous, Centrifugal.
MIL-C-15430 - Condenser, Steam Surface; (Naval Shipboard Use).
MIL-S-15464 - Steel, Alloy, Chromium-Molybdenum; Castings.
MIL-T-15942 - Thermometers, Distant-Reading, Indicating-Dial.
MIL-B-16033 - Bronze, Aluminum: Castings.
MIL-S-16113 - Steel, Plate, Hull and Ordnance, Structural, Black (Uncoated) and Zinc-Coated (Galvanized).
MIL-B-16261 - Bronze, Bearing: Castings.
MIL-G-16265 - Gaskets, Metallic-Asbestos, Spiral-Wound (Symbol 2410) (for Flange Joints in Piping Systems).
MIL-G-16983 - Gages, Pressure, Dial Indicating.
MIL-S-16993 - Steel Castings (12-Percent Chromium).
MIL-A-17129 - Aluminum-Alloy Casting; Sand, Resistant to Salt-Water.
MIL-P-17286 - Preservation, Packaging, Packing, and Marking of Propulsion and Auxiliary Steam Turbines and Gears (Includes Associated Repair Parts).



DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives

MILITARY (cont'd.)
MIL-L-17331 - Lubricating Oil, Turbine (Noncorrosive).
MIL-A-17472 - Asbestos Sheet Compressed (Packing Material).
MIL-P-20167 - Steel, Plate, Marine Boiler.

NAVY DEPARTMENT
General Specifications for Inspection of Material.
General Specifications for Machinery:
Section S1-4 - Welding and Allied Processes.
45G1 - Gages, Pressure and Vacuum.
46M2 - Metal, Antifriction; Ingots and Castings.
47A2 - Aluminum; Plates, Sheets, and Strips.

STANDARDS

MILITARY
MIL-STD-10 - Surface, Roughness, Waviness, and Lay.

DRAWINGS

BUREAU OF SHIPS
B-148 - Bearing Marking and Guide Circle.
B-153 - Packings and Gaskets.
B-214 - Root Connections for Attaching Piping.
S4200-864838 - Sight Flow Indicator.
5000-S4504-64480 - Needle Valves.
5000-S4800-3000 - Piping and Valves.

PUBLICATIONS

BUREAU OF SHIPS
NAVSHIPS 4372 - Recommendations and Proposals for Repair Parts.

(Copies of specifications, standards, and drawings required by contractors in connection with specific procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

2.2 Other publications. - The following publication, of the issue in effect on date of invitation for bids, unless otherwise stated, forms a part of this specification:

NATIONAL BUREAU OF STANDARDS PUBLICATION
Handbook H28 - Screw-Thread Standards for Federal Services.

(Application for copies should be addressed to the Superintendent of Documents, Government Printing Office, Washington 25, D. C.)

3. REQUIREMENTS

3.1 Definitions. - Unless otherwise specified hereinafter, terms and expressions shall be interpreted in accordance with definitions contained in Webster's New International Unabridged Dictionary.

3.1.1 Ahead element or turbine. - Ahead element or turbine is defined as that part of the propulsion unit which delivers power to propel the ship forward.

3.1.2 Astern element or turbine. - Astern element or turbine is defined as that part of the propulsion unit which delivers power to the ship when backing.

3.1.3 Single flow element or turbine. - Single flow element or turbine pertains to a configuration wherein all of the steam is confined to a single blade path as it expands through the turbine.

3.1.4 Double-flow element or turbine. - Double-flow element or turbine is defined as a configuration wherein the steam divides at the inlet and flows through two blade paths.

3.1.5 Impulse element or turbine. - Impulse element or turbine pertains to the basic design denoted by wheels integral with the rotor and nozzle diaphragms between the wheels. Predominant rotational effort in this turbine results from the impulse effect of steam directed through nozzles against rotating blades.

3.1.6 Reaction element or turbine. - Reaction element or turbine pertains to the basic design denoted by drum type rotor with radial seals on stationary and rotating blading. Predominant rotational effort in this turbine results from the reaction to steam as it leaves each row of rotating blades.



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

3.2 Materials.- Materials as specified in table I shall be used in the construction of turbine components, unless otherwise specified (see 6.2.2), or unless otherwise approved by the bureau or agency concerned. To reduce corrosion within turbines, and thereby improve reliability and ease of repair, corrosion resisting materials shall, to the maximum extent practicable, be used for internal applications of caulking, pins, crush pins, threaded fasteners, shims, lugs, locking pieces, keys, shields, and other small removable parts in the steam path.

Table I - Materials.

| Part or service | Applicable specification and properties | Temperature limit (°F.) |
|---|---|---|
| (a) Anti-friction metal | Grade 2 or 3 of Specification 46M2 | [1] |
| (b) Bearing oil seals | Specification 47A2, or<br>Bearing bronze (84-8-8) of Specification MIL-C-15345, or<br>Grade II of Specification MIL-B-16261, or<br>Specification MIL-A-17129 | [1]<br>[1]<br>[1]<br>[1] |
| (c) Bearing oil sight glass | Specification MIL-G-2697 | [1] |
| (d) Bearing pedestals and caps | Class B or CW of Specification MIL-S-15083, or<br>Grade M of Specification MIL-S-16113, or<br>Class b of Specification MIL-P-20167 | [1]<br>[1]<br>[1] |
| (e) Bearing shells | Class B or CW of Specification MIL-S-15083, or<br>Grade M of Specification MIL-S-16113, or<br>Class b of Specification MIL-P-20167 | [1]<br>[1]<br>[1] |
| (f) Bearings, thrust shoes and collar | Specification MIL-S-890, or<br>Class B or CW of Specification MIL-S-15083, or<br>Specification MIL-B-16033 | [1]<br>[1]<br>[1] |

[1]Temperature limits not applicable.



