3.4.14.5 One thermocouple shall be provided in each main turbine bearing. Thermocouples shall be copper constantan unless otherwise specified (see 6.2.2 (s)); the same type shall be used in all propulsion turbine and reduction gear bearings. The thermocouples installed in each bearing will measure and permit monitoring of oil film temperature, and shall be located in a through hole not closer to the bearing ends than one-quarter of the bearing length. The thermocouple in each sleeve bearing shall be located in the lower half shell within 3.0 degrees of the ahead load line. The thermocouple installed in each pivoted-shoe journal bearing shall be located in a through hole in the discharge end of the most heavily loaded shoe, with the tip of the thermocouple within 1/64 inch of the babbitt surface. A warning shall be incorporated in the instruction book calling attention to the necessity of removing thermocouples before rolling out lower half bearings.

3.4.14.6 Bearing monitors will be furnished either by the shipbuilder or by the bureau or agency concerned.

3.4.14.7 Bearing pressures shall be sufficiently low and the bearing supplied with adequate cool oil under pressure to permit satisfactory operation. Bearing design, in general, shall comply with and be based upon the requirements of the lubrication system (see 3.4.9). The bearing oil clearances shall be clearly shown on drawings submitted for approval. The design bearing pressure shall also be stated. Suitable means shall be provided which will positively prevent escape of oil along the shaft during operation and which will permit ready repair or renewal in service.

3.4.14.8 Oil seals shall be fitted to the shaft to prevent leakage of oil from bearing housings. Steam guards shall be provided where required to prevent gland steam leakage from striking the bearings. Such guards shall not be located so close to the bearing as to create a vacuum and draw oil vapor from the bearing housing.

3.4.14.9 Micrometer depth gages for measuring wear shall be supplied for all main bearings. Depth gage constants shall be stamped on small plates which are attached to each turbine journal bearing cap by the turbine manufacturer. These gages shall be of a type which does not necessitate removal of bearing caps to take measurements. The micrometer graduations shall increase as spindle is screwed down. One depth gage shall be supplied for all turbine bearings in each engine room. When the micrometer is not in use it shall be stowed in the tool box and collar-type plugs used to close the spindle opening in each bearing cap and prevent the formation of burrs where the micrometer spindle rests on the bearing cap.

3.4.14.10 Each bearing shell shall be marked with suitable directions for reboring in accordance with Drawing B-148. Tapped holes shall be provided in each bearing cap and upper shell for lifting eye-bolts.



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

3.4.14.11 Lubrication indicators, thermometers, and other fittings on bearings shall be in accordance with 3.4.9.

3.4.15 Turbine thrust bearings. - Turbine thrust bearings shall be of the pivoted segmental shoe type, designed to take thrust in both directions by locating thrust elements on each side of a single thrust collar.

3.4.15.1 The thrust bearing shall preferably be located in turbines at the end subjected to the higher temperature.

3.4.15.2 A removable collar shall be provided, with a sliding fit on the rotor and a nut to secure the collar against the rotor shoulder. In special cases where design or arrangement precludes the use of a separate collar, the thrust collar may be forged integral with the rotor. Where a removable collar is provided, sufficient room shall be incorporated in the design to permit slugging tight the securing nut. A positive means of locking shall be provided.

3.4.15.3 Thrust shoes shall be of aluminum bronze or forged or cast steel (see 3.2 (f)). Shoes shall be lined with babbitt (see 3.2 (a)). Dovetail grooves in shoes to anchor the babbitt are permitted but not required.

3.4.15.4 The thrust bearing housing shall preferably be integral with the bearing pedestal. A separate housing may be used if approved by the bureau or agency concerned.

3.4.15.4.1 A 1/8 to 3/16 inch permanently open drain shall be provided from the lowest practicable part of the thrust to insure drainage of the thrust cavity and prevent corrosion when at anchor.

3.4.15.4.2 Provision shall be made in the thrust housing for accurately determining the axial position of the turbine rotor under way. The position indicator shall not locate against the thrust nut.

3.4.15.5 The design thrust oil clearance shall be satisfactory to the bureau or agency concerned.

3.4.15.6 One thermocouple shall be provided for each turbine thrust bearing. Thermocouples shall be the same type used in turbine and reduction gear journal bearings. The thermocouple shall be installed as close as practicable to bearing so as to measure the temperature of the oil discharge from the thrust shoes loaded during ahead operation.



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

3.4.16 Gland and diaphragm packing. - Labyrinth packing shall be of the materials specified in 3.2 (p). Packing springs shall be of materials specified in 3.2 (q).

3.4.16.1 Suitable glands and packing shall be fitted around the rotors of all turbines to control leakage of steam from, or ingress of air into, the turbines under all conditions of operation; namely: warming up, standing by, starting, ahead, astern, and stopping.

3.4.16.1.1 All gland and diaphragm packing shall be of the labyrinth type.

3.4.16.1.2 The turbine design shall permit easy removal of at least the two outer labyrinth gland rings at each end of each turbine without lifting the turbine casing.

3.4.16.2 Labyrinth packing rings shall be machined with integral fins thinned on the inner diameter to 0.005 to 0.010 inch, and shall have at least four segments per ring. Calked in rings will not be permitted. Non-ferrous labyrinth packing rings shall be centrifugally cast unless otherwise approved by the bureau or agency concerned.

3.4.16.3 High-low-step type labyrinth rings are preferred, with stationary long and short fins of ring radially fitted respectively to low and high shoulders integral with the rotor. However, where the magnitude of relative expansion between rotor and casing or other design considerations preclude use of the high low step type, the bureau or agency concerned will give consideration to other designs of packing having good sealing efficiency. The rotating lands shall be sufficiently rugged to withstand contact both radially and axially with the fins of the stationary labyrinth packing rings.

3.4.16.4 Arrangements shall be made to seal each gland from an external source, regardless of whether or not the gland is self-sealing underway. A pressure of one-half to two pounds gage shall be maintained by an automatic gland seal regulator.

3.4.16.5 Individual pressure gages and control valves are not required for gland sealing steam supply lines.

3.4.16.6 The capacity of the gland exhauster system and leak-off piping will be based on the amount of steam and air passed by two times the design gland clearance. The turbine manufacturer shall early advise the bureau or agency what this value is, so the gland exhauster system may be sized and procurement initiated.



DECLASSIFIED
Authority NND 974382

3.4.16.6.1 Excess leak-off steam from turbine glands and valve stems may be introduced into the crossover pipe or into stages of the same turbine. Discharge from the gland seal system unloading valve may be piped to the condenser or a suitable turbine stage. In such cases, the stages to which steam is admitted shall be arranged so that the rotating blades and shrouding are protected against direct impingement of the entering steam and an annular steam chamber shall be provided to insure equal steam distribution and loading of blades.

