VOL. XVII NO. 5

# UNITED STATES NAVAL MEDICAL BULLETIN

PUBLISHED FOR THE

INFORMATION OF THE MEDICAL DEPARTMENT OF THE SERVICE

ISSUED BY

THE BUREAU OF MEDICINE AND SURGERY

NAVY DEPARTMENT

[illegible]

[illegible] U. S. NAVY

EDITED BY

[illegible] U. S. NAVY

NOVEMBER, 1922

MONTHLY

[illegible]

[illegible]

[illegible] PRINTING [illegible]

[illegible]

PLAINTIFF'S EXHIBIT

37

ALL-STATE LEGAL SUPPLY CO.

NAVY DEPARTMENT,
Washington, March 20, 1907.

...al BULLETIN is published by ...nely information of the Medi-

TRUMAN H. NEWBERRY,
Acting Secretary.

...e BULLETIN and the fre- ...plete their files, the return ...appreciated:

...HE BULLETIN.

...ndent of Documents, Government ...$1.50; for foreign subscription add ... 24 cents, which includes foreign ... to medical and scientific organiza- ... Communications on this subject ... United States Navy, Washington.

TABLE OF CONTENTS.


| | Page. |
|---|---|
| PREFACE | v |
| NOTICE TO SERVICE CONTRIBUTORS | vi |
| SPECIAL ARTICLES: | |
| HISTORY OF THE UNITED STATES NAVAL HOSPITAL, FORT LYON, COLO. By Captain F. W. F. Wieber, Medical Corps, U. S. Navy | 745 |
| KOLMER MODIFICATION OF THE WASSERMANN TEST. By Lieutenant J. Harper, Medical Corps, U. S. Navy, and Pharmacist's Mate L. F. Curtis, U. S. Navy | 757 |
| A MEDICINAL GARDEN. By Lieutenant Commander G. W. Culver, Medical Corps, U. S. Navy | 763 |
| FUNCTIONS AND ORGANIZATION OF MEDICAL CORPS UNITS SERVING WITH THE MARINE CORPS IN THE FIELD. By Major S. N. Rayner, United States Marine Corps | 771 |
| HYGIENE OF SUBMERSIBLES (PART II). By Captain C. M. Belli, Royal Italian Navy | 785 |
| BONE TUMORS, CLASSIFICATION, DIAGNOSIS, AND TREATMENT OF. By Lieutenant J. W. White, Medical Corps, U. S. Navy | 802 |
| STERILIZATION OF GLASS SYRINGES. By Lieutenant Commander H. E. Harvey, Dental Corps, U. S. Navy | 810 |
| EDITORIAL: | |
| Place of specialism in the Navy—Yellow fever—Diagnosis of lesions within the peritoneum from those of the urinary tract—Are hernias ever acquired?—Hookworm disease in Brazil—Vaccination against Asiatic cholera | 813 |
| IN MEMORIAM: | |
| James Spottiswoode Taylor, 1870–1922 | 833 |
| NOTES AND COMMENTS: | |
| Hygiene of submersibles—Medicinal gardens—Filariasis in the Western Pacific—Centenary of Bretonneau—Venereal diseases—Examination of commercial arsphenamin and neoarsphenamin—Safe methods of administering arsphenamin and neoarsphenamin | 835 |
| NURSE CORPS | 850 |
| BOOK NOTICES | 860 |
| QUERIES | 870 |
| PREVENTIVE MEDICINE STATISTICS, LETTERS, ORDERS, COMMENTS | 883 |
| INDEX | 1 |

e table, 18 represents a perfect score. ry good reason indeed, that a score of 9 is something wrong with the individual al examination should be made.
ked out for aviators, finds a useful field y other cases, particularly in athletics. d to that kind of endeavor that calls for rgy. The average man, be he a Navy this test a good criterion of his physical to heed the lesson it teaches. Proper h rating in an otherwise healthy indi- essive smoking or drinking, overwork, a low rating. The lesson to be learned

# THE DIVISION OF PREVENTIVE MEDICINE.

Lieut. Commander R. F. Jones, Medical Corps, United States Navy, in charge.

## Notes on Preventive Medicine for Medical Officers, United States Navy.

## INSTRUCTIONS TO MEDICAL OFFICERS.

### OCCUPATION HAZARDS AND DIAGNOSTIC SIGNS: A GUIDE TO IMPAIRMENTS TO BE LOOKED FOR IN HAZARDOUS OCCUPATIONS.

By Louis I. Dublin, Ph. D., Statistician Metropolitan Life Insurance Co., and Philip Leiboff.

INTRODUCTION.

Many occupations have injurious effects on the physical condition of those engaged in them. The health of those who work with the poisons, such as lead, arsenic, mercury, picric acid, etc., or those who are exposed for long periods to dust, heat, humidity, or to the infectious materials, etc., may be impaired seriously as the result of their work. The occupation is now recognized as of the very first importance as a factor in the causation of disability and even of death. Doctor Edsall has shown that in his clinic at the Massachusetts General Hospital many of the conditions for which treatment is sought by men of working ages are the effects of occupations.[1] Other industrial clinics are reporting similar results. With their attention directed to occupation as a possible factor, industrial physicians are able to diagnose a great many obscure cases which previously had puzzled even the most competent clinicians. In this way they discover a great many more cases of disease of occupational origin than had before been thought possible. Thus, in 1917 about 150 cases of lead poisoning were discovered at the Massachusetts General Hospital, which are more than were recorded by this clinic during the five-year period prior to the adoption of the more intensive methods of study. It is generally recognized that patients come to physicians with pains and complaints of an indefinite char-

[1] See Monthly Labor Review of the U. S. Bureau of Labor Statistics, December, 1917, p. 169–185.

acter. and it is only when consideration is given to the occupation and its possible effects that many of these cases are cleared up.

The medical examiner should, therefore, be very careful to see if any of the usual diagnostic signs of poisoning, dust, heat, or other hazards which are known to be inherent in occupations are in evidence among their patients where no other explanation of the case is readily available. In the case of those exposed to lead, such as employees of storage-battery plants, white-lead workers, paint mixers, painters, etc., the blue line on the gum, the pale, sallow appearance, and the trembling fingers are significant as indications of chronic lead poisoning, and the physician should look for these signs. Physical symptoms and conditions which ordinarily might be passed by in this way become very important if they point to the possible effect of the occupation.

This article has been prepared to aid physicians in general practice, industrial hygienists, safety engineers, and others who come into close professional contact with those who are engaged in industrial processes. Nine major hazards of employment are listed, namely, abnormalities of temperature: compressed air; dampness; dust: extreme light; infections; poor illumination: repeated motion, pressure, or shock; and the poisons. A separate section is devoted to a discussion of skin irritants. Long exposure to any of these will usually leave definite physical signs which the medical examiner can discover if he will look for them. To aid him in detecting the hazards and their effects on the worker, two lists are presented. The first consists of the more common hazardous occupations, arranged alphabetically; the second consists of hazards, together with their effects or symptoms, as well as the occupations affected. After each occupation in the first list is a reference in code to the particular hazard in the second list. The capital letters after each occupation, "A," "B," "C," etc., refer to the general hazard. The Arabic numerals signify the particular hazard, as "D1," inorganic dust; "D2," organic dust.

The following example will show how this guide may be of value to the general practitioner: A man, who works in a garage, suffering from continuous headaches, visits his physician. The latter can find no cause for the patient's illness. The patient shows no signs of disease other than the subjective symptoms which he describes. Perhaps the physician will recommend an examination of the subject's eyes, ears, and sinuses, which will prove negative. A puzzling diagnosis such as this becomes very simple when the occupation is ascertained and this guide is utilized. Alongside of "Garage workers" in the "Alphabetical list of hazardous occupations," the physician finds the symbols J 16, 25. "J" represents the hazard poisons and "16, 25" the particular poisons—carbon monoxide and gasoline,



respectively. Upon looking up the sym
the second list he finds that both produc
in small quantities. In such a case the e
removal of the etiological factor—the two

The following procedure is therefore re
examiner or physician should ascertain the
cant. He should then look for it in t
hazardous occupations." If found there,
person has been exposed to and is possibly
of some hazard of the occupation. The m
particular hazards of the occupation. Th
make special effort to discover the sympto
the second list. By this means he can re
the person examined is in fact suffering fr
pation. His examination is in this way
Physicians, not specialists in occupational h
detect the effects of industry and, conversely
pation as the cause when certain symptom
not fit the usually observed effects of the occ

Medical examiners should remember that
keep in mind not only the present occupat
as well. Persons suffering from certain ail
engaged in the industry which was origina
condition. But careful inquiry into their o
sometimes result in the recording of an o
which are clearly those from which the pa
medical profession must give occupational fir
forming their judgments regarding physical
nosing and treating disease.

ALPHABETICAL LIST OF HAZARDOUS

Acetylene makers, D 1, J 4, 16, 43.
Acid dippers, C, J 10, 22, 26, 37, 48.
Acid finishers (glass), J 26, 28, 48.
Acid makers. *See* particular acid.
Acid mixers, J 26, 37, 48.
Acid recoverers, J 26, 37, 48.
Acid transporters, J 26, 37, 48.
Airplane-wing varnishers, J 50. *See also* Varnishers.
Alcohol distillery workers, J 5, 6.
Aldehyde pumpmen, J 1, 30.
Alkali salt makers, C, J 14, 18, 26, 46, 47.
Amber workers, J 28.
Ammonium salts makers, A 1, J 4, 15, 22, 26, 48.

