pressure of the air in the compartment is increased. The first sensation of compression is felt on the eardrums, which may be relieved by the act of swallowing. If the air is too quickly compressed hemorrhage may occur. The greater part of the danger of working in compressed air lies in hasty decompression. While under compression the blood and tissue juices dissolve an increased amount of air, the gases of which are released when the pressure is suddenly decreased. The bubbles thus formed cut off the blood supply from various parts of the body by blocking up the capillaries. The symptoms of compressed air illness, the so-called "bends," are the result.

Workers in compressed air must follow strictly the rules governing gradual compression and decompression, especially the latter. It is not advisable for boys and for men over 40 years of age to work under high pressure.

*B. Compressed air.*

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| Compressed air...... | Weakness, vertigo, pains in the back and legs, paralysis of legs and arms, painful constriction of the chest, cerebral hemorrhage and anoxia, coma, subcutaneous hemorrhages, impairment of hearing. | Caisson workers; divers; tunnel workers. |

C. DAMPNESS.

The moisture content of the air is very important for the proper adjustment of the physiologic processes of the body. Damp air will prevent the evaporation of moisture from the body and will therefore affect the body temperature. High humidity tends to increase the effects of high temperature. Moist cold air has the effect of undermining the general vitality of the organism, weakening its resistance to diseases of the respiratory passages, and to neuralgic and rheumatic affections. The same effects are noticed among workers around open tanks and vats, who are continuously working in wet clothes. Excessive dampness suggests dry air as a hazard. The latter causes chapped skin and catarrhal conditions. It has not been listed among the hazards because it is not characteristic of any one occupation but is prevalent generally, especially during the winter months.

When dampness is a feature of an industrial process the following precautions should be taken to avoid ill effects:

(1) Provision of exhaust systems wherever steam is generated.

(2) Provision of floors with drain channels to prevent the accumulation of water.

(3) Provision of adequate waterproof clothing, such as rubber boots, rubberized aprons, etc.



Wherever there is dampness special me keep the humidity at its proper percentag wet-bulb thermometer is invaluable in de moisture in the air. By circulating the air ity may be mitigated.

*C. Dampness.*

| Health hazard. | Symptom, condition, or disease to look for. | Occupati |
|---|---|---|
| Dampness.......... | Diseases of the respiratory passages, neuralgic and rheumatic affections. | Acid dippers: alkal tificial-silk maker house workers (t bleachers: bleach washers: brewers workers: calico pri cup washers: cart shell paraffin dip clay and bisque m tery): cloth prep and zinc): cotton- digester-house wo dresser tenders ( electroplaters: en operators (soap): makers: filter-pre flush tenders ( glass finishers: (leather preparer- cotton washers: (shoes): laundry w hulkers: masons: silverers: nickel makers: paper mill workers: pulp picklers: plaster pressmen (oil te employees: refric (cotton mills), sa ers (pulp mill): nery): sizers (felt (glass): soap makers: spongers stone cutters (we (pulp mill): sul tank men: tanne work): temperer. makers: tinners: ors: vatmen: ve paper printers: w |

D. DUST.

Dusts have here been divided into two chemical composition, namely, organic an ence in symptoms listed under each is base investigators that organic dusts do not Dr. H. R. M. Landis [2] has found that whe in the lungs of men exposed to organic du mixed with some form of mineral or meta ers exposed to organic dust for years show other than those found in people living i metallic dusts, however, produce fibrosis

[2] See article on "The Pathological and Clinical Manif of Dust," in The Journal of Industrial Hygiene, July, 1

compartment is increased. The first sen-
:t on the eardrums, which may be relieved
. If the air is too quickly compressed
he greater part of the danger of working
asty decompression. While under com-
ie juices dissolve an increased amount of
: released when the pressure is suddenly
us formed cut off the blood supply from
y blocking up the capillaries. The symp-
ess, the so-called "bends," are the result.
r must follow strictly the rules governing
ecompression, especially the latter. It is
for men over 40 years of age to work

Compressed air.

| | |
|---|---|
| sease to look for. | Occupations which offer such exposure. |
| uns in the back and legs, paraly-<br>s, painful constriction of the<br>rrhage and aphasia, coma, sub-<br>ages, impairment of hearing. | Caisson workers; divers; tunnel workers. |

C. Dampness.

he air is very important for the proper
ic processes of the body. Damp air will
moisture from the body and will there-
ture. High humidity tends to increase
ire. Moist cold air has the effect of un-
ity of the organism, weakening its re-
respiratory passages, and to neuralgic
The same effects are noticed among
and vats, who are continuously working
ampness suggests dry air as a hazard.
n and catarrhal conditions. It has not
s because it is not characteristic of any
alent generally, especially during the

e of an industrial process the following
o avoid ill effects:
ystems wherever steam is generated.
h drain channels to prevent the accu-

proof clothing, such as rubber



Wherever there is dampness special measures should be taken to keep the humidity at its proper percentage. In this connection the wet-bulb thermometer is invaluable in determining the degree of moisture in the air. By circulating the air the effects of high humidity may be mitigated.

*C. Dampness.*

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| Dampness | Diseases of the respiratory passages, neuralgic and rheumatic affections. | Acid dippers; alkali-salt makers; artificial-ice makers; artificial-silk makers; auto painters; baters (tannery); beam-house workers (tanners); beatermen (paper and pulp); bleachers; bleachery dryers; blockers (felt hats); boiler washers; brewers; brickmakers; cable splicers; caisson workers; calico printers; candy makers; canners; cartridge-cup washers; cartridge felt and wad makers; cartridge shot shell paraffin dippers; charcoal workers (sugar refining); clay and bisque makers (pottery); clay-plug makers (pottery); cloth preparers; concentrating-mill workers (lead and zinc); cotton-mill workers; creosoting-plant workers; digester-house workers (paper and pulp); doffers (textile); dresser tenders (textile); drivers; dye makers; dyers; electroplaters; enamelers; explosive workers; extractor operators (soap); felt extractors; felt-hat makers; fertilizer makers; filter-press workers; fishermen; flax spinners; flush tenders (aluminum); galvanizers; glass cutters; glass finishers; glaze dippers (pottery); glove makers (leather preparers); glue workers; grinders (metals); gun cotton washers; hair workers; ice-cream makers; lasters (shoes); laundry workers; lime pullers (tannery); linoleum makers; masons; match-factory workers; miners; mirror silverers; nickel platers; packing-house employees; paint makers; paper makers; petroleum refiners; phosphate-mill workers; phosphorus-evaporating-machine operators; picklers; plasterers; pottery workers; preparers (tannery); pressmen (oil refining); pullers-out (felt hats); pulp-mill employees; refrigerating-plant workers; roller coverers (cotton mills); sagger makers; salt preparers; screen tenders (pulp mill); sewer workers; shavers (felt hats, fur, tannery); sizers (felt hats); slip makers (pottery); smoothers (glass); soap makers; soda makers; sodium-hydroxide makers; spongers; stamp-mill workers; starters (felt hats); stone cutters (wet process); sugar refiners; sulphite cooks (pulp mill); sumackers (tannery); table hands (tannery); tank men; tannery workers; telephone linemen (trench work); temperers; textile workers; thread glazers; tile makers; tinners; tobacco moisteners; turpentine extractors; vatmen; velvet makers; vulcanizers (steam); wall-paper printers; washers; washers (rubber); wool scourers. |

