*J. Poisons*—Continued.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 15. Carbon disulphide. | Headache, pain in the extremities, trembling, deafness, reduction of the reflexes, acceleration of the heart's action, nausea, digestive trouble, emaciation, disturbance of sense of vision, excitement and violent temper followed by depression, hyperstimulation of sexual instinct, later its abnormal decline, chronic dementia. | Ammonium-salts makers; artificial-silk makers; asphalt testers; carbon-disulphide makers; celluloid makers; cementers (rubber shoes); cement mixers (rubber); dry cleaners; driers (rubber); enamelers; glue workers; insecticide makers; match-factory workers; oil extractors; paint makers; paraffin workers; putty makers; reclaimers (rubber); smokeless-powder makers; sulphur extractors; tallow refiners; vulcanizers. |
| 16. Carbon monoxide. | Headache (usually frontal), dizziness, sense of fullness of the head, fatigue, nausea, general weakness, polycythemia. | Acetylene makers; bakers; bisque-kiln workers; blacksmiths; blockers (felt hats); boiler-room workers; brass founders; cable splicers; calico printers; carbide makers; celluloid makers; charcoal burners; chargers (zinc smelting); chimney sweepers; coal-tar workers; coke-oven workers; copper smelters; core makers; drying-room workers (miscellaneous); enamelers; felt-hat makers; filament makers (incandescent lamps); finishers (incandescent lamps); flangers (felt hats); flue cleaners; foundry workers; furnace workers; garage workers; gas (illuminating) workers; glost-kiln workers; incandescent-lamp makers; kiln tenders; laundry workers; lead smelters; lime burners; limekiln chargers; mercury smelters; miners; patent-leather makers; phosgene makers; pottery workers; pressers; refiners (metals); sealers (incandescent lamps); silver melters; singers (cloth); soda makers; stokers; teazers (glass); temperers; tubulators (incandescent lamps); zinc smelters. |
| 17. Chloride of lime. | Irritating cough, inflammation of upper air passages, difficulty of breathing, bronchitis, asthma, sometimes hemoptysis, conjunctivitis, lachrymation, hyperhidrosis, burning eruption on the skin. | Bleachers; chloride of lime makers; chloroform makers; disinfectant makers; dye makers; laundry workers; tannery workers. |
| 18. Chlorine. | Pallid countenance, emaciation, decayed teeth, bronchial irritation and asthma, gastric disturbances, irritation of the skin, chloracne. | Alkali-salt makers; beatermen (paper and pulp); bleachers; broom makers; calico printers; chloride of lime makers; chlorine makers; disinfectant makers; dye makers; laundry workers; phosgene makers; photographic workers; sulphur-chloride makers; zinc-chloride makers. |
| 19. Chlorodinitrobenzol. | *See* Nitrobenzol....... | |
| 20. Chloronitrobenzol. | *See* Nitrobenzol....... | |
| 21. Chromium compounds. | Pitlike, phagedenic ulcers, very difficult to heal and very painful; perforation of the nasal septum at the cartilaginous portion, irritation of the conjunctiva, small areas of inflammation in the lungs, inflammation of the kidneys, chronic gastritis, anemia. | Artificial-flower makers; battery (dry) makers; bleachers; calico printers; candle (colored) makers; chromium workers; color makers; compounders (rubber); dye makers; dyers; enamelers; glass mixers; glaze dippers (pottery); glaze mixers (pottery); ink makers; linoleum colorers; lithographers; match-factory workers; mixers (rubber); mordanters; paperhangers; pencil (colored) makers; photo-engravers; photographic workers, pressroom workers (rubber); rubber-tire builders; rubber washers; rubber workers; tannery workers; vulcanizers; wall-paper printers; wax-ornament workers; wood stainers. |
| 22. Cyanogen compounds. | Headache, vertigo, unsteadiness of gait, nausea, loss of appetite, disturbance of gastric and intestinal functions, slowing of the pulse, albuminuria. | Acid dippers; ammonium-salts makers; blacksmiths; blast-furnace workers; browners (gun barrels); calico printers; case hardeners; celluloid makers; dye makers; electroplaters; fulminate mixers; fumigators; gas (illuminating) workers; gas purifiers; gold refiners; photographic workers; picklers; silver refiners; tannery workers, temperers. |



*J. Poisons*—Con

| Health hazard. | Symptom, condition, or disease to look for. | Oc |
|---|---|---|
| 23. Dimethyl sulphate. | Strongly corrosive effect on the skin and mucous membranes, hoarseness, lachrymation, conjunctivitis, edema, photophobia. | Dimethyl-su |
| 24. Dinitrobenzol... | *See* Nitrobenzol....... | |
| 25. Gasoline........ | *See* Naphtha.......... | |
| 26. Hydrochloric acid. | Irritation of mucous membranes; conjunctivitis; coryza; pharyngeal, laryngeal, and bronchial catarrh; dental caries. | Acid dipper erers; acid salts mak calico pri carbonizer dyers; en glass dipst acid make tery work shoddy wo ners; vigne |
| 27. Hydrofluoric acid. | Intense irritation of the eyelids and conjunctiva, coryza, bronchial catarrh with spasmodic cough; ulceration of the nostrils, gums, and oral mucous membrane; painful ulcers of the cuticle, erosion and formation of vesicles, suppuration under the finger nails. | Antimony dyers; etc extractors. |
| 28. Lead and its compounds. | Sallow, pale yellowish hue of the skin; metallic taste, nausea, anorexia, constipation, lead line, asthenia, lassitude, headaches, arthralgias and neuritis, weakness of grip, tremors of fingers and tongue; lead paralyses, especially of muscles used most; atrophy of optic nerve. | Acid finish artificial ers; benc (tannery ers; brass bronzers (rubber); splicers; c loid make orers (win workers ers; decora ers; dyers workers; e ters; filers. finishers (pottery); gold refin heater boy descent-lar jewelers; quer make lead-pipe oleum mak ers; lithogr ror sil ere instrumen makers; pa hangers; photograp pottery w ers (glass ers (metal makers; s bottles, etc sheet-meta makers (m ers; staine age-battery ers (enam ers; tin-foil ers (potter wallpaper stainers; z |

ons—Continued.

