HEJ/gwp
NO.........................

DISPENSARY

U. S. NAVY YARD, BOSTON

13 July, 1939.

From: The Medical Officer.
To: The Manager of the Yard, Navy Yard, Boston, Mass.

Subject: Hazards to Health of Insulating Material.

1. An inspection of the pipe covering shop (Bldg. 103) and the shack on pier 4, shows that the practise at this Yard of thoroughly wetting down asbestos-containing insulating material is conscientiously and intelligently enforced, and hazards to health of personnel is very remote.

2. It is recommended however, that during the process of cutting and wetting down the material, that personnel wear a respirator and protective gloves. Sufficient dust is generated during this process to justify these precautions.

3. Because of the impracticability of wearing respirators while lagging aboard ship, it is recommended that "Amosite" be kept sufficiently moist at all times to prevent dust.

4. The skin lesions are due to splinters of material being not completely removed and to the corrosive action of the cement. Therefore, all personnel who can do so, should wear protective gloves.

5. As this material contains a high percentage of silica, it is recommanded that all personnel handling "Amosite" and other asbestos containing insulation have an X-ray of their lungs made twice yearly.

6. A new insulating material "Rock Wool" made by the Johns-Manville Co., is contemplated for use in the future. It is requested that the company furnish data concerning it's occupational hazards and methods of safe handling.

7/15/39
MP told comply to fullest practicable extent
R

H.E. Jenkins
H.E. Jenkins
Captain (MC) USN

DEFENDANT'S EXHIBIT
HKP/STC 495
ALL-STATE LEGAL SUPPLY CO.