Boston Navy Yard
Office of Production Officer

18 July 1939

PRODUCTION DIVISION NOTICE NO. 996

Subject: Hazards to Health - re insulating material and its handling.

1. The Medical Department of the Yard has recently surveyed the Yard practice of handling asbestos containing insulating material, and feel that in general safety precautions in regard to hazards to health have been conscientiously and intelligently enforced. However, the following comments are made, and it is directed that all possible steps be taken by those concerned in accomplishing safeguards in handling asbestos containing material. Methods employed at the present time will be continued, and because of the impracticability of wearing respirators for lagging aboard ship, it is directed that "Amosite" be kept sufficiently moist at all times to prevent dust insofar as it is practicable.

2. Skin lesions are due to splinters in the material not being completely removed and from the corrosive action of the cement; therefore, all personnel that can do so should wear protective gloves. As this material contains a high percentage of silica, it is directed that insofar as is possible, all personnel handling "Amosite" and other asbestos containing insulation be sent to the Dispensary for an X-ray of their lungs twice yearly.

C. D. Headlee,
Commander, U.S.N.,
Acting Production Officer.

DEFENDANT'S EXHIBIT
HKP/STC 496
ALL-STATE LEGAL SUPPLY CO.