U. S. TREASURY DEPARTMENT

PUBLIC HEALTH SERVICE

Public Health Bulletin No. 241

August 1938

# A STUDY OF ASBESTOSIS IN THE ASBESTOS TEXTILE INDUSTRY

By

WALDEMAR C. DREESSEN, Passed Assistant Surgeon

J. M. DALLAVALLE, Passed Assistant Sanitary Engineer

THOMAS I. EDWARDS, Technical Editor

J. W. MILLER, Pathologist

R. R. SAYERS, Senior Surgeon

With the assistance of

H. F. EASOM, M. D., Director

M. F. TRICE, Engineer

*Division of Industrial Hygiene*
*North Carolina State Board of Health*

From the Division of Industrial Hygiene
National Institute of Health

PREPARED BY DIRECTION OF THE SURGEON GENERAL

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1938

For sale by the Superintendent of Documents, Washington, D. C. - - - - - - - - Price 20 cents

# ORGANIZATION OF THE NATIONAL INSTITUTE OF HEALTH

---

THOMAS PARRAN, *Surgeon General, United States Public Health Service*
L. R. THOMPSON, *Assistant Surgeon General, Director, National Institute of Health*

---

*Division of Biologics Control.*—Chief, Senior Surg. W. T. HARRISON.
*Division of Chemistry.*—Chief, Prof. C. S. HUDSON.
*Division of Infectious Diseases.*—Chief, Senior Surg. R. E. DYER.
*Division of Industrial Hygiene.*—Chief, Senior Surg. R. R. SAYERS.
*Division of Pathology.*—Chief, Surg. R. D. LILLIE.
*Division of Pharmacology.*—Chief, Pharmacologist Director CARL VOEGTLIN.
*Division of Public Health Methods.*—Chief, Surg. J. W. MOUNTIN.
*Division of Zoology.*—Acting Chief, Senior Zoologist, WILLARD H. WRIGHT.
*National Cancer Institute.*—Chief, Pharmacologist Director CARL VOEGTLIN.
*National Advisory Cancer Council.*—Executive Director, Dr. LUDVIG HEKTOEN.

# CONTENTS


| | Page |
|---|---|
| | IX |
| n | 1 |
| of the study | 2 |
| ıg environment | 3 |
| ds and instruments used in the study of the working environ-t | 3 |
| ıanufacture of asbestos textiles | 3 |
| reparation | 4 |
| arding | 8 |
| pinning | 9 |
| /inding, twisting, and spooling | 10 |
| /eaving | 11 |
| rake-band manufacture | 13 |
| ı manufacturing methods | 15 |
| ıational analysis and a description of the chief occupations | 16 |
| reparation | 18 |
| 'arding | 18 |
| pinning | 18 |
| pooling, twisting, winding, and treating | 18 |
| 'loth and tape weaving | 18 |
| ıll other | 19 |
| ts of the engineering study | 19 |
| )ust studies | 19 |
| Vature of dust found in asbestos textile factories | 19 |
| Composition | 19 |
| Particle size | 23 |
| )ust concentration in different occupations | 25 |
| Preparation | 25 |
| Carding | 26 |
| Spinning | 27 |
| Spooling, twisting, and winding | 27 |
| Broadcloth weaving | 28 |
| Tape, wick, and brake-band weaving | 29 |
| Cord, rope, and braid working | 30 |
| Brake-band finishing | 30 |
| Miscellaneous occupations | 30 |
| ous dust exposure | 31 |
| pretation of dust counts | 32 |
| ɔontrol of asbestos dust | 33 |
| Preparation department | 33 |
| Willowing | 34 |
| Piling | 35 |
| Picking | 35 |
| Carding | 36 |
| Spooling and twisting | 37 |
| Weaving | 38 |
| Inspection | 39 |
| mary of the study of the working environment | 40 |

