locking or meshing them together. The ring spinner twists the roving as it is wound on a spindle, while the mule spinner performs the same treatment in two operations; first, spinning it in 5- or 6-foot lengths and then winding it on a spindle. The ring spinner makes a yarn that is stronger and better in many respects than that produced on the mule spinner.

### WINDING, TWISTING, AND SPOOLING

The spun yarn is converted into stronger thread in two operations. It is taken first to the winding machines where it is transferred from spindles to tubes. After being wound on tubes, the yarn goes to the twisting machines where the thread from two or more tubes is brought together and twisted into one thread. In the twisting operation the thread is frequently strengthened with brass, zinc, or copper wire, or



FIGURE 7.—TWISTING MACHINE.

with cotton twine. Following the initial twisting operation the yarn may return to the winders for placing on special tubes, in which form it is marketed. Then again, it may be conveyed to the cop or twill winders where it is wound into spindles for use in the shuttles of the looms. There are a variety of winding operations that prepare the yarn in some particular manner for the market or for use on certain types of machines. Likewise, there are a variety of twisting and spooling operations. (See fig. 7.)

The winding and twisting of the yarn is followed by a number of more or less related operations. The thread may be converted into cloth, tape, wick, brake lining, tubes, braids, or formed into rope. (See figs. 8 and 9.) A small amount of the product of the winders and twisters is treated by passing through a sizing compound, and subsequently dried on reels before being wound again on tubes for the market.

WEAVING

The weaving of asbestos is done on looms that operate in the conventional manner. Both cloth looms and tape looms are used. (See figs. 10 and 11.) On the latter, brake lining, asbestos tape, and wick for oil stoves are woven. The tape looms differ from the cloth looms in that the warp is segregated into several strips of material and in that there is a shuttle for each strip of warp. The weaving of all strips proceeds simultaneously; one mechanism operates all shuttles and a single reed suffices for all warps. Looms for tape weaving are made in multiples of 6 spaces up to as many as 30. Both dry and wet weaving are employed for the production of both cloth and tape. In wet weaving the warp is passed through a shallow pan of water and the cop (for use in the shuttle) is dipped into water.



FIGURE 8.—EXHAUSTED BRAIDER.

Dry weaving of broadcloth produces much lint and dust. The threads of the warp are continually rubbed past each other as they are moved from positions above or below the line of the shuttle which is shot from one side of the loom to the other at each change in position of the warp. Fiber fragments are rubbed from the threads at each change in their position and the fanning of the air by the moving machinery carries them into the atmosphere in and about the loom. The same machines are used for both wet and dry weaving.

In the manufacture of asbestos woven products at some of the plants studied, the warp is formed on individual looms by harnessing the thread from many spools which are hung on creel racks. At others

the warp is first wound on a beam from the individual spools and then transferred to the looms. The latter practice makes a more compact weaving unit as creel racks occupy several times as much floor space as the loom. The creel racks are attended by a worker who is kept



FIGURE 9.—ROPE-MAKING MACHINE.



FIGURE 10.—BROADCLOTH WEAVING LOOM.

busy tying broken threads and replacing empty spools with full ones. The occupation involves an exposure to asbestos dust for which the looms are largely responsible.

The asbestos cloth is usually shipped to firms that convert it into gaskets, fireproof clothing, and other products that require a non-

combustible fabric. Some asbestos wick is packed for the market without further treatment. Asbestos tape is usually sold to other industries. Some plants that weave brake bands sell it as a crude woven ribbon of fabric to finishing factories, while other manufacturers of the material convert it into finished products.



FIGURE 11.—BRAKE-BAND WEAVING LOOM SHOWING THREE OF THE SIX SECTIONS WITH WOVEN BANDS.

