Owens jet apparatus was less than 0.5 micron. This is in agreement with the results given by Fulton, who shows more than 78 percent of the fibers measured by his projection method to be less than this size.

### DUST CONCENTRATION IN DIFFERENT OCCUPATIONS

In earlier studies of the dusty trades carried on by the Public Health Service, determinations of the average dust concentration have been of great value (1) in describing the working environment, (2) in making comparisons of the effectiveness of different methods of dust control, and (3) in relating health conditions to dust exposure. In this study 242 impinger samples were taken and counted, and the results have been classified by occupation in tables 8 to 18. Each of the occupations carried on in asbestos textile factories has been discussed separately in the following section and data for the entire industry have been brought together in table 19. In this industry there are relatively few occupations in which workers do two or more kinds of work which expose them to totally different dust concentrations. In such cases the several exposures have been weighted according to the average time of exposure.

For example, in plant A, willowers are engaged in the following activities: willowing, 5 hours; picking, 1½ hours; storage-room work, 1½ hours. These activities are associated with exposures of 2.3, 36.3, and 16.4 millions of particles per cubic foot, respectively. Hence, we may tabulate exposures as follows and calculate a weighted average:

TABLE 7.—*Dust exposure of willower, plant A*

| Activity | Time of exposure (hours per day) $a$ | Average dust exposure (MPPCF) $b$ | Millions of particle-hours per cubic foot $a \times b$ |
|---|---|---|---|
| Willowing | 5 | 2.3 | 11.5 |
| Picking | 1½ | 36.3 | 54.4 |
| Storage-room work | 1½ | 16.4 | 24.6 |
| Total | 8 | | 90.5 |

$$\frac{90.5 \text{ million particle-hours per cubic foot}}{8 \text{ hours}} = 11.3 \text{ million particles per cubic foot}$$

The average dust count of the 10 samples in the above table, calculated without regard to the duration of exposure, would be 18.7 million particles per cubic foot.

*Preparation.*—Preparation includes the occupations of crushermen, willowers, and pickermen. In plant B, these three occupations were conducted in the same room, while in plant A only crushers and willowers worked together. Picking (including piling), in the latter plant, was done in a separate room. The dust exposures are indicated in table 8.

TABLE 8.—*Dust exposure of workers in the preparation department*

| Occupation | Number of samples taken | Dust concentration (MPPCF) |
|---|---|---|
| Crushermen | 9 | 2.3–6.5 |
| Willowers [1] | 20 | 11.1–36.0 |
| Pickermen [1] | 19 | 34.3–74.3 |

[1] Weighted average.

It will be noted in table 8 that the crushermen's exposure is relatively low. In the plants studied, this work was carried on near an open door. However, it is doubtful that this occupation generates the quantity of dust shown in the above table. It is more than likely that willowing and picking (and even carding) contribute to the dust exposure of crushermen.

Willowing of crushed asbestos is not in itself productive of much dust (11.1 million particles per cubic foot). Only when waste roving and fly from cyclone collectors are willowed does the dust count increase. Dust counts as high as 99 million particles per cubic foot have been obtained with fly. A continuous source of dust production results from the manner in which willowing machines are fed. The material to be willowed is raised waist high by pitchfork, causing considerable spilling. Willowers also operate shaker screens.

A pickerman performs several kinds of work. This is especially true in plant B, where pickermen not only assist in piling (mixing of cotton and asbestos), but also aid in stacking the material blown from the picker machine into storage bins. This last-mentioned activity produces dust concentrations ranging as high as 211 million particles per cubic foot. Pickermen usually work in pairs and alternate in feeding the picker machine and tending to the storage bins. Piling is done by both workers together and contributes to dust counts averaging 16.2 million particles.

Picker machines, like willowers, are fed by pitchfork, a method which produces undesirable dust. This is true even where picker machines have hooded feeder boxes.

The picker machines studied were equipped with oil sprays, presumably to hold down dust. The ineffectiveness of this method of dust control is shown by the dust counts which exceed 50 million particles per cubic foot of air.

