*Piling.*—Piling operations are usually conducted close to picking machines. The dust generated by this operation may be effectively controlled by using small exhausted compartments or bins. Compartments constructed as shown in figure 15 and handling approximately 1,025 CFM of air reduce the dust concentration from an average of 20 to 5.4 MPPCF.

English practice in piling consists in using exhaust manifolds close to the mixture being made (fig. 16). Air volumes are not available for the type of exhaust shown in the figure. The method appears to be cumbersome and to interfere with the process being carried on.

*Picking.*—The exhaust control used on picker machines is partly



FIGURE 16.—EXHAUST VENTILATOR USED FOR PILING OPERATIONS (BRITISH PRACTICE).

shown in figure 17. One hood is connected at the feeder end and one at the discharge end. The center portion of the picker is also exhausted (not shown in figure). With this type of arrangement the dust concentration averages 6.7 MPPCF. This value is considerably lower than found among uncontrolled equipment which exceeds in many instances 74 MPPCF.

It was found that hoods above the feeder handled 500 CFM; the downward exhaust at the center measured 1,620 CFM; at the discharge end the air flow was 450 CFM. Pneumatic conveyors attached to the discharge end of some of the pickers handled 2,000 CFM. These ducts were approximately 12 inches in diameter, thus providing for a conveying velocity of 2,550 feet per minute.

It is possible with special conveyor belts operating between the asbestos-cotton piles and the feeder mixer that the dust concentrations might be reduced below the value of 6.4 MPPCF, indicated above.




FIGURE 17.—SCHEMATIC DRAWING OF EXHAUST SYSTEM USED WITH PICKER MACHINE.

CARDING

Two types of dust-control equipment are at present used on carding machines. The first type consists of a hood which is located directly above the exposed brushes of the machine (fig. 18), while the second type is totally enclosed and exhausted at various points (fig. 5). Studies made of the first type of exhaust systems showed a reduction in dust concentration ranging from 72.3 MPPCF when no ventilation was applied to 29.1 with ventilation. The air flow for each hood averaged 870 CFM, which corresponded to six air changes per hour in the room in which the cards were located. It may be seen that the type of hood and the air flow used reduce the dust concentration to approximately one-third the amount created without ventilation.



FIGURE 18.—VERTICAL EXHAUST VENTILATION APPLIED TO AN UNENCLOSED PRIMARY CARDING MACHINE.

The second type of exhaust system used proved more effective than the first in reducing dustiness. The dust concentration determined from numerous samples ranged from 1 to 3.9 million particles per cubic foot. This high degree of dust removal was accomplished with an arrangement similar to that indicated in figures 19 and 20. In the primary card, hoods *a* and *b* discharge upward. The duct *c* exhausts from the bottom of the card. The secondary or roving card is hooded at *e*

near the center of the machine. The openings *d*, *f* and *f′* are located at the bottom of the cards and exhaust the bottom fly which accumulates. The air volumes exhausted by each opening are indicated in the figure.

In addition to careful enclosure of the machine proper in the second type of system used, the feed box is carefully covered.



FIGURE 19.—TOTALLY ENCLOSED EXHAUSTED PRIMARY CARDING MACHINE.

The design of an exhaust system for carding machines is rendered exceedingly difficult owing to the ease with which carding material leaves the rolls. High air flows may seriously affect the quality of the roving produced. Likewise, a poorly constructed housing may create eddy currents which may prove bothersome. Any system developed requires care and experiment in design.



FIGURE 20.—ELEVATION AND PLAN FOR SPOOLING EXHAUST SYSTEM.

SPOOLING AND TWISTING

The dust generated by spooling operations may be ingeniously controlled by a system of cones in which the spools are inserted and exhausted. Such a system is shown in figure 21. Each case is constructed so as to offer a minimum amount of interference to the work being done. In the case of four Foster winders (200 spools) each cone is 9 inches in diameter across its widest part and 2 inches at the duct connection. The cones are each 10 inches deep. Two hundred cones were found to handle an

aggregate of 9,270 CFM or an average of 46.5 CFM per cone. The dust concentration averaged 2.9 MPPCF. Without the cone system discussed above, the dust concentration for the same operation was 13.1 MPPCF.

