disturbances, or prolonged contact with an active case of tuberculosis had made people more susceptible to asbestosis. Frequent, disabling colds were more common among persons with advanced pulmonary fibrosis than they were in persons with little or no fibrosis, but this probably is a result of the fibrosis rather than a predisposing influence.

## SYMPTOMS OF ASBESTOSIS

The chief symptoms usually associated with asbestosis are progressive dyspnoea, cough, hemoptysis, emaciation, weakness, poor chest expansion, curved finger nails or clubbed finger tips, chest pain, and cyanosis. In these respects asbestosis resembles silicosis. Early cases, of course, would have relatively few of these symptoms and an advanced case would have almost every symptom listed. The appearance of these symptoms can be explained on the basis of a more or less general fibrosis of the lungs and concomitant pathological changes such as emphysema, bronchiectasis, and fibrous pleurisy. The cardinal symptoms of asbestosis are cough and dyspnoea. These two symptoms occurred together and in combination with other symptoms far more frequently than one would expect on the basis of chance alone.

TABLE 24.—*Number of persons who had certain pairs of disorders, compared with the number who would be expected to have them on the basis of chance alone. Where the differences are statistically significant the observed numbers appear in bold-face type*

| Disorder | Persons affected | | Cough | | Hemoptysis | | Loss of weight | | Chest pain | | Weakness | | Loss of appetite | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Percent of total examined | Observed | Calculated | Observed | Calculated | Observed | Calculated | Observed | Calculated | Observed | Calculated | Observed | Calculated |
| Dyspnoea | 122 | 26.34 | **94** | *36.4* | **30** | *10.2* | **25** | *10.8* | **11** | *5.0* | **34** | *11.1* | **4** | *1.6* |
| Cough | 138 | 29.81 | ----- | ----- | **32** | *11.6* | **22** | *12.2* | **13** | *5.7* | **28** | *12.5* | **3** | *1.8* |
| Hemoptysis | 39 | 8.42 | ----- | ----- | ----- | ----- | **9** | *3.4* | **3** | *1.6* | **11** | *3.5* | **1** | *0.5* |
| Loss of weight | 41 | 8.86 | ----- | ----- | ----- | ----- | ----- | ----- | **4** | *1.7* | **10** | *3.7* | **2** | *0.5* |
| Chest pain | 19 | 4.10 | ----- | ----- | ----- | ----- | ----- | ----- | ----- | ----- | **9** | *1.7* | **2** | *0.2* |
| Weakness | 42 | 9.07 | ----- | ----- | ----- | ----- | ----- | ----- | ----- | ----- | ----- | ----- | **4** | *0.6* |
| Loss of appetite | 6 | 1.30 | ----- | ----- | ----- | ----- | ----- | ----- | ----- | ----- | ----- | ----- | ----- | ----- |

As table 24 shows, 94 of the 122 people who complained of dyspnoea had a cough also. On the basis of chance alone, assuming there was no causal connection between the two symptoms, one would expect that 36 people would have both conditions.[3] Actually, the two conditions are found together far more frequently than that, and it is safe to assume that there is some sort of causal relationship. Similar considerations hold for most of the other pairs of impairments.

Typically, the cough of asbestosis is dry and nonproductive. In

[3] This value has been calculated on the assumption that 0.2634 represents the probability that any one of the 463 persons would have dyspnoea and 0.2981 represents the probability that a person would have a cough. These values are taken from the second column of figures of table 24. Then, $0.2634 \times 0.2981 \times 463 = 36.35$.

some cases there is scanty, viscid expectoration. Severe paroxysms of coughing occasionally occur in cases of asbestosis having serious disability. At such times highly tenacious sputum is raised.

Usually a complaint of dyspnoea was entered on the records only when breathing was labored after an exercise test (see p. 65) carried on in the presence of the examining physicians. The high percentage of persons with dyspnoea who were able to be at work is undoubtedly due to the sedentary nature of much of the work in asbestos textile factories.

Blood-streaked sputum occurred frequently among persons exposed to asbestos dust although there were only two active cases of pulmonary tuberculosis in the group. These two cases have not been included in tables 25 and 26 and figures 29 and 30. The absence of pulmonary tuberculosis makes hemoptysis a more significant finding. Its presence seems to indicate that bronchiectatic and emphysematous processes are going on in the lungs. The presence of asbestosis bodies in the sputum (which will be discussed in a later section) also can be interpreted as a sign of disintegrative processes in pulmonary tissue.

