Similar relations were found in a study of anthracite miners. In men with anthraco-silicosis the respiratory rate was definitely higher than in essentially normal men before exercise, after exercise, and after rest.

## CLUBBING OF FINGERS AND CURVING OF NAILS

Many asbestos-exposed workers, particularly those with long dust exposures, had a deformity of the finger nails. The terminal phalanges may become so bulbous that the finger resembles the end of a drumstick, a condition conveniently described by the term clubbed fingers. Usually it is accompanied by a downward curving of the end of the nail.

The affection is almost always bilaterally symmetrical and often involves the toes as well as the fingers. It is common in pulmonary tuberculosis. In bronchiectasis, empyema, and congenital heart disease it may be seen in its most exaggerated form. Such exaggeration, however, was comparatively rare in this study. In a study of 2,711 (51) anthracite workers, the deformity, regardless of degree, was observed in about a third of the workers having anthraco-silicosis, but was present in only 4 percent of the controls. The real significance of the affection has not been determined. Norris and Landis (62) state that in all probability it is a manifestation of long-standing toxemia associated with phthisis or bronchiectasis. The bronchiectatic and emphysematous changes noted in the asbestotic lung at autopsy probably account to a great extent for the occurrence of the change in the workers with asbestosis.

TABLE 35.—*Number and percent of asbestos-exposed workers who had clubbed fingers or curved finger nails, classified by lung-field marking*

| Degree of clubbing and curving | Lung-field markings | | | | | | | | Tota |
|---|---|---|---|---|---|---|---|---|---|
| | First-degree linear | | Second-degree linear | | First-degree ground glass | | Second-degree ground glass | | |
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | |
| Total | 313 | 100 | 78 | 100 | 50 | 100 | 22 | 100 | 463 |
| Normal | 267 | 86 | 62 | 79 | 31 | 62 | 14 | 64 | 374 |
| + | 37 | 12 | 10 | 13 | 12 | 24 | 6 | 27 | 65 |
| ++ | 8 | 3 | 6 | 8 | 5 | 10 | 2 | 9 | 21 |
| +++ | 1 | 1 | 0 | 0 | 2 | 4 | 0 | 0 | 3 |

Five controls (6 percent) had curving of the nails. This percentage was much higher (19.2) in the asbestos-exposed group. Thirty-nine percent of the workers with first- or second-degree ground-glass lung-field markings had this condition.

## HEART DEFECTS

Taking age into consideration, blood pressure values conformed closely to the values found on examination of 10,143 male industrial workers (56).

Heart defects were no more numerous than in industrial groups in general. They were tabulated in relation to dust exposure and pulmonary fibrosis in the same way as the impairments just dis-




FIGURE 39.—PHOTOMICROGRAPHS OF ASBESTOSIS BODIES FOUND IN SPUTUM. ENLARGED 530 TIMES EXCEPT E, WHICH IS ENLARGED 310 TIMES. A SCALE, RULED IN UNITS OF 50 MICRONS, HAS BEEN DRAWN BESIDE EACH ASBESTOSIS BODY.

cussed, but no simple relationships could be found. A careful cardiac study (including electrocardiograms) was made on one group of asbestos workers. Many workers with advanced cases of asbestosis had normal hearts and no evidence was found which would relate heart impairments to asbestos dust exposure.

ASBESTOS CORNS

Asbestos corns are wartlike callosities, 1 mm to 5 mm in size, usually located on the palmar surfaces of hands or fingers and occasionally on soles of feet or on the legs (see fig. 39*a*). Their presence on the palmar surfaces of the hands is explained by the fact that workers, on breaking threads of asbestos, force tiny slivers of asbestos under the skin where it initiates a foreign body response. This response is characterized by hyperplasia and hyperkeratization. Table 36 shows that the occupations in which asbestos corns are most common are ones in which workers test the tension of moving threads with their fingers, or in which they are obliged to break threads with their hands or to knot threads together.

