


FIGURE 40.—PORTIONS OF CHEST X-RAY FILMS WHICH ILLUSTRATE THE SUCCESSIVE CHANGES BROUGHT ABOUT BY LONG-CONTINUED INHALATION OF ASBESTOS DUST.

In order to show these markings on a larger scale than would be possible if the entire film were reproduced and to illustrate this system of classification, figure 40 has been prepared.

*Symptoms.*—Dyspnoea, cough, blood-tinged sputum, pain in the chest, weakness, decreased chest expansion, curving of the finger nails and adventitious chest sounds are symptoms which also occur in silicosis. It is possible to differentiate pulmonary asbestosis from silicosis by history of exposure to asbestos, the presence of asbestosis[9] bodies in the sputum or lungs, and by the type and distribution of the X-ray markings. With reference to asbestosis bodies in the sputum, the data show that they may appear after 3 months' exposure. They show evidence of exposure to dust, but not established disease. Lynch and Smith (38) reported difficulty in demonstrating the bodies in an advanced case. The presence of rosettes as illustrated in figure 39 has been reported to be of greater diagnostic significance.

No advanced cases of asbestosis of the bed-ridden type were observed in the present study. Reports (13, 20, 26, 32) of fatal American asbestosis cases which were relatively uncomplicated by the presence of other disease processes are essentially similar to reports of uncomplicated British cases (9, 14, 34, 35). Patients in the terminal stage are usually reported to be emaciated, markedly dyspnoeic, cyanotic, and usually have a severe cough with wiry mucoid sputum.

## REPRESENTATIVE CASE HISTORIES

Plates made from representative X-ray films appear as figures 41 to 51. Roentgenograms of a normal chest (figure 41) and of a chest showing advanced silicosis (figure 42) have been included for purposes of comparison. In figures 43 to 51 which represent asbestotic patients, an abstract from the case history and physical examination accompanies the X-ray. In viewing these roentgenograms it should be remembered that the ground-glass lung-field markings that are characteristic of asbestosis are exceedingly difficult to photograph and reproduce. It will be noted that the distribution of the shadows is not quite as general as in silicosis.

[9] Cooke has reported somewhat similar bodies in the sputum of anthracite miners, buc they seem to differ morphologically from asbestosis bodies.



FIGURE 41.—NORMAL PULMONIC MARKINGS. WHITE MALE, AGE 23.

Note the linear type of pulmonic markings usually seen in the chest roentgenogram of an average industrial worker not exposed to a dust hazard. This man had worked 3 years in the decorating department of a pottery and 2 years at general outdoor labor.



FIGURE 42.—SILICOTIC PULMONIC MARKINGS. WHITE MALE, AGE 61.

Note coarse nodular appearance, with beginning coalescence of these shadows in the upper half of the left. Moderate emphysema both bases and slight mediastinal distortion. Nodular markings of the type here shown were not noted in asbestos employees.



FIGURE 43.—EARLY ASBESTOSIS. WHITE MALE, AGE 29.

*Occupational history.*—Carder (asbestos), 4½ years; nondusty trades, 5½ years.

*Estimated dust exposure.*—(*a*) 35.3 million particles per cubic foot. (*b*) Million particle years, 159.

No significant past medical findings or complaints.

*Physical examination.*—Intermediate, slender white male. Height, 67¼ inches; weight, 142 pounds. Rather long chest; expansion, 2 inches. No change in fremitus, breath sounds, or percussion note. Blood pressure, 168/118. Pulse rate, 96, 120, and 80 before, immediately after, and 2 minutes after functional exercise. Urinary silica, 5.2 mg per 100 cc (24-hour output, 34.3 mg). Routine urinalysis negative; specific gravity 1.022.

*X-ray.*—First-degree ground-glass appearance not quite obliterating the coarse linear markings. Note the fine, close-set reticular markings just off each hilum and the apices remaining quite clear.

*Diagnosis.*—Early asbestosis without symptoms complicated by hypertensive heart disease.