

FIGURE 44.—EARLY ASBESTOSIS. WHITE MALE, AGE 39.

*Occupational history.*—Mule spinner (asbestos), last 15 years; roving attendant (asbestos), 1 year; nondusty trades, 8½ years.

*Estimated dust exposure.*—(*a*) Weighted average, 10.5 million particles per cubic foot. (*b*) Million particle years, 168.2.

*Past medical.*—Shrapnel wound right parietal region of head, October 1918. Bilateral pneumonia as a child.

*Complaints.*—Slight weakness.

*Physical examination.*—Intermediate build, fairly well nourished. Height, 66½ nches; weight, 144 pounds. Chest expansion, 3¾ inches. Blood pressure, 136/82. Pulse rate, 83, 120, and 84, and respiratory rate, 16, 24, and 18 (respectively before, immediately after, and 2 minutes after functional exercise test). Intermediate chest type with slight increase in A–P diameter of chest. Few nonpersistent crackling râles at right base. Asbestos corn on palmar surface of left wrist. Slight cyanosis of lips and nails. A dusky red cast to ears. Sputum negative for *B. tuberculosis* and asbestos bodies. Urinary silica, 3.6 mg per 100 cc (24 hours, 21.5 mg).

*Fluoroscopy.*—Moderate (2+) limitation of diaphragmatic excursion. Hila moderately increased in size and density.

*X-ray.*—Note the first-degree grainy or ground-glass appearance, not obliterating the linear markings, giving general reticular appearance to lung fields. Generalized fibrosis 1 +.

*Diagnosis.*—Asbestosis 2.



FIGURE 45.—MODERATELY ADVANCED ASBESTOSIS. WHITE MALE, AGE 46.

*Occupational history.*—Broadcloth weaver (asbestos), 7 years 5 months. Previously in nondusty trades, 15½ years including 10 years as farmer.

*Estimated dust exposure.*—(*a*) Weighted exposure, 18 million particles per cubic foot. (*b*) Million particle years, 109.2.

*Past medical.*—Tonsillectomy, 1915. Pleurisy, right, March 1926.

*Complaints.*—Dry, hacking morning cough for 3 years productive thick mucoid sputum. Slight dyspnoea, 2 to 3 years. Blood-tinged sputum.

*Physical examination.*—Height, 70½ inches. Weight, 160 pounds. Blood pressure, 150/82. Pulse rate, 72, 88, and 68; respiratory rate, 24, 28, and 24 (before, immediately after, and 2 minutes after functional exercise test). Patient completed only about half of prescribed exercise. Chest expansion, 1 inch. Shoulders somewhat rounded. Crackling râles heard over both lungs on quiet breathing, and these persist after cough; 2+ curved finger nails; 3.1 mg silica per 100 cc (single specimen).

*Fluoroscopy.*—Left side of diaphragm moves more freely than right; 2+ limitation of excursion, especially on right.

*X-ray.*—Shows second-degree ground-glass appearance obliterating usual linear pulmonic markings. It also shows preponderance of fibrosis in the bases of lung and shaggy appearance of heart shadow.

*Diagnosis.*—Asbestosis 3 (moderately advanced).



FIGURE 46.—MODERATELY ADVANCED ASBESTOSIS. WHITE MALE, AGE 40.

*Occupational history.*—Mule spinner (asbestos), last 13 years; nondusty trades, 4½ years; idle, 4½ years.

*Estimated dust exposure.*—(*a*) Weighted average, 13.5 million particles per cubic foot. (*b*) Million particle years, 175.7.

*Past medical.*—Influenza and pneumonia, 1919. Frequent disabling colds.

*Complaints.*—None.

*Physical examination.*—Intermediate white male. Height, 70½ inches; weight, 156 pounds. Intermediate chest shape; expansion, 2 inches. Dry, musical râles over bases of lungs. Urinary silica, 5.6 mg per 100 cc (24-hour output, 80 mg). Sputum not examined.

*Fluoroscopy.*—Showed slight limitation of diaphragmatic excursion right and left with first-degree diffuse ground-glass appearance of the lung fields.

*X-ray.*—Shows first-degree granular appearance not obliterating the linear markings. It illustrates the fine reticular fibrosis associated with this condition and the tendency to be most dense at the bases of the lungs.

*Diagnosis.*—Asbestosis 3.



FIGURE 47.—MODERATELY ADVANCED ASBESTOSIS. WHITE MALE, AGE 49.

*Occupational history.*—Mule spinner (asbestos), 25 years, working 10 to 11 hours a day; nondusty trades, 9 years.

*Estimated dust exposure.*—(*a*) Weighted average, 7.9 million particles per cubic foot. (*b*) Million particle years, 221.2.

*Past medical.*—Typhoid fever at age of 11. Influenza, 1918. Dry pleurisy, right in 1931; second attack in 1935 on left. More than average number of chest colds each year. Kidney colic, 1931.

*Complaints.*—Slight dyspnoea, especially in climbing stairs. Slight morning cough past 2 to 5 years productive of small amount of white frothy sputum.

*Physical examination.*—Tall, fairly well-developed man. Height 70 inches, and weight, 172 pounds. Blood pressure, 140/80. Pulse rate, 80, 100 and 80; respiratory rate, 24, 32, and 24 (respectively before, immediately after, and 2 minutes after functional exercise test). Chest is long, and well developed with some flaring of the costal margins. Chest expansion, 1½ inches. Numerous crackling râles at bases on deep breathing and after cough. Sputum (single specimen) was negative for acid-fast bacilli and asbestosis bodies. Urinary silica, 3.2 mg per 100 cc (24-hour output, 23.0 mg).

*Fluoroscopy.*—Diaphragm almost fixed and lung fields interpreted as showing a first-degree ground-glass appearance.

*X-ray.*—Note the fine grainy or ground-glass appearance fairly well limited to the lower two-thirds of each lung field.

*Diagnosis.*—Asbestosis 3.



FIGURE 48.—MODERATELY ADVANCED ASBESTOSIS. WHITE MALE, AGE 39.

*Occupational history.*—Broadcloth loom room (asbestos), 14 years; nondusty trades, 7 years.

*Estimated dust exposure.*—(*a*) Weighted average, 49.7 million particles per cubic foot. (*b*) Million particle years, 459.7.

*Past medical.*—Bilateral pneumonia as a child. Sinus disease for the past 2 years. Typhoid fever, 1911.

*Complaints.*—Dry, hacking, morning cough productive of 2 ounces of white, viscid sputum, past 2 years. Shortness of breath, 2½ years.

*Physical examination.*—Fairly well-developed, slender, white man. Height, 72 inches; weight, 163 pounds. Blood pressure, 104/70. Pulse rate, 68, 76, and 68. Respiratory rate, 21, 30, and 30 (before, immediately after, and 2 minutes after functional exercise test). Chest is long, slender type. Expansion, 1⅜ inches. Heart sounds are distant with a pulmonic second sound somewhat accentuated.

*Fluoroscopy.*—Peaking of the diaphragm both sides. 3 cm excursion upon forced respiration.

*X-ray.*—Note the deformity of diaphragm. This case is the only one showing definite deformity in the group. The lung fields were interpreted as showing second-degree diffuse grainy or ground-glass appearance with emphysema.

*Diagnosis.*—Moderately advanced asbestosis (asbestosis 3).