

FIGURE 49.—ADVANCED ASBESTOSIS. WHITE MALE, AGE 48.

*Occupational history.*—Mule spinner (asbestos), 17¼ years (1½ years in same room with carding machines; 11 years he worked 11 hours a day; nondusty trades, 17 years.

*Estimated dust exposure.*—(*a*) Weighted average, 10.6 million particles per cubic foot. (*b*) Million particle years, 103.8.

*Past medical.*—Frequent chest colds. Aerophagia for several years. Malaria about 1926. Influenza, 1929 and 1932.

*Complaints.*—Cough, 6 years' duration, possibly somewhat improved since quitting work in asbestos. Severe paroxysms of cough in morning, causing him to vomit frequently and productive of small amount of tenacious mucoid sputum. Moderate dyspnoea since 1928, unchanged. Lost 15 to 20 pounds in weight and associated weakness before quitting work in asbestos.

*Physical examination.*—Slender fairly well-developed and nourished white male. Height, 68 inches; weight, 131 pounds. Rather long narrow chest. Chest expansion, 1½ inches. Tactile and voice fremitus apparently normal. Slight impaired resonance lower half of each lung. Numerous persistent dry crackles mostly over lower portions of lungs. Faint breath sounds lower one-half right and left; 1+ curving of finger nails. Blood pressure, 135/80. Pulse and respiratory rate, respectively, 72, 100, and 68 and 28, 32, and 28, (before immediately after, and 2 minutes after the functional exercise test). Moderate dyspnoea following this exercise. Urinary silica (single specimen), 2 mg per 100 cc. Sputum negative for acidfast bacilli and asbestosis bodies.

*Fluoroscopy.*—2+ lag of diaphragmatic excursion right and left. Rather poor radiolucency lower lung fields.

*X-ray.*—Shows second-degree grainy appearance with almost complete obliteration of linear markings. Generalized fibrosis 2+.

*Diagnosis.*—Well-established asbestosis.



FIGURE 50.—ADVANCED ASBESTOSIS. WHITE MALE, AGE 55.

*Occupational history.*—Preparation department (asbestos), 14 years; nondusty trades, 27 years.

*Estimated dust exposure.*—(*a*) Weighted average, 38.9 million particles per cubic foot. (*b*) Million particle years, 545.

*Past medical.*—Maxillary sinuses drained in 1930. Typhoid fever as a child.

*Complaints.*—Dry cough, 10 years, productive of 2 ounces of white, thick sputum over a period of 24 hours. Rather severe dyspnoea, 3 years. He must walk very slowly to prevent dyspnoea. Occasional edema of ankles for the past 4 years.

*Physical examination.*—Height, 66 inches. Weight, 132 pounds. Blood pressure, 112/70. Moderate arteriosclerosis. Pulse rate, 72, 80, and 68. Respiratory rate, 48, 54, and 51 (before, immediately after, and 2 minutes after functional exercise test). Patient stopped on completion of about one-half of prescribed exercise, but expressed a willingness to continue. Chest expansion, 2 inches. Breathing is labored and shallow. Prolonged expiration. Fine crackles appear over the lower half of both lungs after coughing. Heart is enlarged to the left with the aortic second sound somewhat more prominent than the pulmonic second. First sound at the apex is split and is particularly snapping elsewhere; 2+ curving of the finger nails.

*Fluoroscopy.*—Aortic shadow is definitely widened. The cardiac shadow shows 1+ increase in size. Diaphragm on ordinary breathing moves a scant 1 cm; 3 cm on forced excursion.

*X-ray.*—Shows diffuse ground-glass appearance. Note that most of the distinctly linear markings have been obliterated.

*Diagnosis.*—Advanced asbestosis.

43162—38——7



FIGURE 51.—ASBESTOSIS WITH FIBROID TUBERCULOSIS. WHITE MALE. AGE 38.

*Occupational history.*—Mule spinner (asbestos), 11 years 8 months; nondusty trades, 12 years.

