The data of table 43 provide a simple means of comparing asbestosis with other pneumoconioses. In a previously reported study of the Public Health Service (51) it was found that workmen in anthracite mines could be divided into three groups which differed with respect to the nature of the dust to which they were exposed. The percentages of men having any stage of anthraco-silicosis (1, 2, or 3) have been tabulated separately for each group in relation to average dust concentration and length of employment. In passing, it may be of interest to call attention to the difference between the pneumoconiosis-producing power of the three kinds of dust encountered in anthracite mines. If one compares groups of men with the same dust exposure and the same length of employment, in general the percentage of men with anthraco-silicosis increases with the free silica content.

TABLE 44.—*Percentages of workers exposed to certain concentrations of asbestos dust in asbestos textile factories where dust control measures are used to a limited extent and in factories where effective dust control is practiced*

| Dust concentration million particles per cubic foot | Limited use of dust-control measures [1] | Extensive use of dust-control measures [2] |
|---|---|---|
| Over 10 | 48 | 7 |
| 5 to 9.9 | 28 | 17 |
| 2.5 to 4.9 | 15 | 32 |
| Under 2.5 | 9 | 44 |

[1] Data from table 43.
[2] Data from (7).

TABLE 45.—*Percentage of men having anthraco-silicosis* [1]

| Dust count in million particles per cubic foot | 1,435 anthracite miners exposed to dust containing less than 5 percent free silica | | | 602 men employed in haulageways who were exposed to dust containing about 13 percent free silica | | | 151 rock workers exposed to dust containing about 35 percent free silica | | |
|---|---|---|---|---|---|---|---|---|---|
| | Years in industry | | | Years in industry | | | Years in industry | | |
| | Less than 15 | 15 to 24 | Over 25 | Less than 15 | 15 to 24 | Over 25 | Less than 15 | 15 to 24 | Over 25 |
| 5 to 99 | 1.1 | 1.5 | 7.4 | 0.4 | 3.1 | 23.3 | (2) | (2) | (2) |
| 100 to 199 | 1.8 | 14.1 | 54.0 | 0 | 0 | 26.3 | 12.5 | (2) | (2) |
| 200 to 299 | 0 | 28.9 | 71.1 | (2) | (2) | (2) | 23.5 | 71.4 | (2) |
| Over 300 | 1.7 | 53.1 | 88.8 | (2) | (2) | (2) | 8.8 | 56.2 | 92.0 |

[1] From table 30, p. 76, Public Health Bulletin No. 221.
[2] Less than 10 men examined.

As in asbestosis, the incidence of pneumoconiosis among anthracite miners increases with increasing length of employment. There is a much more definite increase in the incidence of anthraco-silicosis with increasing dust concentration than there is in asbestosis, probably

because men were exposed to a much greater range of dust concentrations in anthracite mines than in asbestos textile factories.

In comparison with the three kinds of dust encountered in anthracite mines, relatively low concentrations of asbestos dust and relatively short lengths of employment in the asbestos textile industry result in pneumoconiosis.

There was no free silica (quartz) in the dust encountered in the asbestos textile factories.

According to table 43, 16.3 percent of 69 former asbestos workers and 378 men and women employed at the time of the study in three asbestos textile factories had asbestosis. (Persons who were not exposed to appreciable quantities of asbestos dust have not been included.) Eight percent of the 378 workers employed at the time of study had asbestosis. This does not completely represent the incidence of asbestosis because about 150 employees were discharged from these factories 15 months before the present study was made. Many of the discharged asbestos workers had asbestosis, as the reports of Shull (31), Donnelly (12), and McPheeters (23) show. Although an attempt was made to examine as many as possible of these discharged cases, only 69 could be examined, 43 persons of whom had asbestosis according to the diagnostic standards employed in this study. If one assumes that the number of persons employed in these factories was the same before these 150 persons were discharged as it was when the study was made, and if one assumes that 62 percent of all the discharged cases had asbestosis, then 50 cases of asbestosis escaped observation. Adding these to the 73 that were found, dividing the sum by 447, and multiplying by 100 gives an estimated percentage of 27.5. This is not an unusual percentage value. In numerous studies of the dusty trades the percentage of workers with pneumoconiosis has been found to be between 20 and 25 percent. Two such studies may be mentioned. Of 7,722 miners and men seeking employment in lead and zinc mines at Picher, Okla., who were examined in 1927–28 (49), 21.3 percent had silicosis. In a study of anthracite miners (51), "The prevalence of anthraco-silicosis among the entire group of employees was found to be about 23 percent."

