

FIGURE 55.—CASE H-21. RIGHT LUNG. MARKEDLY THICKENED PLEURA WITH FUSION OF INTERLOBAR PLEURA. DENSE FIBROUS TAGS OVER ENTIRE SURFACE.



Figure 56.—Case H-21. Left Lung. Pleura Much Thickened. Fewer Fibrous Adhesions Than were Noted on the Right Lung.



FIGURE 57.—CASE H-21. SECTION OF RIGHT LUNG. ADVANCED ASBESTOSIS. DISTENDED BRONCHI AND AIR SPACES AT BOTH APEX AND BASE. DIFFUSE FIBROSIS THROUGHOUT LUNG SUBSTANCE AND THICKENED PLEURA.



FIGURE 58.—CASE H–21. SECTION OF LEFT LUNG. DISTENDED BRONCHI AND AIR SPACES AT APEX. RATHER UNIFORMLY DISTRIBUTED FIBROUS AND EMPHYSEMATOUS AREAS THROUGHOUT REST OF LUNG.

## Case H–23

(Figs. 59 to 63)

Male, Negro, aged 35 years.

*Cause of death.*—Pneumonia.

*Occupational history.*—Worked as cleaner and sweeper in the cardroom of an asbestos plant for 13 years prior to death. Previously, roofer (asphalt), ½ year.

*Estimated dust exposure.*—(*a*) 35.3 million particles per cubic foot; (*b*) million particle years, 458.9.

*Fluoroscopy.*—Moderate (2+) lag of diaphragm right and left; first degree ground-glass appearance.

*X-ray.*—Note obliteration of costophrenic angle on right. Moderate granular appearance right base. Interpreted as commencing generalized fibrosis (fig. 59). Note the definite evidence of fibrosis at the right base and obliteration of the right costophrenic angle. This evidence of increased fibrosis and fibrous pleurisy is also shown in the necropsy material (figs. 62 and 63).

*Medical history.*—Influenza, 1918 (duration, 2 weeks). Frequent colds. Medical history negative until 2 weeks before death when he developed pneumonia.

*Physical examination.*—Slender, colored male. Height, 70¼ inches. Weight, 151 pounds. Long chest; right side slightly smaller. Expansion poor (1¼ inches). Moderate dullness over bases on percussion. Persistent crackling râles over bases of lungs. Palpation and fremitus, negative. Faint breath sounds over bases. Blood pressure, 140/90. Pulse rate, 76, 80, and 68. Respiratory rate, 28, 28, and 24 (before, immediately after, and 2 minutes after exercise). Slight transient dyspnoea immediately after exercise). Asbestosis bodies in sputum. Urinary silica, 3.3 mg per 100 cc (33 mg per 24 hours).

*Diagnosis.*—Moderately advanced asbestosis (stage 3) 15 months before death.

*Pathological examination* showed moderately advanced asbestosis. A moderate degree of diffuse pulmonary fibrosis and emphysema was noted accompanied by many asbestosis bodies. Acute diffuse pneumonitis was present.

*Chemical examination of lung tissue.*—Sample from right lung—ash 2.69 percent, silica 0.44 percent, silica in ash 16.3 percent.