

FIGURE 59.—CHEST X-RAY OF CASE H-23 15 MONTHS BEFORE DEATH.



FIGURE 60.—CASE H-23. RIGHT LUNG. ENTIRE PLEURAL SURFACE COVERED BY DENSE FIBROUS TAGS.



FIGURE 61.—CASE H-23. LEFT LUNG. VERY FEW FINE FIBROUS TAGS ARE NOTED ON THE PLEURA.



FIGURE 62.—CASE H-23. SECTION OF RIGHT LUNG. MODERATELY ADVANCED ASBESTOSIS. FIBROUS AREAS AND EMPHYSEMA UNIFORMLY DISTRIBUTED THROUGHOUT THE LUNG SUBSTANCE.



FIGURE 63.—CASE H-23. SECTION OF LEFT LUNG. SHOWS LESS INVOLVEMENT THAN RIGHT LUNG (FIG. 62).