## Case H-25

(Figs. 64 and 65

Male, white, aged 27 years.

*Cause of death.*—Lobar pneumonia.

*Occupational history.*—Began work at age of 16 years. Broadcloth weaver (asbestos), 1 year. Truck driver, 3 months. Broadcloth weaver (asbestos), 2 years. Truck driver, 3 years. Broadcloth weaver (asbestos), 4 years.

*Weighted average dust exposure.*—49.7 million particles per cubic foot, or 347.9 million particle years.

*Medical history.*—Past history negative. Had influenza, prior to death, which developed into pneumonia.

*X-ray examinations.*—Films made 15 months and 1 month (fig. 64) before death showed first-degree ground glass which was interpreted as commencing generalized fibrosis.

*Medical examination.*—The principal abnormalities found on physical examination 15 months before the death of the patient were second-degree curved nails, second-degree cyanosis, and decreased fremitus on both the right and left side. The heart size and heart sounds were normal; blood pressure, 120/74. On exercise the pulse rate rose from 88 to 116 and 2 minutes later had fallen to 84. The respiratory rate rose on exercise from 18 to 30 and returned to 22. The patient had a chest girth at expiration of 37½ inches and a chest expansion of 2 inches. He was a thick-chested man 68½ inches tall, weighing 195 pounds. Fifteen months before death this case was diagnosed as early asbestosis (stage 2).

*Pathological examination* showed early asbestosis. A diffuse interstitial fibrosis with little emphysema and bronchiolectasis and numerous asbestosis bodies was noted. Lobar pneumonia was shown to be the cause of death.

*Chemical examination of lung tissue.*—Sample from right lung—ash 2.44 percent, silica 0.21 percent, silica in ash 8.42 percent. Sample from left lung—ash 2.44 percent, silica 0.27 percent, silica in ash 11.17 percent.




FIGURE 64.—CASE H–25. CHEST X-RAYS TAKEN 15 MONTHS AND 1 MONTH BEFORE DEATH. PART OF THE DIFFERENCE BETWEEN THE TWO ROENTGENOGRAMS IS DUE TO A DIFFERENCE IN X-RAY TECHNIQUE.



FIGURE 65.—CASE H-25. SECTION OF RIGHT LUNG. EARLY ASBESTOSIS. UNIFORM DISTRIBUTION OF FIBROUS AREAS THROUGHOUT LUNG SUBSTANCE.

## ACKNOWLEDGMENTS

Grateful acknowledgments are due the employers and employees of the asbestos textile plants in which this study was made for their interest and cooperation.

Howard F. Brubach, laboratory assistant, prepared X-ray chest films, conducted clinical and chemical tests on urine and sputum samples, collected the atmospheric dust samples used for chemical analysis, made the photomicrographs reproduced in this bulletin, and materially contributed to the progress of this study in these and in other ways. Junior Statistical Clerk Marjorie W. Hertford coded and tabulated the medical findings and prepared the graphs and tables included in this report. Associate Chemist F. H. Goldman made chemical analyses on samples of asbestos dust and samples of lung tissue.

## SUMMARY OF MEDICAL FINDINGS

A medical examination was made of each employee in three asbestos textile plants employing 423 men and 118 women. These persons were much younger than the average industrial employee and they had been employed in this industry for relatively short lengths of time. Almost half of these workers had been previously employed in cotton or woolen textile mills. Only 23 persons had been employed in a trade in which workers are known to be exposed to inorganic dust, and only 1 of these 23 persons had pneumoconiosis. For this reason, it is believed, asbestos-dust exposure can be held responsible for the cases of pneumoconiosis that were found in these three factories.

Asbestosis is a form of pneumoconiosis caused by long-continued inhalation of asbestos dust. The primary effect of asbestos dust on the body is to set up an interstitial, pulmonary fibrosis. This may be seen at autopsy, and reports on three cases appear in the pathological section of this bulletin. This type of fibrosis may also be detected by X-ray examination of the chest. On the X-ray film the shadows cast by this type of fibrosis resemble ground glass in appearance and usually extend over the lower portions of the lung fields, frequently being heavier on the right side. Unlike silicosis, nodular fibrosis has not been detected in asbestos workers.

