EXHIBIT
9092
FORM 129

U.S. Department of Transportation
Maritime Administration

# Certificate of True Copy

I HEREBY CERTIFY *that the annexed* is a true copy of a document entitled "Minimum Requirements for Safety and Industrial Health in Contract Shipyards", consisting of thirty-five pages, as it appears on file.

*in the Maritime Administration, U.S. Department of Transportation*

*IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of the Maritime Administration to be affixed, on the day and year below written.*

*Secretary*
*Maritime Administration*

*Washington, D.C.* October 4 *19* 83

Form MA-93
(Rev. 9-82)

DEFENDANT'S EXHIBIT HKP/STG

U. S. Navy Department • U. S. Maritime Commission

583-1-6

# *Minimum Requirements*

FOR

# SAFETY AND INDUSTRIAL HEALTH

IN

# CONTRACT SHIPYARDS

Approved
U. S. Navy
Jan. 20, 1943

Approved
U. S. Maritime Commission
Feb. 9, 1943

United States Government Printing Office • Washington • 1943

U. S. NAVY DEPARTMENT
WASHINGTON, D. C.

U. S. MARITIME COMMISSION
WASHINGTON, D. C.

*To All Contractors Constructing Ships for United States Navy—United States Maritime Commission:*

As a result of the national conference on safety and health in shipyards holding contracts with the United States Navy and Maritime Commission, conducted under the auspices of these agencies in Chicago December 7 and 8, 1942, a unanimous agreement was reached upon the minimum standards which have now been approved by the Navy Department and United States Maritime Commission and which should be put into effect in shipyards holding contracts with the two agencies.

These standards represent a specialized study based upon a fact-finding survey on all coasts by experts in that field. They have received the unanimous concurrence of the representatives of the medical and safety departments and of labor-management committees from shipyards on all coasts.

The necessity for conserving manpower and promoting the physical welfare, health, and safety of what shortly will amount to one million workers in shipyards requires that careful observance of standards for the prevention of accidents and protection of health be accorded. Aside from the weight which must be given humanitarian considerations, it is simply good common sense that as much care and attention be given to protecting the human factors in the war production program as is given machines.

Under the administrative direction of the Maritime Commission, safety and industrial health consultants will be made available in all regions wherein shipyards holding contracts with the Navy and the Commission are located.

Each contractor is hereby given notice that the Navy Department and the Maritime Commission will expect full and complete compliance with the minimum standards which bear the approval of the Navy Department and the Maritime Commission, and each is requested to give full cooperation to the consultants on health and safety who will be charged with the coordination and supervision of the safety and health programs of the two agencies.

The cumulative restriction of manpower makes speedy attention and comprehensive action in respect to the subject matter hereof of vital importance.

Frank Knox

FRANK KNOX, *Secretary of the Navy.*

E. S. Land

E. S. LAND, *Chairman,*
*U. S. Maritime Commission.*

UNITED STATES NAVY—MARITIME COMMISSION

# MINIMUM REQUIREMENTS

FOR

# SAFETY AND INDUSTRIAL HEALTH IN CONTRACT SHIPYARDS

**S and H-1. Introduction.**

1.1 The standards for industrial health and safety as presented in this manual cover only minimum requirements. It is not to be assumed that compliance with these minimum standards is insurance of the development of good health and safety records.

1.2 It is recognized that in many shipyards, standards for health and safety are already in effect which go beyond the requirements of those listed here. The Maritime Commission and Navy urge that any standards of higher level be continued and that where substandard conditions of health and safety exist, they immediately be brought to the required standard or better.

1.3 In all cases the use of the words *shall* or *must* indicates that compliance with that section of the minimum requirements is mandatory. Where the words *should* or *may* are used the section may be considered desirable but not necessarily mandatory under certain circumstances which the contractor in his discretion may determine.

## MINIMUM REQUIREMENTS FOR INDUSTRIAL HEALTH

**H-2. Medical Facilities.**

2.1 *Personnel.*—Yards employing up to 5,000 men should have two full-time physicians, and one additional physician for each additional 5,000 men. Yards with less than 2,000 to 3,000 men will not need full-time physicians.

2.2 Specialists in the various branches of the medical profession available in the area should be consulted as indicated.

