*a.* Local exhaust:

1. A common length for a local exhaust hose is forty feet. In ordering exhaust fans for use with local exhaust hoses, the following specifications should be met: Capable of drawing a minimum of 200 c. f. m. through each of 3-inch (or 4-inch) diameter flexible hose. Fans should have provisions for attaching three or more local exhaust hoses per unit.
2. In the interests of power economy, it is undesirable to move much more than 200 c. f. m. through each local exhaust hose.

*b.* General ventilation:

1. It is frequently desirable to introduce air into large working spaces such as deep tanks, fore- or after-peaks. This is done in many yards by using a flexible fabric duct, with metal elbows, and a fan of about 5,000 c. f. m. capacity.
2. It is desirable sometimes to supply a quantity of fresh air into the double bottom. Here a 2,000 c. f. m. unit may be used.
3. These two examples represent the two extremes of this type of work, and therefore are the two extremes in fan sizes. Fan static pressures in each case should exceed four inches of water.
4. For general ventilation of a ship engineroom during construction, a 10,000 c. f. m. blower is recommended. On the other hand, operations in confined quarters where heat is generated (plate shrinking, for example) may use a small portable fan to circulate the air. For this purpose, small blowers of from 800 to 1,500 c. f. m. shall be provided.

*c.* Ventilating procedures:

1. Local exhaust shall be used whenever a welding operation is being conducted in a confined space, or whenever galvanized metal is being welded. Local exhaust is always a suction process. Never blow a stream of air upon a welding arc.
2. Many welders think that it is enough to hold the end of the suction hose in the same compartment with the welding operation. This is not so. In order to capture the welding fumes, the end of the hose must be within six or eight inches of the arc, assuming a 200 c. f. m. volume per hose. Beyond this distance, the suction hose is ineffective.
3. The air supply to a general ventilation fan must be fresh outside air. Recirculation of air already contaminated shall not be permitted. A minimum of 400 c. f. m. per welder shall be supplied to a given working space such as a deep tank when general ventilation is used alone.

4. In warm weather, air movements or drafts are helpful, while in cold weather a minimum of air movement is desired and local exhaust will serve best. In temperate weather, it is most satisfactory to use a combination of local exhaust and general ventilation.

14.5 *Coordination of department with construction program.*—

*a.* The ventilation supervisor shall keep abreast of construction, and thus anticipate the ventilation needs.

*b.* The construction foremen shall inform the ventilation department of ventilation needs before the needs occur.

*c.* Blackboards, boxes, signal lights, or similar devices shall be installed on board and used to inform the ventilation department of immediate needs.

14.6 *Supplementary ventilating procedures.*—

*a.* Ventilating confined spaces, such as the fore- or after-peaks and deep tanks, is greatly simplified by the temporary removal or cutting through of certain plates.

*b.* For example, the fore-peak of a Liberty ship can best be ventilated by cutting a combination access and ventilation hole through the watertight bulkhead near the ship's bottom.

*c.* The tank top can be left off of the midship deep tanks until all welding has been completed in this space.

*d.* A side plate can be left or cut out of the engineroom at the bottom deck level.

## MINIMUM REQUIREMENTS FOR SAFETY

**S-2. Managements Part.**

2.1 It is absolutely essential, if a successful accident-prevention program is to be installed and operated, that top plant management take an active and interested part in the work. The same supervision given any other important activity in the shipyard shall be given the safety program.

2.2 The responsibility of management insofar as industrial safety is concerned shall be considered to include—

2.21 The provision of a safe working environment.

2.22 Training of employees for safety.

2.23 Establishment of an accident record and reporting system which will definitely tie into nationally uniform reporting, record, and statistical requirements.

2.24 The appointment, where necessary, of a safety engineer (or a safety director) and staff to install, maintain, and properly supervise an accident-prevention program.

2.25 The issuance of instructions to all division or department heads, foremen, leaders, leadingmen and to any persons in supervisory capacity, that they are considered responsible for preventing accidents which involve employees working under their direction and requiring them to comply with all of the provisions of the accident prevention program in effect in the shipyard.

2.26 An active and interested participation in safety through—

(a) Review of, and executive action on, safety records.

(b) Regular attendance at safety meetings.

(c) Action upon good or bad departmental safety records through personal interviews with department heads.

(d) General letters, for bulletin board posting, addressed to employees and discussions of good or bad yard accident record.

(e) By setting a good example. (Goggles, safety shoes, hard hats and other necessary protective equipment shall be used by any executive who exposes himself to yard operations.)

