Chicago Conf
12/7-8/42

# MINIMUM STANDARDS
## for the
## CONTROL OF HEALTH
## in
## CONTRACT SHIPYARDS OF MARITIME COMMISSION AND NAVY

For discussion at Meeting in Chicago,
La Salle Hotel
December 7 and 8, 1942

November 16, 1942

NOTICE: If the film image is less clear than this notice, it is due to the quality of the document being filmed.

MINIMUM REQUIREMENTS FOR CONTROL OF HEALTH
178-8L-393

MTS009

PLAINTIFF'S EXHIBIT 610
ALL-STATE LEGAL SUPPLY CO.

Section A

# MEDICAL FACILITIES

Personnel: Yards employing up to 5,000 men should have two full-time physicians, and one additional physician for each additional 5,000 men. Yards with less than 2,000 to 3,000 men will not need full-time physicians.

Specialists in the various branches of the medical profession available in the area should be consulted as indicated.

Yards employing up to 5,000 men should have in the main dispensary six full-time nurses and three additional nurses for each additional 5,000. Additional nurses will be required for first aid stations.

There should be at least two clerks employed in the medical department for each 5,000 employees.

One ambulance driver should be available per ambulance per shift.

Physical Facilities:

I. The medical department should be provided with:

1. A waiting room.
2. A general treatment room.
3. An eye treatment room.
4. A minor surgery room.
5. A ward with three beds for the first 5,000 employees, and one bed for each additional 10,000.
6. Doctors' offices and private examining rooms.
7. A nurse's office and dressing room.
8. X-ray room for yards employing 5,000 men and above.
9. A Physiotherapy room.
10. Toilet facilities for doctors, nurses, and patients.
11. A storeroom for general medical stores.
12. X-ray files and viewing room.

II. First Aid treatment rooms, manned by nurses, should be provided wherever there is overcrowding at the main dispensary and loss of time due to distance from shipways and shops. These sub-stations may be located under building ways or near locations where the number of men working is large so that the distance a man need travel to a sub-station will not exceed approximately 400 yards.

Equipment: The following equipment should be provided:

1. One ambulance for each 15,000 employees, or reasonable fraction thereof with an ordinary passenger car always in reserve.

The quality of the document being filmed.
MINIMUM REQUIREMENTS FOR CONTROL OF HEALTH 178-86-393
MTS009

2. An X-ray unit for yards employing about 5,000 men and above.

3. Medical and surgical stores required for minor surgery, eye injuries and physiotherapy.

Records and Forms: The following records and forms are recommended:

In the case of an emergency no form need be filled out.

1. A form authorizing the workman to report to the medical department for examination or treatment issued by a foreman or leadingman or other supervisor. This shall show time of issue, arrival at dispensary, discharge from dispensary and return to work.

2. Appointment form for revisits and retreatments issued by the physicians and nurses.

3. A disposition form issued by physicians and nurses indicating return to work, hospitalization, to home or other disposition.

4. Complete and accurate permanent filing system recording personal data, nature and cause of injury, diagnosis, treatment, disposition, and results.

5. The necessary state and insurance company forms.

6. Daily report to the safety department showing all new cases for the day, together with the nature and cause of injury, and the diagnosis.

7. The adoption of the standard nomenclature when made available by the Council of Industrial Health of the American Medical Association, Chicago, Illinois.

8. The present records used by M. C. and Navy contract yards are unsatisfactory and are to be revised.

Examinations: 1. Examinations to insure proper placement of employees are recommended.

2. Periodic check examinations shall be given men working in occupations potentially hazardous to themselves or others, as for example to crane operators, locomotive and hoisting and portable engineers. Periodic check examinations should be given men in jobs in which there may be health hazard, as for example to sand blasters, radium and X-ray work, and paint sprayers.

3. Special examinations such as X-ray, serologic and urinalyses shall be given in the individual case as indicated and in accordance with local needs.

NOTICE: If the film image below is less clear than this notice, it is due to the quality of the document being filmed.

MTS009

Air Raid Precautions: 1. The medical department shall locate, equip, and maintain such emergency first aid dressing stations as may be deemed necessary to handle air raid casualties.

2. A certain number of yard employees shall be trained in first aid procedures to render assistance to the medical department in handling air raid victims.

3. Close cooperation should be maintained with the local civilian defense officials in order that evacuation and care of air raid victims may be carried out to the best advantage.

