DEPARTMENT OF THE NAVY
BUREAU OF MEDICINE AND SURGERY
WASHINGTON 25, D. C.

IN REPLY REFER TO

BUMED-7231-JS-lc
M2-4/LL
13 January 1955

From: Chief, Bureau of Medicine and Surgery
To: Activities Submitting Industrial Health Reports (NavMed 576)

Subj: Occupational Health Hazards; information regarding

Ref: (a) MANMED 23-21

Encl: (1) List of Occupational Health Hazards

1. The Monthly Industrial Health Reports for July through September 1954, submitted in accordance with reference (a) have been reviewed and compiled for release to the field (enclosure (1)).

2. This compilation is intended as a ready reference to current problems and in some cases will avoid unnecessary duplication in the solution of these problems. Additional information regarding these problems may be obtained from the medical department of the originating activity.

3. The information contained herein, on the composition of materials, is to be treated as manufacturer's "discreet" proprietary information in accordance with SecNav Instruction 5511.3 of 4 June 1954 and is to be used solely for the control of potentially toxic materials. It is not to be released for any other purpose.

J. J. Sapero
J. J. SAPERO
By direction

Copy to: (2 copies each)
COMDTsNDs&RCs
INSPNAVMEDACTs
CMC
Chiefs of Bureaus
OIR

GOVERNMENT EXHIBIT 397
PENGAD-Bayonne, N. J.

For Official Use Only

OCCUPATIONAL HEALTH HAZARDS
Derived from Industrial Health Reports
July 1954 through September 1954

## I. Chemical Health Hazards

### a. Inhalation hazards due to gases, vapors, fumes

1. Metal fumes ; seven men were exposed to excessive concentrations of fumes during burning and/or cutting of galvanized iron and metal painted with zinc chromate. The increase in exposures was caused by one or more of the following factors:

(a) Failure to request ventilation prior to commencement of work.

(b) Shifting of ventilation equipment from one job to another aboard ship.

(c) The natural tendency of spaces to become more confined as work progressed.

(d) Many jobs were of short duration where extensive ventilation was not requested or considered essential; personnel did not avail themselves of respiratory protection. (1)*

2. Benzol and ammonia gases; potential hazards during nitriting and carburizing of metals. Both gases are stored in closed tank reservoirs. Benzol is fed into the furnace by gravity feed; ammonia is forced in by tank pressure. The following recommedations are proposed for the control of this hazard:

(a) Instruction of operating personnel concerning potential hazards, safe operating practices, and proper use of emergency protective equipment.

(b) A gas mask equipped with an ammonia canister should be available at a location adjacent to, but not directly in, the area where potential system leaks may occur.

(c) Thorough "airing" of pit furnace after opening and before parts are removed.

(d) Respiratory equipment, face shield, and gloves should be worn during refilling of the reservoir tanks and during repair of leaks. The type of respirator may be of the charcoal or the air-fed type, depending on the sevrity of the exposure. (2)

3. "Teflon", a tetrafluorethylene resin, is expected to be placed in service wide usage as a component of corrosion-resistant and lubricant coating. Two harmful exposures may be encountered. One, may

* Numbers in Parenthesis Refer to Stations Indicated on Page 7

be due to skin contact and/or inhalation of the spray of "Teflon" dispersed in water, and the second may be caused by inhalation of the various pyrolysis products resulting from subsequent "hot" operations on coated surfaces. The liquid dispersion acts as a primary irritant, probably due to some hydrolysis of the resin producing a dilute hydrofluoric acid solution. Exposure to pyrolysis products, which act as primary and secondary irritants, produces a condition similar to metal fume fever and on severe exposure, a pulmonary edema. The pyrolysis products are produced at temperatures over 400° F and consist of some hydrogen fluoride and other organic fluorine compounds, the most toxic of which is perfluorisobutylene. When the resin is decomposed at 1000° F this compound comprises approximately 20% of the pyrolysis products and is considered more toxic than phosgene. The following recommendations were instituted to avoid excessive exposures:

(a) All operations involving exposure to the spray mist should be performed in a water curtained spray booth. Operators, and others in the area, should be provided with protective clothing and respiratory equipment. Those exposed to the liquid dispersion only should be provided with suitable protective clothing, skin creams, and face shields.

