# EXHIBIT S

RECYCLED

(synopsis attached)

# THE OCCURRENCE OF ASBESTOSIS AMONG INSULATION WORKERS IN THE UNITED STATES

L. J. Selikoff, J. Churg, E. C. Hammond

Reprinted from Annals of The New York Academy of Sciences
Volume 132, Article 1, Pages 139-155
December 31, 1965

# THE OCCURRENCE OF ASBESTOSIS AMONG INSULATION WORKERS IN THE UNITED STATES*

I. J. Selikoff, J. Churg, E. C. Hammond

*Section on Environmental Health, The Mount Sinai Hospital, New York, N.Y.*

Information currently available concerning asbestosis has been derived largely from studies of employees of asbestos textile factories and should properly be referred to such individuals. It is inadequate to speak now of "asbestos workers." With the growth of asbestos utilization, including rapid multiplication of the number and variety of its applications, it would perhaps be more accurate to categorize workmen exposed to asbestos as "asbestos textile workers," "asbestos insulation workers," "asbestos miners," "asbestos mill workers," "asbestos-cement workers," etc. The different occupations vary widely in important respects; in intimacy, intensity and duration of exposure, in variety and grade of asbestos used, in working conditions, in concomitant exposure to other dusts or inhalants. The importance of this distinction and the parallel obligation to evaluate and study the experience of asbestos exposure in other trades, is emphasized by the fact that asbestos textile workers are now a minority of those exposed during the industrial use of asbestos.

There were good reasons for the early emphasis on asbestos textile workers. The first cases of asbestosis were in textile workers.[1-3] Following the republication of Cooke's case in 1927,[4] with its rapid confirmation by the report of another case by Seiler,[5] the Factory Department in Great Britain had to decide whether these were exceptional occurrences or represented a significant health risk in industry. Accordingly, an investigation into the problem was undertaken during 1928 and 1929.[6] The scope of the study had to be restricted. The textile industry was selected for study since only here was there pure or almost pure asbestos exposure. Since it was urgent to investigate the effect of this dust, limiting the investigation to this branch of the industry avoided the possible complications which might be introduced by the presence of other potentially fibrogenic dusts. Moreover, in other asbestos trades, there were varying portions of asbestos in the dust to which workers were exposed, which would have added another complicating factor. It was accepted that there were considerable numbers of workers exposed to mixed dusts whose risk would not be documented by study of the asbestos textile industry.

Merewether

Subsequent surveys, similarly designed to study the risk of industrial asbestos exposure, were also largely confined to asbestos textile works[7-11]

Lang Dreessen

*This study was supported by the Health Research Council of the City of New York.

h some described experiences in asbestos mills, asbestos-cement ' or factories producing a variety of asbestos products. Such had the advantage of having available for investigation sufficiently umbers of individuals to allow for statistical evaluation of the ob-ons made. There was the added advantage that in many of the fac-here were a considerable number of individuals with extended of exposure, allowing for analysis of the effect of prolonged e.

nportant area of industrial asbestos exposure has been asbestos on work. The first asbestos factory opened in Great Britain in 1871 e expansion of the asbestos textile industry beginning 10 years bsequent upon the availability of high grade spinning asbestos from Yet asbestos was used for heat insulation in 1866. Asbestos was introduced as a boiler covering about 1870 and other asbestos on products were introduced in the next three decades. Commercial ion of asbestos insulation materials was recorded at least in 1874. as in Great Britain, early studies concerning asbestosis in the States did not mention asbestos insulation workers. Neither Pan-oor Hoffman characterized the asbestos trade in which the work-ferred to by them were engaged. The first official claim for ation associated with asbestos in the U. S. was in 1927 and, again, ure of the work was not stated.

n in 1934 mentioned a case of asbestosis in an insulation worker. ases were subsequently reported, and in the annual report of of Inspector of Factories for the year 1956, "lagging," or insula-rk, was recognized as hazardous. Similarly, Hervieux in France tention in 1962 to the dangers of such end product use as insulation The only large scale survey of asbestos insulation workers was ken in the U. S. by Fleischer *et al.* in 1945. They found only three asbestosis and concluded that "asbestos pipe covering of naval is a relatively safe operation." Unfortunately, 95 per cent of those d by them had worked for less than 10 years at the trade and, as see, evaluation of the risk of insulation workers limited to study with relatively short durations of exposure may be misleading.

*Asbestos Insulation in the United States*

tos, as a mixture of fiber and sodium silicate, was first used as an n material in 1866 and as asbestos cement about 1870. Magnesia estos as a binder soon followed and air cell covering, made with d asbestos paper, was introduced in 1898. These materials are e, with others.

st union of insulation workers in the United States was formed York City in 1881 under a charter issued by the Knights of Labor



(predecessor of the American Federation of Labor), as "The Salamander Association of Boiler and Pipe Felters." In 1910, the present union of insulation workers in this country was chartered by the A. F. of L., as the International Association of Heat and Frost Insulators and Asbestos Workers, with the amalgamation of the Salamanders' Association of New York and other independent locals through the country.[24] The members of this union are insulation workers, primarily employed in the building trades doing construction insulation work but also employed as insulation workers in shipyards and powerhouse construction and repair. Much of their work is in the open air but it sometimes is, as aboard ship, in rather tight quarters with poor ventilation. The men generally work at all parts of the trade; few are specialists at one part of it or limit themselves to one material. Conditions of work vary from job to job and from company to company. Among the 1,117 men we have examined (see below), fewer than nine per cent of those with 20 years of work experience or more had worked for one employer primarily — even after four years of work experience less than half had remained with their original employer. Review of work practices with insulation workers from various parts of the United States and with knowledgeable officials of the union and insulation employers indicates that techniques, materials and practices are rather the same through the country. Similarly, data published concerning the work practices in other countries[25] suggest that asbestos exposure in insulation work is approximately the same the world over.

The asbestos exposure to which insulation workers are subject is limited and intermittent. Some of the materials used contain no asbestos. Seventy-five years ago, the magnesia pipe coverings had shredded rope as a binder, with no asbestos. Later, much work was undertaken with hair-felt, wool-felt, cork, rock-wool. In the past three decades, fibrous glass products have come into increasing use and these have been supplemented recently with foamed and expanded plastics for certain applications. Of the asbestos-containing products which are widely used by these men, magnesia block insulation was and remains perhaps the most important. This usually contains approximately 15 per cent asbestos. While asbestos cement has a varying asbestos content depending upon its manufacture, it also generally has 15-20 per cent or less of asbestos. Asbestos paper products such as air-cell have a higher asbestos content but are used in much smaller quantities.

We have studied the insulation materials with which these men worked in the past, in several ways. First, review of old trade and technical publications from the early part of the century to about 1930[12] indicates that the major asbestos containing materials have remained about the same especially insofar as the amount and nature of the asbestos content is concerned. As ...

tos, chrysotile asbestos was largely used.[11] This has been confirmed by lyses of magnesia block obtained during repair work. In later speci-s so obtained, crocidolite has also been found. Moreover, materials used ship insulation, while containing the same amounts of asbestos as above, an in 1931 to have significant amounts of amosite in addition to chryso-, because of the lighter weight of the material.[7] Marr[11] has recently ught shipyard insulation experience up to date, comparing it with the ervations of Fleischer and colleagues,[7] and concludes that ". . . insula-a materials and work methods have remained essentially the same" e 1945.

feasurement of dust exposures of insulation workers have been but in-quently reported and have been hampered by the varied nature of the k. As in other asbestos work, peak counts are met which are exces-ely high but generally counts for asbestos fibers have been within the mppcf. M P.C. of the A.C.G.I.H.[7,11] Such counts as have been available, le during work engaged in by the men studied by us, have shown a ge similar to that of published counts.[11]

