If asbestos and silica and beryllium and other dangerous dusts don't show their effects for 25 or 30 years, how can we trust anyone who says that glass is not dangerous? We won't know for 5 or 10 or more years how dangerous it is.

In conclusion, I would like to not merely repay my respects to the people I have mentioned here before, and who are with me, in part, on the dais, but to the entire membership of your Union, who have taught me so much, and especially to the members of Local 12 and Local 32.

Thank you very much.

(Applause.)

PRESIDENT HUTCHINSON: Thank you very much, Doctor. As usual, I think when you are addressing any group of our people, we find that they give you the undivided attention that your message deserves, and we certainly appreciate your being here.

We are going to prevail upon you tomorrow to again address us, and we probably will have the slides then, and if we can sandwich this in during the time the Election Committee is counting the ballots, it won't be too much of a problem. We will have quite a little delay there, so we will have an opportunity then.

We can set that up and get into a little bit of that this morning, if you like. How long are the slides?

DR. SELIKOFF: Five or ten minutes.

PRESIDENT HUTCHINSON: Fine. We will set it up and go along with that.

I would also like to announce, for the benefit of those of you who don't know, that I see Mrs. Selikoff is sitting in our audience over here, and we are very glad to have her with us.

(Applause.)

While we are getting the slides set up, I think that everyone realizes we do have much work before us, and as soon as we have heard from Dr. Selikoff on the slides, I think that we should consider going back to work in committee. So, think about this, and I will put a question to you right after we have the slides as shown by Dr. Selikoff.

PRESIDENT HUTCHINSON: Brothers, if I might have your attention here while they are setting up, we might get a little bit of business taken care of.

Are there any questions to the doctor from the floor while we are setting up these slides? Anybody have a question they would like to pose?

DELEGATE FROMDAHL: Van Fromdahl, Local 5. My question is, is there anything to which you attribute the fact that cigarettes are so much worse than cigars or pipes, or why a cigar or pipe doesn't have an adverse effect on us?

PRESIDENT MULLIGAN: I can answer that question. There was always the saying that a pipe and cigar was an old gentleman's smoke, when he is in years gone by. And the cigarette, I would hate to tell you who they said smoked them. That is my answer. If Dr. Selikoff can give a better one than that, okay.

(Laughter.)

DR. SELIKOFF: Mr. Fromdahl, the answer is we don't really know, because this is true not only about asbestos workers, but true in the population, of the population in general. Perhaps President Mulligan is right. In the general population if you smoke cigars or pipes, your risk of developing lung cancer is very little, very little more than if you never smoked at all. Is it possibly because many cigar smokers don't inhale? Is it possibly because many pipe smokers don't smoke all the time? Is it possibly that the smoke that you inhale is at a different temperature? Is it possibly because cigarette tobacco is cured differently? Is it possibly because different insecticides like arsenic are used in growing some types of cigarette tobacco and not pipe tobacco? We don't know. But for everyone in this country, the risk of cigarette smoking is very much greater than for pipe or cigar smoking, and not only for cancer of the lung. Cancer of the lung is pretty rare as a disea except among asbestos workers. If you don't smoke, chances of dying of cancer of the lung are one in 400. If you do smoke cigarettes, it is 15 times as much. But still one out of 35. The risk of coronary death is much greater. If you don't smoke cigarettes, your risk of dying of a coronary is one out of 6. If you do smoke cigarettes, it is one out of 3. It is only twice as much. But it's twice something common.

One of the peculiar things about cigarettes is that the smoke has a lot of carbon monoxide, very large amounts. You can get as much as 10 percent carbon monoxide. The same carbon monoxide found in automobile exhausts, but much more, because you don't put your face in the tail pipe of a car, unless you want to commit suicide. But you do inhale the smoke of a cigarette directly.

Let me tell you a little story. Tests were done to find how much

carbon monoxide traffic policemen have in Paris as a result of standing on the busy street corners.

They tested their blood for carbon monoxide before and after four hours of traffic duty. And they found in about two-thirds of the traffic policemen that the level of carbon monoxide in the blood went down after standing in traffic in the midst of Paris. And you know what it was when they analyzed it? That the traffic policemen who smoked cigarettes had to stop smoking when they went on duty, so their carbon monoxide went down even though they had to stand in the midst of traffic.

Now, we have very little information with regard to the effect of carbon monoxide. This may play a role. We don't really know, but what we do know is if you men start to smoke cigars, your wives might not like the smell, but you are going to be healthier.

DELEGATE FROMDAHL: Thank you.

(Applause.)

PRESIDENT HUTCHINSON: Van, I don't know whether you got your question answered or not, but I do know that Dr. Selikoff put the court reporter to the test. If he could spell some of those words that he was just saying, we have got a good man here.

I am going to be anxious to read that portion of the transcript.

