DEPARTMENT OF THE NAVY
NAVAL SHIP ENGINEERING CENTER. PHILADELPHIA DIVISION
PHILADELPHIA. PA. 19112

IN REPLY REFER TO
6764:MA:lal
9390(FA-287)
Ser 683

24 APR 1969

DEFENDANT'S EXHIBIT NO. A-57

From: Officer in Charge, Naval Ship Engineering Center, Philadelphia Division
To: Commander, Naval Ship Engineering Center

Subj: Asbestos; hazards of; NAVSECPHILADIV Project FA-287

Ref: (a) NAVSEC ltr 6101C:EC:al 9390 Ser 278 of 7 Apr 1969

1. By reference (a), NAVSECPHILADIV was directed to participate in an asbestos hazard survey to be jointly conducted by NAVSEC and BUMED.

2. NAVSECPHILADIV agrees to perform designated phases of this survey within the time frame allotted by taking the following steps:

a. Letters of inquiry are to be sent to all Naval and selected private shipyards to determine the extent of current asbestos utilization, rationale for choice of materials and steps taken to insure safety of insulation workers.

b. A survey will be made of manufacturers and suppliers of insulation to elicit information pertaining to both currently available and newly developed insulation products, handling and safety problems, and recommended procedures for installation and replacement of insulation.

c. Upon review of the shipyard letter surveys, visits will be made to selected Naval and private shipyards to personally observe practices, capabilities, and hazard problems attending installation and rip-out procedures of insulation aboard ships.

d. Subsequently, all available information will be evaluated and the feasibility of replacing asbestos with existing materials will be determined. In addition, the need for new materials for those applications where present materials are not adequate will be detailed.

B 65801

6764:MA:lal
9390(FA-287)
Ser 688

3. A completion date of 30 August 1969 has been assigned for NAVSECPHILADIV input described by subparagraphs a, b, and c above. Task d will be continued in FY 70. Bi-weekly oral progress reports will be made to 6101C on this assignment.

B. I. Shapiro

B. I. SHAPIRO
By direction

Copy to:
BUMED 732
NAVSHIPS 072C, 00A
NAVSEC 6000, 6100, 6101B,
6101C, 6101E, 6105,
6153F
NAVSECSDIEGODIV 6873
NAVSECNORDIV 6603

NAVSECPHILADIV 6700B01, 6712,
6720, 6723, 6760,
6764(4)



B65802