DEPARTMENT OF THE NAVY
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
WASHINGTON, D.C. 20350

5 May 1969

IN REPLY REFER TO
Op-984/alb

DEFENDANT'S EXHIBIT
C/P 77-1-4
NO. A-61

MEMORANDUM FOR THE ASSISTANT CHIEF OF NAVAL OPERATIONS (SAFETY), Op-098

Subj: Meeting on Asbestos Dust Control

1. A meeting, chaired by BUMED was held in Room BD 778 on 28 April 1969 to discuss asbestos dust control at naval shipyards. In attendance were:

| | |
|---|---|
| Captain Rosenwinkel | BUMED |
| LCDR Barboo | BUMED |
| Mr. T. C. Kenney | MAT 046 |
| Mr. E. Cherobrier | NAVSEC |
| Mr. T. Pugliese | NAVSEC |
| Mr. A. Turnbull | Op-098 |

2. The meeting was programmed as follows:

I. Introduction
II. Navy Involvement
III. Shipyard dust control procedures
IV. BUMED recommendations
V. Future considerations.

3. The discussion was substantially the same as reported in a previous memo from Op-984 to Op-098 on the subject of asbestos. Nothing new was brought out in phases I, II, and III. Phases IV and V were more specific than theretofore. BUMED recommended:

a. Required use of approved respirators during rip-out operations and that use be expanded to include all personnel in the dust-contaminated area.

b. That the use of roll asbestos felt be discontinued.

c. That areas where power saws and sewing machines were used be isolated and ventilated and that staples be used more extensively in lieu of sewing.

d. That areas where cement and asbestos were being mixed be ventilated.

e. That pads in pattern cutout be wet wherever possible.

f. That housekeeping be improved to keep the dust down.

B 300132 A 34

4. Discussion on future considerations brought out the following comments, possibilities and problems:

a. So far as possible, ships crews should not be used in asbestos ripout operations. If, and wherever, this is done, all personnel engaged in and nearby the operations be required to wear approved respirators.

b. Some shipyards are allegedly reluctant to issue respirators to ships' crews.

c. Even one heavy exposure to asbestos dust can be injurious.

d. During ripout operations, watches should be minimized. Where watches are necessary, watch standers in the contaminated area should be required to wear respirators. The question was raised, but not answered, as to whether other working parties should be banned from the contaminated area or required to wear respirators.

e. The Navy may have to provide a collection process in cutting and sewing areas. Precipitators may have to be used. Even here, however, there may be escape dust.

f. Special outer clothing and daily laundering may have to be provided. Paper clothing was discussed and the questions of dust penetration and cost were raised. Inquiry into these aspects will be made by NAVSEC.

5. A BUMED letter to NAVSHIPS regarding asbestos dust control was discussed and it was agreed that this could form the basis for immediate interim action until further research and discussion could provide a more satisfactory answer to the problem (Following the meeting, Op-098 sent the BUMED letter, with comments, to Op-098 for endorsement to NAVSHIPS via MAT 046). It was agreed that a NAVSHIPS notice or instruction could affect naval shipyard asbestos operations and penalties for violations of safety rules but that an OPNAV Notice or instruction would be required to affect asbestos operations of ships' crews.

6. A general discussion at the end of the meeting brought out a miscellany of observations:

a. Some chemicals (acids and caustics) packed in asbestos are being shipped by manufacturers. The Navy refuses to accept such packaging.

b. One or more surveys on the asbestos problem is(are) being conducted in private and naval shipyards. The Navy should learn more about this through letters and visits to private yards.

c. Manufacturers and the U.S. Public Health Service should be contacted through letters and visits to determine the availability, characteristics, and efficiency of substitute materials.

B300183

d. Fibered glass, though it causes local irritation, is inert and does not affect the lungs. However, the problem with fibered glass is finding an effective binder which will not cause other adverse physiological reactions.

e. When final decisions are reached, new MILSPECS may be necessary. Instructions must specify the Milspecs to be followed.

7. All conferees agreed to keep in close touch with each other on the asbestos problem until final action is realized. The entire project must be completed and instructions issued by the end of October 1969.

Respectfully,

A. TURNBULL
Director, Shore (Field) Safety

B 300184