# EXHIBIT CC

DEPARTMENT OF THE NAVY
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON, D.C. 20350-2000

IN REPLY REFER TO

OPNAVINST 5100.23F
N45
15 July 2002

OPNAV INSTRUCTION 5100.23F

From: Chief of Naval Operations

Subj: NAVY OCCUPATIONAL SAFETY AND HEALTH (NAVOSH) PROGRAM MANUAL

Ref: (a) SECNAVINST 5100.10H(NOTAL)
(b) OPNAVINST 5100.8G
(c) OPNAVINST 5100.19D(NOTAL)
(d) SECNAVINST 5212.5D(NOTAL)

Encl: (1) Navy Occupational Safety and Health Program Manual

1. Purpose. To affirm the Navy Occupational Safety and Health (NAVOSH) Program for all Navy personnel and implement the following Department of Defense (DOD) instructions:

a. DODI 6055.1 of 19 August 1998, Department of Defense Safety and Occupational Health(SOH) Program (NOTAL)

b. DODI 6055.5 of 10 January 1989, Industrial Hygiene and Occupational Health(NOTAL)

c. DODI 6055.7 of 3 October 2000, Accident Investigation, Reporting, and Record Keeping (NOTAL)

d. DODI 6055.11 of 21 February 1995, Protection of DOD Personnel from Exposure to Radiofrequency Radiation and Military Exempt Lasers [to N454 for action](NOTAL).

2. Cancellation. OPNAVINST 5100.23E and report control symbols OPNAV 5100-15, 5100-19, 5100-16, 5100-17, 5100-20, 5100-18, 5102-9 and 5102-12. This instruction takes precedence over the occupational injury and illness investigation, reporting, and recordkeeping requirements contained within OPNAVINST 5102.1C, Chapters 2, 3, 4, 7, and 9.

3. Discussion. References (a) and (b) provide policy and outline responsibilities for the implementation of the total Navy Safety and Occupational Health Program. The Navy program encompasses all safety disciplines such as aviation safety, weapons/explosives safety, off-duty safety, traffic safety, and occupational safety and health. As the title implies, the NAVOSH program specifically addresses the maintenance of safe and healthful conditions in the workplace or the occupational environment. This instruction covers the implementation of the NAVOSH Program.

4. Action. All levels of command shall implement and manage the NAVOSH Program in compliance with the policies, procedures, actions, and guidance set forth by this instruction. Reference (c) is the implementing document for forces afloat. Reference (d) provides guidance on records disposition and shall be followed by shore and afloat commands. The policies, procedures, and actions prescribed here are published without the necessity for implementing instructions from the Echelon II commands, bureaus, and offices, except where specifically directed. However, commands having significant NAVOSH responsibilities should provide appropriate supplemental guidance.

5. Reports and Forms

a. The following reports are required in this instruction and are approved in accordance with SECNAVINST 5214.2B.

(1) OPNAV 5100-25, Exposure Monitoring Plan, chapter 8, page 8-4, paragraph 0803f(4)(see appendix 8-A)

(2) OPNAV 5100-26, NAVOSH Deficiency Notice, chapter 9, page 9-3, paragraph 0903j (see appendix 9-B)

(3) OPNAV 5100-27, Navy Employee Report of Unsafe or Unhealthful Working Condition, chapter 10, page 10-1, paragraph 1002b (see appendix 10-A)

(4) OPNAV 5100-21, Navy Occupational Safety and Health (NAVOSH) Program Costs, chapter 13, page 13-1, paragraph 1303 (see appendix 13-A)

(5) OPNAV 5100-28, Dispensary Permit, chapter 14, page 14-18, paragraph 1410 (see appendix 14-G)

(6) OPNAV 5100-29, Safetygram, chapter 14, page 14-9, paragraph 1408a(9) (see appendix 14-B)

(7) 1146-DOL-XX, Annual Report of Navy Civilian Occupational Injuries and Illnesses, chapter 14, page 14-17, paragraph 1409a(3) (see appendix 14-F)

(8) OPNAV 5102-11, Safety Investigation Report (SIR), chapter 14, page 14-2, paragraph 1402a (see appendix 14-A)

b. The laser and radio frequency radiation (RFR) exposure reporting requirements are exempted from reports control by SECNAVINST 5214.2B.

c. The following forms are available from the Navy supply system and may be requisitioned per CD ROM NAVSUP P600 (NLL):

| FORM | TITLE | STOCK NUMBER |
|---|---|---|
| DD 2215 (05/96) | Reference Audiogram | 0102-LF-100-2000 |
| DD 2216 (05/96) | Hearing Conservation Data | 0102-LF-105-2100 |
| DD 2272 (02/87) | DOD Occupational Safety and Health Protection Program | 0102-LF-002-2721 |
| DD 2521 (12/88) | Hazardous Material Warning Label | 0102-LF-012-0800 |
| DD 2522 (12/88) | Hazardous Chemical Warning Label | 0102-LF-012-1100 |
| OPNAV 5100/9(10/92) | Dispensary Permit | 0107-LF-015-8300 |
| OPNAV 5102/4(07/94) | SAFETYGRAM | 0107-LF-015-8400 |

d. The following forms are available from the Federal Supply System through normal supply procurement procedures.

| FORM | TITLE | STOCK NUMBER |
|---|---|---|
| SF 600 (5/84) | Chronological Record of Medical Care | 7540-00-634-4176 |
| SF 1164(11/77) | Claim for Reimbursement for Expenditures on Official Business | 7540-00-634-4356 |
| OF 1129(10/86) | Cashier Reimbursement Voucher | 7540-00-634-4319 |

e. OSHA Form 174, Material Safety Data Sheet, is available from the Occupational Safety and Health Administration, Office of Publications, Room S1212, 200 Constitution Ave., N.W., Washington, DC 20210, or from the General Services Administration (GSA) Business Service Centers in Boston, New York, Philadelphia, Atlanta, Chicago, Kansas City, Fort Worth, Denver, San Francisco, Los Angeles, Seattle, and from GSA Specification Sales, Bldg. 197, Washington, DC 20407.

f. The following forms are authorized for local reproduction.

| FORM | TITLE |
|---|---|
| OPNAV 5100/9 (10/92) | Dispensary Permit |
| OPNAV 5100/11 (11/92) | Navy Employee Report of Unsafe or Unhealthful Working Conditions |
| OPNAV 5100/12 (9/92) | NAVOSH Deficiency Notice |
| OPNAV 5100/13 (9/92) | NAVOSH Program Costs |
| OPNAV 5100/14 (10/91) | Exposure Monitoring Plan |
| OPNAV 5100/18 (12/98) | Hazard Abatement Project Request Form |
| OPNAV 5102/4 (10/92) | SAFETYGRAM |
| OPNAV 5102/8 (10/94) | Annual Report of Navy Civilian Occupational Injuries and Illnesses |

| FORM | TITLE |
|---|---|
| OPNAV 5102/10 (2/98) | Advice to Witness |
| OPNAV 5102/11 (2/98) | Safety Investigation Report (SIR) Enclosure Advice to Witness (Promise of Confidentiality) |

g. The following forms are available from the Navy Environmental Health Center (NEHC), 620 John Paul Jones Circle, Suite 1100, Portsmouth, Virginia 23708-2103.

| FORM | TITLE |
|---|---|
| NEHC 5100/13 (6/97) | Industrial Hygiene Air Sample Survey Form |
| NEHC 5100/17 (6/97) | Industrial Hygiene Noise Survey Form |
| NEHC 5100/18 (6/97) | Industrial Hygiene Noise Dosimetry Form |

6. Records Disposition. Apply appropriate records disposition standards of reference (d) to all records generated. To the extent that any disposition standard in this instruction is inconsistent with reference (d), the requirements of reference (d) shall take precedence.

R. D. Reilly, Jr.
By direction

Distribution:
SNDL Part 1 (Operating Forces of the Navy; Unified and Specified Commands; U.S. Elements of International Commands) (less 28, 29, 30, 31, 32, and 36) and Part 2 (less A6 and V) (Shore Activities of the U.S. Navy)

OPNAVINST 5100.23F
15 July 2002

# NAVY OCCUPATIONAL SAFETY AND HEALTH PROGRAM MANUAL

**OPNAVINST 5100.23F**

**NAVY OCCUPATIONAL SAFETY AND HEALTH (NAVOSH) PROGRAM MANUAL**

**TABLE OF CONTENTS**


**CHAPTER 1. INTRODUCTION** ........ 1-1
0101. References ........ 1-1
0102. Definition of Terms ........ 1-1
0103. Background ........ 1-1
0104. Navy Occupational Safety and Health (NAVOSH) Policy ........ 1-2
0105. Applicability ........ 1-3
Chapter 1 References ........ 1-4

**CHAPTER 2. RESPONSIBILITIES** ........ 2-1
0201. Discussion ........ 2-1
0202. Assistant Secretary of the Navy (Installations and Environment (ASN (I&E)) ........ 2-1
0203. Chief of Naval Operations (CNO) ........ 2-1
0204. Headquarters Commands ........ 2-2
0205. Policy Formulation and Implementation ........ 2-2
0206. Specified Support Areas ........ 2-2
0207. Activity Programs ........ 2-5
0208. Individual Civilian and Military Personnel ........ 2-7
Chapter 2 References ........ 2-8
Appendix 2-A DOD Occupational Safety and Health Protection Program ........ 2-A-1
Appendix 2-B Navy Process Review and Measurement System ........ 2-B-1

**CHAPTER 3. ORANIZATION AND STAFFING** ........ 3-1
0301. Discussion ........ 3-1
0302. Organization of Occupational Safety and Health (OSH) Organizations at Headquarters Commands ........ 3-1
0303. Organization, Functional Responsibilities, and Staffing Criteria for Shore Activity OSH Organizations ........ 3-2
0304. Regional Consolidated OSH Organizations ........ 3-6
0305. Organization and Staffing of the Occupational Health Function ........ 3-7
Chapter 3 References ........ 3-12
Appendix 3-A Job Hazard Categories ........ 3-A-1
Appendix 3-B Distribution of Occupational Health Physicians by Rank/Grade Level ........ 3-B-1
Appendix 3-C Suggested Rank/Grade Level Structure for Industrial Hygiene Support ........ 3-C-1
Appendix 3-D Suggested Grade Level Structure for Consolidated Industrial Hygiene Laboratories ........ 3-D-1

**CHAPTER 4. COUNCILS AND COMMITTEES** ........ 4-1
0401. Discussion ........ 4-1
0402. OSH Councils, Committees and Total Quality Leadership Boards Ashore ........ 4-1
0403. Federal Safety and Health Conferences ........ 4-1
0404. NAVOSH Quality Council ........ 4-2
Chapter 4 References ........ 4-3

## TABLE OF CONTENTS

**CHAPTER 5. PREVENTION AND CONTROL OF WORKPLACE HAZARDS** ............... 5-1
0501. Discussion ........................................................................ 5-1
0502. Principles of Hazard Control ........................................................ 5-1
0503. Application of Hazard Control Principles ............................................ 5-3
0504. Development of Hazard Control Recommendations ....................................... 5-5
0505. Occupational Safety and Health Program Self-Assessment and Improvement Plans ......... 5-5
0506. Responsibilities .................................................................... 5-6
Chapter 5 References ..................................................................... 5-8

**CHAPTER 6. TRAINING** ................................................................... 6-1
0601. Discussion ........................................................................ 6-1
0602. Shore Training Programs ............................................................. 6-1
0603. OSH Training for Forces Afloat ...................................................... 6-5
0604. Educational and Reference Materials ................................................. 6-5
0605. Recordkeeping (Shore Activities) .................................................... 6-6
0606. Professional Certification .......................................................... 6-6
0607. Responsibilities .................................................................... 6-7
Chapter 6 References ..................................................................... 6-8
Appendix 6-A Occupational Safety and Health Training Requirements ......................... 6-A-1
Appendix 6-B Hazard Communication Training ................................................ 6-B-1
Appendix 6-C Occupational Safety and Health Administration Courses for OSH Professional Development 6-C-1

**CHAPTER 7. HAZARDOUS MATERIAL CONTROL AND MANAGEMENT (HMC&M)**.... 7-1
0701. Background ......................................................................... 7-1
0702. Responsibilities .................................................................... 7-1
0703. Headquarters Command, Major Claimant, and Program Management Safety and Occupational Health Functions in Support of HMC&M ........................... 7-6
0704. Afloat HMC&M ........................................................................ 7-7
0705. Shore Activities in Foreign Countries ................................................ 7-7
0706. Chemical Hygiene Plans .............................................................. 7-7
0707. Process Safety Management ........................................................... 7-7
Chapter 7 References ..................................................................... 7-7
Appendix 7-A Hazardous Material Information System (HMIS) .................................. 7-A-1