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

Table I - Materials (cont'd.).

| Part or service | Applicable specification and properties | Temperature limit (°F.) |
|---|---|---|
| (g) Blades and locking pieces | Class a of Specification MIL-S-861, of (machined or rolled), or | 900 |
| | Class c of Specification MIL-S-861 | 900 |
| | 12 Cr., 0.2 V., 2.5 Mo., 0.2C.,[2] or | 1000 |
| | 12 Cr., 0.3 V., 1 Mo., 0.2 C., 1 W[2] | 1000 |
| (h) Bolts | Specification MIL-B-857 | 750 |
| | Specification MIL-B-1222 | 875 |
| | Specification MIL-B-1222 with 0.2 V. (no reduction of molybdenum content) | 1000 |
| | Class 7 of Specification MIL-S-853 | 1050 |
| (i) Casings and steam chests | Class B or CW of Specification MIL-S-15083, or | 750 |
| | Grade M of Specification MIL-S-16113, or | 750 |
| | Class b of Specification MIL-P-20167 | 750 |
| | Specification MIL-S-870 or MIL-S-871 | 875 |
| | Specification MIL-S-871 with 0.5 Cr. minimum, or | 950 |
| | Class 1 of Specification MIL-S-15464 | 950 |
| | Class 1 of Specification MIL-S-15464 with 0.2 V. and 0.5 - 0.7 Mo. | 1000 |
| | Class 2 of Specification MIL-S-15464, or | 1050 |
| | 1 Cr. minimum, 1 Mo., 0.2 V.[2] | 1050 |
| (j) Compound, joint and thread | Specification MIL-S-15204 | [1] |
| (k) Diaphragms | Class B or CW of Specification MIL-S-15083, or | 750 |
| | Grade M of Specification MIL-S-16113, or | 750 |
| | Class b of Specification MIL-P-20167 | 750 |
| | Specification MIL-S-870, or | 875 |
| | Class a or b of Specification MIL-S-872, or | 875 |

[1]Temperature limits not applicable.
[2]Materials indicated are satisfactory; however they are not covered by Government specifications and may not be readily available.



DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives

Table I - Materials (cont'd.).

| Part or service | Applicable specification and properties | Temperature limit (°F.) |
|---|---|---|
| (k) Diaphragms | Specification MIL-S-871, or | 875 |
| | Combination of the above | 875 |
| | Specification MIL-S-871 or MIL-S-872 with 0.2 V. (optional) and 0.5 Cr. minimum, or | 950 |
| | Class 1 of Specification MIL-S-15464 | 950 |
| | Class 1 of Specification MIL-S-15464 with 0.2 V. and 0.5 - 0.7 Mo. | 1000 |
| | Class 2 of Specification MIL-S-15464, or | 1050 |
| | 1 Cr. minimum, 1 Mo., 0.2 V.[2] | 1050 |
| (ℓ) Diaphragm and nozzle partitions | Class 3 of Specification MIL-S-853, or | 950 |
| | Class a of Specification MIL-S-861, or | 950 |
| | Class a of Specification MIL-S-861 with 0.15 Aℓ. for weldability[2] | 950 |
| | 12 Cr., 0.2 V., 2.5 Mo., 0.2 C.[2], or | 1000 |
| | 12 Cr., 0.3 V., 1 Mo., 0.2 C., 1 W[2] | 1000 |
| | Class 1 or 8 of Specification MIL-S-853, or | 1050 |
| | Class 1 or 8 of Specification MIL-S-854 | 1050 |
| (m) Gaskets | Specification MIL-A-17472 | Saturated steam and below 300 p.s.i. |
| | Specification MIL-G-16265 | Superheated steam and above 300 p.s.i. |
| (n) Nozzle blocks or rings | Class B of Specification MIL-S-890, or | 750 |
| | Class b of Specification MIL-P-20167 | 750 |
| | Class a or b of Specification MIL-S-872, or | 875 |
| | Specification MIL-S-871, or | 875 |
| | Combination of the above | 875 |
| | Specification MIL-S-871, or | 900 |
| | Class 3 of Specification MIL-S-853, or | 950 |
| | Class a of Specification MIL-S-861 with 0.15 Aℓ. for weldability[2] | 950 |
| | Specification MIL-S-871 or MIL-S-872 with 0.2 V. (optional) and 0.5 Cr. minimum | 950 |
| | 12 Cr., 0.2 V., 2.5 Mo., 0.2 C.[2], or | 1000 |
| | 12 Cr., 0.3 V., 1 Mo., 0.2 C., 1 W[2] | 1000 |
| | Class 1 or 8 of Specification MIL-S-853, or | 1050 |
| | Class 1 or 8 of Specification MIL-S-854 | 1050 |

[2]Materials indicated are satisfactory; however they are not covered by Government specifications and may not be readily available.



DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives

Table I - Materials (cont'd.).

| Part or service | Applicable specification and properties | Temperature limit (°F.) |
|---|---|---|
| (o) Packing, flange (for casing joints) | Specification MIL-P-2778 | 425 |
| (p) Packing, labyrinth, gland or diaphragm | Class 3 or 6 of Specifiction MIL-S-853<br>Specification MIL-C-15345 (leaded nickel brass) | 950<br>850 |
| (q) Packing springs | Inconel-X, spring temper (chemical and physical properties conforming to class 2 of Specification JAN-W-562), or<br>Inconel-W[2] | [1]<br>[1] |
| (r) Pins (for notch block and locking blades) | Specification MIL-B-1222<br>Specification MIL-B-1222 with 0.2 V. (no reduction of molybdenum content), or<br>12 Cr., 0.2 V., 2.5 Mo., 0.2 C.[2], or<br>12 Cr., 0.3 V., 1 Mo., 0.2 C., 1 W[2] | 875<br>1000<br>1000<br>1000 |
| (s) Rotors | Class A of Specification MIL-S-860<br>Class B of Specification MIL-S-860 | 950<br>1050 |
| (t) Shrouding | Class b of Specification MIL-S-861, except Brinell range from 160 - 240, and stock subjected to 180 degrees bend test<br>12 Cr., 0.2 V., 2.5 Mo., 0.2 C.[2] (with 180 degrees bend test), or<br>12 Cr., 0.3 V., 1 Mo., 0.2 C., 1 W[2] (with 180 degrees bend test) | 900<br>1000<br>1000 |
| (u) Steam shields (or baffles) | Class 3 of Specification MIL-S-853, or<br>Class 4 of Specification MIL-S-854, or<br>Class a, b, c of Specification MIL-S-861, or<br>Specification MIL-S-16993<br>Class 1 of Specification MIL-S-15464<br>Class 1 of Specification MIL-S-15464 with 0.2 V., and 0.5 - 0.7 Mo.<br>Class 2 of Specification MIL-S-15464, or<br>1 Cr., minimum, 1 Mo., 0.2 V. | 950<br>950<br>950<br>950<br>950<br>1000<br>1050<br>1050 |

[1]Temperature limits not applicable.
[2]Materials indicated are satisfactory; however they are not covered by Government specifications and may not be readily available.