3.4.16.7 For information concerning gland exhauster condenser system and arrangement of sealing and leak-off systems, including valves and pressure gages, the turbine manufacturer shall consult with the shipbuilder who will furnish them.

3.4.17 Rotors. - Rotors shall be of the materials specified in 3.2 (s).

3.4.17.1 If equalizing holes are provided in impulse wheels, the edges of the holes shall have a definite radius and the inner surfaces including the radii shall be polished to 63 microinches root mean square (r.m.s.) or better.

3.4.17.2 The method of installing and securing the blading shall be as hereinafter specified (see 3.4.19).

3.4.17.3 Rotor journals shall be uniformly and smoothly finished and the surface finish shall be 16 microinches r.m.s. or better. The journals shall be concentric with each other, and all parts of the rotor shall be carefully checked.

3.4.17.4 Assembled rotors shall be designed for operation at speeds 15 percent in excess of the rated full power speed.

3.4.17.4.1 The rotors shall be designed so that the average stress in the most highly stressed section of the bladed rotor, under design operating conditions at full power, shall not exceed the following:

(a) A stress value corresponding to a minimum calculated factor of safety of 2.0 at design full power, based on the yield strength (0.01 percent offset) of the material.
(b) The stresses determined in accordance with 3.2.1, using a factor of safety of 2.0.



DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives

3.4.17.4.2 The following information shall be furnished to the bureau or agency concerned:

(a) Rotor material rupture strength and creep (0.1 percent) strength versus temperature for 500, 1,000, 40,000, and 100,000 hours.
(b) The calculated full power stress (and corresponding safety factor) for the most highly stressed section of each bladed rotor, with the following notations:
    (1) Stage or location of section.
    (2) Metal temperature upon which based.
    (3) Direction of stress (tangential, average tangential, radial or other).
(c) The lowest calculated safety factor (and corresponding stress), if for a section other than (b) above, with the following notations:
    (1) Stage or location of section.
    (2) Metal temperature upon which based.
    (3) Direction of stress (tangential, average tangential, radial or other).

3.4.17.4.3 The turbine designer shall make such investigations and analyses of vibration characteristics, as he sees fit, to insure that fatigue failure of the bladed rotor will not occur during the life and operation specified herein.

3.4.17.5 The design of the rotors may be such as to permit calculated or actual running criticals to fall within the operating range of turbine speeds, provided vibration and dynamic balance of the rotors are acceptable. All such criticals shall be noted on the outline drawing and in the instruction book.

3.4.17.6 All rotors shall be dynamically balanced with all rotating parts installed. This dynamic balance shall be carefully made, and shall be such as to insure that vibration amplitude of the assemble unit on test does not exceed the allowable limit specified in 4.2.4. The degree of balance shall be indicated on the detail rotor drawing; the type of balancing machine used to obtain this balance may also be indicated on the rotor drawing as a note.

3.4.18 Nozzles and diaphragms. - The material for nozzle blocks, diaphragms, partitions, and bolts shall be as specified in 3.2 (h), 3.2 (k), 3.2 (ℓ) and 3.2 (n). Steam flow surfaces shall be free from imperfections and polished smooth to 63 micro-inches r.m.s. or better.



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

3.4.18.1 Nozzle blocks shall be removable and shall be secured so as to eliminate, as far as practicable, the necessity for internal bolting. When the use of internal bolts is unavoidable, the bolt heads shall be recessed below the surface of the surrounding metal and secured by peening one-third of the metal in each quadrant over the bolt head, or by suitably shielding.

3.4.18.2 Disphragms shall be split horizontally and fitted so that the upper halves may be lifted with the upper halves of the turbine casing, and the lower halves removed without lifting of the rotors. The joints between the two diaphragm halves shall be tongued and grooved or keyed in an efficient manner to prevent leakage through the joint. Positive means shall be provided by the use of radial and axial crushing pins, or other suitable method, to prevent movement of the diaphragms or their corroding fast in place. In this connection, the maximum use of corrosion resisting materials is required (see 3.2).

3.4.18.3 Diaphragm packing shall be made in segments (see 3.4.16.2) and arranged for removal with the halves of the diaphragm. They shall be secured, in a manner satisfactory to the bureau or agency concerned to prevent turning. The means of securing shall incorporate corrosion-resisting materials wherever practicable. The lower-half packing shall also be removable without the necessity for removing the lower-half diaphragm or lifting the rotor.

3.4.18.4 Intermediate segments shall not be integral with the nozzle blocks.

3.4.19 Blades and shrouding. -

3.4.19.1 Blading, locking pieces and pins shall be of materials specified in 3.2 (r) and 3.2 (g).

3.4.19.1.1 Blades shall be designed so that the average stress in the most highly stressed row of the bladed rotor, under design operating conditions at full power, shall not exceed the following:

(a) A stress value corresponding to a minimum calculated factor of safety of 2.0 at design full power, based on the yield strength (0.01 percent offset) of the material.
(b) The stresses determined in accordance with 3.2.1, using a factor of safety of 2.0.



DECLASSIFIED
Authority NND 974382

3.4.19.1.2 The following information shall be furnished to the bureau or agency concerned:

(a) Blade material rupture strength and creep (0.1 percent) strength versus temperature for 500, 1,000, 40,000 and 100,000 hours.
(b) The calculated full power stress (and corresponding safety factor) for the most highly stressed blade row, with the following notations:
  (1) Stage or location of row.
  (2) Metal temperature upon which based.
  (3) Location of stress in blade.
  (4) Statement as to whether-or-not stress includes loading other than centrifugal; if so, a description is required.
(c) The lowest calculated safety factor (and corresponding stress), if for a blade row other than (b) above, with the following notations:
  (1) Stage or location of row.
  (2) Metal temperature upon which based.
  (3) Location of stress in blade.
  (4) Statement as to whether-or-not stress includes loading other than centrifugal; if so, a description is required.

3.4.19.1.3 The method of securing blades in the turbine rotor shall be as specified in 3.4.19.3.1 to 3.4.19.3.3, inclusive.

3.4.19.1.4 The vibration characteristics of blades and blade assemblies, if investiged independently of the rotor, shall be undertaken on the same basis as specified in 3.4.17.4.3.

3.4.19.1.5 Impulse blades shall normally be machined from rectangular bar stock. Reaction blades shall be machined, rolled or drawn.

3.4.19.1.6 In cases specifically approved by the bureau or agency concerned, blades may be drop forged.

3.4.19.1.7 To prevent over riveting and cracking of button head rivet edges and to provide a rivet head strength comparable with the blade tenon strength, the projection of tenon above top of shroud, before riveting, shall not exceed one-half the diameter of the tenon for a round tenon or one-half times the minor axis of a kidney or elliptical tenon. Except in the case of very thin blades, all tenons shall be of round cross section.