Ammonium
Aniline dye
Aniline mal
Animal hair ers.
Animal han
Annealers,
Antimony J 8.
Antimony fl
Antipyrin m
Arsenic roas
Art-glass wo 52.
Artificial flo 29, 30.

consideration is given to the occupation many of these cases are cleared up.
hould, therefore, be very careful to see if e signs of poisoning, dust, heat, or other to be inherent in occupations are in evi- s where no other explanation of the case ie case of those exposed to lead, such as ry plants, white-lead workers, paint mix- a line on the gum, the pale, sallow ap- g fingers are significant as indications of nd the physician should look for these ; and conditions which ordinarily might become very important if they point to cupation.
pared to aid physicians in general prac- engineers, and others who come h those who are engaged in indus- jor hazards of employment are listed, emperature; compressed air; dampness; ions; poor illumination; repeated motion, e poisons. A separate section is devoted ants. Long exposure to any of these will cal signs which the medical examiner can or them. To aid him in detecting the the worker, two lists are presented. The ommon hazardous occupations, arranged consists of hazards, together with their vell as the occupations affected. After t list is a reference in code to the par- nd list. The capital letters after each ." etc., refer to the general hazard. The e particular hazard, as "D1," inorganic

ill show how this guide may be of value A man, who works in a garage, suffering s, visits his physician. The latter can nt's illness. The patient shows no signs ubjective symptoms which he describes. recommend an examination of the sub- which will prove negative. A puzzling mes very simple when the occupation is s d. Alongside of "Garage work- azardous occupations," the physi- "J" represents the hazard poisons poisons—carbon monoxide and gasoline,



respectively. Upon looking up the symptoms of these poisons in the second list he finds that both produce headache when inhaled in small quantities. In such a case the effective remedy lies in the removal of the etiological factor—the two poisons.

The following procedure is therefore recommended: The medical examiner or physician should ascertain the occupation of the applicant. He should then look for it in the "Alphabetical list of hazardous occupations." If found there, it is possible that the person has been exposed to and is possibly suffering from the effects of some hazard of the occupation. The numerals will indicate the particular hazards of the occupation. The physician should then make special effort to discover the symptoms or signs referred to in the second list. By this means he can readily determine whether the person examined is in fact suffering from the effect of his occupation. His examination is in this way made more illuminating. Physicians, not specialists in occupational hygiene, can thus learn to detect the effects of industry and, conversely, can eliminate the occupation as the cause when certain symptoms are observed which do not fit the usually observed effects of the occupation.

Medical examiners should remember that it is often necessary to keep in mind not only the present occupation but the former one as well. Persons suffering from certain ailments may no longer be engaged in the industry which was originally responsible for their condition. But careful inquiry into their occupational history will sometimes result in the recording of an occupation the effects of which are clearly those from which the patient is suffering. The medical profession must give occupational findings greater weight in forming their judgments regarding physical conditions and in diagnosing and treating disease.

## ALPHABETICAL LIST OF HAZARDOUS OCCUPATIONS.

Acetylene makers, D 1, J 4, 16, 43.
Acid dippers, C, J 10, 22, 26, 37, 48.
Acid finishers (glass), J 26, 28, 48.
Acid makers. *See* particular acid.
Acid mixers, J 26, 37, 48.
Acid recoverers, J 26, 37, 48.
Acid transporters, J 26, 37, 48.
Airplane-wing varnishers, J 50. *See also* Varnishers.
Alcohol distillery workers, J 5, 6.
Aldehyde pumpmen, J 1, 30.
Alkali salt makers, C, J 14, 18, 26, 46, 47.
Amber workers, J 28.
Ammonium salts makers, A 1, J 4, 15, 22, 26, 48.
Ammonium sulphate makers, J 48.
Aniline dye makers. *See* Dye makers.
Aniline makers, J 7, 10, 12, 20, 34, 37.
Animal hair dressers. *See* Hair workers.
Animal handlers, F 1, 3.
Annealers, A 1.
Antimony extractors (refiners), A 1, J 8.
Antimony fluoride extractors, J 27.
Antipyrin makers, J 31, 40.
Arsenic roasters, A 1, J 9.
Art-glass workers, J 5, 11, 27, 28, 30, 52.
Artificial flower makers, H, J 9, 21, 28, 29, 30.

Artificial ice makers, A 2, C, J 4.
Artificial leather makers, J 7, 9, 12, 37, 48.
Artificial manure makers. *See* Fertilizer makers.
Artificial silk makers, C, J 4, 5, 15, 30, 47, 50.
Asbestos workers, D 1.
Asphalt testers, J 15.
Auto painters, C. *See also* Painters.

Babbitters, J 23.
Bakelite makers, J 39.
Bakers, A 2, D 2, J 16.
Balloon (toy) fillers, J 10.
Barbers, H.
Bar-mill workers (iron and steel), A 1.
Basic slag (artificial manure) workers, D 1.
Batch makers (glass works). *See* Glass mixers.
Batch makers (rubber works). *See* Compounders (rubber).
Baters (tannery), C, F 1.
Battery (dry) makers, D 1, J 5, 10, 12, 21, 26, 23, 29, 49.
Battery (storage) makers. *See* Storage battery makers.
Beamers (textile), D 2.
Beamhouse workers (tannery), C, F 1.
Beatermen (paper and pulp), C, J 13.
Bed rubbers (marble and stone), D 1.
Bench molders (foundry), D 1, J 13, 23.
Benzol stillmen, A 1, J 12.
Bessemer-converter workers (iron and steel), A 1.
Beta still operators (beta naphthol), A 1, J 43.
Bevellers, D 1.
Bicyclists, H.
Billet mill workers (iron and steel), A 1.
Bisque-kiln workers, A 1, D 1, J 16.
Blacksmiths A 1, E, H, J 14, 16, 22, 23.
Blast-furnace workers, A 1, J 22, 46, 47.
Bleachers, A 2, C, J 17, 18, 21, 27, 37, 46.
Bleachers (cloth), A 2, C.
Bleachery dryers, A 2, C.
Blockers (felt hat), C, J 16.
Blooders (tannery), J 23.

Blooming-mill workers (iron and steel), A 1.
Blowers (felt hat), D 2, J 29.
Blowers (glass manufacturing). *See* Glass blowers.
Blowers-out (zinc smelting), A 1, J 13.
Bluers (revolvers), A 1.
Boiler-room workers, A 1, J 14, 16.
Boiler washers, C.
Bone-black makers, J 4, 42.
Bone renderers, J 3.
Bone workers, D 1.
Bookbinders, J 9, 23, 30.
Bottle-cap makers, J 23.
Brass founders, A 1, J 8, 9, 13, 14, 16, 23, 42, 46.
Brass polishers, J 23.
Braziers, A 1, J 13, 23.
Brewers, A 2, C, J 14.
Brick burners, A 1, J 14, 23.
Brickmakers, A 1, C, D 1, F 2, J 23, 46.
Briquet makers, J 49.
Bronzers, D 1, J 4, 5, 9, 10, 11, 12, 13, 25, 23, 29, 30, 47.
Broom makers D 2, J 18, 46.
Browners (gun barrels), J 22, 23, 29, 38.
Brushers (felt hat), D 2, J 29.
Brush makers, D 2, F 1, J 23, 30, 49.
Buffers, D 1, 2, G.
Buffers (rubber), J 5, 11, 23.
Burners (enameling), A 1, J 23.
Burnishers (iron and steel), G, J 8, 43.
Burnishers (rifle barrels), J 8.
Burrers (needles), D 1.
Burr filers, D 1.
Butchers, A 2, F 1, 3.
Button makers, D 1, 2.

Cable makers, J 23.
Cable splicers, C, J 16, 23, 47, 52.
Caisson workers, A 2, B, C, G, J 14.
Calenderers (rubber), A 2, D 1.
Calico printers, A 2, C, J 7, 8, 9, 16, 18, 21, 22, 26, 23, 30, 39, 43, 52.
Camphor makers, J 26, 52.
Candle (colored) makers, J 9 21.
Candy makers A 2 C.
Canners, A 2, C, F 3, J 23.
Cap loaders, J 29.
Cappers (window glass), A 1.
Carbide makers, A 1, D 1, J 16.
Carbolic acid makers, J 12, 26, 46, 43.