## D. Dust.

Dusts have here been divided into two kinds, according to their chemical composition, namely, organic and inorganic. The difference in symptoms listed under each is based on the findings of recent investigators that organic dusts do not cause pulmonary lesions. Dr. H. R. M. Landis[3] has found that wherever fibrosis was present in the lungs of men exposed to organic dust, the latter was always mixed with some form of mineral or metallic dust. Tobacco workers exposed to organic dust for years showed no pulmonary changes other than those found in people living in the city. Mineral and metallic dusts, however, produce fibrosis of the lung tissue, the

[3] See article on "The Pathological and Clinical Manifestations Following the Inhalation of Dust," in The Journal of Industrial Hygiene, July, 1919, pp. 117–139.

extent of which depends on the time of exposure and the particular dust inhaled. Of the inorganic dusts, silica is the most harmful, producing serious pulmonary damage in a comparatively short period of time, while the least harmful are those which produce slight changes and then only after long exposure, for example, lime, coal, etc. The relationship between occupational dust and tuberculosis is rather a doubtful one. Authorities disagree as to the effect of fibrosis on the resisting power to the tubercle bacillus. Dust, by acting as a carrier of the bacilli, may increase their number in the lungs. In this way, men exposed to dust may be in greater danger of contracting turberculosis than others. Dr. H. R. M. Landis claims, however, that in the trades exposed to inorganic dust, mistaken diagnosis of pneumoconiosis swells the mortality-statistics for tuberculosis. As a means of avoiding incorrect diagnosis of pneumoconiosis, Roentgen ray examinations of the lungs and sputum analyses are invaluable.

There are four effective methods that may be used to prevent the inhalation of dust generated during industrial processes. No one of these can apply to all conditions, but the particular method to be used must be adapted to the peculiarities of the process.

(1) The use of water to dampen the dust and thus prevent it from rising and filling the atmosphere.

(2) The use of exhaust systems which remove the dust at the point of origin.

(3) The use of inclosing chambers in which the dust-producing processes are confined, being regulated from the outside.

(4) The use of respirators and helmets.

In many cases it may be necessary to combine several of these measures effectively to prevent the inhalation of dust by the worker.

*D. Dust.*

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 1. Inorganic dust.... | Cough, dyspnea, pleuritic pains, hemoptysis, clubbed fingers, marked flatness of chest, deficient expansion (unilateral), dullness, diminished resonance, mucous rales, fibrosis, inflammatory condition of eyes, ears, nose, and throat; colds, chronic catarrh of respiratory tract, chronic catarrh of digestive tract, pleurisy, tuberculosis. | Acetylene makers; asbestos workers; basic slag (artificial manure) workers; battery (dry) makers; bed rubbers (marble and stone); bench molders (foundry); bevelers; bisque-kiln workers; bone workers; brickmakers; bronzers; buffers; burrers (needles); burr filers; button makers; calenderers (rubber); carbide makers; carbon-brush makers; carborundum workers; card grinders (textiles); casting cleaners (foundry); cement workers; charcoal workers (sugar refining); chargers (smelting); chargers (zinc smelting); chasers (steel); chimney sweepers; chippers; clay and bisque makers (pottery); clay-pipe makers (pottery); color makers; compositors; compounders (rubber); concentrating-mill workers (lead and zinc); core makers; crucible mixers; crushermen (clay and stone); cut-glass workers; cutlery makers; cyanamid makers; diamond cutters; electrotypers; emery-wheel makers; engravers; fertilizer makers; file cutters; filers; flint workers; floor molders (foundry); flue cleaners; foundry workers; glass blowers; glass cutters; glass finishers; glass mixers; glaze mixers (pottery); gold beaters; gold refiners; graphite workers; grinders (metals); gypsum workers; horn workers; jewelers; junk (metal) |



*D. Dust*—Continue

| Health hazard. | Symptom, condition, or disease to look for. | Occupa |
|---|---|---|
| 1. Inorganic dust—Continued. | Cough, dyspnea, pleuritic pains, etc.—Continued. | refiners; land:<br>kiln chargers:<br>moners; marut<br>metal turners;<br>miners; mixer<br>cellaneous): m<br>papermakers:<br>(foundry); plas<br>of Paris work<br>pottery worker<br>printers; putty<br>burners; quar<br>salt preparers:<br>sanding mach.<br>painting auto o<br>screen workers<br>plant workers:<br>smoothers<br>workers; statu<br>cutters (wet<br>table turners<br>makers; tool a<br>barrel workers: |
| 2. Organic dust..... | Dryness of nose, throat, and mouth, cough, anaphylaxis, asthma, bronchitis, emphysema, tuberculosis. | Bakers; beamers<br>makers; brush<br>button makers<br>card grinders (<br>celluloid work<br>(celluloid); con<br>workers; cotton<br>ators (felt hats<br>workers; felt-<br>flax spinners.<br>carders; fur c<br>parers; fur pull<br>workers; grain<br>cotton pickers.<br>(shoe); hemp<br>ers; lace make<br>workers; match<br>(felt hats); mix<br>ers (felt hats);<br>ropemakers; r<br>wood lasts (s<br>shaving-brush<br>operatives; sil<br>spinners (text<br>taxidermists;<br>workers; uph<br>scourers (shoes<br>ners; wool wor |