| Occupations which offer such exposure. |
|---|
| Ammonium-salts makers: artificial-silk makers: asphalt testers: carbon-disulphide makers: celluloid makers: cementers (rubber shoes): cement mixers (rubber): dry cleaners: driers (rubber): enamelers: glue workers: i[illegible]ecticide makers: match-factory workers: oil extract[illegible]s: paint makers: paraffin workers: putty makers: reclai[illegible]rs (rubber): smokeless-powder makers; sulphur extract[illegible]s; tallow refiners; vulcanizers. |
| Acetylene makers: bakers: bisque-kiln workers: blacksmiths: blockers (felt hats): boiler-room workers: brass founders: cable splicers: calico printers: carbide makers; celluloid makers: charcoal burners: chargers (zinc smelting): chimney sweepers: coal-tar workers: coke-oven work[illegible]per smelters: core makers: drying-room workers [illegible]uous): enamelers: felt-hat makers: filament [illegible]incandescent lamps): finishers (incandescent [illegible]ancers (felt hats): flue cleaners: foundry work[illegible]ers: furnace workers: garage workers: gas (illuminating) workers: glost-kiln workers: incandescent-lamp makers: kiln tenders: laundry workers: lead smelters: lime burners: limekiln chargers: mercury smelters: miners: patent-leather makers: phosgene makers: pottery workers: pressers: refiners (metals): sealers (incandescent lamps): silver melters: singers (cloth): soda makers: stokers: teazers (glass): temperers: tubulators (incandescent lamps): zinc smelters. |
| Bleachers: chloride of lime makers: chloroform makers: disinfectant makers: dye makers; laundry workers; tannery workers. |
| Alkali-salt makers: beatermen (paper and pulp): bleachers; broom makers: calico printers: chloride of lime makers: chlorine makers: disinfectant makers: dye makers: laundry workers: phosgene makers: photographic workers: sulphur-chloride makers; zinc-chloride makers. |
| Artificial-flower makers: battery (dry) makers: bleachers: calico printers: candle (colored) makers: chromium workers; color makers: compounders (rubber): dye makers; dyers: enamelers: glass mixers: glaze dippers (pottery); glaze mixers (pottery): ink makers: linoleum colorers: litho[illegible]ers: match-factory workers: mixers (rubber); mordanters: nail enhancers: pencil (colored) makers: photo-engravers: photographic workers, pressroom workers (rubber): rubber-tire builders: rubber washers: rubber workers: tannery workers: vulcanizers: wall-paper printers; wax-ornament workers; wood stainers. |
| Acid dippers: ammonium-salts makers: blacksmiths: blast-furnace workers: browners (gun barrels): calico printers: case hardeners: celluloid makers: dye makers: electro-pla[illegible] [illegible]lminate mixers: fumigators: gas (illuminating) [illegible]s purifiers: gold refiners: photographic work[illegible]; silver refiners; tannery workers, temperers. |



*J. Poisons*—Continued.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 23. Dimethyl sulphate. | Strongly corrosive effect on the skin and mucous membranes, hoarseness, lacrymation, conjunctivitis, edema, photophobia. | Dimethyl-sulphate makers: dye makers: perfume makers. |
| 24. Dinitrobenzol... | *See* Nitrobenzol....... | |
| 25. Gasoline........ | *See* Naphtha.......... | |
| 26. Hydrochloric acid. | Irritation of mucous membranes: conjunctivitis: coryza: pharyngeal, laryngeal, and bronchial catarrh; dental caries. | Acid dippers; acid finishers (glass): acid mixers: acid receivers: acid transporters: alkali-salt makers: ammonium salts makers: aniline makers, battery (dry) makers: calico printers: camphor makers: carbolic-acid makers: carbonizers (shoddy): cartridge dippers: dye makers: dyers: enamel makers: fertilizer makers: galvanizers: glass finishers: glass mixers: glue workers, hydrochloric-acid makers: jewelers: petroleum refiners: picklers: pottery workers: reclaimers (rubber): rubber workers: shoddy workers: solderers: sulphur-chloride makers: tinners: vulcanizers: zinc-chloride makers. |
| 27. Hydrofluoric acid. | Intense irritation of the eyelids and conjunctiva, coryza, bronchial catarrh with spasmodic cough: ulceration of the nostrils, gums, and oral mucous membrane: painful ulcers of the cuticle, erosion and formation of vesicles, suppuration under the finger nails. | Antimony fluoride extractors: art-glass workers: bleachers: dyers: etchers; fertilizer makers; glass finishers: silicate extractors. |
| 28. Lead and its compounds. | Sallow, pale yellowish hue of the skin: metallic taste, nausea, anorexia, constipation, lead line, asthenia, lassitude, headaches, arthralgias and neuritis, weakness of grip, tremors of fingers and tongue: lead paralyses, especially of muscles used most: atrophy of optic nerve. | Acid finishers (glass): amber workers: art-glass workers: artificial-flower makers: babbitters: battery (dry) makers: bench molders (foundry): blacksmiths: bleachers (tannery): bookbinders: bottle-cap makers: brass founders: brass polishers: braziers: brick burners: brick makers: bronzers: browners (gun barrels): brush makers: buffers (rubber): burners (enameling): cable makers: cable splicers: calico printers: canners: cartridge makers: celluloid makers: chargers (zinc smelting): color makers, colorers (white) of shoes: compositors: concentrating-mill workers (lead and zinc): cut-glass workers: cutlery makers: decorators (pottery): diamond polishers: dye makers: dyers: electroplaters: electrotypers: embroidery workers: emery-wheel makers: enamel makers: file cutters: filers; floor molders (foundry): galvanizers: glass finishers: glass mixers: glass polishers: glaze dippers (pottery): glaze mixers (pottery): glost-kiln workers: gold refiners: grinders (metals): grinders (rubber); heater boys (riveters): imitation-pearl makers: incandescent-lamp makers: insecticide makers: japan makers; jewelers: junk-metal refiners: labelers (paint cans): lacquer makers: lead burners: lead-foil makers, lead miners: lead-pipe makers: lead-salts makers, lead smelters: linoleum makers: linotypers: linseed-oil boilers: lithographers: lithotransfer workers: match-factory workers: mirror silverers: mixers (rubber): monotypers: musical-instrument makers: nitric-acid workers: nitroglycerin makers: painters: paint makers: paint removers: paper-hangers: patent-leather makers: petroleum refiners: photograph retouchers: pipe fitters: plumbers: polishers: pottery workers: printers: putty makers: putty polishers (glass): reclaimers (rubber): red-lead workers: refiners (metals): riveters: roofers: rubber workers: sagger makers: sandpaperers (enameling and painting auto bodies, etc.): screen workers (lead and zinc smelting): sheet-metal workers: shellac makers: shot makers: slip makers (pottery): slushers (porcelain enameling): solderers: stainers (shoes): steel engravers: stereotypers, storage-battery makers: sulphuric-acid workers: table turners (enameling): tannery workers: temperers: tile makers: tin-foil makers: tinners: toy makers: transfer workers (pottery): tree sprayers: type founders: typesetters: wallpaper printers: welders: white-lead workers: wood stainers: zinc smelters. |