Pag

Statistical description of employees 4
    Occupational histories 4
    Comparison with other industrial workers 4
Medical study 4
    Procedure 4
    Past medical history 4
    Symptoms of asbestosis 5
    X-ray findings 5
        Lung-field markings 5
        Diaphragm 6
    Physical findings 6
        Chest expansion 6
        Respiratory rate 6
        Clubbing of fingers and curving of nails 6
        Heart defects 6
        Asbestos corns 6
    Laboratory findings 6
        Asbestosis bodies 6
        Results of tests on urine 7
    The diagnosis of asbestosis 7
        Occupational history 7
        X-ray findings 7
        Classification of lung-field markings 7
        Symptoms 7
    Representative case histories 7
Incidence of asbestosis 8
    Threshold concentration of asbestos dust 9
    Incidence of asbestosis in different occupations 9
    Asbestosis in Great Britain and the United States 9
Pathological findings in asbestosis 9
    Gross appearance 9
    Microscopic appearance 9
    Selected autopsy reports 10
Acknowledgments 11
Summary of medical findings 11
Annotated bibliography 11

## ILLUSTRATIONS

Figure

1. Vacuum cleaner bag arrangement for collecting suspended dust samples
2. Flow sheet of American practice
3. Mill for crushing asbestos fiber
4. Fly opener or willower (note exhaust)
5. Exhausted carding machines
6. Spinning mules
7. Twisting machines 1
8. Exhausted braider 1
9. Rope making machine 1
10. Broadcloth weaving loom 1
11. Brake-band weaving loom showing three of the six sections with woven bands 1
12. Flow sheet of British practice 1
13. Gross appearance of suspended dust collected with vacuum cleaner device (see fig. 1) 2

Page

oscopic appearance of suspended dust collected with vacuum aner device at 200× ---------- 22
.usted piling bins ---------- 34
.ust ventilation used for piling operations (British practice) ---------- 35
matic drawing of exhaust system used with picker machine ---------- 36
.cal exhaust ventilation applied to an unenclosed primary carding ıchine ---------- 36
lly enclosed exhausted primary carding machine ---------- 37
ation and plan for spooling exhaust system ---------- 37
ıusted spooling frame ---------- 38
ıusted twisting frame ---------- 39
ıusted broadcloth loom ---------- 40
ıil of exhausted loom shown in figure 23 ---------- 41
ıil of exhaust used on British type loom ---------- 41
ıusted brushing and inspection table ---------- 41
n used for recording occupational history ---------- 45
n used for recording past and present medical history ---------- 49
entage of persons, classified by dust exposure, who had certain sorders ---------- 52
entage of persons, classified by lung-field markings, who had certain disorders ---------- 53
n used for recording X-ray findings ---------- 54
ıme used in classifying X-ray markings ---------- 55
ıentage of males, classified by age, who had certain lung-field arkings ---------- 56
ıtion of ground-glass lung-field markings to length of employment ---------- 58
ıtion of ground-glass lung-field markings to dust exposure ---------- 58
dence of ground-glass lung-field markings in relation to length of nployment and dust concentration ---------- 59
ıtion of diaphragmatic fixation to dust exposure. Three stages of iaphragmatic fixation are represented ---------- 60
m used for recording physical findings ---------- 63
ıtomicrographs of asbestosis bodies found in sputum. Enlarged 30 times except *E* which is enlarged 310 times. A scale ruled in nits of 50 microns, has been drawn beside each asbestosis body ---------- 67
bestos corn on thumb of 36-year old man employed 4 years in the ard room of an asbestos textile factory ---------- 70
tions of chest X-ray films which illustrate the successive changes rought about by long-continued inhalation of asbestos dust ---------- 76
Chest X-ray films illustrating individual case histories ---------- 78–88
ıtomicrographs of lung sections showing the presence of nodular brosis and emphysema in a silicotic lung and diffuse fibrosis and mphysema in an asbestotic lung. A section of a normal lung is hown for comparison. Magnification 16× ---------- 98
ıestosis body in intra-aveoleolar connective tissue. Practically no brosis in this area. Case H–21 Magnification 1,000×. (Army Medical Museum No. 52,255) ---------- 99
ıestosis bodies accompanied by giant cells in an area of fibrosed lung issue. Case H–21. Magnification 705×. (Army Medical Museum No. 52,255) ---------- 100
se H–21. Right lung. Markedly thickened pleura with fusion of nterlobar pleura. Dense fibrous tags over entire surface ---------- 102

Figure | Pag

56. Case H-21. Left lung. Pleura much thickened. Fewer fibrous adhesions than were noted on the right lung ---------- 10

57. Case H-21. Section of right lung. Advanced asbestosis. Distended bronchi and air spaces at both apex and base. Diffuse fibrosis throughout lung substance and thickened pleura ---------- 10