## BRAKE-BAND MANUFACTURE

The manufacture of brake bands proceeds in several steps, the first being the impregnation of the woven fabric with either an asphaltic compound or a vegetable resin. The latter is the newer form of treatment and is rapidly supplanting the former. Following this operation a heat treatment is applied in a specially constructed oven. In practice the ribbon of woven asbestos passes first into a vat of the

treating substances and thence immediately into a baking oven. These operations are carried on in a building that is well ventilated and which is removed from other structures sufficiently to reduce the fire hazard. The treated asbestos fabric is now calendered into uniform width and thickness and one surface is ground smooth. The brake-band material is next cut into suitable lengths and holes drilled into them according to pattern. Finally, the finished brake bands are branded and packed for the market.

In some plants molded brake bands are made of asbestos yarn and




FIGURE 12.—FLOW SHEET OF BRITISH PRACTICE.

a synthetic resin. The process consists of passing asbestos thread through a bath of resinous material and immediately winding it upon a spool or cylinder. Enough of the resin will adhere to the asbestos to form a matrix into which the asbestos thread will be imbedded. When the desired thickness is obtained, the spool or cylinder is given a heat treatment which hardens the resin. The baked cylinder of material is removed from the spool and cut into narrow sections. The circular bands thus formed are ground, machined, and otherwise made ready for the market.

The grinding or surfacing of the brake bands produces considerable dust. In the plants studied exhaust ventilation was used to control the exposure.

### BRITISH MANUFACTURING METHODS

British practice differs in many respects from American practice. The same type of machinery is used in both countries but in British factories, dust-control equipment seems to be more generally used than in American factories. British factories specialize in the production of fine yarn and this involves numerous differences in practice.

In England the processing of the asbestos begins, as it does in the United States, with the crushing of the ore, but when this operation has been completed the manufacturing process does not parallel American practice until the fiber has been carded and is ready for spinning into yarn. (See fig. 12.)

After crushing, various grades of asbestos are blended in a machine quite similar to the conventional type of rotary concrete mixer. It is of passing interest to note that the same device is used for blending tea. The blend of asbestos is passed through a magnetic separator where certain mineral impurities are removed. It is cleaned further on rotary shaker screens where some grit and fiber fragments are eliminated. After screening, the material is fed into a willower. The British employ a vertical willower that is known as a Creighton opener. Its action is similar to that of the American willower, and the internal revolving mechanism is retained. The willowed material is subjected to a final cleaning on a second set of screens; such an operation is termed "sieving." Willowing is the last of the cleaning processes, after which the asbestos is placed into bins and is thereafter known as stock. It is now fully prepared for carding.

The practice at the plants included in this investigation is to add cotton to the asbestos and then subject the combination to a thorough mixing in a picker machine. In England cotton is added to the asbestos on the carding machine, both fibers being fed separately into the breaker card. The cotton in all probability is prepared for the carding operation on a conventional type of combination cotton textile picker machine which opens the fibers, cleans them, and forms the material into laps. The latter term is applied to the cotton which is formed into a broad ribbon of felt and then wound into a roll.

English carding machines are equipped with a feeding conveyor, or lattice, upon which first the asbestos and then the cotton are placed. The asbestos is added from a weighing box that is supported over and near the outside end of the conveyor. This box feeds asbestos in accordance with a predetermined ratio of the fiber to the cotton. When a certain weight of asbestos has accumulated in the box, a mechanism opens the bottom and allows the material to fall upon the

lattice. Further along a roll of cotton felt rests upon the lattice and unwinds as the conveyor moves forward. Thus, asbestos covered with a layer of cotton felt is fed into the first machine of the carding unit. The carding operation has already been described.

The roving produced by the carding machines may be converted into yarn on either one of the two machines, both of which have been discussed. As was pointed out, the ring spinning machine produces a much finer yarn than the mule spinning device. Since the British specialize in fine yarn, the ring spinning frames are used virtually to the exclusion of the mule spinner. The preparation of yarn for the market and its conversion into woven products will not be discussed since they are similar to the processes used in this country.