*Carding.*—The brushing and combing of asbestos and cotton fiber mixtures by carding machines creates considerable dust. The carding action is such that small cobs and fine talc adherent to the asbestos fiber are thrown into the air. This effect is accentuated by the fan action of the brushes. The granular and nonfibrous appearance of the dust present in the air of carding rooms has been shown in figure 10.

The exposure of workers in carding rooms is given in table 9.

TABLE 9.—*Dust exposure of workers in carding department*

| Occupation | Number of samples taken | Dust concentration (MPPCF) |
|---|---|---|
| Carders and tenders | 38 | 29. 1 |
| Stockmen [1] | 11 | 22. 9 |

[1] Weighted average.

The average dust concentrations in both plants A and B were similar. Counts as low as 6.4 million particles per cubic foot were obtained for some carding operations where machines were operated at a relatively low speed and as high as 139 million particles for high-speed operations.

In the two plants studied which carded asbestos-cotton mixtures, all equipment was hooded and exhausted. Under the methods of operation, which required accessibility to the machines, complete enclosure was impossible. Consequently, exposed brushes, revolving at high speeds, often nullified the effect of the control system. Nor could air flows in the exhaust system be increased since a considerable amount of valuable fiber would be drawn from the brushes and this would reduce the weight of roving to an undesirable extent.

*Spinning.*—Both mule spinners and ring spinners are exposed to similar dust concentrations. The range shown in the following table (table 10) for each occupation is probably due to the presence of more spinning and weaving equipment where the dust concentration is higher.

TABLE 10.—*Dust exposure of workers in mule- and ring-spinning departments*

| Occupation | Number of samples taken | Dust concentration (MPPCF) |
|---|---|---|
| Mule spinning | 15 | 2. 6–7. 9 |
| Ring spinning | 13 | 3. 2–8. 3 |

Mule-spinning operations require considerable space and are generally separated from other activities. On the other hand, ring spinning is done in close proximity to spooling and twisting and it is possible that the dust counts are influenced by these operations. The results obtained for mule spinning check with those given by Fulton and his coworkers (4).

*Spooling, twisting, and winding.*—The equipment for these operations is generally grouped together and therefore it is difficult to obtain a clear-cut estimate of the amount of dust produced by each.

The average range of dust concentrations in plants A and B are shown in the accompanying table (table 11).

TABLE 11.—*Dust exposure of workers in spooling, twisting, and winding departments*

| Occupation | Number of samples taken | Dust concentration (MPPCF) | Occupation | Number of samples taken | Dust concentration (MPPCF) |
|---|---|---|---|---|---|
| Spoolers | 6 | 3. 2–13. 1 | Roving winders | 1 | 6. 5 |
| Twisters and helpers | 20 | 3. 2–13. 2 | Yarn packers | 2 | 1. 2 |
| Universal winders | 5 | 1. 2– 8. 0 | Yarn treaters | 3 | 1. 7–3. 6 |

Of the occupations listed in the table, twisting appeared to contribute most of the dust in plant B and to influence the exposure of spoolers and ring spinners close by. Twisting frequently produced concentrations of over 20 million particles per cubic foot of air, yet counts below 10 million particles were not uncommon. Twisting involves a considerable amount of fraying and when low-grade materials are used, the dust production is increased.

Winders and yarn packers are exposed to lower dust concentrations than spoolers and twisters. Here again, however, because of the proximity of the latter dust-producing occupations, the amount of dust actually generated cannot be estimated. It is hard to conceive of such operations as roving winding and yarn packing producing much dust.

*Broadcloth weaving.*—The dust created during the weaving of broadcloth depends upon the number of warp threads per unit of width, the quality and width of the material woven, and on whether the operations are conducted dry or wet. If the warp threads are close, the fraying action which takes place during weaving produces a considerable amount of dust. With some looms the dust concentration was found to exceed 140 million particles per cubic foot. Average dust counts obtained during weaving operations are shown in table 12.