Twisting machines are more difficult to exhaust locally than spoolers. Figure 22 shows a system which has been partly completed. It consists of exhausting the lower section of the twisting machine by extending a duct with openings along the entire length of the equipment. Each system attached to the machine is intended to



FIGURE 21.—EXHAUSTED SPOOLING FRAME.

exhaust 1,670 CFM. Dust determinations to establish the effectiveness of this system could not be made owing to the fact that only one of 10 twisting machines was equipped with exhaust and the counts obtained were affected by unexhausted machines operating close by.

WEAVING

Any system developed for removing dust generated by broad looms represents the accomplishment of one of the most difficult operations encountered in the design of exhaust equipment. Nevertheless, this has been done effectively both in this country and in England. The American system shown schematically in figures 23 and 24 consists of a downward-draft hood fitting close to the shuttle rack of the loom and a movable upper exhaust hood which operates on the surface of the woven material. The latter hood is actuated to and fro by the action of the loom lay to which it is attached. The hood is connected to the main exhaust duct by means of a flexible

air tight joint. Both the downward and upward exhaust hoods are narrow and possess the advantage of high opening velocities. The upward-draft hood connected to the loom lay is segmented. Each hood used, as indicated in figure 24, handles 1,300 cubic feet of air per minute and reduces the dust concentration to an average of 0.7 MPPCF. The system is thus extremely effective, since on uncontrolled looms the concentration averages 49.7 and may exceed 140 MPPCF.



FIGURE 22.—EXHAUSTED TWISTING FRAME.

The English method for exhausting looms differs considerably from American practice. In the former system all parts are stationary (fig. 25). The looms are exhausted upward by hoods located in front of the operator and resting a short distance away from the lay. The hood consists of two parts which may be turned back whenever repairs to the loom are necessary. No data as regards air volumes used in this type of equipment or its effectiveness in reducing dust are available.

INSPECTION

In some plants, asbestos cloths are brushed during inspection. The usual procedure consists in brushing the cloth from above and below as it passes over the inspection table. An inspection table of this type with exhaust hoods is shown in figure 26. The hoods used are located near the cloth brushes, and extends the full width of the cloth examined. They are, however, only one-half inch in width.

A study made of an inspection table such as discussed above indicated that two hoods located on either side of the cloth handled approximately 730 CFM each. A third brush and hood located near

43162—38——4

the jack spool at the end of the inspection table handled 192 CFM. These hoods reduced the dust generated from a value of 11.1 when no ventilation was applied to a value of 0.5 MPPCF with ventilation.

### SUMMARY OF THE STUDY OF THE WORKING ENVIRONMENT

The engineering data contained in this report are based chiefly on a study of four asbestos plants. Data on dust control methods



FIGURE 23.—EXHAUSTED BROADCLOTH LOOM.

have been secured in the course of a separate study undertaken in a fifth plant. Two of the four plants investigated were engaged in the manufacture of asbestos textiles directly from raw crysotile (Canadian) asbestos received in 100-pound bags. The remaining two plants began operations with yarn received from other sources and were concerned only with the manufacture of asbestos, tape, braid, or brake banding and with their treatment.

Dust concentrations were determined by means of the impinger technique using light field counting. In all, 242 impinger samples were taken so as to evaluate the environment of each occupation.



FIGURE 24.—DETAIL OF EXHAUSTED LOOM SHOWN IN FIGURE 23.




FIGURE 25.—DETAIL OF EXHAUST USED ON BRITISH TYPE LOOM.

The number of workers employed, the number of dust samples taken, and the dust concentrations determined for each occupation are presented in table 18. The concentrations range from values of 0.86



FIGURE 26.—EXHAUSTED BRUSHING AND INSPECTION TABLE.

for shippers to as high as 74.3 MPPCF for pickermen. Occasional samples exceeding 100 MPPCF were found for the occupations of carding and weaving.