Weakness and loss of weight are closely related symptoms. Independently of age and other factors, these symptoms increase in frequency with increasing dust exposure. They are accompanied by a general bodily appearance not unlike that of fibroid phthisis.

Nineteen of the 447 asbestos-exposed people complained of a pain in their chests which is best described by the term "substernal distress." It was vaguely defined and not as a rule very well localized, and it seemed to be an ache or a feeling of oppression rather than a sharp pain. It did not seem to be of cardiac origin. Only one of the 24 persons with a past history of pleurisy complained of a chest pain of this kind. It appears that substernal distress may be connected with the cough or the dyspnoea that accompany asbestosis (table 24).

The symptoms of asbestosis are listed in table 25, where their incidence is classified according to the total dust exposure of the persons affected. For purposes of comparison, the employees of asbestos textile factories have been divided into five groups, which differed in dust exposure, one of them being a control group of employees who were not exposed to asbestos dust. A number representing the total dust exposure was assigned to each dust-exposed employee by multiplying the number of years he had worked in the asbestos industry by the average dust concentration to which he presumably had been exposed. His total dust exposure is thus expressed in million particle years. If a worker had changed from one occupation to another, a dust exposure value in million particle years was calculated for each occupation, and these values were added together to obtain his total dust exposure.[4]

[4] An example (table 18) has been given in the section entitled "Interpretation of dust counts."

Case 1:08-cv-00043-S-LDA Document 14-8 Filed 03/07/2008 Page 3 of 16



The percentage of workers who complain of cough, dyspnoea, blood-streaked sputum, and other symptoms increases rapidly with increasing asbestos-dust exposure. In all cases the percentage of workers who are affected by a particular symptom is larger than the percentage in the control group. Two of the cases of dyspnoea found




FIGURE 29.—PERCENTAGE OF PERSONS, CLASSIFIED BY DUST EXPOSURE, WHO HAD CERTAIN DISORDERS.

in the control group were accompanied by heart defects severe enough to have caused shortness of breath.

TABLE 25.—*Classification of present complaints according to the dust exposure of the affected persons*

| Present complaint | Not exposed to dust | | Million particle years dust exposure | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Less than 25 | | 25 to 49 | | 50 to 99 | | Over 100 | | |
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | |
| Total | 76 | *100* | 198 | *100* | 85 | *100* | 55 | *100* | 105 | *100* | 519 |
| Cough | 6 | *8* | 28 | *14* | 23 | *27* | 19 | *35* | 64 | *61* | 140 |
| Dyspnoea | 5 | *7* | 24 | *12* | 13 | *15* | 18 | *33* | 62 | *59* | 122 |
| Weakness | 0 | *0* | 10 | *5* | 8 | *9* | 3 | *5* | 19 | *18* | 40 |
| Loss of weight | 4 | *5* | 14 | *7* | 8 | *9* | 2 | *4* | [1] 16 | *16* | 44 |
| Blood-streaked sputum | 0 | *0* | 6 | *3* | 5 | *6* | 5 | *9* | 22 | *21* | 38 |
| Chest pain | 1 | *1* | [1] 4 | *2* | [1] 2 | *3* | [1] 6 | *12* | [1] 6 | *17* | 19 |
| Loss of appetite | 0 | *0* | 0 | *0* | ------ | *2* | 2 | *1* | 2 | *3* | 3 |

[1] Data not available for all workers.

Another indication that these symptoms are an integral part of the symptom complex of asbestosis is to be found in the relation of

these symptoms to the fibrotic changes that occur in the lungs. The degree of fibrosis can be estimated from the lung-field markings seen on X-ray examination, a subject which will be more fully discussed in a later section. For the present it will be sufficient to say that as a result of long-continued exposure to asbestos dust the normal or first-degree exaggeration of linear pulmonic markings become coarser and more widespread (second-degree linear exaggeration). Upon longer or more intensive exposure a fine, interstitial fibrosis sets in which gives a hazy, ground-glass appearance to the lung field (first-




FIGURE 30.—PERCENTAGE OF PERSONS, CLASSIFIED BY LUNG-FIELD MARKINGS, WHO HAD CERTAIN DISORDERS.

degree ground glass) and eventually almost completely obscures the linear markings (second-degree ground glass).