TABLE 36.—*Percentage of asbestos workers who had asbestos corns, classified by occupation* [1]

| Occupation | Number employed | Number with asbestos corns | Percent with corns |
|---|---|---|---|
| Twisters | 60 | 25 | 42 |
| Creelers | 15 | 6 | 40 |
| Tape and brake-lining weavers | 39 | 11 | 28 |
| Inspectors, calenders, and finishers | 15 | 4 | 27 |
| Cloth weavers | 36 | 8 | 22 |
| Crushers | 5 | 1 | 20 |
| Yarn spoolers and winders | 78 | 13 | 17 |
| Mule and ring spinners | 60 | 9 | 15 |
| Carders | 58 | 5 | 9 |
| President, stenographers, and clerks | 30 | 2 | 7 |
| Pickers and pilers | 16 | 1 | 6 |
| Willowers and shakermen | 4 | 0 | 0 |
| Corders | 4 | 0 | 0 |
| Formers and grinders | 2 | 0 | 0 |
| Carpenters, yardmen, and night watchmen | 16 | 0 | 0 |
| Managers and superintendents | 17 | 0 | 0 |
| Pre-employment | 27 | 0 | 0 |
| Total | 485 | 85 | 18 |

[1] Does not include 47 recently discharged workers.

Microscopically, Dewirtz (10) states that the corns present a picture of slow chronic local irritation. The horny and Malpighian strata of the skin are increased. Round-cell infiltration is noted particularly in the papillary layer of the dermis. Asbestos fibers or crystals are also seen and they are regarded by Dewirtz as the agent responsible for the thickening of the rete mucosum, basal layers, and the giant-cell formation. Gloyne (16) has also found asbestos fiber in the corns, but noted that asbestosis bodies of the type observed in asbestotic lungs and sputum were absent. The workers have themselves called these little tumors "asbestos corns," or asbestos warts. Not infrequently the corns become very tender, particularly when pressure is applied to them in the course of handling tools or machinery. On account of the pain, the workers will attempt to remove the spicule of mineral with a pen knife or some other sharp instrument. Should the fiber be incompletely removed, it recurs with greater hyperplasia

because of the added trauma. Most of the workers so afflicted insist that every bit of fiber must be removed before the corn is cured. Only occasionally, however, is medical relief sought, and in such cases Dewirtz (10) advises complete surgical removal.

## LABORATORY FINDINGS

### ASBESTOSIS BODIES

Unusual structures have been observed by several investigators on histological study of the lung tissue of men who had died from asbestosis but no detailed description appeared until 1927 when Cooke (9) and McDonald (22) published photomicrographs and discussed the conditions under which asbestosis bodies are formed. Their papers apparently awakened interest in the subject and several papers on asbestosis bodies appeared soon afterward.

The following review of the literature on asbestosis bodies is far from complete, but it will serve to indicate the kind of information that has been put on record thus far. There is good evidence to show that these bodies originate as a cellular response to an inhaled asbestos fiber. The core of the body is an asbestos fiber which is surrounded by protein deposits. Apparently asbestosis bodies are formed only in the lungs. They have been recovered from the feces (36), suggesting that they pass unchanged through the gastrointestinal tract. They have not been demonstrated in the asbestos corns which form on the hands of asbestos workers (10, 57a), nor in the peritoneum of experimental animals (57) into which the dust has been injected. Gardner (57) found the "bodies" in the lungs of dusted guinea pigs, but for some unaccountable reason found them to be sparse in similarly exposed rabbits. The bodies can usually be demonstrated in the sputum of patients with asbestosis, although, according to Lynch and Smith (38), the sputum may be negative on repeated examinations even in well-established cases. For cases of this type, lung puncture (40) has been suggested as a diagnostic procedure.

Asbestosis bodies are variable in form (fig. 39*a*) and in size (table 37). Characteristically, they are slender, elongated, segmented structures with bulbous ends which give them a dumbbell or drumstick shape. Occasionally, a forked or Y-shaped body such as the one marked *H* in figure 39 is encountered. A rosette such as the one illustrated in the center of figure 39 was observed only once in the examination of sputum samples from 281 persons. Rosettes, however, are common in sections of lung tissue. Stewart, Tatersall, and Haddow (41) say,

> We suggest that the findings of a large clump or clumps of asbestosis bodies in the sputum as here described is a clear indication of disintegration of lung tissue, whether by a process of simple suppurative broncho-pneumonia, as in our first case, or as a result of secondary tuberculous infection. In either case it is reasonable to conclude that there is also a definite underlying asbestosis.