*Estimated dust exposure.*—(*a*) Weighted average, 7.9 million particles per cubic foot. (*b*) Million particle years, 88.5.

*Past medical.*—Received sanatorium treatment for tuberculosis 8 months in 1930. Had pneumonia as a child. Appendectomy in 1916.

*Complaints.*—Dry cough past 5 years, worse at night. Slight dyspnoea, 8 years.

*Physical examination.*—Very thin man. Weight, 131 pounds. Blood pressure, 100/70. Pulse rate, 72, 80, and 68. Respiratory rate, 16, 16, and 20 (before, immediately after, and 2 minutes after functional exercise test). Asthenic type of chest. Some deformity of chest due to scoliosis. Chest expansion, 1½ inches. Breath sounds are slightly increased over the extreme right upper. Very few dry râles right supra-scapula fossa. Heart: The pulmonic second sound is much greater than the aortic second.

*Fluoroscopy.*—Diaphragm moves freely and equally on both sides. On forced respiration, excursion is 3 cm on right and 4 cm on left.

*Diagnosis.*—Moderately advanced asbestosis with arrested fibrotic tuberculosis

## INCIDENCE OF ASBESTOSIS

Preceding sections of this bulletin have stressed the importance of the X-ray findings in establishing a diagnosis of asbestosis. The reason, of course, is that X-ray examination is the most direct means now available for detecting the primary effect of inhaled asbestos dust on the body; namely, initiation of interstitial fibrosis of lung tissue. Classification of asbestosis into a series of stages which follow one another in their development is a difficult matter because it depends to a great degree on the interpretation of relatively minor changes in the lung-field markings. Other investigators have encountered the same difficulty. Lanza, McConnell, and Fehnel (17) and Fulton, Dooley, Matthews, and Houtz (15) set up a category of doubtful cases of asbestosis. Stage 1 in the accompanying tabulation more or less corresponds to their category of doubtful cases. It comprises cases in which diagnosis rests largely on X-ray evidence. Stage 2 represents early cases of asbestosis, and stage 3 designates moderately advanced cases. More advanced cases (stage 4) are relatively infrequent. Stage 5 was reserved for bed-ridden cases.

TABLE 41.—*Relation of asbestosis to lung-field markings*

| X-ray findings | Asbestosis absent | Stages of asbestosis | | | | Total |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | |
| Total | 372 | 24 | 26 | 16 | 7 | 445 |
| First-degree linear | 297 | | | | | 297 |
| Second-degree linear | 65 | 11 | 3 | | | 79 |
| First-degree gound glass | 6 | 13 | 22 | 8 | | 49 |
| Second-degree ground glass | 4 | | 1 | 8 | 7 | 20 |

Table 41 illustrates the relationship of stages of asbestosis to the X-ray findings. Although diagnoses of early stages of asbestosis were occasionally made in the absence of definite ground-glass lung-field markings when cough, dyspnoea, and objective findings were present in sufficiently advanced degree, diagnoses of the later stages of asbestosis were not made unless unmistakable ground-glass markings were present in the lung fields.

The incidence of asbestosis increases rapidly with increasing dust exposure. A fifth of the workers with an exposure of 50 to 99 million particle years, and half of the workers having an exposure of more than 100 million particle years had asbestosis. In comparison with anthraco-silicosis these are exceedingly low dust-exposure values

The relation of asbestosis to dust concentration and length of employment, in table 43, is of great practical importance because it shows what working conditions are most likely to cause asbestosis and how long a period of exposure may elapse before the disease becomes evident.

TABLE 42.—*Relation of asbestosis to total dust exposure* [1]

| Diagnosis | Million particle years | | | | Total |
|---|---|---|---|---|---|
| | Less than 25 | 25 to 49 | 50 to 99 | Over 100 | |
| Essentially normal | 191 | 81 | 43 | 52 | 367 |
| Asbestosis 1 | 5 | 2 | 6 | 12 | 25 |
| Asbestosis 2 | 0 | 1 | 1 | 23 | 25 |
| Asbestosis 3 | 0 | 0 | 6 | 11 | 17 |
| Asbestosis 4 | 0 | 0 | 0 | 7 | 7 |
| Total | 196 | 84 | 56 | 105 | 441 |

[1] 20 persons whose exposure could not be estimated and 2 persons with active pulmonary tuberculosis have been excluded from this table.