Other investigators have reported the incidence of asbestosis in asbestos textile factories. Lanza, McConnell, and Fehnel (17) reported, "Of the total of 126 X-ray examinations, 4 were diagnosed as second-degree asbestosis, 63 as first degree, 39 as doubtful, and 20 as negative." The persons he studied "were selected more or less at random from among those having more than 3 years of employment in the industry." Since Lanza did not examine all the employees in the factories he studied, percentage values calculated from his data are not directly comparable with rate of incidence for the present study.

Case 1:08-cv-00043-S-LDA Document 14-13 Filed 03/07/2008 Page 3 of 10



Fulton, Dooley, Matthews, and Houtz (15) noted that "Asbestosis was found in 14 persons (12 men, 2 women), or 25 percent of the exposed group."

### INCIDENCE OF ASBESTOSIS IN DIFFERENT OCCUPATIONS

The percentage of persons affected by asbestosis varies in different occupations. The numbers of persons employed in many of the occupational groups are so small that caution must be exercised in making comparisons, but the data seem to be of sufficient interest to warrant publication. Classified by departments, the preparation department has the highest percentage of asbestotic persons. Carding is the principal occupation in this department. Although only 8 of the 72 carders had been employed more than 10 years, 29.2 percent had asbestosis. Eleven carders had advanced asbestosis. No other occupational group had so large a proportion of advanced cases.

TABLE 46.—*Number and percentage of workers having asbestosis, classified according to department and occupation*

| Department and occupation | Number employed | Percent with asbestosis | Number with asbestosis | | |
|---|---|---|---|---|---|
| | | | Stage 1 | Stage 2 | Stages 3 and 4 |
| Preparation | 102 | 25 | | | |
| Crushers | 5 | | 0 | 0 | 0 |
| Willowers and shakermen | 5 | | 1 | 0 | 1 |
| Pickers and pilers | 20 | | 2 | 0 | 1 |
| Carders | 72 | | 4 | 6 | 11 |
| Spinning, twisting, and winding | 216 | 14 | | | |
| Mule and ring spinners | 65 | | 3 | 8 | 5 |
| Twisters | 64 | | 5 | 2 | 2 |
| Yarn spoolers and winders | 83 | | 3 | 2 | 0 |
| Corders | 4 | | 1 | 0 | 0 |
| Weaving | 99 | 14 | | | |
| Cloth weavers | 43 | | 3 | 4 | 4 |
| Tape and brake lining weavers | 41 | | 1 | 1 | 0 |
| Creelers | 15 | | 1 | 0 | 0 |
| Finishing | 18 | 11 | | | |
| Inspectors, calenderers, and finishers | 15 | | 0 | 1 | 0 |
| Formers and grinders | 3 | | 1 | 0 | 0 |
| Superintendence and utility | 29 | 3 | 0 | 1 | 0 |
| Shipping and outside labor | 17 | 0 | 0 | 0 | 0 |
| Office and others | 31 | 0 | 0 | 0 | 0 |
| Total | 512 | 14 | 25 | 25 | 24 |

In the spinning, twisting, and winding department, the mule and ring spinners have a higher proportion of asbestotic persons than the average, 24.6 percent. Twenty of the sixty-five mule and ring spinners had been employed more than 10 years.

A third occupation with an excessive prevalence rate for asbestosis is cloth weaving, in which 25.6 percent of the workers are affected. Only 3 of the 43 workers had been employed more than 10 years.

ASBESTOSIS IN GREAT BRITAIN AND IN THE UNITED STATES

Lanza (18) has called attention to a point of interest, namely, that British investigators have found asbestosis more severe and menacing than it was in the United States. He adds that this difference is probably more apparent than real. Lynch and Smith (20) have reported 3 fatal cases whose duration of employment in asbestos textile mills was 11½, 17, and 21 years in occupations having dust exposures of the order of dry weaving. Stock (32) reported a fatal case in a man 27 years of age who worked 8 years as a carder in an asbestos plant. Egbert (13) has also given complete findings of similar case in a man 30 years of age who had worked 13 years as a carder and who died 4 years after onset of symptoms and 3½ years after discontinuing work.

These examples of American fatalities, some in young individuals, suggest that the period of dust exposure before disability or death ensues is as short as is the case in silicosis.

Bridges (63) in the factory inspector's reports of Great Britain has shown from year to year (table 47) that the duration of employment of fatal cases with asbestosis is only half that of cases with silicosis.