As in silicosis, the chief symptoms of asbestosis are progressive dyspnoea, variable cough, substernal chest pain, decreased chest expansion, emaciation, weakness, clubbed finger tips, and curved finger nails. Most of these symptoms seem to be the result of the pulmonary fibrosis set up by inhaled asbestos dust, and the concomitant pathologic changes, such as emphysema, bronchiectasis, and bronchiolectasis, which can be demonstrated at autopsy.

The percentage of persons affected by asbestosis or by any one of these symptoms depends upon the dust exposure. In all cases the percentage of persons affected by any given sign or symptom of asbestosis is greater than in control groups of industrial workers who were not exposed to inorganic dust.

A characteristic of asbestosis is the finding of asbestosis bodies in the lungs and in the sputum. Although it does not appear from these data that a finding of asbestosis bodies can be used to establish a diagnosis of asbestosis, nevertheless it is evidence of asbestos exposure.

Only three cases of asbestosis, all of them diagnosed as doubtful or borderline cases, were found to be exposed to dust concentrations of less than 5 million particles per cubic foot. (These three individuals had dust exposures of about 4 million particles per cubic foot.) Above 5 million particles per cubic foot, numerous cases of well-marked asbestosis were found. It would seem that if the dust concentration in asbestos factories could be kept below 5 million particles (the engineering section of this report has shown how this may be accomplished), new cases of asbestosis probably would not appear.

## ANNOTATED BIBLIOGRAPHY

To facilitate reference to the papers listed in this bibliography, a brief note has been appended to each citation which indicates the kind of information that may be sought for profitably. So far as possible, no information that can be gained from the title has been repeated in the annotation and consequently the length of the note is no measure of the merit of the article.

In the interests of completeness, a number of papers have been listed here which were not referred to in the text. The papers on lung cancer as a possible complication of asbestosis are an example. No cases of lung cancer were found in this study, but it appears that it would be a profitable thing to look for whenever autopsy material is available for study. For that reason papers dealing with the subject have been included.

### ENGINEERING REPORTS

1. Annual report of the chief inspector of factories and workshops for England and Wales. H. M. Stationery Office, London, England. 1910.

   Contains a section on observations made by Dr. Collis on the effects of exposure to asbestos dust on 40 workers in an asbestos textile factory.

2. Bloomfield, J. J., and J. M. DallaValle. The determination and control of industrial dust. Public Health Bulletin No. 217. 1935.

   Discusses generally-accepted methods of dust quantification and methods in use for controlling industrial dust.

3. Hatch, Theodore, and S. P. Choate. Statistical description of the size properties of nonuniform particulate substances. Jour. Franklin Inst. 207: 369–387. 1929.

   Gives statistical parameters for the calculation of total surface area, volume, and mass of a given distribution of nonuniform dust particles.

4. Fulton, W. B., R. L. Houtz, A. Dooley, and J. L. Matthews. Asbestosis. Part I. The collection and counting of dust encountered in asbestos fabricating plants. Pennsylvania Dept. Labor and Industry Bull. 37. 1934.

   Discusses the measurement of asbestos dust and its physical properties. Engineering study of four plants.

5. Hatch, Theodore, and C. B. Moke. The mineralogical composition of air-borne foundry dust. Jour. Ind. Hyg. 18: 91–97. 1936.

   A petrographic study of air-borne foundry dust according to particle size. Composition of dust reported to vary with size.

6. Hurlibut, C. S., and C. R. Williams. The mineralogy of asbestos dust. Jour. Ind. Hyg. 17: 289–293. 1935.

   Discusses the composition of settled dust samples obtained in factories manufacturing asbestos textiles and other asbestos products.

7. Page, R. T., and J. J. Bloomfield. A study of dust control methods in an asbestos fabricating plant. Public Health Reports 52: 1713–1727. 1937.

"This investigation included a study of atmospheric dust concentrations in the factory workrooms, and a study of the exhaust systems used to remove asbestos dust."