2.3 Yards employing up to 5,000 men should have in the main dispensary six full-time nurses and three additional nurses for each additional 5,000. Additional nurses will be required for first aid stations.

2.4 There should be at least three clerks employed in the medical department for each 5,000 employees.

2.5 One ambulance driver should be available per ambulance per shift.

H-3. Physical Facilities.

3.1 The medical department should be provided with:

*a.* A waiting room with suitable registration facilities.

*b.* A general treatment room.

*c.* An eye treatment room.

*d.* A minor surgery room.

*e.* A ward with three beds for the first 5,000 employees, and one bed for each additional 10,000.

*f.* Doctors' offices and private examining rooms.

*g.* A nurses' office and dressing room.

*h.* X-ray room for yards employing 5,000 men and above.

*i.* A physiotherapy room.

*j.* Toilet facilities for doctors, nurses, and patients.

*k.* A storeroom for general medical stores.

*l.* X-ray files and viewing room.

3.2 First-aid treatment rooms, manned by nurses, should be provided wherever there is overcrowding at the main dispensary and loss of time due to distance from shipways and shops. These sub-stations may be located under building ways or near locations where the number of men working is large so that the distance a man need travel to a sub-station will not exceed approximately 400 yards.

H-4. Equipment.

4.1 The following equipment should be provided:

*a.* One ambulance for each 15,000 employees, or reasonable fraction thereof, with an ordinary passenger car always in reserve.

b. In some yards a station wagon is used satisfactorily inside the yard and an ambulance used only for trips outside.

*c.* An X-ray unit for yards employing about 5,000 men and above.

*d.* Medical and surgical stores required for minor surgery, eye injuries and physiotherapy.

H-5. Records and Forms.

5.1 The following records and forms are recommended:

NOTE.—*In an emergency no form need be filled out.*

*a.* A form authorizing the workman to report to the medical department for examination or treatment issued by a foreman or leading man or other supervisor. This shall show time of issue, arrival at dispensary, discharge from dispensary and return to work.

*b.* Appointment form for revisits and retreatments issued by the physicians and nurses.

*c.* A disposition form issued by physicians and nurses indicating return to work, hospitalization, to home, or other disposition.

*d.* A complete and accurate permanent filing system recording personal data, nature and cause of injury, diagnosis, treatment, disposition, and results.

*e.* The necessary state and insurance company forms.

*f.* Daily report to the safety department showing all new cases for the day, together with the nature and cause of injury, and the *diagnosis*.

*g.* The adoption of the standard nomenclature when made available by the Council on Industrial Health of the American Medical Association, Chicago, Illinois.

**H-6. Examinations.**

6.1 Physical examinations to insure proper placement of employees shall be given.

6.2 Periodic check examinations shall be given men working in occupations potentially hazardous to themselves or others, as for example to crane operators, locomotive and hoisting and portable engineers. Periodic check examinations should be given men in jobs in which there may be health hazard, as for example to sand blasters, radium and X-ray workers, and paint sprayers.

6.3 Special examinations such as X-ray, seriologic and urinalyses shall be given in the individual case as indicated and in accordance with local needs.

**H-7. Air Raid Precautions.**

7.1 The medical department shall locate, equip, and maintain such emergency first aid dressing stations as may be deemed necessary to handle air raid casualties.

7.2 A certain number of yard employees shall be trained in first aid procedures to render assistance to the medical department in handling air raid victims.

7.3 Close cooperation should be maintained with the local civilian defense officials in order that evacuation and care of air raid victims may be carried out to the best advantage.

7.4 In keeping with local army and navy regulations, steps should be taken to provide protection of dispensaries by sandbags, or otherwise, from fragments and concussion of bombs.

**H-8. Responsibilities of the Medical Services.**

8.1 Frequent inspection of the yard by the medical staff shall be required in order that physicians may become familiar with shipyard jobs and thus help intelligently in preventing accidents and occupational disease.

8.2 Close collaboration shall be maintained with the safety department especially in regard to records of accidents and absenteeism.

8.3 It shall be the joint responsibility of the medical and safety departments through the supplies department to know the composition of paints, thinners, paint removers, and other chemicals used in the yard, and to see that the workers exposed are protected by the best safety practices.