**S-3. Safety Director and Staff.**

3.1 A full-time safety director (title may be safety engineer or safety inspector, etc.) and staff shall be appointed for all shipyards. (See Section 3.25 for duties and responsibilities.) The safety director shall report to, and be responsible to, the highest ranking managerial executive or his designated representative.

3.2 The staff in the safety department in addition to the safety director, shall consist of:

3.21 An assistant safety director in yards having 3,000 employees or more except that there shall always be at least one safety engineer per shift.

3.22 One safety engineer (safety inspector) for each additional 1,500 employees. Example: If a yard has 35,000 employees there would be required a safety director and an assistant plus 21 safety inspectors.

3.23 The staff of engineers shall be distributed over the three shifts in proportion to the number of employees on each shift.

3.24 One clerk and/or stenographer for the first 5,000 employees and one clerk for each additional 7,500 employees. (It is not to be assumed that the time of safety inspectors or the safety director can be spent on clerical detail. All office functions, while adequately supervised by the safety

director, should be carried on by clerks so the greatest possible amount of time of the safety director and his staff may be spent in the shipyard.)

8.25 The duties and responsibilities of the safety director shall include:

(a) Complete responsibility for formulating, administering and making necessary changes in the shipyard accident prevention programs within the limits of authority granted by the shipyard management. The safety director shall also be required to correlate the shipyard accident program with the minimum safety and health standards of the United States Navy Department and Maritime Commission.

(b) Submission of regular monthly, weekly or daily reports on the status of safety directly to the general manager or his designated representative.

(c) Acting in an advisory capacity on *all* matters pertaining to safety to the management, general manager, superintendents, foremen, quartermen, leadermen, purchasing department, engineering department, commissary department, or contractors.

(d) Maintenance of the accident record system, making all necessary reports, personal investigation of all fatal or serious accidents, investigation through his staff of all accidents, securing supervisor's accident reports, checking corrective action taken by supervisors to eliminate accident causes.

(e) Supervising, or closely cooperating with the training supervisor in the safety training of all employees. (See Section 6.26.)

(f) Correlating safety work with medical department to insure proper selection and placement of employees.

(g) Making personal inspections and supervising inspections by staff and by special employee committees, for the purpose of *discovering and correcting unsafe conditions or unsafe work practices BEFORE THEY CAUSE ACCIDENTS.*

(h) Exchanging information with other shipyards on best safety methods and consulting with United

States Navy Department and Maritime Commission Regional Safety Consultants on safety problems which cannot be solved with methods or information at hand.

(i) Making certain that all federal, state or local laws, ordinances or orders bearing on industrial safety are complied with.

(j) Securing any necessary help or advice from the state labor departments on matters pertaining to safety and health.

(k) Initiating activities that will stimulate and maintain the interest of employees in safety.

(l) Acting as secretary of all safety committees and in such capacity he shall prepare an agenda for each such meeting covering the business to be discussed and, he shall prepare for the record, minutes of each such meeting.

(m) Directing the activities of his staff including the assistant safety director, so that the shipyard accident prevention program will be efficiently operated. It is expected that the safety director may delegate certain responsibilities to his staff engineers, such as that of acting as secretary of certain of the safety committees. Permission for such delegation of authority is expressly given in the interest of efficiency and for training the safety staff.

(n) Submission of the required reports on the status of safety in the shipyard to the interested government agencies at the time and intervals hereinafter requested.

S-4. Accident Prevention Forms and Reports.

4.1 The safety director shall cause to be designed and put into use at least the following forms and records:

4.11 *Supervisor's report of accident.—*

(a) Giving all vital data on case plus statements as to unsafe act and/or unsafe condition, reason unsafe act or condition was permitted to exist or occur, and the immediate corrective action taken or recommended. (See Form 1.)

4.12 *Safety engineer's recommendation form.—*

(a) Form used by safety staff to record recommendations made during inspection. Used for follow-up. Made in triplicate; one to leader-

Budget Bureau No. 82-R005-42
Approval expires January 31, 1944

## U. S. MARITIME COMMISSION — U. S. NAVY
## PRIVATE SHIPYARDS
## SUPERVISOR'S REPORT OF ACCIDENT OR OCCUPATIONAL DISEASE

Fill out for every disabling injury (or case of occupational disease) whether or not compensable. Answer every question fully. Use other side if necessary. To be mailed with the Monthly Injury Summary (for the month covered in that report) by the 15th of the following month to the Division of Industrial Injury Statistics, Bureau of Labor Statistics, Washington, D. C.

(1) Name of yard........................ ........................ (City) (State)

(2) Name of injured employee........................ Badge No........................

(3) Occupation ........................ Department ........................

(4) Date of accident........................ Hour of day........................ a.m. p.m.