4. In keeping with local army and navy regulations, steps should be taken to provide protection of dispensaries by sandbags, or otherwise, from fragments and concussion of bombs.

Responsibilities of the Medical Service:

1. Frequent inspections of the yard by the medical staff shall be required in order that physicians may become familiar with shipyard jobs and thus help intelligently in preventing accidents and occupational disease.

2. Close collaboration shall be maintained with the safety department especially in regard to records of accidents and absenteeism.

3. It shall be the joint responsibility of the medical and safety departments through the supplies department to know the composition of paints, thinners, paint removers, and other chemicals used in the yard, and to see that the workers exposed are protected by the best safety practices.

4. As in the general practice of medicine the confidential relations of doctor and patient shall be maintained.

5. It is certain that in the near future women in large numbers are to be employed in the mechanical trades. It is necessary in shipyards to make special provisions for this class of patients. This will necessitate the establishment of separate waiting, treatment, and examining rooms. In yards where the number of employees is large, it may be logical to establish a separate dispensary for the handling of women patients.

Cafeterias and Canteens: It shall be the duty of the medical department to adapt from Army and Navy standards, in reasonable conformity with the local health department rules, an inspection scheme to include pre-employment examination of food handlers, quality and quantity of food, general cleanliness and comfort, screening, dishwashing, garbage and waste disposal. These inspections shall be made at unscheduled times and never less than once each week.

NOTE: If the film image below is less clear than this notice, it is due to the quality of the document being filmed.

MINIMUM REQUIREMENTS FOR CONTROL OF HEALTH 178-86-393

MTS009

Water Supply, Severage and Waste Disposal: In co-operation with Maritime and Navy engineers the medical department shall inspect and report upon the above as often as seems advisable, but not less than twice yearly.

Salt Tablets: Salt tablets shall be made available to all employees and shall be kept in covered dispensers located appropriately.

NOTICE: If the film image below is less clear than this notice, it is due to the quality of the document being filmed.

MINIMUM REQUIREMENTS FOR CONTROL OF HEALTH 178-8L-595

MTS009

Section B

(For Use of Safety Department in Shipyards)

## SAFETY STORE

Each yard shall equip and maintain within the yard a store, conveniently located, where men may obtain equipment such as goggles, welders' helmets, safety shoes, gloves, and hard hats.

Respiratory Protective Equipment for Shipyards: The U. S. Bureau of Mines, 4800 Forbes Street, Pittsburgh, Pa., maintains a laboratory which tests and approves for use in industry respiratory protective equipment of all kinds. The Maritime Commission and Navy will require the use of approved equipment throughout their yards. The safety department shall be responsible for instructing men in the proper use of such equipment and for the maintenance of ample supplies. Illustrations of Bureau of Mines approved respirators, such as that attached hereto, shall be kept up to date by the safety departments and Maritime Commission engineers.

The safety department shall be responsible to the management for cleaning and sterilizing all such equipment as often as may be agreed upon with the medical department. (A scheme for such sterilization is included in these standards, see page 4-B.)

GENERAL REQUIREMENTS: - A General Guide.

1. Adequate protection as defined by American Standard Safety Code for the Protection of Heads, Eyes, and Respiratory Organs. Handbook H-24, Nov. 1, 1938. Superintendent of Documents, Washington, D. C.

2. Comfort (light weight and good vision).

DUST:

| Jobs: | Protective Device: |
|---|---|
| Silica of Sand Dusts (as in sand blasting) | (1) Abrasive blasting helmets<br>(2) Dust respirator |
| Lead Dust (as in mixing paint) | (1) Air line respirator<br>(2) Lead dust respirator |
| Asbestos (as in covering pipes) | (1) Air line respirator<br>(2) Dust respirator |

MINIMUM REQUIREMENTS FOR CONTROL OF HEALTH 178-86-393

If this image is less legible than this notice, it is due to the quality of the document being filmed.