(b) Smoking should be prohibited in the area.

(c) Utilize caution in storing large quantities of "Teflon" in enclosed areas due to hazard caused by fire.

(d) Where subsequent exposure to pyrolysis products may be expected, the coated parts should be designated by a suitable color code or tag.

(e) All operations on resin coatings performed at elevated temperatures should be provided with adequate local exhaust ventilation. If local exhaust ventilation is impractical, operators should be provided with air-line respirators, protective clothing, and protective creams. (2)

4. Excessive exposure to trichloroethylene, caused by accidental spillage and improper operation of a degreaser, reemphasizes the need for continuous education. (3, 4)

5. The potential lead hazard encountered during cleaning of turbines and exhaust chambers of jet aircraft was investigated. Removal of deposits by wire brushing was discontinued. (3)

6. Chlorinated rubber base paint manufactured under specification MIL-E-17136A contains epichlorohydrin, turpentine and xylene. It has been recommended that ventilation rate be increased to twice the amount ordinarily used for spraying other paints containing petroleum spirits or coal tar naphtha. (4)

7. The removal of magnesite (magnesium oxychloride cement

containing asbestos fibers as a filler) from the decks of ships presented a possible health hazard. Analysis indicated the presence of copper, magnesium, calcium and sodium. The use of dust-type respirators and additional ventilation was recommended for this work. (4)

8. Fluorescent paint application was studied. Recommended precautions include:

(a) Utilization of a paint spray booth with water curtain filter.

(b) Continuous wearing of respiratory and skin protection while spray painting. (7)

9. Chlorine gas used for the fluxing of aluminum metal created a potential health hazard. The use of approved canister-masks designed for protection against chlorine was recommended for all personnel in the area. (7)

10. Methyl ethyl ketone vapors generated during spraying of "Saran" resulted in a lost time case when the employee failed to wear the proper personal protective equipment. (11)

11. Paint stripper applied to the interior of JRB aircraft, for the removal of paint and sound deadener, subjects personnel to chlorinated solvents, cresols and ammonia. Airline respirators are needed for protection against inhalation of vapors; rubber suits are essential to protect the skin from contact with the vapors, and to protect the entire body in case of a fall due to the serious slipping hazard which exists. (15)

12. Gasoline tank leaks occurring during testing of overhauled aircraft are sometimes repaired without adequately ventilating the tanks. This has resulted in several instances where employees have been overcome by the fumes. Procedure now established requires draining and ventilating of tank for 24 hours before repair. (17)

13. Large breathing-oxygen cylinders were cleaned with trichloroethylene and purged with nitrogen gas. After this procedure was completed, analysis indicated a large residue of the chlorinated solvent. This was finally removed by baking in a vacuum oven for 24 hours. It is recommended that consideration be given the use of ethyl alcohol rather than chlorinated hydrocarbons for this cleaning operation. (1)

14. Breathing air for vinyl paint sprayers was provided by utilizing a single air hose source of cleaned and filtered air for both breathing and spraying. When fitted with a positive back flow check valve this method eliminated one air hose which provided greater

worker mobility. A means is also provided to assure that vapor laden air from the spray pot cannot flow back into the airline. (2)

15. "Zero Mist", a chromic acid mist suppressor, is stated by the distributor to be excellent for "decorative" plating but of no value for "hard" plating such as is performed in most Navy shops, and may be quite detrimental. Plastic rods continue to be recommended for suppression of chromic acid mist. (5)

16. Fed Spec FED-P-C-111 Type 1 (Ships), a single phase liquid for cleaning fuel oil heaters, is a volatile solvent and adequate ventilation is necessary during its use. Protective goggles, rubber gloves and aprons should be utilized. It should be kept away from sparks and flame and no smoking should be permitted during its use. (10)

b. Health hazards due to contact with the skin.