### *Present Investigation*

We undertook to study the question whether asbestos exposure during ulation work in the U. S. was associated with the hazard of asbestosis l its complications. Our investigations have been concerned with the 22 members of the insulation workers union in the New York (Local 12)-w Jersey (Local 32) metropolitan area. The New York Local of the ion is a direct lineal descendant of the Salamanders' Association, and the oldest Union of insulation workers in the U. S. The 1522 men studied us include all members of these Locals from 1942 to 1962. On December , 1942, there were 632 members and 830 men subsequently joined be-een 1942 and December 31, 1962. This includes every man who was a mber of either of these locals at any time in this period, whether or not remained in the trade as an insulation worker. It is believed that the perience of these men fairly represents a cross section of the experience insulation workers during the history of this trade in the U. S. Records the union indicate that these locals had 335 members in 1914 and that 38 members were admitted to these locals from 1915 to 1963. In the ited States as a whole, the Insulation Workers Union in 1914 had 1487 mbers and 28,338 were admitted from 1915 to 1963. The adequacy of r sample can be gauged by reference to these figures (see TABLE 1). wever, our data does not include information concerning nonunion in-ation workers, maintenance insulation workers, insulation work as part other trades or undertaken by insulation workers in other unions. The mber of men involved in insulation work in these areas is not known



TABLE 1
STUDY OF ASBESTOS INSULATION WORKERS IN THE UNITED STATES: ADEQUACY OF SAMPLE

| | | |
|---|---|---|
| Total U. S. Membership, | IAHFIAW, 1963 . . . | 14,803 |
| Total NY-NJ Membership, | IAHFIAW, 1963 . . . | 1,258 |
| Examined NY-NJ Membership, | IAHFIAW, 1963 . . . | 1,117 |

Following insulation workers not studied:

1. Nonunion insulation workers.
2. Some maintenance insulation workers.
3. "Sprayed insulation" workers.
4. Insulation work as part of other trades.
5. Insulation workers in other unions.

From January 1, 1943 to December 31, 1962, 264 men died. At the start of this study on January 1, 1963, 1258 men were alive. We attempted to locate and examine every man alive on that date, whatever his employment status. For this purpose, invitation for examination was voluntary. The cooperation of the union and its membership was freely given. Union records were made available and were very valuable. The union is a stable one. Its members are well-paid, skilled craftsmen, with little turnover among these workmen. Accurate, detailed employment records, collected weekly, are maintained by the union and from these records it was possible to obtain the entire work history of each man. This data was used to supplement the work histories obtained from the men during their examinations (see below), and was utilized to provide employment data sufficient to establish onset of employment and duration of work experience for those men not examined. From the health and welfare records, information was available concerning every death among the members of these locals during the period covered by our study and, utilizing these records, death certificates were obtained, facilitating the location of hospital records, autopsy protocols, histological material, etc.

Of the 1258 men alive at the start of this study, 1086 were active working members of the union, 63 were retired (principally because of age), 31 were not working because of illness and 76 had withdrawn from the union and were no longer engaged as insulation workers, but were otherwise employed (TABLE 2).

One thousand one hundred and seventeen of the 1258 living members (89.9 per cent) presented themselves for examination. This included 981 of the 1086 of the working members, 60 of the 63 retired members 2[illegible]

TABLE 2
ASBESTOS WORKERS UNION SURVEY 1963-1964

| . from .et | Deceased | Retired | Ill | Withdrawn | Working members | Total alive |
|---|---|---|---|---|---|---|
| !! | 25 | 22 | 8 | 1 | 5 | 36 |
| 49 | 79 | 35 | 17 | 10 | 43 | 105 |
| 39 | 107 | 6 | 5 | 22 | 185 | 218 |
| 29 | 39 | 0 | 2 | 7 | 75 | 84 |
| 19 | 9 | 0 | 2 | 24 | 385 | 411 |
| 9 | 5 | 0 | 0 | 11 | 393 | 404 |
| | 264 | 63 | 34 | 75 | 1086 | 1258 |

22 members January 1, 1943-December 31, 1962

i who were ill and 55 of the 75 members who had withdrawn from tion work (TABLE 3). TABLE 4 contains an analysis of the 1258 men ling to lapsed time from onset of their employment. It will be seen .he very large majority of men in each lapsed time category was ned. This inclusiveness of the survey was very gratifying for two :is. First, it will be seen from an analysis of TABLE 2 that a high pro- .n of the older members, with long work experience and with longer ls of lapsed time from onset of employment are included among the ed," "ill," or "withdrawn" classifications. To have omitted these men i have led to inaccurate, selected data. It would certainly have made

TABLE 3
ASBESTOS WORKERS UNION N.Y.-N.J. 1943-1962

Status January 1, 1963 (1,522 members)

1. Deceased . . . . . . . . . . . . . . . . 264
2. Alive . . . . . . . . . . . . . . . . . . . 1,258

| Status | No. | Examined | % Examined |
|---|---|---|---|
| etired | 63 | 50 | 79.3 |
| l | 34 | 28 | 82.4 |
| ithdrawn | 75 | 55 | 76.4 |
| orking | 1,086 | 984 | 90.6 |
| | 1,258 | 1,117 | 89.9 |

Members Dec. 31, 1942 890 admitted Jan. 1, 1943 to Dec. 31, 1962. of men examined during survey 1963-1964.



TABLE 4
EXAMINATION OF ASBESTOS INSULATION WORKERS

| Onset of exposure Prior to examination (yrs.) | No. | Examined |
|---|---|---|
| 50+ | 36 | 28 |
| 45-49 | 41 | 39 |
| 40-44 | 64 | 54 |
| 35-39 | 92 | 83 |
| 30-34 | 126 | 111 |
| 25-29 | 18 | 16 |
| 20-24 | 66 | 61 |
| 15-19 | 186 | 174 (91.6%) |
| 10-14 | 225 | 205 |
| 5-9 | 184 | 154 |
| 0-4 | 220 | 192 (87.0%) |
| | 1,258 | 1,117 |

Analysis by group, according to onset of work exposure.

difficult the establishment of the effect of a long lapsed period from onset of exposure or the effect of a long duration of exposure.

Second, in addition to data concerning onset of employment, information was obtained detailing the actual number of years worked during the period from onset of employment. While in many cases the two periods more or less coincided, in some cases the number of years worked was significantly less than the elapsed time from onset of exposure. The comparison of such data is of interest when attempting to separate the effect of actual work exposure from the effect of mere passage of time from the initial exposure with inhalation and retention of asbestos fibers.

Examination of each man included a detailed occupational history. Data were recorded concerning onset of employment, interruptions for whatever cause, number of employers, use of protective respirators, materials handled and employment in particularly suspect areas of insulation work such as shipyard work and powerhouse construction work. Health experience was noted, including previous illnesses and hospitalizations, as were current symptoms such as dyspnea, cough, sputum, hemoptysis, gastrointestinal complaints. Smoking habits were recorded in detail including age at onset, number of cigarettes smoked, and pipe and cigar smoking. If the individual was no longer working, the reason for this was ascertained. Physical examination was particularly directed to the chest, but included examination of the skin, nose and throat, finger clubbing and cyanosis. Chest expansion was measured, hemoglobin and urine were routinely .

.ital capacity was measured in all cases and in many, additional ents such as M E F R TVC and MBC were also made. In many ation was examined for asbestos bodies and in almost half, blood n for special serological studies. In selected cases, extended pul-unction investigations were undertaken, including arterial gas ung compliance, pulmonary airway resistance, measurement of .x parameters and diffusion studies.

tudies were perhaps the most important part of the examination. ase a standard posteroanterior film was taken but, in addition. osteroanterior film utilizing a slightly more penetrating kilovolt-ique was also exposed Our experience indicates that this maneu-uable in X-ray examinations in this disease. The standard tech-equired since over-penetration may well result in the loss of fine fibrosis and, indeed, in individuals with relatively brief work it is sometimes advantageous to take a third posteroanterior a slightly under-penetrating technique if such minimal fibrosis ted. However, in the men with longer work experience, increased on may be required. First, these men do a good deal of manual d are often heavily muscled. Second, pleural fibrosis is common nchymal fibrosis usually coexists, both decreasing radiopenetra-hird, such increased penetration is often required to demonstrate ion, especially when it coexists with extensive pleural thickening ated in such areas as the posterior diaphragmatic sulcus, behind t, in the mediastinal pleura, etc.