(Whereupon some slides were shown.)

DR. SELIKOFF: This slide that you see up here is not a slide of a man who worked with asbestos or any of the insulation ducts. But it will show, as will the next two, why our profession missed the boat for so long. This is a slide of a man who crushed rock. The man crushed rock on a railroad and got old-fashioned silicosis. This is a slide of silicosis. You see in the center the heart, and all the white dots are the silicotic nodules. Believe it or not, despite the almost total covering of the X-ray with the silicotic nodules, the man wasn't short of breath at all. Between the nodules, the lung is functioning well, and so there is plenty of good lung to breathe with.

Next slide, please. This is of a man who was a mustard mixer. You say why did he get silicosis? He used a pneumatic hammer to grind the millstone to grind the mustard seed with. Silicosis is an occupational hazard of mustard mixers.

You can see the large conglomerate nodules, yet he wasn't short of breath because he had plenty of good lung left to breathe with.

Next slide, please. There are two slides of a coal worker. This

is what is called coal workers pneumoconiosis. As you can see, the lungs are shot through with large nodules which contain a great deal of coal, very little silica. He wasn't short of breath at all even though the X-rays looked terrible.

When it gets worse, even these people get short of breath whe.. they get complicated coal workers pneumoconiosis.

Doctors had experience with this type of X-ray for 30 years. When they came upon an asbestos worker's X-ray they weren't impressed.

You see very little, a little bit of fine weblike white lines, because the scarring is different. It's diffuse, it's fine, it's not dense and nodular, and it doesn't show well on X-rays.

My colleagues weren't impressed with this, especially since many of the people that they met who had this kind of an X-ray had no real history of asbestosis. Why? A man gets sick, he often leaves a heavy trade. He may become a building superintendent. He may become an office clerk, anything to get a little lighter work because he can't do heavy work any more.

Another problem consisted of the fact that when studies were made of insulation workers, it was generally of men on the job. But are they the ones solely to examine if we wish to study a disease? The next slide demonstrates our experiences.

Of the 1522 men in the top line who were members of Locals 12 and 32 during that period of time, when we came on the scene in 1962 there were only a thousand men who were working. There were 62 retired, 34 ill, and 75 had gone to other jobs, and many had died.

If you look only at the men who are working, you are looking at the men who are all right. If you were to look at the 100 men who were retired or ill, then you would have seen what would have happened over the 20 or 30 years. But generally, doctors who are doing surveys like this in a plant or factory, examine the healthy men. They never see the sick, who are not on the job. That is why over the years in 1950 and 1960 when a few surveys were done by inexperienced people an overoptimistic picture was reported.

My respects to Captain Watkins here today, and I'm sure this is not his responsibility at all, but the Navy in 1945 and 1946 commissioned a study to be done of insulation workers in all Navy shipyards, and it was done by some excellent men, Captain Fleischer with the assistance of Professor Drinker of Harvard.

They studied a thousand insulation workers in 1945 and '46. They published an article saying everything is fine because all the men they examined had been in the trade only four or five years, just during the war, and they didn't see the men who had been in the trade for 20, 25, 30, 35 years.

I examined 346 men who worked for less than 10 years in the New York and New Jersey locals. This is a record of the percentage of men who had some abnormality of some kind or other on the X-rays. Of the 346 men with less than 10 years in the trade, only one out of 10 had anything at all wrong with his X-ray. And even those had only minimal changes, the tiniest of changes. Even the men with 10 to 19 years in the trade showed very little. Most of them had perfectly normal X-rays.

And of those that were abnormal, the abnormalities were minimal. But after 20, 30 years and 40 years in the trade, the picture was different. Very few had normal X-rays. And when abnormalities were present, they tended to be quite severe in many cases.

PRESIDENT HUTCHINSON: Since we are going to have Dr. Selikoff with us tomorrow, and I don't know just what time tomorrow, we are going to have to prevail upon him to bear with us, we will refrain from asking any further questions now, and any of you who have some, save them for him and tomorrow we can refer them to him.

Brothers, while the Constitution and Bylaws Committee is putting some final touches on their report, we are going to again call on Dr. Selikoff this morning to further his report of yesterday. So, Dr. Selikoff, if you are ready, we are ready.

DR. SELIKOFF: President Hutchinson, delegates to the convention, I think that a minute might be spent to pick up where we left off yesterday. I think you remember that we were talking about teaching our aborigines something, the question of time, and the first three slides will point out how we perhaps have to teach some of our aborigines in this country.

The first slide is a perfectly normal X-ray. There is the heart in the center and clear black air-filled lungs on either side. As you will notice the date, it's 1951. It's a man by the name of Bob Kerr, who was a patient of mine and he did have a little shortness of breath. I examined him and I couldn't find a thing wrong with him. He was a truck driver at the time. He was a machinist, but out of work and he was driving a truck.