**CHAPTER 8. OCCUPATIONAL HEALTH** ......................................................... 8-1
0801. Discussion ......................................................................... 8-1
0802. Industrial Hygiene .................................................................. 8-1
0803. Occupational Exposure Assessment .................................................... 8-2
0804. Retention and Access Sampling Records (Disposition) ................................. 8-4
0805. Occupational Exposure Registry and Data Bank ........................................ 8-5
0806. Consultative Assistance Teams ....................................................... 8-5
0807. Occupational Medicine Service Program Elements ....................................... 8-5
0808. Medical Records ..................................................................... 8-6
0809. Responsibilities .................................................................... 8-6
Chapter 8 References ..................................................................... 8-7
Appendix 8-A Exposure Monitoring Plan Periodic Industrial Hygiene Reevaluation Frequency Categories ........................................ 8-A-1

**CHAPTER 9. NAVOSH INSPECTION PROGRAM** .................................................. 9-1
0901. Discussion ......................................................................... 9-1
0902. Qualifications for Inspectors ....................................................... 9-1
0903. Workplace Inspections- Shore Activity Level ......................................... 9-2

## TABLE OF CONTENTS

0904. Command Inspections........ 9-3
0905. Oversight Inspections........ 9-3
Chapter 9 References........ 9-4
Appendix 9-A Naval Occupational Safety and Health Inspection Program Organizational Relationships........ 9-A-1
Appendix 9-B NAVOSH Deficiency Notice........ 9-B-1

**CHAPTER 10. EMPLOYEE REPORTS OF UNSAFE/UNHEALTHFUL WORKING CONDITIONS........ 10-1**
1001. Discussion........ 10-1
1002. Hazard Reporting........ 10-1
1003. Appeals........ 10-2
1004. Reports to the Occupational Safety and Health Administration (OSHA)........ 10-3
1005. Responsibilities........ 10-3
Appendix 10-A Navy Employee Report of Unsafe or Unhealthy Working Conditions........ 10-A-1

**CHAPTER 11. INSPECTIONS AND INVESTIGATIONS OF WORKPLACES BY FEDERAL AND STATE OSH OFFICIALS........ 11-1**
1101. Background and Discussion........ 11-1
1102. Federal and State Occupational Safety and Health Inspectors at Contractor Workplaces on Navy Shore Installations........ 11-1
1103. Federal and State Occupational Safety and Health Inspectors at Contractor Workplaces Aboard Navy Ships........ 11-4
1104. Federal Occupational Safety and Health Inspectors of Navy Civilian Workplaces... 11-5
1105. OSHA Targeted Inspections........ 11-7
1106. Overall Information Security Requirements........ 11-8
Chapter 11 References........ 11-8
Appendix 11-A Inspection of Department of the Navy Workplaces by Federal and State OSH Representatives........ 11-A-1

**CHAPTER 12. HAZARD ABATEMENT PROGRAM........ 12-1**
1201. Discussion........ 12-1
1202. Hazard Abatement Processing and Tracking........ 12-1
1203. Interim Controls........ 12-3
1204. Hazard Abatement Project Development........ 12-4
1205. Prioritization of Hazard Abatement Projects........ 12-5
1206. Responsibilities........ 12-6
Chapter 12 References........ 12-6
Appendix 12-A Instructions for Determining Risk Assessment Code (RAC) for Asbestos Projects........ 12-A-1
Appendix 12-B Hazard Abatement Project Request Worksheet........ 12-B-1
Appendix 12-C Instruction for Preparation of the Hazard Abatement Project Request Worksheet........ 12-C-1

**CHAPTER 13. NAVY OCCUPATIONAL SAFETY HEALTH COST DATA........ 13-1**
1301. Discussion........ 13-1
1302. Applicability........ 13-1
1303. Data Requirements........ 13-1
1304. Responsibilities........ 13-2
Appendix 13-A Occupational Safety and Health (NAVOSH) Program Costs OPNAV 5100-21........ 13-A-1

**CHAPTER 14. MISHAP INVESTIGATION, REPORTING AND RECORDKEEPING........ 14-1**
1401. Discussion........ 14-1

TABLE OF CONTENTS


1402. Types of Mishap Investigations .......... 14-1
1403. Mishap Investigation Requirements .......... 14-2
1404. Requirements to Ensure Reporting of All Mishaps .......... 14-3
1405. Mishap Investigation Training .......... 14-3
1406. Collection/Dissemination of Mishap Information for SIRs .......... 14-3
1407. Safety Report Review .......... 14-8
1408. Mishap Reporting Procedures .......... 14-8
1409. Recording of Occupational Injuries and Illnesses of Navy Personnel .......... 14-15
1410. Injury/Illness Treatment (Civilian Employees Only) .......... 14-18
1411. Commanding Officer Review .......... 14-19
1412. Shore Major Mishap Review Board .......... 14-19
1413. Mishap Analyses .......... 14-19
1414. Records Disposition .......... 14-19
Chapter 14 References .......... 14-20
Appendix 14-A Advice to Witness .......... 14-A-1
Appendix 14-B SAFETYGRAM .......... 14-B-1
Appendix 14-C Format for Safety Investigation Report (SIR) .......... 14-C-1
Appendix 14-D Sample Priority Message for Interim Report of Mishaps Requiring a Headquarters Command Investigation .......... 14-D-1
Appendix 14-E Report of Traumatic Injury .......... 14-E-1
Appendix 14-F Annual Report of Navy Civilian Occupational Injuries and Illnesses 14-F-1
Appendix 14-G Dispensary Permit .......... 14-G-1

**CHAPTER 15. RESPIRATORY PROTECTION** .......... 15-1
1501. Discussion .......... 15-1
1502. Applicability .......... 15-1
1503. General Requirements .......... 15-1
1504. Types of Respirators .......... 15-2
1505. Respirator Cartridges and Gas Mask Canisters .......... 15-3
1506. Breathing Air Requirements .......... 15-4
1507. Respirator Selection Considerations .......... 15-4
1508. Medical Evaluations .......... 15-6
1509. Respirator Fit Testing .......... 15-6
1510. Inspection and Cleaning of Respirators .......... 15-6
1511. Respiratory Protection Training .......... 15-6
1512. RPPM Training .......... 15-7
1513. Responsibilities .......... 15-8
Chapter 15 References .......... 15-10
Appendix 15-A Respirator Use Questionnaire .......... 15-A-1

**CHAPTER 16. OCCUPATIONAL SAFETY AND HEALTH STANDARDS** .......... 16-1
1601. Discussion .......... 16-1
1602. NAVOSH Standards .......... 16-1
1603. Alternate Standard Approval .......... 16-2
1604 Application .......... 16-3
Chapter 16 References .......... 16-3
Appendix 16-A Approved NAVOSH Standards from Headquarters Commands Having Technical Cognizance .......... 16-A-1

**CHAPTER 17. ASBESTOS CONTROL** .......... 17-1
1701. Applicability .......... 17-1
1702. Discussion .......... 17-1
1703. Permissible Exposure Limit and Excursion Limit .......... 17-2
1704. Control of Asbestos in the Workplace Environment .......... 17-2
1705. Asbestos Clearance Level Criteria .......... 17-8
1706. Disposal Procedures .......... 17-9

## TABLE OF CONTENTS

1707. Asbestos Management Program Ashore ........ 17-9
1708. Training........ 17-9
1709. Industrial Hygiene Surveillance........ 17-9
1710. Asbestos Medical Surveillance Program (AMSP) ........ 17-10
1711. Work Performed by Private Contractors ........ 17-12
1712. Environmental Protection ........ 17-13
1713. Responsibilities ........ 17-14
Chapter 17 References ........ 17-15
Appendix 17-A Determining Applicability of State and Local Requirements on Asbestos Removal and Disposal ........ 17-A-1
Appendix 17-B Asbestos Training and Certification Requirements Listed by Type of Operation ........ 17-B-1
Appendix 17-C Asbestos Management Program Ashore ........ 17-C-1
Appendix 17-D Information From NESHAP Asbestos Regulations ........ 17-D-1

**CHAPTER 18. HEARING CONSERVATION AND NOISE ABATEMENT........ 18-1**
1801. Discussion ........ 18-1
1802. Hearing Conservation Program Introduction ........ 18-1
1803. Navy Occupational Exposure Limit (NOEL) ........ 18-2
1804. Noise Measurements and Exposure Assessments ........ 18-2
1805. Labeling of Hazardous Noise Areas and Equipment ........ 18-5
1806. Hearing Testing and Medical Evaluation ........ 18-5
1807. Personal Hearing Protective Devices ........ 18-7
1808. Training ........ 18-8
1809. Recordkeeping ........ 18-8
1810. Noise Abatement Program Introduction ........ 18-9
1811. Preventive Measures ........ 18-9
1812. Abatement of Existing Noise Hazards ........ 18-9
1813. Responsibilities ........ 18-10
Chapter 18 References ........ 18-11
Appendix 18-A Hearing Protective Devices ........ 18-A-1
Appendix 18-B Administrative Control of Noise Exposure with Hearing Protective Devices ........ 18-B-1

**CHAPTER 19. SIGHT CONSERVATION ........ 19-1**
1901. Discussion ........ 19-1
1902. Basic Program Requirements ........ 19-1
1903. Occupational Eye Care Services and Equipment ........ 19-1
Chapter 19 References ........ 19-2

**CHAPTER 20. PERSONAL PROTECTIVE EQUIPMENT ........ 20-1**
2001. Discussion and Policy ........ 20-1
2002. Basic Program Requirements ........ 20-1
2003. Equipment Specifications and Requirements ........ 20-2
2004. Eye and Face Protection ........ 20-2
2005. Hearing Protection ........ 20-2
2006. Respiratory Protection ........ 20-2
2007. Head Protection ........ 20-2
2008. Foot Protection ........ 20-2
2009. Hand Protection ........ 20-4
2010. Electrical Protective Devices ........ 20-4
2011. Training ........ 20-4
2012. Responsibilities ........ 20-5
Chapter 20 References ........ 20-5

## TABLE OF CONTENTS

**CHAPTER 21. LEAD** .......... 21-1
2101. Applicability .......... 21-1
2102. Discussion .......... 21-1
2103. Permissible Exposure Limit (PEL) AND action Level Triggering Requirements .......... 21-2
2104. Control of Lead in the Workplace Environment .......... 21-3
2105. Environmental Protection and Waste Disposal Procedures .......... 21-7
2106. Training .......... 21-7
2107. Industrial Hygiene Surveillance .......... 21-8
2108. Employee Notification .......... 21-8
2109. Medical Surveillance Program .......... 21-8
2110. Work Performed by Private Contractors .......... 21-11
2111. Responsibilities .......... 21-11
Chapter 21 References .......... 21-12
Appendix 21-A Required Respirator .......... 21-A-1

**CHAPTER 22. NON-IONIZING RADIATION** .......... 22-1
2201. Discussion .......... 22-1
2202. Policy .......... 22-1
2203. Applicability .......... 22-1
2204. Laser Radiation .......... 22-1
2205. Laser Radiation Policy .......... 22-1
2206. Laser Permissible Exposure Limits (PELs) .......... 22-1
2207. Laser Classification, Labeling, Technical Assistance and Exposure Incidents .......... 22-2
2208. Military Exempt Lasers .......... 22-2
2209. Laser Safety Review Board (LSRB) .......... 22-2
2210. Laser Safety Hazard Control Program .......... 22-3
2211. Medical Surveillance Procedures .......... 22-3
2212. Laser Safety Training .......... 22-4
2213. Other Optical Sources .......... 22-6
2214. Radio Frequency (RF) Electromagnetic Fields (EMF) .......... 22-6
2215. Radio Frequency Ashore and Afloat .......... 22-6
2216. RF Permissible Exposure Limits (PELs) .......... 22-7
2217. RF Measurement and Evaluation .......... 22-7
2218. Safety Certification .......... 22-8
2219. Warning Signs, Labels and Devices .......... 22-8
2220. Research, Development and Acquisition .......... 22-9
2221. RF Safety Training .......... 22-9
2222. Protective Clothing .......... 22-9
2223. Low Frequency and Static Electric and Magnetic Fields .......... 22-9
2224. Video Display Terminals .......... 22-10
2225. Responsibilities .......... 22-10
Chapter 22 References .......... 22-12
Appendix 22-A Laser Classification, Labeling, Warning Signs, Technical Assistance, and Exposure Incidents .......... 22-A-1
Appendix 22-B RF Permissible Exposure Limits for Controlled Environments .......... 22-B-1
Appendix 22-C RFR Hazard Warning Sign, Labels, Exposure Incidents and Technical Assistance .......... 22-C-1