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

3.2.1 When the material specified in table I is subjected to a temperature in excess of 650° Fahrenheit (F.), the design of parts concerned shall be based upon allowable stresses of satisfactory materials, such stresses being in all cases based upon appropriate safety factors and being determined by the stress rupture or 0.1 percent creep (both for life as specified in 3.4.1 and 6.2.2 (d)), whichever is less.

3.2.2 The temperature used in table I is the upper limit upon which the turbine design shall be based. The average temperature over any extended operating period shall not exceed this value. In maintaining this average, the temperature shall not exceed the tabulated temperature plus 15° F.

3.2.3 Swings of short duration are temperature swings during abnormal or unusual operating conditions, during which the temperature shall not exceed: (1) the tabulated temperature plus 25° F. for not more than 5 percent of the total operating life, or (2) the tabulated temperature plus 50° F. for swings of 15 minutes duration or less, aggregating not more than 1 percent of the total operating life.

3.2.4 Except where specifically approved by the bureau or agency concerned, the use of cast iron parts will not be permitted.

3.2.5 The use of critical and strategic materials, as defined by the bureau or agency concerned, shall be kept to a minimum.

3.2.6 The use of materials differing from those specified herein will be considered by the bureau or agency concerned, when the turbine manufacturer shows the necessity for such substitution, when materials proposed are satisfactory substitutes, and when the substitute materials are readily available. The approval of substitute materials (see 6.2.2 (c)) or the use of materials not covered by Military specifications does not waive the requirement that materials shall receive the usual thorough inspection required by Military specifications for materials (see 4.1.1).

3.3 <u>Items to be furnished</u>.- Equipment, fittings and accessories shall be furnished with the turbines as follows:

(a) Crossover pipes (see 3.4.10.3).
(b) Beams, keys and special supports required between turbine casings and seating foundation (see 3.4.2.1.10).
(c) Extraction valves (see 3.4.3.1).
(d) Bolt heaters for hollow bolts (see 3.4.13.6).
(e) Turbine admission and extraction valve control (see 3.4.3.1 and 3.4.3.3).
(f) Governing and control equipment for turbines driving generators (see 3.4.3.6).



DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives

(g) Hooks, rails, bolts and other integral means of attaching heat insulation to casings (see 3.4.8.1).
(h) Sight flow fitting with thermometer for each bearing (see 3.4.9.5).
(i) Needle valve or orifice, if removable, in oil supply to each bearing (see 3.4.9.6).
(j) Flanged connections to shipbuilder's steam, drain, lubrication and exhauster systems (see 3.4.10).
(k) Jacking or forcing bolts for breaking joints (see 3.4.13.5).
(ℓ) Thermocouples in each bearing (see 3.4.14.5 and 3.4.14.6).
(m) Lifting gear (see 3.4.20.2).
(n) Identification plates (see 3.4.20.3).
(o) Sentinel valves (see 3.4.20.6).
(p) Shaft position indicators (thrust) (see 3.4.20.7).
(q) Shaft position indicators (relative) (see 3.4.20.8).
(r) Template for drilling condenser flange to insure mating of bolt holes on turbine exhaust flange with those on condenser inlet flange.
(s) Onboard repair parts (see 3.5.3).
(t) Stock components (special material) (see 3.5.4).
(u) Bearing depth micrometer gages (see 3.4.14.9).
(v) Tools for measuring crown thickness measurement and alignment, if required (see 3.6.2).
(w) Flange pressure pumping gun and fittings (see 3.6.5).
(x) Special tools and wrenches (see 3.6.1).
(y) Special or unusual fittings, joints, gears or other parts, if required (see 3.6.6).
(z) Turbine instruction book material (see 3.8.4).

3.4 Design.-

3.4.1 General.- The principle of reliability is paramount, and no compromise of this principle shall be made with any other basic requirement of design. It is the intention of this specification to obtain turbines of such design that they will operate over a long period of years with a minimum of servicing. Accessibility for repairs shall be placed above steam economy. Turbines shall be designed to resist vertical, athwartship and fore-and-aft accelerations in accordance with figure 1. Foundations shall provide the sole support for the turbines; turbines shall not be braced, restrained or otherwise restricted, except by bolts securing turbines to their foundations or supports. Flexibility of support shall be in accordance with 3.4.2.1.10. The turbine manufacturer shall closely collaborate with the shipbuilder in an attempt to avoid resonance in turbines and supports in the range of frequencies caused by the propulsion system. Capacity shall be in accordance with the shaft horsepower



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

demand of the ship, and in all cases the space and weight shall be minimum consistent with economical operation. Turbines shall, unless otherwise specified (see 6.2.2 (d)), have a total life of 40,000 hours, which includes 500 hours at design full power ahead and 1000 hours at same condition not greater than specified in 6.2.2 (d).

3.4.2 Arrangement.-

3.4.2.1 Turbines for each propeller shaft comprise a propulsion unit, the arrangement of which shall be as specified (see 6.2.2 (e)).

3.4.2.1.1 Each propulsion unit shall be connected to its propeller through suitable reduction gears, except in the case of electric turbine-generator propulsion units the use of a reduction gear between turbine and generator is not required but will be permitted.

3.4.2.1.2 Provision may be made for extraction from selected and approved stages (see 6.2.2 (f)) of the turbine elements and also from the crossover connection between casings, if heat balance studies indicate sufficient plant improvement by so doing. The detail requirements for bleeding (quantity and pressure at various powers and speeds) will depend upon the application and shall be as specified (see 6.2.2 (f)).

3.4.2.1.3 Introduction of steam into the turbine casings from any source other than excess gland steam and high-pressure valve stem leakoffs will not be permitted. Introduction of excess gland steam into the turbine casings will be approved only as specified in 3.4.16.6.1.

3.4.2.1.4 Type I.- The type I propulsion unit shall consist of a single ahead element contained in a single casing, and shall deliver power to the high-speed first-reduction pinion in a reduction gear or to a propulsion generator. The arrangement of the astern element shall be in accordance with 3.4.2.1.9.