3.4.19.1.8 Space blocks or packing pieces for blades shall be integral therewith.



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

3.4.19.1.9 Blades having sharp knife-like vane edges are not acceptable and will not be approved. To insure maximum reliability in service and minimum replacements, the blading furnished shall have vane edge radii equal to or greater than the minimum values shown on figure 3.

3.4.19.1.10 All finished blading shall be free from imperfections and polished smooth to 63 microinches r.m.s. or better. Contact surfaces on blade roots shall be cut to the same radius as the corresponding rotor surfaces.

3.4.19.1.11 Sharp corners on the tenon and at the base of vanes shall be avoided by suitable filleting.

3.4.19.2 Shrouding shall be of the materials specified in 3.2 (t).

3.4.19.2.1 Shrouding shall be secured to impulse or reaction blades by riveting tenons (see 3.4.19.1.7). Any other means of attachment requires the specific approval of the bureau or agency concerned.

3.4.19.2.2 All round tenon holes shall be drilled. Shrouding for very thin blades may be punched. All tenon holes, whether drilled or punched, shall be located directly from the bladed wheel, or from templates made therefrom, to avoid bending the blades when the shroud is secured in position. Sharp corners in the tenon hole shall be avoided by suitable filleting. The installation of shrouding at an angle shall not be permitted, except that inner surfaces of shrouding may be installed conically at an angle, provided the outer surfaces are installed parallel.

3.4.19.2.3 Shroud strips of more than 1/16 inch thickness shall be beveled. The bevels along each edge where used to seal axially shall begin a distance from tenon holes equal to the maximum thickness of the strip, and shall taper to approximately 1/32 inch edge thickness. Flush tenons will be permitted where depth of head and counter sink is not less than 20 percent of the shroud thickness.

3.4.19.2.4 Shroud strips shall be of suitable lengths and have sufficient end clearances to insure that no strain can be put on blade tenons by expansion at the maximum operating temperature. The shroud strip segment shall not span the gap where a notch block is used and the blade omitted. Vibration shall be considered in determining the number of blades per shroud strip.

3.4.19.3 Rotor blade root fastenings shall be radial entry or axial entry. The radial entry fastenings shall be of the straddle type or inside type.

3.4.19.3.1 When rotor disc sides are cut away to permit installation of straddle-type blades, these slots shall be closed by a suitable notch block or locking blade, which may be secured by pins.



DECLASSIFIED
Authority NND 974382

3.4.19.3.2 When the rotor grooves are cut away to form entry slots for inside type blades, these slots shall be filled so as to provide suitable means of securing the blades in place.

3.4.19.3.3 Fir-tree type roots shall be used for axial or side-entry blades, and the method of securing blades against movement in slots shall be satisfactory to the bureau or agency concerned.

3.4.20 <u>Fittings and accessories.</u> -

3.4.20.1 Turbine instrumentation and responsibility therefore shall be as specified hereinafter. Compound gages shall be used where the pressure measured may be subatmospheric under any condition of operation. One lubricating oil pressure gage will be permanently installed at the most remote point in the system by the shipbuilder. If test gages (see 3.4.9.7) are required, they will be furnished by the bureau or agency concerned. Thermometers in bearings (see 3.4.9.5) shall be furnished with the turbines.

3.4.20.1.1 Gages will be furnished by the shipbuilder for installation as operating instruments on the main gage board to indicate pressures at the following points:

<u>Turbine steam chest</u>

Single-casing turbine (type I).
H.P. turbine (types II, IV-A, and IV-B).
H.P.-I.P. turbine (type III).
I.P. turbine (type IV-A).
Cruising turbine (type IV-B).

<u>First-stage shell</u>

Single-casing turbine (type I).
H.P. turbine (types II, IV-A, and IV-B).
H.P. element (type III).
I.P. element (type III).
I.P. turbine (type IV-A).
Cruising turbine (type IV-B).

<u>Exhaust shell</u>

Single-casing turbine (type I).
H.P. turbine (types II, IV-A, and IV-B).
H.P. element (type III).
I.P. element (type III).
I.P. turbine (type IV-A).
Cruising turbine (type IV-B).



DECLASSIFIED
Authority NND 974382

Extraction points

Each stage (shell) bleeder.
Each crossover pipe bleeder.

Astern element inlet or bowl

Single-casing turbine (type I).
L. P. turbine, one end only (types II, III, IV-A, and IV-B).

3.4.20.1.2 Thermometers conforming to 3.4.12 will be furnished by the shipbuilder for installation as follows:

Distant reading thermometer - Located on main gage board with sensing bulb located on casing at first stage shell (in line with steam flow from first nozzle group).

Single-casing turbine (type I).
H. P. turbine (types II, IV-A, and IV-B).
H. P. element (type III).
I. P. element (type III).
I. P. turbine (type IV-A).
Cruising turbine (type IV-B).

Direct-mounted thermometer - Located at each bleeder point

Each stage (shell) bleeder.
Each crossover pipe bleeder.

Direct-mounted thermometer - Located on casing at exhaust shell

Single-casing turbine (type I).
H. P. turbine (types II, IV-A, and IV-B).
H. P. element (type III).
I. P. element (type III).
I. P. turbine (type IV-A).
Cruising turbine (type IV-B).
L. P. turbine, one end only (types II, III, IV-A, and IV-B).

Direct-mounted thermometer - Located on casing or crossover pipe

L. P. turbine inlet (types II, III, IV-A, and IV-B).



DECLASSIFIED
Authority NND 974382

3.4.20.1.3 Provision shall be made by the shipbuilder for test thermocouples for measuring metal temperatures as follows:

First-stage shell (in line with steam flow from first nozzle group) - Located in casing or adjacent diaphragm

Single-casing turbine (type I).
H.P. turbine (types II, IV-A, and IV-B).
H.P. element (type III).
I.P. element (type III).
I.P. turbine (type IV-A).
Cruising turbine (type IV-B).

Exhaust shell - Located in blade ring or inner casing cone

Single-casing turbine (type I).
L.P. turbine, one end only (types II, III, IV-A, and IV-B).

3.4.20.2 One set of lifting gear shall be provided. The set shall consist of all lifting gear necessary for lifting one-half of all turbine casings and rotors in the ship at the same time.

3.4.20.2.1 Travelers bars and trolleys, pulleys, deck-beam clamps, turn buckles, shackles, hooks, eyebolts, chains, hoists and wire slings with thimbles, shall not be furnished by the turbine manufacturer, as these items will be shipbuilder furnished.