Carbon brush makers, D 1.
Carbon dioxide makers, J 14.
Carbon disulphide makers, J 15.
Carbonizers (shoddy), D 2, J 10, 26, 48.
Carborundum workers, A 1, D 1.
Carders (textile), D 2.
Card grinders (textile), D 1, 2.
Carpenters, H.
Carpet makers, D 2, F 1, J 9.
Carroters (felt hats), J 9, 29, 37.
Cartridge cup washers, C.
Cartridge dippers, J 26, 37, 48.
Cartridge felt and wad makers, C.
Cartridge makers, J 23, 29.
Cartridge shot shell paraffin dippers, A 2, C.
Case hardeners, A 1, J 22.
Casters (brass foundry). *See* Brass founders.
Casters (iron and steel), A 1.
Casting cleaners (foundry), D 1. *See also* Acid dippers.
Cast scrubbers (electroplaters), J 11, 12.
Catchers (iron and steel), A 1.
Cattle salesmen, F 1.
Celluloid makers, J 1, 5, 11, 15, 16, 22, 23, 30, 37, 47, 48.
Celluloid polishers, D 2.
Celluloid workers, D 2.
Cementers (rubber shoes), J 11, 12, 15, 30, 52.
Cement mixers (rubber), J 11, 12, 15.
Cement workers, A 1, D 1.
Chambermen (sulphuric acid), J 46, 48.
Charcoal burners, J 14, 16.
Charcoal workers (sugar refining), A 2, C, D 1.
Chargers (smelting), A 1, D 1.
Chargers (zinc smelting), A 1, D 1, J 9, 13, 16, 28, 46.
Chasers (steel), D 1.
Chauffeurs, H, J 25.
Chimney sweepers, D 1, J 16, 49.
Chippers, D 1.
Chloride of lime makers, J 17, 18.
Chlorine makers (electrolytic), J 18, 29.
Chloroform makers, J 17.
Chromium workers, J 21.
Cigar makers, D 2, H.

Clay ar
A 2, (
Clay-pla
Clay-pro
worke
Clerks,
Cloth pr
ers.
Coal mi
Coal-tar
Cobblers,
Coke-ove
Cold-stor
Color ma
23, 29.
Colored-r
Colorers
Comb ma
Composit
Compoun
11, 12.
Concentr
zinc).
Coners (
Confecti
Construc
Cooks, A
Copper r
Copper n
Copper s
Cord ma
Core ma
Cork wo
Cotton-m
Cotton tw
Cranemen
Cranemen
Creosotin
Crucible
Crucible-s
A 1.
Crusherm
Cupola m
Curers, v
izers.
Curriers
Cut-glass
Cutlery n
Cyanamid

Dancers,
Decorator
52.

Blooming-mill workers (iron and steel), A 1.
Blowers (felt hat), D 2, J 29.
Blowers (glass manufacturing). *See* Glass blowers.
Blowers-out (zinc smelting), A 1, J 13.
Bluers (revolvers), A 1.
Boiler-room workers, A 1, J 14, 16.
Boiler washers, C.
Bone-black makers, J 4, 42.
Bone renderers, J 3.
Bone workers, D 1.
Bookbinders, J 9, 28, 30.
Bottle-cap makers, J 28.
Brass founders, A 1, J 8, 9, 13, 14, 16, 28, 42, 46.
Brass polishers, J 28.
Braziers, A 1, J 13, 28.
Brewers, A 2, C, J 14.
Brick burners, A 1, J 14, 28.
Brickmakers, A 1, C, D 1, F 2, J 28, 46.
Briquet makers, J 49.
Bronzers, D 1, J 4, 5, 9, 10, 11, 12, 13, 25, 28, 29, 30, 47.
Broom makers D 2, J 18, 46.
Browners (gun barrels), J 22, 28, 29, 38.
Brushers (felt hat), D 2, J 29.
Brush makers, D 2, F 1, J 28, 30, 49.
Buffers, D 1, 2, G.
Buffers (rubber), J 5, 11, 23.
Burners (enameling), A 1, J 28.
Burnishers (iron and steel), G, J 8, 48.
Burnishers (rifle barrels), J 8.
Burrers (needles), D 1.
Burr filers, D 1.
Butchers, A 2, F 1, 3.
Button makers, D 1, 2.

Cable makers, J 28.
Cable splicers, C, J 16, 28, 47, 52.
Caisson workers, A 2, B, C, G, J 14.
Calenderers (rubber), A 2, D 1.
Calico printers, A 2, C, J 7, 8, 9, 16, 18, 21, 22, 26, 28, 30, 39, 48, 52.
Camphor makers, J 26, 52.
Candle (colored) makers, J 9 21.
Candy makers A 2 C.
Canners, A 2, C, F 3, J 28.
Cap loaders, J 29.
Cappers (window glass), A 1.
Carbide makers, A 1, D 1, J 18.
Carbolic acid makers, J 12, 26, 46, 48.



Carbon brush makers, D 1.
Carbon dioxide makers, J 14.
Carbon disulphide makers, J 15.
Carbonizers (shoddy), D 2, J 10, 26, 48.
Carborundum workers, A 1, D 1.
Carders (textile), D 2.
Card grinders (textile), D 1, 2.
Carpenters, H.
Carpet makers, D 2, F 1, J 9.
Carroters (felt hats), J 9, 29, 37.
Cartridge cup washers, C.
Cartridge dippers, J 26, 37, 48.
Cartridge felt and wad makers, C.
Cartridge makers, J 28, 29.
Cartridge shot shell paraffin dippers, A 2, C.
Case hardeners, A 1, J 22.
Casters (brass foundry). *See* Brass founders.
Casters (iron and steel), A 1.
Casting cleaners (foundry), D 1. *See also* Acid dippers.
Cast scrubbers (electroplaters), J 11, 12.
Catchers (iron and steel), A 1.
Cattle salesmen, F 1.
Celluloid makers, J 1, 5, 11, 15, 16, 22, 28, 30, 37, 47, 48.
Celluloid polishers, D 2.
Celluloid workers, D 2.
Cementers (rubber shoes), J 11, 12, 15, 30, 52.
Cement mixers (rubber), J 11, 12, 15.
Cement workers, A 1, D 1.
Chambermen (sulphuric acid), J 46, 48.
Charcoal burners, J 14, 16.
Charcoal workers (sugar refining), A 2, C, D 1.
Chargers (smelting), A 1, D 1.
Chargers (zinc smelting), A 1, D 1, J 9, 13, 16, 28, 46.
Chasers (steel), D 1.
Chauffeurs, H, J 25.
Chimney sweepers, D 1, J 16, 49.
Chippers, D 1.
Chloride of lime makers, J 17, 18.
Chlorine makers (electrolytic), J 18, 29.
Chloroform makers, J 17.
Chromium workers, J 21.
Cigar makers, D 2, H.

Clay and bisque makers (pottery), A 2, C, D 1.
Clay-plug makers (pottery), C, D 1.
Clay-products workers. *See* Pottery workers.
Clerks, H.
Cloth preparers, C. *See also* Bleachers.
Coal miners. *See* Miners.
Coal-tar workers, J 7, 12, 16, 39.
Cobblers, D 2, F 1, H.
Coke-oven workers, A 1, J 4, 12, 16, 49.
Cold-storage-plant workers, A 2.
Color makers, A 1, D 1, J 8, 9, 12, 21, 28, 29.
Colored-paper workers, J 9.
Colorers (white) of shoes, J 28.
Comb makers (celluloid), D 2.
Compositors, D 1, G, H, J 7, 8, 11, 28.
Compounders (rubber), D 1, J 7, 8, 9, 11, 12, 21.
Concentrating-mill workers (lead and zinc), C, D 1, J 28.
Coners (felt hats), D 2, J 29.
Confectioners. *See* Candy makers.
Construction camp workers, F 2.
Cooks, A 2.
Copper founders, J 9.
Copper miners. *See* Miners.
Copper smelters, A 1, J 9, 16, 46.
Cord makers, D 2, J 49.
Core makers, A 1, D 1, J 13, 16.
Cork workers, D 2.
Cotton-mill workers, C, D 2.
Cotton twisters, D 2, H.
Cranemen (glass industry), A 1.
Cranemen (iron and steel), A 1.
Creosoting plant workers, C.
Crucible mixers, D 1.
Crucible-steel department employees, A 1.
Crushermen (clay and stone), D 1.
Cupola men (foundries), A 1.
Curers, vapor (rubber). *See* Vulcanizers.
Curriers (tannery), D 2, F 1, J 9, 11.
Cut-glass workers, D 1, J 9, 28.
Cutlery makers, D 1, J 5, 28.
Cyanamid makers, A 1, D 1.

Dancers, H.
Decorators (pottery), J 9, 11, 12, 28, 52.

Degreasers (fertilizer, leather), J 11, 12, 25.
Dentists, J 29.
Detonator cleaners, J 29.
Detonator fillers, J 29.
Detonator packers, J 29.
Devil operators (felt hats), D 2, J 29.
Diamond cutters, D 1, H.
Diamond polishers, J 28.
Digester-house workers (paper and pulp), A 2, C.
Dimethyl-sulphate makers, J 10, 23, 30, 37, 48.
Dippers (guncotton), J 37.
Dippers (rubber), J 11.
Dippers. See also Acid dippers.
Disinfectant makers, J 17, 18.
Divers, B.
Doffers (textile), C, D 2.
Dressers (glass), A 1.
Dresser tenders (textile), A 2, C.
Drivers, A 2, C.
Drop forgers, A 1.
Dry battery workers. See Battery (dry) makers.
Dry cleaners, A 2, J 11, 12, 15, 30, 52.
Dryers (felt hats), A 2, J 30.
Dryers (rubber), J 12, 15.
Drying-room workers (miscellaneous), A 2, J 14, 16.
Dye makers, A 2, C, J 1, 2, 4, 6, 7, 8, 9, 10, 12, 17, 18, 21, 22, 23, 26, 28, 29, 30, 31, 34, 39, 40, 41, 44, 46, 47, 48, 52.
Dyers, A 2, C, J 4, 21, 25, 26, 27, 28, 39, 44. See also preparatory processes.