E. EXTREME LIGH

Intense light is usually a product of a p
Among the different kinds of light inclu
the arc light, furnace glare, glowing meta
illumination as a hazard is treated und
Continuous exposure to strong light is no
junctiva, but may also cause a degenerati
position of the visual purple. Repeated
light have caused severe ophthalmia, re
Glass blowers and steel puddlers, who l
molten mass, are apt to develop cataracts.
ultra-violet rays and infra-red rays are
tion of X rays into the medical field has

n the time of exposure and the particular rganic dusts. silica is the most harmful, ary damage in a comparatively short pe- t harmful are those which produce slight r long exposure, for example, lime, coal, ween occupational dust and tuberculosis Authorities disagree as to the effect of ower to the tubercle bacillus. Dust, by bacilli, may increase their number in the xposed to dust may be in greater danger than others. Dr. H. R. M. Landis claims, es exposed to inorganic dust, mistaken s swells the mortality-statistics for tuber- oiding incorrect diagnosis of pneumoco- nations of the lungs and sputum analyses

s that may be used to prevent the u during industrial processes. No one nditions, but the particular method to be peculiarities of the process. ampen the dust and thus prevent it from here.

stems which remove the dust at the point

chambers in which the dust-producing g regulated from the outside. s and helmets.

necessary to combine several of these nt the inhalation of dust by the worker.

*D. Dust.*

| Occupations which offer such exposure. |
|---|
| Acetylene makers; asbestos workers; basic slag (artificial manure) workers; battery (dry) makers; bed rubbers (marble and stone); bench molders (foundry); bevelers; bisque-kiln workers; bone workers; brickmakers; bronzers; buffers; burrers (needles); burr filers; button makers; calenderers (rubber); carbide makers; carbon-brush makers; carborundum workers; card grinders (textiles); casting cleaners (foundry); cement workers; charcoal workers (sugar refining); chargers (smelting); chargers (zinc smelting); chasers (steel); chimney sweepers; chippers; clay and bisque makers (pottery); clay-plug makers (pottery); color makers; compositors; compounders (rubber); concentrating-mill workers (lead and zinc); core makers; crucible mixers; crushermen (clay and stone); cut-glass workers; cutlery makers; cyanamid [illegible]; diamond cutters; electrotypers; emery-wheel [illegible] engravers; fertilizer makers; file cutters; filers; [illegible]rkers; floor molders (foundry); flue cleaners; [illegible] workers; glass blowers; glass cutters; glass [illegible]rs; glass mixers; glaze mixers (pottery); gold beaters; gold refiners; graphite workers; grinders (metals); gypsum workers; horn workers; jewelers; junk (metal) |



*D. Dust*—Continued.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 1. Inorganic dust—Continued. | Cough, dyspnea, pleuritic pains, etc.—Continued. | refiners; lapidaries; lead smelters; lime burners; lime-kiln chargers; lime workers; linoleum makers; lithographers; marble cutters; masons; match-factory workers; metal turners; mica strippers or splitters; mica workers; millers; mixers (rubber); mixing-room workers (miscellaneous); mold breakers (foundry); paint removers; papermakers; phosphate-mill workers; pit molders (foundry); planer men (stone, metal); plasterers; plaster of Paris workers; pneumatic-tool workers; polishers; pottery workers; pouncers (felt hats); pressmen (printers); printers; putty makers; putty polishers (glass); pyrites burners; quarrymen; rubber workers; sagger makers; salt preparers; sand blasters; sand cutters; sanders; sanding machine operators; sandpaperers (enameling and painting auto bodies, etc.); saw filers; scrapers (foundry); screen workers (lead and zinc smelting); sifters; sintering-plant workers; slate workers; slip makers (pottery); smoothers (glass); spinners (asbestos); stamp-mill workers; statuary workers; stonecutters (dry); stone-cutters (wet process); sugar refiners; sulphur burners; table turners (enameling); textile-comb makers; tile makers; tool makers; top fillers (foundry); tumbling-barrel workers; weighers. |
| 2. Organic dust | Dryness of nose, throat, and mouth, cough, anaphylaxis, asthma, bronchitis, emphysema, tuberculosis. | Bakers; beamers (textiles); blowers (felt hats); broom makers; brushers (felt hats); brush makers; buffers; button makers; carbonizers (shoddy); carders (textiles); card grinders (textiles); carpet makers; celluloid polishers; celluloid workers; cigar makers; cobblers; comb makers (celluloid); coners (felt hats); cork workers; cotton-mill workers; cotton twisters; curriers (tannery); devil operators (felt hats); doffers (textiles); feather curers; feather workers; felt-hat makers; fiber workers; finishers (leather); flax spinners; flour workers; formers (felt hats); fur carders; fur clippers; fur cutters; fur handlers; fur preparers; fur pullers; glove makers (leather preparers); glue workers; grain-elevator workers; grinders (rubber); gin-cotton pickers; hair workers; harness makers; heel makers (shoe); hemp workers; jute workers; knitting-mill workers; lace makers; lasters (shoes); leather workers; linen workers; match-factory workers; mattress makers; mixers (felt hats); mixing-room workers (miscellaneous); pouncers (felt hats); rag workers; roller coverers (cotton mills); ropemakers; rubber workers; sawmill workers; scourers, wood lasts (shoes); shavers (felt hats, furs, tannery); shaving-brush makers; shoddy workers; shoe-factory operatives; sifters; silk workers; softeners (tannery); spinners (textiles); starch makers; straw-hat makers; taxidermists; textile workers; tobacco rollers; tobacco workers; upholsterers; weavers; weighers; wood-last scourers (shoes); wood workers; wool carders; wool spinners; wool workers. |

E. Extreme Light.

Intense light is usually a product of a process associated with heat. Among the different kinds of light included under this heading are the arc light, furnace glare, glowing metal or glass, and X ray. Poor illumination as a hazard is treated under "G. Poor illumination." Continuous exposure to strong light is not only irritating to the conjunctiva, but may also cause a degeneration of the retina and decomposition of the visual purple. Repeated electric flashes of brilliant light have caused severe ophthalmia, retinitis, and even blindness. Glass blowers and steel puddlers, who have to look at a glowing molten mass, are apt to develop cataracts. It seems that the invisible ultra-violet rays and infra-red rays are responsible. The introduction of X rays into the medical field has brought to light the highly

dangerous character of the radiographer's work. Severe dermatitis and cancer may ensue after exposure to X rays.