*J. Poisons*—Continued.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 29. Mercury and its compounds. | Ptyalism: swelling, inflammation, and bleeding of the gums; blue line on the gums, rodent ulcers, pallor, mercurial tremor, digestive disturbances, localized white spots in the mucosa surrounded by pale blue or reddened area, general weakness of the hand and digital extensors, foul breath, corrosion of the teeth, furunculosis, sleeplessness and depression or drowsiness and apathy, loss of energy and initiative. | Artificial-flower makers; battery (dry) makers; blowers (felt hats); bronzers; browners (gun barrels); brushers (felt hats); cap loaders; carroters (felt hats); cartridge makers; chlorine makers (electrolytic); color makers; coners (felt hats); dentists; detonator cleaners; detonator fillers; detonator packers; devil operators (felt hats); dye makers; Edison storage battery workers; explosive workers; felt-hat makers; fireworks makers; fulminate mixers; fur handlers; fur preparers; gold refiners; hardeners (felt hats); incandescent-lamp makers; jewelers; mercurial-vapor-lamp makers; mercury bronzers; mercury miners; mercury-salts workers; mercury smelters; mercury-solder makers; mercury-still cleaners; mirror silverers; mixers (felt hats); paint makers; photographic workers; primers (explosives); refiners (metals); sizers (felt hats); sole-stitchers (Blake machine); starters (felt hats); steel engravers; stiffeners (felt hats); storage-battery makers; taxidermists; thermometer makers; water gilders; zinc-electrode makers. |
| 30. Methyl alcohol.. | Headache, nausea, abdominal cramps, ringing in the ears, muscular prostration, insomnia, delirium, difficulty of breathing, inflammation of the throat and mucous membrane of the air passages, conjunctivitis, serious affections of the retina and optic nerve resulting in blindness, fatty degeneration of the liver. | Aldehyde pumpmen; art-glass workers; artificial-flower makers; artificial silk makers; boot fitters; bronzers; brush makers; calico printers; celluloid makers; cementers (rubber shoes); dimethy sulphate makers; dry cleaners; dryers (felt hats); dye makers; explosives workers; feather workers; felt-hat makers; filament makers (incandescent lamps); fitters (shoes); furniture polishers; gilders; hardeners (felt hats); incandescent lamp makers; ink makers; japan makers; lacquer makers; lasters (shoes); linoleum makers; millinery workers; mottlers (leather); painters; paint makers; patent-leather makers; perfume makers; photo engravers; photographers; polishers; shellac makers; shoe-factory operatives; shoe finishers; soap makers; stiffeners (felt hats); stitchers (shoes); type cleaners; upholsterers; varnish makers; vulcanizers; wood-alcohol distillers; woodworkers. |
| 31. Methyl bromide.. | Vertigo, headache, staring look, pallor of the skin, retarded pulse, constipation, excitability, trembling. | Antipyrin makers; dye makers. |
| 32. Naphtha......... | Headache, vertigo, nausea, vomiting, dyspnea, palpitation, insomnia, hysteria. | Bronzers; chauffeurs; degreasers (fertilizer, leather); dyers; furniture polishers; garage workers; gilders; metal-polish makers; painters; petroleum refiners; polishers; rubber workers; shoe finishers; waterproof-cloth makers; woodworkers. |
| 33. Nitraniline...... | *See* Aniline. | |
| 34. Nitrobenzol and other nitro compounds of benzol and its homologues. | Icterical skin which gradually becomes cyanotic, methemoglobin formation, general debility, anemia, presence of hematoporphyria, albumin, and sometimes free poison in the urine; skin eruptions, visual disturbances, dyspnea, odor of bitter almonds in breath. | Aniline makers; dye makers; explosives workers; perfume makers; smokeless-powder makers; soap makers. |



*J. Poisons*—Contin

| Health hazard. | Symptom, condition, or disease to look for. | Occup. |
|---|---|---|
| 35. Nitroglycerin.... | Severe headache, vertigo, nausea, paralysis of the muscles of the head and eyes as well as of the lower extremities, cyanosis, reddening of the countenance, burning in the throat and stomach, disturbances of digestion, trembling, neuralgia, colic, retarded respiration and heart action, obstinate ulcers under nails and on the finger tips, eruptions on the plantar aspect of the feet and interdigital spaces, with extreme dryness and formation of fissures. | Explosives wor |
| 36. Nitronaphthalene. | *See* Nitrobenzol. | |
| 37. Nitrous gases and nitric acid. | Irritation of air passages, cough, labored respiration, inflammation of the eyes, corrosion of the teeth, erosion and perforation of nasal septum. | Acid dippers; porters; an bleachers; c loid makers cotton); en makers; [illegible] elec worke imitation jewelers; nitric-acid gravers; [illegible] soda, maker towermen (s |
| 38. Petroleum....... | Inflammation of the skin, acne, suppurating ulcers; papilloma; numbness and irritation of the Schneiderian membrane; headache and sensory disturbances; affections of the respiratory organs. | Browners (gu ers; lamp plant worke leum refiner |
| 39. Phenol.......... | Erosion of the skin, eczema, irritation of respiratory organs, digestive disturbances, symptoms of degeneration of the blood, emaciation, nephritis, gangrene, icterus. | Bakelite mak makers; dye purifiers; [illegible] workers; [illegible] acid); surgic |
| 40. Phenyl hydrazine. | Vesicular eruptions on the skin with itching and burning, diarrhea, loss of appetite, granular degeneration of the blood corpuscles, formation of methemoglobin, a sense of general malaise. | Antipyrin mal |