58. Case H-21. Section of left lung. Distended bronchi and air spaces at apex. Rather uniformly distributed fibrous and emphysematous areas throughout rest of lung ---------- 10

59. Chest X-ray of case H-23, 15 months before death ---------- 10

60. Case H-23. Right lung. Entire pleural surface covered by dense fibrous tags ---------- 10

61. Case H-23. Left lung. Very few fine fibrous tags are noted on the pleura ---------- 10

62. Case H-23. Section of right lung. Moderately advanced asbestosis. Fibrous areas and emphysema uniformly distributed throughout the lung substance ---------- 11

63. Case H-23. Section of left lung. Shows less involvement than right lung ---------- 11

64. Case H-25. Chest X-rays taken 15 months and 1 month before death. Part of the difference between the two roentgenograms is due to a difference in X-ray technique ---------- 11

65. Case H-25. Section of right lung. Early asbestosis. Uniform distribution of fibrous areas throughout lung substance ---------- 11

# A STUDY OF ASBESTOSIS IN THE ASBESTOS TEXTILE INDUSTRY

## INTRODUCTION

Several important properties of asbestos have led to its widespread use in industry. As everyone knows, it is noncombustible and an excellent insulator against heat and electricity. Fewer people seem to be aware that its fibers are sufficiently long and flexible to be carded, spun, and woven like wool, flax, or cotton. Utilizing these properties of asbestos, industries have been developed in this country which employed more than 6,000 men and women in slightly more than 60 establishments in 1935.

Another property of asbestos has been discovered more recently. When asbestos dust is inhaled daily, year in and year out, a lung disease termed asbestosis may develop. In many respects asbestosis resembles silicosis, but it differs from silicosis in several important particulars which will be discussed in the medical section of this report.

The first record of a case of asbestosis seems to have been made by Montague Murray in 1900. The first complete description of the disease and of the "curious bodies" seen in lung tissue and sputum appeared in 1927 when Cooke (9) and McDonald (22) reported two cases of asbestosis and listed their reasons for believing that asbestosis bodies originate from asbestos fibers that reach the lungs. The publication of their papers aroused general interest in the subject and numerous papers appeared soon afterward. Hoffman (46) appears to have been the first American to call attention to the magnitude of the asbestosis problem. In 1918 he reported that 13 deaths from asbestosis had occurred among asbestos textile workers, and about the same time Pancoast, Miller, and Landis (29) reported on 17 cases of asbestosis. Mill's (26) paper was the first pathological report on asbestosis published in the United States, and in the same year, 1930, Lynch and Smith (38) reported on asbestosis bodies found in the sputum of asbestos workers.

Because several satisfactory literature reviews of asbestosis have appeared in recent years there seems to be no need to present a complete literature review in this report. Some of the more useful literature reviews have been listed in the annotated bibliography. In Merewether's (25) review emphasis is laid on the relation of asbestosis

to working conditions. The clinical aspects of the subject are well treated. Gloyne's (16) discussion of the pathology of asbestosis is particularly helpful. Middleton's (47) Milroy lectures on pneumoconiosis contain a section on asbestosis. Egbert (13) has summarized the literature reports on 28 fatal cases of asbestosis. "Active pulmonary tuberculosis was present in 6 instances of the total 28 cases; the fatal outcome was primarily the result of tuberculosis in 3 instances."

### OBJECTIVES OF THE STUDY

The Public Health Service was requested by the State Board of Health and the Industrial Commission (administrator of the Workmen's Compensation Act) of North Carolina to assist them in making an engineering and medical study of health hazards in the asbestos textile industry.[1] The objectives of this study were threefold: (1) To make a medical study of the effects of long-continued inhalation of asbestos dust on the human body; (2) to identify the manufacturing processes that create dust and to recommend practices and, when necessary, equipment that will reduce the dust exposure of workers; and (3) to find out what concentration of asbestos dust can be tolerated without injury to health.

[1] This represents one of the first uses of Social Security funds for a cooperative project carried on by the Public Health Service and a State health department.