### OCCUPATIONAL ANALYSIS AND A DESCRIPTION OF THE CHIEF OCCUPATIONS

The occupational analysis of the four asbestos plants covered in the present investigation is shown in table 1.

TABLE 1.—*Occupational analysis of workers in the asbestos textile manufacturing industry*

| Section and activity | Number of workers in— | | | | | | | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Plant A | | Plant B | | Plant C | | Plant D | | | |
| | M | F | M | F | M | F | M | F | M | F |
| **Preparation:** | | | | | | | | | | |
| Foremen | | | 2 | | | | | | 2 | |
| Crushermen | 3 | | 6 | | | | | | 9 | |
| Willowers | 1 | | 6 | | | | | | 7 | |
| Pickermen | 3 | | 6 | | | | | | 9 | |
| Total | 7 | | 20 | | | | | | 27 | |
| **Carding:** | | | | | | | | | | |
| Foremen | 2 | | 3 | | | | | | 5 | |
| Second hand | 3 | | 3 | | | | | | 6 | |
| Carders | 9 | | 21 | | | | | | 30 | |
| Stockmen | 3 | | 15 | | | | | | 18 | |
| Tenders | 3 | | 3 | | | | | | 6 | |
| Total | 20 | | 45 | | | | | | 65 | |
| **Spinning:** | | | | | | | | | | |
| Foremen | | | 2 | | | | | | 2 | |
| Mule spinners | 4 | | 10 | | | | | | 14 | |
| Ring spinners | 5 | | 15 | | | | | | 20 | |
| Helpers | 3 | | 10 | | | | | | 13 | |
| Total | 12 | | 37 | | | | | | 49 | |
| **Spooling:** Spoolers | | 9 | | 13 | | | | | | 22 |
| **Twisting:** | | | | | | | | | | |
| Foremen | 2 | | 2 | | | | | | 4 | |
| Second hands | 3 | | 2 | | | | | 1 | 5 | 1 |
| Twisters | 15 | | 15 | | | | | | 30 | |
| Helpers | 3 | | 4 | | | | | | 7 | |
| Total | 23 | | 23 | | | | | 1 | 46 | 1 |

TABLE 1.—*Occupational analysis of workers in the asbestos textile manufacturing industry*—Continued