TABLE 12.—*Dust exposure of workers associated with broadcloth weaving*

| Occupation | Number of samples taken | Dust concentration (MPPCF) |
|---|---|---|
| Weavers and helpers: | | |
| Dry | 22 | 4. 7–49. 7 |
| Wet | 7 | 4. 7–11. 1 |
| Creelers and helpers | 4 | 3. 6– 9. 8 |
| Inspectors and calenderers | 3 | 3. 6–10. 5 |
| Cop winders | 6 | 3. 6– 8. 0 |

Weaving operations are intermittent owing to frequent breakage of warp threads. Consequently, workers are exposed to alternate

periods of high and low dust concentration. On the other hand, weavers must pay close attention to work and are subjected to heavy exposures while the looms are in operation.

The dust counts shown in table 12 for weavers and helpers illustrate the differences between dry and wet weaving. Both dry and wet weaving are carried out on similar looms in close proximity. However, operators are interchangeable and are not specifically designated as dry or wet weavers. Under such conditions, it is impossible to gauge the actual exposure of a weaver. The low count of 4.7 million particles per cubic foot given in table 12 for both dry and wet weaving is for a small plant with one dry and one wet loom in operation side by side. The higher counts are for a larger plant manufacturing all types of broadcloth and at the time of the survey having from 8 to 12 looms in operation.

In view of the high counts obtained during broadcloth weaving, it would be expected that creelers are exposed to comparable concentrations. That this is not the case, however, is indicated in table 12. With all looms in operation, as is frequently the case, the counts might conceivably be higher. The same is also true of inspectors, calenderers, and cop winders who work in the weaving department. These occupations do not produce large amounts of dust.

*Tape, wick, and brake-band weaving.*—The dust exposures for tape, wick, and brake-band weavers are indicated in table 13.

TABLE 13.—*Dust exposure of workers associated with tape, wick, and brake-band weaving*

| Occupation | Number of samples taken | Dust concentration (MPPCF) |
|---|---|---|
| Weavers (tape and wick) | 12 | 2.4– 5.1 |
| Weavers (brake band) | 14 | 4.7–23.0 |
| Creelers | 3 | 2.4–20.3 |
| Calenderers | 1 | 3.6 |

It may be seen from this table that tape, wick, and brake-lining weavers are exposed to lower dust concentrations than broadcloth weavers. Excepting certain types of brake bands, the fraying of the warp threads during weaving is not as great as in broadcloth weaving. However, with heavy brake bands, such as are used on trucks and hoisting machinery, the dust concentrations become high and comparable to those obtained in broadcloth weaving. It is in the manufacture of such brake bands that creelers are exposed to counts of 20.3 millions of particles per cubic foot of air. Calenderers, being at some distance from the looms, have a low exposure. The dust counts obtained for the type of weaving here discussed were consistent in all four plants studied.

*Cord, rope, and braid working.*—Other activities found in the asbestos textiles plants are concerned with the manufacture of special products, such as cord, rope, and braid, and in treating and finishing yarn. These operations produce little dust as may be seen by reference to table 14.

TABLE 14.—*Dust exposure of workers manufacturing and finishing special products*

| Occupation | Number of samples taken | Dust concentration (MPPCF) |
|---|---|---|
| Cord, rope, and braid workers | 8 | 1.2–10.2 |
| Yarn treaters | 3 | 1.7– 3.6 |

The equipment used in manufacturing these products does not operate continuously. None of the operations of cord making, rope making, or braiding requires full-time personnel, and a small group of workers perform all these jobs. The highest dust count (10.2) in table 14 is for braiding. The counts obtained for yarn treaters are influenced by the operations undertaken nearby.

*Brake-band finishing.*—This generates little dust. In the plants studied, finishing operations were conducted in separate rooms or buildings. Dust counts are shown in table 15.

TABLE 15.—*Dust exposure of workers manufacturing finished brake-band lining*

| Occupation | Number of samples taken | Dust concentration (MPPCF) | Occupation | Number of samples taken | Dust concentration (MPPCF) |
|---|---|---|---|---|---|
| Treaters and driers | 1 | 1.5 | Cutters and drillers | 1 | 1.8 |
| Calenderers | 1 | 1.5 | Branders | 1 | 1.5 |
| Grinders | 1 | 4.2 | Coilers | 1 | 1.5 |

Workers employed in the occupations listed in this table are exposed to dust which differs in composition from the dust found elsewhere in asbestos textile plants. This is because the dust generated by grinders, cutters, and drillers of treated stock is made up of resin, asphaltum, asbestos, and metal. (See analytical results for sample 11, table 2.)