TABLE 19.—*Occupational dust exposure of workers in four asbestos textile plants*

| Activity and occupation | Number of workers | Number of samples taken | Dust concentration (MPPCF) |
|---|---|---|---|
| Preparation: | | | |
| Crushermen [1] | 9 | 9 | 2.3–6.5 |
| Willowers [2] | 7 | 8 | [3] 11.1–[3] 36.0 |
| Pickermen [1] | 9 | 21 | 34.3–74.3 |
| Carding: | | | |
| Carders and tenders | 42 | 38 | 29.1 |
| Stockmen | 18 | 11 | 22.9 |
| Spinning: | | | |
| Mule spinners and helpers | 21 | 15 | 2.6–7.9 |
| Ring spinners and helpers | 26 | 13 | 3.2–8.3 |
| Spooling: Spoolers | 22 | 6 | 3.2–13.1 |
| Twisting: Twisters and helpers | 43 | 20 | 3.2–13.2 |
| Winding: | | | |
| Universal winders | 26 | 5 | 1.2–8.0 |
| Roving winders | 2 | 1 | 6.5 |
| Yarn packers | 13 | 2 | 1.2 |
| Yarn treaters | 12 | 3 | 1.7–3.6 |
| Cloth weaving: | | | |
| Weavers and helpers: | | | |
| Dry | 34 (Dry and Wet) | 22 | 4.7–49.7 |
| Wet | | 7 | 4.7–11.1 |
| Inspectors and calenderers | 6 | 3 | 3.6–10.5 |
| Creelers and helpers | 10 | 4 | 3.6–9.8 |
| Cop winders | 2 | 6 | 3.6–8.0 |
| Tape, wick, and brake-band weaving: | | | |
| Weavers (tape and wick) | 31 | 12 | 2.4–5.1 |
| Weavers (brake-band) | 13 | 14 | 4.7–23.0 |
| Creelers | 8 | 3 | 2.4–20.3 |
| Calenderers | 3 | 1 | 3.6 |
| Cord, rope, and braid workers | 21 | 8 | 1.2–10.2 |
| Brake-band finishing: | | | |
| Treaters and driers | 3 | (4) | |
| Calenderers | 1 | 1 | 1.5 |
| Grinders | 1 | 1 | 4.2 |
| Cutters and drillers | 6 | 1 | 1.8 |
| Branders | 1 | (4) | 1.5 |
| Coilers | 1 | (4) | 1.5 |
| General labor: | | | |
| Engineers | 7 | 2 | 1.2 |
| Laborers (shippers, etc.) | 14 | 2 | .86 |
| Watchmen | 6 | 1 | 1.2 |
| Shipping clerks | 7 | 1 | .12 |
| Yardmen | 2 | (4) | .10 |
| Office: | | | |
| Superintendents (office) | 6 | 2 | .12 |
| Foremen (plant) | 19 | ---------- | (5) |
| Clerks | 29 | (4) | .12 |
| Total | 481 | 243 | ---------- |

[1] Exposure weighted to take into account piling, breaking, and storage bin activities.
[2] Includes exposure due to operation of shaker screen.
[3] Average includes other samples.
[4] Dust counts obtained from samples of other occupations having similar dust exposure.
[5] Exposures according to associated activities.

The chemical and petrographic analyses of dust samples were determined from both settled dust samples and samples obtained directly from the air by means of a vacuum cleaner. No great differences in composition were noted between corresponding samples collected by these two methods. Total ash was approximately 77 percent for all the samples. No free silica (quartz) could be found on petrographic analysis.

Particle size determinations of Owens jet samples were made by three methods, namely, (1) with a euscope projection device (for determining the ratio of fiber to particulate matter), (2) by means of a

filar micrometer attachment to a microscope (for measuring the size of particulate matter), and (3) with photomicrographs (for measuring the length of fibers). This study showed that the ratio of fibers to particulate matter varied considerably from a maximum of 26 percent for weavers to a minimum of 1 percent for crushermen. The median particle size (exclusive of fibers) was approximately 1.8 microns. The median fiber length varied from 7 to 16.3 microns. No distinction could be made between cotton and asbestos fibers.

In most of the plants studied the control of the dust hazard was limited almost entirely to provisions of exhaust systems for the carding machines. Data, however, are available to indicate the effectiveness with which the dust problem can be handled in an asbestos textile plant. An effective method employs the use of hoods and exhaust equipment fitted at each dust-producing source. Data showing the effectiveness of exhaust equipment is presented in table 20.