Asbestos-exposed people have been classified into four groups, according to their lung-field markings, and the percentage of persons having certain symptoms has been calculated for each group. Here again, the incidence of these symptoms increases greatly with increasing fibrotic change. Such a relation is entirely to be expected for dyspnoea, since the disease diminishes the volume of the lung available for the respiratory function. The high incidence of the other symptoms in the presence of fibrotic changes that have progressed to the ground-glass stage is additional evidence of degenerative changes in the lungs.

TABLE 26.—*Classification of present complaints according to lung-field markings of the affected persons*

| Present complaint | Lung-field markings | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | First-degree linear | | Second-degree linear | | First-degree ground glass | | Second-degree ground glass | | |
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | |
| Total | 312 | *100* | 78 | *100* | 50 | *100* | 22 | *100* | 462 |
| Cough | 63 | *20* | 21 | *27* | 36 | *72* | 18 | *82* | 138 |
| Dyspnoea | 42 | *13* | 26 | *33* | 34 | *68* | 18 | *82* | 120 |
| Weakness | 15 | *5* | 9 | *12* | 13 | *27* | 6 | *27* | 43 |
| Loss of weight | 23 | *7* | 9 | *12* | 2 | *4* | 6 | *27* | 40 |
| Blood-streaked sputum | 17 | *5* | 5 | *6* | 11 | *22* | 7 | *32* | 40 |
| Chest pain | 10 | *3* | 4 | *5* | 5 | *10* | 0 | *0* | 19 |
| Loss of appetite | 1 | *1* | 1 | *1* | 0 | *0* | 0 | *0* | 2 |

## X-RAY FINDINGS

### LUNG-FIELD MARKINGS

The classification of lung-field markings used in the preceding section is part of a scheme that was used in a study of anthracosilicosis

**FLUOROSCOPIC EXAMINATIONS**

Bony framework ______________________

Heart, Aorta and Trachea ______________________

Diaphragm ______________________

Lung fields ______________________

______________________

Examined by: ______________________

**X-RAY INTERPRETATION**

Film No. ______________ ______________ Technic ______________ chest cm.

Quality of film ______________ Bony framework ______________

Heart, Aorta and Trachea ______________

Diaphragm ______________

Lung fields ______________

______________

______________

______________

______________



Examined by: ______________________

FIGURE 31.—FORM USED FOR RECORDING X-RAY FINDINGS.

(42, 51). It is, of course, highly desirable to have a system of classification which will help in deciding whether a given type of lung-field marking represents an early or a late stage of a pneumoconiosis, and this scheme has been drawn up to illustrate the probable sequence of lung-field markings that occurs during long-continued exposure to a

pneumoconiosis-producing dust. During medical studies of anthracite miners, for instance, all of the stages represented in figure 32 were found. Among asbestos-exposed workers, on the contrary, no case was found which had progressed beyond the ground-glass stage. This constitutes a difference between asbestosis and silicosis that Merewether (25), Lanza (18), and Pancoast (29), among others, have commented on. Further investigation will be needed to decide whether this difference is due to a peculiarity of asbestos dust or




FIGURE 32.—SCHEME USED IN CLASSIFYING X-RAY MARKINGS

whether it is due to the rare occurrence in asbestos textile mills of the excessively high dust exposures (100 to 300 million particles per cubic foot and more) found in certain other dusty trades.

In a typical case of asbestosis the lower half of the chest X-ray film has a fine, granular appearance which Merewether (25) aptly describes as "ground glass." Not infrequently, there is more fibrosis on the right side than on the left. The presence of emphysema in the apices, which results in increased radiolucence, tends to exaggerate the cloudiness of the bases of the lungs. Emphysema precedes the ground-glass appearance of the bases. Chest X-rays of individuals with pneumoconioses induced by other silicates, with the exception of mica,[5] do not regularly show the basal localization of fibrosis that is so characteristic of asbestosis.

[5] Unpublished data.