FIGURE 39A.—ASBESTOS CORN ON THUMB OF 36-YEAR-OLD MAN EMPLOYED 4 YEARS IN THE CARD ROOM OF AN ASBESTOS TEXTILE FACTORY. PREVIOUSLY EMPLOYED 14 YEARS IN COTTON AND WOOLEN TEXTILE MILLS. PHOTOGRAPH OF MOULAGE. 2X.

The asbestosis bodies illustrated in figure 39 show some of the variations in size and shape seen in sputum smears. Five of these asbestosis bodies (*A, C, D, E, K*) were found on the same slide. This sample of sputum was obtained from a 37-year-old mule spinner who had been employed in the asbestos industry for 7½ years, exposed to an average dust concentration of 8 million particles per cubic foot. Because he made no complaint of any of the major symptoms of asbestosis and because his lung fields were second-degree linear, no diagnosis of asbestosis was made. The bodies labeled *G* and *H* came from another mule spinner, a 37-year-old man employed 2½ years in an average dust concentration of 7.9 million particles per cubic foot. Except for a cough he had none of the symptoms of asbestosis and his lung fields were essentially normal.

In several photomicrographs of the "asbestosis body," the asbestos fiber may be seen clearly. The bodies are somewhat fragile, and fragments (such as *L* in fig. 39) often occur. Unstained specimens are golden yellow or golden brown. They do not stain with the aniline dyes ordinarily used in histology, but they stain blue (prussian-blue reaction) when treated with potassium ferrocyanide.[6]

Asbestosis bodies can be demonstrated on sectioning lung tissue. Since they arise as a tissue reaction to an inhaled asbestos fiber, their size is important because it indicates the length of the asbestos fibers that may reach the lungs. The greatest length of the first 168 asbestosis bodies found during the study of prepared sputum specimens was measured on camera-lucida drawings. Every asbestosis body was measured and the frequency distribution of these measurements appears below.

TABLE 37.—*Frequency distribution of the lengths of the first 168 asbestosis bodies found in sputum smears*

| Length in microns | Number of asbestosis bodies of the length specified | Length in microns | Number of asbestosis bodies of the length specified |
|---|---|---|---|
| Total measured | 168 | 60 to 69 | 2 |
| 0 to 9 | 0 | 70 to 79 | 3 |
| 10 to 19 | 38 | 80 to 89 | 1 |
| 20 to 29 | 37 | 90 to 99 | 2 |
| 30 to 39 | 39 | 100 to 109 | 1 |
| 40 to 49 | 25 | 110 to 119 | 0 |
| 50 to 59 | 19 | 120 to 129 | 1 |

[6] Gloyne's (37) method was used in the present study of asbestosis bodies in sputum. A sample of sputum is digested with an equal volume of concentrated antiformin, centrifuged at moderate speed, the antiformin is pipetted off, and replaced with the following mixture: 2 percent potassium ferro-cyanide, 1 part; 1 percent hydrochloric acid, 3 parts. The tube is shaken and allowed to stand for ½ to 1 hour. It is then recentrifuged and the material mounted as a wet preparation. With this technique the asbestosis bodies are colored brilliant blue. If mounted without treatment with potassium ferrocyanide and hydrochloric acid, the bodies are golden yellow in color.

43162—38——6

The asbestos bodies ranged in length from 10 to 128 microns; their average length was 35.1 microns. After completing this series, routine measurements were discontinued since this seemed to be a large enough sample to indicate the sizes of asbestosis bodies most frequently found. The largest body found in subsequent study of sputum specimens measured 184 microns in length. There seems to be no completely satisfactory explanation for the absence of asbestosis bodies measuring less than 10 microns in length.

Asbestos appears to differ from other pneumoconiosis-producing dusts with respect to the size of the largest particle that may reach the lungs. The largest reported upper limit of size for rock dust in the gold mines of South Africa and in the granite (48) and anthracite (51) industries in this country is 14 microns. The data of table 37 are in harmony with a concept that has been gaining support in recent years, namely, that particles beyond 10 microns in size reach the alveoli. Measurements indicate that the diameter of air sacs may be from 150 to 300 microns in adults, or, in other words, of such a size that asbestos fiber or resulting asbestosis bodies may be readily accommodated.