TABLE 43.—*Occurrence of asbestosis in relation to dust concentration and length of employment*

PERCENTAGE WITH ASBESTOSIS

| Dust exposure, million particles per cubic foot | | Years in asbestos industry | | |
|---|---|---|---|---|
| | | 0 to 4.9 | 5 to 9.9 | Over 10 |
| 0 to 4.9 | Affected | 2 | 1 | 0 |
| | Exposed | 84 | 19 | 5 |
| | Percentage | *2%* | *5%* | *0%* |
| 5 to 9.9 | Affected | 0 | 6 | 13 |
| | Exposed | 70 | 37 | 19 |
| | Percentage | *0%* | *16%* | *68%* |
| Over 10 | Affected | 8 | 22 | 21 |
| | Exposed | 134 | 43 | 36 |
| | Percentage | *6%* | *51%* | *58%* |

The percentage of persons with asbestosis increases greatly with increasing length of employment. Lanza, McConnell, and Fehnel (17) reported a similar trend; their percentage values are higher than these. There are two explanations for the small number of persons employed 15 years or more. This group of asbestos textile factories has been in operation from 6 to 16 years, and because of the relatively short life of the industry in this section of the country comparatively few persons have been exposed to asbestos dust for a long time. Another explanation is suggested by the fact that almost three-fourths of the workers employed more than 15 years have the early stages, at least, of a disabling disease, asbestosis. Since there is no satisfactory way of locating and examining persons who drop out of an industry because of disability incurred therein, the percentage values of the foregoing tables are necessarily minimal estimates of the prevalence of asbestosis.

The incidence of asbestosis increases with increasing dust concentration. In their report of a similar study carried on in Pennsylvania asbestos textile factories, Fulton, Dooley, Matthews, and Houtz (15) found that 8 percent of the workers exposed to an average dust concentration of 5 million particles per cubic foot had asbestosis; 22 percent of the 17-million-particle group; and 57 percent of the 44-million-particle group had asbestosis.

### THRESHOLD CONCENTRATION OF ASBESTOS DUST

From a practical standpoint, one of the most important results of a medical and engineering study such as this is the definition of safe working conditions in the industry under study. Ideally, a threshold concentration of dust should be the highest dust concentration that would not produce pneumoconiosis in originally healthy workmen during their entire working life. The chief difficulty in this study, as in most of the earlier studies of the Public Health Service, is that very few workmen are exposed for a long period of time to low concentrations of asbestos dust. Because of the importance of the problem, it seems to be desirable to use such data as are at hand to define tentative safe working conditions that may serve as standards for the guidance of factory managers and engineers until more complete data are available.

In an analysis of this kind the cases that occur at relatively low dust exposures are of especial significance because they indicate what the safe limits of exposure may be. These cases must be examined individually, as well as statistically, in order to be sure that there are no unusual features that would complicate statistical analysis. Below 2.5 million particles per cubic foot, the interpretation of table 43 offers no difficulties. None of the 39 persons exposed to dust concentrations below 2.5 million particles per cubic foot had a case of asbestosis, although, as a matter of fact, only 6 persons had been employed more than 5 years. Three doubtful cases of asbestosis fell in the range 2.5 to 4.9 million particles.

Because clean-cut cases of asbestosis were found only in dust concentrations exceeding 5 million particles per cubic foot, and because they were not found at lower dust concentrations, 5 million particles per cubic foot may be regarded tentatively as the threshold value for asbestos-dust exposure until better data are available.

In order to find out the levels to which asbestos-dust concentrations have been reduced in practice, an engineering study (7) was made in an asbestos textile factory in which dust control equipment has been recently installed. This shows that means are already available for reducing the dust exposure of a majority of asbestos textile workers to less than 5 million particles per cubic foot.