TABLE 47.—*Silicosis and asbestosis in Great Britain*

| | Number of deaths | Average age at death | Duration of employment (years) | | |
|---|---|---|---|---|---|
| | | | Maximum | Minimum | Average |
| Through 1935: | | | | | |
| Silicosis | 311 | 55.8 | 62 | 2.3 | 35.1 |
| Silicosis with tuberculosis | 392 | 52.4 | 67 | 2.0 | 31.7 |
| Asbestosis | 52 | 41.9 | 27 | 1.5 | 12.4 |
| Asbestosis with tuberculosis | 30 | 37.1 | 29 | .8 | 9.5 |

More than 90 percent of the raw mineral used in the manufacture of asbestos textiles in this country and Great Britain is Canadian chrysotile, indicating that very little difference is to be expected from the standpoint of biological reaction in the two countries. As near as dust concentrations in the various operations of asbestos manufacture of British practice can be compared with results obtained in this country, no greater differences are found than exist in the inherent limitations of the dust-sampling devices. It would seem, therefore, that quite negligible differences exist in the manifestations of the disease here and abroad with the possible exception of associated or complicating tuberculosis.

## PATHOLOGICAL FINDINGS IN ASBESTOSIS

Specimens for pathological study were furnished through the courtesy of Dr. J. Rush Shull, Charlotte, N. C., and Dr. H. F. Easom, director of the Division of Industrial Hygiene of the North Carolina State Board of Health.

The pathology of asbestosis is characterized by diffuse, interstitial, pulmonary fibrosis and by the presence of asbestosis bodies in the lungs.

### GROSS APPEARANCE

In gross appearance the lungs vary in color from brownish to pale gray. Usually, they are not distorted like silicotic or anthraco-silicotic lungs unless an extensive amount of long-standing fibrosis is present. Often the lungs are firm and heavy, but softer areas can sometimes be felt on palpation. Crepitus depends on the amount of fibrosis. The pleura may be thickened and fibrous tags may be scattered over the surface. In the cases described in this report, thickening of the pleura and the presence of fibrous adhesions are more frequently found on the right lung than on the left. Adhesions to the diaphragm are sometimes present.

On section, small, dark gray, irregularly shaped areas are seen on the cut lung surface. They are rather evenly distributed and they are of approximately the same size. Visible strands of connective tissue of varying size run through the lung parenchyma, forming a more or less regular, fibrous network, and enclosing the dark gray, nodular areas and lung tissue which show alveoli. Areas of well-marked emphysema are noted in the apices and outer portions of the lower lobes, a feature that was referred to in the discussion of the X-ray findings. The bronchi and bronchioles appear to be distended and their walls are often thickened. In one case, this bronchiectasis is most marked in the upper lobe, particularly in the apex.

Congested areas are occasionally seen on gross inspection of some of the lung sections. They are probably terminal.

The hilar lymph nodes are not markedly increased in size. They are pinkish gray and contain about the usual amount of anthracotic pigment found in a city dweller.

### MICROSCOPIC APPEARANCE

The pleura, when thickened, is made up of adult fibrous connective tissue cells. The collagen fibers are usually well developed and may show hyalinization. In some sections the thickened pleura is vascular,

the blood vessels generally being small capillaries. Areas of variable size, containing anthracotic pigment, are occasionally found in the subpleural connective tissue.

Throughout the parenchyma of the lung a diffuse interstitial fibrosis is present, which varies with the asbestos-dust exposure of the individual. The areas of fibrous tissue are irregular or stellate in shape and may contain small blood vessels. The cellular elements consist of adult fibrous tissue cells, fibroblasts, some collagen, and often numerous macrophages. The strands of fibrous tissue represent an increase in the interlobular connective tissue. The fibrosis is usually rather uniformly distributed throughout the entire lung. In areas of considerable fibrosis, atelectasis is noted due to the contraction of the fibrous tissue. The alveoli occurring between areas of fibrosis are generally distended and show a moderate to marked emphysema. The alveolar walls are thickened by fibrous tissue, and in some sections hyalinization and the loss of nuclei occur. The alveoli are lined by a single layer of epithelial cells. The bronchial walls and the walls of the bronchioles may be thickened, and a slight to moderate lymphocytic infiltration is present occasionally. The smaller bronchi and bronchioles are frequently quite distended. The walls of the small blood vessels are thickened, particularly the adventitia, which contains an increased amount of fibrous tissue. Sections through emphysematous blebs show a fairly thick, fibrous, connective-tissue wall, lined by a single layer of flat or low cuboidal, epithelial cells. The blebs, measuring as much as 7 mm in diameter in the specimens studied, are apparently of bronchial origin.