ASBESTOSIS

8. Alwens, W. Ueber Asbestose der Lungen. Münchener med. Wochenschr. 82: 1797–1800. 1935.

X-ray and medical study of 35 employees of a German asbestos textile factory. 22 cases of asbestosis were found. X-ray examination showed flocculent markings but no nodulation.

8a. di Biasi, W. Zur pathologischen Anatomie der Lungenasbestose. Archiv für Gewerbepath. und Gewerbehyg. 8: 139–155. 1937.

A 50-year-old man employed 21 years in an asbestos factory died of circulatory insufficiency after seeking treatment for shortness of breath. On autopsy the right side of the heart was enlarged. There were pleural adhesions. The fibrosis seen on gross inspection and confirmed on histological examination was most extensive in the lung bases. Sundius and Bygden (41a) have reported on the asbestosis bodies found in this case.

8b. Buresch, Annemarie. Pneumonokoniose, Berufskrankheit und Entschädigungspflicht. Deutsche Med. Wochenschr. 57: 1100–1102; 1247–1249. 1931.

A 47-year-old man, employed 26 years in an asbestos factory, sought treatment for disabling dyspnoea, cardiac insufficiency, and cough. Clinical and X-ray findings characteristic of asbestosis are described in detail. Died as a result of right ventricular insufficiency. Post-mortem examination revealed pulmonary fibrosis, marked hypertrophy and dilatation of the right ventricle and little hypertrophy of the left ventricle.

9. Cooke, W. E. Pulmonary asbestosis. Brit. Med. Jour. 1927 (Vol. 2): 1024–1025. 1927.

A 33-year-old woman employed in an asbestos factory over an 18-year period "complained of cough, dyspnoea, expectoration, and lassitude. An X-ray plate showed extensive fibrosis, more marked in the right lung, two calcareous glands at the root of the left lung, and two small calcareous particles in the base of the left lower lobe." On autopsy, dense pleural adhesions were found. "On section the [right] lung is seen to be fibrosed and to a large extent airless, the lung tissue being replaced by fibrous tissue." Calcareous masses and areas of caseation and cavitation were found.

10. Dewirtz, A. P. Asbestwarzen. Arch. f. Dermat. u. Syph. 161: 1–5. 1930.

Description of the localization and the gross and histological appearances of asbestos corns.

11. Donnelly, J. Pulmonary asbestosis. Amer. Jour. Pub. Health 23: 1275–1281. 1933.

Partial review of previous observations on the disease. Includes case reports on three totally disabled patients taken from a series of 15 cases (4 figures—chest plates). All but 1 of the 15 had at one time been diagnosed pulmonary tuberculosis.

12. Donnelly, J. Pulmonary asbestosis: incidence and prognosis. Jour. Ind. Hyg. 18: 222–228. 1936.

Description of X-ray films of 151 asbestos workers.

13. Egbert, D. S. Pulmonary asbestosis. Report of a case with necropsy findings. Amer. Rev. Tuberc. 31: 25–34. 1935.

Autopsy report on case described by W. B. Soper (Amer. Rev. Tuberc. 22: 571–584. 1930). White, 30-year-old male employed as an asbestos carder 13 years complained of dyspnoea and blood-streaked sputum. No cough. Examined and X-rayed on two occasions before death which resulted from cardiac failure. On autopsy "diffuse fibrosis of lungs involving particularly upper lobe of right and portion of upper lobe of left; arrested tuberculosis; asbestosis bodies throughout lungs; few in tracheobronchial lymph nodes."

14. Ellman, P. Pulmonary asbestosis: Its clinical, radiological, and pathological features, and associated risk of tuberculous infection. Jour. Ind. Hyg. 15: 165–183. 1933.

A 43-year-old man employed in the cardroom of an asbestos factory 9 years became disabled on account of dyspnoea, accompanied by dry, irritating cough and progressive anorexia, loss of weight, and clubbing of fingers. X-ray and clinical examination. At autopsy this case was diagnosed as "advanced pulmonary asbestosis, complicated by tuberculous pleurisy."

A 31-year-old woman employed 2 years making asbestos mattresses became dyspnoeic, wasted, and cyanotic. Died of tuberculosis. Autopsy findings are presented.