8.4 As in the general practice of medicine the confidential relations of doctor and patient shall be maintained.

8.5 It is certain that in the near future women in large numbers are to be employed in the mechanical trades. It is necessary in shipyards to make special provisions for this class of patients. This will necessitate the establishment of separate waiting, treatment, and examining rooms. In yards where the number of employees is large, it may be logical to establish a separate dispensary for the handling of women patients.

**H-9. Sanitary Inspections.**

9.1 *Cafeterias and canteens.*—It shall be the duty of the medical department to adapt from Army and Navy standards, in reasonable conformity with the local health department rules, and inspection scheme to include preemployment examination of food handlers, quality and quantity of food, general cleanliness and comfort, screening, dishwashing, garbage and waste disposal. These inspections shall be made at unscheduled times and never less than once each week.

9.2 *Water supply, sewerage, and waste disposal.*—In cooperation with Maritime and Navy engineers the medical department shall inspect and report upon the above as often as seems advisable, but not less than twice yearly.

9.3 *Salt tablets.*—Salt tablets shall be made available to all employees and shall be kept in covered dispensers appropriately located.

**H-10. Respiratory Protective Equipment for Shipyards.**

The U. S. Bureau of Mines, 4800 Forbes Street, Pittsburgh, Penna., maintains a laboratory which tests and *approves* for use in industry respiratory protective equipment of all kinds. The Maritime Commission and Navy will require the use of *approved* equipment throughout all yards. The safety department shall be responsible for instructing men in the proper use of such equipment and for the maintenance of ample supplies.

10.1 Details of Bureau of Mines respirators with names of manufacturers, prices, and descriptions can be obtained from the Bureau or from the Maritime Commission.

10.2 The safety department shall be responsible to the management for cleaning and sterilizing all such equipment as often as may be agreed upon with the medical department. (A method for such sterilization is included in these standards; see section H-12.0)

10.3 *General requirements for respirators.*—

*a.* Adequate protection as defined by American Standard Safety Code for the Protection of Heads, Eyes, and Respiratory Organs. Handbook H-24, Nov. 1, 1938. Superintendent of Documents, Washington, D. C.; price 15¢.

*b.* Comfort (light weight and not obstructive to vision).

H-11. Jobs Requiring Respiratory Protective Equipment.

11.1 *Dust.*—

| JOBS | PROTECTIVE DEVICES |
|---|---|
| Silica of Sand Dusts (as in sand blasting) | (1) Abrasive blasting helmets. (2) Dust respirator. |
| Lead Dust (as in mixing paint) | (1) Air line respirator. (2) Lead dust respirator. |
| Asbestos (as in covering pipes) | (1) Air line respirator. (2) Dust respirator. |

11.2 *Metal fumes and smokes.*—

| JOBS | PROTECTIVE DEVICES |
|---|---|
| Lead and zinc oxide from welding and burning. | (1) Air line respirator. (2) Fume respirator for lead. (3) Dust respirator for zinc oxide. |

11.3 *Solvent vapors.*—

| JOBS | PROTECTIVE DEVICES |
|---|---|
| Spray painting, both indoors and outdoors. Paint removing, usually indoors. Cementing, usually indoors. Cleaning, usually indoors. Degreasing, usually indoors. | (1) Air line respirator. (2) Chemical cartridge respirator. |

11.4 *Acid gases and mists.*—

| JOBS | PROTECTIVE DEVICES |
|---|---|
| Pickling (indoors). Cleaning (indoors). Degreasing (indoors). | (1) Mist respirator. (2) Chemical cartridge respirator. |

11.5 *Alkali mists.*—

| JOBS | PROTECTIVE DEVICES |
|---|---|
| Cleaning (indoors). Degreasing (indoors). | (1) Mist respirator. (2) Chemical cartridge respirator. |

11.6 *Asphyxiating atmospheres.*—

PROTECTIVE DEVICES

(1) Nose mask.
(2) Oxygen breathing mask.
(3) All-service mask.

11.7 *Air supply for air-line masks of all kinds.*—Air at a comfortable temperature and free from odors and excessive moisture sometimes is difficult to furnish, especially for outdoor jobs in winter. Air quality and temperature shall be tested by the Safety Department and shall meet the suggestions of the American Standard Safety Code for air-supplied respirators (sec. 10.3a).