(5) Witnesses: Name........................ Badge No........................
" ........................ " " ........................

(6) Describe accident or case fully (what injured was doing, what happened, etc.)........................

(7) What unsafe condition caused accident or occupational disease? (Specify: broken ladder, defective staging, lack of ventilating equipment, etc.)

(8) What was done wrong (unsafely) that caused accident or occupational disease? (Specify: failure to wear provided goggles, overloading crane, using mushroomed chisel, failure to use respiratory protective equipment, etc.)

(9) Describe resulting injury or occupational disease. (Specify: lacerated hand, broken left leg, right thumb amputated, lead poisoning, etc.)

(10) What have you done to prevent similar occurrences? ........................

(11) What do you recommend to prevent similar occurrences? ........................

(12) Signed by:........................ Title:........................ Date:........................

Checked by:........................

**DO NOT USE**

Serial No........................
Code date........................
Region........................
Location........................
Occupation........................
Dept........................
Injury date........................
Time of day........................
Agency........................
Agency part........................
Uns. mech. cond........................
........................
Acc. type........................
Uns. act........................
Uns. pers. fact........................
........................
Injury........................
Body part........................

FORM 1. (See paragraph S. 4.11-a.)

SAFETY ENGINEERS RECOMMENDATION FORM

BLANK SHIPBUILDING COMPANY

To: ____________________ Location ____________________

Date ______________ Time ________________

An inspection of operations under your supervision revealed the following unsafe practices and/or conditions:

NOTE: (Unsafe acts or conditions to be described here and numbered. Badge numbers or names of men involved may be listed.)

Above conditions or practices last observed (1)________ (2)________ (3)________

Corrected at once? ______ If not, when will corrective action be taken? __________

Signed ______________________
Safety Department

Date checked ________________ Signed ______________________
Safety Department

(Used only if condition is not corrected at once.)

No. 000

NOTES: (1) Size, approximately 5" x 5"

(2) To be made out in triplicate (See 4.12)

(3) Form need not be filled out if condition is corrected at once unless unsafe act or condition is a repetition or a flagrant violation of safety rules is involved.

(4) If check shows existence of same unsafe act or condition the matter should be referred in writing, to the proper executive for action.

man or quarterman on job, one to general manager, or other designated executive, one to safety department files after use to check performance. (See Form 2.)

4.13 *United States Navy Department and Maritime Commission monthly injury summary.*—

(a) To be submitted monthly to United States Navy-Maritime Commission. (See Form 3 attached.) To include over-all breakdown of predominant accidents, types and causes, accident frequency, total number of fatal cases, total of lost-time cases and the time lost, etc. *This form to be used also for report to management of shipyard.* To be submitted in triplicate as required on form. (See Form 3.)

(b) The following formula shall be used in determining accident frequency rates for shipyards:

1. Accident Frequency=

$$\frac{\text{Number Disabling Injuries} \times 1{,}000{,}000}{\text{Total Man-Hours Worked for Period Covered}}$$

2. A disabling injury shall be considered to be any injury which results in a man being unable to report for work on the next regular day or shift after the accident, or one which calls for a standard time charge being made regardless of whether time is actually lost. If time is lost due to the injury, subsequent to the initial return to work, then the injury shall be accounted as disabling.

4.14 *Minutes of safety committee meetings.*—

(a) Minutes of meetings should show date and time of meeting, names of those present, action on unfinished business, brief description of new business discussed and action taken or ordered by the committee on each item. The discussion should always include the predominating accident hazards of the yard and the means suggested to control them.

(b) Various committee forms will be made available to shipyards on request.

4.17 These forms and any others pertaining to industrial safety or health shall be filed and made available to authorized

Budget Bureau No. [illegible]
Approval expires January [illegible], [illegible]

# U. S. MARITIME COMMISSION — U. S. NAVY

## PRIVATE SHIPYARDS

## INJURY SUMMARY FOR MONTH OF____________________, 19___

Three copies to be submitted by the 10th of the succeeding month: one copy, together with the Supervisor's Report of Accidents for each injury reported during the month, to the Division of Industrial Injury Statistics, U. S. Bureau of Labor Statistics, Washington, D. C.; one copy to the Chief Safety Consultant, U. S. Maritime Commission, Washington, D. C.; and one copy to the Regional Safety Consultant, U. S. Maritime Commission, in the region in which the shipyard is located.