MTS009

**METAL FUMES AND SMOKES:**

| Jobs: | Protective Device: |
|---|---|
| Lead and zinc oxide from welding and burning | (1) Air line respirator<br>(2) Fume respirator for lead<br>(3) Dust respirator for zinc oxide |

**SOLVENT VAPORS:**

| Jobs: | Protective Device: |
|---|---|
| Spray painting both indoors and outdoors<br>Paint removing, usually indoors<br>Cementing, usually indoors<br>Cleaning, usually indoors<br>Degreasing, usually indoors | (1) Air line respirator<br>(2) Chemical cartridge |

**ACID GASES AND MISTS:**

| Jobs: | Protective Device: |
|---|---|
| Pickling (indoors)<br>Cleaning (indoors)<br>Degreasing (indoors) | (1) Mist respirator<br>(2) Chemical cartridge respirator |

**ALKALI MISTS:**

| Jobs: | Protective Device: |
|---|---|
| Cleaning (indoors)<br>Degreasing (indoors) | (1) Mist respirator<br>(2) Chemical cartridge respirator |

**ASPHYXIATING ATMOSPHERES:**

(1) Hose mask
(2) Oxygen breathing mask
(3) All service mask

Air supply for air-line masks of all kinds: Air at a comfortable temperature and free from odors and excessive moisture sometimes is difficult to furnish, especially for out-door jobs in winter. Air quality and temperature shall be tested by the Safety Department and shall meet the suggestions of the American Standard Safety Code for air-supplied respirators (see page 2-B under general requirements).

NOTICE: If the film image is less clear than this notice, it is due to the quality of the document being filmed.

MINIMUM REQUIREMENTS FOR CONTROL OF HEALTH 178-RL-393
MTS009

## STERILIZATION OF RESPIRATORS

Each worker who needs a respirator should be assigned his own respirator. Where this is not done, it is important that the respirator be sterilized in addition to being cleaned. Adequate sterilization may be accomplished by:

1. Washing the rubber and metal parts with soap, a brush and warm water, after which the respirator is sterilized by immersion for 10 minutes in a solution of formalin made by placing 1 part of 40 per cent formaldehyde solution into nine parts of water.

2. Washing the rubber and metal parts with soap and warm water, after which the respirator is sterilized by dipping in a 3 per cent solution of carbolic acid, a 2 per cent solution of lysol, or a 70 per cent solution of denatured alcohol.

3. Subjecting the respirator to sterilization by a moist atmosphere of antiseptic gas, preferably formaldehyde, for a period of ten minutes at room temperature.

After following any one of the outlined procedures, the respirator should be rinsed with water and hung up to dry. The respirator should not be used until it has been dried thoroughly.

The filters, felt screens, and elastic headbands should be removed, if detachable, before washing or sterilization of the respirator, unless it is evident that washing and sterilization will not harm these parts.

The National Safety Council has issued an Industrial Data Sheet No. D-Gen. 16 on Cleaning and Sterilizing Goggles and Respiratory Equipment.

...e is less clear than this notice, it is due to the quality of the document being filmed.

MINIMUM REQUIREMENTS FOR CONTROL OF HEALTH 178-RL-593

MTS009

Section C

(For Use of Safety Department in Shipyards)

# A GUIDE FOR PREVENTION of INDUSTRIAL DISEASE IN SHIPYARDS

Seven common types of disease and methods for their prevention are given in the following sections. Help in applying these methods will be given by the local Safety Department and by engineers and doctors from the Health Department of the Maritime Commission.

## I. FLASH BURNS AND FOREIGN BODIES IN THE EYE

**Effects on Workers:** A "flash" is a surface eye burn resulting from even momentary unprotected exposure to the welding arc. In this condition the eye is painful and sensitive, especially to light. An eye flash shall be treated only by the doctor.

Foreign bodies in the eye shall be removed only under the doctor's orders and by methods he has prescribed. Like flash burns, they are preventable.

**For Safe Practice:**

For all workers:

1. Whenever near welding arcs wear anti-flash goggles which have been approved by the Safety Department.
2. Wear safety goggles when grinding, chipping, buffing, scratch-brushing, or forging.

For welders:

1. Wear approved anti-flash goggles even when helmet is being worn.
2. Use portable screens to protect the eyes of fellow workers.

## II. LEAD POISONING

**Sources:** In general, any job in which dust, fume, or smoke from any substance containing lead is breathed daily.

MTS009

| For example: | Job: | When material is: |
|---|---|---|
| | Welding<br>Cutting<br>Burning<br>Shrinking<br>Grinding<br>Buffing<br>Spray painting<br>Mixing paint pigments | Metal coated with lead containing paint.<br>Lead.<br>Lead pigments. |

Job Can Be Done Safely With:

1. (a) Special ventilation: Use a local exhaust hood approximately 8 inches from the job and drawing at least 200 c.f.m. into the hood with filtration of the discharge or discharge to a place where the contaminated air will not be breathed.