1. Kerodex 51, barrier cream is being utilized to prevent adhesion of resin to hands. Prior practice was to wash with acetone for removal. (5)

2. "Penacolite" and "Durez Liquid Glue", both consisting of liquid and powder components caused irritation around the eyes and edema of the eyelids. Irritating concentrations of formaldehyde are released from the powder component of both materials. (14)

3. "Turco Tank Stripper" utilized for cleaning gasoline tanks on large aircraft produces immediate painful and slow-healing burns when in contact with the skin. Past experience indicates removal from the skin with soap and water is difficult. An emulsion of cottonseed oil and Aerosol OT has been tested and found effective for removal of this material. (17)

4. Kerodex #51 and #71, barrier creams proved effective in aiding removal of radioactive particle from the hands. (1)

II. Substitution of Toxic Solvents by Safer Material - The following substitute materials have been tried at the various activities, and are tentatively recommended as less toxic materials. This does not necessarily imply, however, that these substitutes meet the performance specifications of the various bureaus.

| Toxic Material | Process | Substituted by | Station |
|---|---|---|---|
| Benzol | Cleaning oxygen Flow-Regulators | (a) Watch cleaning solution #1 SN GM51-54505-200 manufactured by L&R Co, Arlington, N. J.<br>(b) Compound cleaner for Aircraft Surfaces, Formula 46a, Spec. C-120 SN R51-C-1569-125. (one tablespoon to one-half (½) gallon of water)<br>(c) Hot tapwater. | (14) |

For Official Use Only

| Toxic Material | Process | Substituted by | Station |
|---|---|---|---|
| Carbon tetrachloride | Cleaning of electrical equipment | Perchloroethylene | (3) |
| Carbon tetrachloride | Smoke or fog production while in flight | 50% soluble cutting oil - 50% JP3 fuel | (7) |
| Carbon tetrachloride | Cleaning oxygen and fittings | Navee 42 | (12) |
| Carbon tetrachloride | Clean Instrument Dial | Turpentine or Toluene | (17) |
| Penetrol | Metal Cleaning | Dry cleaning solvent | (7) |
| Trichloroethylene | Stripping paint in confined spaces | Caustic material | (13) |

III. Composition. The following data is to be treated as "commercially discreet" information and is to be used for official purposes only.

a. A.P.1. lagging adhesive solvent was found to contain 50% water, 25% isopropyl alcohol and 25% ethyl acetate. (1)

b. Brulin's solvent degreaser was found to contain 10% methylene chloride and 90% mineral spirits of boiling range 130° - 180° C. (1)

c. Chlorinated rubber base paint manufactured in accordance with specification MIL-E-17136A contains 0.3 pounds of epichlorohydrin, 300 pounds of turpentine and 102 pounds of xylene per 100 gallons. (4)

d. "Bostic Cement No. 1008-A" contains benzol, ketones, toluol and similar solvents, according to the manufacturer. Respirators should be worn, until adequate ventilation can be installed. (5)

e. "Glow Craft" luminous paint does not contain beryllium. (7)

f. "Epic-N-Span", blanket and roller wash, was found to contain Stoddard solvent. (9)

g. "Phenoid", non-flammable type cleaner, contains methylene chloride 72%, ethyl alcohol 28%. (9)

h. Granulated slag grit, a blasting abrasive, contained no free silica. (9)

i. "Stonemo" crushed granite, a blasting abrasive, was found to contain 50% free silica. (9)

j. "Jet Black #410", a blasting abrasive, was found to contain (9) insignificant amount of free silica.