.e films in both anterior oblique positions were also routinely taken case While this has obvious applicability in a disease with such he preponderance as asbestosis, we have found it particularly val-. the demonstration of pleural calcification

### *Results*

ong the asbestos insulation workers examined by us, evidence of ry asbestosis was present in almost half the men examined. In this .n, radiological change has been used as the sole criteria (TABLE understand, of course, that evaluation of the presence and extent .osis limited only to X-ray findings tends to result in underestima-he incidence of asbestosis, but few instances of disabling disease overlooked Analysis of our data indicates that radiologically evi-lmonary asbestosis varied directly with the duration of exposure. n workers with relatively short periods of exposure have a sig-lower incidence of pulmonary asbestosis and this, when present, rally of minimal extent

. men whose exposure had begun less than ten years before exami- . . . . . . . . . d abnormally In



TABLE 5
X-RAY CHANGES IN ASBESTOS INSULATION WORKERS

| Onset of exposure (yrs.) | No. | % Normal | % Abnormal | Asbestosis (grade) | | |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 40+ | 121 | 5.8 | 94.2 | 35 | 51 | 28 |
| 30-39 | 194 | 12.9 | 87.1 | 102 | 49 | 18 |
| 20-29 | 77 | 27.2 | 72.8 | 35 | 17 | 4 |
| 10-19 | 379 | 55.9 | 44.1 | 158 | 9 | 0 |
| 0-9 | 346 | 89.6 | 10.4 | 36 | 0 | 0 |
| | 1,117 | 51.5 | 48.5 | 366 | 126 | 50 |

each of these cases, the reticular infiltration was minimal in extent and in none was there evidence of pleural calcification. In only four was pleural fibrosis seen. Of 379 men whose exposure had begun from 10 to 19 years before examination, more than half still had normal X-rays. Some abnormality was seen on X-ray in 167 of these cases but in only nine was the asbestosis greater than minimal. In 35 of these men there was some pleural fibrosis and in five, evidence of calcification."

On the other hand, among the 392 men with more than 20 years elapsed from onset of exposure, the very large majority had X-ray evidence of pulmonary asbestosis. Among the 77 whose exposure began from 20 to 29 years prior to examination, 66 showed abnormal films. Among 194 whose examination took place from 30 to 39 years following onset of exposure, almost 9 of 10 showed abnormal films while, of those with more than 40 years from onset of exposure only one in 20 showed no abnormality. Moreover, the asbestosis in these cases tended to be considerably more extensive and severe and pleural calcification and fibrosis were commonly seen.[11]

Pulmonary asbestosis has been called a monosymptomatic disease, with dyspnea the essential complaint. Analysis of our data concerning this symptom among the men studied by us indicates that it was uncommonly seen in those men with less than 20 years from onset of exposure but was an important symptom after that. Thus, of 725 men with less than 20 years from onset of exposure, only one had significant dyspnea although 32 others complained of minimal dyspnea on exertion (TABLE 6). On the other hand, of the 392 men with more than 20 years from onset of exposure, 134 had dyspnea of some degree, 61 of them with disability of greater or lesser extent.

There was incomplete correlation between the roentgenographic findings (considered as parenchymal fibrosis) and dyspnea on exertion. Two cases were seen with no roentgenographic evidence of parenchymal fibrosis.

TABLE 6
DYSPNEA AMONG ASBESTOS INSULATION WORKERS

| ...nset of ...ure (yrs.) | No. | % Normal | % Dyspnea | Dyspnea (degree) | | |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 40+ | 121 | 52.1 | 47.9 | 26 | 17 | 16 |
| 30-39 | 191 | 70.6 | 29.4 | 35 | 14 | 8 |
| 20-29 | 77 | 76.6 | 23.4 | 12 | 3 | 3 |
| 10-19 | 379 | 92.6 | 7.4 | 27 | 1 | 0 |
| 0-9 | 316 | 98.6 | 1.4 | 5 | 0 | 0 |
| | 1,117 | | | 105 | 35 | 27 |

...mplaints of significant dyspnea, but discrepancy of this extent was ...ABLE 7).

...the other hand, of 99 cases with more than 20 years from onset of ...re, and with evidence of moderate or extensive parenchymal fi... moderate or severe dyspnea was present in little more than one of ...Thus, significant disability may be present with relatively little to be ...n X-ray and, conversely, X-ray changes may be extensive with little ...onal difficulty. Similar incomplete correlation has been recorded be... the results of pulmonary function studies and roentgenographic ...ances.[6]

...have been able to obtain lung tissue for examination from 45 asbestos ...tion workers, primarily from the 307 men who died from 1912 to ...although in a few cases operative specimens were available. In no

TABLE 7
...RRELATION OF DYSPNEA AND ROENTGENOLOGIC EVIDENCE OF PULMONARY FIBROSIS AMONG 392 ASBESTOS INSULATION WORKERS WITH AT LEAST 20 YEARS FROM ONSET OF EXPOSURE

| ...rade of ...chymal ...rosis | No. | Per cent Grade 2-3 dyspnea | Years from onset of exposure | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 35+ | | | 20-34 | | |
| | | | Grade of dyspnea | | | Grade of dyspnea | | |
| | | | 0 | 1 | 2-3 | 0 | 1 | 2-3 |
| 0 | 53 | 2% | 15 | 0 | 1 | 31 | 5 | 1 |
| 1 | 240 | 11% | 75 | 20 | 27 | 86 | 28 | 4 |
| 2 | 77 | 21% | 27 | 8 | 16 | 14 | 8 | 4 |
| 3 | 22 | 27% | 4 | 5 | 6 | 3 | 3 | 1 |
| | 392 | | 121 | 33 | 50 | 134 | 44 | 10 |



case did we fail to find typical pulmonary asbestosis, with fibrosis and asbestos bodies present. However, our material is inadequate to evaluate early changes since in only one case was there a history of less than 15 years from onset of exposure. In 15 cases, the pulmonary fibrosis was Grade I, in 16, Grade II and in 14, Grade III. We have the impression that the asbestosis suffered by these asbestos insulation workers is less severe than that occurring in workers exposed in factories. We have had the opportunity of examining lung tissue from 11 men working in a factory making asbestos insulation material (one of the brands actually utilized by the members of the Asbestos Workers Union). Although the data are limited and conclusions perhaps unwarranted, analysis of the findings suggests that the pulmonary fibrosis among these men was significantly greater

TABLE 8
PULMONARY FIBROSIS ON HISTOLOGICAL EXAMINATION

| | No. | Fibrosis (grade) | | | |
|---|---|---|---|---|---|
| | | 0 | 1 | 2 | 3 |
| 1. Asbestos insulation building trades workers | | | | | |
| a. Less 15 years from onset | 1 | 0 | 1 | 0 | 0 |
| b. Over 15 years from onset | 44 | 0 | 14 | 16 | 14 |
| | 45 | 0 | 15 | 16 | 14 |
| 2. Asbestos insulation factory workers | | | | | |
| a. Less 15 years from onset | 5 | 0 | 0 | 2 | 3 |
| b. Over 15 years from onset | 6 | 0 | 0 | 2 | 4 |
| | 11 | 0 | 0 | 4 | 7 |

than among the Building Trades Union Insulation Workers. TABLE 8 summarizes these pathological studies.

Mortality experience in this group of men will be separately reported. It may be remarked here, however, that the incidence of lung cancer and mesothelioma of the pleura and peritoneum was found to be considerably beyond that expected.[5,20] In addition, the incidence of carcinoma of the stomach and colon was also found to be elevated.

In the roentgenological survey, because of the known increased risk of lung cancer among workmen exposed to asbestos, particular attention was paid to this finding among the men examined. In 10 men, lung cancer was found, and in one, pleural mesothelioma. In each, histological verification was obtained. In six cases, thoracotomy was undertaken. Three men are currently alive following apparently successful removal of neoplas...

ificant pulmonary asbestosis, positive findings insofar as lung d pleural mesothelioma were concerned occurred among the 392 e 20 years from first exposure group (TABLE 9). The importance ing the men with longer work experience in a survey of workers o asbestos is well-illustrated by these findings. Similarly, the im- of including all members of an original cohort is also demon- TABLE 9 provides an analysis of the occurrence of lung cancer to status of the individuals examined. Of the 1086 working 981 were examined and among these, seven were found to have er (0 7 per cent). There were 172 men no longer actively at work, ired, ill or having withdrawn from the group to work at other ne hundred and thirty-three were examined and four were found ng cancer (three percent).