Next slide, please. In this one in 1966, fifteen years later, you will notice now there is a white infiltration in both lungs.




FIGURES 1-4

This man worked almost his whole life as a machinist. In the film of 6.11.1966, there is moderately extensive asbestosis (the infiltrations appearing white in the lower portions of each lung field). This had gradually been progressive on serial X-rays from 1953.




**The only exposure this man had to asbestos was as a weaver of asbestos brake linings in 1937. Yet the particles had remained in his lungs from then on.**

***As in almost every instance, the effects of exposure did not show for many years.***

***Health hazards in the insulation trade are a long-term problem.***

Next slide, please. Now, these are three slides in a row and you will notice the first one in 1951 shows nothing, the second one around 1956 or '57 begins to show the infiltration and the last one is extensively infiltrated. And all this time Bob had worked only as a machinist or truck driver.

When I saw this I said, "Bob, there is something you are not telling me. There is something peculiar about your lungs. Something is happening to them. Do you work with something you didn't tell me about?"

He said no. His wife, Edith, was sitting at the side of the room. She said, "Bob, don't you remember in 1937 you worked for three months at Worldbestos. You took a job as a weaver, and for three months you breathed in asbestos dust."

The dust he breathed in in 1937 had been in his lungs ever since, causing progressive scarring! This emphasizes the fact that insulation dusts do not show their effects for many years after being inhaled.

In light of these films, I think we can understand the mistake made in St. Louis in Local No. 1. My apologies to the present delegates from Local No. 1, but I must recall some ancient history to you.

In 1940 or '41, in perfect good faith, the Local's attorney, worried about glass being dangerous, contacted a doctor in whom this lawyer had confidence, a pathologist in St. Louis, and said, "Look into this question for us."

And he did. In 1942 he published a paper saying glass is fine, there is nothing wrong with glass. What did he do? He went to Toledo and went to what is now the Fiberglas Corporation. At that time it was the company that later became Libbey-Owens-Ford. He asked the men questions, he X-rayed some and saw nothing.

This doctor meant well, but he was an aborigine. He didn't know that dust effects may take 20 to 40 years to become evident. And the fiberglass companies, ever since, when anybody writes them about fiberglass, say this has been investigated by the doctors and the doctors found it safe, and they even give you the name of the paper if you have any doubts about it.

In order to keep the glass fibers from breaking, they are often coated with oils. Some oils are harmful to human tissue. I don't think that foreign materials of this type belong in the human lung, and yet when they put this glass on the inside of a duct in a school building with 6-year-olds and 8-year-olds, and glass is put into the

lungs of these children, they are going to live with it.

If men aged 50 or 60 breathe it in, nothing is going to happen to you by the time you are 85 or 90.

But children live a long time. We believe that foreign materials do not belong in the human lungs. We certainly should not have anything entering the lungs that we can prevent.

Since you people are so close to the problem, I am counting on your support of public health measures to keep the glass out of the lungs of the general, unsuspecting population who don't even know that they are being subjected to this problem.

In approaching this problem, again let's not make the mistake of the aborigines in St. Louis. The research has to be properly done, has to be well documented, has to be carefully analyzed.

The second thing that we accomplished yesterday was, I think, that we have come to some awareness that a problem exists. This is rather new. You wouldn't think so, looking at the statistics I showed you yesterday, but it is rather new.

Two years ago, when your International Officials had me invited to the meeting of the Contractors Association in New York, after I told them a few things, some of them came over to me and said, "We are awfully surprised to see you as you were." They thought I had horns. They thought my only job in life was to see that men should get unfair compensation for diseases which they knew didn't exist.

For example, a year and a half ago, I spoke to some of the Johns-Manville people and suggested that the problem was a joint one, and they might even like to meet with some of your officials, and I offered my laboratory as a neutral ring.

Everything was arranged and the people were supposed to come, and a week before they called and cancelled and said they had something to do that was perhaps more important.

So that, although it's taken time, there is now an awareness of the problem and with that awareness the rest will follow.

I would like to take a few minutes now—I hope I have these few minutes. I hope you are not in the middle of an election right at the moment—to review some of the remarkable data that I have begun to collect, and the answers to the questionnaires that you people have been sending in. Besides it being a remarkable survey, the most successful that I know of in American industrial medical history; qualitatively, too, it's been remarkable and it would be a

good thing for any industrial engineer to sit down with these questionnaires for a month or two and analyze them.

Could I have the next slide, please? I have made a list of the major headings which will encompass the basic replies that we have had. There are 10 major areas, and the first one was, and probably is, the most important one, the development of safer materials.

I have seen this answer in hundreds of different forms. For example, Tom Hutchinson of Local 79 really stated the principle. He said, "If working as an insulator is a health hazard, then I believe all insulation materials should be researched. If the material is safe, none of the other precautions are really necessary."