**CHAPTER 23. ERGONOMICS PROGRAM** .......... 23-1
2301. Background and Discussion .......... 23-1
2302. Management Commitment .......... 23-1
2303. Employee Involvement .......... 23-2
2304. Process Review and Measurement .......... 23-2
2305. Job Task Analysis .......... 23-2
2306. Command Assistance .......... 23-3
2307. Hazard Prevention and Control .......... 23-3

## TABLE OF CONTENTS

2308. Ergonomic Training .......... 23-6
2309. Medical Program .......... 23-6
2310. Responsibilities .......... 23-7
Chapter 23 References .......... 23-8
Appendix 23-A Ergonomic Survey Tool .......... 23-A-1
Appendix 23-B Ergonomic Resources .......... 23-B-1
Appendix 23-C Recommended Ergonomic Training .......... 23-C-1
Appendix 23-D Ergonomic Considerations for Shift Workers .......... 23-D-1

**CHAPTER 24. ENERGY CONTROL PROGRAM (LOCKOUT/TAGOUT) .......... 24-1**
2401. Discussion .......... 24-1
2402. General Policy .......... 24-2
2403. Requirements for Contractors or Other Outside Agencies .......... 24-2
2404. Responsibilities .......... 24-2
Chapter 24 References .......... 24-3

**CHAPTER 25. POLYCHLORINATED BIPHENYLS (PCBs) .......... 25-1**
2501. Policy .......... 25-1
2502. Discussion .......... 25-1
2503. Permissible Exposure Limits, Skin Designation .......... 25-1
2504. Control of PCB Exposure in the Workplace Environment .......... 25-2
2505. Medical Surveillance Program .......... 25-3
2506. Environmental Contamination .......... 25-3
Chapter 25 References .......... 25-3

**CHAPTER 26. MAN-MADE VITREOUS FIBERS .......... 26-1**
2601. Discussion .......... 26-1
2602. Applicability .......... 26-1
2603. Exposure Limits .......... 26-1
2604. Control of MMVF in the Workplace .......... 26-1
2605. Disposal Procedures .......... 26-2
2606. Training .......... 26-3
2607. Industrial Hygiene Surveillance .......... 26-3
2608. Man-made Vitreous Fiber Medical Surveillance Program .......... 26-3
Chapter 26 References .......... 26-3
Appendix 26-A Exposure Limits for MMVFs .......... 26-A-1

**CHAPTER 27. CONFINEE SPACE ENTRY (CSE) PROGRAM (NON-MARITIME) .......... 27-1**
2701. Discussion .......... 27-1
2702. Applicability .......... 27-1
2703. Program Management .......... 27-1
2704. Basic Program Elements .......... 27-2
2705. Requirements for Confined Space Entry and Work .......... 27-3
2706. Special Precautions for Specific Operations .......... 27-4
2707. Emergency Rescue Procedures .......... 27-4
2708. Contractor Operations .......... 27-4
2709. Responsibilities .......... 27-5
Chapter 27 References .......... 27-7
Appendix 27-A Confined Space Entry Permit .......... 27-A-1

**CHAPTER 28. BLOODBORNE PATHOGENS .......... 28-1**
2801. Discussion .......... 28-1
2802. Applicability .......... 28-1
2803. Exposure Determination .......... 28-1
2804. Hazard Prevention and Control .......... 28-1

## TABLE OF CONTENTS

2805. Responsibilities ........ 28-1
Chapter 28 References ........ 28-2

**CHAPTER 29. OCCUPATIONAL REPRODUCTIVE HAZARDS** ........ 29-1
2901. Discussion ........ 29-1
2902. Policy ........ 29-1
2903. Control of Reproductive Hazards in the Workplace ........ 29-2
2904. Responsibilities ........ 29-4
Chapter 29 References ........ 29-5
Appendix 29-A Pertinent Reference Information on Pregnancy Employment ........ 29-A-1
Appendix 29-B Occupational Reproductive Chemical Stressor List [A] ........ 29-B-1
Appendix 29-C Workplace Exposures of Reproductive Concern Joint Supervisor's and Worker's Statement ........ 29-C-1

**CHAPTER 30. INDOOR AIR QUALITY MANAGEMENT** ........ 30-1
3001 Discussion ........ 30-1
3002. IAQ Investigation Approach ........ 30-2
3003. Environmental Tobacco Smoke ........ 30-2
3004. Building Design and Maintenance ........ 30-3
3005. Responsibilities ........ 30-4
Chapter 30 References ........ 30-5

**CHAPTER 31. WEIGHT HANDLING SAFETY** ........ 31-1
3101. Discussion ........ 31-1
3102. Program Requirements ........ 31-1
3103. Responsibilities ........ 31-2
Chapter 31 References ........ 31-2

**CHAPTER 32. SAFETY AND OCCUPATIONAL HEALTH AWARDS PROGRAM ASHORE** ........ 32-1
3201. Purpose ........ 32-1
3202. Applicability ........ 32-1
3203. Policy ........ 32-1
3204. Types of Awards ........ 32-1
3205. Action ........ 32-1
Chapter 32 References ........ 32-1
Appendix 32-A Awards Selection Criteria ........ 32-A-1
Appendix 32-B Formulas for Calculation of Mishap Trends ........ 32-B-1

**GLOSSARY** ........ G-1
**INDEX** ........ I-1

# CHAPTER 1

# INTRODUCTION

## 0101. References

Throughout the manual, references applicable to each chapter appear at the end of the chapter.

## 0102. Definition of Terms

See the Glossary at the end of the manual for the definition of special terms used throughout the manual.

This manual uses the words "shall," "will," "must," "should," "may," and "can" throughout. Shall, will, and must are directive in nature and require mandatory compliance. Should is a strong recommendation, but compliance is not required. May or can, when used, are optional in nature, and compliance is not required.

## 0103. Background

a. The Navy has historically maintained safety and health programs to protect its personnel and property. Occupational safety has long been an element of the overall Navy safety program that also includes explosive safety, nuclear safety, aviation safety, traffic safety and off-duty safety. The Chief of Naval Operations (N45) has traditionally managed the occupational safety and health program.

b. The program gained special prominence after passage of the Occupational Safety and Health Act (OSH Act) on 31 December 1970. Although the primary thrust of the OSH Act was directed at the private sector employer, Section 19 of the OSH Act directed Federal agencies to establish and maintain comprehensive and effective Occupational Safety and Health (OSH) programs consistent with the standards issued under Section 6 of the OSH Act.

c. On 26 July 1971, the President signed Executive Order (E.O.) 11612, entitled *Occupational Safety and Health Programs for Federal Employees.* This E.O. stated the Federal government, as the nation's largest employer, has a special obligation to set an example for safe and healthful employment. It directed the head of each Federal department and agency to establish an OSH program in compliance with Section 19 of the OSH Act. Over the next 3 years, many Federal agencies made only moderate progress. Consequently, Congress received considerable criticism for a perceived double standard in OSH requirements between the private sector and Federal agencies. As a result, the President issued E.O. 11807 in 1974, which replaced E.O. 11612 and more clearly defined the scope, requirements, and responsibilities of Federal agency programs. In addition, E.O. 11807 tasked the Secretary of Labor to issue guidelines designed to assist Federal agencies in establishing their programs. The Secretary issued these guidelines on 9 October 1974 as Title 29, Code of Federal Regulations, Part 1960 *Safety and Health Provisions for Federal Employees.*

d. The actions described above still did not satisfy some critics since several Federal agencies questioned the regulatory authority of the Department of Labor (DOL) guidelines (29 CFR

1960). Addressing this issue, on 26 February 1980, the President signed E.O. 12196, *Occupational Safety and Health Programs for Federal Employees,* superseding E.O. 11807.

The Secretary of Labor revised DOL guidelines (29 CFR 1960) on 21 October 1980 and reissued them as *Basic Program Elements for Federal Employee Occupational Safety and Health Programs.*

e. The Department of Defense (DoD) has issued many directives and instructions to implement the Federal guidance outlined above. Prominent among these is reference 1-1 that outlines general DoD policy and procedures for implementation of the OSH Act and the associated E.O., and reference 1-2 that provides more specific guidance for implementation of the basic OSH program elements specified in 29 CFR 1960.

f. Following the provisions of reference 1-1, the Assistant Secretary of the Navy (Installations and Environment) (ASN (I&E)) was appointed as the Designated Safety and Occupational Health Official for the Department of the Navy (DON), with responsibilities outlined in reference 1-3. Reference 1-3 contains policy statements and outlines responsibilities for the implementation of the total safety and occupational health program for the Navy. Reference 1-3 delegates responsibility for managing the Navy Occupational Safety and Health (NAVOSH) program to the Chief of Naval Operations (CNO) who is specifically responsible for the issuance of appropriate implementing directives.

g. This manual implements references 1-1 through 1-3 and provides policy, procedures and guidance for the NAVOSH program.

**0104. <u>Navy Occupational Safety and Health (NAVOSH) Policy</u>**

Navy policy is to provide a safe and healthful workplace for all personnel. The Navy achieves these conditions through an aggressive and comprehensive NAVOSH program fully endorsed by the Secretary of the Navy (SECNAV) and implemented through the appropriate chain of command. The program includes the following features:

a. Compliance with applicable standards

b. OSH inspection of all workplaces by qualified OSH inspectors at least annually

c. Prompt abatement of identified hazards, including elimination or minimization of all hazards through engineering or administrative controls. Where engineering or administrative controls are not feasible, activities shall provide appropriate personal protective equipment (PPE) at government expense. Where hazard abatement resources are limited, activities shall eliminate the most serious problems first. Where unabated serious hazards have not been eliminated, activities shall post appropriate notices to warn employees and define interim protective measures.

d. Procedures for all personnel to report suspected hazards to their supervisors and/or safety and health officials without fear of reprisal

e. Appropriate OSH training for all safety and health officials, supervisory and management personnel, and employees. Activities shall integrate applicable OSH requirements into training programs and technical and tactical publications.

f. Procedures to review, in advance of construction or procurement, the design of facilities, systems, and subsystems to ensure that OSH hazards are eliminated or controlled throughout the life cycle.

g. Thorough mishap investigations and a comprehensive OSH management information system that provides all OSH data required by higher authority

h. Comprehensive occupational health surveillance programs, both medical and industrial hygiene, implemented by qualified personnel

i. Procedures consistent with Office of Personnel Management (OPM) and Navy Personnel Command (COMNAVPERSCOM) directives to measure employee performance in meeting NAVOSH requirements/objectives.

**0105. Applicability**

a. The provisions of this manual apply to all Navy civilian and military personnel and operations worldwide except where responsibility rests with the Commandant of the Marine Corps (CMC), and for those afloat personnel falling under the requirements of reference 1-4. Exceptions also include military-unique equipment, systems and operations; conditions governed by other statutory authorities or interservice support agreements; and conditions governed by international agreements overseas.

b. The provisions of this manual do not apply to Navy contractors, except for the following:

(1) Situations in which the United States, by admiralty law or other law, is responsible for contractor employee injury compensation (for example, for employees working under the Commander, Military Sealift Command (COMSC), (reference 1-4)).

(2) Situations where the Navy exercises statutory authority for safety and health and, as a result, the OSH Act does not directly apply.

c. Where the safety and health of the contractor's employees are affected, the contractor is responsible directly to the DOL's Occupational Safety and Health Administration (OSHA) or appropriate state office where OSHA has approved a state plan.

d. Commanding officers shall apply this manual consistently with the provisions of reference 1-5, other provisions of law providing for collective bargaining agreements and procedures, and any agreements entered into under such provisions. They shall determine matters of official leave for employee representatives involved in activities under this manual by the procedures of reference 1-5 or applicable collective bargaining agreements.

e. Under the statutory authority of the Atomic Energy Act of 1954, Section 309(a) of the Department of Energy Organization Act, and E.O. 12344 of 1 February 1982, the Director of Naval Nuclear Propulsion Program (CNO (N00N)) is responsible for the safety of reactors and associated naval nuclear propulsion plants, and the control of radiation and radioactivity associated with naval nuclear propulsion plant activities, including prescribing and enforcing standards and regulations for these areas as they affect the environment and the safety and health of

workers, operations and the general public. Accordingly, for the above areas, the Naval Nuclear Propulsion Program is exempt from the requirements of this manual. However, for areas other than those described above, such as asbestos controls, machine guarding, etc., the requirements of this manual apply to Naval Nuclear Propulsion Program activities.

f. By the authority of 10 U.S.C. Section 172, explosive safety is exempt from the requirements of this manual. However, this manual does apply to occupational safety and health issues in explosives and ordinance areas, such as the evaluation of exposure to hazardous materials, noise, machine guarding, etc.

g. While the general concepts and provisions of this manual apply to forces afloat, exceptions must be made for military-unique equipment, systems, and operations. Because of differences in organization and operating environment among surface ships, submarines and shore activities (such areas as chain of command relationships, required councils or committees, training and hazard abatement procedures), forces afloat require specifically tailored procedures. Reference 1-4 contains these provisions. The applicable chapter in reference 1-4 is identified at the end of each chapter in this manual.