3.4.2.1.5 Type II.- The type II propulsion unit shall consist of two ahead elements, known as the high pressure (H.P.) element and the low pressure (L.P.) element. The H.P. and L.P. elements shall each be contained in a separate casing and shall be known as the H.P. and L.P. turbines, respectively. The H.P. and L.P. turbines shall each deliver power to a separate high-speed first-reduction pinion in a reduction gear. The design shall provide for approximately equal division of power between the pinions at full power with specified extraction flow (see 6.2.2 (f)). Steam shall be admitted to the H.P. turbine by suitable controls (see 3.4.3) and shall exhaust into the L.P. turbine through a crossover pipe or other suitable connection. The arrangement of the astern element shall be in accordance with 3.4.2.1.9.



Reproduced at the National Archives

DECLASSIFIED
Authority NND 974382

3.4.2.1.6 Type III.- The type III propulsion unit shall consist of three ahead elements, known as the H.P. element, intermediate pressure (I.P.) element and the L.P. element. The H.P. and I.P. element shall be combined on a single rotor and contained in a single casing, and shall be known as the H.P. - I.P. turbine. The L.P. element, together with its casing, shall be known as the L.P. turbine. The H.P. - I.P. turbine and the L.P. turbine shall each deliver power to a separate high-speed first-reduction pinion in a reduction gear. The design shall provide for approximately equal division of power between the pinions at full power with the specified extraction flow (see 6.2.2 (f)). Steam shall be admitted to the H.P. - I.P. turbine by suitable controls (see 3.4.3), and shall exhaust into the L.P. turbine through a crossover pipe or other suitable connection. The H.P. - I.P. turbine casing and controls shall be such as to permit flow of steam through the two elements in series for powers up to the most economical point of operation (minimum steam rate, see 3.4.5.4), and in parallel for higher powers. During ahead operation there shall be no ahead blading bypassed unless otherwise approved by the bureau or agency concerned. The arrangement of the astern element shall be in accordance with 3.4.2.1.9.

3.4.2.1.7 Type IV-A.- The IV-A propulsion unit shall consist of three ahead elements known as the H.P. element, I.P. element and L.P. element. Each element shall be contained in a single casing, so that there are three turbines; namely, the H.P., I.P. and L.P. turbines. The H.P. and I.P. turbines shall be connected in tandem without an intermediate reduction gear. The method of connecting these turbines shall preferably include a flexible coupling, with each turbine incorporating its own journal and thrust bearings; however, consideration will be given to other arrangements, such as the use of a common middle thrust bearing. The H.P. and L.P. turbines shall each deliver power to a separate high-speed first-reduction pinion in a reduction gear. The design shall provide for approximately equal division of power between the pinions at full power with specified extraction flow (see 6.2.2 (f)). Steam shall be admitted to the H.P. and I.P. turbines by suitable controls (see 3.4.3), and shall exhaust into the L.P. turbine through a crossover pipe or other suitable connection. The H.P. and I.P. turbine casings and controls shall be such as to permit flow of steam through the two turbines in series up to the most economical point of operation (minimum steam rate, see 3.4.5.4), and in parallel for higher powers. During ahead operation there shall be no ahead blading bypassed unless otherwise approved by the bureau or agency concerned. The arrangement of the astern element shall be in accordance with 3.4.2.1.9.

3.4.2.1.8 Type IV-B.- The IV-B unit shall consist of three ahead elements, known as the cruising element, H.P. element and L.P. element. Each element shall be contained in a single casing, so that there are three turbines; namely, the cruising, H.P. and L.P. turbines. The cruising turbine shall be connected in tandem through a cruising reduction gear to the forward end of the H.P. turbine. The arrangement of the H.P. and L.P. turbines shall be as specified in 3.4.2.1.5



DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives

for type II propulsion units. The cruising turbine shall contribute power to the propeller shaft for powers up to the most economical point of operation (minimum steam rate, see 3.4.5.4), and for higher powers shall be unclutched from the H.P. turbine or idled in a partial vacuum with its exhaust connected to the main condenser through suitable piping and controls (see 3.4.3). Cruising turbines idling at high powers shall preferably be supplied a small quantity of cooling steam to prevent overheating, and shall, if damaged, be capable of being disconnected from the H.P. turbine and secured against rotation and interference in 15 minutes with shaft locked and ship underway. For cruising powers, steam shall be admitted to the cruising turbine through suitable controls and shall then exhaust through suitable crossover piping to the H.P. turbine inlet (or first stage shell), and thence from the H.P. turbine exhaust into the L.P. turbine through a crossover pipe or other suitable connection. For higher powers the cruising turbine shall be bypassed, and steam shall be admitted directly to the H.P. turbine, from which it shall exhaust into the L.P. turbine. The arrangement of the astern element shall be in accordance with 3.4.2.1.9.

3.4.2.1.9 Backing or reversing shall be accomplished by an astern element located in each exhaust end of the L.P. turbine casing or in the exhaust end of the single-casing turbine. The use of a separate astern turbine, or the omission of astern elements in propulsion units in favor of special reverse gears or controllable pitch propellers will be approved only if so specified (see 6.2.2 (i)).

3.4.2.1.10 The L.P. and single-casing turbines shall be located above and attached to the main condenser, which will conform to Specification MIL-C-15430. Where a fore-and-aft condenser is used, the condenser shall support the turbine. Where an athwartship condenser is used, the support of the turbine shall be as specified by the bureau or agency concerned (see 6.2.2 (g)). The method employed for securing cruising, H.P., H.P. - I.P. and I-P turbines to their foundations in the ship shall be such as to permit free longitudinal and radial casing expansion sufficient in amount to allow for full power ahead and astern operating temperatures. Turbines shall be rigidly mounted with provision in the support to provide for turbine expansion. Beams, keys and other special supports required between turbine casings and foundation shall be furnished by the shipbuilder to a design acceptable to the turbine manufacturer.

3.4.2.2 Cruising, H.P., I.P. and single-casing elements shall be of the single flow impulse type, having wheels or discs integral with the rotor and diaphragms between the wheels. Ahead elements of L.P. turbines shall be either single or double flow, and shall be either of the impulse or reaction type. The L.P. turbine casing shall contain an impulse astern element in each exhaust end, unless otherwise specified (see 6.2.2 (i)).