3.4.20.2.2 The lifting gear set shall include casing guide pins or posts, casing supports, rotor guides and saddle support assemblies, trunnions, special eyebolts, and any other special equipment necessary for lifting and supporting turbine casings and rotors.

3.4.20.2.3 The lifting gear set shall include yokes, jack bolts, and other special items necessary for removing the weight of rotors from lower half bearings to permit removal of same.

3.4.20.2.4 Lifting gears for each propulsion unit shall be actually fitted and tried by the turbine manufacturer before delivery to the ship. After installation of turbines in the ship, the shipbuilder will again (on the first ship of class at each building yard) fit lifting gear to turbines, but will not be required to unbolt the horizontal flange.

3.4.20.3 Identification plates shall be furnished in accordance with Specification MIL-I-15024.



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

3.4.20.4 Steam strainers shall not be furnished with the turbines, unless actually incorporated into the turbine casing design so as to form an integral part of the turbine. Where strainers are external to the turbines, they will be furnished by the shipbuilder and will be installed ahead of the admission valves to the head and astern turbine elements.

3.4.20.5 Astern throttle valves shall not be furnished with the turbines. These valves will be furnished by the shipbuilder, and will be installed after the strainer.

3.4.20.6 Sentinel valves of approved design shall be installed by the turbine manufacturer on the cross-over pipes between the turbines and on the exhaust shell of L.P. and single-casing turbines.

3.4.20.7 Each rotor shall be fitted with a shaft position indicator of acceptable type and design (calibrated in increments of not more than 0.005 inch) on the thrust end for use as specified in 3.4.15.4.2.

3.4.20.8 Each low pressure turbine shall be provided with a device to enable operating personnel to readily determine at any time the relative position of the rotor with respect to the casing at the end opposite the thrust bearing. This device shall be mechanical, (calibrated in increments of not more than 1/16 inch) and there shall be a warning plate attached to the turbine showing the range of danger readings for a condition where differential expansion has caused a change in the relative position of rotor and casing sufficient to reduce axial clearances beyond a safe and recommended operating value. The device shall be capable of automatically warning of unsafe clearances by incorporating a contact maker of a satisfactory design, which shall be suitable for actuating the shipbuilder furnished shaft position alarm.

3.4.20.9 A motor-driven turning gear and its mounting will normally be furnished for each propulsion unit as a part of the main reduction gear.

3.4.21 Drains. - All turbine casings shall be fitted with drain piping. Connections shall be such that all parts can be thoroughly cleared of water when the turbines are operating and when idle. Valves will be installed by shipbuilder in each external drain line. Leak-off from turbine control valves may be piped to the gland seal system or into the turbine (see 3.4.16.6.1).

3.5 Repair parts and stock components. -

3.5.1 Repair parts are of two general categories; namely onboard repair parts and stock repair parts. Ships Parts Control Center (SPCC), Naval Supply Depot, Mechanicsburg, Pa. is the supply demand control point (SDCP) for both categories.



DECLASSIFIED
Authority NND 974382

3.5.1.1 Onboard repair parts are those turbine parts which are required to be carried onboard Naval ships for routine maintenance of parent equipment by shipboard personnel. These parts are listed in the ship's onboard allowance and can be installed without lifting the turbine casing. Onboard repair parts shall be furnished and concurrently produced with the turbines specified herein (see 3.5.3).

3.5.1.2 Stock repair parts are those turbine parts, in sufficient quantities, which are considered essential to replenish the onboard usage of repair parts for a period of one year, plus such additional parts that are subject to such infrequent breakdown and slight wear that they do not qualify for inclusion as onboard repair parts but should be immediately available in the supply system for low-rate usage replacement. The procedure for determining the parts and the quantities to be purchased as stock repair parts is specified in Specification MIL-R-15137; this procedure shall be followed, except that the 30-day requirement for completion of parts II and III of NAVSHIPS Form 4372 is not applicable. The contract or order under which turbines are procured shall also provide for furnishing the stock repair parts finally determined. However, to permit the award of the contract or order without undue delay, stock repair parts shall be covered therein as a separate lot with notation that definitive information relating to description, quantity and price will be determined and included subsequent to award. Expeditious completion of this lot in the contract or order will permit concurrent production of stock repair parts with parent equipment and onboard repair parts.

3.5.2 Stock components are those bureau or agency special material parts, subassemblies and assemblies which are required to be furnished and concurrently produced with the turbines specified herein. The bureau or agency concerned is the supply demand control point (SDCP) for stock components. Stock components are stocked to meet one or more of the following needs:

(a) To provide for low-rate usage replacement of turbine parts, subassemblies and assemblies incident to fleet maintenance. These parts are subject to such infrequent break-down and slight wear that they do not qualify for inclusion as onboard repair parts but should be immediately available.
(b) To provide for replacement of turbine subassemblies and assemblies which may become inoperative due to battle damage, collision or engineering failure of such nature and extent as to make replacement with a complete component mandatory or desirable.
(c) To provide adequate supply of bureau or agency special material to meet the planned requirements of the War Reserve.

Stock components shall be furnished with the turbine, as specified in 3.5.3 and 3.5.4.



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

3.5.3 The onboard repair parts and stock components specified in the following tabulation shall be furnished by the turbine manufacturer to be carried on board.

| Parts required (onboard repair parts) | Quantity to be furnished |
|---|---|
| Bearing oil seals | 50 percent for each ship. |
| Bearings, ball or roller | 100 percent for each ship. |
| Bearings, sleeve | 100 percent for one propulsion unit[1]. |
| Collar, thrust bearing | 1 of each type and size. |
| Miscellaneous wearing and operating parts | 1 complete set. |
| Oil sight flow glasses | 100 percent for each ship. |
| Shoes, thrust bearing | 50 percent for each ship[2]. |
| Springs (other than for labyrinth packing) | 100 percent for each ship[3]. |
| Valves, relief or sentinel | 1 of each type and size. |
| Studs and bolts (steam chest and casing horizontal flange) | 2 of each type and size. |

| Parts required (stock components) | Quantity to be furnished |
|---|---|
| Gland packing rings (lifting not not required to be replaced) | 50 percent for each ship[2]. |

[1]In case oil passages in port and starboard turbines are different, 100 percent for 1 port and 1 starboard shaft shall be furnished.
[2]In no case shall quantity furnished be less than 100 percent for 1 port and 1 starboard shaft.
[3]These are in addition to springs in spare relief and sentinel valves.



DECLASSIFIED
Authority NND 974382

3.5.4 The stock components (special material) specified in table II shall be furnished by the turbine manufacturer for stowage ashore as directed by the bureau or agency concerned (see 6.2.2 (z)).

Table II - Special material required for stowage ashore.

| Number of shaft's worth required (For quantity to furnish, multiply quantity shown in columns 2 to 6 by number required per shaft) | | | | | |
|---|---|---|---|---|---|
| Number of shafts using item | Blading material (see note 1) | Labyrinth packing, lifting not required to replace (see notes 2 and 3) | Labyrinth packing and seal strips, lifting required to replace (see notes 2 and 3) | Nozzle blocks (see note 4) | Nozzle diaphragm (see note 5) and intermediate segments (see note 6) |
| 1 | 1 | 1 | 1 | 1 | 1 |
| 2 | 1 | 2 | 2 | 1 | 1 |
| 3 | 2 | 3 | 2 | 1 | 1 |
| 4, 5 | 2 | 4 | 3 | 1 | 1 |
| 6 | 2 | 6 | 3 | 1 | 1 |
| 7 | 2 | 6 | 4 | 2 | 1 |
| 8, 9 | 3 | 8 | 4 | 2 | 1 |
| 10-12 | 3 | 10 | 5 | 2 | 1 |
| 13 | 3 | 12 | 6 | 3 | 2 |
| 14-15 | 4 | 12 | 6 | 3 | 2 |
| 16-19 | 4 | 14 | 7 | 3 | 2 |
| 20 | 4 | 16 | 8 | 3 | 2 |
| 21-24 | 5 | 16 | 8 | 3 | 2 |
| 25-29 | 5 | 18 | 9 | 4 | 2 |
| 30 | 5 | 20 | 10 | 4 | 2 |
| 31-36 | 6 | 20 | 10 | 4 | 2 |
| 37 | 6 | 20 | 10 | 5 | 3 |
| 38-47 | 6 | 22 | 11 | 5 | 3 |



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

Table II - Special material required for stowage ashore (cont'd.).

| Number of shafts using item | Number of shaft's worth required (For quantity to furnish, multiply quantity shown in columns 2 to 6 by number required per shaft) | | | | |
|---|---|---|---|---|---|
| | Blading material (see note 1) | Labyrinth packing, lifting not required to replace (see notes 2 and 3) | Labyrinth packing and seal strips, lifting required to replace (see notes 2 and 3) | Nozzle blocks (see note 4) | Nozzle diaphragm (see note 5) and intermediate segments (see note 6) |
| 48 | 6 | 24 | 12 | 5 | 3 |
| 49-50 | 6 | 24 | 12 | 6 | 3 |
| 51-100 | 7 | 24 | 12 | 6 | 3 |
| 101-200 | 8 | 26 | 13 | 7 | 4 |
| 201-400 | 9 | 28 | 14 | 7 | 4 |
| Above 400 | 10 | 30 | 15 | 7 | 4 |

Notes. -

1. Each stock-numbered item of blading consists of 105 percent of all materials necessary to replace one row of rotating or stationary blading. Included, as applicable, are blades, shroud bands, calking, seal strips (if inserted in blade or shroud) locking pieces, screws, pins and any other necessary parts.
2. Each stock-numbered item of packing consists of one complete replacement metallic labyrinth packing ring for use in gland, dummy or diaphragm. Included, as applicable, are a ring, spring(s), retaining ring(s), screws, pins and retaining plates.
3. A stock-numbered set of seal strips consists 105 percent of all renewable caulked-in seal strips and lock strips in way of rotating and stationary blading, diaphragm, and nozzle blocks for a complete turbine.
4. Each stock-numbered nozzle block consists of all material necessary to effect replacement. Included, as applicable, are the nozzle block (all segments for admission arc), bolts, caulking, and seal strips (if inserted in nozzle block).
5. Each stock-numbered nozzle diaphragm consists of all material necessary to effect replacement. Included, as applicable, are the nozzle diaphragm, seal strips (if inserted in diaphragm), keys, crushing pins, and any other parts other than diaphragm packing.
6. Each stock-numbered intermediate segment consists of all material necessary to effect replacement. Included, as applicable, are the segment, bolts, seal strips and caulking. Blading shall also be included, except when replaceable without damage to segment. Blading so furnished shall not be included with blading material required in column 2.



DECLASSIFIED
Authority NND 974382

3.5.5 To the above onboard repair parts and stock repair parts (special material) shall be added any wearing or operating parts of special gear or attachments that the bureau or agency concerned considers necessary for dependable and efficient service maintenance (see 6.2.2 (t)).

3.5.6 All blading material, except shrouding, shall be furnished completely finished and ready for use (except for allowance on dovetails for fitting). Shrouding shall be furnished cut to length undrilled or unpunched for blade tenons. Blade material which is to be installed in segmental form shall be furnished assembled in segments.

3.5.7 The turbine manufacturer shall advise the bureau or agency concerned in detail as to the interchangeability of repair parts and stock components for turbines furnished herein and those previously furnished or being concurrently furnished under other procurements. This information is required prior to determination and assignment of standard Navy stock numbers to those parts.

3.6 Special tools and equipment. - Special equipment shall be supplied as specified hereinafter, and shall be carried on board.

3.6.1 One complete set of all special wrenches for the turbines, and fittings for same, in each machinery compartment shall be furnished. The set shall be arranged for convenient and accessible stowage in the compartment. Where practicable, wrenches shall be forged steel with case hardened jaws. In all cases, they shall be of the highest quality. No ordinary commercial tools need be included in such a set.

3.6.2 In addition to the micrometer depth gages required under main bearings (see 3.4.14.9), provision shall be made for any special tools or equipment necessary for measuring bearing wear by the crown thickness method, as specified hereinafter.

3.6.2.1 Each sleeve type bearing shell shall be considered as having a pressure bearing half and a non-pressure bearing half, when referred to ahead operation. The non-pressure bearing half shall have a radial scribe line at the geometric center of one end. The pressure bearing half shall have three radial scribe lines at one end; the central scribe at the geometric center, and one at each side at an angle approximately 45 degrees.

3.6.2.2 The crown thickness of each shell at the scribe points shall be measured approximately 1 inch from the end of the shell during assembly. These values shall be stencilled adjacent to each scribe line for use as constants.



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

3.6.2.3 Spherical-seated journal bearings shall be designed so that the crown thickness may be measured on both ends in the manner specified above. Where required for alignment of spherical-seated bearings, a suitable gage shall be provided.

3.6.3 Any special tools needed for removal and replacement of turbine thrust bearing collars shall be furnished.

3.6.4 Pulling tools shall be provided for ball bearings where the set of standard pullers specified in Specification GGG-P-00781 cannot be used.

3.6.5 One high pressure pumping gun and fittings for pressure pumping grooves in remaking turbine casing joints shall be furnished.

3.6.6. One complete set of any special or unusual fittings, knuckle joints, bevel gears or other special tools, other than specified above shall be furnished, if, in the opinion of the bureau or agency concerned, such equipment is necessary for the proper maintenance of the machinery in service.

3.6.7 One complete set of lifting and handling gear as specified in 3.4.20.2.

3.7 Drawings. - All drawings shall conform to Specification MIL-D-963 and shall be so complete in every detail as to permit the manufacture of all parts at a Naval shipyard.

3.7.1 Assembly drawings may include the names of all parts shown therein.

3.7.2 Turbine and gear outline drawings shall completely and accurately list all pertinent engineering data such as pressures, temperatures, speeds, capacities, and oil requirements. They shall specify the safe working forces which integral steam connections, connected to external piping systems, will withstand.

3.7.3 Special care shall be taken to state the computed temperatures of the hottest ahead blades during rated full power astern operation and vice-versa.

3.7.4 Drawings shall specify surface finishes in conformance with Standard MIL-STD-10.

3.7.5 If drawing approval action is taken by an activity other than the bureau or agency concerned, a copy of that activity's approval letter shall be forwarded to the bureau or agency concerned along with two prints of each drawing so approved.



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

3.7.6 When the turbine design has progressed to a point where data is considered firm, the turbine designer shall submit curves for correcting operating (trial) conditions, to design conditions (pressure, temperature, back pressure and propeller revolutions per minute (r.p.m.)).

3.8 <u>Instruction books</u>. - Instruction books shall conform to type B of Specification MIL-B-15071, with the exceptions hereinafter specified.

3.8.1 The material for the propulsion turbine instruction book shall be combined and integrated with instruction book material for the propulsion gears, where used, and the main condenser to form a single integrated instruction book for a shaft of machinery. The bureau or agency concerned shall have the responsibility for the integration, unless such responsibility is delegated (see 6.2.2 (x)).

3.8.2 Exploded views, specified in Specification MIL-B-15071, are not required. Single-column arrangement shall be used.

3.8.3 The desired format for arrangement and content of the combined and integrated book shall be as indicated below. Within each section, it is, in general, preferable to arrange the subject matter by components insofar as practicable.

| | Pages |
|---|---|
| INDEX-Section 1 - Table of contents ................. | 2 |
| Section 2 - List of serial numbers ............ | 3 |
| Section 3 - General index .................... | 4-x |
| Section 4 - List of illustrations.............. | x-x |
| CHAPTER I --- <u>INTRODUCTION</u>.................... | 100-xxx |
| Section 1 - General description of propulsion plant........................... | xxx |
| Section 2 - Turbine data ..................... | xxx |
| Section 3 - Main and cruising reduction gear data ...................... | xxx |
| Section 4 - Main condensing equipment data.... | xxx |
| Section 5 - Weights of principal component parts .......................... | xxx |
| CHAPTER II --- <u>DETAILED DESCRIPTION</u> .......... | 200-xxx |
| Section 1 - Description of turbines ............ | xxx |
| Section 2 - Description of main and cruising reduction gear................... | xxx |
| Section 3 - Description of main condensing equipment...... ................. | xxx |
| Section 4 - Description of systems and miscellaneous equipment......... | xxx |



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

| | Pages |
|---|---|
| CHAPTER III --- INSTALLATION.................. | 300-xxx |
| Section 1 - General instructions................ | xxx |
| Section 2 - Alignment of turbines and gears ...... | xxx |
| Section 3 - Connections to external systems ...... | xxx |
| CHAPTER IV --- OPERATION OF PLANT........... | 400-xxx |
| Section 1 - Warming up............................. | xxx |
| Section 2 - Standing by........................... | xxx |
| Section 3 - Maneuvering.......................... | xxx |
| Section 4 - Underway (including use of turning gear)........................... | xxx |
| Section 5 - Securing.............................. | xxx |
| CHAPTER V --- MAINTENANCE.................. | 500-xxx |
| Section 1 - Maintenance of turbines.............. | xxx |
| Section 2 - Maintenance of main and cruising reduction gear.................... | xxx |
| Section 3 - Maintenance of main condensing equipment....................... | xxx |
| Section 4 - Maintenance of miscellaneous equipment........................ | xxx |
| CHAPTER VI --- APPENDIX...................... | 600-xxx |
| Section 1 - Fold out figures .................... | xxx |
| Section 2 - List of drawings .................... | xxx |
| Section 3 - List of spare parts, wrenches and tools.......................... | xxx |
| Section 4 - Memorandum pages ................ | xxx |

3.8.4 The turbine manufacturer shall forward to the bureau or agency concerned, or the activity designated (see 6.2.2 (v)), five copies of all turbine material required for inclusion in the combined and integrated instruction book, including photographs, illustrations, figures, curves, tabular information, and so forth. Upon the completion of the first draft of the combined book by the integrating activity, the turbine manufacturer shall, if requested by the bureau or agency concerned, review said draft and comment thereon concerning technical accuracy of the book. Similarly, the gear and condenser manufacturers, as well as the shipbuilder may be required to review the draft and furnish comments. Unless otherwise specified (see 6.2.2 (v)), the above constitutes the turbine manufacturer's responsibility in connection with instruction books.



DECLASSIFIED
Authority NND 974382

3.8.5 If the responsibility of preparing the instruction book is delegated (see 6.2.2 (y)), the preliminary draft shall be forwarded to the bureau or agency concerned for approval when revised and otherwise ready for printing. Responsibility for preparing the instruction book includes printing, binding and distribution. The quantity of instruction books required will be as specified in 6.2.2 (y).

3.9 Workmanship. - All work shall be executed in a thorough, workmanlike and substantial manner. Unless otherwise specified in the contract or order, the Government's inspector having jurisdiction over turbine production at the manufacturer's plant shall be the sole judge of whether or not work is satisfactory and acceptable to the bureau or agency concerned.

4. SAMPLING, INSPECTION, AND TEST PROCEDURES

4.1 Inspection. -

4.1.1 All materials used in the turbines shall be subjected to the inspection requirements of the closest equivalent and the most nearly applicable Military specification covering similar material.

4.1.2 After assembly of blading, and before shrouding, the Government inspector shall be given an opportunity to inspect and ascertain that blades are truly in line, equally spaced, and tightly secured, and that fillets are rounded in conformance with drawings. The greatest care shall be taken with the inspection of the finished blading to insure that all blades are secured with absolute tightness. The slightest perceptible looseness at the roots shall be cause for rejection. Looseness may be detected by tapping and comparative sound; by flooding with oil and noting oil movement when tapped, or other method, at discretion of the Government inspector. The final check for tightness shall be made after the overspeed test.

4.1.3 During factory tests and after installation, careful inspection and checking of all details in connection with the turbine drainage system shall be made to insure that all turbines are properly and completely drained.

4.1.4 Special attention shall be given to the thorough cleanliness of all parts of the integral lubricating system, and care shall be taken to insure that full flow can be circulated throughout the entire system.

4.2 Testing. -

4.2.1 All turbine casings, including all fittings and connections subject to pressure, shall, unless otherwise specified, be tested hydrostatically to a pressure at least 50 percent greater than the maximum working pressure but in no case less than 30 pounds per square inch gage. Where more than one pressure



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

stage is tested at the same time and by the same operation, the hydrostatic pressure used shall be at least 50 percent greater than the maximum working pressure of the highest pressure stage.

4.2.2 Each individual blade shall be magnetically tested for flaws.

4.2.3 A test for air leaks between low pressure turbine and condenser will be made by the shipbuilder.

4.2.4 All turbines shall be subjected to an operating shop test (overspeed test will not be permitted after installation in ship) to check the operating dynamic balance of rotating parts and the strength and rigidity of all parts of the completed assembly. The test shall be conducted at a speed 15 percent greater than the rated operating speed for a period of at least fifteen minutes continuous operation, with or without the reduction gears connected. A similar test at a speed 20 percent greater than rated shall be conducted for turbines arranged for unclutching. A vibration indicator, whereby vibrations of an amplitude of 0.001 inch may readily be observed on a suitable scale, will be satisfactory for this test. The maximum acceptable reading (double amplitude) of the vibration indicator shall not exceed 0.00075 inch as measured on the bearing pedestal, or 0.002 inch as measured on the rotor on either side or either end of any turbine at test overspeed and all speeds below. After overspeed tests, each rotor shall be carefully examined for loose blading, shrouding, locking pieces and pins. Complete clearance data shall be taken at this time and furnished to the shipbuilder and the bureau or agency concerned.

4.2.5 Performance tests in connection with the specified horsepower and general operating characteristics of the propulsion machinery shall be determined during the official trials of the ship.

4.2.6 Tests of the lubricating oil system and piping will be conducted by the shipbuilder.

4.3 Inspection procedures. - For Naval purchases, the general inspection procedures shall be in accordance with General Specifications for Inspection of Material.

5. PREPARATION FOR DELIVERY

5.1 Turbine units, stock components and repair parts shall be preserved, packaged, packed and marked in accordance with Specification MIL-P-17286.

5.2 The nomenclature shall be "Turbine, Steam, Propulsion (for Naval Shipboard Use)".



Reproduced at the National Archives

DECLASSIFIED
Authority NND 974382

6. NOTES

6.1 Intended use. - This equipment is intended for Naval service in combatant ships and fleet auxiliaries, where it is expected to withstand continuous use for long periods, under Military service conditions, without benefit of overhaul. The equipment is vital; failure at a critical moment will immobilize a ship and jeopardize fleet operations. Emergency repairs afloat or at distant bases, can seldom be made with sufficient celerity to avoid serious interruption of ship and fleet operating schedules.

6.2 Ordering data. -

6.2.1 Since this specification is general in scope and covers only design criteria, general categories of materials, construction practices and certain operating conditions under which the turbines must operate, the details must be specified in the contract or order. Attention is called to 6.2.2 which should be clearly specified, if applicable in the contract or order.

6.2.2 Procurement documents should specify the following:

(a) Title, number, and date of this specification.
(b) Type of propulsion unit required (see 1.2).
(c) Materials, if other than specified in 3.2.
(d) Life of propulsion unit, if other than as specified in 3.4.1. Specify power upon which 1000-hour life will be based.
(e) Arrangement of propulsion unit (see 3.4.2.1).
(f) Extraction points, if any, and the pressure and quantity bled from each point at specified powers and speeds (see 3.4.2.1.2 and 3.4.3.1).
(g) Type of condenser (fore and aft or athwartship) and method of supporting L.P. and single-casing turbines with the latter (see 3.4.2.1.10).
(h) Rake of each propulsion unit (see 3.4.2.5).
(i) Method of backing and machinery arrangement, if other than as specified in 3.4.2.1.9 and 3.4.2.2.
(j) Steam pressure at turbine throttle over entire operating range (see 3.4.5.1).
(k) Steam temperature at turbine throttle over entire operating range (see 3.4.5.1).
(ℓ) Existence and requirements of any steam equipment onboard which will adversely affect turbine operation due to large and intermittent steam demand, as well as effect of such machinery on pressure and temperature at turbine throttle (see 3.4.5.1).
(m) Pressure at exhaust flange to condenser over entire operating range (see 3.4.5.2).



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

(n) Ahead full power per shaft:
   (1) With corresponding propeller r.p.m. at 12-1/2 percent roughness factor for hot plastic bottom with trial displacement (see 3.4.5.4).
   (2) With maximum propeller r.p.m. which might be encountered due to clean bottom or other factors (see 3.4.5.4).
(o) Ahead power per shaft and corresponding propeller r.p.m. at most economical point of operation (see 3.4.5.4).
(p) Minimum astern torque at zero propeller r.p.m. with corresponding maximum steam flow (see 3.4.5.5).
(q) Astern full power per shaft with corresponding propeller r.p.m. (see 3.4.5.6).
(r) Main and standby sources of forced lubrication (attached pump, electric pump, steam pump) (see 3.4.9).
(s) Thermocouples if other than copper constant (see 3.4.14.5).
(t) Any stock components and repair parts required in addition to those specified in 3.5.3 and 3.5.4 (see 3.5.5).
(u) Shipping destination for stock components (special material) to be stowed ashore (see 3.5.4).
(v) Responsibility of turbine manufacturer for instruction books over and above that set forth in 3.8.4.
(w) Quantity of instruction books required (see 3.8.5).
(x) Who will be responsible for integrating instruction book, if other than the bureau or agency concerned (see 3.8.1).
(y) Who will be responsible for printing, binding and distributing instruction books, if other than the bureau or agency concerned (see 3.8.4).
(z) Whether for domestic shipment - immediate use; domestic shipment and storage; or overseas shipment (see 5.1).

6.3 Information required with proposal bid. - The following information should be submitted with the bid:

(a) Curves, on a base of shaft horsepower (SHP) from 5 percent to 100 percent (for sea water at 75°F.) showing the following:
   (1) Turbine non-extraction steam rate (including all losses and gland sealing steam).
   (2) Design vacuum and condition of exhaust steam at inlet to condenser.
   (3) Maximum vacuum the turbines can usefully employ.



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

(b) Curves, on a base of SHP from 5 percent to 100 percent, showing:
  (1) An estimate of gland sealing steam and leakoff quantities.
  (2) Rate of lube oil circulation required by the turbines and an estimate of the necessary pressure on the bearing side of the metering valves.
  (3) Rate of heat removal required from the turbine lubricating oil.

(c) A statement of stage pressures, temperatures and steam flows, and turbine speeds at the following powers (sea water at 75°F.):
  (1) 5 percent power.
  (2) Most economical point of operation (see 6.2.2 (o)).
  (3) 100 percent power.

(d) Values for the following at specified astern conditions:
  (1) Turbine steam rate.
  (2) Design vacuum and condition of exhaust steam at inlet to condenser.
  (3) Estimated maximum temperature in ahead stages.
  (4) Steam flow to obtain astern torque at zero r.p.m.

(e) Statement regarding rotor and blade stresses, safety factors and vibration characteristics.

(f) A statement of the critical speeds of the bladed rotors.

(g) A statement of thrust and journal bearing loads.

(h) A statement of stresses at critical points under shock accelerations.

(i) Weight estimates.

6.4 For refererence purposes a cross index of commercial and Government material specifications will be found in Defense Supply Management Agency Handbook H-1. Application for copies should be addressed to the Superintendent of Documents, Government Printing Office, Washington 25, D. C.

Notice. - When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data, is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Custodian:
Bureau of Ships



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

INDEX

Arrangement .......... 3.4.2
Astern element .......... 3.4.2.1.9
Impulse design .......... 3.4.2.2
Power .......... 3.4.5.6
Torque .......... 3.4.5.5

Back pressure .......... 3.4.5.2
Balance dynamic .......... 3.4.17.6
Bearings .......... 3.4.9.5, 3.4.9.6
Journal .......... 3.4.14
Thrust .......... 3.4.15
Bolts, screws and studs .......... 3.4.13.12, 3.4.6
Blading .......... 3.4.19

Casings and steam chests .......... 3.4.13
Classifications .......... 1.2
Clearance requirements .......... 3.4.4
Control .......... 3.4.3
Coupling .......... 3.4.2.4
Creep .......... 3.2.1

Data
Stress .......... 3.4.17, 4.2, 3.4.19.1.2
Correction .......... 3.7.6
Ordering .......... 6.2.2
Supplied with bid .......... 6.3
Definitions .......... 3.1
Deflectors steam .......... 3.4.13.14
Delivery, preparation for .......... 5.
Design, general .......... 3.4.1
Diaphragms .......... 3.4.18
Drains .......... 3.4.13.9, 3.4.21
Drawings .......... 3.7

Expansion, differential .......... 3.4.5.6, 3.4.20.8
Extraction and induction .......... 3.4.2.1.2, 3.4.2.1.3

Fittings and accessories .......... 3.4.20
Flange grooves .......... 3.4.13.6.4
Foundations and supports .......... 3.4.2.1.10



DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

Gages ........................................ 3.4.11
Oil ........................................ 3.4.9.7
Steam........................................ 3.4.16.5, 3.4.20.1.1
Glands ........................................ 3.4.16
Gaskets........................................ 3.4.10.1

Impulse design
Definition ........................................ 3.1.5
Requirements ........................................ 3.4.2.2
Inclination ........................................ 3.4.9.1
Inspection
Openings........................................ 3.4.13.10
Requirements........................................ 4.1
Installation........................................ 3.4.2.1.10
Instruction books........................................ 3.8
Instruments ........................................ 3.4.20
Insulation and lagging ........................................ 3.4.8

Life ........................................ 3.2.1, 3.4.1
Lifting gear ........................................ 3.4.20.2
Lubrication ........................................ 3.4.9

Materials........................................ 3.2

Nozzles ........................................ 3.4.18

Operating conditions ........................................ 3.4.5

Packing
Flange........................................ 3.4.13.6.1
Labyrinth........................................ 3.4.16.2.3, 3.4.16.3
Piping ........................................ 3.4.10
Power
Ahead ........................................ 3.4.5.4
Astern ........................................ 3.4.5.6
Propulsion unit
Definition........................................ 3.4.2.1
Type I ........................................ 3.4.2.1.4
Type II ........................................ 3.4.2.1.5
Type III ........................................ 3.4.2.1.6
Type IV-A ........................................ 3.4.2.1.7
Type IV-B ........................................ 3.4.2.1.8



DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives

Reaction design
Definition .................................... 3.1.6
Requirements .................................... 3.4.2.2
Repair parts .................................... 3.5
Rotors .................................... 3.4.17

Safety factors .................................... 3.2.1
Blades .................................... 3.4.19.1.1
Rotors (bladed) .................................... 3.4.17.4.1
Scope .................................... 1.1
Seals, oil .................................... 3.4.14.8
Shrouding .................................... 3.4.19
Specifications, standards and publications .................................... 2.
Steam conditions
Calculated (stages) .................................... 6.3 (c)
Design (inlet) .................................... 3.4.5.1
Variations .................................... 3.2.2, 3.2.3, 3.4.5.7

Testing .................................... 4.2
Thermometers .................................... 3.4.12
Oil .................................... 3.4.9.5, 3.4.20.1
Steam .................................... 3.4.20.1.2
Thermocouples
Metal .................................... 3.4.20.1.3
Oil .................................... 3.4.14.5, 3.4.15.6
Threaded fastenings .................................... 3.4.6
Tools and Equipment .................................... 3.6
Torque
Astern .................................... 3.4.5.5
Handwheel .................................... 3.4.3.5

Valves .................................... 3.4.10
Control .................................... 3.4.3
Drain .................................... 3.4.21
Extraction .................................... 3.4.3.1, 3.4.3.2
Vibration
Blading .................................... 3.4.19.1.4
Rotor (bladed) .................................... 3.4.17.4.3, 3.4.17.5, 3.4.17.6
Turbine .................................... 4.2.4



DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives

Welding ........................................ 3.4.7
Windage
Heating ........................................ 3.4.2.1.8, 3.4.8.3, 3.7.3
Shields ........................................ 3.4.13.13
Workmanship ........................................ 3.9



DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives




Figure 1

DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives

SHELL JOINT FOR STEAM TURBINES




Figure 2

DECLASSIFIED
Authority NND 974382
Reproduced at the National Archives

VANE EDGES




| Vane Width "W" | Radius "A" | Radius "B" |
|---|---|---|
| 3/4" or less | 0.006" | See Note 1 |
| Above 3/4" and including 1" | 0.0075" | |
| Above 1" | 0.010" | |

Note 1: Radius "B" is not specified quantitatively, but this area must be polished smooth. A definite break between planes will not be acceptable.

Note 2: The dotted edge is preferable outline for vanes. Radius desired is half of edge thickness.

Figure 3

DECLASSIFIED
Authority NND 974382

Reproduced at the National Archives