Edison storage battery workers, J 29.
Electricians, E.
Electric linemen, E.
Electroplaters, C, J 9, 11, 12, 22, 28.
Electrotypers, A 2, D 1, J 28. See also Electroplaters.
Elevator runners, H.
Embroidery workers, G, J 28.
Emery wheel makers D 1, J 28.
Enamelers. See Enamel makers.
Enamel makers, A 1, C, H, J 5, 8, 9, 10, 11, 15, 16, 21, 26, 28, 37, 52.
Engravers, D 1, H. See also Steel engravers.
Etchers, J 27, 37, 39.

Explosives workers, C, J 1, 5, 7, 12, 29, 30, 34, 35, 37, 44, 48, 51. See also particular occupation.
Extractor operators (soap), A 2, C.

Farmers, F 1, 2.
Fat renderers, A 2, J 3.
Feather curers, D 2, J 9.
Feather workers, D 2, F 3, J 7, 9, 11, 12, 30, 38, 52.
Felt extractors, C.
Felt-hat makers, A 2, C, D 2, J 9, 16, 29, 30, 37, 48. See also particular occupation.
Ferro-silicon workers, J 9, 10, 43.
Fertilizer makers, C, D 1, F 1, 3, J 10, 12, 14, 26, 27, 37, 42, 46, 47, 48. See also Phosphate mill employees.
Fiber workers, D 2.
Filament makers (incandescent lamps), J 16, 30.
File cutters, D 1, J 28.
Filers, D 1, J 8, 28.
Film makers. See Celluloid makers.
Filter press workers, C.
Finishers (incandescent lamps), J 16.
Finishers (leather), D 2.
Finishers (shoe). See Shoe finishers.
Fireworks makers J 8, 29, 42. See also Explosives.
Fishermen, A 2, C.
Fitters (shoe), J 30.
Flangers (felt hats), A 2, J 16.
Flatteners (glass), A 1.
Flax rettery workers, J 47.
Flax spinners, C, D 2.
Flint workers, D 1.
Floor molders (foundry), A 1, D 1, J 13, 28.
Flour workers, D 2.
Flue cleaners, D 1, J 16, 46, 49.
Flush tenders (aluminum), C.
Forgemen, A 1.
Formers (felt hats), D 2.
Foundry workers, A 1, D 1, J 16. See also particular metal.
Fruit-essence makers, J 6.
Fruit preservers, J 46.
Fulminate mixers, J 22, 29.
Fumigators, J 22, 46.
Fur carders, D 2, F 1.
Fur clippers, D 2, F 1.
Fur cutters, D 2, F 1.





Fur handlers, D 2, F 1, J 9, 29.
Furnace workers, A 1, E, J 14, 16.
Furniture polishers, J 5, 11, 25, 30, 33, 52.
Fur preparers, D 2, F 1, J 9, 29, 37.
Fur pullers, D 2, F 1.

Galvanizers, C, J 3, 4, 9, 10, 13, 26, 28, 37, 46, 48.
Garage workers, J 16, 25.
Garbage workers, F 3.
Gardeners, J 9.
Gas (illuminating) workers, A 2, J 4, 12, 16, 22, 39, 47, 49.
Gas purifiers, J 4, 22, 39, 47.
Gatherers (glass), A 1.
Gilders, J 5, 11, 12, 25, 30.
Glass blowers, A 1, D 1, E.
Glass cutters, C, D 1.
Glass finishers, C, D 1, J 26, 27, 28, 48.
Glass-furnace workers, A 1, E.
Glass mixers, D 1, J 8, 9, 21, 26, 28.
Glass polishers, J 28.
Glaze dippers (pottery), C, J 8, 9, 21, 28.
Glaze mixers (pottery), D 1, J 8, 9, 21, 28.
Glost-kiln workers, A 2, J 16, 28.
Glove makers (leather preparers), C, D 2. See also Tannery workers.
Glue workers, A 2, C, D 2, F 3, J 4, 11, 12, 15, 26, 37, 46, 47.
Gold beaters, D 1, H.
Gold refiners, D 1, J 9, 22, 28, 29.
Grain elevator workers, D 2.
Granite workers. See Stonecutters.
Graphite workers, A 1, D 1.
Grinders (colors). See Color makers.
Grinders (metals), C, D 1, J 8, 28.
Grinders (rubber), D 2, J 8, 28.
Guncotton dippers, J 37, 48.
Guncotton pickers, D 2.
Guncotton washers, C.
Guncotton wringers, J 37.
Gypsum workers, D 1.

Hair workers, C, D 2, F 1, 3.
Hammermen, H.
Hardeners (felt hats), J 29, 30.
Hardeners (metals), A 1.
Harness makers, D 2.
Hat makers, felt. See Felt-hat makers.

Heater
Heel r
Hemp
Horn
Hotho
Hot-ro
Hydro

Ice (ar
Ice i
Ice-cre
Imitati
Incand
29, 3
patio
Incand
Ink m
Insecti
Insulat
Iron a
ment
occu
Ironer

Japan
Japan
Jewele
37,
Junk
Jute w

Kiln t
Knitte
Knitti

Labele
Lace w
Lacque
Lacque
Lamp
Lapida
Lard m
Lasters
Lathe
Laundr
Layer
Lead l
Leadfo
Lead m
Lead p
Lead s
Lead s
28, 4

Explosives workers, C, J 1, 5, 7, 12, 29, 30, 34, 35, 37, 44, 48, 51. *See also* particular occupation.
Extractor operators (soap), A 2, C.

Farmers, F 1, 2.
Fat renderers, A 2, J 3.
Feather curers, D 2, J 9.
Feather workers, D 2, F 3, J 7, 9, 11, 12, 30, 38, 52.
Felt extractors, C.
Felt-hat makers, A 2, C, D 2, J 9, 16, 29, 30, 37, 48. *See also* particular occupation.
Ferro-silicon workers, J 9, 10, 43.
Fertilizer makers, C, D 1, F 1, 3, J 10, 12, 14, 26, 27, 37, 42, 46, 47, 48. *See also* Phosphate mill employees.
Fiber workers, D 2.
Filament makers (incandescent lamps), J 16, 30.
File cutters, D 1, J 28.
Filers, D 1, J 8, 28.
Film makers. *See* Celluloid makers.
Filter press workers, C.
Finishers (incandescent lamps), J 16.
Finishers (leather), D 2.
Finishers (shoe). *See* Shoe finishers.
Fireworks makers J 8, 29, 42. *See also* Explosives.
Fishermen, A 2, C.
Fitters (shoe), J 30.
Flangers (felt hats), A 2, J 16.
Flatteners (glass), A 1.
Flax rettery workers, J 47.
Flax spinners, C, D 2.
Flint workers, D 1.
Floor molders (foundry), A 1, D 1, J 13, 28.
Flour workers, D 2.
Flue cleaners, D 1, J 16, 46, 49.
Flush tenders (aluminum), C.
Forgemen, A 1.
Formers (felt hats), D 2.
Foundry workers, A 1, D 1, J 16. *See also* particular metal.
Fruit-essence makers, J 6.
Fruit preservers, J 46.
Fulminate mixers, J 22, 29.
Fumigators, J 22, 46.
Fur carders, D 2, F 1.
Fur clippers, D 2, F 1.
Fur cutters, D 2, F 1.
Fur handlers, D 2, F 1, J 9, 29.
Furnace workers, A 1, E, J 14, 16.
Furniture polishers, J 5, 11, 25, 30, 38, 52.
Fur preparers, D 2, F 1, J 9, 29, 37.
Fur pullers, D 2, F 1.

Galvanizers, C, J 3, 4, 9, 10, 13, 26, 28, 37, 46, 48.
Garage workers, J 16, 25.
Garbage workers, F 3.
Gardeners, J 9.
Gas (illuminating) workers, A 2, J 4, 12, 16, 22, 39, 47, 49.
Gas purifiers, J 4, 22, 39, 47.
Gatherers (glass), A 1.
Gilders, J 5, 11, 12, 25, 30.
Glass blowers, A 1, D 1, E.
Glass cutters, C, D 1.
Glass finishers, C, D 1, J 26, 27, 28, 48.
Glass-furnace workers, A 1, E.
Glass mixers, D 1, J 8, 9, 21, 26, 28.
Glass polishers, J 28.
Glaze dippers (pottery), C, J 8, 9, 21, 28.
Glaze mixers (pottery), D 1, J 8, 9, 21, 28.
Glost-kiln workers, A 2, J 16, 28.
Glove makers (leather preparers), C, D 2. *See also* Tannery workers.
Glue workers, A 2, C, D 2, F 3, J 4, 11, 12, 15, 26, 37, 46, 47.
Gold beaters, D 1, H.
Gold refiners, D 1, J 9, 22, 28, 29.
Grain elevator workers, D 2.
Granite workers. *See* Stonecutters.
Graphite workers, A 1, D 1.
Grinders (colors). *See* Color makers.
Grinders (metals), C, D 1, J 8, 28.
Grinders (rubber), D 2, J 8, 28.
Guncotton dippers, J 37, 48.
Guncotton pickers, D 2.
Guncotton washers, C.
Guncotton wringers, J 37.
Gypsum workers, D 1.

Hair workers, C, D 2, F 1, 3.
Hammermen, H.
Hardeners (felt hats), J 29, 30.
Hardeners (metals), A 1.
Harness makers, D 2.
Hat makers, felt. *See* Felt-hat makers.
Heater boys (riveters), J 28.
Heel makers (shoes), D 2.
Hemp workers, D 2.
Horn workers, D 1.
Hothouse workers, A 2.
Hot-rod rollers (iron and steel), A 1.
Hydrochloric-acid makers, J 26, 48.

Ice (artificial) makers. *See* Artificial-ice makers.
Ice-cream makers, A 2, C.
Imitation-pearl makers, J 28, 37.
Incandescent-lamp makers, J 5, 16, 28, 29, 30, 37. *See also* particular occupation.
Incandescent-mantle hardeners, E.
Ink makers, J 21, 30.
Insecticide makers, J 9, 15, 28, 42.
Insulators, J 49.
Iron and steel workers (all departments), A 1. *See also* particular occupation.
Ironers, A 2.

Japan makers, A 2, J 9, 11, 28, 30, 52.
Japanners. *See* Japan makers.
Jewelers, D 1, G, H, J 5, 9, 26, 28, 29, 37, 48.
Junk metal refiners, A 1, D 1, J 13, 28.
Jute workers, D 2.

Kiln tenders, A 1, J 16.
Knitters, H.
Knitting-mill workers, D 2.

Labelers (paint cans), J 28.
Lace makers, D 2.
Lacquerers. *See* Lacquer makers.
Lacquer makers, J 5, 11, 12, 28, 30, 52.
Lampblack makers, J 38, 39.
Lapidaries, D 1.
Lard makers, J 3.
Lasters (shoes), A 2, C, D 2, J 30.
Lathe turners, H.
Laundry workers, A 2, C, J 16, 17, 18.
Layer pullers (glass), A 1.
Lead burners, J 10, 28.
Leadfoil makers, A 1, J 28.
Lead miners, J 28. *See also* Miners.
Lead pipe makers, J 28.
Lead salts makers, J 28.
Lead smelters, A 1, D 1, J 8, 9, 16, 28, 46.

Leather workers, D 2, F 1. *See also* Tannery workers.
Leer tenders (glass), A 1.
Letter sorters, H.
Levermen (iron and steel), A 1.
Lifters-over (glass), A 1.
Lime burners, D 1, J 10, 14, 16.
Limekiln chargers, D 1, J 14, 16.
Lime pullers (tannery), C, F 1.
Lime workers, D 1.
Linen workers, D 2.
Linoleum colorers, J 9, 21.
Linoleum makers, A 2, C, D 1, J 3, 5, 11, 28, 30, 48, 52.
Linotypers, J 8, 28.
Linseed-oil boilers, J 3, 28.
Lithographers, D 1, H, J 7, 9, 11, 12, 21 28, 37, 52.
Litho-transfer workers, J 28.
Locksmiths, H.
Longshoremen, F 1.
Lumbermen, A 2, F 2.
Luters (zinc smelting), A 1, J 13.

Machinists, H.
Marble cutters, D 1.
Marblers (glass), A 1.
Masons, C, D 1, H.
Match-factory workers, C, D 1, 2, J 15, 21, 28, 42, 47.
Mattress makers, D 2.
Meat inspectors, F 1.
Melters (foundry; glass), A 1.
Mercerizers, J 4, 48.
Mercurial-vapor-lamp makers, J 29.
Mercury bronzers, J 29.
Mercury miners, J 29. *See also* Miners.
Mercury salts workers, J 29.
Mercury smelters, A 1, J 16, 29, 46.
Mercury-solder makers, J 29.
Mercury-still cleaners, J 29.
Metal polishers, G.
Metal-polish makers, J 25.
Metal turners, D 1.
Metal workers. *See* particular occupation.
Mica strippers or splitters, D 1.
Mica workers, D 1.
Microscopist, H.
Milkers, H.
Millinery workers, J 7, 11, 12, 30, 38, 52.
Miners, A 2, C, D 1, F 2, G, H, J 14, 16, 37, 47.
Mirror silverers, A 2, C, J 1, 28, 29.
Mixers (felt hats), D 2, J 29.
Mixers (rubber), A 2, D 1, J 7, 8, 9, 11, 12, 21, 28.
Mixing-room workers (miscellaneous), D 1, 2.
Mold breakers (foundry), D 1.
Molders. *See* Bench molders, Floor molders.
Monotypers, J 8, 28.
Mordanters, J 6, 8, 9, 11, 12, 21, 37.
Motion-picture-film makers. *See* Celluloid makers.
Motormen, A 2.
Mottlers (leather), J 5, 30.
Moving-picture-machine operators, E.
Muffle tenders, A 1.
Muriatic-acid makers. *See* Hydrochloric-acid makers.
Muriatic-acid mixers. *See* Acid mixers.
Musical-instrument makers, J 28.
Musicians, H.

Nickel platers, C. *See also* Electroplaters.
Nitrators, J 37, 48.
Nitric-acid workers, J 28, 37, 48.
Nitroglycerin makers, J 10, 28, 35, 37, 48.

Oilcloth makers. *See* Linoleum makers.
Oil extractors, J 15.
Oil-flotation-plant workers, J 33, 46, 47, 48.
Oil refiners. *See* Petroleum refiners.
Oil-well workers, J 38.
Open-hearth-department workers (iron and steel), A 1.
Oxy-acetylene cutters, E.

Packing-house employees, A 2, C.
Painters, H, J 7, 11, 12, 25, 28, 30, 52.
Paint makers, C, J 7, 11, 12, 15, 28, 29, 30, 49, 52.
Paint removers, D 1, J 28.
Pair heaters (tin-plate), A 1.
Paper-box makers, H.
Paper glazers, J 9.
Paperhangers, D 1, J 9, 21, 28.





Paper makers, A 2, C. *See also* particular occupation.
Paraffin workers, J 15, 38, 49.
Patent-leather makers, A 2, J 5, 16, 28, 30, 48, 52.
Pavers, A 1, H, J 49.
Pencil (colored) makers, J 7, 9, 21.
Perfume makers, J 23, 30, 34.
Petroleum refiners, A 1, C, J 25, 26, 28, 38, 46, 47, 48, 49.
Phenol makers. *See* Carbolic-acid makers.
Phosgene makers, J 16, 18, 41.
Phosphate-mill workers, A 2, C, D 1, J 42. *See also* Fertilizer makers.
Phosphor-bronze workers, J 42.
Phosphorus-compounds makers, J 42.
Phosphorus-evaporating-machine operators, A 2, C, J 48.
Phosphorus extractors, J 42, 43.
Phosphorus (red) makers, J 43.
Photo-engravers, J 12, 21, 30, 37.
Photographers, E, G, J 30, 44.
Photographic workers, J 7, 12, 18, 21, 22, 29.
Photograph retouchers, J 28.
Picklers, C, J 10, 22, 26, 37, 48.
Picric-acid makers, J 37, 39, 44, 48.
Pigment makers. *See* Color makers.
Pipe fitters, J 28. *See also* liquid piped.
Pitch workers, J 9.
Pit molders (foundry), A 1, D 1.
Planer men (stone, metal), D 1.
Plasterers, C, D 1.
Plaster of Paris workers, D 1.
Platers. *See* Electroplaters.
Plumbers, J 28. *See also* substance manufactured.
Pneumatic-tool workers, D 1, H.
Polishers, D 1, J 5, 25, 28, 30.
Polishers (furniture). *See* Furniture polishers.
Porcelain makers. *See* Pottery.
Porters, H.
Pot fillers (glass), A 1.
Pot lifters (iron and steel), A 1.
Pot pullers (foundry), A 1.
Pot-room workers (aluminum foundry; carbide plant), A 1.
Pot setters, A 1.
Pottery workers, A 1, C, D 1, J 9, 14, 16, 26, 28, 46. *See also* particular occupation.

Pounce
Pourer
Prepar
Presse
Pressm
Pressr
Pressr
7, 8.
Primer
Printer
Puddle
Pullers
Pulp-m
ticul
Putty r
Putty p
Pyrites
Pyroxy

Quarry

Rag w
Reclain
28, 4
Red-lea
Refiner
29, 37
Refiner
Refrig
J 4.
Riveter
Roller
Rollers
Roll se
Roll w
Roofer
Roofing
Rope m
Rough
Rubber
Rubber
Rubber
Rubber
Rubber
11, 1
*also*

Sagger
Sailors.
Salt e
ucts,
Salt pr
Sand b
Sand c

e also
5.
1.
J 3, 5,
1, 12,
3.
J 15,
9.
ners.
46.
ccu-

Miners, A 2, C, D 1, F 2, G, H, J 14, 16, 37, 47.
Mirror silverers, A 2, C, J 1, 28, 29.
Mixers (felt hats), D 2, J 29.
Mixers (rubber), A 2, D 1, J 7, 8, 9, 11, 12, 21, 28.
Mixing-room workers (miscellaneous), D 1, 2.
Mold breakers (foundry), D 1.
Molders. *See* Bench molders, Floor molders.
Monotypers, J 8, 28.
Mordanters, J 6, 8, 9, 11, 12, 21, 37.
Motion-picture-film makers. *See* Celluloid makers.
Motormen, A 2.
Mottlers (leather), J 5, 30.
Moving-picture-machine operators, E.
Muffle tenders, A 1.
Muriatic-acid makers. *See* Hydrochloric-acid makers.
Muriatic-acid mixers. *See* Acid mixers.
Musical-instrument makers, J 28.
Musicians, H.

Nickel platers, C. *See also* Electroplaters.
Nitrators, J 37, 48.
Nitric-acid workers, J 28, 37, 48.
Nitroglycerin makers, J 10, 22, 35, 37, 48.

Oilcloth makers. *See* Linoleum makers.
Oil extractors, J 15.
Oil-flotation-plant workers, J 38, 46, 47, 48.
Oil refiners. *See* Petroleum refiners.
Oil-well workers, J 38.
Open-hearth-department workers (iron and steel), A 1.
Oxy-acetylene cutters, E.

Packing-house employees, A 2, C.
Painters, H, J 7, 11, 12, 25, 28, 30, 52.
Paint makers, C, J 7, 11, 12, 15, 28, 29, 30, 49, 52.
Paint removers, D 1, J 28.
Pair heaters (tin-plate), A 1.
Paper-box makers, H.
Paper glazers, J 9.
Paperhangers, D 1, J 9, 21, 23.



Paper makers, A 2, C. *See also* particular occupation.
Paraffin workers, J 15, 38, 49.
Patent-leather makers, A 2, J 5, 16, 28, 30, 48, 52.
Pavers, A 1, H, J 49.
Pencil (colored) makers, J 7, 9, 21.
Perfume makers, J 23, 30, 34.
Petroleum refiners, A 1, C, J 25, 26, 28, 33, 46, 47, 48, 49.
Phenol makers. *See* Carbolic-acid makers.
Phosgene makers, J 16, 18, 41.
Phosphate-mill workers, A 2, C, D 1, J 42. *See also* Fertilizer makers.
Phosphor-bronze workers, J 42.
Phosphorus-compounds makers, J 42.
Phosphorus-evaporating-machine operators, A 2, C, J 48.
Phosphorus extractors, J 42, 43.
Phosphorus (red) makers, J 43.
Photo-engravers, J 12, 21, 30, 37.
Photographers, E, G, J 30, 44.
Photographic workers, J 7, 12, 18, 21, 22, 29.
Photograph retouchers, J 28.
Picklers, C, J 10, 22, 26, 37, 48.
Picric-acid ~~makers~~, J 37, 39, 44, 48.
Pigment makers. *See* Color makers.
Pipe fitters, J 28. *See also* liquid piped.
Pitch workers, J 9.
Pit molders (foundry), A 1, D 1.
Planer men (stone, metal), D 1.
Plasterers, C, D 1.
Plaster of Paris workers, D 1.
Platers. *See* Electroplaters.
Plumbers, J 28. *See also* substance manufactured.
Pneumatic-tool workers, D 1, H.
Polishers, D 1, J 5, 25, 28, 30.
Polishers (furniture). *See* Furniture polishers.
Porcelain makers. *See* Pottery.
Porters, H.
Pot fillers (glass), A 1.
Pot lifters (iron and steel), A 1.
Pot pullers (foundry), A 1.
Pot-room workers (aluminum foundry; carbide plant), A 1.
Pot setters, A 1.
Pottery workers, A 1, C, D 1, J 9, 14, 16, 26, 28, 46. *See also* particular occupation.

Pouncers (felt hats), D 1, 2.
Pourers (brass foundry), A 1, J 13.
Preparers (tannery), C, F 1, 3.
Pressers, H, J 16.
Pressmen (oil refining), C.
Pressmen (printers), D 1.
Pressroom workers (rubber), A 2, J 7, 8, 9, 11, 12, 21.
Primers (explosives), J 29.
Printers, D 1, J 7, 8, 9, 11, 28, 52.
Puddlers (iron and steel), A 1, E.
Pullers-out (felt hats), C.
Pulp-mill employees, C. *See also* particular occupation.
Putty makers, D 1, J 11, 15, 28.
Putty polishers (glass), D 1, J 28.
Pyrites burners, A 1, D 1, J 9, 46, 47.
Pyroxylin makers. *See* Guncotton.

Quarrymen, D 1, F 2.

Rag workers, D 2, F 3.
Reclaimers (rubber), J 7, 12, 15, 26, 28, 48.
Red-lead workers, J 28.
Refiners (metals), A 1, J 9, 10, 16, 28, 29, 37, 46. *See* also particular metal.
Refiners (sugar). *See* Sugar refiners.
Refrigerating-plant workers, A 2, C, J 4.
Riveters, H, J 28.
Roller coverers (cotton mills), C, D 2.
Rollers (metals), A 1.
Roll setters (iron and steel), A 1.
Roll wrenchers (iron and steel), A 1.
Roofers, A 2, J 28, 49.
Roofing-paper workers, J 49.
Rope makers, D 2.
Roughers (iron and steel), A 1.
Rubber-glove makers, J 11.
Rubber-substitute makers, J 45.
Rubber-tire builders, J 9, 11, 12, 21.
Rubber washers, J 9, 11, 12, 21.
Rubber workers, A 2, D 1, 2, J 7, 8, 9, 11, 12, 21, 25, 26, 28, 29, 46, 52. *See also* particular occupation.

Sagger makers, C, D 1, J 28.
Sailors, A 2, H.
Salt extractors (Coke-oven by-products), J 4, 48.
Salt preparers, A 2, C, D 1.
Sand blasters, D 1.
Sand cutters, D 1.

Sanders, D 1.
Sanding-machine operators, D 1.
Sandpaperers (enameling and painting auto bodies, etc.), D 1, J 23.
Saw filers, D 1.
Saw-mill workers, D 2, F 2.
Sawyers, H.
Scissors sharpeners, H.
Scourers, wood lasts (shoes), D 2.
Scrapers (foundry), D 1.
Screen tenders (pulp mill), C.
Screen workers (lead and zinc smelting), D 1, J 23.
Sealers (incandescent lamps), J 16.
Sealing-wax makers, J 9, 52.
Seamstresses, H.
Sewer workers, C, J 4, 14, 47.
Sewing-machine operators, H.
Shale-oil workers. *See* Petroleum refiners.
Shavers (felt hats, fur, tannery), C, D 2, F 1, 3.
Shaving-brush makers, D 2, F 1.
Sheep-dip makers, J 9.
Sheet-metal workers, J 23.
Shellackers. *See* Shellac makers.
Shellac makers, J 4, 5, 11, 12, 23, 30, 52.
Shell fillers, J 35, 44, 51.
Shepherds, F 1.
Shoddy workers, D 2, F 3, J 10, 26, 48.
Shoe-factory operatives, D 2, J 5, 12, 30. *See also* particular occupation.
Shoe finishers, A 2, J 4, 5, 6, 11, 12, 25, 30.
Shoemakers. *See* Cobblers.
Shot makers, J 8, 9, 23.
Shove-in boys (glass), A 1.
Sifters, D 1, 2.
Silicate extractors, J 27.
Silk workers, D 2, F 3.
Silo workers, J 14.
Silverers (mirrors). *See* Mirror silverers.
Silver melters, A 2, J 16.
Silver refiners, J 22.
Singers (cloth), J 16.
Sintering-plant workers, D 1.
Sizers (felt hats), C, J 29.
Skimmers (glass), A 1.
Slag-machine tenders (iron and steel), A 1.
Slate workers, D 1.
Slip makers (pottery), C, D 1, J 23.

Slushers (porcelain enameling), J 23.
Smelters. *See* particular metal.
Smokeless-powder makers, J 5, 12, 15, 34, 39, 44.
Smoothers (glass), C, D 1.
Soap makers, A 2, C, F 3, J 3, 30, 34.
Soda makers, C, J 4, 14, 16, 37, 47.
Sodium-hydroxide makers, C.
Sodium-sulphide makers, J 47.
Softeners (tannery), D 2.
Solderers, J 26, 23.
Sole stitchers (Blake machine), J 29.
Spinners (asbestos), D 1.
Spinners (textiles), D 2, H.
Spongers, C.
Sprayers, C.
Sprayers (trees), J 9, 23.
Spreaders (rubber works), A 2.
Stablemen, F 1.
Stainers (shoes), J 23.
Stamp-mill workers, C, D 1.
Starch makers, D 2, J 14, 47.
Starters (felt hats), C, J 29.
Statuary workers, D 1.
Steam fitters. *See* pipe fitters.
Stearic-acid makers, A 2, J 3.
Steel engravers, G, J 23, 29, 37. *See also* Engravers.
Stereotypers, A 2, J 8, 23.
Stiffeners (felt hats), J 29, 30.
Still (coal-tar) cleaners, A 1, J 12, 49.
Stillmen (carbolic acid), A 1, J 39.
Stillmen, operating, A 1.
Stitchers (shoes), J 30.
Stokers, A 1, E, J 16.
Stonecutters (dry), D 1, H.
Stonecutters (wet process), C, D 1, H.
Storage-battery makers, J 23, 29, 46, 48.
Straw-hat makers, A 2, D 2.
Submarine (storage-battery) workers, J 10.
Sugar refiners, A 2, C, D 1, J 4, 14, 46, 47.
Sulphite cooks (pulp mill), A 2, C, J 46.
Sulphur burners, A 1, D 1, J 9, 46.
Sulphur-chloride makers, J 18, 26.
Sulphurers (hops and malt), J 46.
Sulphur extractors, J 15.
Sulphuric-acid workers, J 9, 10, 23, 37, 46, 48.
Sumackers (tannery), C, F 1.
Surgical-dressing makers, J 39.



Table hands (tannery), C, F 1.
Table operators (iron and steel), A 1.
Table turners (enameling), A 2, D 1, J 23.
Tailors, H.
Takers-down (glass), A 1.
Tallow refiners, F 3, J 3, 15, 48.
Tank men, C.
Tannery workers, C, F 1, 3, J 7, 9, 11, 17, 21, 22, 23, 46, 47, 48.
Tapers (airplanes), J 50.
Tappers (smelting), A 1.
Tar workers, J 49.
Taxidermists, D 2, F 1, J 9, 29.
Teazers (glass), A 1, J 16.
Telegraphers, H.
Telephone linemen (trench work), C.
Temperers, A 1, C, J 16, 22, 23, 38, 48.
Textile-comb makers, D 1.
Textile printers. *See* Calico printers.
Textile workers, A 2, C, D 2. *See also* particular occupation.
Thermometer makers, J 29.
Thread glazers, A 2, C.
Tile makers, A 2, C, D 1, J 23.
Tin-foil makers, A 1, J 23.
Tinners, A 1, C, J 3, 4, 9, 10, 26, 23.
Tin-plate mill workers. *See* Iron and steel workers.
Tire builders. *See* Rubber-tire makers.
Tobacco moisteners, C.
Tobacco rollers, D 2.
Tobacco workers, D 2.
Tongsmen (iron and steel), A 1.
Toolmakers, D 1.
Top fillers (foundry), A 1, D 1.
Towermen (sulphuric acid), J 10, 37, 46, 48.
Toy makers, J 5, 9, 23.
Transfer workers (pottery), J 23, 52.
Transporters of hides and wool, F 1.
Treaders (rubber), J 12.
Tree sprayers. *See* Sprayers (trees).
Trench diggers, F 2.
Tube makers (glass), A 1.
Tubulators (incandescent lamps), J 16.
Tumbling barrel workers, D 1.
Tunnel workers, B, F 2, G.
Turners-out (glass), A 1.
Turpentine extractors, C, J 52.
Type cleaners, J 11, 30.
Type founders, J 23.

Typese
Typists
Uphols
Vapor
Varnis
Varnis
30,
Varnie
Velvet
Veterir
Vignet
Vinega
Vinter
Vulcan
21,
Vulcan
Wall-p
Warmi
tion
Washe
Washe
Washe
Watch
Water
Water
Weave
Weigh
Welde
White
Wire
Wirer
Wood-
Wood
Wood
Wood
Wood
Wool
Wool
Wool
Wool
tien
Wring
X-ray
Yeast
Zinc-
Zinc-
Zinc
Zinc

1. painting D 2. smelt- J 16. 1. ers. 23, 30, 26, 48. 5, 12, pation. 11, 12, or sil- 23.

Slushers (porcelain enameling), J 23.
Smelters. *See* particular metal.
Smokeless-powder makers, J 5, 12, 15, 34, 39, 44.
Smoothers (glass), C, D 1.
Soap makers, A 2, C, F 3, J 3, 30, 34.
Soda makers, C, J 4, 14, 16, 37, 47.
Sodium-hydroxide makers, C.
Sodium-sulphide makers, J 47.
Softeners (tannery), D 2.
Solderers, J 26, 23.
Sole stitchers (Blake machine), J 29.
Spinners (asbestos), D 1.
Spinners (textiles), D 2, H.
Spongers, C.
Sprayers, C.
Sprayers (trees), J 9, 23.
Spreaders (rubber works), A 2.
Stablemen, F 1.
Stainers (shoes), J 23.
Stamp-mill workers, C, D 1.
Starch makers, D 2, J 14, 47.
Starters (felt hats), C, J 29.
Statuary workers, D 1.
Steam fitters. *See* pipe fitters.
Stearic-acid makers, A 2, J 3.
Steel engravers, G, J 23, 29, 37. *See also* Engravers.
Stereotypers, A 2, J 8, 23.
Stiffeners (felt hats), J 29, 30.
Still (coal-tar) cleaners, A 1, J 12, 49.
Stillmen (carbolic acid), A 1, J 30.
Stillmen, operating, A 1.
Stitchers (shoes), J 30.
Stokers, A 1, E, J 16.
Stonecutters (dry), D 1, H.
Stonecutters (wet process), C, D 1, H.
Storage-battery makers, J 23, 29, 46, 48.
Straw-hat makers, A 2, D 2.
Submarine (storage-battery) workers, J 10.
Sugar refiners, A 2, C, D 1, J 4, 14, 46, 47.
Sulphite cooks (pulp mill), A 2, C, J 46.
Sulphur burners, A 1, D 1, J 9, 46.
Sulphur-chloride makers, J 18, 26.
Sulphurers (hops and malt), J 46.
Sulphur extractors, J 15.
Sulphuric-acid workers, J 9, 10, 23, 37, 46, 48.
Sumackers (tannery), C, F 1.
Surgical-dressing makers, J 39.



Table hands (tannery), C, F 1.
Table operators (iron and steel), A 1.
Table turners (enameling), A 2, D 1, J 23.
Tailors, H.
Takers-down (glass), A 1.
Tallow refiners, F 3, J 3, 15, 48.
Tank men, C.
Tannery workers, C, F 1, 3, J 7, 9, 11, 17, 21, 22, 23, 46, 47, 48.
Tapers (airplanes), J 50.
Tappers (smelting), A 1.
Tar workers, J 49.
Taxidermists, D 2, F 1, J 9, 29.
Teazers (glass), A 1, J 16.
Telegraphers, H.
Telephone linemen (trench work), C.
Temperers, A 1, C, J 16, 22, 23, 38, 48.
Textile-comb makers, D 1.
Textile printers. *See* Calico printers.
Textile workers, A 2, C, D 2. *See also* particular occupation.
Thermometer makers, J 29.
Thread glazers, A 2, C.
Tile makers, A 2, C, D 1, J 23.
Tin-foil makers, A 1, J 23.
Tinners, A 1, C, J 3, 4, 9, 10, 26, 28.
Tin-plate mill workers. *See* Iron and steel workers.
Tire builders. *See* Rubber-tire makers.
Tobacco meisteners, C.
Tobacco rollers, D 2.
Tobacco workers, D 2.
Tongsmen (iron and steel), A 1.
Toolmakers, D 1.
Top fillers (foundry), A 1, D 1.
Towermen (sulphuric acid), J 10, 37, 46, 48.
Toy makers, J 5, 9, 23.
Transfer workers (pottery), J 23, 52.
Transporters of hides and wool, F 1.
Treaders (rubber), J 12.
Tree sprayers. *See* Sprayers (trees).
Trench diggers, F 2.
Tube makers (glass), A 1.
Tubulators (incandescent lamps), J 16.
Tumbling barrel workers, D 1.
Tunnel workers, B, F 2, G.
Turners-out (glass), A 1.
Turpentine extractors, C, J 52.
Type cleaners, J 11, 30.
Type founders, J 23.

Typesetters, J 23.
Typists, H.

Upholsterers, D 2, J 30.

Vapor curers. *See* Vulcanizers.
Varnish boilers, J 3.
Varnish makers, A 2, J 1, 3, 4, 11, 12, 30, 52.
Vatmen, C.
Velvet makers, C, J 9.
Veterinarians, F 1, 3.
Vignetters, J 26.
Vinegar workers, J 1.
Vinters, J 14.
Vulcanizers, A 2, C, J 7, 8, 11, 12, 15, 21, 30, 45.
Vulcanizers (steam), A 2, C.

Wall-paper printers, A 2, C, J 9, 21, 23.
Warming-house employees (guncotton), A 2.
Washers, C.
Washers (rubber), C.
Washwomen, C, H.
Watchmakers, G, H.
Water gilders, J 29.
Waterproof-cloth makers, J 25.
Weavers, D 2, H.
Weighers, D 1, 2.
Welders, A 1, E, J 13, 23.
White-lead workers, J 14, 23.
Wire drawers, J 9, 48.
Wirers (incandescent lamps), J 5.
Wood-alcohol distillers, J 30.
Wood-last scourers (shoes), D 2.
Wood preservers, J 9, 39, 49.
Wood stainers, J 21, 23.
Woodworkers, D 2, J 25, 30.
Wool carders, D 2, F 1.
Wool scourers, A 2, C.
Wool spinners, D 2, F 1.
Wool workers, D 2, F 1. *See also* particular occupation.
Wringers (guncotton), J 37.

X-ray workers, E.

Yeast makers, J 14.

Zinc-chloride makers, J 10, 13, 26.
Zinc-electrode makers, J 29.
Zinc miners, J 9. *See also* Miners.
Zinc smelters, A 1, J 13, 16, 23, 46.

## LIST OF HAZARDS, SYMPTOMS, OCCUPATIONS EXPOSED, AND PREVENTION.

### A. Abnormalities of Temperature.

The primary physiological effect of abnormal temperatures is the disturbance of the heat-regulating system of the body. Heat dilates the blood vessels on the surface of the body, increasing the supply of blood in this region. Cold, on the other hand, constricts the blood vessels, causing a diminished blood supply on the body surface. Continuous abrupt changes from one extreme of temperature to another may cause serious congestion of the internal organs, the heat-regulating system of the body not being capable of adapting itself to sudden variations. It is in this way that a cold draft, which causes a sudden variation of the temperature, may produce neuralgia, paralysis, and respiratory diseases. Extremes of temperature may produce pathological changes by direct action. Thus, extreme dry heat will cause conjunctivitis, cataract, and the familiar sunburn. Extreme cold may cause frostbite and eczema. With the above data in mind, abnormalities of temperature have been classified under only two headings, namely, "Sudden variations of temperature" and "Extreme dry heat." Extreme cold has not been listed as a distinct hazard, because a temperature so low as to cause the direct effects mentioned above is rarely met in industry. It is evident that the occupations listed in the division "Extreme dry heat" are exposed not only to the danger of the direct action of the high temperatures but also to the hazard "Sudden variations of temperature."

The prevention of disease due to exposure to extremes of temperature consists, obviously, in the avoidance of sudden variations of temperature. Drafts are particularly hazardous, and may be practically eliminated by the use of vestibule and storm doors. Workers in cold processes should keep active and avoid chill. The hot-process worker should allow his body to cool off gradually after completion of the day's work. He should carefully regulate his diet, drinking plenty of water and avoiding meats. As direct preventive measures for the effects of extreme heat, it is advisable to make use of shields, helmets, goggles, water-cooled furnace doors, exhaust systems, cold air, fans, etc.



*A. Abnormalities of Tem*

| Health hazard. | Symptom, condition, or disease to look for. | Occup |
|---|---|---|
| 1. Extreme dry heat. | Anemia, general debility, catarrh, stiff joints, cramps, lumbago, Bright's disease, skin eruptions, premature old age, cataracts, retinitis, conjunctivitis. | Ammonium sa (refiners; ar steel); bronze and steel); be workers (iro smiths; blas (iron and ste volvers); bo brick burner pers (windo makers; case (iron and st chargers (zinc copper smelt cranemen (i employees; c dressers (gla (glass); floor workers; furn glass-furnace (metals); hot workers (all tenders; laye ers; leer tend over (glass); melters (fou ders; open-he pair heaters molders (fou steel); pot n num founder ers; pourers burners; ro (iron and st (iron and st slag-machin cleaners; st stokers; sulp takers-down temperers; steel); topul out (glass); |
| 2. Sudden variations of temperature. | Congestion of internal organs, catarrh, neuralgic and rheumatic affections, gastro-intestinal and vesical catarrh, pneumonia, Bright's disease. | Artificial-ice caisson wor candy make pers; charg makers (po digester-hou (textile); dr room worker typers; extr makers; fish workers; glo ers; ice cr (shoes); lau miners; mi packing-hou makers, pho machine op erating-plan salt prepare spreaders (r typers; stra (pulp mill); thread glaze wall paper ton); wool extreme dry |

B. Compressed

In building tunnels, laying deep fou etc., it is necessary for the work to be c pressure in order to prevent the entrar tions. The laborer is lowered gradual

PTOMS, OCCUPATIONS EXPOSED, AND PREVENTION.

ALITIES OF TEMPERATURE.

al effect of abnormal temperatures is the ılating system of the body. Heat dilates rface of the body, increasing the supply ld, on the other hand, constricts the blood ıed blood supply on the body surface. s from one extreme of temperature to congestion of the internal organs, the he body not being capable of adapting It is in this way that a cold draft, which of the temperature, may produce neu- ratory diseases. Extremes of tempera- nges by direct action. Thus, ex- tivitis, cataract, and the familiar y cause frostbite and eczema. With the nalities of temperature have been clas- ıgs, namely, "Sudden variations of tem- ry heat." Extreme cold has not been ecause a temperature so low as to cause above is rarely met in industry. It is ıs listed in the division "Extreme dry to the danger of the direct action of also to the hazard "Sudden variations

e due to exposure to extremes of tem- in the avoidance of sudden variations e particularly hazardous, and may be he use of vestibule and storm doors. ould keep active and avoid chill. The low his body to cool off gradually after ırk. He should carefully regulate his er and avoiding meats. As direct pre- ects of extreme heat, it is advisable to s, goggles, water-cooled furnace doors, ıs, etc.



*A. Abnormalities of Temperatures.*

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 1. Extreme dry heat. | Anemia, general debility, catarrh, stiff joints, cramps, lumbago, Bright's disease, skin eruptions, premature old age, cataracts, retinitis, conjunctivitis. | Ammonium salts makers; annealers; antimony extractors (refiners); arsenic roasters; bar-mill workers (iron and steel); benzol-stillmen; Bessemer-converter workers (iron and steel); beta-still operators (beta naphthol); billet-mill workers (iron and steel); bisque-kiln workers; blacksmiths; blast-furnace workers; blooming-mill workers (iron and steel); blowers-out (zinc smelting); bluers (revolvers); boiler-room workers; brass founders; brasiers; brick burners; brick makers; burners (enameling); cappers (window glass); carbide makers; carborundum makers; case hardeners; casters (iron and steel); catchers (iron and steel); cement workers; chargers (smelting); chargers (zinc smelting); coke-oven workers; color makers; copper smelters; core makers; cranemen (glass industry); cranemen (iron and steel); crucible-steel-department employees; cupola men (foundries); cyanamid makers; dressers (glass); drop forgers; enamelers; flatteners (glass); floor molders (foundry); forgemen; foundry workers; furnace workers; gatherers (glass); glass blowers; glass-furnace workers; graphite workers; hardeners (metals); hot-rod rollers (iron and steel); iron and steel workers (all departments); junk (metal) refiners; kiln tenders; layer pullers (glass); leadfoil makers; lead smelters; leer tenders (glass) levermen (iron and steel); lifters-over (glass); luters (zinc smelting); marblers (glass); melters (foundry; glass); mercury smelters; muffle tenders; open-hearth-department workers (iron and steel); pair heaters (tin plate); pavers; petroleum refiners; pit molders (foundry); pot fillers (glass); potliters (iron and steel); pot pullers (foundry); pot-room workers (aluminum foundry; carbide plant); pot setters; pottery workers; pourers (foundry); puddlers (iron and steel); pyrites burners; refiners (metals); rollers (metals); roll setters (iron and steel); roll wrenchers (iron and steel); roughers (iron and steel); shove-in boys (glass); skimmers (glass); slag-machine tenders (iron and steel); still (coal-tar) cleaners; stillmen (carbolic acid); stillmen operating; stokers; sulphur burners; table operators (iron and steel); takers-down (glass); tappers (smelting); teazers (glass); temperers; tin-foil makers; tinners; tongsmen (iron and steel); topfillers (foundry); tube makers (glass); turners-out (glass); welders; zinc smelters. |
| 2. Sudden variations of temperature. | Congestion of internal organs, catarrh, neuralgic and rheumatic affections, gastro-intestinal and vesical catarrh, pneumonia, Bright's disease. | Artificial-ice makers; bakers; bleachers; brewers; butchers; caisson workers; calenderers (rubber); calico printers; candy makers; canners; cartridge shot shell paraffin dippers; charcoal workers (sugar refining); clay and bisque makers (pottery); cold-storage-plant workers; cooks; digester-house workers (paper and pulp); dresser tenders (textile); drivers; dry cleaners; dryers (felt hats); drying-room workers (miscellaneous); dye makers; dyers; electrotypers; extractor operators (soap); fat renderers; felt-hat makers; fishermen; flangers (felt hats); gas (illuminating) workers; glost-kiln workers; glue workers; hothouse workers; ice cream makers; ironers; japan makers; lasters (shoes); laundry workers; linoleum makers; lumbermen; miners; mirror silverers; mixers (rubber); motormen; packing-house employees; paper makers; patent-leather makers; phosphate-mill workers; phosphorus-evaporating machine operators; press-room workers (rubber); refrigerating-plant workers; roofers; rubber workers; sailors; salt preparers; shoe finishers; silver melters; soap makers; spreaders (rubber works); stearic acid makers; stereotypers; straw-hat makers; sugar refiners; sulphite cooks (pulp mill); table turners (enameling); textile workers; thread glazers; tile makers; varnish makers; vulcanizers; wall paper printers; warming-house employees (guncotton); wool scourers. *See also* occupations exposed to extreme dry heat. |

B. COMPRESSED AIR.

In building tunnels, laying deep foundations for large buildings, etc., it is necessary for the work to be carried on under increased air pressure in order to prevent the entrance of water into the excavations. The laborer is lowered gradually and at short intervals the