The following protective devices prove effective in preventing the injurious action of extreme light:

(1) Shields.
(2) Helmets.
(3) Goggles which eliminate the ultra-violet and infra-red rays.
(4) Clothing which covers the skin completely.
(5) X-ray apparatus should be inclosed as completely as possible with lead plates.

*E. Extreme light.*

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| Extreme light....... | Cataracts, retinitis, conjunctivitis, dermatitis, ulceration and exfoliation of the skin, electrical ophthalmia, cancer. | Blacksmiths; electricians; electric linemen; furnace workers; glass blowers; glass-furnace workers; incandescent-mantle hardeners; moving-picture machine operators; oxyacetylene cutters; photographers; puddlers (iron and steel); stokers; welders; X-ray workers. |

F. INFECTIONS.

There are many infectious diseases, such as tetanus, trachoma, and syphilis, which are often of occupational origin. They are not, however, specifically occupational; that is, they do not arise from a condition caused by an industrial process. The conditions which cause these diseases in industry are identical with those which cause them out of industry. The above-mentioned diseases have not therefore been included in this list of occupational infections. Those diseases which have been included arise primarily in occupational exposure. There are a number of other diseases which occur in occupations, but these are of such little numerical importance that they also have not been included.

Besides the general rules of sanitation, the following measures are recommended:

(1) *Anthrax.*—All hides and animal hair must be thoroughly sterilized. Foreign skins or hair should not be carried on the unprotected shoulder. The hands should be frequently washed with bichloride of mercury. Hair sorters should wear respirators.

(2) *Hookworm.*—Workers in mines and others who are exposed to infected soil should make special effort to keep the skin clean. Shoes must always be worn and gloves are also of value in preventing the entrance of the hookworm through the skin. Infected soil should be disinfected and kept dry. The stools of infected individuals must be disinfected immediately.

(3) *Septic infections.*—Workers should avoid puncturing the skin. Cuts, scratches, or abrasions should be treated at once to avoid in-



fection. Men having open wounds sh
with putrid material.

*F. Infection*

| Health hazard. | Symptoms, condition, or disease to look for. | |
|---|---|---|
| 1. Anthrax: External....... | 1. *Malignant pustule.*—Begins as an almost pimple or boil. Papule becomes hard, with a purple center and deep red zone of infiltration surrounding, appearance of minute vesicular areas. Central papule becomes vesicular, discharges thick, bloody serum, later forming a brown gangrene. A painful lymphangitis with hard edema extending over neck and arm. Local phlebitis in the edematous area, chilliness, anorexia, vomiting, prostration, high temperature, feeble pulse.<br>2. *Malignant edema.*—A spreading inflammation of loose connective tissue accompanied by sloughing and gangrene. Constitutional symptoms those of pyemia. | Anim wor pet larr fur ers; tar pare sha sum ners an ners |
| Internal....... | High fever, pains in head and back, vomiting, constipation, pain and tenderness in the abdomen, rapid, feeble pulse, palpable spleen, dyspnea, cyanosis. May be hemorrhage from bowels. When lungs are involved, there are additional symptoms—cough, pain in the chest, suffocation. | |
| 2. Hookworm (ankylostomiasis). | Anemia, pallor of the face even when the blood count is not very low; a dull, heavy, listless expression, blunder, speech, and gait; increasing muscular weakness; occurrence of parasites in stool. Victims often complain of gastrointestinal pains and cramps. In exaggerated cases there are edema, ascites, progressive emaciation, protuberant abdomen, and increasing stupor. | Brick lum ers con pres |
| 3. Septic infections.. | Skin infections such as boils, carbuncles, blood poisoning, localized lymphangitis or cellulitis. | Anim ers. mec wor; mak ers; of p |

G. POOR ILLUMINA

The effects of poor illumination ar
hazard may be present in any plant, bu
limited number of occupations because o
make it difficult properly to illumin
nystagmus is the outstanding example
Poor illumination is not only the cause
but is also an important factor in the ca

radiographer's work. Severe dermatitis
exposure to X rays.
devices prove effective in preventing the
light:

nate the ultra-violet and infra-red rays.
-s the skin completely.
uld be inclosed as completely as possible

:. *Extreme light.*

| | Occupations which offer such exposure. |
|---|---|
| | Blacksmiths; electricians; electric linemen; furnace workers; glass blowers; glass-furnace workers; incandescent-tile hardeners; moving-picture machine operators; oxyacetylene cutters; photographers; puddlers (iron steel); stokers; welders; X-ray workers. |

F. Infections.

s diseases, such as tetanus, trachoma, and occupational origin. They are not, how-al; that is, they do not arise from a con-ial process. The conditions which cause re identical with those which cause them e-mentioned diseases have not therefore occupational infections. Those diseases arise primarily in occupational exposure. her diseases which occur in occupations, numerical importance that they also have

of sanitation, the following measures are

: and animal hair must be thoroughly r hair should not be carried on the un-ands should be frequently washed with ir sorters should wear respirators.
-s in mines and others who are exposed ke special effort to keep the skin clean. and gloves are also of value in prevent-okworm through the skin. Infected soil er The stools of infected individ-ly.
orkers should avoid puncturing the skin. s should be treated at once to avoid in-



fection. Men having open wounds should not be allowed to work with putrid material.

*F. Infections.*

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 1. Anthrax: External | 1. *Malignant pustule.*—Begins as inflamed pimple or boil. Papule becomes hard, with a purple center and deep red zone of infiltration surrounding, appearance of minute vesicular areola. Central papule becomes vesicular, discharges thick, bloody serum, later forming a brown gangrene. A painful lymphangitis with hard edema extending over neck and arm. Local phlebitis in the edematous area, chilliness, anorexia, vomiting, prostration, high temperature, feeble pulse. 2. *Malignant edema.*—A spreading inflammation of loose connective tissue accompanied by sloughing and gangrene. Constitutional symptoms those of pyemia. | Animal handlers; baters (tannery); beam house workers (tannery); brush makers; butchers; carpet makers; cattle salesmen; cobblers; curriers; farmers; fertilizer makers; fur carders; fur clippers; fur cutters; fur handlers; fur preparers; fur pullers; hair workers; leather workers; lime pullers (tannery); longshoremen; meat inspectors; preparers (tannery); shavers (felt hats, fur, tannery); shaving brush makers; shepherds; stablemen; sumackers (tannery); table hands (tannery); tannery workers; taxidermists; transporters of hides and wool; veterinarians; wool carders; wool spinners; wool workers. |
| Internal | High fever, pains in head and back, vomiting, constipation, pain and tenderness in the abdomen, rapid, feeble pulse, palpable spleen, dyspnea, cyanosis. May be hemorrhage from bowels. When lungs are involved, there are additional symptoms—cough, pain in the chest, suffocation. | |
| 2. Hookworm (ankylostomiasis). | Anemia, pallor of the face even when the blood count is not very low; a dull, heavy, listless expression, manner, speech, and gait; increasing muscular weakness; occurrence of parasites in stool. Victims often complain of gastrointestinal pains and cramps; in exaggerated cases there are edema, ascites, progressive emaciation, protuberant abdomen, and increasing stupor. | Brick makers; construction campworkers; farmers; lumbermen; miners; quarrymen; sawmill workers; trench diggers; tunnel workers; workers who come in contact with infected soil, especially prevalent in gold mines of California. |
| 3. Septic infections. | Skin infections such as boils, carbuncles, blood poisoning, localized lymphangitis or cellulitis. | Animal handlers; butchers; canners; feather workers; fertilizer makers; garbage workers; glue makers; hair workers; preparers (tannery); rag workers; shavers (felt hats, fur, tannery); shoddy makers; silk workers; soap makers; tallow renderers; tannery workers; veterinarians; handlers of putrid or decomposing animal products. |

G. Poor Illumination.

The effects of poor illumination are not easily apparent. The hazard may be present in any plant, but is especially prevalent in a limited number of occupations because of the peculiar conditions that make it difficult properly to illuminate the workroom. Miner's nystagmus is the outstanding example of the effects of this hazard. Poor illumination is not only the cause of the conditions listed below but is also an important factor in the causation of accidents.

Artificial light is least harmful to the worker when it comes from overhead, reflected from the ceiling by inverted bowl-shaped reflectors. Light-colored walls and ceilings aid materially in properly illuminating a room. Special precaution must be taken to avoid glare. All lights should be shaded so that only diffused light reaches the eye.

*G. Poor illumination.*

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| Poor illumination... | Nystagmus, eyestrain, deficient vision due to astigmatism or hyperopia, headache, giddiness. Eyestrain contributes to neurasthenia. | Buffers; burnishers (iron and steel); caisson workers; compositors; embroidery workers; jewelers; metal polishers; miners; photographers; steel engravers; tunnel workers; watchmakers; any factory worker. |

### H. Repeated Motion, Pressure, Shock, Etc.

Under this heading are included those muscle-strain conditions which are caused by the continuous repetition of movements, pressure, or blows. This section is not concerned with the neurasthenic phenomena which are sometimes called occupational neurosis. Everyone is familiar with the muscular strain experienced in performing for the first time some exercise, such as rowing, long walking, etc. Men newly introduced into a process requiring such repeated action are affected similarly but often much more severely, so as to disable them temporarily for the particular job. The injury does not stop with muscular strain but may even cause inflammation of the surrounding sheaths or paralysis of the parts concerned.

Many types of occupational neurosis may be avoided by working at a comfortable pace, avoiding fatigue. Where continuous pressure or shock is the cause, pads or cushions are often beneficial. Workers who have to grasp tools tightly would do well frequently to change their method of holding the instrument, if this is possible. Occasional rest periods will do much toward the prevention of muscular pains and cramps.

*H. Repeated motion, pressure, shock, etc.*

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| Repeated motion, pressure, shock, etc. | Pain of muscle used, set up by a myositis, bursitis, synovitis, or other local changes of a chronic inflammatory nature; trembling, gradual emaciation and partial paralysis of parts, acroparesthesia. | Artificial-flower makers; barbers; bicyclists; blacksmiths; carpenters; chauffeurs; clerks; cobblers; compositors; cotton twisters; dancers; diamond cutters; elevator runners; enamelers; engravers; gold beaters; hammermen; jewelers; knitters; lathe turners; letter sorters; lithographers; locksmiths; machinists; masons; microscopists; millers; miners; musicians; painters; paper-box makers; pavers; pneumatic-tool workers; porters; pressers; riveters; sailors; sawyers; scissors sharpeners; seamstresses; sewing machine operators; spinners (textiles); stone cutters (dry); stone cutters (wet process); tailors; telegraphers; typists; washerwomen; watchmakers; weavers. |



J. Poisons.

The continued introduction of new p
poisonous substances in industry make
more importance. The enormous increa
stuffs and other chemicals will no dou
workmen in the form of industrial poiso
increased production of trinitrotoluol ar
plane dope resulted in a large number
these substances. For the data present
revised "List of industrial poisons," cor
Fischer for the International Associatior
been drawn upon largely. The arrangem
rial in that list has been revised and br
poisons have been added and all the occ
for each poison. The symptoms are tho
gators. In order to avoid swelling the
ranted proportions, substances the effects
been grouped. Thus all nitro compoun
logues have been included under one h
cedure has been followed with amido com
been made to limit this list to those subs
are mainly constitutional. The next sec
the substances occurring in industry w
Because of the very large number of su
it has not been possible to treat them as i

To prevent industrial poisoning the f
be taken: Personal cleanliness must be r
be instructed as to the toxicity of the sub
medical examinations of workers must be
toms of disease. Men should not be al
where poisonous substances are handled
removed at end of day's work. Proper l
provided. Work clothes should receive
of gloves and boots are often necessar
confining the poisons are of prime import
measures, under "Dust.") Fumes and
of by proper ventilation, the use of
blowers. Men who work in an atmosp
fumes and gases should always wear ga
the obtaining conditions.

[1] See United States Bureau of Labor, Bulletin No. 1

ıful to the worker when it comes from ceiling by inverted bowl-shaped re- and ceilings aid materially in properly ıl precaution must be taken to avoid aled so that only diffused light reaches

·or illumination.

| disease | Occupations which offer such exposure. |
|---|---|
| , defi- stigma- dache, n con- ... | Buffers; burnishers (iron and steel); caissor workers; compositors; embroidery workers; jewelers; metal polishers; miners; photographers; steel engravers; tunnel workers; watchmakers; any factory worker. |

...ion, Pressure, Shock, Etc.

. those muscle-strain conditions inuous repetition of movements. pres- is not concerned with the neurasthenic netimes called occupational neurosis. he muscular strain experienced in per- ıne exercise. such as rowing, long walk- uced into a process requiring such re- milarly but often much more severely, rily for the particular job. The injury strain but may even cause inflamma- ths or paralysis of the parts concerned. ıl neurosis may be avoided by working ng fatigue. Where continuous pressure cushions are often beneficial. Workers tly would do well frequently to change instrument, if this is possible. Occa- uch toward the prevention of muscular

...otion, pressure, shock, etc.

| | Occupations which offer such exposure. |
|---|---|
| | Artificial-flower makers; barbers; bicyclists; black smiths; carpenters; chauffeurs; clerks; cobblers; compositors; cotton twisters; dancers; diamond cutters; elevator runners; enamelers; engravers; gold beaters; hammermen; jewelers; knitters; lathe turners; letter sorters; lithographers; lock-...s; machinists; masons; microscopists; millers; min-...musicians; painters; paper-box makers; pavers; ...atic-tool workers; porters; pressers; riveters; sailors; ...rs; scissors sharpeners; seamstresses; sewing machine operators; spinners (textiles); stone cutters (dry); stone cutters (wet process); tailors; telegraphers; typists; washerwomen; watchmakers; weavers. |



J. Poisons.

The continued introduction of new processes making use of new poisonous substances in industry makes this section of more and more importance. The enormous increase in the production of dyestuffs and other chemicals will no doubt show its effects on the workmen in the form of industrial poisoning. During the war the increased production of trinitrotoluol and tetrachlorethane for airplane dope resulted in a large number of cases of poisoning from these substances. For the data presented under this heading, the revised "List of industrial poisons," compiled by Sommerfeld and Fischer for the International Association for Labor Legislation, has been drawn upon largely. The arrangement is similar.[3] The material in that list has been revised and brought up to date. Several poisons have been added and all the occupations exposed are given for each poison. The symptoms are those given by recent investigators. In order to avoid swelling the list of poisons to unwarranted proportions, substances the effects of which are similar have been grouped. Thus all nitro compounds of benzol and its homologues have been included under one heading and the same procedure has been followed with amido compounds. An endeavor has been made to limit this list to those substances the actions of which are mainly constitutional. The next section (p. 912) is devoted to the substances occurring in industry which act as skin irritants. Because of the very large number of substances in the latter class, it has not been possible to treat them as fully as the other poisons.

To prevent industrial poisoning the following precautions should be taken: Personal cleanliness must be maintained. Workers must be instructed as to the toxicity of the substances handled. Frequent medical examinations of workers must be made to detect early symptoms of disease. Men should not be allowed to eat in workrooms where poisonous substances are handled. Work clothes should be removed at end of day's work. Proper lavatory facilities should be provided. Work clothes should receive special attention. The use of gloves and boots are often necessary. Mechanical devices for confining the poisons are of prime importance. (See also preventive measures, under "Dust.") Fumes and gases should be taken care of by proper ventilation, the use of exhaust systems, fans, and blowers. Men who work in an atmosphere polluted by poisonous fumes and gases should always wear gas masks properly suited for the obtaining conditions.

[3] See United States Bureau of Labor. Bulletin No. 100, May, 1912.

J. *Poisons.*

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 1. Acetaldehyde | Irritation of the mucous membranes of the nose, larynx, bronchi, and eyes; acceleration of the heart's action; profuse night sweats. | Aldehyde pump men; celluloid makers; dye makers; explosives workers; mirror silverers; varnish makers; vinegar workers. |
| 2. Acridine | Irritation and inflammation of skin and mucous membranes, severe burning and itching of the skin, violent sneezing. | Dye makers. |
| 3. Acrolein | Itching in the throat, irritation of the eyes, exciting lachrymation, conjunctivitis, irritation of the air passages, bronchial catarrh. | Bone renderers; fat renderers; galvanizers; lard makers; linoleum makers; linseed oil boilers; soap makers; stearic-acid makers; tallow refiners; tinners; varnish boilers. |
| 4. Ammonia | Acute inflammation of the respiratory organs, cough, edema of the lungs, chronic bronchial catarrh, redness of the eyes, increased secretion of saliva, retention of the urine. | Acetylene makers; ammonium-salts makers; artificial-ice makers; artificial-silk makers; boneblack makers; brewers; coke-oven workers; dye makers; dyers; galvanizers; gas (illuminating) workers; gas purifiers; glue workers; mercerizers; refrigerating-plant workers; salt extracters (coke-oven by-products); sewer workers; shellac makers; shoe finishers; soda makers; sugar refiners; tanners; varnish makers. |
| 5. Amyl acetate | Nervous symptoms, headache, fullness of the head, giddiness, numbness, nausea, disturbances of digestion, palpitation of the heart, inflammation of the respiratory organs, fatty degeneration of the liver. | Alcohol-distillery workers; art-glass workers; artificial-silk makers; battery (dry) makers; bronzers; buffers (rubber); celluloid makers; cutlery makers; enamelers; explosives workers; furniture polishers; gilders; incandescent-lamp makers; jewelers; lacquer makers; linoleum makers; mottlers (leather); patent-leather makers; polishers; shellac makers; shoe factory workers; shoe finishers; smokeless-powder makers; toy makers; wirers (incandescent lamps). |
| 6. Amyl alcohol | Congestion of the head, oppression of the chest, irritation of the air passages, lowering of the blood pressure, faintness, nausea. | Alcohol-distillery workers; dye makers; fruit-essence makers; mordanters; shoe finishers. |
| 7. Aniline and other amino compounds of benzol and its homologues. | Pallor of the skin, vertigo, unsteady gait, loss of appetite, increased frequency of respiration, anemia, slowing of the pulse, eczematous eruptions, bloody urine, spasmodic muscular pains, cyanosis. | Aniline makers; artificial-leather makers; calico printers; coal-tar workers; compositors; compounders (rubber); dye makers; explosive workers; feather workers; lithographers; millinery workers; mixers (rubber); painters; paint makers; pencil (colored) makers; photoengraving workers; pressroom workers (rubber); printers; reclaimers (rubber); rubber workers; tannery workers; vulcanizers. |
| 8. Antimony and its compounds. | Itching eruptions of the skin; inflammation of the mouth, throat, and stomach; albumin in the urine, weakness of the heart, vertigo, faintness, coryza, dyspepsia, intestinal colic, nephritis. | Antimony extractors (refiners); brass founders; burnishers (iron and steel); burnishers (rifle barrels); calico printers; color makers; compositors; compounders (rubber); dye makers; enamel makers; filers; fireworks makers; glass mixers; glaze dippers (pottery); glaze mixers (pottery); grinders (metals); grinders (rubber); lead smelters; linotypers; mixers (rubber); monotypers; mordanters; pressroom workers (rubber); printers; rubber workers; shot makers; stereotypers; vulcanizers. |
| 9. Arsenic and its compounds. | Headache, melancholia, sleeplessness, gastric disturbances, emaciation, catarrh of the mucous membranes, skin diseases of various forms, falling out of the hair and nails, melanosis, perforations of the nasal | Arsenic roasters; artificial-flower makers; artificial leather makers; bookbinders; brass founders; bronzers; calico printers; candle (colored) makers; carpet makers; carroters (felt hats); chargers (zinc smelters); color makers; colored-paper workers; compounders (rubber); copper founders; copper smelters; curriers (tannery); cut-glass workers; decorators (pottery); dye makers; electroplaters; enamelers; feather curers; feather workers; felt-hat makers; ferrosilicon workers; fur handlers; fur preparers; galvanizers; gardeners; glass mixers; glaze dippers (pottery); glaze mixers (pottery); gold refiners; |



J. *Poisons*—Continued

| Health hazard. | Symptom, condition, or disease to look for. | Occupatio[illegible] |
|---|---|---|
| 9. Arsenic and its compounds—Continued. | septum, bleeding gums, peripheral multiple neuritis, paralysis. | insecticide make[illegible] ers; linoleum [illegible] mordanters; pap[illegible] ored) makers; [illegible] room workers [illegible] finers (metals); [illegible] rubber workers; [illegible] shot makers; spra[illegible] acid workers; [illegible] toy makers; vel[illegible] ornament makers miners. |
| 10. Arseniureted hydrogen. | General malaise, difficulty of breathing, fainting fits, gastric disturbance, jaundice, bluish discoloration of the mucous membrane, pain in the region of the spleen and kidney, darkened urine, fetor of the mouth resembling garlic. | Acid dippers; ani[illegible] tery (dry) mak[illegible] dimethyl-sulphate [illegible] silicon workers; [illegible] silicon workers; [illegible] ers; lime burners; [illegible] ers (metals); sho[illegible] tery workers; su[illegible] men (sulphuric ac[illegible] |
| 11. Benzine | Headache, vertigo, nausea, cough, irregular respiration, weakness of the heart, drowsiness, cyanosis, twitching of the muscles, psychosis, skin lesions. | Art-glass workers; [illegible] bers (electroplater[illegible] ber shoes); cemen[illegible] pounders (rubber [illegible] tery); degreasers [illegible] dry cleaners; elect[illegible] furniture polisher[illegible] lacquer makers; [illegible] nery workers; [illegible] paint makers; [illegible] putty makers; rit[illegible] rubber washers; [illegible] finishers; tannery vulcanizers. |
| 12. Benzol | Headache, vertigo, anemia, muscular tremor, scarlet lips, spots of extravasated blood in the skin, irritant cough, fatty degeneration of liver, kidneys, and heart. | Aniline makers; ar[illegible] makers; benzol s[illegible] cast scrubbers; ce[illegible] (rubber); coal-tar [illegible] makers; compoun[illegible] degreasers (fertiliz[illegible] ber); dye maker[illegible] feather workers; [illegible] workers; gilders; [illegible] raphers; millinery [illegible] painters; paint m[illegible] workers; pressroo[illegible] ber); rubber-tire [illegible] ers; shellac make[illegible] smokeless-powder [illegible] ers (rubber); varn[illegible] |
| 13. Brass (zinc) | Headache, general malaise, throat irritation, cough, nausea, vomiting, constipation, trembling, muscular pains, accelerated respiration, profuse sweating, deposit of green tartar on the teeth, metallic taste in the mouth, anemia, premature old age, respiratory and degenerative diseases. | Bench molders [illegible] brass founders; br[illegible] core makers; flo[illegible] metal refiners; fut[illegible] dry); welders; zin[illegible] |
| 14. Carbon dioxide | Anemia, cyanosis, headache, drowsiness, vertigo, tinnitus, and general nervousness. | Alkali-salt makers; brass founders; br[illegible] carbon-dioxide m[illegible] workers (miscellan[illegible] ers; lime burners [illegible] workers; sewer w[illegible] makers; sugar ref[illegible] makers. |

[J]. Poisons.

| Occupations which offer such exposure. |
| --- |
| Aldehyde pump men: celluloid makers: dye makers: explosives workers: mirror silverers, varnish makers; vinegar workers. |
| [D]ye makers. |
| Bone renderers: fat renderers: galvanizers: lard makers: linoleum makers: linseed oil boilers: soap makers: stearic-acid makers; tallow refiners: tinners; varnish boilers. |
| Acetylene makers: ammonium-salts makers: artificial-ice makers: artificial-silk makers: boneblack makers: bronz[ers] ... [ov]en workers: dye makers: dyers: galvanizers; ... [illu]minating workers: gas purifiers: glue workers: ... [refinery workers]: refrigerating-plant workers: salt extractors ... [fro]m by-products: sewer workers: shellac makers; shoe finishers; soda makers; sugar refiners; tinners: varnish makers. |
| Alcohol-distillery workers: art-glass workers: artificial-silk makers: battery (dry) makers: bronzers: buffers (rubber): celluloid makers: cutlery makers: enamelers: explosives workers: furniture polishers: gilders: incandescent-lamp makers: jewelers: lacquer makers: linoleum makers: mottlers (leather): patent-leather makers: polishers: shellac makers: shoe factory workers: shoe finishers: smokeless-powder makers; toy makers; wirers (incandescent lamps). |
| Alcohol-distillery workers: dye makers; fruit-essence makers: mordanters; shoe finishers. |
| Aniline makers: artificial-leather makers: calico printers: coal-tar workers: compositors: compounders (rubber): dye makers: explosive workers: feather workers: lithographers: millinery workers: mixers (rubber): painters: paint makers: pencil (colored) makers: photographic workers: pressroom workers (rubber): printers: reclaimers (rubber): rubber workers; tannery workers; vulcanizers. |
| [A]ntimony extractors (refiners): brass founders: burnishers (iron and steel): burnishers (rifle barrels): calico printers: color makers: compositors: compounders (rubber): dye makers: enamel makers: filers: fireworks makers: glass mixers: glaze dippers (pottery): glaze mixers (pottery): grinders (metals): grinders (rubber): lead smelters: linotypers: mixers (rubber); monotypers: mordanters; pressroom workers (rubber): printers: rubber workers: shot makers; stereotypers: vulcanizers. |
| Arsenic roasters: artificial-flower makers: artificial leather makers: bookbinders: brass founders: bronzers: calico printers: candle (colored) makers: carpet makers: carroters (felt hats): chargers (zinc smelters): color makers: colored-paper workers: compounders (rubber): copper founders: copper smelters: curriers (tannery): cut-glass workers: decorators (pottery): dye makers: electro-[pl]a[ters]: enamelers: feather curers: feather workers ... [ma]kers: ferrosilicon workers: fur handlers: fur ... galvanizers: gardeners: glass mixers: glaze ... [po]ttery): glaze mixers (pottery): gold refiners; |



J. Poisons—Continued.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
| --- | --- | --- |
| 9. Arsenic and its compounds—Continued. | septum, bleeding gums, peripheral multiple neuritis, paralysis. | Insecticide makers: japan makers: jewelers: lead smelters: linoleum colorers: lithographers: mixers (rubber): mordanters: paper glazers: paperhangers: pencil (colored) makers: pitch workers: pottery workers: pressroom workers (rubber): printers: pyrites burners: refiners (metals): rubber-tire builders: rubber washers: rubber workers: sealing-wax makers: sheep-dip makers: shot makers: sprayers (trees): sulphur burners: sulphuric-acid workers: tannery workers: taxidermists: tinners: toy makers: velvet makers: wallpaper printers: wax-ornament makers: wire drawers: wood preservers: zinc miners. |
| 10. Arseniureted hydrogen. | General malaise, difficulty of breathing, fainting fits, gastric disturbance, jaundice, bluish discoloration of the mucous membrane, pain in the region of the spleen and kidney, darkened urine, fetor of the mouth resembling garlic. | Acid dippers: aniline workers: balloon (toy) fillers: battery (dry) makers: bronzers: carbonizers (shoddy): dimethyl-sulphate makers: dye makers: enamelers: ferrosilicon workers: fertilizer makers: galvanizers: lead burners: silicon workers: fertilizer makers: galvanizers: lead burners: lime burners: nitroglycerin makers: picklers: refiners (metals): shoddy workers: submarine (storage battery workers): sulphuric acid workers: tinners: towermen (sulphuric acid); zinc chloride makers. |
| 11. Benzine......... | Headache, vertigo, nausea, cough, irregular respiration, weakness of the heart, drowsiness, cyanosis, twitching of the muscles, psychosis, skin lesions. | Art-glass workers: bronzers: buffers (rubber): cast scrubbers (electroplaters): celluloid makers: cementers (rubber shoes): cement mixers (rubber): compositors: compounders (rubber): curriers (tannery): decorators (pottery): degreasers (fertilizer, leather): dippers (rubber): dry cleaners: electroplaters: enamelers: leather workers: furniture polishers: gilders: glue workers: japan makers: lacquer makers: linoleum makers: lithographers: millinery workers: mixers (rubber): mordanters: painters: paint makers: pressroom workers (rubber): printers: putty makers: rubber-glove makers: rubber-tire builders: rubber washers: rubber workers: shellac makers: shoe finishers: tannery workers: type cleaners: varnish makers: vulcanizers. |
| 12. Benzol.......... | Headache, vertigo, anemia, muscular tremor, scarlet lips, spots of extravasated blood in the skin, irritant cough, fatty degeneration of liver, kidneys, and heart. | Aniline makers: artificial-leather makers: battery (dry) makers: benzol stillmen: bronzers: carbolic-acid makers: cast scrubbers: cementers (rubber shoes): cement mixers (rubber): coal-tar workers: coke-oven workers: color makers: compounders (rubber): decorators (pottery): degreasers (fertilizer, leather): dry cleaners: driers (rubber): dye makers: electroplaters: explosives workers: feather workers: fertilizer makers: gas (illuminating) workers: gilders: glue workers: lacquer makers: lithographers: millinery workers: mixers (rubber): mordanters: painters: paint makers: photo-engravers: photographic workers: pressroom workers (rubber): reclaimers (rubber); rubber-tire builders: rubber washers: rubber workers: shellac makers: shoe-factory workers: shoe finishers: smokeless-powder makers: still (coal-tar) cleaners: treaders (rubber): varnish makers: vulcanizers. |
| 13. Brass (zinc)..... | Headache, general malaise, throat irritation, cough, nausea, vomiting, constipation, trembling, muscular pains, accelerated respiration, profuse sweating, deposit of green tartar on the teeth, metallic taste in the mouth, anemia, premature old age, respiratory and degenerative diseases. | Bench molders (foundry): blowers-out (zinc smelting): brass founders: braziers: bronzers: chargers (zinc smelting): core makers: floor molders (foundry): galvanizers: junk-metal refiners: luters (zinc smelting); pourers (brass foundry); welders; zinc smelters. |
| 14. Carbon dioxide.. | Anemia, cyanosis, headache, drowsiness, vertigo, tinnitus, and general nervousness. | Alkali-salt makers; blacksmiths; boiler-room workers; brass founders; brewers; brick burners; caisson workers; carbon-dioxide makers; charcoal burners; drying-room workers (miscellaneous); fertilizer makers; furnace workers; lime burners; limekiln chargers; miners; pottery workers; sewer workers; silo workers; soda makers; starch makers; sugar refiners; vintners; white-lead makers; yeast makers. |