[redacted]



ns—Continued.

| Occupations which offer such exposure. |
|---|
| rtificial-flower makers; battery (dry) makers; blowers (felt hats); bronzers; browners (gun barrels); brushers (felt hats); can loaders; carroters (felt hats); cartridge makers; chlorine makers (electrolytic); color makers; coners (felt hats); dentists; detonator cleaners; detonator fillers; detonator packers; devil operators (felt hats); dye makers; Edison storage battery workers; explosive workers; felt-hat makers; fireworks makers; fulminate mixers; fur handlers; fur preparers; gold refiners; hardeners (felt hats); incandescent-lamp makers; jewelers; mercurial-vapor-lamp makers; mercury bronzers; mercury miners; mercury-salts workers; mercury smelters; mercury-solder makers; mercury-still cleaners; mirror silverers; mixers (felt hats); paint makers; photographic workers; primers (explosives); refiners (metals); sizers (felt hats); sole-stitchers (Blake machine); starters (felt hats); steel engravers; stiffeners (felt hats); storage-battery makers; taxidermists; thermometer makers; water gilders; zinc-electrode makers. |
| ummen: art-glass workers; artificial-flower ... artificial silk makers; bookbinders; bronzers; ...nish makers; calico printers; celluloid makers; cementers (rubber shoes); dimethyl sulphate makers; dry cleaners; ... (felt hats); dye makers; explosives workers; feather workers; felt-hat makers; filament makers (incandescent lamps); fitters (shoes); furniture polishers; gilders; hardeners (felt hats); incandescent-lamp makers; ink makers; japan makers; lacquer makers; lasters (shoes); linoleum makers; millinery workers; mottlers (leather); painters; paint makers; patent-leather makers; perfume makers; photoengravers; photographers; polishers; shellac makers; shoe-factory operatives; shoe finishers; soap makers; stiffeners (felt hats); stitchers (shoes); type cleaners; upholsterers; varnish makers; vulcanizers; wood-alcohol distillers; woodworkers. |
| ntipyrin makers; dye makers. |
| ronzers; chauffeurs; degreasers (fertilizer, leather); dyers; furniture polishers; garage workers; gilders; metal-polish makers; painters; petroleum refiners; polishers; rubber workers; shoe finishers; waterproof-cloth makers; woodworkers. |
| niline makers; dye makers; explosives workers; perfume makers; smokeless-powder makers; soap makers. |



*J. Poisons*—Continued.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 35. Nitroglycerin.... | Severe headache, vertigo, nausea, paralysis of the muscles of the head and eyes as well as of the lower extremities, cyanosis, reddening of the countenance, burning in the throat and stomach, disturbances of digestion, trembling, neuralgia, colic, retarded respiration and heart action, obstinate ulcers under nails and on the finger tips, eruptions on the plantar aspect of the feet and interdigital spaces, with extreme dryness and formation of fissures. | Explosives workers; nitroglycerin workers; shell fillers. |
| 36. Nitronaphthalene. | *See* Nitrobenzol. | |
| 37. Nitrous gases and nitric acid. | Irritation of air passages, cough, labored respiration, inflammation of the eyes, corrosion of the teeth, erosion and perforation of nasal septum. | Acid dippers; acid mixers; acid recoverers; acid transporters; aniline makers; artificial feather makers; bleachers; carroters (felt hats); cartridge dippers; celluloid makers; dimethyl-sulphate makers; dippers (guncotton); enamelers; etchers; explosives workers; felt-hat makers; fertilizer makers; fur preparers; galvanizers; glue workers; guncotton dippers; guncotton wringers; imitation-pearl makers; incandescent lamp makers; jewelers; lithographers; miners; mordanters; nitrators; nitric-acid workers; nitroglycerin workers; photo-engravers; picklers; picric-acid makers; refiners (metals); soda makers; steel engravers; sulphuric-acid workers; towermen (sulphuric acid); wringers (guncotton). |
| 38. Petroleum....... | Inflammation of the skin, acne, suppurating ulcers; papilloma; numbness and irritation of the Schneiderian membrane; headache and sensory disturbances; affections of the respiratory organs. | Browners (gun barrels); feather workers; furniture polishers; lampblack makers; millinery workers; oil-flotation-plant workers; oil-well workers; paraffin workers; petroleum refiners; temperers. |
| 39. Phenol.......... | Erosion of the skin, eczema, irritation of respiratory organs, digestive disturbances, symptoms of degeneration of the blood, emaciation, nephritis, gangrene, icterus. | Bakelite makers; calico printers; coal-tar workers; dye makers; dyers; etchers; gas (illuminating) workers; gas purifiers; lampblack makers; picric acid makers; rubber workers; smokeless powder makers; stillmen (carbolic acid); surgical-dressing makers; wood preservers. |
| 40. Phenyl hydrazine. | Vesicular eruptions on the skin with itching and burning, diarrhea, loss of appetite, granular degeneration of the blood corpuscles, formation of methemoglobin, a sense of general malaise. | Antipyrin makers; dye makers. |

J. *Poisons*—Continued.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 41. Phosgene | Destruction of lung tissue, emphysema and edema, myocardial insufficiency due to the emphysema, pleural thickening and adhesions, chronic bronchitis, mild diffuse bronchiectasis, nocturnal dyspnea, polycythemia. | Dye makers; phosgene makers. |
| 42. Phosphorus | Inflammation and sclerosis of the bones and of the periosteum, necrosis of the bones of the jaw, swelling and ulceration of the gums and buccal membrane, loosening and falling out of the teeth, suppuration and destruction of jawbone with fistulous channels burrowing through the cheek, meningeal inflammation, brittleness of bones, digestive disturbances, emaciation. | Boneblack makers; brass founders; fertilizer makers; fireworks makers; insecticide makers; match-factory workers; phosphate-mill workers; phosphor-bronze workers; phosphorus-compounds makers; phosphorus extractors. |
| 43. Phosphuretted hydrogen. | Oppressed feeling in the chest, headache, vertigo, tinnitus aurium, general debility, loss of appetite, great thirst. | Acetylene makers; ferrosilicon workers; phosphorus extractors; phosphorus (red) makers. |
| 44. Picric acid | Itching, inflammation of the skin, vesicular eruptions, yellow pigmentation of epidermis and conjunctiva, inflammation of buccal mucous membrane, digestive disturbances, vertigo, jaundice, nasal catarrh, nephritis. | Dye makers; dyers; explosives workers; photographers; picric acid makers; shell fillers; smokeless-powder makers. |
| 45. Sulphur chloride. | Symptoms are due to the combined effects of chlorine, hydrochloric acid and sulphur dioxide. Sulphur chloride when in contact with moisture reacts with water to form these products. | Rubber-substitute makers; vulcanizers. |
| 46. Sulphur dioxide. | Irritation of the mucous membrane of respiratory organs and eyes, spasmodic cough, bronchial catarrh, digestive disturbances, blood-tinged mucous. | Alkali-salt makers; blast-furnace workers; bleachers; brass founders; brick makers; broom makers; carbonic acid makers; chambermen (sulphuric acid); chargers (zinc smelting); copper smelters; dye makers; fertilizer makers; flue cleaners; fruit preservers; fumigators; galvanizers; glue workers; lead smelters; mercury smelters; oil-flotation-plant workers; petroleum refiners; pottery workers; pyrites burners; refiners (metals); rubber workers; storage battery makers; sugar refiners; sulphite cooks; sulphur burners; sulphurers (hops and malt); sulphuric-acid workers; tannery workers; towermen (sulphuric acid); zinc smelters. |
| 47. Sulphuretted hydrogen. | Headache, debility, vertigo, nausea, disturbances of digestion, sallow complexion and emaciation, slowing of the pulse, conjunctival catarrh, tendency to the formation of boils. | Alkali-salt makers; artificial-silk makers; blast-furnace workers; bronzers; cable splicers; celluloid makers; dye makers; fertilizer makers; flax-rettery workers; gas (illuminating) workers; gas purifiers; glue workers; match-factory workers; miners; oil-flotation-plant workers; petroleum refiners; pyrites burners; sewer workers; soda makers; sodium sulphide makers; starch makers; sugar refiners; tannery workers. |



J. *Poisons*—Cont:

| Health hazard. | Symptom, condition, or disease to look for. | Occu |
|---|---|---|
| 48. Sulphuric acid | Inflammation of respiratory organs, injury to teeth through softening of the dentine, chronic catarrh. | Acid dippers coverers; ammonium beet-still or steel): calc (shoddy); men (sulph makers; ox makers; ca hydrochlor mercerizers. makers; oil makers; pet chine opera (rubber); su workers; stc tallow refin (sulphuric |
| 49. Tar | Tar itch, diffuse acne, eczema or psoriasis, loss of appetite, nausea, diarrhea, headache, numbness, vertigo, albuminuria, edema, ischuria, conjunctivitis, bronchitis. | Battery (dry chimney sw cleaners; ga makers; pa roofers; roo tar workers. |
| 50. Tetrachlorethane (acetylene tetrachloride). | Abnormal sense of fatigue, profuse perspiration, general discontent and grouchiness, inability to concentrate, nocturia, sugar polyuria, dreaming, headache, vertigo, nervousness, insomnia, loss of appetite, constipation, diarrhea, gas in stomach, general abdominal pain, nausea, eructations of gas, vomiting, loss of weight, jaundice, enlarged liver, bile in the urine, abdominal tenderness, increase of mononuclear cells, appearance of many immature large mononuclears, elevation in the white count, slight anemia, slight increase in number of platelets. | Airplane-win (airplanes). |
| 51. Trinitrotoluol | Nose and throat irritation, obstinate cough, bluish color of the lips and lobes of the ears, yellowing of the whites of the eyes, expectoration of yellow mucous, discoloration—a mixture of lividity and jaundice, rash on the skin, shortness of breath, anemia, palpitation of the heart, bile-stained urine, rapid weak pulse. | Explosive w |

·—Continued.

| Occupations which offer such exposure. |
| --- |
| ·e makers; phosgene makers. |
| ·nenlack makers; brass founders; fertilizer makers; fire-works makers; insecticide makers; match-factory workers; ·hor phate-mill workers; phosphor-bronze workers; phos-horus-compounds makers; phosphorus extractors. |
| ·etylene makers; ferrosilicon workers; phosphorus ex-tractors; phosphorus (red) makers. |
| ·ye makers; dyers; explosives workers; photographers; picric acid makers; shell fillers; smokeless-powder makers. |
| Rubber-substitute makers; vulcanizers. |
| Alkali-salt makers; blast-furnace workers; bleachers; brass founders; brick makers; broom makers; carbonic acid makers; chambermen (sulphuric acid); chargers (zinc smelting); copper smelters; dye makers; fertilizer makers; flue cleaners; fruit preservers; fumigators; galvanizers; glue workers; lead smelters; mercury smelters; oil-flotation-plant workers; petroleum refiners; pottery workers; pyrites burners; refiners (metals); rubber workers; storage battery makers; sugar refiners; sulphite cooks; sulphur burners; sulphurers (hops and malt); sulphuric-acid workers; tannery workers; towermen (sulphuric acid); zinc smelters. |
| Alkali-salt makers; artificial-silk makers; blast-furnace workers; bronzers; cable splicers; celluloid makers; dye makers; fertilizer makers; flax-rettery workers; gas (il-lu·· ·e) workers; gas purifiers; glue workers; match-·orkers; miners; oil-flotation-plant workers; ·refiners; pyrites burners; sewer workers; soda ·odium sulphide makers; starch makers; sugar ·ers; tannery workers. |



*J. Poisons*—Continued.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
| --- | --- | --- |
| 48. Sulphuric acid. | Inflammation of respiratory organs, injury to teeth through softening of the dentine, chronic catarrh. | Acid dippers; acid finishers (glass); acid mixers; acid recoverers; acid transporters; ammonium-salts makers; ammonium-sulphate makers; artificial-leather makers; beta-still operators (beta naphthol); burnishers (iron and steel); calico printers; carbolic acid makers; carbonizers (shoddy); cartridge dippers; celluloid makers; chambermen (sulphuric acid); dimethyl-sulphate makers; dye makers; explosives workers; felt-hat makers; fertilizer makers; galvanizers; glass finishers; guncotton dippers; hydrochloric acid makers; jewelers; linoleum makers; mercerizers; nitrators; nitric-acid makers; nitroglycerine makers; oil-flotation-plant workers; patent-leather makers; petroleum refiners; phosphorus-evaporating machine operators; picklers; picric acid makers; reclaimers (rubber); salt extractors (coke oven by-products); shoddy workers; storage-battery makers; sulphuric-acid workers; tallow refiners; tannery workers; temperers; towermen (sulphuric acid); wire drawers. |
| 49. Tar | Tar itch, diffuse acne, eczema or psoriasis, loss of appetite, nausea, diarrhea, headache, numbness, vertigo, albuminuria, edema, ischuria, conjunctivitis, bronchitis. | Battery (dry) makers; briquet makers; brush makers; chimney sweepers; coke-oven workers; cord makers; flue cleaners; gas (illuminating) workers; insulators; paint makers; paraffin workers; pavers; petroleum refiners; roofers; roofing-paper workers; still (coal-tar) cleaners; tar workers; wood preservers. |
| 50. Tetrachlorethane (acetylene tetrachloride). | Abnormal sense of fatigue, profuse perspiration, general discontent and grouchiness, inability to concentrate, nocturia, slight polyuria, dreaming, headache, vertigo, nervousness, insomnia, loss of appetite, constipation, diarrhea, gas in stomach, general abdominal pain, nausea, eructations of gas, vomiting, loss of weight, jaundice, enlarged liver, bile in the urine, abdominal tenderness, increase of mononuclear cells, appearance of many immature large mononuclears, elevation in the white count, slight anemia, slight increase in number of platelets. | Airplane-wing varnishers; artificial-silk makers; tapers (airplanes). |
| 51. Trinitrotoluol | Nose and throat irritation, obstinate cough, bluish color of the lips and lobes of the ears, yellowing of the whites of the eyes, expectoration of yellow mucous, discoloration—a mixture of lividity and jaundice, rash on the skin, shortness of breath, anemia, palpitation of the heart, bile-stained urine, rapid weak pulse. | Explosive workers; shell fillers. |

*J. Poisons*—Continued.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 52. Turpentine...... | Irritation of the mucous membrane of the eyes, nose, and upper air passages; cough, bronchial inflammation; salivation; giddiness, headache, irritation of the kidneys, odor of violets in urine, severe irritation of the skin, eczema, and hardening of the epidermis. | Art-glass workers; cable splicers; calico printers; camphor makers; cementers (rubber shoes); decorators (pottery); dry cleaners; dye makers; enamelers; enamel makers; feather workers; furniture polishers; japan makers; lacquer makers; linoleum makers; lithographers; millinery workers; painters; paint makers; patent-leather makers; printers; rubber workers; sealing-wax makers; shellac makers; transfer workers (pottery); turpentine extractors; varnish makers. |

## SKIN IRRITANTS.

Because of the fact that dermatoses form such a large proportion of all occupational diseases and are often disabling, the more important occupations that are exposed to skin irritants have been listed separately. A complete enumeration of such occupations would be impossible. Almost any foreign substance can become a skin irritant if it is in continuous contact with the skin. Thus soap and water, which ordinarily do not irritate the skin, may cause severe dermatoses in washerwomen.

The data presented below are a compilation of the literature on the subject, taken largely from Dr. R. Prosser White's compilation of "Occupational Affections of the Skin."

Skin affections caused by different external irritants often show the same clinical picture. A number of occupational skin eruptions have no specific lesions or special pathology, which makes their differential diagnosis very difficult. Most superficial industrial skin diseases show simply a difference in degree of catarrhal inflammation, depending on the intensity of the irritant. For these reasons the symptoms for each irritating substance have not been listed as has been done for the other hazards.

Occupational dermatoses are characterized by their grouping, situation, mode of appearance, spread, and evolution. They crop up in series, retaining their initial type throughout, unless they are secondarily infected. They are most often local, except when they are a differentiating sign of the toxemias. The onset and development are usually sudden. The inflammation is sharply outlined. Exudation is excessive and there is deep-seated edema. The eruption usually predominates on the right side.

There are many cases of dermatitis which are caused by physical agents, such as heat, cold, friction, etc. In this bulletin these conditions are dealt with only as they are related to the hazards listed.



Thus among the symptoms for "Extr light" we find skin eruptions.

The following is the list of the more to dermatoses with the irritating subst

*Occupation exposed to spec*

| Occupation exposed. | |
|---|---|
| Acetylene makers.......... | Calcium carbide. |
| Acid workers.......... | Acids. |
| Alkali-salt makers.......... | Caustic alkali. |
| Artificial-flower makers.......... | Caustic alkali, dy |
| Bakelite makers.......... | Formaldehyde, p |
| Barbers.......... | Soap, hair tonics, |
| Battery (dry) makers.......... | Acids, zinc chlori |
| Beatermen (paper and pulp).......... | Caustic alkali, dy |
| Bleachers (cloth).......... | Acids, bleaching sodium silicate. |
| Blooders (tannery).......... | Dyes. |
| Bobbin carriers.......... | Nitrobenzol, alum sodium fluoride |
| Bricklayers.......... | Lime. |
| Bronzers.......... | Dyes. |
| Broom makers.......... | Dyes, vegetable d |
| Calico printers.......... | Dyes. |
| Candy makers.......... | Sugar. |
| Cap loaders.......... | Mercury compou |
| Carbide makers.......... | Calcium carbide. |
| Carbolic-acid makers.......... | Caustic alkali, pr |
| Cardboard stickers.......... | Sodium silicate. |
| Carroters (felt hats).......... | Acids, mercury c |
| Cartridge dippers.......... | Acids, soap. |
| Celluloid makers.......... | Dyes. |
| Cementer (rubber shoes).......... | Benzine, coal-tar |
| Cement workers.......... | Lime. |
| Cloth preparers.......... | Acids, caustic alk. sodium silicate. |
| Confectioners.......... | Sugar. |
| Cotton sizers.......... | Acids, zinc, chlori |
| Curriers (tannery).......... | Paraffin, benzine. |
| Dampers (conditioning cotton).......... | Nitrobenzol, alum sodium fluoride |
| Dentists.......... | Procain. |
| Detonator cleaners.......... | Mercury compour |
| Detonator fillers.......... | Mercury compou |
| Detonator packers.......... | Mercury compou. |
| Disinfectant makers.......... | Formaldehyde. |
| Druggists.......... | Bleaching powder |
| Dye makers.......... | Acids, benzine, c diates, dyes, tur calcium salts, cr gums, hydroqui |
| Dyers.......... | Dyes. |
| Electroplaters.......... | Acids, benzine, c nickel sulphate. |
| Embalmers.......... | Formaldehyde. |
| Engravers.......... | Acids, caustic alk |
| Etchers.......... | Acids, caustic alk. |
| Explosives workers.......... | Dye intermediate bromine, mercur |
| Felt-hat makers.......... | Acids, mercuric ni |
| Fish dressers.......... | Brine. |
| Flax spinners.......... | Lime, brine. |
| Furniture polishers.......... | Benzine, caustic pyridin, rosin. |
| Fur workers.......... | Dyes. |
| Galvanizers.......... | Ammonium chlori |
| Gas-mantle impregnators.......... | Thorium compoun |
| Glass blowers.......... | Charcoal, pitch, r |
| Glass mixers.......... | Caustic alkali. |
| Ink makers.......... | Dyes. |

;—Continued.

| Occupations which offer such exposure. |
| --- |
| t-glass workers: cable splicers: calico printers: camphor makers: cementers (rubber shoes); decorators (pottery); ry cleaners: dye makers: enamelers: enamel makers: ather workers: furniture polishers: japan makers: lacquer makers: linoleum makers: lithographers: millinery workers: painters: paint makers: patent-leather makers: :raters: rubber workers: sealing-wax makers: shellac makers: transfer workers (pottery); turpentine extractors: arnish makers. |

'RRITANTS.

.ayers form such a large proportion en disabling, the more impor- . skin irritants have been listed :ation of such occupations would be substance can become a skin irritant :th the skin. Thus soap and water, :he skin, may cause severe dermatoses

: a compilation of the literature on Dr. R. Prosser White's compilation the Skin."

rent external irritants often show the ber of occupational skin eruptions il pathology, which makes their dif- it. Most superficial industrial skin ce in degree of catarrhal inflamma- of the irritant. For these reasons g substance have not been listed as ards.

haracterized by their grouping, situ- id. and evolution. They crop up in type throughout, unless they are most often local. except when they toxemias. The onset and develop- inflammation is sharply outlined. e is deep-seated edema. The erup- right side.

which are caused by physical . In this bulletin these condi- y are related to the hazards listed.



Thus among the symptoms for "Extreme dry heat" and "Extreme light" we find skin eruptions.

The following is the list of the more common occupations exposed to dermatoses with the irritating substances concerned:

*Occupation exposed to specified skin irritants.*

| Occupation exposed. | Skin irritants. |
| --- | --- |
| Acetylene makers | Calcium carbide. |
| Acid workers | Acids. |
| Alkali-salt makers | Caustic alkali. |
| Artificial-flower makers | Caustic alkali, dyes. |
| Bakelite makers | Formaldehyde, phenol. |
| Barbers | Soap, hair tonics. |
| Battery (dry) makers | Acids, zinc chloride, ammonium salts, charcoal. |
| Beatermen (paper and pulp) | Caustic alkali, dyes. |
| Bleachers (cloth) | Acids, bleaching powder, caustic alkali, hydrogen peroxide, sodium silicate. |
| Blooders (tannery) | Dyes. |
| Bobbin carriers | Nitrobenzol, aluminum salts, formaldehyde, magnesium salts, sodium fluosilicate. |
| Bricklayers | Lime. |
| Bronzers | Dyes. |
| Broom makers | Dyes, vegetable dust. |
| Calico printers | Dyes. |
| Candy makers | Sugar. |
| Cap loaders | Mercury compounds. |
| Carbide makers | Calcium carbide. |
| Carbolic-acid makers | Caustic alkali, phenol. |
| Cardboard stickers | Sodium silicate. |
| Carroters (felt hats) | Acids, mercury compounds. |
| Cartridge dippers | Acids, soap. |
| Celluloid makers | Dyes. |
| Cementer (rubber shoes) | Benzine, coal-tar products, naphtha, methyl alcohol. |
| Cemant workers | Lime. |
| Cloth preparers | Acids, caustic alkali, lime, soap, potassium salts, sodium salts, sodium silicate. |
| Confectioners | Sugar. |
| Cotton sizers | Acids, zinc, chloride, arsenic salts, phenol. |
| Curriers (tannery) | Paraffin, benzine. |
| Dampers (conditioning cotton) | Nitrobenzol, aluminum salts, formaldehyde, magnesium salts, sodium fluosilicate. |
| Dentists | Procain. |
| Detonator cleaners | Mercury compounds. |
| Detonator fillers | Mercury compounds. |
| Detonator packers | Mercury compounds. |
| Disinfectant makers | Formaldehyde. |
| Druggists | Bleaching powder, soap, iodoform, sodium salts, sugar. |
| Dye makers | Acids, benzine, caustic alkali, coal-tar products, dye intermediates, dyes, turpentine, antimony compounds, barium salts, calcium salts, cresol, dextrins, ferrocyanides, formaldehyde, gums, hydroquinone, lead salts, phenol, potassium chlorate. |
| Dyers | Dyes. |
| Electroplaters | Acids, benzine, caustic alkali, lime, potassium cyanide, soap, nickel sulphate. |
| Embalmers | Formaldehyde. |
| Engravers | Acids, caustic alkali, ferric chloride, potassium cyanide. |
| Etchers | Acids, caustic alkali. |
| Explosives workers | Dye intermediates, explosives (TNT, etc.), ammonium salts, bromine, mercury compounds. |
| Felt-hat makers | Acids, mercuric nitrate, dyes. |
| Fish dressers | Brine. |
| Flax spinners | Lime, brine. |
| Furniture polishers | Benzine, caustic alkali, naphtha, turpentine, methyla lcohol, pyridin, rosin. |
| Fur workers | Dyes. |
| Galvanizers | Ammonium chloride. |
| Gas-mantle impregnators | Thorium compounds. |
| Glass blowers | Charcoal, pitch, rosin. |
| Glass mixers | Caustic alkali. |
| Ink makers | Dyes. |

*Occupation exposed to specified skin irritants*—Continued.

| Occupation exposed. | Skin irritants. |
|---|---|
| Lamphlack makers | Soot. |
| Laundry workers | Caustic alkali, soap. |
| Lime burners | Lime. |
| Lime mulers (tannery) | Lime. |
| Linoleum makers | Dyes. |
| Machinists | Cutting compounds, lubricants, oils. |
| Masons | Lime. |
| Match-factory workers | Dyes, dextrins, gums. |
| Mercerizers | Acids, caustic alkali. |
| Mixers (rubber) | Accelerators (hexamethylenetetramine). |
| Mordanters | Acids, caustic alkali, chromates, zinc chloride, aluminum salts, antimony compounds, arsenates, chromium salts, copper salts, iron salts, lead salts, phosphates, silicates, tin salts. |
| Mottlers (leather) | Dyes. |
| Nickel platers | Zinc chloride, nickel sulphate. |
| Nitroglycerin makers | Acids, explosives. |
| Packing-house employees | Brine. |
| Painters | Acids, caustic alkali, paints, zinc chloride. |
| Paint makers | Paints. |
| Paper-box makers | Glue. |
| Paraffin workers | Paraffin. |
| Parchment makers | Zinc chloride. |
| Pencil (colored) makers | Dyes. |
| Petroleum refiners | Caustic alkali, paraffin. |
| Photographers | Acids, caustic alkali, chromates, metol, pyrogallic acid, turpentine, amidol, bronzing powder, hydroquinone, rodinal. |
| Photographic plate cleaners | Caustic alkali. |
| Pitch workers | Pitch. |
| Plasterers | Lime. |
| Polishers | Caustic alkali, naphtha. |
| Polishers (silver and brass) | Potassium cyanide. |
| Printers | Ink, benzine. |
| Rock-salt workers | Brine. |
| Rope makers | Oil, tar. |
| Rubber workers | Accelerators (hexamethylenetetramine). |
| Salt preparers | Brine. |
| Scratch brushers (electroplating) | Acids, benzine, lime, oils. |
| Shell fillers | Explosives (TNT, etc.). |
| Shoe finishers | Benzine, coal-tar products, naphtha, methyl alcohol. |
| Sizers (cotton) | Zinc chloride, aluminum salts, calcium salts, magnesium salts. |
| Soap makers | Caustic alkali, soap, vegetable oils, sodium silicate. |
| Sodium hydroxide makers | Caustic alkali. |
| Solderers | Acids, zinc chloride. |
| Sugar refiners | Sugar. |
| Tannery workers | Acids, lime, sodium sulphide, arsenic salts, brine, calcium hydrosulphide, chromium salts. |
| Temperers | Oil, brine. |
| Tinners | Zinc chloride. |
| Tobacco rollers | Vegetable dust, vegetable oils. |
| Tube layers (cotton conditioning) | Nitrobenzol, aluminum salts, formaldehyde, magnesium salts, sodium fluosilicate. |
| Typists | Carbon paper. |
| Vulvanizers | Accelerators (Hexamethylenetetramine). |
| Washers | Caustic alkali. |
| Washwomen | Caustic alkali, soap, sodium salts. |
| Watchmakers | Potassium cyanide. |
| Waterproofers (paper) | Paraffin. |
| Wax-ornament makers | Dye intermediates, potassium cyanide. |
| Wet-bobbin winders | Lime, aluminum salts, formaldehyde, magnesium salts, sodium fluosilicate. |
| Wood preservers | Tar, zinc chloride. |
| Zinc-chloride makers | Acids, zinc chloride. |



HEALTH CONDITIONS OF

Health conditions of the Navy duri were excellent. The annual admissior Navy, for the four-week period ending per annum, as compared with 576 per week period ending September 9.

There has been little change in the nicable diseases; the annual admission r ending October 7 was 49 per 1,000, as for the five-week period ending Septemb

The following table gives the annual certain communicable diseases for the c 1922, in comparison with the mean anı of September, for the four-year period

| |
|---|
| Cerebrospinal fever |
| Diphtheria |
| German measles |
| Influenza |
| Malaria |
| Measles |
| Mumps |
| Pneumonia |
| Scarlet fever |
| Smallpox |
| Tuberculosis |
| Typhoid fever |

There were 173 admissions with dengu tember, 132 occurring in insular and United States, and 17 among the forces for pneumonia is somewhat higher than two or three months, the rate for the fi tober 7 being 1.5 per 1,000 per annum. measles, mumps, or scarlet fever has be four weeks, either ashore or afloat.

There has been a decided increase i disease during the past two months, the eases, entire Navy, for the four-week being 163 per 1,000 per annum. The nereal diseases for the entire Navy fo passed is now 118 per 1,000 per annum.

8554—22——12