# THE WORKING ENVIRONMENT

## METHODS AND INSTRUMENTS USED IN THE STUDY OF THE WORKING ENVIRONMENT

The evaluation of the working environment and its relation to the health of workers forms the basis of all field investigations conducted by the Division of Industrial Hygiene. The procedure followed by this Division is described in Public Health Bulletin No. 217 (2). Therefore, only a brief discussion of the subject is presented in this report.

The study of an occupational dust problem begins with a preliminary survey designed to obtain data on all the occupations in a given plant. It includes the number of workers employed in each occupation and the materials used in each process. The survey also reveals the number of workers exposed to a given hazard. Following the preliminary survey an evaluation of the occupational environment is made. In the dusty trades this includes a determination of the amount of dust present in the air, its composition and particle size and the measurement of the effectiveness of exhaust systems where they are used to control dust hazards. The latter, in this instance, involved airflow measurements of several exhaust systems by means of a pitot static tube. The effectiveness of these systems was determined by dust counts.

## THE MANUFACTURE OF ASBESTOS TEXTILES

Approximately 90 percent of the asbestos used in these plants is obtained from Canada. The remaining 10 percent comes from Arizona or South Africa, and, infrequently, from Russian and Australian sources.

Much of the machinery that is employed for the manufacture of asbestos textiles is identical with the machinery used for the production of cotton and woolen goods. Crude asbestos fiber is sent first to the preparation department and then, in the order named, to the carding machines, spinning frames, winding bobbins, twisting machines, spooling frames, and finally to the looms and miscellaneous fabricating devices.

The four plants investigated in the present study fall naturally into two classifications. Two plants convert crude asbestos and raw cotton into asbestos yarn and woven goods, but do not prepare the

products for the ultimate consumer. The other two plants purchase both asbestos yarn and unfinished woven asbestos tape. These establishments weave brake bands and convert their own woven product, as well as purchased material, into finished goods. The practices followed in the plants studied are schematically presented in the flow sheet shown in figure 2.



FIGURE 1.—VACUUM CLEANER BAG ARRANGEMENT FOR COLLECTING SUSPENDED DUST SAMPLES.

PREPARATION

*Crushing.*—The first step in the manufacture of asbestos textiles is the crushing of the crude stock in a milling machine. This is accomplished by large iron rollers which revolve in a steel pan in which the crude material is placed. (See fig. 3.) This operation separates the fibers and loosens the impurities that survived the cobbing of the ore at the mines. The crushing operation does not produce much dust, the fibers being disintegrated by a mashing and twisting action.

Most crude ore must be crushed for 20 minutes, although in some cases it may be satisfactorily disintegrated in 5 minutes. The crushed asbestos has a matted appearance. Following the crushing, the asbestos is replaced by hand in the bags for delivery to the willower.

*Willowing.*—The willowing or opening of the asbestos is essentially a cleaning operation. The willower beats and shreds the matted

# FLOW SHEET
## AMERICAN PRACTICE




FIGURE 2.—FLOW SHEET OF AMERICAN PRACTICE

asbestos masses into individual fibers and removes some of the rock. The asbestos fibers that are retained are delivered directly to a storage bin or conveyed to one by pneumatic duct. (See fig. 4.) The material falling to the floor is screened in order to separate the grit from the short fibers. The grit is sold to cement manufacturers and the short asbestos fibers to paint, paper, and roofing manufacturers.

The willower is fed manually by a laborer who lifts the crushed asbestos into the willower hopper by means of a pitchfork. The beating and combing action which takes place within the machine produces a large amount of dust which escapes from the loose-fitting enclosure. The production of dust is increased when waste asbestos, recovered from the cyclone separators which form a part of the dust-



FIGURE 3.—MILL FOR CRUSHING ASBESTOS FIBER.

removal system, is willowed for reclaiming purposes. This latter operation is called fly willowing.

At one of the plants studied, the willowed asbestos is passed over a vibrating screen. This operation insures a cleaner product, since additional grit and short fibers are removed. Where a second screen is not available the asbestos may be passed through the willower a second time, a practice which is followed at two of the plants studied. The screening of asbestos is a decidedly dusty operation.

*Mixing.*—The asbestos fibers consist of blends of various grades and often include a certain amount of waste recovered by the fly willower. This process is followed in order to obtain end products with the characteristics demanded by the market. When a batch of asbestos has been made, it is then mixed with cotton. Asbestos fibers must be mixed with cotton before they can be spun and woven. The amount

of cotton used depends upon the quality of the willowed asbestos fibers used. As a rule, from 5 to 15 percent by weight of all the asbestos textiles produced in this country is cotton.

*Piling.*—At the plants studied, the mixing is accomplished in two steps, the first consisting of placing the cotton and asbestos in alternate layers in a pile upon the floor, and the second step of feeding the mixture into a picker machine. The batch making, or the placing of the cotton and asbestos, is known as piling. It is productive of much dust since it is necessary to spread out both the cotton and asbestos into uniform layers, which involves the use of a rake and much trampling of the materials.

*Picking.*—After the mixture is made, it is lifted into the breast-high hopper of the picker machine. The material emptied into the



FIGURE 4.—FLY OPENER OR WILLOWER (NOTE EXHAUST).

hopper displaces air in the hopper which causes dust and fibers to escape upward into the face of the worker. In addition, the cylinder and accessory rollers of the picker machine operate at a high speed and much fine material escapes from the many small openings in the frame. The dust that is fanned out of the machine, together with that produced in the feeding operation, makes the pickerman's occupation comparatively dusty. In some plants two pickers are operated in series and in others only one, through which the material may be passed several times. In either case the picker discharges directly or by pneumatic duct into a collector bin. Where only one machine is available, however, the pickerman must move the material by pitchfork from the collector bin to the floor of the picker room for its recirculation through the picker. At one of the plants studied there are two pickers operated in series and connected by pneumatic

ducts. Here the collector bin is also the storage bin. In order to prevent the mixed material from accumulating in a steep pile a man is stationed in the stock bin at all times. This occupation creates considerable dust, since the cotton-asbestos mixture is delivered into the bin by overhead duct discharge. In order to reduce the dust exposure of the stock-bin man, his position is made interchangeable with the pickerman, each of whom spends a half of every day in the stock bin and a half day at the picker. In the plant having only one picker, the mixture is trucked from the collector bin to the storage bin. At one of the plants studied, exhaust ventilation is provided for the picker machines and the mixed stock storage bins. Oil sprays are



FIGURE 5.—EXHAUSTED CARDING MACHINES.

frequently used within the picking machines in an attempt to prevent the formation of dust.

CARDING

From the storage bins the stock, as it is called, is hand-trucked to the carding machines where it may be piled upon the floor or fed into the hopper of the breaker card.

The cards perform several duties. They give the fibers an additional mixing, arrange them in parallel positions, and form them into roving. The term roving is applied to the strands of parallel fibers that are produced. A carding unit consists of two almost identical machines. The one through which the cotton-asbestos mixture passes first is termed the breaker card, and the other, the finishing card. The two machines are quite similar in that a large revolving cylinder with several accessory rollers performs the major portion of the work. (See fig. 5.) The carding operation is quite similar to that of the

picker, the essential difference being that the roller and cylinder surfaces are studded with fine steel bristles rather than large hooks. Some of the rollers straighten the fibers by combing out the tangles, while others doff, or remove, them from the combing rollers and the cylinder. Aside from these main features, the two units differ slightly. The breaker card is equipped with a feeding hopper similar to that used on the picking machine, while the finishing card is provided with a device for forming the carded fibers into strands. In the plants studied a system of conveyor lattices transfer the carded fibers from one machine to the other. The outside strands of roving are returned



FIGURE 6.—SPINNING MULES.

to the picker for reworking. The remainder of the roving is wound on long rollers with flanged ends, called jack spools.

The bristle-studded cylinders of the carding machines revolve at high speeds and much lint is thrown into the atmosphere. The effect produced by the revolving cylinders and wheels is similar to that of a fan, and as a result much of the dust remaining on the stock at this point, as well as asbestos and cotton fibers, is blown into the air. All carding machines studied were provided with exhaust ventilation.

While practically all of the roving is spun into yarn, some of it is marketed without further processing other than winding on spools or into coils. In this form it is used for electrical insulation and for conversion into packing for machine bearings.

SPINNING

The jack spools containing the roving may be conveyed either to the mule spinning machines shown in figure 6 or to the ring spinning frames. The spinning, on whatever machine performed, is a twisting operation which imparts strength to the strand of fibers by inter-