| Section and activity | Number of workers in— | | | | | | | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Plant A | | Plant B | | Plant C | | Plant D | | | |
| | M | F | M | F | M | F | M | F | M | F |
| Winding: | | | | | | | | | | |
| Foremen | 1 | ------ | 2 | ------ | ------ | ------ | ------ | ------ | 3 | ------ |
| Winders | ------ | 13 | ------ | 14 | ------ | 1 | ------ | ------ | ------ | 28 |
| Yarn packers | 8 | ------ | 5 | ------ | ------ | ------ | ------ | ------ | 13 | ------ |
| Total | 9 | 13 | 7 | 14 | ------ | 1 | ------ | ------ | 16 | 28 |
| Treating: Treaters | 1 | ------ | ------ | 2 | 4 | ------ | 5 | ------ | 10 | 2 |
| Cloth weaving: | | | | | | | | | | |
| Foremen | 1 | ------ | 1 | ------ | ------ | ------ | ------ | ------ | 2 | ------ |
| Second hands | 2 | ------ | 1 | ------ | ------ | ------ | ------ | ------ | 3 | ------ |
| Weavers | 6 | ------ | 25 | ------ | ------ | ------ | ------ | ------ | 31 | ------ |
| Inspectors | 1 | ------ | 2 | ------ | ------ | ------ | ------ | ------ | 3 | ------ |
| Calenderers | 3 | ------ | ------ | ------ | ------ | ------ | ------ | ------ | 3 | ------ |
| Creelers | ------ | 4 | ------ | 5 | ------ | ------ | ------ | ------ | ------ | 9 |
| Cop winders | ------ | 2 | ------ | ------ | ------ | ------ | ------ | ------ | ------ | 2 |
| Helpers | ------ | ------ | 1 | ------ | ------ | ------ | ------ | ------ | 1 | ------ |
| Total | 13 | 6 | 30 | 5 | ------ | ------ | ------ | ------ | 43 | 11 |
| Tape and brake-band weaving: | | | | | | | | | | |
| Foremen | ------ | ------ | 1 | ------ | ------ | ------ | ------ | ------ | 1 | ------ |
| Weavers (tape) | 6 | ------ | 18 | 4 | 2 | 1 | ------ | ------ | 26 | 5 |
| Weavers (brake band) | ------ | ------ | 2 | ------ | 2 | ------ | 9 | ------ | 13 | ------ |
| Calenderers | ------ | ------ | ------ | 2 | 1 | ------ | ------ | ------ | 1 | 2 |
| Creelers | ------ | ------ | 7 | ------ | 1 | ------ | ------ | ------ | 8 | ------ |
| Clerk | ------ | ------ | 1 | ------ | ------ | ------ | ------ | ------ | 1 | ------ |
| Total | 6 | ------ | 29 | 6 | 6 | 1 | 9 | ------ | 50 | 7 |
| Cord, rope, and braid workers | ------ | ------ | 9 | 12 | ------ | ------ | ------ | ------ | 9 | 12 |
| Finishing: | | | | | | | | | | |
| Treaters and driers | ------ | ------ | ------ | ------ | ------ | ------ | 3 | ------ | 3 | ------ |
| Calenderers | ------ | ------ | ------ | ------ | 1 | ------ | ------ | ------ | 1 | ------ |
| Grinders | ------ | ------ | ------ | ------ | 1 | ------ | ------ | ------ | 1 | ------ |
| Cutters and drillers | ------ | ------ | ------ | ------ | 3 | ------ | 3 | ------ | 6 | ------ |
| Branders | ------ | ------ | ------ | ------ | 1 | ------ | ------ | ------ | 1 | ------ |
| Coilers | ------ | ------ | ------ | ------ | 1 | ------ | ------ | ------ | 1 | ------ |
| Total | ------ | ------ | ------ | ------ | 7 | ------ | 6 | ------ | 13 | ------ |
| General labor: | | | | | | | | | | |
| Engineers | 1 | ------ | 2 | ------ | 1 | ------ | 3 | ------ | 7 | ------ |
| Laborers | 6 | ------ | 6 | ------ | ------ | ------ | 2 | ------ | 14 | ------ |
| Watchmen | 2 | ------ | 3 | ------ | ------ | ------ | 1 | ------ | 6 | ------ |
| Shipping clerks | ------ | ------ | 1 | 1 | 3 | ------ | 2 | ------ | 6 | 1 |
| Yardmen | ------ | ------ | 2 | ------ | ------ | ------ | ------ | ------ | 2 | ------ |
| Total | 9 | ------ | 14 | 1 | 4 | ------ | 8 | ------ | 35 | 1 |
| Office: | | | | | | | | | | |
| Superintendents | 1 | ------ | 3 | ------ | 1 | ------ | 1 | ------ | 6 | ------ |
| Others | 9 | ------ | 8 | 3 | 3 | 3 | 2 | ------ | 22 | 6 |
| Total | 10 | ------ | 11 | 3 | 4 | 3 | 3 | ------ | 28 | 6 |
| Grand total | 110 | 28 | 225 | 56 | 25 | 5 | 31 | 1 | 391 | 90 |

Reference to table 1 shows that a number of men have been listed as foremen and second hands. These terms have been adopted from the cotton textile industry. They do not always mean full-time supervisory duties, as might be presumed; in most cases foremen and second hands are engaged in all the activities of the department to which they are assigned. Further mention of these occupations is not made in the brief occupational descriptions which follow.

## PREPARATION

*Crushermen* empty the raw asbestos, contained in 100-pound bags, into the pan of the crusher. They also operate the crusher and remove the asbestos fiber after crushing.

*Willowers or openers* handle crushed fiber and waste roving. The crushed ore is fed into the willowing machine by means of pitchforks. The willowed material is usually blown into a special bin. The waste accumulated by the machine is removed several times daily by the willower. Willowers also operate screens for separating coarse granular material (cobs) from the fiber.

*Pickermen* make up the asbestos-cotton batches (piling) according to specifications and pitch the material into the feeder hopper and the picker machine. The pickermen in some plants may hand truck to special bins the material which is blown from the machines.

## CARDING

*Carders* operate the carding machines and clean them when necessary.

*Stockmen* handle the stock prepared by the pickermen. The material is conveyed by hand trucks from the stock bins to the card feeders.

*Tenders* look after the stock feeders and roving jack spools. The latter are removed when full, and replaced with empty jack spools. The occupations of tender and carder are in some plants interchangeable.

## SPINNING

*Mule spinners* operate the mule spinning frames.

*Ring spinners* operate ring spinning machines.

*Helpers* (bobbin boys) assist the mule spinners and ring spinners conveying full jack spools of roving to the spinners and carrying empty spools back to the cards. They also transport the spun yarn and attend to the roving jacks and bobbins whenever required.

## SPOOLING, TWISTING, WINDING, AND TREATING

*Spoolers* tend the spooling machines and handle spools on which the spun yarn is wound.

*Twisters and helpers* operate machines that twist spun material into heavier and stronger yarn.

*Winders* operate yarn winding machines.

*Treaters* pass yarn through special compounds (usually predominantly starch) and wind it on large reels for drying. In brake lining manufacture, treaters handle asphalt and resinous materials with which the product is impregnated.

*Yarn packers* wrap and box finished yarn.

## CLOTH AND TAPE WEAVING

*Broadcloth weavers* operate both dry and wet weaving looms.

*Tape weavers* operate looms for weaving tape and brake lining materials.

*Inspectors and calenderers* inspect and examine all woven material for defects and pass tape and brake bands through calendering machines to achieve desired width and thickness.

*Creelers* attend to the creel racks on which the warp thread spools are mounted.

*Cop winders* operate cop-winding machines which wind thread on metal spindles for use in the loom shuttles.

*Weaver helpers* usually attend to the drying of broadcloth which has been woven wet. They also handle material for the creelers and weavers.

ALL OTHER

*Cord, rope, and wick workers* operate special cord and rope-making machines and braiding machines.

*Brake-lining finishers* include treaters and dryer men, calenderers who operate calendering machines for squaring uneven edges, grinders who smooth off uneven surfaces, and cutters and drillers who cut the finished band to required sizes and drill it for riveting to brake shoes for automobiles and other machines. In the plants studied, these occupations were interchangeable.

*General labor* includes those occupations associated with maintenance of equipment and generation of steam. They also include janitors, watchmen, and shipping clerks.

*Superintendence* is concerned with the supervision of all plant activities.

## RESULTS OF THE ENGINEERING STUDY

### DUST STUDIES

In the present study, dust counts were made by the impinger method (2), using ethyl alcohol and distilled water mixtures containing from 25- to 50-percent alcohol as a collecting fluid. Two sampling methods were used for collecting dust for chemical analysis. (1) Settled dust samples were collected at the breathing level and (2) air-suspended dust was collected with a small, hand-type, vacuum cleaner fitted with a removable, paper-bag type filter. The latter method is similar to a procedure developed by Hatch (5). (See fig. 1.) In addition to chemical analyses, petrographic analyses were made on several samples. In order to determine the particle size of asbestos dust, an Owens jet apparatus was employed (2). The samples collected were measured by means of a filar micrometer at a magnification of approximately 1,000 diameters (oil immersion). Photomicrographs were also made of dust obtained by the vacuum-cleaner device described above.

### NATURE OF THE DUST FOUND IN ASBESTOS TEXTILE FACTORIES

*Composition.*—Table 2 shows the results of chemical analysis of settled dust samples obtained by the Hatch method (5). Examination of these tables does not reveal significant differences among the various samples.[2] It will be noted, with one or two exceptions, that the total ash (no water of crystallization present) does not vary greatly. The value of 54.5 obtained for wet weaving (sample 8) is due to the moisture content of the dust sample. Calculations of composition on an ash basis bring the values into closer agreement than indicated in either table. The results given for sample 11 in table 2 are for brake lining which has been impregnated with resinous compounds.

[2] Canadian asbestos (crysotile), the asbestos used in these factories, has the following composition: Ash, 85.70; $SiO_2$, 40.49; $R_2O_3$, 1.27; MgO, 41.41; $Fe_2O_3$, 2.53 percent. (Asbestos: Vol. 3, No. 7, January 1922.)

TABLE 2.—*Chemical analyses of settled dust samples obtained in asbestos textile plants*

| Department in which samples were collected | Average chemical composition of samples (percentage) | | | | | | Remarks |
|---|---|---|---|---|---|---|---|
| | Ash | $SiO_2$ | $R_2O_3$ [1] | CaO | MgO | $Fe_2O_3$ | |
| 1. Preparation (plant A) | 83.6 | 37.0 | 10.5 | 0.7 | 35.5 | 8.1 | Near willower. |
| 2. Preparation (plant B) | 87.5 | 35.5 | 17.1 | .3 | 34.7 | 16.2 | Top of card hoods. |
| 3. Carding (plant A) | 85.2 | 36.4 | 13.5 | 1.5 | 34.0 | 10.3 | Do. |
| 4. Carding (plant B) | 82.8 | 36.3 | 11.5 | 1.2 | 33.7 | 6.9 | Bottom of cards. |
| 5. Carding (plant B) | 79.6 | 35.3 | 9.3 | .5 | 34.5 | 6.8 | |
| 6. Mule spinning (plant B). | 81.2 | 34.1 | 14.1 | .9 | 32.3 | 11.2 | |
| 7. Weaving (plant A) | 81.5 | 35.6 | 10.9 | 1.0 | 34.0 | 8.7 | Tape weaving loom. |
| 8. Weaving (plant B) | 54.5 | 24.2 | 5.8 | .2 | 24.5 | 4.8 | Wet weaving. |
| 9. Weaving (plant B) | 75.3 | 33.0 | 11.0 | .8 | 30.4 | 7.8 | Between creel cracks. |
| 10. Weaving (plant B) | 72.8 | 32.0 | 10.9 | 1.0 | 28.5 | 7.7 | On I-beam. |
| 11. Brake-lining grinding (plant C). | 23.2 | 46.2 | 8.1 | 1.9 | 44.2 | 5.6 | Garnet and metal separated with bromoform. |
| 12. Dust from cyclone connected to exhaust system (plant B). | 81.8 | 34.7 | 15.2 | .6 | 31.2 | 10.6 | Mostly card room dust. |

[1] Combined oxides.

TABLE 3.—*Chemical analyses of suspended dust samples collected in an asbestos textile plant*

| Department in which samples were collected | Average chemical composition of samples (percentage) | | | | | | Remarks |
|---|---|---|---|---|---|---|---|
| | Ash | $SiO_2$ | $R_2O_3$ [1] | CaO | MgO | $Fe_2O_3$ | |
| 13. Preparation | 80.8 | 35.4 | 9.3 | 1.2 | 34.9 | 6.8 | General air sample. |
| 14. Carding | 83.7 | 37.5 | 9.5 | 1.0 | 36.0 | 6.3 | Do. |
| 15. Mule spinning | 85.6 | 33.9 | 16.4 | .9 | 34.3 | 7.1 | Between 2 mule spinners. |
| 16. Ring spinning | 75.2 | 33.2 | 9.3 | .8 | 31.6 | 7.0 | Near ring spinning machines. |
| 17. Dry weaving [2] | 79.5 | 35.7 | 8.9 | .4 | 34.3 | 7.0 | Broadcloth weaving. |
| 18. Wet weaving [2] | 71.8 | 31.9 | 8.7 | .9 | 30.4 | 6.7 | Do. |
| 19. Twisting [2] | 75.9 | 32.7 | 10.4 | .6 | 32.1 | 8.3 | Near twisting machines. |
| 20. Spooling [2] | 81.2 | 34.7 | 12.0 | .9 | 33.6 | 9.6 | Near spooling machines. |
| 21. Winding [2] | 69.5 | 30.6 | 8.9 | .7 | 29.6 | 6.6 | Near winding machines. |

[1] Combined oxides.
[2] Operations conducted in same room.

The losses on ignition of all samples analyzed are due to the presence of cotton fiber and moisture. The 30.5 percent loss on ignition of sample 21 in table 3 is probably due to the presence of cotton fibers.

In passing, it may be pointed out that no carbonate of the order reported by Hurlibut and Williams was found in any of the samples analyzed (6).

No quartz was found in any of the samples examined petrographically.

The consistency of the results indicated in tables 2 and 3 is more remarkable when the physical characteristics of the dusts are taken into consideration. Figure 13 illustrates the gross appearance of the dust samples taken with the vacuum cleaner device above mentioned. Each sample shown in the figure represents two grams of dust. There are conspicuous differences among the samples, both in color and bulk. Preparation and carding produce granular material. Weaving




FIGURE 13.—GROSS APPEARANCE OF SUSPENDED DUST COLLECTED WITH VACUUM CLEANER DEVICE. (SEE FIGURE 1.)

samples, on the other hand, are bulky, the difference probably being due to the presence of long asbestos and cotton fibers in these samples. Carding and preparation samples contain cobs which are present in the raw asbestos. The darker appearance of the samples shown in the top row of figure 13 is difficult to explain. It is probably due to the




FIGURE 14.—MICROSCOPIC APPEARANCE OF SUSPENDED DUST COLLECTED WITH VACUUM CLEANER DEVICE. 200X.

contact of the spun asbestos-cotton mixture with oily metal surfaces.

The microscopic appearance of the vacuum cleaner samples is illustrated in figure 14. The presence of both cotton and asbestos fibers and of small particulate matter is readily noted. The dust from the carding room is most striking. It has few fibers and it has considerable particulate matter.

*Particle size.*—The measurement of dust particles suspended in the air of asbestos textile plants is difficult because of the presence of both asbestos and cotton fibers. The differentiation of these fibers under the microscope is not always possible, especially when the fibers are short and fine. Several samples obtained with the Owens jet apparatus were examined with a petrographic microscope in order to estimate the proportion of asbestos and cotton fibers, but no satisfactory technique could be developed for this purpose. In this study, particle size determinations based on Owens jet samples were made by three methods: (1) euscope projection device; (2) a filar micrometer attachment to a microscope (using oil immersion, 1,000×), and (3) by means of photomicrographs.

Data obtained with the euscope showing the percentage of fibers (irrespective of whether they are cotton or asbestos) are presented in table 4. These are based on Owens samples and not on impinger samples. With regard to the selectivity of the device used, little information can be given, although it is known that for discrete particles, the selectivity of the Owens apparatus and the impinger are the same (2).

TABLE 4.—*Relation of fibers to particles in various Owens jet samples*

| Activity | Number of Fibers counted | Number of Particles counted | Total count | Percent fibers |
|---|---|---|---|---|
| Weaving [1] | 83 | 233 | 316 | 26 |
| Weaving [2] | 35 | 251 | 286 | 12 |
| Picking [2] | 24 | 279 | 303 | 8 |
| Carding [1] | 22 | 293 | 315 | 7 |
| Twisting [1] | 14 | 275 | 289 | 5 |
| Twisting [1] | 14 | 266 | 280 | 5 |
| Crushing [2] | 5 | 402 | 407 | 1 |

[1] Plant B.
[2] Plant A.

The results given in table 4 indicate that weavers are exposed to the highest percentage of fibers. This is to be expected because the warp threads fray as the shuttle crosses them. Samples collected near the pickers and carders have fewer fibers, while the dusts to which crushermen are exposed have the least proportion of fibers.

The relatively low percentage of fibers in suspended dust explains the small number of fibers observed while making dust counts of impinger samples. The latter were usually diluted to give 20 to 50 particles per quarter field. Hence, except for weaver's samples in which considerable fibers were observed, fibers are only rarely found in making counts of other samples. (Dust counts included both fibrous and nonfibrous particles, irrespective of size.)

Table 5 illustrates the size range of particulate matter. Two hundred particles in each sample have been measured by means of the

filar micrometer. As may be seen, the median size varies from 1.22 microns to twice this value. Fulton and his coworkers used an electrostatic precipitator to collect dust samples and calculated an average value for the total distribution of fibrous and nonfibrous of 1.33 microns (4). The median size for particles less than 5 microns, as deduced from data given by these investigators, is approximately 0.47 microns, which is much lower than the values given in table 5 of this report. This difference can probably be attributed largely to the type of sampling devices used in the two investigations.

TABLE 5.—*Size frequency distribution of particulate dust suspended in the air of asbestos textile plants*

| Nature of process where sample was taken | Median size (in microns) | Geometric standard deviation | Percentage frequency of each particle size group (in microns) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0 to 0.49 | 0.5 to 0.99 | 1 to 1.49 | 1.5 to 1.99 | 2 to 2.49 | 2.5 to 2.99 | 3 to 3.49 | 3.5 to 3.99 | 4 to 4.49 | 4.5 to 4.99 | 5 or more | Total |
| Preparation | 1.85 | 1.56 | 3 | 21 | 37 | 22 | 10 | 4 | 2 | 1 | 0 | 0 | 0 | 100 |
| Carding | 1.35 | 1.57 | 1 | 9 | 24 | 25 | 9 | 16 | 4 | 5 | 1 | 3 | 3 | 100 |
| Mule spinning | 1.80 | 1.33 | 0 | 1 | 25 | 38 | 28 | 4 | 1 | 1 | 1 | 0 | 1 | 100 |
| Twisting | 1.22 | 1.74 | 5 | 30 | 24 | 14 | 9 | 5 | 4 | 5 | 0 | 1 | 3 | 100 |
| Weaving (broadcloth) | 1.55 | 1.31 | 1 | 4 | 43 | 27 | 10 | 3 | 2 | 3 | 4 | 0 | 3 | 100 |
| Weaving (tape) | 2.40 | 1.04 | 0 | 3 | 11 | 24 | 14 | 12 | 7 | 13 | 7 | 3 | 6 | 100 |

In determining the length of fibers present in Owens samples, photomicrographs were used. It was necessary to use this method of measurement because of the curvature and matting of fibers in the microscopic field. This difficulty was overcome by using compass pointers and measuring each fiber visible across a given section of the photomicrograph. The size distribution of fibers, classified by occupation, is presented in table 6. The fibers range from as little as 2 microns (450× magnification) to as high as 400 microns. The median sizes, as may be seen by reference to the table, range from 7 to 16.3. Fulton's data indicates (assuming all particles greater than 5 microns to be fibers) a median size of 15 microns.

TABLE 6.—*Median length of fibers sampled with an Owens jet apparatus*

| Activity | Median length of fibers in microns |
|---|---|
| Willowing | 7.0 |
| Picking | 9.5 |
| Carding | 8.8 |
| Twisting | 12.8 |
| Weaving (broadloom) | 16.3 |

No size frequency distribution with regard to the width of fibers present in the air has been made in this study. However, it has been noted, with few exceptions, that the width of fibers collected by the