*Miscellaneous occupations.*—In addition to the groups directly concerned with the manufacture of textiles, a considerable number of workers (engineers, general laborers, clerks, and superintendents) are engaged in other activities. With the exception of certain foremen, these workers are exposed to low dust concentrations. The data presented in table 16 require no comment.

TABLE 16.—*Dust exposure of miscellaneous groups*

| Occupation | Number of samples taken | Dust concentration (MPPCF) | Occupation | Number of samples taken | Dust concentration (MPPCF) |
|---|---|---|---|---|---|
| Engineers | 2 | 1.2 | Yardmen | 2 | 0.10 |
| Laborers | 2 | .36 | Foremen (plant) | (1) | (1) |
| Watchmen | 1 | 1.2 | Superintendents (office) | 2 | .12 |
| Shipping clerks | 1 | .12 | Clerks | 2 | .12 |

[1] Samples and exposures depend on the activities with which they are associated.

**PREVIOUS DUST EXPOSURE**

The dust concentrations discussed in the preceding paragraphs represent present-day conditions. The officials of asbestos textile plants have in recent years attempted to control the dust hazard. In the plants studied, efforts have been made to exhaust picking, carding, and brake-band grinding machines. (Another plant, which will be discussed later, has extended the use of control equipment to nearly every dusty operation concerned with the manufacture of asbestos textiles.) A knowledge of the exposure of workers prior to the introduction of control equipment is important in correlating clinical findings with dust exposure.

In order to estimate past exposure, the air flow through various hoods attached to carding machines in plant A was shut off for 2 hours. Dust was allowed to accumulate for 1 hour prior to sampling. The dust thus generated caused much inconvenience to employees in the course of their work. For this reason, permission to shut off exhaust equipment was not granted in other plants studied. Carding machines are sensitive to slight air movements and are consequently difficult to regulate. Once they have been adjusted, any external disturbance affects the weight of the roving produced.

The dust counts obtained under conditions simulating those prior to the installation of the exhaust system are shown in table 17. For contrast, present exposures are included.

TABLE 17.—*Dust counts when control measures are used and when they are not in use*

| Occupation | Average dust count—past (MPPCF) | Dust concentration—present (MPPCF) | Occupation | Average dust count—past (MPPCF) | Dust concentration—present (MPPCF) |
|---|---|---|---|---|---|
| Crushermen | 50.2 | 2.3 | Mule spinners | 15.5 | 2. |
| Willowers | 50.2 | 11.1 | Ring spinners, twisters, spoolers, and winders | 3.9 | 3.2 |
| Pickermen | 63.0 | 34.3 | Weavers | 7.4 | 4.7 |
| Carders | 72.3 | 29.1 | | | |

The low counts obtained for the occupations listed below carders is due to a partition which separates them from the carding machines.

Mule spinners are located immediately beyond this partition, and the dust count shown is due to dust which has passed through an open door.

Three dust samples obtained in the carding room 1 hour after the exhaust fans were shut off gave counts of 77, 73, and 78 million particles per cubic foot. At the end of 2 hours a sample taken in the same room gave a count of 61 million particles.

No major changes have been made in plants C and D since the start of operations. The dust counts made are essentially the same as those which have always existed. On the other hand, no data are available for past exposures in plant B. This failure can be attributed to several factors, but principally to the gradual expansion of the plant with the growth of the industry, which increased the amount of equipment, and the changes made in recent years with the exhaust system. The first of these factors appears to have affected all operations conducted in the plant, while the latter is restricted to the carding and preparation departments. In addition, it may be pointed out that plant expansion has tended to increase dust productivity, while the introduction of exhaust systems has reduced it. Hence, it may be assumed that the exposures of all occupations in plant B following carding were probably higher during the study than prior to expansion. It must also be remembered that more men have been working since the introduction of added equipment than at previous times.

## INTERPRETATION OF DUST COUNTS

The average dust concentrations just discussed make a satisfactory measure of dust exposure for most purposes. In correlating medical findings with dust exposure, however, it is frequently advantageous to express the dust exposure in units which combine duration of exposure with average dust concentration. An easily calculated descriptive value was developed during statistical analysis of the results of an engineering and medical study of anthraco-silicosis (51). If a worker's dust exposure has been unchanged for all practical purposes during his period of employment the average dust count (in million particles per cubic foot) is multiplied by the duration of exposure in years. The product is used as a numerical measure of his total dust exposure. If a worker has changed his occupation (and in so doing has changed his dust exposure appreciably) a calculation such as the one shown in table 18 is made.

TABLE 18.—*Example showing the method of computing the dust exposure of asbestos textile workers* [1]

| Occupation of worker | Number of years in occupation | Dust count (MPPCF) | Millions of particle-years per cubic foot of air |
|---|---|---|---|
| Carder [2] | 3 | 72.3 | 216.9 |
| Carder | 2 | 29.1 | 58.2 |
| Mule spinner | 2 | 2.6 | 5.2 |
| Total | 7 | | 280.3 |

[1] Plant A.
[2] Prior to installation of exhaust system.

$$\text{Weighted dust exposure} = \frac{280.3 \text{ millions of particle-years per cubic foot}}{7 \text{ years}} = 40 \text{ million particles per cubic foot}$$

The worker whose dust exposure has been calculated in table 18 would be assigned a value of 280 million particle-years in tabulations in which, for the sake of simplicity, it was desirable to have a one-term measure of dust exposure; table 42, for example. When average dust concentration and duration of exposure are to be tabulated separately, as in table 43, the individual described in table 18 would be assigned a dust concentration of 40 million particles per cubic foot.

## THE CONTROL OF ASBESTOS DUST

The control of dust in industry often entails many practical difficulties. These difficulties pertain chiefly to the handicaps imposed by control equipment upon the performance of the work being done, and in estimating a priori the air volumes required. Both of these difficulties are inherent in the asbestos industry. The arrangement necessary for removing dust from carding machines and from looms, which demand accessibility to all parts, is self-evident. Added to this requirement is the limited information available with regard to suitable design of equipment for each dust-producing source and the requisite air volumes. The latter item is most important in the design of hoods for carding machines, inasmuch as air velocities must be kept relatively low in order to prevent the asbestos-cotton mixtures from being subjected to air currents which convey them to the exhaust system. At the same time, however, the velocities chosen must be adequate to maintain the dust below the safe or threshold limit.

The dust-control data contained in the following paragraphs are based on observations made in two plants included in the present study and on data obtained elsewhere by Assistant Public Health Engineer Richard Page (7). The data presented include operations for which control methods have been developed. In addition, the type of control equipment used in England is discussed, although no values pertaining to air requirements are available in this instance.

### PREPARATION DEPARTMENT

The dust counts presented earlier in this bulletin for the preparation department apply to uncontrolled conditions. A very high degree

of control can, however, be effected under certain conditions, especially as regards willowing (opening), piling operations, and picking. The crushing machines in the plants studied were not exhausted or segregated. In England, on the other hand, it is customary to enclose and segregate crushing equipment while it is in operation.

*Willowing (opening)*.—Willowing machines are often productive of high dust concentrations (36 MPPCF). As has been previously mentioned, this dust is caused both by the manual methods used in feeding these machines and by the action of the machines themselves. Consequently, a reduction of dust concentration may be obtained by using a conveyor feeder which eliminates raising materials to waist



FIGURE 15.—EXHAUSTED PILING BINS.

levels with forks and using an exhaust above the feeder box and below the machine housing. The willowed material should, of course, be pneumatically conveyed to a suitable bin which is segregated from the preparation room.

In the case of two machines equipped with exhaust, it was found possible to reduce dust concentrations to 3.6 MPPCF. The exhaust hoods located above the feeders drew 400 CFM, while the downward exhaust below the willower housing drew amounts of air ranging from 225 CFM to 600 CFM, the latter air flow being used on a fly willower. (See fig. 4.) The air handled by the pneumatic conveyor was 1,800 CFM. For the 11-inch diameter ducts used, this corresponds to an air velocity of 2,730 feet per minute.