TABLE 20.—*Summary of results showing the exposure of asbestos textile workers under controlled and uncontrolled working conditions*

| Equipment | Number of duct connections | Volume of air handled (CFM) | Dust concentration with exhaust (MPPCF) | Dust concentration without exhaust |
|---|---|---|---|---|
| Willowing (opening) | [1] 2 | 625–1, 000 | 3. 6 | 11. 1–36. 0 |
| Piling [2] | 1 | 1, 025 | 2. 0 | 5. 4 |
| Picking | 3 | 2, 570 | 6. 7 | 34. 3–74. 3 |
| Carding (primary) | 3 | 1, 420 | } 2. 0 | 72. 3 |
| Carding (roving) | 4 | 1, 440 | | |
| Spooling | [3] 1 | 46. 5 | 2. 9 | 13. 1 |
| Weaving (broadloom) | 2 | 1, 300 | . 7 | 4. 7–49. 7 |
| Brusher calenderer | 3 | 1, 650 | 1. 0 | 11. 1 |

[1] Equipped with pneumatic conveyor.
[2] Exhausted bin or compartment.
[3] Individual cone for each spool and connected to exhaust manifold.

It is evident from the above table that the dust hazard in the asbestos industry can be greatly reduced. It is further clear that the necessary control methods have been developed and are now in use. With the exception of pickers who are exposed to concentrations of 6.7 million particles per cubic foot under controlled conditions, exposure in all other occupations can be kept below 5 million particles per cubic foot. It is possible with improved methods of ventilation to reduce even the picker's exposure to less than the figure indicated. The following recommendations are made:

1. Dust should be controlled at the point of origin by means of local exhaust hoods so designed and operated that no dust is permitted to reach the breathing zone of workers or to contaminate the general air. Dust-removal devices, which are capable of reducing the dust concentration to a level of 5 million particles per cubic foot or lower, have been developed for all operations in the asbestos textile industry (7).

2. Since material leaving picking machines is productive of considerable dust, storage rooms receiving such material should be exhausted. Workers who must enter such rooms while material is being blown should be equipped with approved types of respirators. No material should be removed from storage rooms while the picking machine is in operation.

3. Clean air should replace the dust-laden air removed by exhaust systems attached to the equipment. This requires, in event of recirculation of air, that dust concentrations entering any room be kept at levels comparable to that found in outdoor air.

4. Periodic studies of the condition of the working environment appear necessary to determine whether the control methods adopted are constantly adequate. This requires that dust concentrations be determined for each operation. Ventilation measurements are equally important. The work of inspection and review should be performed by persons trained for such studies.

## STATISTICAL DESCRIPTION OF EMPLOYEES

### OCCUPATIONAL HISTORIES

At the start of the medical examination the physicians questioned each worker to obtain a complete record of all the jobs at which he had worked. This information was recorded on the portion of the physical examination form reproduced in figure 27. After the basic census data (name, age, sex, color, and marital status) had been recorded the worker was asked how old he was when he first began

**CASE RECORD**

Name ______________________________ Date of birth ______________
(Surname) (First Name)

Address ______________________________

Age ________ Sex ________ Color ____________ Racial Stock ____________ M. S. W. D. Sep.

Plant ______________________________ Address ______________________

Age began work ____________ Years worked ____________ Time idle ____________

**OCCUPATIONAL HISTORY**

| SPECIFIC JOB | INDUSTRY | YEARS | | WHERE | WORKING CONDITIONS CONTROL MEASURES, ETC. |
|---|---|---|---|---|---|
| | | DUSTY | NON-DUSTY | | |
| Pres. | | | | | |
| Prev. | | | | | |
| " | | | | | |
| " | | | | | |
| " | | | | | |
| " | | | | | |
| " | | | | | |
| " | | | | | |
| " | | | | | |
| " | | | | | |
| " | | | | | |
| " | | | | | |
| " | | | | | |
| Total Years | | | | | |

FIGURE 27.—FORM USED FOR RECORDING OCCUPATIONAL HISTORY.

industrial work. This figure was subtracted from his present age, and a line of questioning was begun to elicit information on the work done in the intervening years. No occupational history was regarded as complete until all of this time could be accounted for by definite entries. The job he held at the time of the study was entered on the top line of the occupational history, together with the number of years he had held it, the name of the department in which he worked, and any other pertinent data that could be obtained. Next, he was asked what he had done previously, and again a complete entry was made. The name of the factory was entered for each period of em-

ployment in the asbestos textile industry. After each job had been accounted for, the worker was asked what he had done before that.

If a man had worked in an industry in which workers are known to be exposed to pneumoconiosis-producing dust, entries were made in the last column to show what materials he handled and whether or not dust-control measures were in use. Information on previous employment in dusty trades is of paramount importance in a study such as this. Any cases of prolonged exposure to pneumoconiosis-producing dust other than asbestos must be treated separately.

After the field study had been completed, an engineer assigned dust exposure values to each worker, following a procedure illustrated in table 18. In assigning these values, consideration was given to each job a worker had held in an asbestos plant.

The importance of the occupational history in a study of this kind can scarcely be overemphasized. It is the connecting link between the engineering and medical studies. The correlations between medical findings and dust exposure that adequate occupational histories make possible provide means for estimating the dust concentrations to which workers may be exposed safely.

Only 23 persons reported previous employment in an industry in which workers are known to be exposed to pneumoconiosis-producing dust. Such periods of employment usually were so short that no deleterious effects would be expected. Twenty-one persons had normal lung-field markings. Only one of these 23 persons had asbestosis at the time of this study, a man who had worked 3 years in a foundry and 10 years in asbestos textile plants.

### COMPARISON WITH OTHER INDUSTRIAL WORKERS

Five-sixths of the employees were native-born Americans of Anglo-Saxon stock and the remainder were Negro males.

Before beginning work in asbestos textile factories, more than 200 of the 541 persons had worked at similar occupations in cotton or wool textile plants. A large proportion of the employees had worked on farms either before beginning industrial work or in intervals between periods of industrial employment.

About 15 months before this study was begun, approximately 150 workers in these asbestos textile factories were replaced by workers with little or no previous asbestos exposure. Although an effort was made to examine as many as possible of these former workers, less than half could be examined. Partly as a result of these personnel changes, the group of employees examined in this study had an unusually low average age. There was an abnormally large percentage of workers with less than 5 years' employment in the asbestos textile industry and an abnormally small percentage of persons who had worked 10 years or more in this industry.

TABLE 21.—*Age distribution of asbestos workers*

| Age | Number of workers | | | Total |
|---|---|---|---|---|
| | White males | White females | Negro males | |
| Total | 338 | 118 | 85 | 541 |
| Under 20 years | 14 | 12 | 2 | 28 |
| 20 to 24 years | 73 | 26 | 17 | 116 |
| 25 to 29 years | 85 | 28 | 24 | 137 |
| 30 to 34 years | 51 | 16 | 12 | 79 |
| 35 to 39 years | 54 | 20 | 13 | 87 |
| 40 to 44 years | 26 | 7 | 9 | 42 |
| 45 to 49 years | 14 | 4 | 3 | 21 |
| 50 to 54 years | 7 | 0 | 3 | 10 |
| 55 to 59 years | 10 | 4 | 1 | 15 |
| 60 to 64 years | 2 | 0 | 1 | 3 |
| 65 to 69 years | 1 | 0 | 0 | 1 |
| 70 years and over | 0 | 0 | 0 | 0 |
| Unknown age | 1 | 1 | 0 | 2 |
| Average | 32. 08 | 30. 36 | 32. 44 | ----------- |
| Standard deviation | 9. 99 | 10. 19 | 8. 99 | ----------- |

The low average age of this group of asbestos textile workers must be kept in mind in making comparisons of health conditions in these factories with health conditions in American industry in general.

TABLE 22.—*Average age of white male industrial workers*

| Industry | Average age | Public Health Service Bulletin | Industry | Average age | Public Health Service Bulletin |
|---|---|---|---|---|---|
| Asbestos textile | 32. 1 | ----------- | Glass | 35. 3 | 162 |
| Iron and steel | 42. 0 | 202 | Gas | 34. 8 | 162 |
| Granite cutting | 39. 9 | 187 | Cigar | 34. 2 | 162 |
| Anthracite mines | 39. 5 | 221 | Cement | 33. 9 | 176 |
| Fur cutting | 39. 2 | 234 | Rubber | 33. 1 | 176 |
| Pottery | 39. 1 | 116 | Chemical | 33. 1 | 162 |
| Post office | 37. 8 | 162 | Garment | 32. 8 | 71 |
| Foundry | 37. 8 | 162 | | | |

The average age of white male industrial workers is less in the asbestos textile factories studied than it is in 14 other industries in which the Public Health Service has made similar studies. White males employed in asbestos textile factories average 32.1 years, white females 30.4 years, and Negro males 32.4 years of age.

TABLE 23.—*Length of employment in the asbestos textile industry*

| Sex and color | Total | Years employed in asbestos textile industry | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Less than 1 | 1 to 4.9 | 5 to 9.9 | 10 to 14.9 | 15 to 19.9 | 20 to 24.9 | 25 to 29.9 |
| Total | 511 | 73 | 260 | 112 | 47 | 16 | 2 | 1 |
| White males | 321 | 44 | 161 | 72 | 28 | 13 | 2 | 1 |
| White females | 111 | 19 | 59 | 19 | 13 | 1 | 0 | 0 |
| Negro males | 79 | 10 | 40 | 21 | 6 | 2 | 0 | 0 |

Correspondingly, the average length of employment in the asbestos textile industry is relatively short. Only 18.8 percent of the employees have been employed in the asbestos textile industry more than 10 years. In the 13 industries included in table 22 for which information on length of employment is readily available, only two industries have as large a percentage of employees who have worked less than 10 years. This is partly accounted for by the fact that the asbestos textile industry is of comparatively recent origin in this country. Only one of the plants studied had been in operation before 1920.

## MEDICAL STUDY

### PROCEDURE

A medical examination was made of each worker employed in the asbestos textile factories of North Carolina during the winter of 1935–36. A group of former asbestos workers was also examined in order to obtain a complete sample of asbestos-exposed workers. Office workers and other employees not exposed to asbestos dust were included in these examinations. They are classified as controls. Included in this control group, which numbered 76 persons, were 27 persons seeking employment in the asbestos industry for the first time.

Before making any medical examinations the two physicians made an inspection tour of each factory in which this study was made in order to familiarize themselves with the various jobs or occupations involved in the manufacturing process. This is a necessary prerequisite for taking a usable occupational history.

Space for examination and fluoroscopic rooms and laboratory was obtained at a location as convenient as possible for all concerned. An improvised darkroom was used for fluoroscopy and for processing the X-ray films. In an adjoining room, the medical examinations were made by two physicians approximately according to the following schedule: Four persons at 9 a. m.; four at 10:30 a. m.; four at 1 p. m.; four at 2 p. m.; and four at 3 p. m. In other words, about 30 minutes were required per examination. The routine used in the study of pulmonary tuberculosis was followed in the examination of the chest. After the history and physical findings had been recorded, the group of four was fluoroscoped and chest roentgenograms were taken. A few examinations were made in the evening, and other adjustments were made in the schedule so as not to interfere too seriously with the work routine of the employees.

At plant A, the urine of workers was examined with particular attention to amount of silica excretion. In addition to this metabolic study, routine examinations were made of the sputum of workers in plants B and C for presence of acid-fast bacilli and asbestosis bodies.

Sections of the physical examination form used in this study have been reproduced in several places in this bulletin as a means of indicating the information that was collected.

## PAST MEDICAL HISTORY

Each person was questioned in order to find out whether he had previously had certain diseases which are of importance in the study of chest diseases.

### FAMILY AND PAST MEDICAL HISTORY (INSERT DATE WHEN POSITIVE)

Family history of T. B.__________

Exposure to T. B.__________

Tuberculosis____ Treatment____ Pleurisy____ Dry____ Wet____ Side____

Hemoptysis____ Dates____ Amount____ Asthma____ Hay Fever____

Pneumonia____ Empyema____ Bronchitis____ Sinus Diseases____

Infuenza____ In Bed____ More colds in recent years____

Average number of colds yearly____ Head ____ Chest ____ Duration____ Severity____

Tonsillitis ____ Previous injuries ____

Operations ____ Heart Disease ____

Rheumatic Fever____ Scarlet Fever____ Hypertension____

G. I. ____ Skin diseases ____

G. U. ____ Nervous system ____

Menstrual ____ Pregnancies ____

Other serious illnesses or complaints____

__________

### PRESENT HEALTH

Cough ____ How long____ Type____ When worse____

Productive____ Amount____ Character____ Odor____

Dyspnea____ Duration____ Severity____ Progressing____

Appetite____ Digestion____ Bowels____ Edema____

Strength and energy____ Hernia____

Weight: Stationary____ Lost____ Gained ____ How long____

Other complaints ____

__________

Progress of symptoms____

__________

__________

### HABITS

Alcohol ____ Sleeping ____

Tobacco ____ Eating ____

FIGURE 28.—FORM USED FOR RECORDING PAST AND PRESENT MEDICAL HISTORY.

Tabulations of previous illness did not indicate that pneumonia, pleurisy, respiratory diseases other than the common cold, digestive