Occasionally, in an asbestotic chest, the heart has a shaggy outline when viewed roentgenographically, a phenomenon discussed by other investigators. This seems to be of more frequent occurrence when the worker has been exposed to dust containing a high proportion of fibers (the dust produced in twisting or broadcloth weaving, for instance) than when he has been exposed to short asbestos particles,




FIGURE 33.—PERCENTAGE OF MALES, CLASSIFIED BY AGE, WHO HAD CERTAIN LUNG-FIELD MARKINGS. 229 MEN HAD NO PREVIOUS INDUSTRIAL DUST EXPOSURE, 80 HAD BEEN EXPOSED TO KAOLIN DUST, AND 357 HAD BEEN EXPOSED TO ASBESTOS DUST.

such as those produced in carding. Further study would be necessary in order to establish this point.

Unlike silicosis, nodular and conglomerate shadows are not found in asbestotic workers in the absence of tuberculosis or other infections. The principal difference discernible on an X-ray film between an early and an advanced stage of asbestosis lies in the density of the ground-glass markings and the degree to which the linear pulmonic markings have been obliterated. Although first-degree and second-degree ground-glass markings have been tabulated separately in several tables published in this report, it is often difficult to decide whether a

particular film represents an early or an advanced stage of pulmonary fibrosis.

There is, of course, an increase in the prevalence of lung fibrosis with advancing age. Because ground-glass appearance of the lung fields, which is indicative of fine, interstitial pulmonary fibrosis, is a most important diagnostic sign of asbestosis, it is necessary to evaluate the relation of this condition to age and other relevant factors. From unpublished data collected by the Public Health Service, tabulations of lung-field markings in relation to age were made on two groups of men. One group comprised 229 men who had never been employed in a dusty trade; the other group included 80 men engaged in mining and refining kaolin by wet methods. The percentage of men who have a second-degree exaggeration of the linear pulmonic markings increases with advancing age. It is significant, however, that in the entire group of 309 men there were no cases of ground-glass lung-field markings. Other studies confirm this. Dreessen (43*a*) examined 80 men exposed to marble dust; 18 percent had second-degree linear markings, but none had ground-glass or nodular markings. Similar data are available (42) for 201 men employed in portland cement mills who were examined by Gardner and Sampson. No cases of granular markings or of discrete, nodular fibrosis were found.

In every age group the proportion of asbestos-exposed men who had advanced stages of pulmonary fibrosis is greater than in the men not exposed to asbestos dust. The percentage of men with ground-glass lung-field markings increases with advancing age. In view of the data for the two occupational groups just discussed and of the relation between this condition and length of employment, it appears that the reason why the incidence of this type of pulmonic markings is correlated with age is that the older people have been exposed to asbestos

TABLE 27.—*Relation of lung-field markings to age: Men seeking employment in a dusty trade for the first time, kaolin workers, and men employed in asbestos textile factories*

| Age | No previous dust exposure | | | Kaolin workers | | | Asbestos workers | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of men | Percent with first-degree linear markings | Percent with second-degree linear markings | Number of men | Percent with first-degree linear markings | Percent with second-degree linear markings | Number of men | Percent with first-degree linear markings | Percent with second-degree linear markings | Percent with first-degree ground-glass markings | Percent with second-degree ground glass markings |
| Total examined | 229 | 92 | 8 | 80 | 79 | 21 | 359 | 61 | 20 | 13 | 6 |
| Under 20 | 58 | 93 | 7 | 7 | 100 | 0 | 11 | 73 | 27 | 0 | 0 |
| 20 to 29 | 107 | 94 | 6 | 29 | 93 | 7 | 169 | 76 | 14 | 8 | 1 |
| 30 to 39 | 38 | 90 | 10 | 23 | 65 | 35 | 112 | 52 | 24 | 17 | 6 |
| 40 to 49 | 17 | 88 | 12 | 12 | 66 | 33 | 48 | 40 | 25 | 23 | 12 |
| 50 to 59 | 7 | 57 | 43 | 6 | 50 | 50 | 17 | 35 | 29 | 12 | 24 |
| 60 to 69 | 2 | 100 | 0 | 3 | 100 | 0 | 2 | 50 | 0 | 0 | 50 |

dust for the longest time. It would be important to know whether susceptibility to asbestosis varies with age, but these data do not seem to be extensive enough to test this point satisfactorily.

The prevalence of ground-glass lung-field markings increases greatly with increasing length of employment, as figure 34 shows.




FIGURE 34.—RELATION OF GROUND-GLASS LUNG-FIELD MARKINGS TO LENGTH OF EMPLOYMENT.

The incidence of ground-glass lung-field markings also increases with increasing dust exposure.

In figure 36, which is based on table 28, the heights of the vertical bars represent the percentages of asbestos workers in different exposure groups who had ground-glass lung-field markings of either first or second degree. The 76 controls have been excluded from this tabulation and a number of workers whose dust exposure was not known have also been omitted. Many of the percentage values must be viewed with caution because they are based on small numbers of workers. This is particularly true in the groups with more than 10 years' employment.

Considering the four dust exposure groups one at a time, there is a consistent and regular increase in the percentage of persons with advanced stages of lung fibrosis with increasing length of employment. Age, of course, also increases with length of employment, but these fibrotic changes cannot be ascribed to advancing age because, as table 27 shows, fibrotic changes of this degree are not to be expected in workmen of comparable age who are not exposed to siliceous dust.




FIGURE 35.—RELATION OF GROUND-GLASS LUNG-FIELD MARKINGS TO DUST EXPOSURE.

Obviously, there are great differences between individuals in the time that elapses from their first exposure to asbestos dust and the time that fibrotic changes are evident on X-ray examination. In some persons this was much less than 5 years and in others it appears

to be more than 10. Although it is impossible to account for these differences entirely, it is possible that one factor may be the difference in physical exertion that different occupations require. In a sedentary occupation, shallow breathing might be adequate to meet a person's respiratory needs; such a person would inhale less air, and consequently fewer asbestos particles, than a person engaged in vigorous muscular work who was obliged to breathe deeply. Some of the individual differences to be found in these data may be due to differences in the total amount of asbestos dust inhaled.




FIGURE 36.—INCIDENCE OF GROUND-GLASS LUNG-FIELD MARKINGS IN RELATION TO LENGTH OF EMPLOYMENT AND DUST CONCENTRATION.

TABLE 28.—*Proportion of asbestos textile workers with ground-glass lung-field markings*

| Dust exposure million particles per cubic foot | | Years in asbestos industry: 0 to 4.9 | 5 to 9.9 | 10 to 14.9 | Over 15 |
|---|---|---|---|---|---|
| 0 to 4.9 | Affected | 0 | 0 | 0 | 0 |
| | Exposed | 82 | 19 | 4 | 0 |
| | Percentage | 0% | 0% | 0% | 0% |
| 5 to 9.9 | Affected | 0 | 7 | 7 | 4 |
| | Exposed | 68 | 36 | 13 | 6 |
| | Percentage | 0% | 19% | 54% | 67% |
| 10 to 19.9 | Affected | 3 | 3 | 4 | 2 |
| | Exposed | 50 | 18 | 13 | 4 |
| | Percentage | 6% | 17% | 31% | 50% |
| Over 20 | Affected | 6 | 17 | 8 | 3 |
| | Exposed | 80 | 28 | 14 | 5 |
| | Percentage | 8% | 61% | 57% | 60% |

It will be noted that the relation between dust exposure and the incidence of ground-glass lung-field markings is not a simple one. Even if length of employment is disregarded, as in figure 35, the incidence of ground-glass markings is proportionately lower at 10 to 19.9 million particles per cubic foot than it is at the next higher or

next lower dust concentration. Although it is probable that these differences represent sampling errors due to small numbers of exposed persons, it may be that asbestos fibers excite a different, and possibly more severe, reaction than asbestos particles. If this were true, the total particle count tabulated above would not be a completely satisfactory measure of the pneumoconiosis-producing power of asbestos dust.

It is not unreasonable to suppose that the amount of pulmonary fibrosis might be more closely related to the weight of inhaled asbestos dust than to any other physical property of the dust. The number of dust particles can be used as a rough estimate of the weight of most dusts (laboratory studies have shown that the two quantities are highly correlated). This may not be as good a measure in the case




FIGURE 37.—RELATION OF DIAPHRAGMATIC FIXATION TO DUST EXPOSURE. THE PERCENTAGE OF PERSONS IN EACH EXPOSURE GROUP WHO HAD FIRST, SECOND, OR THIRD DEGREE DIAPHRAGMATIC FIXATION HAS BEEN REPRESENTED BY THE HEIGHT OF VERTICAL BARS.

of asbestos because, as table 6 shows, there are many long fibers in the dust suspended in workroom air. The difficulties encountered in measuring fibers have already been discussed (p. 23) and only one additional point need be mentioned here. A fiber 50 microns in length is capable of reaching the lungs (table 37); it would be counted as one particle in making dust counts, and yet it would have approximately 50 times the weight of a fragment of the same fiber only 1 micron in length. The 2 particles would have the same influence on the dust count, but one would carry 50 times as much asbestos to the lung as the other if both were inhaled and retained. Unfortunately, measurements of the weight of dust in the air were not made. If they had been, it is possible that the relation between asbestosis and dust exposure might have been altered.

DIAPHRAGM

During fluoroscopic examination of the chest the degree of movement of the diaphragm was observed and recorded. The percentage of people with impaired diaphragmatic movement increased with increasing length of dust exposure, and the proportion of workers with severe degrees of impairment likewise increased.

TABLE 29.—*Occurrence of diaphragmatic fixation in relation to million particle years of exposure* [1]

PERCENT

| Degree of fixation | Controls | Million particle years | | | |
|---|---|---|---|---|---|
| | | Under 25 | 25 to 49 | 50 to 99 | Over 100 |
| Normal | 97 | 92 | 84 | 74 | 50 |
| + | 3 | 6 | 12 | 22 | 30 |
| ++ | 0 | 2 | 3 | 4 | 17 |
| +++ | 0 | 0 | 1 | 0 | 3 |

NUMBER OF CASES

| Degree of fixation | Controls | Million particle years | | | |
|---|---|---|---|---|---|
| | | Under 25 | 25 to 49 | 50 to 99 | Over 100 |
| Total tested | 76 | 198 | 86 | 55 | 102 |
| Normal | 74 | 182 | 72 | 41 | 51 |
| + | 2 | 11 | 10 | 12 | 31 |
| ++ | 0 | 5 | 3 | 2 | 17 |
| +++ | 0 | 0 | 1 | 0 | 3 |

[1] The percentage values in the upper half of this table were obtained by dividing the values labelled "total tested" by the corresponding values in the lower half of the table.

This is shown in figure 37 where asbestos workers have been divided into five groups (one of them a control group), according to the total amounts of asbestos dust to which they have been exposed during their working life. Only two of the 76 controls had any impairment of diaphragmatic movement. For each group the percentage with normal diaphragmatic movement, and slight (+), moderate (++), or severe (+++) diaphragmatic fixation has been calculated. These percentages have been represented by the heights of vertical bars.

Severe forms of diaphragmatic fixation accompanied advanced stages of lung fibrosis. Among 295 persons with first-degree linear lung-field markings, 9.5 percent had impaired diaphragmatic movement. Of the 22 persons with second-degree, ground-glass lung-field markings, 68 percent had impaired diaphragmatic excursion. This is a reasonable finding, since lung fibrosis and diaphragmatic limitation appear to be part of the same process.

Diaphragmatic abnormalities, such as peaking, did not occur to any significant extent in asbestos workers although they are common among persons with silicosis. In a study of granite workers carried on by the Public Health Service (48, p. 87): "Irregularities of the diaphragm were rather constant. Forty percent of cases had evidence of it, and as the condition advanced there was an increase in changes of the diaphragmatic shadows. There were instances in which angulation of the diaphragm was in evidence, and others which showed indications of extensive adhesions." In a study of anthracite miners carried on by the Public Health Service (51, p. 58): "Decrease in the motibility of the diaphragm as demonstrated by fluoroscopy was frequently observed. This malfunction, varying from slight to practical fixation, increased with the severity of the pulmonary pathology. Not infrequently adhesions between the visceral and diaphragmatic pleura could be seen." On the contrary, in asbestosis, with the exception of one man (fig. 48), there was no roentgenographic evidence of diaphragmatic peaking. It appears that the limitation of movement, which is a definite part of the symptom complex of asbestosis, may be due to inelasticity of the lungs and binding of the lungs to the parietes and the mediastinal structures by fibrous pleuritis. (See pathological section.)

### PHYSICAL FINDINGS

The objective symptoms that are most frequently observed and most useful in establishing a diagnosis of asbestosis are general appearance of ill health (particularly any signs of loss of weight), the condition of the finger nails, and diminished chest expansion. These symptoms obviously appear late in the course of the disease. The useful chest signs seem to be limited to adventitious sounds. Diminished breath sounds, prolonged expiration and crackling râles over the bases of the lungs and interscapular regions seem to accompany asbestosis. Various râles and adventitious sounds were heard in the chests of 5 percent of the persons in the control group. Râles were noted in 14 percent of the asbestos-exposed persons who had normal lung-field markings or who had only first-degree linear exaggeration. However, in the group of persons with ground-glass lung-field markings (persons who had asbestosis), 49 percent had râles or other adventitious sounds. In about two-fifths of the cases, râles persisted after cough.

Changes in the percussion note are hard to evaluate, probably because the condition tending to give a dull note is counterbalanced by generalized emphysema which produces hyper-resonance. The absence of localized areas of conglomerate fibrosis and localized areas in which there is marked compensatory emphysema obviously accounts for the lack of more definite findings.

CHEST EXPANSION

Chest expansion decreases with increasing dust exposure and with increasing pulmonary fibrosis. Asbestos-exposed men were divided into four groups according to dust exposure, and the average chest expansion and the average chest girth at expiration were calculated for each group. The same men were classified into four groups on the

**PHYSICAL EXAMINATION**

General Appearance__________ Hair______ Eyes______ Ht._____ Wt._____ Us. Wt._____

Skin and mucous membrane________ Nose____________ Mouthbreather________

Eyes: Pupils regular______ Irregular_______ React to light R_____ L_____ Glasses_______

Ears: Hearing_______ Discharge_______ Throat: Tonsils_______ Pharyngitis______

Teeth ____________ Gums____________ Pyorrhea____________

Glands: Thyroid, Normal________ Cervical______ Epitrochlear_______ Axillary_______

Blood pressure __________________ reflexes__________________

| *Exercise* | | | *Rate at rest* | *Exercise* | *After 2 minutes rest* |
|---|---|---|---|---|---|
| Pulse: | regular | ______ | ______ | ______ | ______ |
| | irregular | ______ | | | |
| Respiration | | ______ | ______ | ______ | ______ |

Chest: Type__________________

Expansion __________________

Palpation __________________

Circumf.: Inspiration ______________

Expiration ______________

Expansion ______________



Heart: Size, Normal_______ Enlarged_________ Position, Normal____________

Murmurs __________________ Transmitted __________________

Hernia __________________ Enlarged Rings __________________

Extremities: Clubbing_______ Cyanosis_______ Bowed nails_______ Edema_______

Special marks of identification____________________________________

Remarks __________________________________________

__________________________________________________

Examined by: __________________

FIGURE 38.—FORM USED FOR RECORDING PHYSICAL FINDINGS.

basis of lung-field markings, and similar calculations were made. The decrease in average chest expansion cannot be attributed to any lack of large-chested men in the groups with high dust exposure or advanced pulmonary fibrosis. On the contrary, the average chest girth increases slightly with increasing dust exposure and with increasing pulmonary fibrosis. Several factors may have contributed to the

latter phenomenon and the available data provide no means for discriminating between them. Since the trend is slight it may be disregarded. The ratio of chest expansion to chest girth decreases with increasing dust exposure and with increasing pulmonary fibrosis.

TABLE 30.—*Relation of average chest expansion to dust exposure in male asbestos workers*

| | Dust exposure, million particle years | | | |
|---|---|---|---|---|
| | Less than 25 | 25 to 49 | 50 to 99 | Over 100 |
| Chest expansion, inches | 3.12 | 2.75 | 2.69 | 2.38 |
| Girth at expiration, inches | 33.77 | 33.93 | 34.10 | 34.44 |
| Ratio of expansion to girth | .092 | .081 | .079 | .069 |

TABLE 31.—*Relation of average chest expansion to lung-field markings in male asbestos workers*

| | Lung-field markings | | | |
|---|---|---|---|---|
| | First-degree linear | Second-degree linear | First-degree ground glass | Second-degree ground glass |
| Chest expansion, inches | 2.97 | 2.62 | 2.39 | 2.10 |
| Girth at expiration, inches | 33.77 | 34.27 | 34.59 | 33.90 |
| Ratio of expansion to girth | .088 | .076 | .069 | .062 |

Chest expansion tends to decrease somewhat with advancing age, but the average chest expansion is less in asbestos-exposed men than it is in men of comparable age who have not been so exposed.

TABLE 32.—*Average chest expansion of males*

| Age | Exposed to kaolin | | Employed in asbestos textile factories but not exposed to dust | | Exposed to asbestos dust | |
|---|---|---|---|---|---|---|
| | Number of men in age group | Average chest expansion | Number of men in age group | Average chest expansion | Number of men in age group | Average chest expansion |
| | | *Inches* | | *Inches* | | *Inches* |
| Under 20 | 8 | 2.69 | 4 | 3.25 | 9 | 3.28 |
| 20 to 29 | 30 | 3.38 | 27 | 3.24 | 165 | 2.98 |
| 30 to 39 | 22 | 3.18 | 18 | 3.11 | 109 | 2.67 |
| 40 to 49 | 11 | 2.59 | 5 | 2.50 | 47 | 2.35 |
| 50 to 59 | 6 | 3.17 | 3 | 2.83 | 16 | 2.35 |
| 60 to 69 | 4 | 2.88 | 2 | 2.00 | 2 | 2.00 |

Externally, the thorax shows evidence of limited respiratory movement; the supra- and infra-clavicular fossae are conspicuous; the anterior-posterior diameter of the chest is increased; the substernal angle may be more obtuse; evidence of wasting or loss of subcutaneous fat may be present; certain of the accessory muscles of respiration

may appear to be hypertrophied. In other words, the general appearance of the chest is that of fibroid phthisis plus emphysema. Among the conditions that may reduce chest expansion are pleural adhesions and the relative inelasticity of fibrotic lung tissue.

### RESPIRATORY RATE

The direct effect of pulmonary fibrosis on respiratory rate may be seen in table 33. Before the exercise test the respiratory rate of males with ground-glass lung-field markings was higher, but not significantly so, than the respiratory rate of males with first degree linear exaggeration of pulmonic markings. The exercise test consisted of having the subject stand with one foot on a box 14 inches high and to raise his other foot to the level of the top of the box 25 times in 30 seconds. The respiratory movements were counted during a 15-second period preceding the test, during a 15-second period immediately after exercise, and during a 15-second period 2 minutes after the test. Exercise raised the respiratory rate of all four groups of men, but the rise in respiratory rate was dependent upon the degree of pulmonary fibrosis, the men with ground-glass lung-field markings being affected most. After 2 minutes' rest, the fall in respiratory rate was again dependent on pulmonary fibrosis. The respiratory rate returned most closely to the preexercise rate in men with normal pulmonic markings or with first-degree linear exaggeration of lung-field markings. The return to the preexercise rate was slower in men with asbestosis (ground-glass lung-field markings).

TABLE 33.—*Relation of respiratory rate to lung-field markings in male asbestos workers*

| Average respiratory rate | Lung-field markings | | | |
|---|---|---|---|---|
| | First-degree linear | Second-degree linear | First-degree ground-glass | Second-degree ground-glass |
| Number of men examined | 202 | 62 | 31 | 8 |
| Before exercise | 18. 45±0. 17 | 19. 32±0. 32 | 20. 22±0. 99 | 21. 50±2. 24 |
| After exercise | 25. 69± .34 | 26. 32± .63 | 28. 64±1. 68 | 30. 50±1. 16 |
| 2 minutes after exercise | 20. 41± .07 | 21. 30± .12 | 23. 37± .58 | 24. 21±1. 08 |

TABLE 34.—*Influence of anthraco-silicosis on the respiratory rate of anthracite miners* [1]

| Average | Exposed to dust, essentially normal | Anthraco-silicosis |
|---|---|---|
| Number of men examined | 2, 094 | 616 |
| Rate before exercise | 18. 73±0. 03 | 20. 31±0. 01 |
| Rate after exercise | 29. 09± .07 | 31. 19± .02 |
| Rate after rest | 22. 73± .08 | 26. 59± .02 |

[1] These data were not included in Public Health Bulletin No. 221.