Asbestosis bodies were found more frequently in the sputum of persons who complained of a persistent cough than in the sputum of persons without a cough. This is a reasonable finding, since the act of coughing tends to raise materials from the lungs. Half of the 56 people who complained of dyspnoea had asbestosis bodies in their sputum. Less than a fifth of the 225 asbestos-exposed people who did not make a complaint of dyspnoea had asbestosis bodies in their sputum. Almost the same relationship holds for a complaint of cough.

Asbestosis bodies were found in the sputum of 46.9 percent of persons whose condition was diagnosed as asbestosis. A much smaller proportion, 24.3 percent, of essentially normal asbestos-exposed persons had asbestosis bodies in their sputum. Thus, it appears that the presence of asbestosis bodies is evidence of exposure to asbestos dust, but it is not necessarily a diagnostic sign of asbestosis. Asbestosis bodies were found in the sputum of persons who had been exposed to asbestos dust for as short a time as 3 months. Of the workers employed less than 1 year, 22.5 percent had asbestosis bodies in their sputum. A larger percentage, 38 percent, of workers employed more than 5 years had these bodies in their sputum. In evaluating these percentages it must be remembered that they are based on the examination of a single sputum specimen from each individual. If several specimens could have been collected and examined, the percentage of persons with asbestosis bodies would almost certainly be much higher.

No asbestosis bodies were found in sputum samples from any of the 76 persons tested who were not exposed to asbestos dust.

The incidence of asbestosis bodies increased with increasing dust exposure.

TABLE 38.—*Relation of dust concentration to occurrence of asbestosis bodies*

| Weighted dust exposure | Number exposed | Number with asbestosis bodies | Percent with asbestosis bodies |
|---|---|---|---|
| Total exposed | 281 | 76 | 27.0 |
| 0 to 4.9 | 23 | 4 | 17.6 |
| 5 to 9.9 | 96 | 21 | 21.9 |
| 10 to 19.9 | 69 | 23 | 33.3 |
| 20 and over | 74 | 26 | 35.1 |

RESULTS OF TESTS ON URINE

Each person employed in the three asbestos plants studied was asked to bring a 24-hour sample of urine in a metal container provided for that purpose. In addition to the standard clinical tests, the silica content was determined by the method of King and Dolan (59).[7] Of the 416 persons exposed to asbestos dust at the time of the study, urine analyses are available for 403, and these results have been kept separate from the results of urine tests made on 67 persons whose work did not expose them to asbestos dust.

Albumin was found in the urine of 10 of the 248 white males tested; in the urine of 10 of the 98 white females; and in the urine of 3 of the 57 negro males tested. Only one sample of urine (from a white male) contained sugar (Benedict's test). These rates of incidence are no higher than in the controls and, insofar as published data are available for comparison, they seem to be no higher than the rates generally found in industrial populations.

TABLE 39.—*Relation of urinary silica to dust exposure*

| Urinary silica | Controls | Dust exposure, million particles per cubic foot | | | |
|---|---|---|---|---|---|
| | | 0 to 4.9 | 5 to 9.9 | 10 to 19.9 | Over 20 |
| Milligrams silica per 100 cc | 3.08±0.13 | 3.55±0.13 | 2.98±0.08 | 2.68±0.11 | 3.44±0.10 |
| Milligrams silica per day | 30.45± .14 | 36.52±1.26 | 30.30±1.28 | 28.47±1.30 | 37.55±1.34 |
| Number tested | 65 | 98 | 108 | 77 | 100 |

Silica was present in concentrations ranging from 0.7 to 11.1 mg per 100 cc. Average urinary silica concentrations for groups of persons whose dust exposure varied widely (table 39) do not indicate that there was any simple relation between the exposure to asbestos dust (which consists of hydrated magnesium silicate) and the concentration of urinary silica. Rather, it appears that the values for

[7] The colorimetric procedure for the determination of silica in the urine consists in the production of a silicomolybdic acid complex which is reduced to give a blue color, the depth of color being proportional to the amount of silica present.

dust-exposed persons fluctuate above and below the value for the controls. The total daily silica output was calculated by multiplying silica concentration by the volume of urine excreted in 24 hours; these values (table 39) also show no simple relation to dust exposure.

Urinary silica analyses are available for two other groups of people whose diet resembled that of asbestos workers in consisting largely of vegetables. The urine of seven male college students living in the same city averaged 2.6 mg per 100 cc (based on single specimens, not 24-hour samples). An earlier survey of an industrial plant in Tennessee made by the Public Health Service [8] showed that the daily silica output averaged 29.89 ± 0.20 mg, a value very close to the mean silica output of nonexposed asbestos workers.

Diet plays an important part in influencing urinary silica concentration as King and Dolan (59) have demonstrated on experimental animals. A predominantly vegetable diet, with its high silica content, leads to a high urinary silica output. It may be that the dietary intake of silica was so great as to totally mask any possible effect of silicate absorption through the lungs. In any case, the phenomenon reported by King and Dolan for gold miners (59) and by the Public Health Service (51) for anthracite miners, namely, a higher silica excretion in men exposed to silica dust than in nonexposed controls, does not appear here. The urinary silica concentration of the asbestos workers is higher than that reported for the two occupational groups just mentioned, and this appears to be largely due to dietary differences.

Silica concentration increased with increasing specific gravity. The silica content is, of course, too low to influence the specific gravity directly. Instead, it appears that the two values may vary concomitantly, and that the drinking of large quantities of water, for instance, would lower both the specific gravity of the urine subsequently excreted and its silica content as well.

TABLE 40.—*Relation of silica content of urine to specific gravity*

| Specific gravity | Average silica content | Number of samples |
|---|---|---|
| | *Mg per 100 cc* | |
| 1.000 to 1.009 | 2.14 | 25 |
| 1.010 to 1.019 | 2.69 | 163 |
| 1.020 to 1.029 | 3.20 | 193 |
| Over 1.030 | 5.10 | 23 |

### THE DIAGNOSIS OF ASBESTOSIS

In preceding sections of this bulletin the signs and symptoms of asbestosis have been treated one at a time or two at a time in order to show their relationship to dust exposure. In this and the two following sections the symptom complex of asbestosis and its relation to dust exposure will be discussed.

[8] Unpublished data.

*Occupational history.*—In establishing a diagnosis of asbestosis, it is important to exclude the possibility that the observed effects may have resulted from inhalation of another kind of dust or some other disease process. An early case of silicosis, for instance, might present signs and symptoms which would differ from those of asbestosis mainly in degree. A diagnosis of asbestosis should be made only when the occupational history shows previous exposure to asbestos dust and no heavy exposure to other siliceous dust.

*X-ray findings.*—Although the ground-glass markings that are so characteristic of asbestosis are usually localized in the basal portions of the lung fields, nevertheless all regions of the chest must be examined roentgenographically in order to detect signs of other disease processes that might complicate diagnosis. It is important, of course, to look for the signs of pulmonary tuberculosis. The distribution and the character of lung-field markings are significant. Shagginess of the heart shadow (see p. 56) has been mentioned by several physicians who have reported cases of asbestosis. The physical findings should be referred to whenever cardiac enlargement is found during the X-ray examination. A consideration of the chest shape of the individual will sometimes modify the interpretation of certain of these findings. Fluoroscopic examination is, of course, the best means of detecting diaphragmatic impairments, but valuable information can often be gained from a study of a chest X-ray film. Heavy pectoral muscles may cast an X-ray shadow which resembles in a single plate the shadow cast by the increased fibrosis in the bases. This possibility must always be kept in mind during the examination of chest X-ray films. Notes on the thickness of the chest muscles should be entered on the physical examination form, or stereo films should be made in order to obviate this source of error. The presence of bronchiectasis caused difficulty in diagnosing one case.

*Classification of lung-field markings.*—In this study, after examining an X-ray film and before making a diagnosis, the film was classified according to the nature and degree of fibrosis into one of four classes; first- or second-degree linear exaggeration of the lung-field markings or first- or second-degree ground-glass lung-field markings. There is good reason to believe that these four classes represent successive stages through which a typical case of asbestosis would pass under continuous exposure to asbestos dust. Since, as has been said, the ground-glass markings appear first in the basal portions of the lung fields, it follows that any given chest film might have areas in which the markings were ground glass and other areas in which the markings were linear. Usually the basis of classification has been the type of marking that predominates in the lower third of the visible lung field.