Asbestosis bodies are found in almost all parts of the pulmonary tissue. They occur most frequently in the areas of fibrosis and are accompanied by a greenish black pigment. They are also noted in the connective tissue about the small bronchi, in the alveolar walls, and in the alveoli. Macrophages and giant cells are usually present when the asbestosis bodies are found in the alveoli and often surround or engulf the bodies. These cells also contain a considerable amount of anthracotic pigment, and the dark greenish black pigment commonly found in asbestosis. A brownish yellow pigment in lesser amounts is also present. The asbestosis bodies occur in the lungs in a variety of shapes. The most frequent is a beaded rod with large rounded ends. Spindle shapes with beaded centers are also noted. Rosette formation is relatively frequent. There appears to be no relation between the number of asbestosis bodies and the amount of pulmonary fibrosis. In one case in which there is exceedingly little fibrosis, the asbestosis bodies are particularly numerous, while in another case, showing extensive fibrosis, they are quite infrequent. These bodies are golden yellow in color and are stained blue with potassium ferrocyanide, showing the presence of ferric iron. With this



SILICOSIS



NORMAL



ABESTOSIS

FIGURE 52.—PHOTOMICROGRAPHS OF LUNG SECTIONS SHOWING THE PRESENCE OF NODULAR FIBROSIS AND EMPHYSEMA IN A SILICOTIC LUNG AND DIFFUSE FIBROSIS AND EMPHYSEMA IN AN ASBESTOTIC LUNG. A SECTION OF A NORMAL LUNG IS SHOWN FOR COMPARISON. MAGNIFICATION 16X.

stain some fine blue strands have been noted which are apparently asbestos fibers in the process of becoming asbestosis bodies. By the use of polarized light, fine fibers are often demonstrated in the tissue which are identified as asbestos. These may be seen in the peribronchial connective tissue, the interstitial connective tissue, the



FIGURE 53.—ASBESTOSIS BODY IN INTRA-ALVEOLAR CONNECTIVE TISSUE. PRACTICALLY NO FIBROSIS IN THIS AREA. CASE H-21. MAGNIFICATION 1,000X. (ARMY MEDICAL MUSEUM NO. 52255.)

alveolar walls, and in the alveolar spaces. The blue staining fibers and the asbestosis bodies are not visible when viewed with crossed Nicol prisms. Other fine crystalline material is sometimes noted.

The presence of complicating tuberculosis is often difficult to demonstrate. Unless caseation is well defined, the tubercles may

resemble the developing fibrous areas of asbestosis to a marked degree. It is not easy in many cases to differentiate caseation from old hyalinized connective tissue in the stained specimens. In one of the cases studied, the presence of acidfast bacilli in the alveoli and connective tissue of the alveolar walls without the presence of casea-



FIGURE 54.—ASBESTOSIS BODIES ACCOMPANIED BY GIANT CELLS IN AN AREA OF FIBROSED LUNG TISSUE. CASE H-21. MAGNIFICATION 705X. (ARMY MEDICAL MUSEUM NO. 52255.)

tion was observed. This could possibly be an early tuberculous infection in the preinvasive stage, or it could well be a contaminating nonpathogenic acid-fast bacillus.

Samples of three varieties of asbestos (chrysotile, crocidolite, and amosite) were injected into the peritoneal cavities of guinea pigs,

using a technique developed by the Public Health Service for studying the physiological behavior of dust. This method has been described elsewhere (60). All three samples of asbestos dust produced an inert type of reaction in the peritoneal tissue. On the basis of this response, asbestos dust has been considered to be potentially harmful, especially when inhaled over long periods of time. Asbestos dust, like talc (43, 44), which also produces an inert reaction, causes a diffuse, pulmonary fibrosis as has been observed on clinical and post-mortem examination of persons exposed to these dusts.

## SELECTED AUTOPSY CASE REPORTS

### Case H–21

(Figs. 55 to 58)

Male, white, aged 38 years.

*Cause of death.*—Myocarditis.

*Occupational history.*—Worked for 12 years in the weaving room of an asbestos plant. Prior to this he had worked in a cotton mill.

*Medical history.*—Confined to bed for the most part of his last 6 months of life because of weakness, dyspnoea, and unproductive cough.

*Pathological examination* showed well-defined advanced asbestosis, evidenced by much diffuse interstitial pulmonary fibrosis, accompanied by asbestosis bodies, emphysema, bronchiectasis, and bronchiolectasis.

*Chemical examination of lung tissue.*—Sample from right lung—ash 3.3 percent, silica 0.6 percent, silica in ash 18.32 percent. Sample from left lung—ash 3.8 percent, silica 0.76 percent, silica in ash 20.13 percent.