15. Fulton, W. B., A. Dooley, J. L. Matthews, and R. L. Houtz. Asbestosis. Part II. The nature and amount of dust encountered in asbestos fabricating plants. Part III. The effects of exposure to dust encountered in asbestos fabricating plants on the health of a group of workers. Pennsylvania Dept. Labor and Industry Bull. 42. 1935.

Report of a medical examination of 66 workers. Bibliography of 125 papers.

16. Gloyne, S. R. The morbid anatomy and histology of asbestosis. Tubercle 14: 445–451; 493–497; 550–558. 1933.

Detailed description of pathological findings and review of literature.

17. Lanza, A. J., W. J. McConnell, and J. W. Fehnel. Effects of the inhalation of asbestos dust on the lungs of asbestos workers. Public Health Reports 50: 1–12. 1935. Reprint No. 1665.

Brief description of the findings of an engineering and medical study made in an asbestos textile plant. "X-ray films were made of 126 persons."

18. Lanza, A. J. Asbestosis. Jour. Amer. Med. Assoc. 106: 368–369. 1936.

Brief description of some of the early observations on the disease particularly as seen in United States. Also notes on clinical picture and roentgenology.

19. Lovisetto, Domenico. Pulmonary asbestosis. Records of the International Conference on Silicosis held at Johannesburg, Aug. 13–27, 1930. Studies and Reports, Series F (Ind. Hyg.), No. 13, pp. 506–509.

Author's observations on workers handling pure asbestos and asbestos mixed with cotton or other vegetable dusts. Concludes that at least 5 years of exposure required to produce pneumoconiosis; direct ratio between quantity of dust inhaled and pneumoconiosis. Well-established case may develop in 7 to 9 years and the disease can cause death after 13 years' heavy exposure.

20. Lynch, K. M., and W. A. Smith. Pulmonary asbestosis II. Including the report of a pure case. Amer. Rev. Tuberc. 23: 643–660. 1931.

White male, 46 years old, employed as an asbestos carder 11 years, sought medical treatment for chest pain, loss of weight (23 lb.) and shortness of breath. X-ray examination on 3 occasions during a 5-year period showed mottling in both lungs. Died as a result of slow, cardiac failure. On autopsy extensive fibrosis, emphysema, and bronchiectasis were found. Tuberculosis was absent.

22. McDonald, Stuart. Histology of pulmonary asbestosis. Brit. Med. Jour. 1927 (vol. 2): 1025–1026. 1927.

"The interstitial fibrosis is such as might be expected as a result of a combination of a pneumoconiotic condition and a chronic tuberculous infection." The possibility that asbestosis bodies may have been of plant or animal origin may be excluded. "The hypothesis advanced is that these bodies are portions of asbestos fibres in the process of alteration and absorption by hydrolysis, either by direct chemical action or by enzymes."

23. McPheeters, S. B. A survey of a group of employees exposed to asbestos dust. Jour. Ind. Hyg. 18: 229–239. 1936. Reports "the results of a survey of 210 persons exposed to asbestos dust."

24. Martz, L. Asbestosis and Tuberkulose der Lungen. Zeitschr. f. Tuberk. 72: 11–15. 1935.

Asbestosis complicated by tuberculosis was found in a 30-year-old woman employed in an asbestos factory during a 12-year period.

25. Merewether, E. R. A. A memorandum on asbestosis. Tubercle 15: 69–81; 109–118; 152–159. 1933.

A comprehensive review of British studies of asbestosis, including economic, mineralogical, and medical historical facts, main features of the disease, asbestosis bodies, correlations with dust exposure, risk of tuberculosis, preventive measures, and compensation.

26. Mills, R. G. Pulmonary asbestosis: report of a case. Minnesota Med. 13: 495–499. 1930.

A 58-year-old man exposed to asbestos dust in a mine 17 years previously was admitted to a hospital where he died of heart block. Marked lung fibrosis was found on autopsy. Asbestos fibers and asbestosis bodies were found on microscopic examination.

27. Mussa, Giovanni. Clinical and radiological notes on pneumoconiosis due to asbestos. Silicosis—records of International Conference held at Johannesburg, Aug. 13–27, 1930. Studies and Reports, Series F (Ind. Hyg.), No. 13, p. 509.

The X-ray shows "arborization distributed bilaterally in the hilar and perihilar zones which in most advanced cases considerably reduces transparency. Sometimes there is infiltration of the bases."

28. Oliver, Thomas. Clinical aspects of pulmonary asbestosis. Brit. Med. Jour. 1927 (Vol. 2): 1026–1027. 1927.

Case histories of "two women who are the subjects of pulmonary asbestosis, one aged 48 and the other 39."

29. Pancoast, H. K., T. G. Miller, and H. R. M. Landis. A roentgenologic study of the effects of dust inhalation upon the lungs. Trans. Assoc. Amer. Physicians 32: 97–108. 1917.

The X-ray aspects of 137 individuals exposed to organic and inorganic dust are presented. Of the group exposed to inorganic dust 15 were asbestos workers. Shadows almost invariably first appeared in the right lung on a level with the hilus shadow. The appearance of the shadows is reported "softer and less sharply defined" in asbestos workers. A good description is given of the three stages which the authors recognize in the progress of pneumoconiosis.

30. Schuster, Norah H. Pulmonary asbestosis in a dog. Jour. Path. and Bact. 34: 751–757. 1931.

A dog kept in an asbestos factory 10 years "had suffered for two years from cough and dyspnoea, and for six months from progressive wasting. The dyspnoea became so distressing that he was destroyed." On examination of the lungs diffuse fibrosis, bronchiectasis, phagocytosis, and asbestos fibers were found. Asbestosis bodies were not found.

30a. Seiler, H. E., and M. D. Gilmour. A case of pulmonary asbestosis. Brit. Med. Jour. 1931 (1): 1112–1114. 1931.

A 42-year-old man employed 23 years in an asbestos factory as a carder, dry-cloth weaver, and in the manufacture of millboard, sought treatment for "cough, breathlessness, loss of weight, and lassitude. Radiographic examination revealed a diffuse fine mottling of a silicotic nature spread throughout both lungs. The patient who is the subject of these notes has died, and the fact that pathological examination showed that death was due solely to cardiac failure secondary to back pressure resulting from the massive generalized fibrosis and irrespective of any added infection is an additional point of interest in this case."

31. Shull, J. R. Asbestosis: a roentgenologic review of 71 cases. Radiology 27: 279–292. 1936.

Results of medical examination of asbestos textile workers. Two autopsy reports.

32. Stock, G. A. Pulmonary asbestosis. Med. Bull. Veterans' Adm. 10: 126–129. 1933.

A 27-year-old man, employed 8 years as an asbestos carder, was admitted to a hospital because of shortness of breath and chest pain. He was underweight and had poor chest expansion. No pulmonary tuberculosis present. "The post-mortem diagnoses were: Pneumonia, acute lobar; pneumoconiosis, all lobes of both lungs; pleurisy, chronic, fibrinous, right, and chronic fibrinous with adhesions, left; interlobar, left; hypertrophy and dilatation of the heart; appendicitis, chronic." Histological examination revealed asbestosis bodies and fibrosis.

33. Stroebe, H. Bericht über den Fall von Lungen-asbestosis, welcher der Arbeit des Herrn Prof. Beger zugrunde liegt. Virchow's Archiv. f. pathologische Anatomie u. Physiologie 290: 354–357. 1933.

35-year-old man employed in a German asbestos factory 20 years complained of dyspnoea, bronchitis, and loss of weight. X-ray examination showed fine, flocculent markings in middle and lower portions of lung fields. Died of heart failure. On autopsy, found fibrosis, emphysema, and asbestosis bodies. No signs of tuberculosis.

33a. White, T. P. Pulmonary asbestosis. Trans. Med. Soc. State of North Carolina. 1935: 259–262. 1935.

A 45-year-old man employed 9 years in an asbestos mill sought medical treatment on account of shortness of breath, nonproductive cough, and slight loss of weight. All symptoms increased in severity as time went on.

On X-ray examination 9 years later "The lung fields are negative for tuberculosis. The examination shows a marked, widespread fibrosis throughout both chests which reaches the periphery. The heart outline is entirely obscured by dense fibrosis and the cardio-phrenic angles are obliterated." The exact heart measurements cannot be determined because of the shagginess of the heart outline but the heart is definitely enlarged."

34. Wood, W. B., and D. S. Page. A case of pulmonary asbestosis: Death from tuberculosis two years after first exposure to the dust. Tubercle 11: 157–158. 1930.

A 21-year-old woman employed 15 months as a spinner in an asbestos factory sought treatment for "anorexia, weakness, wasting, and pain in the right side of the chest of three months' duration. She denied having cough or expectoration. There was no radiographic evidence of pneumoconiosis." On histological examination of the lungs, "in the few sections examined in which tuberculous lesions were not present, the asbestos together with a large quantity of black pigment was generally surrounded by a little fibrous tissue, but there was no gross fibrosis." Asbestos fibers and asbestosis bodies were found.

35. Wood, W. B., and S. R. Gloyne. Pulmonary asbestosis; a review of one hundred cases. Lancet 227 (2): 1383–1385. 1934.

Of 100 asbestos workers who sought medical treatment, 53 had uncomplicated asbestosis, 21 had asbestosis with active tuberculosis, 9 had asbestosis with obsolescent tuberculosis, and 17 were diagnosed as doubtful cases of asbestosis. "Septic bronchitis, broncho-pneumonia, and pulmonary tuberculosis are the commonest terminal complications of the disease."

## ASBESTOSIS BODIES

36. Gloyne, S. R. The presence of asbestosis bodies in the faeces in a case of pulmonary fibrosis. Tubercle 12: 158–159. 1931.

"The faeces were emulsified with four or five times their volume of 5 per cent formalin in saline. The emulsion of the faeces, when centrifuged, was found to contain a scanty number of asbestosis bodies."

37. Gloyne, S. R. A method of staining the asbestosis bodies found in the sputum of asbestos workers. Jour. Ind. Hyg. 13: 85–86. 1931.

Describes techniques employing Prussian blue and ammonium sulfide.

38. Lynch, K. M., and W. A. Smith. Asbestosis bodies in sputum and lung. Jour. Amer. Med. Assoc. 95: 659–661. 1930.

Asbestosis bodies (illustrated) were recovered from the lungs of two asbestos workers and from the sputum of four asbestos workers.

39. Page, R. C. A study of the sputum in pulmonary asbestosis. Amer. Jour. Med. Sci. 189: 44–55. 1935.

Clumps of asbestosis bodies were found in the sputum of 10 asbestos workers with advanced asbestosis. Asbestosis bodies were found in all but 1 of the 31 cases studied.

40. Stewart, M. J., and A. C. Haddow. Demonstration of the peculiar bodies of pulmonary asbestosis ("asbestosis bodies") in material obtained by lung puncture and in the sputum. Jour. Path. and Bact. 32: 172. 1929.

Asbestosis bodies were found in material obtained by puncturing the left lung with a hollow needle. Patient was a 38-year-old woman, employed in an asbestos factory 15 years, who had cough, dyspnoea, and loss of weight.

41. Stewart, M. J., N. Tattersall, and A. C. Haddow. On the occurrence of clumps of asbestosis bodies in the sputum of asbestos workers. Jour. Path. Bact. 35: 737–741. 1932.

A clump of asbestosis bodies was found in the sputum of a 31-year-old woman employed 11 years in an asbestos factory. She complained of cough, dyspnoea, and anorexia. "The radiograph showed diffuse fine striation throughout the lower third of both lungs." Died of broncho-pneumonia. On autopsy, "There was notable diffuse fibrosis of the greater (basal) portion of both lower lobes. The non-fibrosed tissue was somewhat emphysematous." Asbestosis bodies were most numerous in the densely fibrosed areas. No evidence of tuberculosis.

41a. Sundius, N., and A. Bygdén. Der Staubinhalt einer Asbestosislunge und die Beschaffenheit der sogenannten Asbestosiskörperchen. Archiv für Gewerbepath. und Gewerbehyg. 8: 26–70. 1937.

Quantitative microchemical analysis of asbestosis bodies isolated from a human lung showed that the gel surrounding the asbestos fiber consisted largely of ferric oxide, phosphate, an organic substance whose chemical composition suggests that it is a protein, and water. Chemical analysis and X-ray examination of cores of asbestosis bodies indicated that the chemical composition of the asbestos fiber remained unchanged.

OTHER PNEUMOCONIOSES

42. Curtis, A. J. R. The health of cement workers. Indust. Med. 6: 195–200. 1937.

Results of a medical survey of 201 men exposed to dust in a cement mill. Morbidity data for 31 plants.

43. Dreessen, W. C. Effects of certain silicate dusts on the lungs. Jour. Ind. Hyg. 15: 66–78. 1933.

"The silicate dusts of tremolite talc and slate induce a fine, diffuse, bilateral fibrosis of the lungs which is definitely demonstrable in the X-ray."

43a. Dreessen, W. C. Effect of inhaled marble dust as observed in Vermont marble finishers. Public Health Reports 49: 724–732. 1934.

"Although marble dust when inhaled in the concentrations here observed [less than 26 million particles per cubic foot] produces a mild bilateral, linear fibrosis in [15 percent of the 80 men X-rayed] no serious lung changes were noted and there was no disability due to the dust, even after many years of exposure."

44. Dreessen, W. C., and J. M. DallaValle. The effects of exposure to dust in two Georgia talc mills and mines. Public Health Reports 50: 131–143. 1935. Reprint 1669.

Engineering and medical study of the relation between dust exposure and occurrence of pneumoconiosis in 66 workers.

45. Dreessen, W. C., and R. R. Jones. Anthracosilicosis. Jour. Amer. Med. Assoc. 107: 1179–1185. 1936.

Results of a medical examination of 2,711 employed and 135 disabled anthracite miners.

46. Hoffman, F. L. Mortality from respiratory diseases in dusty trades (inorganic dusts). Bull. U. S. Bur. Lab. Stat. No. 231, pp. 176–180. 1918.

Gives brief summaries of the effects of exposure to inorganic dusts, compiled from occupational mortality data available in 1918.

47. Middleton, E. L. Industrial pulmonary disease due to the inhalation of dust. Lancet 231: 1–9; 59–64. 1936.

Part I deals with silicosis, Part II with silicatosis (including asbestosis).

48. Russell, A. E., R. H. Britten, L. R. Thompson, and J. J. Bloomfield. The health of workers in dusty trades. II. Exposure to siliceous dust (granite industry). Public Health Bulletin No. 187. 1929.

An engineering, medical, and statistical study of the effects of exposure to granite dust on workers.

49. Sayers, R. R., F. V. Meriwether, A. J. Lanza, and W. W. Adams. Silicosis and tuberculosis among miners of the tri-state district of Oklahoma, Kansas, and Missouri. I. For the year ended June 30, 1928. Bureau of Mines, Technical Paper 545. 1933.

Results of medical and roentgenographic examinations of 7,722 men employed in lead and zinc mines.

50. Sayers, R. R. Silicosis. Public Health Reports 49: 595–602. 1934. Reprint 1626.

Discussion of the historical, medical, and engineering aspects of silicosis.

51. Sayers, R. R., J. J. Bloomfield, J. M. DallaValle, R. R. Jones, W. C. Dreessen, D. K. Brundage, and R. H. Britten. Anthraco-silicosis among hard coal miners. Public Health Bulletin No. 221. 1935.

Medical and engineering study of incidence of pneumoconiosis in relation to dust exposure among 2,700 anthracite miners.

52. Thompson, L. R., D. K. Brundage, A. E. Russell, and J. J. Bloomfield. The health of workers in dusty trades. I. Health of workers in a Portland cement plant. Public Health Bulletin No. 176. 1928.

Includes an engineering study of dust conditions in a cement plant, records of respiratory ailments, and physical examinations of a large group of workers.

CANCER AND ASBESTOSIS

52a. Egbert, D. S., and A. J. Geiger. Pulmonary asbestosis and carcinoma. Amer. Rev. Tuberc. 34: 143–150. 1936.

A 41-year-old man employed 18 years as an asbestos weaver sought medical treatment for dyspnoea, cough, and "an insidious, gradually increasing pain of aching character throughout the back." Patient lost 40 pounds within a few months. Before death, X-ray and laboratory tests were made. Besides the characteristic pathological and histological signs of asbestosis, there was a large primary carcinoma (illustrated) in the lower lobe of the left lung.

53. Gloyne, S. R. Squamous carcinoma of lung occurring in asbestosis: two cases. Tubercle 17: 5–10. 1935.

Description of malignant lesions noted in two cases. The lesions were small and not recognized in life. They showed prickle cells, keratinization, and cell nests. The growths advanced along the bronchial mucosa by continuous fingerlike prolongations. The growths were in a portion of the lung where the asbestosis was quite advanced.

54. Gloyne, S. R. Oat cell carcinoma of lung occurring in asbestosis: case. Tubercle 18: 100–101. 1936.

Typical, extensive asbestosis was found on autopsy of a 59-year-old man employed 22½ years in the storage department of an asbestos factory. A neoplasm about the size of a golf ball was found in the peripheral portion of the lower lobe of the left lung, continuous with the pleura. The growth

was soft, pinkish white, and fairly well demarcated. It grew outward from a center in a compact mass, destroying lung tissue as it progressed.

55. Lynch, K. M., and W. A. Smith. Carcinoma of lung in asbesto-silicosis. Amer. Jour. Cancer 24: 56–64. 1935.

Case report of white male, age 57, who had been cotton weaver 22 years and weaver in asbestos mill about 21 years. As result of exposure, he had extensive fibrosis of lungs and pleura with emphysema, bronchiectasis, and cardiac embarrassment. In addition to the diffuse fibrosis, the authors noted formation of hyalin fibrous nodules characteristic of silicosis. The pulmonary cancer appeared to originate from one of the branches of the bronchus to the right lower lobe, where squamous metaplasia of the living epithelium was observed. The duration of the cancer could not be specified, but it did not antedate the fibrosis.

MISCELLANEOUS

56. Britten, Rollo H., and L. R. Thompson. A health study of ten thousand male industrial workers. Statistical analysis of surveys in ten industries. Public Health Bulletin No. 162. 1926.

Summary of anthropometric and physiological data obtained in physical examinations, together with incidence of certain physical defects.

57. Gardner, L. U., and D. E. Cummings. Studies on experimental pneumonokoniosis. VI. Inhalation of asbestos dust: Its effect upon primary tuberculous infection. Jour. Ind. Hyg. 13: 65–86. 97–112. 1931.

"Guinea-pigs have been exposed for eight hours daily for periods as long as two and one-third years to an atmosphere containing approximately thirty-five million particles per cubic foot of asbestos dust (Canadian chrysotile) 1.5 microns and less in diameter. Rabbits and albino rats have likewise been exposed for shorter periods (330 days)."

58. Gloyne, S. R. The presence of the asbestos fibre in the lesions of asbestos workers. Tubercle 10: 404–407. 1929.

Asbestos fibers, but not asbestosis bodies, were found in asbestos corns.

59. King, E. J., and M. Dolan. Silicosis and the metabolism of silica. Can. Med. Assoc. Jour. 31: 21–26. 1934.

Urinary silica content of 56 miners was 2.2 mg per 100 cc; of 40 students 1 mg per 100 cc (single specimens). Analytical procedure is described.

60. Miller, J. W., and R. R. Sayers. The physiological response of peritoneal tissue to certain industrial and pure mineral dusts. Public Health Reports 51: 1677–1688. 1936. Reprint No. 1787.

32 dusts were classified according to the reaction produced on intraperitoneal injection into guinea pigs.

61. Miller, W. S. The lung. Charles C. Thomas, Springfield, Ill. Baltimore. 1937. pp. 55.

62. Norris, G. W., and H. R. M. Landis. Diseases of the chest and the principles of physical diagnosis. W. B. Saunders Co., Philadelphia. 5th edition. 1933.

63. Extracts from the annual report of the Chief Inspector of Factories and Workshops. 1935. Chapter III—Health. His Majesty's Stationery Dept. London.

O