H-12. Sterilization of Respirators.

12.1 Each worker who needs a respirator should be assigned his own respirator. Where this is not done, it is important that the respirator be sterilized in addition to being cleaned. Adequate sterilization may be accomplished by—

534464 O - 43 - 2

*a.* Washing the rubber and metal parts with soap, a brush and warm water, after which the respirator is sterilized by immersion for 10 minutes in a solution of formalin made by placing one part of 40 percent formaldehyde solution into nine parts of water.

*b.* Washing the rubber and metal parts with soap and warm water, after which the respirator is sterilized by dipping in a 3 percent solution of carbolic acid, a 2 percent solution of lysol, or a 70 percent solution of denatured alcohol.

*c.* Subjecting the respirator to sterilization by a moist atmosphere of antiseptic gas, preferably formaldehyde, for a period of ten minutes at room temperature.

*d.* After following any one of the outlined procedures, the respirator should be rinsed with water and hung up to dry. The respirator should not be used until it has been dried thoroughly.

*e.* The filters, felt screens, and elastic headbands should be removed, if detachable, before washing or sterilization of the respirator, unless it is evident that washing and sterilization will not harm these parts.

12.2 The National Safety Council has issued an Industrial Data Sheet No. D–Gen. 16, "Cleaning and Sterilizing Goggles and Respiratory Equipment."

**H–13. A Guide for Prevention of Industrial Disease in Shipyards.**

13.1 Eight common types of disease and methods for their prevention are given in the following sections. Help in applying these methods will be given by the local Safety Department and by safety and medical consultants of the Navy Department and the Maritime Commission.

13.2 *Flashburns and foreign bodies in the eye.*—

*a.* Effects on workers: "Flash" is a surface eye burn resulting from even momentary unprotected exposure to the welding arc. In this condition the eye is painful and sensitive, especially to light. An eye flash shall be treated only by the doctor or by methods he has prescribed.

*b.* Foreign bodies in the eye shall be removed only under the doctor's orders or by methods he has prescribed. Like flashburns, they are preventable.

*c.* For safe practice:

All workers:

1. Whenever near welding areas wear antiflash goggles which have been approved by the Safety Department.
2. Wear safety goggles when grinding, chipping, buffing, scratch-brushing, or forging.

Welders:

3. Wear approved antiflash goggles even when helmet is being worn.
4. Use portable screens to protect the eyes of fellow workers.

13.3 *Lead poisoning.*—

*a.* Sources: In general, any job in which dust, fume, or smoke from any substance containing lead is breathed daily.

*b.* For example:

| JOB: | WHEN MATERIAL IS: |
|---|---|
| Welding | Metal, coated with paint containing lead. |
| Cutting | Lead. |
| Burning | Lead pigments. |
| Shrinking | |
| Grinding | |
| Buffing | |
| Spray painting | |
| Mixing paint pigments | |

*c.* Job can be done safely with:

1. (a) Special ventilation: Use a local exhaust hood approximately 8 inches from the job and drawing at least 200 c. f. m. into the hood with filtration of the discharge, or discharge, to a place where the contaminated air will not be breathed, or
   (b) Wearing of fume respirators, or
   (c) Wearing of supplied air respirator.
2. Periodic medical examination which includes blood and urinalyses.

13.4 *Solvent vapors.*—

*a.* Sources: In general, any job in which solvent vapors are breathed. For example:

Spray painting.
Painting.
Using paint remover.
Applying cements.
Paint brush and spray gun cleaning.

*b.* Job can be safely done with:

1. Segregation of such work, and
2. (a) Special ventilation as may be required.
   (b) Provision of spray booths with exhaust system.

(c) Wearing of special respirators:

(1) For spray painting: Supplied air respirators or air line hoods.

(2) For other jobs: Chemical cartridge respirators.

(See H-10 on respiratory protective equipment.)

13.5 *Zinc fume fever (zinc chills or shakes)*.—

*a.* Sources: In general, any job in which the fumes from heated zinc are breathed. For example:

| JOB: | WHEN MATERIAL IS: |
|---|---|
| Welding | Galvanized metal |
| Cutting | Zinc |
| Shrinking | Zinc alloy |
| Pouring zinc alloys | Brass |

*b.* Job can be safely done with:

1. Special ventilation: Local exhaust hoses or hoods located close enough to operation at all times to remove smoke completely.
2. Wearing of special respirators.

NOTE.—There are no known cumulative effects from zinc chills.

13.6 *Fiberglas*.—

*a.* Effects on workers: Men working with Fiberglas may develop a dermatitis or conjunctivitis which are skin and eye conditions. It is best to transfer to another job those who continue to be sensitive.

1. Both experimental and practical evidence show conclusively that the inhalation of Fiberglas causes no lung damage.
2. The cement used with Fiberglas may contain a toxic solvent such as carbon tetrachloride ($CCl_4$) which can cause severe illness or even death if the cement is used indoors with inadequate ventilation.

*b.* For safe practice:

1. Clothing: Supply loose coveralls with collars and sleeves buttoned over cheesecloth.
2. Goggles: Should be worn.
3. Shower: Should be taken rather than bath, at end of shift.

Respirators are usually not necessary, *but* if a cement containing a toxic solvent is used, proper protection either by ventilation or by a respirator must be supplied and used.

13.7 *Asbestosis.*—

*a.* Sources: In general, any job in which asbestos dust is breathed. For example:

| JOB: | WHEN MATERIAL IS: |
|---|---|
| Handling. | Asbestos |
| Sawing. | Asbestos mixtures. |
| Cutting. | |
| Molding. | |
| Welding rod salvage. | |

*b.* Job can be done safely with:

1. Segregation of dusty work and,
2. (a) Special ventilation: Hoods enclosing the working process and having linear air velocities at all openings of 100 feet per minute, or
   (b) Wearing of special respirators.
3. Periodic medical examination.

13.8 Silicosis.—

*a.* Sources: In general, any job in which the dust of free silica (sand) is breathed daily. For example:

JOB

Sand-blasting
Sand packing of pipes
Shot blasting of castings

*b.* Job can be done safely with:

1. Isolation of dusty process and, in addition,
2. Special ventilation: In the case of sand-blasting, the work should be done in the standard type of sand blast room, cabinet, or machine.
3. Special respirator for dust-containing free silica.
4. Periodic examination by doctor.

13.9 Dermatitis.—

*a.* Sources: Excessive or improper use of cleaning agents such as gasoline. It is not at all uncommon to find dermititis caused by excessive use of common soaps such as those used in laundering. Cutting oils, certain greases, certain insulating materials used on electric cables and conduits can cause dermatitis.

*b.* Job can be done safely with:

1. Precautions against excessive use of the causative agent.
2. Advice of the medical department in the use of protective salves and creams.

**H-14. Ventilation Standards.**

14.1 Ventilation is required to control temperature and to remove air impurities, as from welding and paint spraying.

14.2 The maintenance of proper working conditions shall be the responsibility of the safety department, whose staff shall work in close cooperation with the welding, paint, and electrical departments. Air analyses and tests shall be made by the safety and medical consultants of the Navy Department and the Maritime Commission as may be needed.

14.3 Personnel of Department.—

*a.* Number:

1. The size of the ventilation crew will vary with the type of ship, equipment available, etc. The head of the safety department will be responsible for the organization of the safety department or division.
2. There shall be a ventilation supervisor on each shift responsible to the head of the safety department. Under the supervisor there shall be a sufficient crew to inspect and maintain good working conditions.
3. An EC-2 ship shall have at least one ventilation man aboard. Larger ships, or ships like carriers with considerable galvanized welding, shall have at least two ventilation men.
4. The number of ventilation men on the night shifts shall be in proportion to the construction crews.
5. The ventilation crew must have available a maintenance and repair crew of sufficient size to keep equipment on the job and operating efficiently. Long waits during which equipment is idle must be avoided.

*b.* Training:

1. The ventilation supervisor (that is, the safety engineer) shall be trained to handle the entire ventilation program in the yard. Local educational institutions, State Industrial Hygiene Units, Maritime Commission engineers, and other sources are available to give this training.
2. The ventilation supervisor shall organize classes, demonstrations, and short talks on standard procedures for ventilating specific spaces on the ships.

14.4 *Type of equipment needed.*—In ship construction, two types of ventilation are used—local exhaust as for removal of welding fumes at the point of origin, and general ventilation to supply fresh air to confined working spaces.