1. Name of company____________________________________

2. Location of shipyards__________________ (City) __________________ (State)

EXPOSURE DATA

3. Average number of employees____________ 4. Total employee-hours worked during month____________
(Includes clerical employees and executives.)

| INJURY DATA<br>Disabling injuries | Number: Occurred during month (a) | Number: Of greater severity than formerly reported (b) | Days Lost: For injuries during month (c) | Days Lost: For injuries formerly reported (d) |
|---|---|---|---|---|
| 5. Fatalities | | | | X X X |
| 6. Permanent impairments | | | | |
| 7. Temporary total | | | | |
| 8. TOTAL | | X X X | | |
| 9. Non-disabling injuries | | X X X | X X X | X X X |

10. Frequency rate____________ Total number of disabling injuries (item 8) x 1,000,000 / Total employee-hours worked (item 4)

11. Yearly frequency rate to date____________

Comments: ____________________________________

Report made out by:____________ Title:____________ Date:____________

### INSTRUCTIONS

1. A disabling injury is one which results in death, permanent impairment (through amputation or loss of use of any body part), or time loss beyond the day or shift on which the injury occurred.

2. Show in column (a) [of Injury Data] the total number of injuries which occurred during the month, and in column (b) the number of injuries which were determined to be more severe than formerly reported. For instance, show as a fatality an injury formerly reported as a permanent impairment if the injury resulted in death during the month covered by this report, and explain briefly under "Comments."

3. In column (c) show the actual days lost during the month because of injuries which occurred during the current month. In column (d) show the number of days lost during the current month because of injuries which were reported in previous month. Do not use A.S.A. time charges for deaths or permanent impairments. For fatalities show the number of days intervening between the day of injury and death (i.e., if death occurs on the day of injury show no time lost). For permanent impairments show the number of days during which the injured person was unable to work.

(Over)

FORM 3–Front. (See paragraph 8. 4.13–a.)

## ACCIDENT CAUSE ANALYSIS FOR THE MONTH

| Unsafe condition or practice (If more than one item applies, give preference to the one appearing first on the list) | Disabling injuries: Total — This month | Disabling injuries: Total — Year to date | Disabling injuries: Resulting in infection during the month |
|---|---|---|---|
| a. Lack of goggles or screens — eye injuries only | | | |
| 1. No impact goggles | | | |
| 2. No anti-flash goggles under hood | | | |
| 3. No welding screens | | | |
| 4. No welder's hood | | | |
| 5. Other (specify) | | | |
| b. Improper method of handling material | | | |
| 1. Lifting with bent back, poor grip, etc. | | | |
| 2. Insufficient help in lifting | | | |
| 3. Failure to use crane, hoist, etc. | | | |
| 4. Failure to wear safety shoes | | | |
| 5. Failure to wear gloves | | | |
| 6. Other (describe) | | | |
| c. Poor housekeeping resulting in falls | | | |
| 1. Unguarded hatches, holes, pits, etc. | | | |
| 2. Defective ladders, staging, etc. | | | |
| 3. Unsafe use of ladders, staging | | | |
| 4. Poor housekeeping generally | | | |
| 5. Other (specify) | | | |
| d. Poor housekeeping — all other injuries | | | |
| 1. Poor layout | | | |
| 2. Poor housekeeping generally | | | |
| 3. Other (specify) | | | |
| e. Improper condition or use of hand tools | | | |
| 1. Unsafe condition of hammers | | | |
| 2. Unsafe use of hammers | | | |
| 3. Defective chisels — hand and air | | | |
| 4. Unsafe use of chisels — hand and air | | | |
| 5. Other (specify) | | | |
| f. Improper condition or use of welding and cutting tools (except eye injuries) | | | |
| 1. Lack of ventilating equipment | | | |
| 2. Improper use of ventilating equipment | | | |
| 3. Defective cables of electric welding equipment | | | |
| 4. Defective electric welding equipment | | | |
| 5. Improper use of electric welding equipment | | | |
| 6. Defective gas welding or cutting equipment | | | |
| 7. Improper use of gas welding or cutting equipment | | | |
| 8. Other (specify) | | | |
| g. Improper placing or piling causing falling objects | | | |
| 1. Placing insecurely on staging | | | |
| 2. Placing insecurely on stockpiles | | | |
| 3. Other (specify) | | | |
| h. Defective or unsafe use of machinery | | | |
| 1. Unguarded power presses | | | |
| 2. Unguarded or defective abrasive wheels | | | |
| 3. No goggles or shield when using abrasive wheels | | | |
| 4. Failure to adjust rest — abrasive wheels | | | |
| 5. Defective or unguarded shears, rolls, brakes | | | |
| 6. Other (specify, as overhead cranes, etc.) | | | |
| i. Defective or unsafe use of cranes and hoisting equipment | | | |
| 1. Defective slings | | | |
| 2. Defective pads, rings, clamps | | | |
| 3. Unsafe hooking or rigging of load | | | |
| 4. Standing under or near suspended load | | | |
| 5. Other (specify) | | | |
| j. Improper protection against spray painting | | | |
| k. Improper protection against sand blasting | | | |
| l. All others | | | |

representatives of the United States Navy-Maritime Commission upon request.

S-5. Safety Committees.

5.1 The safety director, in cooperation with the shipyard general manager, shall cause to be formed and put into effective operation at least the following safety committees.

5.11 *Central safety committee.*—

(a) Membership: management representative (chairman), safety director (secretary), all superintendents, foremen, medical department representative, quartermen or leadermen, and one employee.

(b) Membership of all but management representative, medical department representative and safety director may be rotated—terms of 2 months each but rotation to be arranged so only ½ of committee changes each month.

(c) Meetings: Shall be monthly or more often as necessary.

(d) Duties: This is the policy forming committee for safety work. They review the monthly report as submitted to the United States Navy-Maritime Commission and other records to determine the course of safety work for coming period. They decide such matters as type of safety equipment to be used and how it shall be made available to men, types of safety training to be used, whether accident prevention plan is being adherred to, interplant contest awards, etc. Such committees shall review the investigation on fatal or serious accidents and make recommendations. All Committee members are expected to make practical suggestions to improve shipyard safety. They also review reports of other committees to make certain suggestions and recommendations are properly followed through.

(e) Secretary: The safety director shall act as secretary, prepare an agenda, take minutes, prepare a report of committee meeting, and distribute copies of reports to members. He shall follow through with other committees, the suggestions and recommendations of the central safety committee.

5.12 *Supervisors' safety committee.*—

(a) Membership: Management representative, safety director, medical department representative, superintendents, foremen, quartermen, and leadermen. This is a rotating committee; rotation should be arranged so all of the supervisory staff serve in their respective periods, i. e., superintendents change each four months, foremen each two months, quartermen and leadermen each month. In no case should an entire group change at one time. Where a department or unit of a department has an unusually poor record then the responsible supervisory staff—superintendent, foremen, quartermen or leadermen should be retained on the committee until their record is at least equal to the shipyard average.

(b) Meetings: Shall be monthly or semimonthly or more frequently, as necessary.

(c) Duties: The primary purpose of this committee is the stimulation and maintenance of interest and the education of its members in accident prevention. The shipyard accident record shall be reviewed, the predominant types of accidents and the predominant causes of these accidents shall be discussed. Suggestions and recommendations to improve the records are solicited from each member. At least one timely subject must be discussed at each meeting; i. e., such as eye injuries and their prevention, electric shocks, hand tool accidents, etc. Methods of avoiding accidents due to these operations should be presented by the committee members.

(d) The committee shall review reports of all fatal and serious accidents and suggest preventive action. It shall review reports of inspection committees and check on the quality of the suggested corrective action for unsafe conditions or practices reported.

(e) The committee shall carry out the suggestions and recommendations of the central committee.

(f) Outside speakers such as safety engineers, insurance men, State Department of Labor men or men from other shipyards, may be used from

time to time to stimulate interest of committee members in accident-prevention work. Sound film strips, motion pictures or other similar media on safety subjects can and should be used if available and practicable.

(g) Secretary: Same as for central safety committee.

5.13 *Regular inspection committees.*—

(a) Number: One committee for each department and each hull.

(b) Inspection: Weekly or more often as necessary.

(c) Membership: At least two employees and a supervisory employee of each job being inspected. The safety director or staff safety engineer should accompany the committee.

(d) Duties: To inspect their department or hull for the purpose of discovering and having corrected unsafe acts and unsafe conditions likely to cause accidents. On each section of a job they should be accompanied by a responsible supervisory employee. They are observers only—the foremen, quartermen or leadermen shall do all corrective work. Where a condition is discovered on which there is disagreement the superintendent shall make the necessary decision. ***Hazards immediately dangerous to health, life or limb shall be corrected by the accompanying supervisor at once.***

(e) The committee shall submit written reports to the safety director and indicate whether accident-producing conditions or practices have been corrected. These reports shall be referred to the supervisory safety committee by the safety director. If necessary because of dangerous conditions, he may refer them at once to the general manager.

5.14 *Special inspection committees.*—

(a) Staging inspectors, electrical inspectors, crane inspectors, boiler inspectors, and others.

(b) Membership: Specially qualified individuals or teams permanently assigned to work. (See paragraph 5.15c.)

(c) Duties:

1. Staging inspectors: Daily or continuous inspections of all stages shall be made on each