   (b) Or wearing of fume respirators.

   (c) Or wearing of supplied air respirator.

2. Periodic medical examination which includes blood and urine analyses.

## III. SOLVENT VAPORS

Sources: In general, any job in which solvent vapors are breathed.

For example: Spray painting
Painting
Using paint remover
Applying cements
Paint brush and spray gun cleaning

Job Can Be Safely Done With:

1. Segregation of such work, and

2. (a) Special ventilation as may be required.

   (b) Provision of spray booths with exhaust system.

   (c) Wearing of special respirators:

NOTICE: If the film image below is less clear than this notice, it is due to the quality of the document being filmed.

MINIMUM REQUIREMENTS FOR CONTROL OF HEALTH 178-8L-393

MTS009

| | |
|---|---|
| For spray painting: | Supplied air respirators or air line hoods |
| For other jobs: | Chemical cartridge respirators |

(See Page 1-B on respiratory protective equipment.)

## IV. ZINC FUME FEVER (ZINC CHILLS OR SHAKES)

Sources: In general, any job in which the fumes from heated zinc are breathed.

For example:

| Job | When Material is |
|---|---|
| Welding | Galvanized metal |
| Cutting | Zinc |
| Shrinking | Zinc alloy |
| Pouring zinc alloys | Brass |

Job Can Be Safely Done With:

1. Special ventilation: Local exhaust hoses or hoods located close enough to operation at all times to remove smoke completely.
2. Wearing of special respirators.

Note: There are no known cumulative effects from zinc chills.

## 7. FIBERGLAS

Effects on Workers: Men working with Fiberglas may develop a dermatitis or conjunctivitis which are skin and eye conditions. It is best to transfer to another job those who continue to be sensitive.

Both experimental and practical evidence shows conclusively that the inhalation of Fiberglas causes no lung damage.

The cement used with Fiberglas may contain a toxic solvent such as carbon tetrachloride ($CCl_4$) which can cause severe illness or even death if the cement is used indoors with inadequate ventilation.

For Safe Practice:

1. Clothing: Supply loose coveralls with collars and sleeves buttoned over cheese cloth.

NOTICE: If the film image below is less clear than this notice, it is due to the quality of the document being filmed.

MINIMUM REQUIREMENTS FOR CONTROL OF HEALTH 171-86-593

MTS009

2. Goggles: Should be worn.

3. Shower: Should be taken rather than bath, at end of shift.

Respirators are usually not necessary, but if a cement containing a toxic solvent is used, proper protection either as ventilation or as a respirator must be supplied and used.

## VI. ASBESTOSIS

Sources: In general, any job in which asbestos dust is breathed.

For example:

| Job: | When material is: |
|---|---|
| Handling | Asbestos |
| Sawing | Asbestos mixtures |
| Cutting | |
| Molding | |
| Welding rod salvage | |

Job Can Be Done Safely With:

1. Segregation of dusty work and,
2. (a) Special ventilation:
   Hoods enclosing the working process and having linear air velocities at all openings of 100 feet per minute, or
   (b) Wearing of special respirators.
3. Periodic medical examination.

## VII. SILICOSIS

Sources: In general, any job in which the dust of free silica (sand) is breathed daily.

For example:

Job:

Sandblasting
Sand packing of pipes
Shot blasting of castings

MINIMUM REQUIREMENTS FOR CONTROL OF HEALTH 178-8L-393

MTS009

5-C

Job Can Be Done Safely With:

1. Isolation of dusty process and, in addition,

2. Special ventilations: In the case of sand-blasting, the work should be done in the standard type of sand blast room, cabinet, or machine.

3. Special respirator for dust-containing free silica.

4. Periodic examination by doctor.

MINIMUM REQUIREMENTS FOR CONTROL OF HEALTH 178-EL-595

MTS009

Section D

(For Use of Safety Department)

## VENTILATION STANDARDS

Ventilation is required to control temperature and to remove air impurities, as from welding and paint spraying.

The maintenance of proper working conditions shall be the responsibility of the safety department, whose staff shall work in close co-operation with the welding, paint, and electrical departments. Air analyses and tests shall be made by the safety department and checked by the Maritime engineers as may be needed.

Personnel of Department:

(a) Number: The size of the ventilation crew will vary with the type of ship, equipment available, etc.

There shall be a ventilation supervisor on each shift responsible to the ventilation superintendent. Under the supervisor there shall be a sufficient crew to inspect and maintain good working conditions.

An EC-2 ship shall have at least one ventilation man aboard. Larger ships, or ships like carriers with considerable galvanized welding, shall have at least two ventilation men.

The number of ventilation men on the night shifts shall be in proportion to the construction crews.

The ventilation crew must have available a maintenance and repair crew of sufficient size to keep equipment on the job and operating efficiently. Long waits during which equipment is idle must be avoided.

(b) Training: The ventilation supervisor (that is, the safety engineer) shall be trained to handle the entire ventilation program in the yard. Local educational institutions, State Industrial Hygiene Units, Maritime Commission engineers, and other sources are available to give this training.

The ventilation supervisor shall organize classes, demonstrations, and short talks on standard procedures for ventilating specific spaces on the ships.

Type of Equipment Needed: In ship construction, two types of ventilation are used -- local exhaust as for removal of welding fumes at the point of origin, and general ventilation to supply fresh air to working spaces as in hot weather.

NOTICE: If the film image is less clear than this notice, it is due to the quality of the document being filmed.

MINIMUM REQUIREMENTS FOR CONTROL OF HEALTH 178-8L-593

(a) Local exhaust

A common length for a local exhaust hose is forty feet. In ordering exhaust fans for use with local exhaust hoses, the following specifications should be met: Capable of drawing a minimum of 200 c.f.m. through each of 3 inch (or 4 inch) diameter flexible hose. Fans should have provisions for attaching three or more local exhaust hoses per unit.

In the interests of power economy, it is undesirable to move much more than 200 c.f.m. through each local exhaust hose.

(b) General ventilation

It is frequently desirable to introduce air into a large working space such as a deep tank, fore- or after-peak. This is done in many yards by using a flexible fabric duct, with metal elbows, and a fan of about 5000 c.f.m. capacity.

It is desirable sometimes to supply a quantity of fresh air into the double bottom. Here a 2000 c.f.m. unit may be used.

These two examples represent the two extremes of this type of work, and therefore are the two extremes in fan sizes. Fan static pressures in each case should exceed four inches of water.

For general ventilation of a ship engineroom during construction, a 10,000 c.f.m. blower is recommended. On the other hand, operations in confined quarters where heat is generated (plate shrinking, for example) may use a small portable fan to circulate the air. For this purpose, small blowers of from 800 to 1500 c.f.m. shall be provided.

Ventilating Procedures: Local exhaust shall be used whenever a welding operation is being conducted in a confined space, or whenever galvanized or painted metal is being welded. Local exhaust is always a suction process. Never blow a stream of air upon a welding arc.

Many welders think that it is enough to hold the end of the suction hose in the same compartment with the welding operation. This is not so. In order to capture the welding fumes, the end of the hose must be within six or eight inches of the arc, assuming a 200 c.f.m. volume per hose. Beyond this distance, the suction hose is ineffective.

The air supply to a general ventilation fan must be fresh outside air. Recirculation of air already contaminated shall not be permitted. A minimum of 400 c.f.m. per welder shall be supplied to a given working space such as a deep tank when general ventilation is used alone.

In warm weather, air movements or drafts are helpful, while in cold weather a minimum of air movement is desired and local exhaust will serve best. In temperate weather, it is most satisfactory to use a combination of local exhaust and general ventilation.

Notice: If the film image below is less clear than this notice, it is due to the quality of the document being filmed.

MINIMUM REQUIREMENTS FOR CONTROL OF HEALTH 178-8L-593

MTS009

Coordination of Department with Construction Program: The ventilation supervisor shall keep abreast of construction, and thus anticipate the ventilation needs.

The construction foremen shall inform the ventilation department of ventilation needs before they occur.

Blackboards, boxes, signal lights, or similar devices shall be installed on board ship and used to inform the ventilation department of immediate needs.

Supplementary Ventilating Procedures: Ventilating confined spaces, such as the fore- or after-peaks and deep tanks, is greatly simplified by the temporary removal or cutting through of certain plates.

For example, the fore-peak of a Liberty ship can best be ventilated by cutting a combination access and ventilation hole through the water-tight bulkhead near the ship's bottom.

The tank top can be left off of the midship deep tanks until all welding has been completed in this space.

A side plate can be left or cut out of the engineroom at the bottom deck level.