k. FFD-P-C-111 Type 1 (Ships), a liquid for cleaning fuel oil heaters, contains o-dichlorobenzene, emulsifying agents and corrosion inhibitor. It has a flash point of 110°F. (10)

l. "Seal-A-Duct", a liquid electrical sealing compound, was found to be free of chlorinated diphenyls and chlorinated naphthalenes. These chlorinated compounds have been the cause of chloracne during past usage. (10)

m. "Kelite Formula 555" is reported by manufacturer to contain methylene chloride and petroleum naphtha. (10)

n. "Kelite Protexol" is reported to contain potassium tallate, cresylic acid, methylene chloride, pine oil, isopropanol, ethylene glycol monobutyl ether, hydrocarbon distillate and water. (10)

o. "Kelite Resolve" is reported by the manufacturer to be a mixture of hydrocarbon and chlorinated hydrocarbon solvents with a low M.A.C. of 30 p.p.m. (10)

p. "Seal-A-Duct" is reported to consist of heat-treated castor oil, asbestos and slate flour. (10)

q. "Drew burner tip cleaning compound" appears to consist essentially of o-dichlorobenzene. (11)

r. Oakite Stripper #34 was found to contain sodium carbonate, sodium phosphate, sodium hydroxide, and a detergent. (12)

The following information was submitted by the Cee-Bee Chemical Co., Inc., regarding products used in desealing of aircraft integral fuel tanks:

s. "Turco Tank Cleaner" was found to contain methyl cellosolve, methylene chloride, phenolic and cresylic bodies along with dichromate, phosphoric and acetic radicals. (17)

t. "Kendo Lac" is stated by the manufacturer to contain tri-sodium phosphate and a small percentage of detergent. (20)

u. "Cee-Bee RS-21" contains methylene chloride as the primary ingredient. No other chlorinated solvent is present.

v. "Cee-Bee PR-38" contains methylene chloride as the primary ingredient, and other evaporation retarders. No other chlorinated solvent is present.

w. "Cee-Bee A-91" contains a highly refined petroleum solvent as the primary ingredient. Approximately 25% methylene chloride has been added to raise the flash point to 125° F, and to increase the solvent power.

"None of the above Cee-Bee products contain cresylic acid or other ingredients that would cause skin burns, or present other personnel hazards". (15)

## IV. NOTES

a. The last issue of carbon tetrachloride for industrial use at this activity was made in August of 1951. The rate of use of this material steadily declined from a peak of 14,000 gallons in 1948 until it was eliminated in 1951. In most instances Stoddard Solvent was used as a substitute. (14)

b. A centrifugal type machine has been devised which will clean and apparently "purify" mercury. The efficiency and speed (approximately 15 min./10 lb batch) of this device should interest all activities handling mercury. From the standpoint of health, it should virtually eliminate the hazard now connected with mercury cleaning, particularly since the operator need not be present except to fill, turn on, turn off, and drain the machine. (17)

c. The 1955 Industrial Health Conference will be held in Buffalo, New York from 23 April to 29 April 1955, inclusive. This conference affords unsurpassed opportunity for the presentation and discussion of new problems in the field of industrial health which have arisen incident to rapid technicological progress. As the conference is sponsored by non-Federal organizations, orders for attendance must be processed in accordance with SecNav Instruction 7200.2 of 16 October 1952.

### STATIONS

* Numbers in Parenthesis Refer to Stations Below

(1) NSY San Francisco, California
(2) NSY Mare Island, California
(3) NSY Long Beach, California
(4) NSY Puget Sound, Bremerton, Washington
(5) NAS Alameda, California
(6) NAS San Diego, California
(7) NAMTC Point Mugu, California
(8) NSY Boston, Massachusetts
(9) NSY Portsmouth, New Hampshire
(10) NSY New York, New York
(11) NSY Philadelphia, Pennsylvania
(12) NSY Portsmouth, Virginia
(13) NSY Charleston, South Carolina
(14) NAS Norfolk, Virginia
(15) NAS Pensacola, Florida
(16) NAS Jacksonville, Florida
(17) NAS Corpus Christi, Texas
(18) NGF Washington, D. C.