TABLE 9
:ANCER FOUND DURING EXAMINATION OF 1,117 ASBESTOS INSULATION WORKERS

| from t of ure | Number examined | Working members | | Others | |
|---|---|---|---|---|---|
| | | Number | Cancer | Number | Cancer |
| .• | 121 | 45 | 1 | 76 | 2 |
| 39 | 194 | 168 | 3 | 26 | 2 |
| 29 | 77 | 72 | 3 | 5 | 0 |
| 19 | 379 | 362 | 0 | 17 | 0 |
| 9 | 346 | 337 | 0 | 9 | 0 |
| | 1,117 | 984 | 7 | 133 | 4• |

ides one instance of pleural mesothelioma.

be seen from TABLE 9 that we found no cancer of the lung among i examined whose work had begun less than 20 years before the amination.

I it difficult to compare the results of this investigation with , reported surveys of workers exposed to asbestos. In many in- he conditions of the studies do not allow for such comparisons. ether's study,[8] 363 men were analyzed but only 133 were X-rayed at work, except one, on the day of examination. Only 21 or 5 8 ad 20 years or more of work experience. The 126 men studied were "selected at random" and were at work at the time of on. Smith[10] has drawn attention to the dangers of drawing con- om men at work, pointing out that examination of 323 Joachims- . failed to reveal any lung cancer, yet 43 of 89 post mortems



among these men showed this neoplasm. The cases studied by Stone[11] were weighted in another direction, since they were individuals, "applying for compensation." Wegelius[12] studied 126 cases of 476 men at work and details of employment are not given in this report. It is likely that the group contained few men with prolonged experience since the industry being studied was in existence for "about 20 years."

In the study by Horai in Japan,[13] of the 329 men surveyed, only 10 had more than 20 years of work experience. As mentioned, in the study undertaken by Fleischer *et al.*,[7] only 51 of the 1074 men examined had more than 10 years of work experience and in this study, too, it was the men at work who were examined. Frost[14] *et al.* studied 31 of 31 asbestos insulation workers in Copenhagen with more than 20 years of asbestos exposure, but this survey was limited to currently active men who represented a residual of approximately one-third of an original cohort of "about 100." Even the study by Doll[15] is not comparable. The 105 consecutive autopsies reviewed by him were "coroners' necropsies." These are not necessarily consecutive cases since these necropsies are ordered by the coroner when, in his opinion, there may be a question of asbestosis being a contributory cause of death. There were 18 cases of lung cancer found in this group of men, 15 among 75 cases with asbestosis and three among 30 cases without asbestosis. However, this series excludes those individuals whose death did not, in the opinion of the coroner, include the possibility of asbestosis being a contributory cause. In the second part of this study, Doll traced all men who had worked in one particular factory for at least 20 years. Of 113 such men there were 39 deaths, 11 due to lung cancer, all with asbestosis, while 0.8 was expected. However, these men included only those who had worked in heavily exposed areas and may in this regard be considered as a select group.

With reference to comparison with findings in other surveys, primarily of asbestos textile workers, it appears evident that asbestosis is an important risk among insulation workers exposed to asbestos. This is particularly true of those men who have at least 20 years from onset of exposure. This risk includes lung cancer and mesothelioma associated with the pulmonary asbestosis. It might be added, parenthetically, that other neoplasms were also found during the survey. Scleral jaundice led to the provisional diagnosis of abdominal neoplasm in one case, later confirmed at laparotomy to be a carcinoma of the pancreas. Marked hypochromic anemia in another led to hospitalization during which an inoperable carcinoma of the stomach was found. Other carcinomas present in men appearing for examination included carcinoma of the tongue, carcinoma of the nasopharynx, carcinoma of the colon, and carcinoma of the bladder.

Scattered case reports have previously been recorded of neoplasms among insulation workers, including both [illegible]

he pleura and peritoneum. A lung cancer has also been reported 'man in a factory making asbestos insulation.[31] However, these while interesting and valuable, could not establish an association the two conditions. It is possible that additional lung cancers and omas have occurred and may even have been reported but such not state the nature of the asbestos exposure and such instances included among cancers in "asbestos workers."

perience that the lapsed period from onset of exposure is generaged before the appearance of lung cancers in asbestos insulation coincides with the general experience of long "latent periods" in . Indeed, in the infrequent cases in which very short periods ed from onset of exposure, it might well be that the lung cancer coincidental. Such long latent periods would correspond to simionged periods associated with lung cancer in chromate workers,[34] ancers, arsenical lung cancers[36] and the increased incidence of er among regular cigarette smokers.[31] In Doll's series,[37] a long iod was noted in all cases.

oms have also been reported among individuals indirectly exposed os insulation work, as carpenters,[38] steam fitters,[39] and other trade workers.[40]

### Summary

estigation involving 1522 asbestos insulation workers in the New Jersey metropolitan area has been conducted. Among 392 inexamined more than 20 years from onset of exposure, radiologice of asbestosis was found in 339. In half of these, the asbesmoderate or extensive. In individuals with less than 20 years re, radiological evidence of asbestosis was less frequent and when much less likely to be extensive.

tic complications of asbestos exposure were studied among 307 e deaths in this group of men. Lung cancer was found to be at n times as common as expected and cancer of the gastrointest three times as common as expected. There were 10 instances of oma of the pleura or peritoneum.

1258 men alive at the start of this survey, 1117 were examined wers of the lung or pleura were found during this survey of the mbers, all among the 392 men with more than 20 years from posure. No cancers were found in those men, the onset of whose ence was less than 20 years.

conclude that asbestosis and its complications are significant mong insulation workers in the United States at this time.



*Acknowledgments*

The executive officers of the International Association of Heat and Frost Insulators and Asbestos Workers, Washington, D.C., and the officers and membership of the New York and Newark, N.J., locals of this union gave valuable cooperation in the investigation. We are indebted to our Administrative Assistant, Janet Kaffenburgh, for the successful management of the many details necessary to the completion of this study.

*References*


1. MURRAY, H. M. 1907. *In* Report of the Departmental Committee on Compensation for Industrial Disease. Minutes of Evidence, Appendices and Index c.d. 3495, c.d. 3496. Wyman and Sons. London, England.
2. AURIBAULT, M. 1906. Note sur l'Hygiène et la Sécurité des ouvriers dans les Filatures et Tissages d'Amiante. Bull. l'Inspect. Trav. : 126.
3. COOKE, W. E. 1924. Fibrosis of the lungs due to the inhalation of asbestos dust. Brit. Med. J. 2: 147.
4. COOKE, W. E. 1927. Pulmonary asbestosis. Brit. Med. J. 2: 1024-1025.
5. SEILER, H. E. 1928. A case of pneumoconiosis. Result of the inhalation of asbestos dust. Brit. Med. J. 2: 982.
6. MEREWETHER, E. R. A. & C. V. PRICE. 1930. Report on effects of asbestos dust on the lungs and dust suppression in the asbestos industry. Part I. Occurrence of pulmonary fibrosis and other pulmonary affections in asbestos workers. Part II. Processes giving rise to dust and methods for its suppression. H M S.O. London, England.
7. WOOD, W. B. & S. R. GLOYNE. 1934. Pulmonary asbestosis. A review of one hundred cases. Lancet 2: 1383-1385.
8. LANZA, A. J., W. J. MCCONNELL & J. W. FEHNEL. 1935. Effects of the inhalation of asbestos dust on the lungs of asbestos workers. Pub. Health Rep. 50: 1-12.
9. MCPHEETERS, S. B. 1936. A survey of a group of employees exposed to asbestos dust. J. Indust. Hyg. 18: 229-239.
10. DREESSEN, W. C., J. M. DALLAVALLE, T. I. EDWARDS, J. W. MILLER, H. F. EASOM & M. F. TRICE. 1938. A study of asbestosis in the asbestos textile industry. Public Health Bull. No. 241, U.S.G.P.O. Washington, D.C.
11. HORAI, Z. & M. UESHIMA. 1961. Studies on asbestosis. J. Nara Med. Assoc. 12 (6): 1148-1163
12. WEGELIUS, C. 1947. Changes in the lungs in 126 cases of asbestosis observed in Finland. Acta Radiolog. 28: 139-152.
13. SMITH, K. W. 1955. Pulmonary disability in asbestos workers. AMA Arch Indust. Health. 12: 198-203.
14. CLEMENS, J. 1950. Recherches sur l'asbestose pulmonaire en Belgique. Arch Belg. Med. Soc. 8: 557-565.
15. FULTON, W. B., A. DOOLEY, J. L. MATTHEWS & R. L. HOUTZ. 1935. Asbestosis Part III. The effects of exposure to dust encountered in asbestos fabricating plants on the health of a group of workers. Department of Labor and Industry, Bureau of Industrial Standards, Commonwealth of Pennsylvania. Harrisburg, Pa. Spec. No. 42
16. THE ASBESTOS FACT BOOK. 1953. 3rd Ed. "Asbestos" Philadelphia, Penn
17. CIRKEL, F. 1905. Asbestos. Its occurrence, exploitation and uses. Ottawa, Canada
18. BOWLES, O. 1937. Asbestos. U S Dept. of Interior, Bureau of Mines, Bull 403: 9. U S Government Printing office. Washington, D.C.
19. PRODUCT MANUAL "Asbestos" 1903. C. W. Trainer Manufacturing Co. Boston, Mass

OST, H. K., T. G. MILLER & H. R. M. LANDIS. 1918. A roentgenologic ly of the effects of dust inhalation upon the lungs. Am. J. Roent. 5: 138

MANN, F. L. 1918. Mortality from respiratory diseases in dusty trades. rganic dusts. Bull of the U. S. Bureau of Labor Statistics. Number 231. dustrial Accidents and Hygiene Series. No. 17) : 458. Washington,

A. J. 1936. Asbestosis. J. A. M. A. 106: 368-369.

N, P. 1934. Pneumoconiosis: Part III. Pulmonary asbestosis. Brit. J. hol. 7(N.S.): 261-295.

C. W. & H. REINWEIN. 1939. Asbestose bei insolierern. Arztl. Wochen- 14: 361-365.

J. J. GEORG & P. L. MØLLER. 1956. Asbestosis with pleural calcifica- among insulation workers. Danish Med. Bull. 3: 202-204.

RGHANS, E. 1958. Silicosis and a few of the other pneumoconioses: ob- vations on certain aspects of the problem with emphasis on the role of radiologist. Caldwell Lecture, 1957. Am. J. Roentgen. 80: 1-41.

AL REPORT, CHIEF INSPECTOR OF FACTORIES FOR THE YEAR 1956. Cmnd. Chap. 15. : 141-145. H. M. S. O. London, England.

ER, J. 1962. Certains aspects de l'asbestose. Cah. Med. Interprof. 2: 42

SCHER, W. E., F. J. VILES, R. L. GADE & P. DRINKER. 1946. A health vey of pipe-covering operations in constructing naval vessels. J. Indust. g. 28: 9-16

ASBESTOS WORKER. 1949. Washington, D. C. 13(8).

ASBESTOS WORKER. 1948. Washington, D. C. 13(3).

LASSIFIED COLLECTION ON ASBESTOS. New York Public Library. New rk, N. Y.

W. T. 1964. Asbestos exposure during naval vessel overhaul. Am. lust. Hyg. Assoc. J. 25: 264-268.

LL, F. L. 1964. Occupational Health Program, N. J. State Department Health. Personal communication.

KOFF, I. J. 1965. The occurrence of pleural calcification among asbestos sulation workers. This Annal.

R, M. E., R. A. BADER, & I. J. SELIKOFF. 1961. Pulmonary function in bestosis of the lung. An alveolar-capillary block syndrome. Am. J. Med. : 235-242

MMOND, E. C., I. J. SELIKOFF & J. CHURG. 1965. Neoplasia among insula- on workers in the United States with special reference to intra- luminal neoplasia. This Annal.

IKOFF, I. J., J. CHURG & E. C. HAMMOND. 1964. Asbestos exposure and eoplasia. J. A. M. A. 188: 22-26.

IKOFF, I. J., J. CHURG & E. C. HAMMOND. 1965. Relation between asbestos posure and mesothelioma. New Eng. J. Med. 272: 560-565.

W. E. 1953. An evaluation of claims for occupational factors in ncer of the lungs. Acta Union Intern. Contr. Canc. 9: 50-58

M. J. 1940. Clinical studies in asbestosis. Am. Rev. Tuberc. 41: 12-21.

R. 1955. Mortality from lung cancer in asbestos workers. Brit. J. dust. Med. 12: 81-86

H. H. & A. ANGRIST. 1942. Bronchogenic carcinoma in association th pulmonary asbestosis. Am. J. Path. 18: 123-131.

H., H. HASS & A. A. ANGRIST. 1951. Asbestosis associated with onchogenic carcinoma. Arch. Ind. Med. 88: 811-814.

, J. F., H. TESLUK & K. P. KNUDTSON. 1962. Asbestosis and carcinoma the lung. Cancer 15: 1181-1187





46. WAGNER, J. C., C. A. SLEGGS & P. MARCHAND. 1960. Diffuse pleural mesothelioma and asbestos exposure in the North Western Cape Province. Brit. J. Indust. Med. 17: 260-271.

47. SLEGGS, C. A., P. MARCHAND & J. C. WAGNER. 1961. Pleural mesotheliomas in South Africa. S. Afr. Med. J. 35: 28-34.

48. WEISS, A. 1953. Pleurakrebs bei lungenasbestose, in vivo morphologisch gesichert. Medn. (Stuttgart) 3: 93-94.

49. Case Records of the Massachusetts General Hospital. 1963. Case 62. New Eng. J. Med. 269: 747-754.

50. EISENSTADT, H. B. 1962. Pleural asbestosis. Am. Pract. 13: 573-578.

51. FRENKEL, M. & H. DE JAGER. 1961. Mesothelioma peritonei in asbestosis pulmonum. Jaarb. Kankeroml. Kankerbestr. Nederl. 11: 99-106.

52. KEAL, E. E. 1960. Asbestosis and abdominal neoplasms. Lancet 2: 1211-1216.

53. CURETON, R. J. R. 1948. Squamous cell carcinoma occurring in asbestosis of the lung. Brit. J. Cancer 2: 249-253.

54. PETRI, E. 1935. Lungentumoren als Berufskrankung in Chromatbetreiben. Deutsch. Med. Wochenschr. 61: 1197-1202.

55. MORGAN, J. E. 1958. Some observations on the incidence of respiratory cancer in nickel workers. Indust. Med. 15: 224.

56. ROBSON, A. O. & A. M. JELLIFFE. 1963. Medicinal arsenic poisoning and lung cancer. Brit. Med. J. 2: 207-209.

57. DAVIES, D. F. & H. SEIDMAN. 1961. The incidence and epidemiology of bronchogenic cancer. Proc. Fourth Nat. Cancer Conf. : 291-296. Lippincott. Philadelphia, Pa.

58. BRESLOW, L., L. HOAGLIN, G. RASMUSSEN & H. K. ABRAMS. 1954. Occupation and cigarette smoking as factors in lung cancer. Am. J. Public Health 44: 171-181.

59. THOMSON, J. G. 1962. Mesothelioma of the pleura or peritoneum and limited basal asbestosis. S. Afr. Med. J. 36: 759-760.

SESSION 1, PAPER 9

RHEUMATOID FACTOR IN SERUM OF INDIVIDUALS EXPOSED TO ASBESTOS

by

B. Pernis and E. C. Vigliani, University of Milan, Milan, Italy, and
I. J. Selikoff, The Mount Sinai Hospital, New York, N. Y.

(Abstract not received)

SESSION 1, PAPER 10

OBSERVATIONS ON THE PATHOGENESIS OF ASBESTOSIS

by

E. C. Vigliani and B. Pernis
University of Milan, Milan, Italy

(Abstract not received)

SESSION 2, PAPER 1

ASBESTOSIS IN GREAT BRITAIN

by

J. C. McVittie
Ministry of Pensions and National Insurance, London, England

A whole new literature relating to asbestos appeared in Great Britain between 1927 and 1932. The Report by Merewether and Price in 1930 was outstanding and established the occupational origin of asbestosis. It was made clear that the principal safeguard against the ill effects of asbestos dust on the lungs was to be found in improved ventilation and dust suppression. Asbestosis became a compensatable disease. Initial and periodical examination of workers in certain scheduled processes were instituted and specific instructions were issued regarding exhaust ventilation, dust prevention, etc. Case finding arises in two ways: from the statutory periodical medical examinations and from applications for compensation under the Workmen's Compensation Acts and from applications for benefit under the Industrial Injuries Act which superseded the Workmen's Compensation Acts in 1948. This is probably the only source of information about the prevalence of asbestosis in the country. Tables give the number of cases diagnosed each year since 1931 and a special breakdown of 248 cases diagnosed between 1955 and 1963. These show that 169 of these 248 cases entered the industry after 1931. ...show the numbers resulting from periodical medical examinations and from applications. The ...ical, radiological and pathological features of the disease are described and diagnostic criteria ...cated. The effects of asbestosis, e.g. disablement, morbidity, liability to other pulmonary and ...eural disease, and mortality are discussed. Against this background the value of periodical examinations is examined.

###

SESSION 2, PAPER 2

ASBESTOSIS AMONG INSULATION WORKERS IN THE UNITED STATES

by

I. J. Selikoff, J. Churg, and E. C. Hammond
The Mount Sinai Hospital, New York, N. Y.

Large scale studies of asbestosis in the past have been restricted to workers employed in asbestos textile factories. This was true both of the important basic investigations of Merewether in Great Britain (363 employees) and of Dreessen and his colleagues in the United States (541 employees).

There have been scattered reports of pulmonary asbestosis and its complications in workers exposed to asbestos in industries other than textile. However, the absence of satisfactory epidemiological data has made it difficult to assess the risk of such exposure. Yet such assessment is important since it is likely that asbestos textile workers now represent only a minority of those exposed to asbestos in industry.

Investigations reported here were concerned with 1,522 members of the International Association of Heat & Frost Insulators and Asbestos Workers, in the New York-New Jersey Metropolitan area, a union of insulation workers. This study included every individual who was a member of this union December 31, 1942 or who joined by December 31, 1962.

264 men were dead on January 1, 1963; 43 have died since. Each death has been studied. 1,258 were alive; 1,117 were examined (89.9%), including 131 of 169 no longer working in the trade and 9?4 of the 1,0?6 working members. Clinical, radiological and pulmonary function examinations were made.

1. Prevalence of asbestosis: Correlation of radiological abnormality with lapsed time from onset of exposure.

Case 1:08-cv-00043-S-LDA Document 15-13 Filed 03/07/2008 Page 14 of 25



| Time lapsed from onset of Exposure | Number Examined | RADIOLOGICAL ABNORMALITY (Asbestosis) (Grade) 0 | 1 | 2 | 3 |
|---|---|---|---|---|---|
| 40+ (years) | 121 | 7 (5.8%) | 35 | 51 (94.2%) | 28 |
| 30-39 " | 194 | 25 (12.9%) | 102 | 49 (87.1%) | 18 |
| 20-29 " | 77 | 21 (27.2) | 35 | 17 (72.8%) | 4 |
| 10-19 " | 379 | 212 (55.9%) | 158 | 9 (44.1%) | 0 |
| 0-9 " | 346 | 310 (89.6%) | 36 | 0 (10.4%) | 0 |
| | 1,117 | | | | |

2. Analysis of 307 consecutive deaths among asbestos insulation workers January 1, 1943 - August 31, 1964.

| | | |
|---|---|---|
| Carcinoma of lung* | 53 | |
| Mesothelioma* | 9 | |
| G. I. Carcinoma* | 35 | |
| Other neoplasms* | 27 | 124 |
| Asbestosis | 17 | |
| All other causes | 166 | |

*To be further reported by Dr. Hammond.

3. Presence of pulmonary asbestosis on histological examination of lung parenchyma of 39 consecutive insulation workers.

| | No. | PULMONARY FIBROSIS 0 | 1 | 2 | 3 |
|---|---|---|---|---|---|
| 1. With lung CA/ pleural mesothelioma | 16 | 0 | 3 | 4 | 9 |
| 2. All other | 23 | 0 | 10 | 7 | 6 |
| | 39 | 0 | 13 | 11 | 15 |

It is concluded that pulmonary asbestosis is a significant risk of insulation workers in the United States at this time.

Addendum: Adequacy of sample- Total U.S. Membership, IAHFIAW, 1963 -------- 14,803
Total N.Y. - N.J. Membership, IAHFIAW, 1963 -- 1,258
Examined 1,117

However, these data do not include the following insulation workers.

1. Non-union insulation workers.
2. Maintainence insulation workers.
3. "Sprayed insulation" workers.
4. Insulation work as part of other trades (oil-burner and boiler repair, railroad, sheet-metal, laborers, etc.)
5. Insulation workers in other unions (longshoremen, ship building).

####

SESSION 2, PAPER 3

## MORTALITY RATES AMONG ASBESTOS PRODUCTS WORKERS IN THE UNITED STATES

by
P. Enterline
U. S. Public Health Service, Washington, D.C.

(Abstract not received)

SESSION 2, PAPER 4

## SECULAR CHANGES IN ASBESTOSIS IN AN ASBESTOS FACTORY

by
W. J. Smither
The Cape Asbestos Company, Ltd., London, England

A factory in the east end of London has been manufacturing asbestos products for over 50 years. Since 1930 workers from this factory have been the subject of many independent studies by various clinicians and researchers. The clinical findings reported in four previous publications are compared with a series of 36 new cases presented for the first time in this paper. One of these was diagnosed 12 years after the last exposure. Changes in type and length of exposure, in signs and symptoms, in diagnostic techniques and in evaluation of pensionable disability are noted over the years since the disease became subject to compensation.

There has been a steady increase in the average number of years of exposure required to produce certifiable disability from 7 years to 17 years.

As some signs and symptoms considered characteristic by earlier writers have become less common, others have gained prominence. Search for the classical x-ray picture has given place to attempts to

DEFENDANT'S
EXHIBIT
OI 20.30

# DR. IRVING J. SELIKOFF'S ADDRESS

to the Delegates of the

## TWENTY-FIRST CONVENTION OF THE INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS

CHICAGO, ILLINOIS

SEPTEMBER, 1967

REGISTERED




*Doctor Irving J. Selikoff, Professor of Environmental Medicine*
*Director of Environmental Science Laboratory,*
*Mount Sinai School of Medicine, City University of New York*

This morning we are privileged to have with us Dr. Selikoff. I have an introduction given to me here, and I am going to give it to you, because I am sure you would want to know his titles and the honors bestowed upon him by others.

He is Professor of Environmental Medicine, Director of Environmental Science Laboratory, Mount Sinai School of Medicine, City University of New York; he is also Chairman of the Division of Environmental Sciences of the New York Academy of Sciences; he is a holder of a number of awards, including a Certificate of Merit of the American Medical Association, and possibly the highest honor in American medicine, the Lasker Award of the American Public Health Association.

But I think with all those titles and the many, many more that he has that we, in the Asbestos Workers organization, can lay those aside, because we recognize Dr. Selikoff as just that, a doctor, a most dedicated doctor, who has given us the benefit of his untiring efforts for the past five, six or seven years.

I am sure that when he addresses us this morning, he is going to indicate to you the effort that he has put into this thing.

So, I am going to let him carry it on from there.

But today, he is going to deal with many questions, and tomorrow he is going to answer what he is talking about today, so he is going to be in on two sessions. And if any of you delegates have a suggestion or a question that you would like to refer to him, if you would just jot that down and give it to his secretary, who is seated here, his secretary and nurse, who is seated next to him here, he will try to answer the question for you sometime during either today or tomorrow.

Now, we are also privileged to have with us today, because of Dr. Selikoff being here, another doctor who is interested in hearing what Dr. Selikoff has to say. He is Dr. Stephen Kaimmer, Medical Consultant for the State of Washington. I haven't had the privilege of meeting him yet, but I understand he is in the room here.

We also have with us as a result of the interest in this problem from the Long Beach Naval Shipyards, G. S. Watkins, U.S. Senior Medical Officer, Long Beach Naval Shipyard, for the purpose of visiting with Dr. Selikoff and learning of this efforts in the asbestos workers' diseases.

We have Mr. Clifford Krieger, Safety Department Superintendent and also one of your own who is now moved up into the position of supervision, Brother Charles Carmines. It's nice to have them with us also.

With this, I'd like to call on you now, Dr. Selikoff, to come up and give us the benefit of what you have found out over the last five years since your last report.

(Applause.)

DR. SELIKOFF: Thank you, President Hutchinson, and my respects, deep respects, to President Emeritus Sickles, President Mulligan and Secretary Haas.

Also, before I begin, may I pay my respects to the other two members of my union who are here, Dr. Kaimmer and Dr. Watkins, and if you think you fellows have a strong union . . .

(Laughter.)

In his introduction, President Hutchinson mentioned some of the positions which I fill, but I'm here this morning only partly in those capacities and at least in equal part in the function I hold just as honored and perhaps even more important, that as Medical Consultant to the International Association of Heat and Frost Insulators and Asbestos Workers, because in that role, I'm attempting to fulfill perhaps the highest role of a physician, not simply in gathering knowledge about the ills of mankind, but the use of this knowledge, for the benefit of all.

This morning, thinking about coming here, I had thought of beginning by apologizing for the medical profession, apologizing in the sense of our having allowed the problems of which we will talk to have developed to this point, and in so doing abdicating their public health responsibility which they accept when they take the Oath of Hippocrates.

After I had breakfast and felt a little better, I thought perhaps instead of apologizing, I might explain, and the explanations may be a little unusual. I'll start off by talking about the Australian aborigines. You probably know that in their aboriginal state, they have no idea where babies come from. In fact, when a woman feels life, she usually blames it on the spirit of the bush that happened to be moving at the time she first feels life. It was pretty hard for her to connect two events that are nine months apart.

We can come much closer to home. Only 350 years ago there was the first great book written on mining diseases, a book called De Re Metallica, which, by the way, was translated by a President of the United States, Herbert Hoover, when he was a mining engineer.

In this book, written by Agricola, there were women in the mountains of East Germany who had had nine husbands. He noted that

it was peculiar these husbands all worked in the mines. But he had no idea why. He couldn't connect two events, working in the mines and death from silicosis two or three years later.

It's hard to connect events which are far separated, and that is what has happened with the several diseases to which insulation workers are liable.

Men begin breathing in dust, but the diseases that they develop don't develop for 25 or 30 or 35 years, and probably that is why we doctors didn't understand it until recently.

For example, the first case of asbestosis was described in the medical literature in 1927 by a doctor by the name of Cooke. And if I can paraphrase, I am sure that doctors in the Midlands of England around that time probably said to him, "Look here, Cooke, you know that isn't true. She probably had scarring from tuberculosis." Everybody had tuberculosis in those days. Until 1935, 1940, few believed that asbestosis existed, and probably that is the reason why we are Johnny-come-latelies on the scene.

But certainly we should wake up to the realities of the problem at this time. I think that the most important function I have had has been to alert the individuals in my profession to the problems which we face, and I would now like to discuss them.

I had hoped that we would have a slide projector here this morning and perhaps we will before the morning is out, but without it you perhaps will have to be a little more attentive to what I will say without the aid of a blackboard or slides. And I'd like to tell you the data we have uncovered.

And before I do, I would like to pay my respects and give my thanks to those among you who have been my tutors and my mentors in all that I have learned in these last six years.

First, to George Rider, sitting here in the New York delegation, who first took me under his wing and told me what fiber glass was and what was happening in the trade.

And then to your International Officers, President Sickles who came repeatedly from Washington to tell me what was going on and tell me where to look and how to look. To President Hutchinson who time after time after time went through his files, dug up information, gave me all the data with regard to all the people I was concerned about, and recently Secretary Haas as well, who has done the same thing. But perhaps even more to the members and officers of Locals 12 and 32. And here my respects are not only scientific but personal. I have in mind a man who is no longer with us. I am

sure many of you will remember Johnny Bogovich of Local 12 was at the time of your last convention here suffering from the disease associated with breathing in these dusts from which he soon died.

He never said an ugly word, never complained. He gave me every help to his dying day.

To another man who is fortunately well, but not here with us today, but one of nature's real gentlemen, Terry McConnell of Local 32.

And in Local 12 to Nicholas Lucich, Ed Kellner, Jack Novak.

Jack, by the way, for example, a few weeks ago, took me by the scruff of the neck and brought me down to the New York City Board of Education so I could speak to the engineers there about the problems inherent in lining ducts with fibrous glass.

In Local 32, Jim Mulhern, Ed Sanborn, Jim Grogan, Jim Dwyer, who did the same thing with me, forced me, took me out of my own work which I thought occupied my attention and took me to more important things, to visit with the New Jersey State Department of Health to see if we could keep glass out of the ducts of at least State buildings and thereby give a deep motivation to the rest of the community.

And last, of course, but not least, my righthand man—or I should say my right-hand woman—Janet Kaffenburgh, who has been with me all through this in developing the information and data which I will now talk to you about.

We started by saying, well, what happens to men who are insulation workers that might be different from all other men? How are you fellows different?

What we did was to make a list of every single man who was a member of Local 12 or Local 32 on December 31, 1942. Now, you may say, well, that's like oxtail soup, going pretty far back for soup.

(Laughter.)

The reason is what I told you before about this young woman in the Australian outlands, because what happens takes a long time, and it is not of interest, really, to know only what happens to men today. It is what happens over a long period of time.

There were 632 members of these Locals on Dec. 31, 1942. 890 men joined sometime between January 1st, '43 and December 31st, '62. But we were primarily concerned with those men who had, by the end of 1962, been in the trade at least 20 years.

We knew what should happen to them. How do we know that? We have all kinds of statistical tables from the U.S. Bureau of Statistics, and so forth, saying how many men died of any kind of disease you can think of during 1943, '44, '45, '50, '55, '60 and so forth.

And with big computers—by the way, in this I had the valued assistance of my colleague, Dr. Cuyler Hammond, who is Director of Research of the American Cancer Society, and a brilliant man, a man, by the way, who developed much of the information with regard to the hazards of cigarette smoking—I hate to mention the dirty word—

(Laughter.)

—and he has been working side by side with me in this research.

By the way, I am not really scared to mention it, because Mr. Noyes of Local 24, as he was coming into this room, said, "Gee, Doc, don't scare them." He said, "When you spoke to us down in Washington, you scared me, but" he said, "I was all right. In a day or two I was able to smoke again."

(Laughter.)

And there is a fellow—I don't remember what Local he is from—there is a fellow by the name of Hensley—does anybody know what Local?—he sent in a questionnaire in the recent survey that we had, giving me a lot of information and a lot of good suggestions, very intelligently done, and at the end of it, he says, "By the way," he said, "I might as well confess. I really prefer to breathe through a cigar rather than through a mask."

(Laughter.)

Well, with Dr. Hammond, we were able to construct tables about how much illness there should have been for these 632 men at Locals 12 and 32, from 1943 through 1962.

It is tough to do, but it can be done, because we have to take into consideration such things as a man's age, and each year, because after all, a man of 45 has a different risk of disease than a man of 65, in any given year, and with human beings the way they are, and with the risk of lung cancer becoming so great in the last 20 years, the risk for a man of 45 has differed each year since 1943.

In other words, a man of 45 would have had a certain risk in '43, another man of 45 would have had a different risk in '44, another man of 45 would have still had a different risk in '46, and so forth, because the risk of these diseases is going up rapidly in the last 25 years.

It is a very complicated piece of work, but with computers it can be done.

We established what are called expected rates for this period time. Before I am through, I think you are all going to be h baked biostatisticians.

We found that of the 632 men in these two Locals, there should have been, if their experience was the same as all other U.S. white males—not talking about women, not talking about anything else except white males living in the United States—there should have been 203 deaths. Actually, there were 255. 52 men died more than should have died.

With the assistance of these people I have mentioned, we got death certificates on each of the people who died; we went to the hospitals, reviewed the records, examined the slides and x-rays, and checked everything to see why the 52 extra men died.

TABLE 1

EXPECTED AND OBSERVED DEATHS BY CAUSE AMONG 632 ASBESTOS WORKERS EXPOSED TO ASBESTOS DUST 20 YEARS OR LONGER

| | 1.1.43-12.31.62 | 1.1.63-4.30.67 | Total 1.1.43-4.30.67 |
|---|---|---|---|
| Total Cancer: all sites | | | |
| Expected | 36.5 | 8.6 | 45.1 |
| Observed | 95 | 49 | 144 |
| Cancer of Lung and Pleura | | | |
| Expected | 6.6 | 2.3 | 8.9 |
| Observed | 45 | 27 | 72 |
| Cancer of Stomach, Colon & Rectum | | | |
| Expected | 9.4 | 1.8 | 11.2 |
| Observed | 29 | 8 | 37 |
| Cancer all other sites combined | | | |
| Expected | 20.5 | 4.5 | 25 |
| Observed | 21 | 14 | 35 |
| Asbestosis | | | |
| Expected | 0 | 0 | 0 |
| Observed | 12 | 15 | 27 |
| All other causes | | | |
| Expected | 167 | 38.9 | 205.9 |
| Observed | 148 | 30 | 178 |

We had some surprises. It was true that some 12 died of asbestosis. scarred lungs. just couldn't breathe any more. Nobody in the general population is supposed to die of that, so that accounted for 12 extra deaths.

But whereas there should have been, had their experience been the same as everyone else's, 6 deaths due to cancer of the lung, there were 45.

Whereas there should have been 9 deaths due to cancer of the stomach, cancer of the colon, there were 29.

And something else: There is a very rare disease—and you can break your teeth on this one—called mesothelioma. Nobody knows too much about it. I will tell you why nobody knows about it, because it has been so rare that it is not even coded by the U.S. Bureau of Statistics. It is not separately coded in the International Classification of Causes of Death. It is very rare, so rare that at my hospital, from 1930 to 1960, we only saw three cases, and we have a huge hospital, very active.

We also did something else to see how rare it is in the general population today. We took the statistics of the American Cancer Society's study on smoking Some of you, in fact, may have even enrolled in that. If you remember, in 1959, 60,000 volunteers of the American Cancer Society registered over 1,000,000 people and got a lot of information about them, what they smoke, how deep they smoke, what size stub of cigarette is left, what they eat, do they eat fried food, what kind of city do they live in, what kind of automobile do they drive, and so forth.

In that series of over 1,000,000 people, there have now been 70,000 deaths, and of the 70,000 only 11 have been due to mesothelioma.

Well, in the first group of 255 deaths of Local 12 and Local 32, 4 died of mesothelioma; in other words, about 1 out of 70 or 1 out of 60, rather than 1 out of 10,000. And, at the same time, around 1963, '64 and '65, from other parts of the world, in areas around factories in England, South Africa and elsewhere, reports of this peculiar disease called mesothelioma—peculiar, unfortunately, because it is incurable—began to filter in, that it was occurring to people who were exposed to certain kinds of dust, especially asbestos.

This indicated to us that there was something peculiar about people who work in the insulation trade. Many of them die when they shouldn't die, and they die of diseases that other people don't die of, at least not in such numbers.

Since 1963, when this first information was published, we have continued our researches. There were 370 men of this initial 632 alive on January 1st, '63, and we have watched this whole group of men since, and now we had a great deal more information, becaus I had examined almost all of these men, and I knew a great dea. about them, everything from the day they started work to what they smoked to whether they worked a lot in powerhouses, whether they wore masks or not, whether they did a lot of shipyard work—by the way, that might be interesting, because shipyards sometimes use different kinds of asbestos, for example, different kinds of insulation. Much of what they use contains amosite rather than chrysolite.

Amosite is much better in its resistance to salt water, for example. We had all this information and by April 30th of this year, April 30, 1967, we reviewed our experiences, and this is what they are:

Knowing the ages of these men in 1963, there should have been 47 deaths by April 30th, 1967. There were twice as many, 94.

Twice as many members of Local 12 and Local 32 died as should have died in those 52 months.

TABLE 2

OBSERVED AND EXPECTED NUMBER OF DEATHS AMONG 370 ASBESTOS INSULATION WORKERS DURING THE 52 MONTH PERIOD FROM JANUARY 1, 1963 THROUGH APRIL 30, 1967. EXPECTED NUMBERS ARE BASED UPON UNITED STATES MORTALITY DATA DISREGARDING THE SMOKING HABITS OF THE SUBJECTS

| Cause of Death | Observed Deaths | Expected Deaths |
|---|---|---|
| Total, all causes | 94 | 47.5 |
| Total cancer (all sites) | 49 | 8.6 |
| Cancer of lung, pleura, bronchus and trachea | 27 | 2.3 |
| Bronchogenic carcinoma | 24 | * |
| Pleural mesothelioma | 3 | ** |
| Peritoneal mesothelioma | 7 | ** |
| Cancer of stomach | 3 | 0.6 |
| Cancer of colon and rectum | 5 | 1.2 |
| Cancer of all other sites combined | 7 | 4.5 |
| Asbestosis | 15 | 0 |
| Heart and circulatory disease including stroke | 22 | 28.5 |
| All other causes of death | 8 | 10.4 |

* United States data not available, but figure should be only slightly less than 2.3.

** United States data not available, but these are rare causes of death in general population.

TABLE 3

OBSERVED AND EXPECTED NUMBER OF BRONCHOGENIC CARCINOMA DEATHS AMONG 370 ASBESTOS INSULATION WORKERS DURING 52 MONTH PERIOD FROM JANUARY 1, 1963 THROUGH APRIL 30, 1967; BY SMOKING HABITS

| Smoking Habits | Workers Observed * | Observed Deaths | Expected Deaths |
|---|---|---|---|
| Never smoked regularly | 48 | 0 | 0.05 |
| History of Pipe, Cigar smoking only | 39 | 0 | 0.13 |
| History of regular Cigarette smoking ** | 283 | 24 | 2.98 |
| Total | 370 | 24 | 3.16 |

* All with more than 20 years from onset of exposure.

** Includes cigarette smokers who also smoked pipe or cigars.

Also, by the way, I did not see a cancer of the lung in an asbestos worker who smoked cigars or an asbestos worker who smoked pipes, if he didn't smoke cigarettes at the same time.

If levity were in order at this time, I perhaps should say, "Put that in your pipe and smoke it."

(Laughter.)

But this information is of tremendous importance. It is almost like saying that, if you work in a dynamite factory, you shouldn't smoke, and cancer of the lung could be wiped out in your trade if you people wouldn't smoke cigarettes, period.

As bad as the dusts are, as dangerous as they might be, from our experiences so far—I am not saying it won't occur, because it might, yes, here and there, just as it can occur to anybody, becau this is a random thing that can occur—lung cancer can be wipe out as a problem among insulation workers.

I think that you people in these next years are going to have to do some real hard thinking for yourselves and real hard thinking for your trade in general.

Now, tomorrow I will review in some detail much of the information that I have had the opportunity of putting together from the questionnaire which you have answered.

One final remark for your own thinking, before tomorrow, with regard to fibrous glass: As you will notice, I have said nothing about it to this point, because I know nothing about it. Why? The old-timers among you will know that it really didn't come into use as a general substance until around 1945, '46, towards the end of the war.