Bob McCaffrey in Local 40 again put the principle. He said, "I don't think the asbestos worker can do a thing about this until the materials are changed for the better."

Don Ratcliff, Local 44, said, "With all of the technical knowledge and science in the world today, if enough effort were put forth, these materials could be manufactured to be less hazardous."

LeRoy Dhaemers, Local 49, mentioned that the material should be treated when manufactured, so that when cut, there would be less dust.

And Herman Hubert, Local 60, stated that all insulation manufacturers, not the contractors, the manufacturers, should include dust suppressive agents in the material, and the scientists know what such agents can be, to eliminate dust.

Many specific measures were recommended.

For example, it was pointed out that facing should be put on both sides of glass block, and other kinds of work. Many people said that, including Don Green. And a good idea, for example, came from Ken Lapriore. He made the point that when they manufacture insulation block, they should be scored at the factory so that actually a minimum of cutting would be necessary at the job site.

I know there are a lot of problems in these things. The basic principle is correct. The development of safer materials.

There have even been suggestions, just to show you how the range of thinking is, that you fellows ought to give all the work to the carpenters.

(Laughter.)

The answer is to make this a safe trade.

Now, in light of these suggestions and in line with what we have said, we have had two meetings recently, and this is interesting, and it shows again the awareness and the improvement. We have had two meetings recently with the top scientists at Johns-Manville, in their research laboratory at Mansville, New Jersey, to lay out a joint research program. We have some equipment that they don't have and some scientists that they don't have and they have some equipment and scientists that we don't have.

A joint program of development of safer materials; the problem being to develop materials that would maintain the insulation properties and the useful industrial properties that they now have while changing their injurious properties to human beings.

For example, there are ways of coating fibers. There are ways of flash exposure of fibers to very high heats which changes and seals their surfaces so that, when the surfaces come into contact with human beings, they would not injure them.

These things have to be explored. There are many ways of testing all these approaches. And a large program of development of safer materials has been begun and I hope will be developed as rapidly as possible.

In line with this action, the second group of suggestions was made that as new materials come into being, these should be tested not 20 years later, not by looking at the men and seeing what happens to them 30 years later, but at the time they are introduced.

Now, you know with our Food and Drug Act, if a manufacturer wants to put a new preservative in a candy bar or in a box of corn flakes, he has to go through tests with laboratories and he has to have toxicological examinations of his new preservative.

If you are going to take it into your digestive tract through your mouth, you have to go through all these tests. But if you are going to breathe it into your lungs, nobody has thought about the necessity of proving such materials safe. Each year there are many new materials introduced.

For example, the question was raised whether these new foam and plastic agents might be safe. Polyurethane in sheet form when placed in the abdomen of a mouse will cause tumors. We don't know if this will be so in humans. These things should be studied before insulators work with them for 10 or 15 years.

This is the beginning of a whole new era of chemical insulation materials. I think the principle is correct. These things should be

researched beforehand so we are not faced 20 years later with these problems.

The next heading was the improvement of working practices, and here I think Elmer Robertson of Local 80 gave a very fair general statement that better exhaust and better ventilation systems are required, particularly in shop work. Too many men work in small shops, and when there are many men working in small areas, this causes a good deal of dust. The work area should be cleaned during breaks and after work.

Many people have mentioned the use of special containers for mixing cement. Here I think our Canadian friends did a good service. They have brought down an invention that one of their contractors invented. We did some tests with this invention which is a plastic container. It has a spigot on it and you introduce the water into it and the mixing is done in the container. We did dust counts before and after this, and there was no dust in the air. It showed that the problem could be attacked, given the awareness that the problem exists and the will to work it out.

Local 118 was one of many who pointed out that wherever possible the insulation material should be wet down before application.

Many people talked about being careful when you work in close space.

In general, many comments were made about pressure on the men to work as fast as possible, and that this produced poor workmanship, and that here, indeed, haste not only made waste, but made a lot of dust. The use of special oil sprays or other wetting agents, the problems of working in hot spaces—how very often the heat is not turned off, and you fellows have to go into hot spaces and breathe, of course, much faster—all of this added up to one thing, that, urgently, an industrial hygiene program and a great deal of research were needed.

Here the question comes up as to who is going to do it. You know it is always the other fellow.

I don't know the answer to this. The insulation contractor says, "Well, I can't do this. I don't have a research staff to do this. The manufacturer should do it."

And each manufacturer says, "Let the other manufacturer do it." Or they say, "Well, it is the men's concern. They are the ones who are getting sick. Let them do it."

Well, it is not. It is the problem of everyone, the contractor, the manufacturer, and the men. And I am sure that with some good

sense and a lot of hard work and, well, as some of the men said, a little arm-twisting from time to time, that a good engineering program utilizing the services of some of the university engineering departments—for example, Harvard has an excellent industrial engineering department—this can be surmounted, and should be done.

The next large heading was the provision of adequate ventilation. Person after person after person said this. Mr. Granger of Local 21 mentioned that suction fans pulling dust away should be used on many, many occasions where they are not now being used. Bill McGalin, Local 51, pointed out that it helps a good deal to completely encase all parts of the saws, including the blade, when they are cutting, and also that vacuums should be attached to the saw.

I was on a job once that Harry Roche took me to. I saw that you fellows were pretty smart. You really didn't need a vacuum. When you were cutting block, you had the wind to your back, and all the electricians and plumbers downwind were getting the dust.

(Laughter.)

With regard to this ventilation, I might say that the problem has not been solved even where it has been looked at carefully. For example, the Navy has had a great deal of concern with this when, in ships, old insulation is ripped out, and they know well that this is one of the most dangerous jobs, and they pay a lot of attention to it.

To the present, there has been no good first-rate, effective exhaust system designed to work in such areas, but I am assured that when industrial hygiene research programs are established, that the Navy yards will work hand in glove with the researchers in helping develop this.

I might say there is some background to this, that you people aren't the only ones who have been affected by changes in industrial advances with regard to the use of power tools.

Some of the men said that unless better exhaust systems and ventilation systems are worked out, they should take all the power tools off the market.

As machine tools are put in, much more dust is created. This is a general rule in all dusty trades.

So, those of you who have pointed out that if your employers want you to use power tools, hand in glove with that, simultaneously, there should be concern with regard to adequate ventilation, have been right on the point.

The next area that was discussed was the question of masks May I have the next slide, please. As you will see from this slide about half the people who answered the question—20 per didn't answer—but those who did answer the question, half tho the masks were good, and half thought that they were not good.

We had an idea that men would wear masks if they didn't smoke, and they wouldn't wear masks if they did smoke, because, you know, you just can't get a smoke easily when you are wearing a mask.

We had the computer look over the responses for us to see whether this was true, and it wasn't true at all. Men didn't wear masks whether they smoked or didn't smoke.

TABLE 2A

SMOKING HABITS AND MASK WEARING HABITS OF ASBESTOS WORKERS ON A DUSTY JOB
(in percentages)

| | No Answer | Never | Sometimes | Usually | Always |
|---|---|---|---|---|---|
| Smokers | 3.3% | 18.7% | 52.3% | 17.9% | 7.6% |
| Ex-smokers | 5.9 | 16.7 | 46.0 | 19.8 | 11.5 |
| Cigar, pipe smokers | 1.5 | 25.0 | 46.9 | 25.0 | 1.5 |
| Non-smokers | 3.4 | 18.6 | 43.4 | 22.1 | 12.4 |
| | 3.9 | 18.6 | 47.1 | 19.5 | 8.9 |

We then asked the question, if you remember, what was wrong about the mask?

As you go through, there are all kinds of things wrong wi masks. This information is tremendously valuable. Not many people have asked the workmen what is wrong about them or what is good about them or bad about them. We now know for the first time in American history what 13,000 or 14,000 men who have to wear masks, who realize their importance, have actually thought about this, and, in a moment or two, I will tell you the usefulness of this information.

Next slide, please. This was an analysis, if you can make it out. It is a correlation. We wanted to know who thought the masks were good and who thought they were bad. And we thought, well, let's analyze it by whether or not they wear the masks. We found the ones who thought the masks were good were the fellows who didn't wear them.

(Laughter.)

With this information, two weeks ago I had a session with three wonderful gentlement at the Bureau of Mines who are responsible for masks in the United States, Earl Hayes, Dr. Hayes, Dr. Shoub and Frank Memmott, three marvelous, excellent people. We went over this information, and some other things, too, some of the problems that we found in our research with masks. For example, some of the masks that have been approved by the Bureau of Mines and that have been issued to you men, when you get to breathing through them, you pick up particles that may actually enter your lungs, because the filters are made out of material that shouldn't be in the human lungs.

(Laughter.)

Well, we went over this material, and at the end of this month there is a meeting scheduled between the Bureau of Mines and the mask manufacturers to discuss changing these filters, and also to begin a large-scale research program with the development of better masks not only for your trade but also for all dusty trades in this country.

May I have the next slide, please? This slide shows the last five conditions that you people thought warranted a good deal of attention. The first was the importance of cooperation between the Union and the contractors. The first group of people felt that it was necessary to educate the Union before you could think of educating the contractors. For example, Ken Murphy in Local 123 said let every union know the hazards of this not by some letter, but by some means of photography, and it would be nice to send a letter to all unions to explain the hazards of the asbestos worker for the purpose of acknowledging this fact to the employer.

After you train yourself, then you should teach the contractors. For example, Harry Field in Local 129 stated that when they approached the Allied Chemical Company, the company stated, when it was a question about X-rays, that it was not their concern, because all of you fellows had years in the trade before you had come to them.

Tom Dillon mentioned it was necessary to contact all contractors by letter in regard to handling and installing materials properly, raising as little dust as possible, providing equipment, et cetera, and some even went so far as Charlie Brown, Local 21, and said that sometimes it might be even necessary to enforce such safety procedures by putting it into working agreements.

Many people stated that not only was it necessary for the contractors to supply better material, but some people went all the

way back and said that the architects should be educated, when they make their plans, to give you fellows more space to work in. And that is not a bad idea. But I don't know how to teach architects.

(Laughter.)

It was pointed out that the International should work as closely with the manufacturer in addition to the contractors, and that it would be valuable to have joint union-contractor safety committees.

With regard to safety practices, scaffolding, ladders, lighting, et cetera, were mentioned.

The eighth was the question of health and welfare plans, and many statements were made here, and some went beyond this, but related to it, like Walter Hanna of Local 93, who made significant comments with regard to the importance of compensation.

Now, with regard to health and welfare, I think that you people ought to give a great deal of thought to this, and not perhaps the way you think that I mean. It is all well and good to have annual examinations, or in some cases even more frequent than annual examinations. It is all well and good to have doctors examine you. If any disease is troublesome and present, it should be taken care of in good time. But you are walking a tightrope. I am speaking very frankly to you. It is very important in the future as the contractors get the wind up, and as the insurance companies begin to pressure the contractors, that every step be taken in good time in advance to avoid victimization, because this is a hazard for you.

I can tell you a tiny bit of what we have done in New York and New Jersey. We have made sure that the examinations not be paid for by the contractors. In fact, in New York and in New Jersey nobody pays for them, which is all right. But where they have to be paid for at all, I would suggest that health and welfare plans, et cetera, undertake the cost, and no information go to the contractors, because if a doctor finds a little tiny scar on the X-ray, which I know probably doesn't mean a thing in most cases, and if a contractor reads an X-ray report saying that in the lower lung field fibrotic linear scars were present, he is not going to hire that man if he can get away with it.

This is very important, because the contractor, even in the best of good spirit, doesn't know and might take the wrong action. We don't even tell the union officials in Local 12 or Local 32 what we find when we examine a man. Nick Lucich hasn't any idea at all whether or not there was anything present when I examined Ed Kellner's lung. Only Ed Kellner knows. There is no reason why anyone else should know. If Ed wants me to write to his doctor to

give his personal physician the information, that's fine. But nobody else except the man is supposed to know.

And I would suggest that you people think about this carefully, and that your International discuss this among yourselves and get the best possible legal advice of what to do in good time.

I am raising this not as a medical problem, but a human problem, and something that is very important.

Finally, with regard to shorter work weeks, I don't think we are going to do this. I don't think you fellows are strong enough, or the contractors educated enough, to do this. But if you speak to me as an industrial physician with knowledge of occupational medicine, and if you ask me what is the fastest way of cutting the dust inhalation in half, I would say have the men work half time, get paid for full time, but work half time.

(Laughter and applause.)

You laugh, but let me tell you, this was a problem that the Caisson Workers faced. I have been working with Local 132 in New York of the Subway, Tunnel Caisson Free and Compressed Air Workers, the men who drill the tunnels, working under compressed air and in caissons. That's hazardous.

They have a rule that if a man is under pressure for two hours, he is off for four hours and gets paid for six. And it is safe and it is right. And everybody recognizes it.

There are many other instances of hazardous working conditions. I just point this out to you. I am not optimistic about it. But, by the same token, it is not a bad idea.

For example, if you men could have significant increase in pay, work fewer hours, some even said that retiring earlier—those must be the members, I think, from Local 60 in Florida—

(Laughter.)

With regard to personal hygiene facilities, many people mentioned better working conditions, including better washing facilities, and even mentioned vacuuming clothes before going home, an opportunity to change clothes before going home.

By the way, I think one of the reasons some people haven't worn masks and protective devices in the past is they didn't want to appear as a sissy, and sometimes they felt the Super wouldn't like it, or the bosses wouldn't like it.

Well, that's just too bad. You are not being a sissy. You are being smart. I don't particularly care whether the boss does like

it. If he keeps you well, his compensation rate goes down.

But with regard to personal hygiene, there is even another reason. May we have the next slide, please. Remember, I mentioned this peculiar, rare, almost unknown disease called mesothelioma, which occurs usually with asbestos? Several years ago, Molly Newhouse and Hilda Thompson, in London, two very good doctors, reviewed all the cases of mesothelioma in a big hospital called the London Hospital. There were 76 cases. And of the 76 cases, I think there were 35 who worked with asbestos, almost half the cases.

Eleven lived within a half mile of a big plant, a big asbestos company in London.

But they also found that 9 people had contact with asbestos only by virtue of the fact that somebody in the family worked in the trade and came home, as they put it, with the white stuff all over their clothes, and the wife had to wash the clothes and be exposed to asbestos that way.

So, it is not a bad idea to consider the possibility of better hygiene practices.

I think from review of these data, it is apparent that much can and much will be done to make this trade a healthy and a safe one. No question about this. This could be a healthy, prosperous and safe trade. But it will take a good deal of cooperation, a good deal of hard work, a good deal of persistence.

And in this work I can assure you that I and the scientists associated with me will be happy to do everything we possibly can.

Thank you very much.

(Applause.)

PRESIDENT HUTCHINSON: Thank you very much, Dr. Selikoff. I know that you are going to stay around with us this evening—I hope you are going to stay around with us this evening—and attend the banquet we have provided for all the members, guests, and so forth.

We want to introduce you from the head table tonight, too, so be ready for that.

Now, are there any questions for Dr. Selikoff before we get on to something else?

A DELEGATE: I would like to ask Dr. Selikoff if there is any possibility of getting copies of these slides?

DR. SELIKOFF: Yes, you can have copies of any of these slides. If you get in touch with Mrs. Kaffenburgh, I am sure she will be able to arrange for any of these materials.

A DELEGATE: Mr. Chairman, was there a tape made of this speech today?

PRESIDENT HUTCHINSON: There wasn't a tape made of it, but there was a record. The reporter does have a complete record. This will be made available to all local unions.

DELEGATE TUTEN: I would like to ask a question. We have had talk in the Miami Local about x-rays of the chest, and we talked to Dr. Tate, through our Chairman, Bobby Lopez, and he advised us that if we do this, we would be in a position with respect to the lawyers and so forth petitioning the courts to bring these in against us in case we have a compensation case.

During this past negotiation, our contractors had a letter with them that their insurance carriers are beginning to require them to see that we take these examinations. They want to see what is in our lungs and so forth before we can go to work for them.

I would like to ask the good doctor if he can give me a little encouragement as to what I can do or how we should go about this.

I am sure Bobby is interested in it. He he is here with us today.

DR. SELIKOFF: I am sorry that I am not a lawyer, but a doctor, but I think I did point out, and what you have said emphasizes it, that this will be an increasing problem, and I think, too, what you said points up something else which is very disheartening, but which we have to change, and that is, instead of the insurance companies getting after the contractor to make safer conditions, they may suggest the contractors x-ray the men and not employ those with x-ray changes.

But, by the same token, you fellows have to defend yourselves. That's one of the reasons, I think, you have a union, isn't it?

PRESIDENT HUTCHINSON: This is it.

DR. SELIKOFF: If the contractors want you to take x-rays so you should be healthier and they shouldn't have compensation costs, fine, but not to take x-rays to help them lower their compensation costs. That's not the purpose of it.

Moreover, about bringing this question into compensation court, part of the answer is making sure you have good compensation laws.

You have to present your case well so that you are not victimized. And this is going to require a good deal of work on your part this next year or two.

DELEGATE NEUMANN: Dennis Neumann from Minneapolis.

Does this take a special type of chest x-ray, or is the normal x-ray capable of showing signs of these diseases?

DR. SELIKOFF: 95 percent of what can be wrong will be seen on an ordinary x-ray. There are some little niceties, as in all trades there are tricks to this, but, basically, a good x-ray will show almost everything.

My advice to you people is for you to get good doctors in your own areas. Now, I am perfectly willing to help you all I can. You can send me all the films you want, and I will read them for you and so forth. But that's not the answer. Get good doctors in your area, even if they are not expert at this time in this field, give them your work, give them the opportunity of examining your people, and you will be surprised. If they are good doctors, in a little while they will learn a great deal about this, and they will be highly skilled and highly competent, and with an ordinary x-ray, they will be able to pick up everything that is important in this field.

I have suggested to Mr. Hutchinson that it would even be feasible, if you people will select good physicians in your own areas and your own cities, that one day a conference can be called. We would be happy at my laboratory to act as hosts at this conference, for all the physicians working with asbestos workers. We can come together for a day or two and review all the problems, tell them everything we have learned so they can go back and have five years experience at their fingertips immediately. This can be done, but you need good doctors in your own areas.

DELEGATE KARIS: Mr. Chairman, George Karis, Local 12.

In line with what the good doctor is saying, I would like to see if I am correct in assuming—I believe I heard this before from the doctor—that many x-ray technicians and many doctors are not as adept in defining a lung x-ray from an asbestos worker as should be.

In this true, Doctor?

DR. SELIKOFF: Yes, George, it is absolutely so. I think I showed you some slides yesterday afternoon showing what most doctors are accustomed to looking at when they are talking about silicosis or pneumoconiosis, big things as big as my fist, whereas the scars of an asbestos worker's lung are very fine and tend to be underread.

That's why I ask that you get good doctors, and after they have examined a fair number of you men, they will know how to inter-

pret them. Don't get 50 doctors when you have a local of 50 men, because each man will only be able to see one doctor. Get one or two good doctors so they will know what the score is, and they will be very adept at it.

DELEGATE HOUSTON: Houston, San Francisco.

Are you aware, or have you been in contact with, Drs. Cooper and Tabershaw and the research program going on now at the University of California at Berkeley?

DR. SELIKOFF: Clark Cooper is an old and good friend of mine. Irving Tabershaw is another very good and old friend of mine. When Clark was in Washington at the Division of Occupational Health, I spoke to him in 1963 and told him that when he retires, as he was going to do in '63 or '64, when he gets out to San Francisco I would make contact for him with your local out there. I spoke to Carl Sickles and to Al Hutchinson, and we saw to it that when Clark got out there you had a very capable and skilled physician available. They are extraordinarily remarkable physicians who will do a good deal of research for you.

PRESIDENT HUTCHINSON: Are there any more questions for the doctor?

(No response.)

Brothers, I would like to say here and at this time that I think that many of the things that the doctor has related to you in his discussion of the past two days have lent much weight to the recommendation that I had in my report creating a Health Hazards and Legal Fund. I say Health Hazards and Legal Fund because this was dealt with just a moment ago in that we are going to need some awful competent legal advice which we can get—all we have to do is turn Sherman and Dunn loose on it—but we are going to have to get some money to get into this program to get the information that is necessary to funnel this thing through the proper committees of Congress, the proper committees of school boards, and through the various other areas where we have to have this exposure.

So, in my report, I asked for 50 cents per month per member contribution to take care of this.

The committees have dealt with it, and they will be reporting on it further to you, but this is what we plan to do.

We have talked about this thing for 35 years. We know the problem. It is going to continue to be as great a problem until such time as we spend a little money and tackle it from that direction.

I think then we can start making progress. Otherwise, your Health Hazards Committee will be back five years from now telling you just about the same thing we told you today, that the proble— still exists and we have done very little about it, except talk.

President Sickles would like to have a word on this.

PRESIDENT EMERITUS SICKLES: Mr. Chairman, I just can't help but impose on your time for a few moments, because I want to make a confession. Some few years ago—Brother Rider could tell you when, or the doctor—I had a call from New York. Vice President Rider said that he had a man, a doctor,—the name was immaterial—but that he wanted to see me and have a talk in behalf of the organization on the question of asbestosis, silicosis, or whatever lung disease might have been in their minds at the time, and he wanted to do something for the asbestos workers in this line, and George wanted me to come up and give the doctor my blessings.

Well, I was apprehensive. I though and remembered the old proverb, "Beware of the Greek bearing gifts." Of course, the doctor isn't a Greek. But I though there were others maybe practicing the same method and looking for a fast buck. I'm being frank.

But I did go because I had the necessity of making other trips to New York on other business, and I met and had lunch with the good doctor and with Vice President Rider, and I couldn't convince myself that I was right. I felt that the man was sincere and was dedicated, and he didn't ask for a buck.

So I said, "What can we lose?" We joined hands. I did very little. I did some communications with our locals, helped the doctor set up meetings, happened to be in New York City Local 12's office while he was examining a given number of men that came in c Saturdays to be examined, and while I was there the nurse said, "Come on, get in line. Strip to the waist. You are no better than the rest." And I did.

Well, the results, I will tell you, because at my age I might as well tell the truth. I have the scars. And you know how long it has been since I did any pipe covering. A lot of people didn't think I did much, anyway, while I was working, and maybe that's true, because I was too busy being a parttime business agent when I was working, and my mind was on other things than the job.

I make a confession to that, too, now, now that you have been so generous with me with my pension facilities and transportation mode and all that goes with it.

But I want you to know that this man is a dedicated man. He is

interested only in the human lives, and he was heaven-sent to the asbestos workers. And every asbestos worker here and in the future, and those in the past and their families, can be thankful that there was sent to this earth and to the asbestos worker Dr. Selikoff. Thank God for him.

(Applause.)

PRESIDENT HUTCHINSON: Carl, I think you just said it. With that, we have a tremendous amount of business before the Convention, so we will call on the Constitution and Bylaws Committee if they are ready with their report.

Additional copies of this booklet may be obtained by writing to the Asbestos Workers International Union, 505 Machinists Building, 1300 Connecticut Ave., N.W., Washington, D. C. 20036