---

Chapter 1

References

1-1. DoD Directive 1000.3 of 29 Mar 79, Safety and Occupational Health Policy for the Department of Defense (NOTAL)

1-2. DoD Instruction 6055.1 of 19 Aug 98, DoD Occupational Safety and Health Program (NOTAL)

1-3. SECNAV Instruction 5100.10H of 15 Jun 99, Department of the Navy Policy for Safety, Mishap Prevention, Occupational health and Fire Prevention Programs (NOTAL)

1-4. OPNAVINST 5100.19D CH-1 of 30 Aug 01, Navy Occupational Safety and Health (NAVOSH) Program Manual for Forces Afloat (NOTAL)

1-5. P.L. 95-454, Title VII, Civil Service Reform Act, 5 U.S.C. Sections 7101-7135 (1978 Supp.), 13 October 1978

## CHAPTER 2

## RESPONSIBILITIES

### 0201. Discussion

a. The maintenance of a safe and healthful workplace is a responsibility of commands throughout the Navy. A successful Navy Occupational Safety and Health (NAVOSH) program, one that truly reduces work-related risks and mishaps, results only when support and commitment to the program permeate every level of an organization. Within the Navy, the Chief of Naval Operations (CNO) has overall responsibility for the NAVOSH program and implements the program through the chain of command. Line management is responsible for the maintenance of safe and healthful working conditions.

b. This chapter describes the responsibilities at each command level for implementing the NAVOSH program.

### 0202. Assistant Secretary of the Navy (Installations and Environment (ASN (I&E))

ASN(I&E) is the designated safety and occupational health official for the Department of the Navy (DON) which includes the Navy and Marine Corps.

### 0203. Chief of Naval Operations (CNO)

Under reference 2-1, the CNO, in coordination with the Commandant of the Marine Corps (CMC) (concerning safety and occupational health matters of mutual interest), shall:

a. Issue appropriate directives and policies for the NAVOSH program per references 2-1 through 2-3. The Director, Environmental Protection, Safety and Occupational Health Division (N45) is responsible for developing NAVOSH program policy and guidance and issuing NAVOSH standards under references 2-1 through 2-6.

b. Establish, manage and maintain appropriate planning, programming, staffing and budgeting for NAVOSH program implementation.

c. Issue criteria for records maintenance and provide to the Secretary of the Navy (SECNAV) all reports required by references 2-3 through 2-9.

d. Conduct appropriate research and development to preclude occupational exposures degrading an employee's health status or work performance.

e. Ensure acquisition managers comply with the requirements of reference 2-9 and other applicable Federal agency safety and health standards or criteria in the procurement of military systems, subsystems, equipment and related facilities.

f. Maintain the NAVOSH Quality Council.

g. Adopt, develop and issue, as necessary, NAVOSH standards (see chapter 16 on Standards). Coordinate Navy review and input for new and revised occupational safety and health regulations and national consensus standards.

h. Ensure commands comply with applicable Navy regulations and Federal statutes governing the control of classified and sensitive unclassified information. (Refer to chapter 11, section 1106).

**0204. Headquarters Commands**

Headquarters commands are responsible for establishing a comprehensive safety and health program. Section 0302 delineates these duties and responsibilities.

**0205. Policy Formulation and Implementation**

The administration and management of the NAVOSH program is detailed in reference 2-10. Major responsibilities and technical support areas are summarized below.

a. Policy Formulation. The NAVOSH program includes a number of important elements. Responsibilities for policy formulation, program development and direction in each of these are as follows:

(1) NAVOSH Program. The NAVOSH program addresses the maintenance of safe and healthful conditions in the workplace or the occupational environment. It applies to all Navy civilian and military personnel and to operations ashore and afloat. The Director, Environmental Protection, Safety and Occupational Health Division (CNO(N45)) is responsible for developing NAVOSH program policy and guidance and issuing NAVOSH standards under references 2-2 through 2-7. Additionally, CNO(N45) is responsible for program sponsorship of occupational health Navy-wide

(2) Operational Unit Safety

(a) The Director, Submarine Warfare Division (CNO(N77)) is responsible for the safety of submarines, assigned surface ships, deep submergence systems and diving.

(b) The Director, Surface Warfare Division (CNO(N76)) is responsible for the safety of assigned surface ships.

(c) The Director, Air Warfare Division (CNO(N78)) is responsible for naval aviation safety and the safety of assigned surface ships.

(3) Nuclear Propulsion Program Safety. The Director of Naval Nuclear Propulsion program (CNO(N00N)) is responsible for the safety of reactors and associated naval nuclear propulsion plants, and the control of radiation and radioactivity associated with naval nuclear propulsion plant activities per reference 2-11.

(4) Shore Safety. CNO(N45) is responsible for those functional areas of the shore safety program assigned in reference 2-10.

(5) Explosives Safety. CNO(N41) is responsible for the Navy Explosives Safety program including nuclear and conventional weapons.

b. Implementation. Because safety is an inherent responsibility of command, activities shall implement all aspects of the Navy Safety and NAVOSH programs through the chain of command. Echelon Two commanders are responsible for ensuring that the commanders, commanding officers, directors, officers in charge and supervisors at their activities:

(1) Conduct an aggressive mishap prevention program.

(2) Assign safety and health responsibilities to qualified personnel.

## 0206. Specified Support Areas

Reference 2-10 defines programs that support the NAVOSH program. The commanders of the Systems Commands (SYSCOMS), the Chief, Bureau of Medicine and Surgery (BUMED), the Commander, Naval Safety Center (COMNAVSAFECEN) and the Chief of Naval Education and Training (CNET) in coordination with, or at the direction of the respective Office of the Chief of Naval Operations (OPNAV) major program sponsor, shall develop specific procedures and provide instructions for the specified support areas assigned to them in reference 2-10.

a. The Commanders of Headquarters Commands. Reference 2-12 directs the SYSCOM Commanders to provide support consistent with required military capabilities and to ensure that safety and occupational health aspects are considered, designed and engineered into all ships and aircraft, weapons or weapon systems, equipment, materials, supplies and facilities which are acquired, constructed or provided through the SYSCOMs. In so doing, SYSCOM commands shall ensure they apply and comply with system safety engineering and management principles and the provisions in reference 2-9. They shall emphasize the engineering control of known significant occupational health problems, such as noise, asbestos and hazardous chemicals and materials in the overall objective of this effort.

b. BUMED shall:

(1) Provide support to CNO and CMC in all aspects of occupational health, which include occupational medicine (medical treatment and surveillance), industrial hygiene and environmental health, including field support.

(2) Coordinate occupational health actions with cognizant headquarters commands as required.

(3) Assist the headquarters commands, including CNET, in coordinating occupational health training in response to needs and requirements developed in the areas set forth in enclosure (1) of reference 2-13.

(4) Perform appropriate research, development, test and evaluation (RDT&E) in occupational health to determine criteria necessary for establishing personnel exposure limits in naval operational environments.

(5) Maintain a register of personnel occupationally exposed to chemical substances and other hazardous physical or biological stressors.

(6) Act as a clearinghouse for reviewing and disseminating occupational health information and technical guidance for such groups as the American National Standards Institute (ANSI) and the American Conference of Governmental Industrial Hygienists (ACGIH).

(7) Process personnel medical records upon termination of employment, per references 2-5 and 2-6.

(8) Develop a program providing for the periodic occupational health surveillance of both personnel and their working environments, as required by reference 2-4.

(9) Provide for job-related medical support, such as immunizations and emergency medical treatment, per reference 2-4 guidance.

c. COMNAVSAFECEN is responsible for those functional areas of the safety program listed in enclosure (1) to reference 2-10 and shall:

(1) Recommend program objectives, develop procedural guides and prepare supporting implementing directives.

(2) Develop and maintain reporting and recording procedures and systems to provide meaningful statistics concerning accidents, injuries and occupational illnesses for use in evaluating the effectiveness of the programs.

(3) Collect reports and analyze data with special emphasis on cause and trend analysis, and provide results to cognizant commands.

(4) Conduct surveys and investigations as requested by CNO (N45).

(5) Promote the safety program

(6) Maintain a repository of accident, injury, illness and claims data.

(7) Sponsor and coordinate the SECNAV and CNO safety awards.

(8) Provide lessons learned through the accident, injury and illness recordkeeping and reporting systems.

(9) Maintain liaison with the Office of the Judge Advocate General (Navy JAG) in all matters pertaining to the privileged status of accident reports.

(10) Provide management information system (MIS) and automated data processing (ADP) assistance and support to the Naval Inspector General (NAVINSGEN) and the Naval Inspector General Oversight Inspection Unit (NOIU).

(11) Act as a clearinghouse for reviewing and disseminating occupational safety and health information and technical guidance from such groups as ANSI and the National Fire Protection Association (NFPA).

d. CNET. Occupational safety and health (OSH) training and education is an inherent element in each primary and specified program element area. CNET, in coordination with COMNAVSAFECEN and BUMED, shall:

(1) Incorporate OSH educational materials, including applicable provisions of this manual, into the curricula of all appropriate training courses.

(2) Provide specialized OSH training and education to military and civilian personnel as required to support the overall program per reference 2-13.

(3) Prepare and distribute audiovisual aids and other training materials for use in local command OSH training programs.

(4) Serve as the central source for delivery and dissemination of information on OSH training courses.

e. The Naval Inspector General (NAVINSGEN). NAVINSGEN coordinates the oversight inspection program aspects of the NAVOSH program and conducts oversight inspections of Navy shore activities. NAVINSGEN shall apprise higher authorities of program effectiveness determined by the oversight inspection program. NAVINSGEN shall maintain close liaison with the NAVOSH Program Manager, who is the Director, Environmental Protection, Safety and Occupational Health Division (N45). NAVINSGEN will support the NAVOSH Quality Council's implementation of the NAVOSH Strategic Plan. This effort will include use of the Process Review and Measurement System (PR&MS) to determine NAVOSH program continuous improvement actions and cost avoidance initiatives at the activity level. NAVINSGEN shall also maintain close liaison with the President, Board of Inspection and Survey (PRESINSURV) and with cognizant OPNAV sponsors (N4, N45, N76, N77 and N78).

f. President, Board of Inspection and Survey (PRESINSURV). President, Board of Inspection and Survey (PRESINSURV) is responsible for oversight inspections for forces afloat. The effectiveness of the afloat NAVOSH program shall be assessed, as well as the status of corrective actions recommended in prior NAVOSH-related surveys and/or reports. PRESINSURV will maintain close liaison with NAVINSGEN for matters of common interest and with the cognizant OPNAV sponsors (N4, N45, N76, N77, and N78).

## 0207. Activity Programs

For shore activities and commands, commanders, commanding officers, directors and officers in charge shall:

a. Implement PR&MS developed by the CNO NAVOSH Quality Council and contained in appendix 2-B. Conduct an aggressive, continuing OSH program that is integrated throughout the activity and post and disseminate program information to all personnel.

b. Issue an OSH policy statement adopting and enhancing/expanding the NAVOSH policy established in Section 0104. Issue a new policy statement within 3 months after assumption of command, disseminated to all personnel. Activities shall accomplish this by posting the policy statement on all official bulletin boards and by other means as appropriate, such as publication in base newspapers, new employee indoctrination, safety videotapes, etc. The policy statement shall reflect the commander's commitment to OSH and to programs that prevent or minimize occupational mishaps.

c. Organize, staff, and maintain an OSH office as required by chapter 3. Regional OSH offices shall be established in accordance with paragraph 0304.

d. Ensure all personnel are fully aware of their obligations and personal responsibilities to the OSH program. Establish clear lines of accountability.

e. Establish OSH councils and committees at appropriate command levels per chapter 4 of this manual. Chair the council, or ensure it is chaired by the executive officer or equivalent, and ensure minutes are issued and maintained.

f. Establish and maintain liaison between the local OSH office and other DoD activities for coordination of specialty functions such as medical, fire, security, etc.

g. Ensure compliance with the mishap investigation reporting procedures of chapter 14. Review lost time mishaps or ensure they are reviewed as stated in section 1411. Fully investigate all mishaps and take appropriate corrective action. Provide timely reports of findings and actions to NAVSAFECEN.

h. Ensure that all workplaces are inspected at least annually or more frequently based on the level of risk (see chapter 9).

i. Establish a hazard abatement program as required by chapter 12.

j. Establish procedures to protect all Navy personnel from coercion, discrimination, or reprisals for participation in the NAVOSH program. Ensure that employees are aware that they may file, through their appropriate grievance processes, allegations of reprisals for having filed a complaint of unsafe or unhealthy working conditions.

k. Provide employees and their representatives with access to exposure and medical records per chapter 8.

l. Develop procedures consistent with Office of Personnel Management (OPM), Naval Personnel Command and PR&MS directives to measure and recognize superior and deficient OSH performance. Performance evaluations shall include personal accountability consistent with the duties of the position and the PR&MS. Include recognition of superior performance or conversely deficient performance, as appropriate.

m. Establish NAVOSH education and training programs per chapter 6.

n. Coordinate occupational health and industrial hygiene field support with the cognizant

medical command per chapter 8.

o. Ensure compliance with applicable Navy regulations and Federal statutes governing the control of classified and sensitive unclassified information (refer to section 1106).

p. Establish a comprehensive NAVOSH self-assessment program for the command per chapter 5.

q. Ensure that senior management, middle management and first line supervision support the OSH program to the extent of their authority and responsibility by:

(1) Setting the example for subordinates

(2) Promptly correcting recognized hazards

(3) Clearly defining and assigning individual OSH responsibilities to subordinates

(4) Documenting OSH performance in evaluation of subordinates in consonance with section 0207.l

(5) Ensuring employees receive appropriate OSH training, participating in OSH committees or meetings, and conducting stand up OSH meetings where required

(6) Conducting or participating in worksite inspections, including those made by the activity OSH personnel

(7) Encouraging safety awareness through incentives and awards programs

(8) Receiving training appropriate to their level of responsibility and authority, per chapter 6. NAVOSH orientation training does not need to be repeated with subsequent assignments to other levels of management unless significant OSH-related changes have occurred.

(9) Acquiring, maintaining and requiring the use of approved personal protective equipment, approved safety equipment and other devices necessary to protect employees

(10) Encouraging a free flow of information and ideas from employees on methods of improving the safety of their workplaces, work practices and work processes. Developing a reward process for outstanding safety contributions.

r. Review all OSH citations and findings from external authorities (i.e., Occupational Safety and Health Administration (OSHA), NAVINSGEN and internal sources), as warranted, to ensure the underlying causes of the problems are identified and that corrective actions address the underlying causes and not merely the symptoms

s. Develop and implement cross-reference linkage among employment records, medical records and industrial hygiene surveillance data.

t. Ensure that personnel are aware of the formal procedure for processing written reports of unsafe or unhealthy working conditions per chapter 10. Commands shall include provisions to preserve the individual anonymity of those reporting unsafe conditions when requested. The reporting procedures should encourage employees to make beneficial suggestions as a positive means of correcting potential hazards.

u. Ensure support of Field Federal Safety and Health Councils and coordinate mutually beneficial accident prevention and safety programs with local communities to the maximum extent feasible and per applicable laws and regulations.

v. Designate appropriate officials to consult with representatives of labor organizations recognized under reference 2-14 with respect to the OSH program.

w. State the location(s) where personnel can review copies of the NAVOSH standards, records of safety and health committees and their actions and recommendations, the activity hazard communication plan, and documentation on the command/activity/unit OSH program (shore only).

x. Make available a copy of the activity's annual summary report of occupational injuries and illnesses for the preceding year. Post this summary no later than 45 days after close of the fiscal year, for at least 30 days. In addition to posting, activities may publish it in appropriate written media, such as the activity's newspaper.

y. Post form DD 2272, Department of Defense Occupational Safety and Health Protection Program (appendix 2-A) in prominent locations such as all official bulletin boards (shore only).

z. Establish local agreements to clearly define the respective roles and responsibilities of the BUMED/non-BUMED industrial hygienists, when, where appropriate, due to the nature and complexity of local operations, non-medical activities have established industrial hygiene staffs to assist in implementation of the activity's OSH program.

**0208. <u>Individual Civilian and Military Personnel</u>**

Commands can only achieve safe and healthful workplaces through the full participation and cooperation of all employees. Accordingly, each employee shall:

a. Comply with NAVOSH standards and all applicable rules, regulations and orders issued under this manual. Violators of NAVOSH regulations or instructions are subject to disciplinary action prescribed in Civilian Personnel Instruction (CPI) 752 (NOTAL) or the Uniform Code of Military Justice. The command shall also consider such actions in personnel performance evaluations (refer to section 0207.l).

b. Report observed workplace hazards following procedures outlined in chapter 10.

c. Immediately report to his/her supervisor injuries or occupational illnesses or property damage resulting from an accident.

---

## Chapter 2

## References

2-1. SECNAVINST 5100.10H of 15 June 99, Department of the Navy Policy for Safety, Mishap Prevention, and Occupational Health and Fire Protection Programs (NOTAL)

2-2. DoD Instruction 6055.1 of 19 Aug 98, DoD Safety and Occupational Health (SOH) Program (NOTAL)

2-3. DoD Directive 1000.3 of 29 Mar 79, Safety and Occupational Health Policy for the Department of Defense (NOTAL)

2-4. DoD Instruction 6055.5 of 10 Jan 89, Industrial Hygiene and Occupational Health (NOTAL)

2-5. SECNAVINST 5212.5D of 22 Apr 98, Navy and Marine Corps Records Disposal Manual

2-6. DOD Instruction 6055.7 of 3 Oct 00, Accident Investigation, Reporting and Record Keeping (NOTAL)

2-7. SECNAVINST 5211.5D of 17 Jul 92, Department of the Navy Privacy Act (PA) Program

2-8. SECNAVINST 5720.42F of 6 Jan 99, Department of the Navy Freedom of Information Act (FOIA) Program (NOTAL)

2-9. DOD Military Standard 882C of 19 January 93, System Safety Program Requirements (NOTAL)

2-10. OPNAVINST 5100.8G of 2 July 86, Navy Safety and Occupational Safety and Health Program

2-11. Executive Order 12344 of 1 Feb 82, Naval Nuclear Propulsion Program (NOTAL)

2-12. OPNAVINST 3500.39A of 26 Apr 00, Operational Risk Management (ORM) (NOTAL)

2-13. Navy Occupational Safety and Health and Hazardous Material Control and Management Navy Training Plan (NTP S-40-8603D) (NOTAL)

2-14. Title 5, United States Code, Chapter 71 (Supp.11 1979) (NOTAL)

## Appendix 2-A
## DOD Occupational Safety and Health Program

**DEPARTMENT OF DEFENSE**
**SAFETY AND OCCUPATIONAL HEALTH PROTECTION PROGRAM**

**The Occupational Safety and Health Act of 1970, Executive Order 12196 and 29 CFR 1960 require the heads of Federal agencies to establish programs to protect their personnel from job safety and occupational health hazards.**

1. The Department of Defense (DoD) designated agency safety and occupational health official is the Assistant Secretary of Defense (Force Management and Personnel).

2. The ______________________ designated safety and occupational health official is:
(DoD Component)

______________________,
______________________ ______________________.
(Title) (Address)

3. The ______________________ safety and occupational health designee is:
(Name of Installation/Facility)

______________________,
______________________ ______________________.
(Name) (Title)

4. The ______________________ safety point of contact is:
(Name of Installation/Facility)

______________________, ______________________.
(Name) Telephone Number)

5. The ______________________ occupational health point of contact is:
(Name of Installation/Facility)

______________________, ______________________.
(Name) Telephone Number)

______________________ **HAS THE RESPONSIBILITY TO:**
(Name of Installation/Facility)

1. COMPLY with the applicable Occupational Safety and Health Administration (OSHA)/DoD/DoD Component safety and occupational health standards.
2. SET UP PROCEDURES for submitting and responding to employee reports of unsafe and unhealthful working conditions.
3. ACQUIRE, MAINTAIN, AND REQUIRE the use of approved personal protective equipment and safety equipment.
4. INSPECT ALL WORKPLACES with participation by civilian employee representatives to identify potential hazards.
5. ESTABLISH PROCEDURES to assure that no worker is subject to restraint, interference, coercion, discrimination, or reprisal for exercising his/her rights under the DoD safety and occupational health program.
6. POST NOTICES of unsafe or unhealthful working conditions found during inspections.
7. ASSURE PROMPT ABATEMENT of hazardous conditions. Workers exposed to the conditions shall be informed of the abatement plan. Imminent danger corrections must be made immediately.
8. SET UP A MANAGEMENT INFORMATION SYSTEM to keep records of occupational accidents, injuries, illnesses and their causes; and to post annual summaries of injuries and illnesses for a minimum of 30 days at each installation/facility.
9. CONDUCT SAFETY AND OCCUPATIONAL HEALTH TRAINING for management, supervisors, workers and worker representatives.

**DOD PERSONNEL HAVE THE RESPONSIBILITY TO:**

1. COMPLY with all applicable OSHA/DoD/DoD Component safety and occupational health standards
2. COMPLY with
______________________
(Name of Installation/Facility)
policies and directives relative to the safety and occupational health program.
3. USE personal protective equipment and safety equipment provided by your installation/facility.
4. REPORT hazardous conditions, injuries, illnesses, or other mishaps promptly to your supervisor or to the safety or occupational health point of contact for your installation/facility.

**DOD PERSONNEL AND CIVILIAN EMPLOYEE REPRESENTATIVES HAVE THE RIGHT TO:**

1. HAVE ACCESS to applicable OSHA/DoD/DoD Component standards, installation/facility injury and illness statistics, and safety and occupational health program procedures.
2. COMMENT on alternate standards proposed by DoD/DoD Component.
3. REPORT AND REQUEST INSPECTIONS OF UNSAFE AND UNHEALTHFUL WORKING CONDITIONS to appropriate officials who include, in order of preference, the immediate supervisor, the safety or occupational health point of contact, the safety and occupational designee for your installation/facility, 3. (Continued) for your DoD component, the safety and occupational designee for DoD, and the Secretary of Labor. However, the Secretary of Labor encourages personnel to use DoD procedures for reporting hazardous conditions as the most expeditious means to achieve abatement. The hazard report form provided by your installation/facility should be used for this purpose. Anonymity, when requested, is assured.
4. PARTICIPATE in the installation/facility safety and occupational health program. Civilian workers shall be authorized official time to participate in the activities provided by the DoD safety and occupa-

| | |
|---|---|
| the installation/ facility commander, the safety and occupational health designee | tional health program. |
| **OTHER INFORMATION:** 1. When the safety or occupational health point of contact for your installation/facility is notified by a worker of a hazardous worksite condition, he/she will ensure an inspection of the work-site and he/she will report the results of the inspection in writing to the worker making the report. 2. Inspector General channels may be used to investigate com-plaints from either DoD civilian or military personnel concerning alleged acts of discrimination or reprisal due to participation in safety and occupational health activities. For DoD civilian personnel, allegations of reprisal may also be initiated by them | 2. (Continued) in accordance with applicable appeal procedures, or administrative or negotiated grievance procedures. 3. For further information about the installation/facility safety and occupational health program, procedures, standards, committees, Federal laws, or other related matters, contact the safety or occupa-tional health point of contact for your installation/facility as noted on this poster. 4. How well you carry out your safety and occupational health re-sponsibilities will be an important factor in the success of the pro-gram. |

**DD FORM 2272, NOV 2000** PREVIOUS EDITION MAY BE USED.

## Appendix 2-B

## NAVY PROCESS REVIEW AND MEASUREMENT SYSTEM

### #1 THE MISHAP PREVENTION PROCESS MODEL
(30% OF OVERALL RATING)

**Mishap Prevention** - actions taken to identify and control unacceptable risks.

1. Compile/Report Mishap and Hazard Data
   - Mishap reports
   - FECA data
   - Exposure assessments
   - Medical surveillance
   - Reported hazards
     - Workers
     - Management
     - OSH staff
     - External agents
     - Literature

2. Analyze Mishap/Hazard Data
   - Frequency
   - Severity (human costs, dollar costs, mission impact)
   - Exposure potential
   - Location
   - Responsibility
   - Type
   - Trends
   - Patterns
   - Any anomaly

3. Analyze Significant Processes/Areas (Various approaches may be employed - Preliminary Hazard Analysis, Systems Safety Review, Job Safety Analysis, Process Safety Analysis, less formal approaches, etc., as appropriate for processes analyzed)
   - Hazards
   - Causes
   - Responsibilities
   - Control alternatives

4. Report Key Data/Analysis to Process Owner

5. Process Owners Review Reports

**The Mishap Prevention Process Model** - (continued)

6. Identify/Consider Potential Controls
   - Administrative/Programmatic
   - Engineering
   - Process
   - Training
   - PPE
   - Procedural
   - Product substitution

7. Conduct Relative Value Assessment
   - Loss potential
   - Cost
   - Expected benefit
   - Morale implications
   - Feasibility
   - Customer acceptance
   - Public image
   - Labor/management implications

8. Select Alternative(s)
   - Select control(s)
   - Do nothing
   - Prioritize implementing actions

9. Implement Control (s)
   - Issue policy
   - Issue procedures
   - Install barriers
   - Modify facilities/equipment
   - Modify procedures
   - Conduct training
   - Utilize new product

10. Assess Impact of Controls
    - Review data
    - Inspect process/worksite
    - Solicit customer feedback
    - Compare results to expected benefits

11. Modify Control(s) As Needed
    - Select alternative control(s)
    - Modify existing control(s)
    - Eliminate control(s)

**Performance Measures for the Mishap Prevention Process**

1. Mishap Rates - the mishap rate chosen to measure Mishap Prevention performance is the Injury/illness Incidence Rate (IIR), defined as follows:

- IIR = (A X 200,000)/M + C
  - A = total injuries/occupational illnesses including fatalities, lost/no-lost time cases, first aid cases reported on Form OPNAV 5102/7 (Log of Navy Injuries and Occupational Illnesses)
  - M = the command's military personnel and strength for the reporting period multiplied by 2,000 (Note: 2,000 is the appropriate multiplier only when an annual IIR is being calculated. This multiplier should be adjusted up or down in proportion to the time period in question for any IIR calculations for time periods other than annual. For example, use 1,000 for a 6-month IIR, use 10,000 for a 5-year IIR)
  -
  - C= civilian staffing multiplied by 2000 or the total man hours worked by civilian employees of the command during the reporting period, as provided by the Comptroller
- The IIR score is derived as follows:
  0.3(100-IIR)=IIR Score

2. Quality Assessment of Command Mishap Prevention Program

Evaluate the command's Mishap Prevention performance by assessing its implementation of specific elements of the Mishap Prevention process model. The process model elements recommended for evaluation, and proposed evaluation methods, are provided below:

- Compile/Report Mishap and Hazard Data -

  1. Is appropriate mishap and hazard data compiled?
     -Injuries/illnesses
     - Property damage cases
     - Stressor exposure
     - Safety hazards
     - Near misses

- A list of possible sources from which the evaluator may gather actual mishap and hazard data for comparison purposes includes:

  1. Clinic logs
  2. Material property damage reports (OSH office)
  3. FECA tables
  4. JAG reports

5. NAVFAC property loss reports
6. Property accountability reports (Controller)
7. Crane accident reports
8. Ships' CAS reports
9. Inspection Reports
10. Employee Hazard Reports (EHR)
11. Abatement logs
12. Industrial hygiene reports

(Evaluate by taking a sample of mishaps/hazards from the above data sources and then confirming the consideration of those mishaps/hazards in the mishap prevention process. Numerical values should then be assigned to this element, based on the number of sample mishap and hazard items actually included in command mishap prevention analysis databases.)

- Analyze Mishap/Hazard Data and Significant Process Areas

1. Do the analyses:

- Occur at an appropriate frequency?
- Provide data at appropriate levels of management responsibility?
- Identify the most frequent and/or severe risks?
- Provide a valid comparison of current performance versus expected/historical performance?
- Provide useful recommendations for performance improvement?
- Provide other useful analysis not listed above?

- Process Owner Response to Analyses

1. Characterize process owner response to reports of mishap analyses as one of the following:

- Unsatisfactory awareness of/response to analyses reports
- Satisfactory awareness of/response to analyses reports
- Takes additional internal analysis/action beyond that suggested by analyses reports

(Evaluate by personal interview with selected process owners, review of process owner documentation, and field confirmation of actions claimed (where appropriate)).

## #2 THE REGULATORY COMPLIANCE PROCESS MODEL
(20% OF OVERALL RATING)

**Regulatory Compliance** - conformance to NAVOSH requirements

1. Determine Regulatory Requirement
   - Review regulations
   - DoD/Navy directives
   - Military exclusions
   - Review, determine if changes needed
   - Legal considerations
   - Regulatory interface
   - Community relations

2. Develop Compliance Strategies
   - Training requirements
   - Feasibility
   - Medical impact
   - Prioritization
   - Time frame for implementation
   - Consequences on non-compliance
   - Difference between new and current requirements
   - System safety review

3. Identify and Provide Resources
   - Organizational structure
   - Cost determination
   - Budgeting
     - Internal
     - Customer cost
   - Facility requirements

4. Execute Compliance Strategy
   - Communicate requirements
     - Training

5. Monitoring
   - Documentation
   - Data analysis
   - Report compliance status
   - Feedback
   - Initiate improvement efforts
   - Confirmation of corrective action

**Performance Measures for the Regulatory Compliance Process**

- NOIU/NAVOSH Inspection results

**#3 THE SUPERVISION PROCESS MODEL**
(20% OF OVERALL RATING)

**Supervision** - those actions taken to plan, organize, direct, oversee and evaluate the activities of subordinates and Command personnel to safely accomplish work

The Supervision Process Model incorporates three different but complementary/interrelated components.

**Component #1** - Sequential actions/steps associated with the accomplishment of specific jobs/tasks by subordinates.

1. Analyze Tasks
   - Identify hazards
     - Physical (mechanical, heat, vibration, noise, location, radiation, etc.)
     - Chemical (hazardous materials)
     - Biological (disease)
   - Evaluate hazards
     - Identify personnel at risk
     - Consult involved employees
     - Consult peers/managers
     - Review technical documentation
     - Consult professional staff
     - Draw upon personal knowledge/experience
   - Identify measures needed to control/eliminate hazards
     - Engineering
     - Administrative
     - PPE
   - Identify OSH compliance requirements
     - Navy
     - OSHA
     - Local documents
     - NAVOSH
   - Determine required personal qualifications
     - Training
     - Physical/medical
     - Experience

2. Organize to Safely Accomplish Tasks
   - Select qualified personnel
   - Determine work sequence
   - Coordinate with support organizations

3. Direct the Accomplishment of Tasks
   - Communicate objectives to assigned personnel
     - Schedule
     - Interface with other operations

- Location
- Problem reporting
- Assign jobs within the task
- Provide job training
  - Verbal
  - Written
  - Discuss potential hazards
  - Discuss compliance

4. Evaluate Task Performance
   - Observe workers
   - Identify process variance
   - Enforce proper implementation of controls
   - Receive feedback
     - From employees
     - From related organizations
     - From customers (internal/external)
   - Assess efficiency of controls

5. Adjust Process As Required

**Component #2** - Continuing actions to evaluate the overall performance of personnel over time.

1. Determine General Expectations For Work Unit
   - Injury/illness prevention
   - Process improvement
   - Cost avoidance initiatives

2. Set Performance Standards Both Verbally and In Writing
   - Objective/quantifiable
   - Measure behavior, not results, at lower levels in the
   - Organization
   - Use subordinates' performance as factor for supervisors
   - Measure positives as well as negatives

3. Acquire Information Needed To Assess Performance
   - Inspections
     - Supervisor
     - OSH staff
     - IH surveys
   - Process reviews
   - Mishap data/information
   - Employee self-assessment
4. Assess Performance Against Standards

5. Discuss With Employee

- Strengths
- Weaknesses
- Improvement strategy

6. Document Final Assessment

7. Initiative Reward/Remedial Actions as Appropriate

**Component #3** Integration of OSH throughout the Command assess how proactively Command HQ, Command, upper management, supervisors and employees integrate and involve OSH into core business processes.

1. Review requirements

2. Scope of involvement
   - meetings/councils/training/strategic planning

3. Level of interface CO has with
   - upper management, middle mgmt., workforce and unions
   - Assess if Command has an informal CO/Upper Mgt. walk-through of workspaces

4. Command awareness of compensation costs, property damage assessments, mishap rate reductions, etc.

5. Assess upper Echelon strengths, and support/guidance

6. Determine command climate and philosophy related to OSH

7. Evaluate customer/command feedback systems

8. Reduction in accidents due to awareness or improved procedures

9. Determine ownership of processes

**Performance Measures for The Supervision Process**

1. Presence of OSH Elements in Performance Standards (% coverage and quality of standards) - the following should be used to evaluate the presence of OSH elements in performance standards.

- Is OSH addressed?
- Do the standards address communication of OSH information and expectations to members of the work unit?
- Is performance monitored to determine if OSH requirements and expectations are met
- Do the standards address actions to be taken to improve the OSH performance of the work unit?
- Do the standards require the establishment of OSH standards for all members of the work unit?

(Where commands utilize self-directed work teams in lieu of traditional supervisors, performance standards adopted by self-directed work teams will be evaluated)

2. Assessment of Employee Understanding of OSH Expectations

- Is employee properly using appropriate PPE for the work?
- Can the employee demonstrate an awareness of hazards in the work area, and hazard control measures?
- Is the employee using OSH resources available to report/address hazards (e.g. supervisor, OSH staff, safety committee, EHR, etc.)?

(Evaluate by field observation and interviews of randomly selected employees who perform work operations which expose them to significant potential hazards.)

2. Assessment of OSH Integration Initiatives or Improved Outcome Measures:

- Is higher echelon providing OSH guidance?
- Has the activity asked the next Echelon for guidance (on PR&MS)?
- Is there active OSH interchange of information within the chain (both above and below)?
- Does CO's immediate staff show knowledge of OSH issues?
- Does CO review OSH related reports (i.e., program costs, incident rates, compensation costs)?
- Has Cmd. suite attended OSH training with subordinates or peers?
- Has Cmd. and upper mgt. shown buy-in and open support of the OSH program?

## #4 THE TRAINING PROCESS MODEL
(15% OF OVERALL RATING)

**Training** - conveyance of information to enable personnel to carry out their personal responsibilities safely and in compliance with applicable NAVOSH regulations.

1. Identify Requirements and Needs

- Explicit
  - Required by regulations
  - Required by directives
  - Individual development plan
- Implicit
  - Lessons learned
  - Process improvements
  - Process changes
  - Needed to execute work
  - Labor/management/customer relations
- Type
  - Initial
  - Refresher
  - Job qualification
  - Awareness
- Timing/frequency
  - Before assignment
  - Annual
  - Monthly
  - Other
- Recordkeeping

2. Identify Audience
- Upper-level management
- Mid-level management
- Supervisor
- Worker
  - New
  - Journeyman
  - New assignment
- Customer
  - Tenants
  - Contractors
  - Visitors
- Labor organizations

3. Develop Specific Information to be Delivered
    - Relate to each target audience
    - Limit to applicable requirements for each target audience

4. Identify Media
    - Lesson plans
    - Classroom
    - On-the-job training
    - Programmed instructions
    - Videotape
    - Correspondence courses
    - Interactive computer assisted
    - Stand-up/tailgate meetings
    - Other

5. Assemble Resources Needed to Provide Training
    - Funding
    - Time
    - Media
    - Facilities
    - Qualified instructor

6. Deliver Training
    - Schedule
    - Provide
      - NSETC
      - OSHA
      - College
      - On-the-Job training
      - On-Site training
      - Job training
      - Rate training
      - Correspondence courses
      - Stand-up/tailgate meetings
    - Track completion

7. Evaluate Effectiveness
    - Work site observations
    - Retention testing
      - Short-term
      - Long-term
    - Mishap rate for target accident type
    - Student critique
    - Other feedback
      - OSH office

- Labor organizations
- Managers

8. Modify Training as Required

**Performance Measures for the Training Process**

1. Matrix Match Against Requirements

- Compile Data Sources
  - Industrial hygiene surveys
  - Military manning documents
  - Command mission/function statements
  - Command mishap experience
  - Command occupation physical qualification statements
  - Etc.

- Determine the following:
  - Does a formal OSH Training Plan exist?
  - Would execution of the plan ensure delivery of all required training?
  - Would execution of the plan ensure delivery of appropriate specific hazard recognition and control training?
  - Is course content documented by formal lesson plans that are approved by appropriate OSH/technical personnel?
  - Is training executed in accordance with the plan?
  - Is the training provided evaluated in terms of:
    1. Appropriateness of course content?
    2. Instructor effectiveness?
    3. Behavior of trainees in the workplace?
    4. Are evaluation results used to improve training?

2. Employee Interface/Challenges

- Compile Data Sources
  - Industrial hygiene surveys
  - Military manning documents
  - Command mission/function statements
  - Command mishap experience
  - Command occupation physical qualification statements
  - Etc.

- For Target Processes/Occupations, Determine if:
  - Employees are accomplishing their work in a safe manner.
  - Employees are aware of job hazards and OSH requirements.
  - Employees are complying with regulatory requirements pertinent to their job assignment.
  - Employee failures are due to: ***
    1. Inadequate training.

2. Employee failure to comply with known requirements.
3. Other factors. (Lack of tools, time, etc., needed to perform work)

- Employee successes are due to: ***
  1. Effective training.
  2. Knowledge/experience not attributable to the command's training program.
  3. Other factors. (Close supervision, reward system, peer pressure, etc).

*** NOTE: For these items, if the failure/success is due to training, utilize the employee observation/interview results to evaluate the TRAINING key process. If the failure/success is due to other (non-training) factors, utilize the employee observation/interview results to support the evaluation of another appropriate key process.

(Evaluate by identifying several appropriate occupations within the command, then observing/interviewing randomly selected employees within each identified occupation or process.)

## #5 THE SELF-ASSESSMENT PROCESS MODEL
(15% OF OVERALL RATING)

**Self-Assessment** - a comprehensive internal evaluation of how an OSH program meets the requirements of its internal/external customers.

1. Identify Program Elements to be Evaluated

- Mishap Prevention
  - Mishap investigation
  - Risk assessment
  - Hazard abatement
- Adequacy of resources (internal/external)
  - OSH staff
  - Funding
  - Medical/HRO support
  - PWC support
  - FISC support
  - Other
- Supervision
  - Management involvement/example
  - Performance evaluation
- Personnel participation
  - Worker input mechanisms
  - Union involvement
  - PPE use
- Training
  - Formal
  - Informal
  - Communication
- Regulatory Compliance
  - All applicable regulations
  - Deficiency abatement
- Injury Cost Control
- Customer Focused Support (OSH support commands only)

2. Develop Assessment Plan for Each Element

- Develop assessment strategy
- Identify element customers and customers needs
- Identify element performance criteria and indicators
- Develop assessment tools/procedures
- Develop assessment schedule
- Determine reporting mechanisms and who receives reports

**The Self-Assessment Process Model** – (continued)

- Identify and provide for resources needed to assess
  - People
  - Data
  - Time
  - Technical competence

3. Conduct Assessment of Each Element
   - Conduct/Compile information
   - Analyze
     - Trends
     - Patterns
     - Causes
     - Priorities
     - Actual observed performance vs. desired performance
   - Develop conclusions/recommendations
   - Prepare/submit reports
     - Documentation as required by regulations
     - Reports to appropriate responsible persons

4. Adjust/Improve Self-Assessments
   - Obtain/Evaluate customer feedback
   - Develop improvements
   - Implement Improvements
   - Advise customers of change

**Performance Measures for the Self-Assessment Process**

1. Quality assessment of Command Self-Assessment Program
   - Has the command established a formal self-assessment process?
   - Is a self-assessment of each key NAVOSH process, adequacy of resources, and personnel participation conducted annually
   - Does the self-assessment include a data-driven analysis of key NAVOSH process trends/patterns?
   - Does the self-assessment identify/quantify the actions and resources needed to correct process deficiencies?
   - Does the self-assessment drive process improvements?
   - Does the self-assessment identify further process improvement opportunities for programs that already meet basic requirements?

   (Evaluate by review of current self-assessment documentation.)

## #6 THE CUSTOMER-FOCUSED SUPPORT PROCESS MODEL (OSH SUPPORT)
(0-100% - TO BE SCORED SEPARATELY, AS APPLICABLE)

**Customer-Focused Support** - providing OSH support, services, and guidance that meet customer needs.

1. Identify Your Customers
   - Commands receiving service
   - Students
   - Patients
   - Managers within commands
   - Workers/employees
   - Laboratories
   - Contractors
   - Your boss

2. Identify Your Customer's Needs (As Perceived by the Servicing Command)
   - Requirements (mandated programs)
   - Non-disruptive service
   - Schedule and frequency
   - Reports and documentation
   - Usefulness and reliability of products/services
   - Cost vs. value
   - Consultation with command management
   - Responsiveness
   - Policy/guidance
   - Anticipation of unexpressed customer needs
   - Communication of available services

3. Evaluate Current Product/Services
   - Policy/guidance
   - Schedule and frequency
   - Reports and documentation
   - Usefulness and reliability of products/services
   - Requirements (mandated programs)
   - Non-disruptive service
   - Cost vs. value
   - Consultation with command management
   - Responsiveness
   - Communication of services available

4. Determine Resources Required to Provide Product/Services
   - People
   - Funding
   - Time

- Consumables
- Facilities
- Contracts
- Support organizations
- Procedures and policies
- Training and education
- Communication and Information Technology
- Equipment

5. Develop Customer Survey
   - Assess knowledge level of people being surveyed
   - Tailor questions accordingly
   - Develop questions around the following:
     - What do you need from me?
     - What do you do with what I give you?
     - Do gaps exist between what I give you and what you need?

6. Develop Survey Implementation Plan
   - Determine survey format and delivery method
   - Identify forms and checklists
   - Develop schedules
   - Train surveyors/conduct dry run
   - Refine survey

7. Conduct Survey

8. Evaluate Survey Results
   - Determine gaps between product/services provided and the customer's needs/requirements/expectations

9. Improve Delivery of Products/Services to Better Meet Customer Needs
   - Develop partnership with customer to eliminate problems
   - Provide new services
   - Eliminate Unneeded services
   - Re-prioritize efforts
   - Improve efficiency/effectiveness of current product/service
   - Adjust customer/supplier expectations
   - Identify alternative provider of service

10. Identify Potential Improvements
    - Customer feedback
    - Data
    - Field Observations
    - Follow-up Survey

11. Pursue Continuous Improvement of Process
    - Ensure customer satisfaction

**Performance Measures for the Customer-Focused Support Process**

- Has the command established a formal process for determining customer needs?
- Has the command determined customer needs (as perceived by the servicing command) and evaluated current service?
- Are customer needs surveyed:
  - At least triennially?
  - At least annually?
  - Significantly more often than annually?
  - By written surveys?
  - By meetings/workshops?
- Do customer surveys/workshops/etc. result in the development of initiatives to improve the products or services being delivered?
- Are customers advised of survey results and improvement initiatives planned/undertaken in response to surveys
- Are customers involved in the development of improvement initiatives?
- Are improvement initiatives tracked and making progress toward implementation?
- Is customer feedback solicited concerning the effectiveness of changes implemented in response to customer surveys?

#7 **THE INJURY COST CONTROL PROCESS MODEL**

*(Under development.)*

# CHAPTER 3

## ORGANIZATION AND STAFFING

### 0301. Discussion

This chapter provides guidance on Navy Occupational Safety and Health (NAVOSH) functional organization, staffing and responsibilities. An effective and dynamic command Occupational Safety and Health (OSH) organization requires a structure that provides all levels of the command with good lines of communication to the commanding officer for OSH matters.

### 0302. Organization of Occupational Safety and Health (OSH) Organizations at Headquarters Commands

Headquarters commands shall designate an OSH official who will have sufficient authority and responsibility to represent effectively and support the headquarters commander in the management and administration of the headquarters command OSH program. The designated OSH official shall report directly to the headquarters commander. An OSH organization, staffed and organized commensurate with the mission and functions of the command, shall support and report directly to the designated OSH official. An OSH professional shall head the OSH organization. The designated command OSH official shall:

a. Establish, coordinate, direct and evaluate the effectiveness of NAVOSH policies, plans, programs and procedures.

b. Serve as the focal point within the command for NAVOSH-related matters.

c. Provide technical advice, direction and guidance on NAVOSH matters to other commands or bureau organizational elements and to subordinate field activities

d. Interpret NAVOSH standards and regulations and develop or participate in developing new or revised standards, when appropriate.

e. Conduct assessments of the effectiveness of the command's overall NAVOSH Program, and those of subordinate commands, and develop plans of action for improving performance in areas identified as needing improvement.

f. Serve as the headquarters command's representative on safety councils, committees and working groups established by higher authority and the private sector. The OSH official shall serve as technical advisor to cognizant offices of the Chief of Naval Operations (CNO) on NAVOSH-related matters in areas over which the headquarters command is assigned cognizance.

g. Review illness/injury analyses from command activities to identify and initiate actions to improve the effectiveness of the NAVOSH program and reduce instances of injury and illness.

h. Foster OSH awareness through appropriate promotional methods and channels of communication.

i. Ensure adequate consideration of OSH features in the design, purchase or procurement of items over which the command exercises acquisition authority.

j. Plan, develop, participate and evaluate employee OSH training in coordination with cognizant training groups, offices and organizations.

k. Review and coordinate budget requirements, requests and program objective memoranda for OSH and coordinate OSH budget submissions, as appropriate. Ensure that the OSH official at each field activity has sufficient authority and responsibility to plan for and ensure funds for the OSH staff, their equipment, materials and the training required to ensure implementation of an effective NAVOSH program.

**0303. Organization, Functional Responsibilities, and Staffing Criteria for Shore Activity OSH Organizations**

a. Organization. Each shore activity shall have an OSH organization, staffed and organized commensurate with the mission and functions of the command. An OSH professional shall head the OSH organization and shall have the authority, responsibility, and visibility to manage and represent effectively the activity's OSH program. Implementation of the NAVOSH program is considered a command staff level function. Accordingly, the head of the OSH organization shall report directly to the commanding officer of the shore activity.

b. Functional Responsibilities. "Direct Programs" refer to the OSH program areas that an OSH organization performs to support the command or activity of which it is a part. "Indirect Programs" are administrative activities in support of Direct Programs.

(1) For Direct Programs, as minimum core requirements, all OSH organizations shall:

(a) Manage OSH Programs. Plan, direct and administer the activity OSH program using the components of the process review and measurement system to focus efforts in those areas which will yield the best overall outcomes for the commands safety and health program.

(b) Conduct OSH Reviews. Perform and document reviews and evaluations to ensure that appropriate OSH requirements and considerations affect all operations, facilities, material and equipment.

(c) Conduct OSH Inspections. Plan, conduct and document workplace inspections of all buildings, grounds, facilities, materials, equipment, devices, operations and conditions to ensure compliance with applicable policies, laws, regulations and standards. For detailed program information, refer to chapter 9, NAVOSH Inspection Program, and chapter 11, Inspections and Investigations of Workplaces by Federal and State OSH officials.

(d) Abate Hazards. Manage the program for the correction of workplace hazards. For detailed program information, refer to chapter 12, Hazard Abatement Program.

(e) Provide Consulting Services. Provide consulting services to all activity organizational elements and all levels of supervision on OSH principles and technical aspects and their application to employees and workplaces.

(f) Investigate, Report and Record Mishaps. Coordinate the investigation of all mishaps. For detailed information, refer to chapter 14, Mishap Investigation, Reporting and Record-keeping.

(g) Implement Employee Hazard Reports. Implement requirements and procedures for employee hazard reporting. For detailed program information, refer to chapter 10, Employee Reports of Unsafe or Unhealthy Working Conditions.

(h) Analyze OSH Program Effectiveness. Prepare annual self-evaluation(s) of program and program elements following Program Review and Measurement System (PR&MS) Self Assessment Model guidelines contained in appendix 2-B. For detailed information regarding self-evaluations, refer to chapter 5, section 0505.

(i) Attend and Conduct Meetings. Attend, conduct or participate in activity and local OSH council and committee meetings. For detailed information, refer to chapter 4, Councils and Committees.

(j) Promote OSH Training and Education. Coordinate OSH training and educational programs. For detailed program information, refer to chapter 6, Training.

(k) Determine Personal Protective Equipment (PPE) Requirements. Evaluate all workplaces and determine PPE requirements. For detailed program information, refer to chapter 20, Personal Protective Equipment.

(l) Coordinate Hazardous Material Control and Management (HMC&M). Coordinate OSH aspects of the HMC&M program. For detailed program information, refer to chapter 7, Hazardous Material Control and Management.

(m) Coordinate Occupational Health. Coordinate all activity aspects of occupational health matters with the cognizant medical command. For detailed program information, refer to chapter 8, Occupational Health.

**NOTE:**

If activity personnel actually conduct workplace sampling, this is an additive function. The basic activity function is to coordinate these programs, develop local instructions and ensure compliance with regulations.

In addition, most organizations shall perform core functions in paragraphs 0303.b(1)(n) through (q), as necessary.

(n) Administer the Confined Space Entry/Gas Free Engineering Program. Non-maritime shore OSH organizations administer the Confined Space Entry program. For detailed program information, refer to chapter 27, Confined Space Entry program (Non-Maritime). Maritime shore-based activities administer the Navy Gas Free Engineering program. For detailed information, see NAVSEA S6470-AA-SAF-010.

**NOTE:**

Where multiple full-time test personnel are necessary (e.g., Public Work Centers) and the OSH organization conducts the testing, organizations shall develop a specific additive to the staffing equation based on the local workload for confined space testing.

(o) Administer the Asbestos Control Program. Coordinate the development and implementation of the Asbestos Control program. For detailed program information, refer to chapter 17, Asbestos Control.

(p) Administer the Respiratory Protection Program. Administer the activity Respiratory Protection program. For detailed program information, refer to chapter 15, Respiratory Protection.

(q) Administer the Radiation Safety Program. Coordinate and/or manage radiation protection and control programs including applicable ionizing and non-ionizing sources (i.e., lasers, radio frequency radiation (RFR), etc.). For detailed information, refer to chapter 22, Non-Ionizing Radiation.

(r) Manage Certain Other Program Elements. The following safety-related programs are not included in the minimum core elements used for determining staffing requirements. The level of application varies greatly among activities, depending on their mission, function, location and support. At activities where these programs have a major impact, organizations should treat them as additive functions requiring additional resources. Activities should determine resource requirements to perform the functions locally or have them performed by commands, based on workload analysis:

1. Motor vehicle and traffic safety
2. Weapons and explosive safety
3. Fire prevention
4. Recreation and home safety
5. Diving safety
6. Mercury control
7. Contractor oversight
8. Industrial hygiene
9. Environmental protection
10. Weight handling equipment safety
11. Compensation program support
12. Systems safety.

(s) Other Considerations. Other considerations in determining staffing requirements include the geography of an activity, the number of locations and the distance between them and sub-units and tenants supported. Geography can have a significant impact on workload where large distances exist between normal work sites and locations of inspections, investigations and evaluations. Organizations must evaluate the degree of support provided tenants and other personnel on and off base in determining staffing needs.

For locations outside the continental U.S. (OCONUS). Activities shall not gap NAVOSH positions for more than 30 days. When possible, activities should identify a relief before transferring the incumbent.

When applicable, perform the additional functions listed in paragraph 0303 b(1)(r). Activities shall treat these functions as additives when determining staffing requirements. In addition, activities must treat any collateral duties assigned to the OSH organization as additive when determining staffing.

(2) For indirect (administrative) programs, all OSH organizations shall:

(a) Supervise Personnel. Supervise personnel, accomplish administrative duties and provide training to personnel supervised.

(b) Provide Administrative and Clerical Support.

1. Provide mail, messenger, receptionist, stenographic, typing, duplicating and supply/fiscal services.

2. Implement an office automation system to include database management, report generation, word processing and records maintenance.

3. Process correspondence.

4. Consult or confer with individuals.

5. Prepare and distribute reports.

6. Maintain publications.

(c) Manage Travel. Travel between work centers and to and from safety seminars, training courses or conferences, when essential to the job.

(d) Hold or Attend Meetings. Attend or conduct meetings, briefings and conferences pertaining to other direct support of the work center.

(e) Maintain Office Space. Maintain individual workspaces in a neat, orderly condition and conduct periodic housekeeping ("field days") as required.

c. Staffing Criteria. Activities with more than 400 employees shall assign, at a minimum, a full time OSH manager and adequate clerical support. The staffing criteria that follow are not mandatory but provide a good method of determining the number of qualified personnel to perform necessary OSH functions. The real measure of adequate staffing is whether all designated functions are per-

formed effectively and strong mishap prevention programs are implemented. Activities shall determine the number of professional (non-clerical) personnel needed to perform the primary functions listed above by the following method:

(1) Use the equation provided below, predicated upon the level of risk by major job hazard category and the number of personnel in each category. Most activities will have more than one job hazard category. The total number of professional personnel needed to perform minimum functions in the OSH organization is the sum of personnel specified for each category. Appendix 3-A explains the job hazard categories. Commands shall evaluate actual needs based on support available from others and number of supported personnel.

(2) The equation for calculating the number of professionals on the OSH staff is:

0.0033 X the first 1200 persons in Category A

\+ 0.0025 X the next 800 persons in Category A

\+ 0.0020 X the remaining persons in Category A

\+ 0.0020 X total number of persons in Category B

\+ 0.0016 X total number of persons in Category C

where 0.0033 = 1/300 (1 professional per 300 workers), 0.0025 = 1/400 (1 professional per 400 workers), 0.0020 = 1/500 (1 professional per 500 workers), and 0.0016 = 1/600 (1 professional per 600 workers).

(3) An example of staffing using this equation is:

900 employees in Category A requires 3.0 staff

\+ 500 employees in Category B requires 1.0 staff

\+ 1200 employees in Category C requires 2.0 staff

= Six professional employees required for office plus clerical staff.

(4) The number of employees counted in each category includes all who receive full OSH support (tenants and others). The equation does not include partial and part-time support (such as that provided students, reservists and tenants with safety staff). Organizations must account for this separately, based on local workload determinations.

(5) An assistant manager is required for an office with a total staff often or more. The staffing calculation above includes the OSH manager and assistant manager(s).

(6) Base clerical support on workload. All OSH organizations supporting an activity population exceeding 600 need, at least, full-time clerical support.

d. Position Classification Considerations. The OSH organization will have as its head, a fully qualified and trained OSH professional supported by a staff of qualified professionals. Reference 3-1 describes qualification and training requirements for OSH professionals. Classification guidance is provided as follows:

(1) OSH manager positions range from GS-11 up; OSH assistant managers from GS-11 up; specialists and technicians from GS-05 to GS-12 (the journeyman level is GS-11); and clerical support from GS-03 to GS-07. Appropriate military equivalents include Navy Officer Billet Codes (NOBCs) 0862, 2740, 8656, and 8995, from ensign to commander, Navy Enlisted Classifications (NECs) include 9571, SW-6021, and 8301, from E-4 to E-9. Military equivalents shall have acquired additional OSH professional training appropriate to their assignment.

(2) Classification series that apply, but are not inclusive, include:

| Position | May Compete |
|---|---|
| Manager/Assistant/ | GS/GM-018, 081, |
| Specialists | 602, 610, 690, 803, 804, 1306, 1320, 1815, 1825, 2125 |
| Technicians/ | GS-019, 645 |
| Other Technical Services | 699, 1311 |
| Administrative | GS-318, 303, 326 |
| Others as appropriate | |

**NOTE:**

The staffing criteria in this section replace all previous guides and standards for staffing of OSH organizations.

**0304. Regional and Consolidated OSH Organizations**

In some cases, it may be more effective and practical to establish a single OSH organization to meet the aggregate requirements of a number of small activities within the same geographic area and/or to support tenants of an installation. Activities shall staff all such consolidated OSH organizations following the criteria described in section 0303.

a. Activities furnishing OSH services and users of those services, shall establish written agreements. The agreement shall specify the services provided. Administrative control over the OSH organization shall rest with the command supplying the service.

b. Activities should not change consolidated OSH organization services without prior negotiations between the activities and/or units receiving services. Organizations shall negotiate agreements on a fiscal year or an as needed basis, at which time adjustments shall be made to take into account differences in size or number of activities serviced, services required and cost of operation of the consolidated OSH organization.

c. It is strongly recommended that regional safety managers attain board certification through either the American Board of Industrial Hygiene or the Board of Certified Safety Professionals. Per section 0606, professional certification is recommended for OSH professionals.

## 0305. Organization and Staffing of the Occupational Health Function

Integral to the proper establishment of a comprehensive NAVOSH program is a comprehensive occupational health program. Successful occupational health programs require professional supervision and oversight by qualified occupational health professionals. The primary sources of support services are hospitals and medical clinics. The occupational health/industrial hygiene components of those medical activities are responsible for providing complete occupational health support to all commands within their assigned area of responsibility (see chapter 8 for further details).

a. The Preventive Medicine and Occupational Health Division administers the program within the Chief, Bureau of Medicine and Surgery (BUMED). The occupational health and preventive medicine directorate administers the program at the hospital or clinic level. The director shall have direct access to the medical facility commanding officer and/or clinic officer in charge. Industrial hygiene and occupational medicine shall be divisions of occupational health and preventive medicine directorates. As a rule, military industrial hygienists shall provide dedicated service to the operating forces and the fleet, and civilian industrial hygienists shall maintain essential program continuity and provide services to the Navy shore establishment.

b. Functions. Refer to chapter 8.

c. Activities may deliver occupational medical services through a wide variety of organizational structures, ranging from single-physician clinics to multi-physician clinics that are co-located with a hospital or major medical clinic. The organization size affects the distribution of labor among physicians, nurses and other support staff.

d. Occupational Health Staffing Guides and Industrial Hygiene Laboratory Support Policy. Factors influencing the guidance provided below are: previously published guides for similar programs, the anticipated demand for physician services when applicable DoD instructions are fully implemented, and a review of physician-to-population ratios at regional medical commands. The guidance provides a staffing level that allows implementation of all medical components of the NAVOSH Program at a high level of quality consistent with progressive management of the Navy's industrial and fleet support programs. It conforms to the Federal Personnel Manual guidelines for physician staffing in the low-risk category and provides additional staffing for the high-risk category.

(1) Occupational Medicine Staffing Guide. The occupational medicine staffing guide applies to two specific professional categories: occupational health physicians and occupational health nurses. Disciplines contributing to occupational health programs, such as surgical and medical specialties, radiology, audiology, optometry, laboratory and technical or administrative support are not included. Expressed in mathematical notation, the staffing guide for occupational medicine is as follows:

$$MD = 0.0005A + 0.00033B + 0.00025C + 0.000125D + 0.000125E + 0.000125F$$

Where:

MD = required number of full-time physicians

A = population in risk category "A"

B = population in risk category "B"

C = population in risk category "C"

D = population in risk category "D"

E = population in risk category "E"

F = population in risk category "F"

**NOTE:**

Appendix 3-A describes population categories A through F with examples.

(a) The coefficients in the staffing formula represent the number of staff required to support one employee (e.g., 0.0005 physician for one shipyard employee. The reciprocal of this coefficient expresses the number of employees supported by one physician or nurse (e.g., one physician for 2,000 shipyard employees).

(b) The staffing guide provides one physician for every 2,000 employees in category A, plus one for every 3,000 employees in category B, and one for every 4,000 employees from other activities. The guide provides half as many physicians for mobile populations as provided for the low risk category.

(c) A number of factors influence the required staffing, including local injury and illness rates, past accomplishments of the occupational health program and proximity to definitive care facilities. Local variation from the expected typical situation is likely. Where significant variation exists, make an appropriate adjustment, either up or down, to the staffing level calculated by the guide.

(d) If the total population in categories A, B, C, D, E and F supported by a medical treatment facility is less than 6,000, then activities shall base physician staffing on achieving minimum required capability and enhancing efficiency using a combination of physicians and occupational health nurses. In larger medical treatment facilities, where the calculation indicates the need for three or more physicians, activities shall substitute medical providers (physician's assistant or nurse practitioner) at the rate of four alternates for three physicians (recognizing that when these substitutions are made, some additional physician time is needed for supervision).

(e) When the population served is geographically distributed in groups smaller than 6,000 employees or where the occupational health staff of the region is dispersed among numerous small medical treatment facilities, activities shall use the guide to indicate fractions of full-time equivalents. Medical treatment facilities serving 400 or more employees should have a full-time nurse, and those serving 2,000 or more employees should have a full-time physician. Rounding the staffing calculation at the medical treatment facility level rather than at a superior medical command level may yield a larger staffing requirement. The need for a specialized capability at remote locations justifies the additional requirement, even if met on a standby basis. This guide defines a remote location as one requiring more than 30 minutes of travel time from the nearest regional medical treatment facility during peak traffic load.

(f) Each medical treatment facility should have access to at least one physician with recognized credentials in occupational medicine, such as board certification by the American Acad-