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

3.4.2.3 The distance between bearings on all turbines shall be as short as practicable to reduce distortion and improve reliability, but accessiblity of bearings and glands shall be maintained.

3.4.2.4 Turbines shall be designed for connection to reduction gear pinions or pinion drive shafts through dental or fine internal-tooth type couplings, which normally are furnished as a part of the reduction gear. Coupling by bolted flange will be permitted for small turbines connected in tandem with common middle bearing, cruising turbines connected to cruising reduction gear pinion with common middle bearing, and turbines driving propulsion generators where three-bearing support is satisfactory to the bureau or agency concerned.

3.4.2.5 The propulsion units will be installed in the ship at a rake to be specified by the bureau or agency concerned (see 6.2.2 (h)).

3.4.3 Control.- The control of the ahead turbine nozzle control valves shall be by cams or bar lift, operated mechanically by a single hand wheel. Astern elements shall be controlled mechanically by a separate hand wheel. Consideration shall be given to hydraulic or pneumatic operation, and the design shall incorporate adequate safeguards for fire protection and manual operation.

3.4.3.1 Valves shall be provided as necessary to permit extraction of steam from the turbine casings. These valves shall be operated by the ahead hand wheel over the approved extraction range (see 6.2.2 (f)).

3.4.3.2 Non-return valves will be provided by the shipbuilder in the extraction lines from the turbines. These valves shall be capable of being secured in the shut position under emergency conditions.

3.4.3.3 The valve control for admitting steam to the turbine elements shall provide operation and regulation over the entire operating range to the satisfaction of the bureau or agency concerned. Nozzle control valves and valve control shall be furnished with the turbines. Hand wheels, reach rods and bevel gears, shall be furnished by the shipbuilder.

3.4.3.4 Every effort shall be exerted to eliminate negative loops in the power and steam rate curves between valve points due to shifts from one valve combination to another.

3.4.3.5 The valve control furnished shall be designed to operate with a pull of not more than 30 pounds applied to the single hand wheel, which shall not exceed 24 inches diameter. Complete travel of the single hand wheel shall be accomplished in as few turns as practicable; the turbine manufacturer and shipbuilder shall collaborate to achieve this.



DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives

3.4.3.6 For turbines driving generators, the turbine manufacturer shall provide a quick-closing valve which may be actuated by a speed limiting (pre-emergency) governor, and overspeed trip assembly, and a manual overspeed trip assembly (lever or button). The design shall incorporate the necessary reset devices. The control of the turbine nozzle control valves shall be by cams or bar lift operated mechanically by a single hand wheel through the governor.

3.4.3.7 The design of control valves, extraction valves, and non-return valves shall be as specified in 3.4.10. The design of the control system shall be satisfactory to the bureau or agency concerned.

3.4.4 Clearance requirements.- To insure that reliability is the primary consideration of the turbine designer, minimum clearance requirements as hereinafter specified shall, unless modified for special cases and unusual designs, apply.

3.4.4.1 It shall not be possible to adjust the axial position of any rotor underway.

3.4.4.2 No clearances will be permitted for cruising powers and speeds unless such clearances are safe for all powers and speeds and for maneuvering.

3.4.4.3 All axial clearances shown on drawings shall be with the rotor cold and with the thrust collar hard against the shoes loaded during ahead operation. The minimum clearances specified hereinafter shall not include thrust float.

3.4.4.4 For impulse turbines, seal strips or steam baffles may be used in the first stage of cruising, H.P. and I.P. ahead elements and astern elements. These strips may be axial, radial or both. Radial blade seal strips may be used in other stages (impulse or reaction) if the design is approved by the bureau or agency concerned.

3.4.4.5 Axial clearances shall not be less than 0.030 inch within cruising turbines (type IV-B) and H.P. turbines (type IV-A).

3.4.4.6 Axial clearances shall not be less than 0.040 inch within H.P. turbines (types II and IV-B), I.P. turbines (type IV-A), and H.P. - I.P. turbines (type III).

3.4.4.7 Axial clearances shall not be less than 0.060 inch within L.P. ahead elements (types II, III, IV-A and IV-B).

3.4.4.8 Axial clearances shall not be less than 0.040 inch within the first three stages or 0.060 inch within the remaining stages of single-casing turbines (type I).



DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives

3.4.4.9 The axial clearances within astern elements shall be sufficiently large to permit continuous astern operation and maneuvering as specified in 3.4.5.6.

3.4.4.10 The radial blade clearance of any turbine shall not be less than 0.050 inch.

3.4.4.11 The radial clearance of diaphragm and gland labyrinth spring-backed packing shall not be less than 0.005 inch.

3.4.5 Operating conditions. -

3.4.5.1 For ahead and astern operation, steam will be supplied to the turbine inlet (hereinafter called the throttle) at the pressures and temperatures specified. The bureau or agency concerned will furnish (see 6.2.2 (j) and (k)) the turbine manufacturer the temperature and pressure at the throttle over the entire operating range. The bureau or agency concerned will also advise (see 6.2.2(ℓ)) the turbine manufacturer of any other machinery (such as steam catapults for aircraft carriers) which adversely affect turbine operation due to large and intermittent steam demand. The effect of such machinery on pressure and temperature will be indicated.

3.4.5.2 The pressure at the exhaust flange to the condenser over the entire operating range will be furnished the turbine manufacturer by the bureau or agency concerned (see 6.2.2 (m)).

3.4.5.3 Design full power, ahead or astern, as applicable, (hereinafter called full power) is the power for which each propulsion unit shall be designed and the power required during performance trials.

3.4.5.4 Each propulsion unit shall be designed for continuous ahead operation when developing full power at propeller speeds specified by the bureau or agency concerned (see 6.2.2 (n)). Contract performance and safety factors shall be based upon the lower of the two speeds specified in the contract or order. The design shall provide for the most economical point of operation (minimum steam rate) at a power and speed specified (see 6.2.2(o)) and with minimum sacrifice in economy at full power.

3.4.5.5 To provide adequate stopping ability for the vessel, astern elements shall be capable of developing at zero propeller revolutions per minute (r.p.m.) a minimum astern torque with a corresponding maximum steam flow, both as specified (see 6.2.2 (p)).



DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives

3.4.5.6 Each propulsion unit shall be designed for full power astern at rated propeller speed, as specified by the bureau or agency (see 6.2.2 (q)). The turbines shall be capable of continuous astern operation (with provision for cooling sprays if approved by the bureau or agency concerned) at full power astern and rated propeller speed. After operation astern at any power up to and including full power for any period of time, the turbines shall be capable of being immediately stopped or reversed and operated for any period of time at any ahead power up to and including full power. Conversely, the above shall apply in going from ahead operation to astern operation. The turbines shall be capable of going immediately from a warmed-up stopped condition to either full power ahead or full power astern without damage as the result of differential expansion of stationary and rotating parts within the turbines.

3.4.5.7 Turbines shall be capable of meeting specified operational and life requirements when the following variations in the specified inlet steam conditions (see 6.2.2 (j) and (k)) occur.

3.4.5.7.1 For any given load, the steam pressure will not average more than that specified. In maintaining this average, the pressure will not exceed 110 percent of that specified. During abnormal conditions, the pressure may swing momentarily to 120 percent of that specified, but the aggregate duration of such swings will not exceed 1 percent of the total operating life.

3.4.5.7.2 For any given load, the steam temperature will not average more than that specified. In maintaining this average, the temperature will not exceed the specified temperature plus 15° F. During abnormal conditions, the temperature will not exceed: (1) the specified temperature plus 25° F. for not more than 5 percent of the specified life, or (2) the specified temperature plus 50° F. for swings of 15 minutes duration or less, aggregating not more than 1 percent of the specified life.

3.4.6 Threaded fastenings. - Threads shall conform to Handbook H28.

3.4.7 Welding and allied processes. - Welding, brazing and allied processes shall conform to Section S1-4 of the General Specifications for Machinery.

3.4.8 Heat insulation and lagging. - Heat insulation and lagging will be furnished by the shipbuilder.

3.4.8.1 Hooks, rails, bolts and other means of attaching lagging shall, when integral with casing or chest, be included during turbine manufacture.



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

3.4.8.2 Turbine casings and steam chest will be completely and efficiently insulated and covered by the shipbuilder after being finally secured in place onboard ship. Insulation and covering around inspection openings and flanged joints should be easily removable, and the type, size and location of hooks or other means of attachment shall be such as to permit this.

3.4.8.3 In determining the extent to which turbine casings should be insulated and covered, consideration will be given to windage temperatures expected during prolonged astern operation. The turbine manufacturer shall convey to the shipbuilder information as to the maximum temperatures contemplated in the design during such operation.

3.4.9 Lubrication systems. - Lubrication systems shall conform to the requirements specified (see 6.2.2(r)). Unless otherwise specified in the contract or order, the lubricating oil sump, pump, strainer, cooler and heater shall not be furnished by the turbine manufacturer.

3.4.9.1 The turbines shall be designed to operate satisfactorily when the ship is permanently inclined 5 degrees up or down from the normal horizontal position in the fore-and-aft plane and 15 degrees to either side. In addition to the above, the turbine shall also be designed to operate satisfactorily with the ship rolling up to 45 degrees from the vertical on either side and pitching 10 degrees up or down from the normal horizontal plane.

3.4.9.2 The maximum temperature rise of the oil passing through any turbine bearing under any operating condition shall not exceed 50° F. nor shall the final temperature of the oil discharged from any bearing exceed 180° F. The foregoing permissible temperature rise and limitation shall be determined by thermometers in the bearing oil discharge.

3.4.9.3 The turbine manufacturer shall recommend to the bureau or agency concerned the setting of the low oil pressure alarm for the lubricating oil system.

3.4.9.4 All parts of the turbines which form a part of the lubricating oil system shall be thoroughly cleaned in a manner satisfactory to the Government inspector prior to the operating tests specified in 4.2.

3.4.9.5 Each turbine journal bearing and thrust bearing shall have separate oil inlet connections and separate oil discharge connections; however, these inlet and discharge lines may be independently manifolded ~~within~~ in the turbine. Each journal bearing cap and each thrust bearing cover shall be fitted with a combined sight flow and thermometer fitting (similar to that shown on Drawing S4200-864838, unless otherwise approved by the bureau or agency concerned) integral therewith or bolted



DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives

thereto. The fittings shall have two vertical heat-treated sight glasses, 1/4 inch thick, which may be readily observed from the floor plates. A thermometer conforming to Specification JAN-T-656, MIL-T-15164 or MIL-T-15942 shall be provided for each journal and thrust bearing. The oil discharge from the bearing shall be led through ports in the bearing shell to the fitting and thence to the bearing sump. The oil shall be under pressure until it passes through the sight flow fittings. Where not practicable on the bearing cap, a similar fitting in the oil discharge line from the bearing will be given consideration.

3.4.9.6 Either fixed or adjustable orifices shall be fitted in the oil supply to each journal bearing and in the inlet to or discharge from each thrust bearing. If a needle type adjustable orifice is used, it shall conform to Drawing B-214. If a slide-type adjustable orifice is used a minimum orifice opening of 1/8 inch on diameter shall be provided in the minimum or normal position. These openings shall be such that sufficient oil is passed to make the bearing safe at full power with a maximum temperature rise of 50° F. in the oil discharge from the bearing (as indicated on thermometers). In the full open position, the opening shall be at least 100 percent greater than the area at the minimum position. Each adjustable orifice shall be fitted with an indicator showing the minimum and full open positions. The minimum position shall be marked NORMAL, and the full open position shall be marked EMERGENCY. Each fixed orifice shall preferably be of a design which permits removal from bearing.

3.4.9.7 A boss, tapped and plugged, shall be located before each bearing inlet to permit the use of a test pressure gage. At the discretion of the turbine manufacturer, a blank flanged connection may be substituted.

3.4.9.8 The turbine outline drawing shall indicate the quantity of oil flow in gallons per minute to each journal and each thrust bearing over the entire operating range, based on design operating pressure and temperature. Journal rubbing velocity shall also be shown.

3.4.9.9 Turbines shall be designed for use with Navy symbol 2190T lubricating oil conforming to Specification MIL-L-17331. The turbine instruction book shall include information relative to the temperature of lubricating oil for normal and emergency conditions when starting up.

3.4.9.10 The complete design shall be satisfactory to the bureau or agency concerned.

3.4.10 Piping and valves.- All piping connections to shipbuilder's systems, valves and fittings shall be flanged, and shall conform to Drawing 5000-S4800-3000.



DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives

3.4.10.1 Flange faces shall be plane surfaces, and when installed, shall be parallel to their mating surfaces. Surfaces of flange faces in contact with gaskets shall have serrated or phonographic finish with 60 to 80 serrations per inch of face width and 0.002 to 0.003 inch deep. Gaskets, if used, shall conform to Drawing B-153. Gaskets, if used, will normally conform to Specification or MIL-A-17472 or MIL-G-16265.

3.4.10.1.1 Steam connections shall be arranged so as to avoid unacceptable strains on casings, steam chests, and gland housings, in installation and service. Particular care shall be given to this requirement for designs having relatively small light turbines. In this connection, collaboration with the shipbuilder shall be required to ascertain acceptable stress limits.

3.4.10.1.2 Integral piping connections, flanged for connection to the ship's systems, shall be suitably braced or otherwise stiffened to prevent failure at the point of attachment to the turbine. Root connections shall conform to Drawing B-214.

3.4.10.1.3 Valves and fittings, within 18 inches of a hot surface (650° F.) shall be steel and shall have raised-face flanges.

3.4.10.2 An automatic gland seal regulator and unloading valve will be incorporated in the gland seal piping system furnished by the shipbuilder.

3.4.10.3 Crossover pipes between turbines shall be furnished with the turbines.

3.4.11 Pressure and vacuum gages.- Pressure and vacuum gages shall conform to Specification MIL-G-16983 and 45G1.

3.4.12 Thermometers.- Thermometers shall conform to the following:

3.4.13 Casings and steam chests.- Casings and steam chests shall be of materials specified in 3.2, based upon design ahead operating conditions.

| Specification | Application |
|---|---|
| MIL-T-940 | For superheated steam, direct or remote |
| MIL-T-940 (scale modified for range 200° F - maximum design temperature plus 100° F.) | For saturated steam, direct or remote |
| MIL-T-15942 | Oil or steam (400 p.s.i./650° F. maximum) remote |
| MIL-T-15164 | Oil or steam (400 p.s.i./650° F. maximum) direct |
| JAN-T-656 | Oil, direct |



DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives

3.4.13.1 Casings shall be cast, built up by metallic arc welding of cast or rolled parts, or combinations thereof. Where welding is used, it shall conform to Section S1-4 of the General Specifications for Machinery.

3.4.13.1.1 Consideration should be given to the fabrication of low pressure casings and the exhaust ends of high pressure casings by the built-up welded construction to avoid the probability of steel casting rejections.

3.4.13.1.2 Where castings are used, they shall be thoroughly sound and heat seasoned. Castings shall be radiographed in such areas as may be directed by the bureau or agency concerned.

3.4.13.2 All casings shall be divided horizontally along the axis and smoothly bored. In designs where high pressure or other considerations preclude the use of horizontally-split casings, the use of barrel-type end-assembled units will be permitted. If the bearing housings are separate, a centering shoulder shall be provided at the joint between same and the casings, and they shall be secured by fitted bolts. Flanges, connections, and suitable pads for pressure gages, relief valves, drains, and extraction openings, shall be provided as required. Horizontal joint flanges shall be designed so that all bolts may be, insofar as practicable, of the same dimensions. Sufficient clearance shall be provided in all cases around bolt heads and nuts to permit ready manipulation with ordinary tools. All flanges for pipe connections shall be located outside the lagging line. Where such connections are not integral with the casing they shall consist of flanged nipples conforming to Drawing B-214.

3.4.13.3 Steam chests and casings shall be suitably strengthened, stayed, or stiffened, to prevent distortion. Particular care shall be taken to insure that all parts are of ample thickness to prevent undue weakness when blading or diaphragm grooves are cut. All castings shall be heat-treated in accordance with the applicable casting specifications; welded assemblies shall be heat-treated in accordance with Section S1-4 of the General Specifications for Machinery.

3.4.13.4 Pads and flanges for securing insulation shall be provided, of sufficient depth for drilling and tapping as may be necessary, or suitable hooks may be welded on (see 3.4.8.1).

3.4.13.5 Dowels or fitted bolts shall be provided as necessary. Jacking or forcing bolts shall be provided in location and spacing sufficient to permit readily breaking joints for inspection and repair.



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

3.4.13.6 In general, design of joints shall avoid undue bolt or flange stresses and shall in all cases provide for the greatest possible convenience in lifting casings and remaking the horizontal flange in service. If hollow bolts are used for flanges, bolt heaters shall be furnished with the turbine.

3.4.13.6.1 Flange joints shall be accurately fitted. Flange faces shall be accurately finished to parallel surfaces. All casing joints (including connections to condenser) and steam chest joints shall be made up metal to metal. Flange faces may be painted lightly with a thin coating of some suitable material (see Drawing B-153 which will not prevent any appreciable separation of the flange faces when the joint is finally set up, and which will withstand the temperature conditions and will permit reasonable ease in breaking joints in service.

3.4.13.6.2 Vertical joints of turbine casings shall be eliminated if practicable. However, where vertical joints are necessary, they shall preferably be seal welded on the inside to form a permanent steam tight joint.

3.4.13.6.3 In all cases where the vertical casing joint is not seal welded as suggested above, special care shall be taken with the joints where the horizontal and vertical seams meet. In such cases flanges may incorporate saw-cuts from the outside of the flange to the bolt hole to provide flexibility in the flanges in a manner as shown on figure 2.

3.4.13.6.4 A simple system of flange grooving shall be provided on the horizontal joint for pressure pumping with a suitable form of sealing compound; similar grooving shall be provided on condenser flange for the joint between the turbine exhaust and condenser. Where seal welding is not incorporated, the vertical joint shall be provided with pressure pumping grooves as specified above for the horizontal joint. Flange grooves are required for making casing joints in service, and, except for the flange between turbine and condenser, shall not be filled or used in making up joints on original installation, unless specifically approved by the bureau or agency concerned. The grooving system shall not be elaborate and shall be clearly shown on the drawings.

3.4.13.7 Graduated guide pins and brackets shall be provided for convenience and safety in lifting casings and rotors squarely and avoiding interference of internal parts and for supporting casings and rotors in the raised position. Where end-assembled casings are approved, suitable means shall be provided for disassembling and reassembling.



DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives

3.4.13.8 Steam chests shall be of rigid construction, and may be integral with the casing, welded thereto or secured by through bolts where feasible. Steam chests may be separated from the casing if approved by the bureau or agency concerned.

3.4.13.9 Ample provision shall be made for thorough drainage of all parts of the turbine casings. If necessary, axial grooves may be cut along the lower wall of the steam path to permit flow from stage to stage toward the exhaust end. In particular, it shall not be possible for water to accumulate at any point in height sufficient to be touched by any moving blades under any ordinary operating condition. Impulse stages shall be constructed so that water accumulation in diaphragm and casing recesses is prevented. Care shall be taken to avoid pockets formed by diaphragms having partial admission and having no steam path in the lower half. In such cases holes shall be drilled through the diaphragm to permit drainage.

3.4.13.10 Inspection openings. -

3.4.13.10.1 Suitable manholes shall be provided on each side of single-casing turbines and L.P. turbines to permit inspection of condensers and the last rows of ahead and astern blading.

3.4.13.10.2 Suitable inspection openings shall be provided on cruising, H.P., H.P. - I.P., and I.P. turbine casings to permit inspection of the last row of element blading contained therein.

3.4.13.10.3 Sufficient inspection openings, of suitable size and accessibly located, shall be provided in each turbine casing to permit ready checking of axial blade clearance (ahead or astern). For this purpose plates are preferred to pipe plugs, provided a tight joint can be maintained.

3.4.13.11 Suitable means shall be provided for moving the rotor forward and aft to determine the axial blade and thrust clearances (not underway).



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

3.4.13.12 No internal bolts or studs will be allowed unless their use is unavoidable. If permitted, they shall be secured, preferably by recessing and peening one-third of surrounding metal in each quadrant, or by suitably shielding, so that heads or nuts cannot come loose and drop off even if broken. In all cases of internal bolting, a warning plate shall be permanently installed on the casing to call attention to such bolts as must be removed to lift the casing. The use of locking wire shall not be permitted. The use of tap bolts, cap screws, or socket head screws shall not be permitted for any part of the turbine, except where their use is unavoidable. Where it is impossible to use through bolts or through studs (two-nut type), bottoming studs (one-nut type) shall be used with external ends beyond nuts square in section (or two large flats where square is too small for wrenching), to permit ready removal as may be required in dismantling; in general, however, the design shall be such that dismantling or assembly does not require the removal of studs. Where one-nut studs bottom, a class 2 or 3 fit shall be required; where a class 5 fit is used, it is not necessary to bottom the stud. The fits specified shall be in accordance with Handbook H-28.

3.4.13.13 Steam or windage shields shall be fitted around the first ahead Curtis stage having partial admission. Such shields shall complete the arc of admission not covered by the nozzles. Shields for Rateau wheels shall be integral with the casing or diaphragms. When Curtis shields are not integral with the casing, they shall be secured without the use of internal bolts; dovetailing is preferred. Shields, where not integral, shall be of a suitable grade of corrosion resisting steel, either cast, welded or machined (see 3.2 (u)). Care shall be taken to provide adequate drainage from the bottom of the shield.

3.4.13.14 Suitable steam deflectors shall be provided to separate the ahead and astern elements to avoid overheating. Where the astern element is separated from the ahead element by at least one ahead blade length and the manufacturer has conducted tests to determine that such deflectors are not necessary, they may be omitted. Where provided, the deflector may be forged integral with the rotor or bolted to the casing, provided bolt heads are recessed in counterbores and one-third of the metal in each quadrant is peened over the bolt head or collar integral therewith. Stationary deflectors shall be of welded or cast steel of the same material as the adjacent casing. In any case, the outside diameter of rotating deflector shall approximate the shroud diameter of the last row of astern blades.

3.4.13.15 Intermediate segments shall preferably be integral with the casing, but may be separate.

3.4.13.15.1 When intermediate segments are not integral with the casing, they shall be supported to prevent vibration.



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

3.4.13.15.2 When intermediate segments are separate, they shall be secured by means of tap bolts, or by dovetailing.

3.4.14 Journal bearings. - Bearings shall be of the material specified in 3.2 (b), 3.2 (d) and 3.2 (e).

3.4.14.1 There shall be a bearing at each end of each turbine, except as specified in 3.4.2.4. Bearing shells shall be of the spherical-seat or other self-aligning type. Sleeve bearings with longitudinally flexible mounting may be used. Journal bearings may be of the pivoted-shoe type. Bearings shall consist of upper and lower bearing shells (or pivoted shoes) cap and pedestal. The bearing halves shall be dowelled at unequal distances from the ends on both sides or dowels of different diameter may be used to insure proper assembly. Each bearing shall, if practicable, be completely interchangeable for port and starboard turbines, forward and after ends; otherwise each bearing shall be of such a design that it cannot be inadvertently assembled in a location for which it was not designed. Bearing shells shall be sufficiently stiff to prevent warping in service and designed to permit satisfactory rebabbitting.

3.4.14.2 All friction or rubbing surfaces shall be lined with anti-friction metal (see 3.2 (a)) firmly secured in the bearing shells by centrifugal casting or by pouring under a definite head. Before lining, the bearing shells shall be tinned and preheated to approximately the temperature of molten babbitt to ensure adhesion between the babbitt and shell metal. Dovetail grooves in the shell to anchor babbitt are permitted but not required.

3.4.14.3 Friction surfaces shall be smoothly and accurately finished to design clearances. The white metal shall be slightly relieved along the joint seam, except for a narrow strip at the ends, where the full amount of metal shall be retained to prevent loss of oil (except that provision shall be made for a small chamfer at the joint to prevent scoring of the journal). No grooving will be permitted in the load-carrying surface of a cylindrical bearing, except for circumferential drain grooves at one or both ends of the bearing. Bearings of special design will be given consideration. Grooving, relieving, or special geometrical contours will be allowed in non-load carrying surface.

3.4.14.4 The lower half bearing shall be arranged to roll out freely without removing the shaft, but with weight of same taken by a lifting-device. The lifting device shall, in general, consist of a yoke of ample strength supported by suitable jacking bolts, the latter bearing against suitably located lugs integral with the bearing pedestal, or other suitable means.



DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives