emy of Occupational Medicine. However, the complement of physicians in an occupational health clinic may include family practice physicians, internal medicine physicians and General Medical Officers. Appendix 3-B provides a recommended grade level structure for direct support occupational medicine physicians at the line activity organizational level.

(2) Occupational Health Nurse Staffing Guide. Determine staffing for occupational health nursing staff by the following formula:

OHN = 0.0006A + 0.0004B + 0.0003C + 0.00015D + 0.00015E + 0.00015F

Where:

OHN = required number of occupational health nurses

A = population in risk category "A"

B = population in risk category "B"

C = population in risk category "C"

D = population in risk category "D"

E = population in risk category "E"

F = population in risk category "F"

(3) Industrial Hygiene Staffing Guide. The cognizant medical command shall base the industrial hygiene staffing on the total military and civilian personnel supported. Staffing for industrial hygienists in BUMED organizations that directly support line activities can be determined based on the following formula:

IH = 0.002A + 0.0008B + 0.0004C + 0.0004E + 0.0004F + 0.004L + S

Where:

IH = the required number of industrial hygiene staff

A = population in risk category "A"

B = population in risk category "B"

C = population in risk category "C"

E = population in risk category "E"

F = population in risk category "F"

L = number of activities (locations) supported

S = support to ships that designate the claiming BUMED organization (Navy Environmental and Preventive Medicine Unit (NAVENPVNTMEDU) or clinic) as primary source of industrial hygiene support, calculated per formula below:

$$S = 0.87CV + 0.87AS + 0.35LH + 0.17CG + 0.13DD + 0.087(FF + AM + AO + AT) + 0.044SS + 0.022OT$$

Where:

CV = number of ships designated CV or CVN

AS = number of ships designated AS

LH = number of ships designated LHA, LHD or LPH

CG = number of ships designated CGN

DD = number of ships designated DD, CG or DDG

FF = number of ships designated FF or FFG

AM = number of ships designated LPD, LSD, LST, AGF or LCC

AO = number of ships designated AO, AOE, AE, AOR or AFS

AT = number of ships designated ARS or ATS

SS = number of ships designated SSN or SSBN

OT = number of ships not in any category listed above

(a) This guide applies to all medical regions. However, unique circumstances may require increases or decreases in the staffing derived from its use. Where such adjustments are appropriate, the local medical region should define and justify them. Possible adjustment factors include the following:

1. Additional staff should be added to support remote facilities where the travel requirement exceeds 5 percent of total staff time.

2. Additional staff may be justified to place full-time industrial hygienists in remote facilities where the calculated requirement exceeds 0.5 person but is less than 1.0 person. The added increment would greatly enhance the program's effectiveness by reducing unproductive travel and enabling much quicker response time for evaluating intermittent operations, investigating employee complaints and conducting special surveys to monitor unusual or exceptional hazards.

3. Additional staff likely will be required to provide engineering design review and to develop operating procedures for major facility expansion efforts. Additional staff may also be required to support the Engineering Field Divisions (EFDs) in facilities acquisition and review of construction plans and specifications for the elimination or engineering control of health hazards per chapter 5.

(b) Most regions will require at least one individual with skills and experience expected at the GS-12 level. Regions that support activities with a wide range of industrial settings, including major industrial facilities or highly complex research and development environments, will require technical positions at the GS-13 level. Supervisory positions at the GS-13 or GS-14 level are appropriate, depending on the size and complexity of the region's programs. Appendix 3-C provides recommended rank or grade levels.

Organizations with more than 18 individuals generally include several divisions, and may apply this recommended grade level structure at the division level.

(4) Industrial Hygiene Officer Career Path. This is the established career path for industrial hygiene officers:

| Tour | Assignment/Grade |
|---|---|
| 1 | Assignment to a shore medical command or NAVENPVNTMEDU for training (O-1 to O-2). |
| 2 | Assignment to an aircraft carrier as assistant safety officer (O-2 to O-3). |
| 3 | Assignment to a shore medical command, NAVENPVNTMEDU, Marine Aircraft Wing, Force Service Support Group or Naval Occupational Safety and Health and Environmental Training Center (NAVOSHENVTRACEN) (O-3). |
| 4 | Assignment to a tender as safety officer. Assignment to Naval Sea Systems Command (COMNAVSEASYSCOM) ship/submarine design or acquisition support (O-3 to O-4). |
| 5 | Assignment to Type Command (TYCOM), NAVENPVNTMEDU, Navy Environmental Health Center (NAVENVIRHLTHCEN), Submarine Training Facility (SUBTRAFAC), Shore Medical Command or Commander, Naval Safety Center (O-4 to O-5). |
| 6 | Assignment to Fleet Commander In Chief (FLTCINC) staff, officer in charge, commanding officer, or director of a naval medical or line activity, President, Board of Inspection and Survey (PRESINSURV), NAVINSGEN, BUMED or NAVENVIRHLTHCEN (O-5 to O-6). |

(5) Industrial Hygiene Laboratory Support

(a) Recommendations made by Navy industrial hygienists, based on laboratory analysis of collected air samples, affect the health of employees. Laboratory results are used in the determination of appropriate respiratory protection for any given job or operation, the design or modification of equipment and engineering controls and to document worker exposure. Biological samples, such as blood and urine collected by clinical personnel, serve to evaluate the uptake of such toxic substances as lead and mercury.

(b) Analytical techniques shall conform to those recommended by the Occupational Safety and Health Administration (OSHA) or the National Institute for Occupational Safety and Health (NIOSH). The laboratory shall also be capable of preparing sample media and performing any other related chemical or instrumentation work in support of the industrial hygienist.

(6) Industrial Hygiene Laboratory Resource Guide

(a) Navy Industrial Hygiene Laboratory Support Policy. Considering the Navy's projected needs for industrial hygiene laboratory support and the recommendations of occupational health program managers, the Navy shall maintain not more than three large consolidated laboratories, each to serve a specific geographical area. Each consolidated industrial hygiene laboratory (CIHL) shall be accredited by the American Industrial Hygiene Association (AIHA) and maintain such accreditation. Each laboratory shall have, as a minimum, three gas chromatographs, two atomic absorption spectrophotometers, two microscopes, a UV-visible spectrophotometer, a high pressure liquid chromatograph and a zinc protoporphyrin analyzer.

(b) Activities shall staff laboratories to meet the expected sample analysis requirements of Navy industrial hygienists, based on extrapolation of the trend in requested determinations performed by each laboratory. Activities may use the following formula to estimate the staffing needed:

$y = 1.0 + 0.00025x$

Where:

y = the number of laboratory staff (professional staff, including chemists and technicians)

x = number of laboratory determinations to be completed each year

Activities that analyze environmental samples (such as indoor air quality or air toxics) should not use this formula to calculate staffing for analyzing these samples. Until experience is gained with such analyses, which may be different in time requirements from industrial hygiene samples, activities may justify their staffing for these analyses based on evaluation of commercial prices for similar analyses.

(c) Appendix 3-D provides an appropriate grade level structure for a given staff size. Each laboratory shall also have one clerical billet to handle sample receipt, logging and administrative correspondence.

(d) BUMED has CIHLs at the following activities:

1. Navy Environmental and Preventive Medicine Unit Two, Norfolk, VA

2. Navy Environmental and Preventive Medicine Unit Five, San Diego, CA

3. Navy Environmental and Preventive Medicine Unit Six, Pearl Harbor, HI.

(e) Medical activities having an industrial hygienist on staff shall maintain or establish minimum laboratory capabilities for local usage to include the following:

1. Asbestos identification and quantification using polarized light microscopy (PLM) and phase contrast microscopy (PCM)

2. Gravimetric sample analyses using a micro- or semi-micro-balance

3. Calibration equipment necessary to calibrate industrial hygiene sampling equipment

4. Equipment and sup-plies necessary to prepare sampling media. The above capabilities, not offered by the CIHLs, shall be available locally. The CIHLs perform analyses requiring staff chemists (i.e., chromatography and spectrophotometry). Each activity with a local asbestos laboratory shall enroll it in the proficiency analytical testing (PAT) program operated by the AIHA. Each local laboratory shall participate in the Asbestos Bulk Identification Proficiency Testing Program that is contractor-operated. Local laboratories may only perform asbestos analyses when they have achieved proficient ratings in each of the testing programs.

(f) BUMED, through the NAVENVIRHLTHCEN, shall ensure appropriate audit control and overall centralized management of the CIHLs.

(7) Emergency Industrial Hygiene Laboratory Support. Some samples will require quick analysis because of the hazardous toxicants involved and potentially costly curtailment in production. In such situations, activities may use local commercial testing laboratories if:

(a) Such laboratories are accredited by AIHA and have a proficient rating through the PAT Program for the particular analyses of interest, (i.e., metals, organic solvents, free silica or asbestos).

(b) The forms required by Section 0802.5 are used.

(c) Copies of the laboratory results are mailed to NAVENVIRHLTHCEN.

---

## Chapter 3

## References

3-1. NAVEDTRA 10076A, "Career Development Plan for Safety and Occupational Health and Industrial Hygiene Personnel."

**Appendix 3-A**

**Job Hazard Categories**

Review activity manpower authorization lists to identify all jobs by hazard exposure category as listed below. The number of personnel performing jobs in each category are totaled and entered into the equation in section 0303c. Most activities will have employees in more than one category. The following workcenter descriptions are examples of the type of work performed in each job hazard category. They are not all inclusive:

| JOB HAZARD CATEGORY | HAZARD LEVEL | WORKCENTER DESCRIPTION |
|---|---|---|
| A | HIGH | INDUSTRIAL OPERATIONS: Machine shop (cutting, grinding, machining, drilling, planing and shaping metal); arc and acetylene welding; foundry operations (work with molten metals); electroplating; abrasive blasting; solvent cleaning operations; high-voltage electrical work; power plants (i.e., steam or electrical generation); ship repair work; aircraft rework; and spray painting. |
| | | MEDICAL: Radiation sources, communicable diseases, contaminated medical substances and handling chemicals. |
| | | HEAVY EQUIPMENT OPERATIONS AND MAINTENANCE: Heavy equipment operations (bulldozers, cranes and earth movers); repair and maintenance of large motors, engines and materials handling equipment (i.e., tower and bridge cranes). |
| | | TOXIC/HAZARDOUS MATERIALS HANDLING: Work involving use or cleanup of acids, corrosives, reactives, pyrophoric materials, carcinogens, pesticides, radioactive material and other high hazard chemicals or materials (asbestos, PCBs, etc.). |
| | | CONSTRUCTION: Construction or repair of piers, warehouses and buildings to include all building trades (i.e., painters, carpenters, sheet metal workers, plumbers, electricians, roofers, tilers, masons, concrete workers and work on scaffolding, communication towers or other high risk work). |
| | | OTHER: Work involving extreme exposures to heat, cold, diving/salvage, heights or other high risk work. |

| JOB HAZARD CATEGORY | HAZARD LEVEL | WORKCENTER DESCRIPTION |
|---|---|---|
| B | MODERATE | SUPPLY/TRANSPORTATION: Movement of materials in storage facilities using forklift trucks, overhead cranes and powered hand trucks, where materials are stacked above 3 feet in height. Manual material handling/lifting (i.e., assembly line, exchanges and warehouse operations). |
| | | MECHANICS: Repair and maintenance of automotive vehicles, building maintenance and aircraft maintenance. |
| | | RDT&E: Engineers, test mechanics and laboratory personnel involved in the research, development, evaluation and test of systems. |
| C | LOW | ADMINISTRATIVE/CLERICAL/CLASSROOM: Those positions that involve primary work in an office environment but may include visits to worksites for inspection or evaluation. |
| D* | | SHIPBOARD PERSONNEL: Those positions that involve working on board ships at sea. |
| E* | | OPERATING FORCES: Those positions on shore and at sea that involve the operation and support of aircraft operations. |
| F* | | STUDENTS: Positions allotted to personnel who are receiving formal, offsite training in excess of 5 working days. |

---

**NOTE:**

* Job Hazard Categories D, E and F can be Hazard Level HIGH, MODERATE or LOW depending upon the specific duties assigned to the individual.

| JOB HAZARD CATEGORY | HAZARD LEVEL | ACTIVITY |
|---|---|---|
| A | HIGH | NAVSHIPYD, SRF, SIMA, AIMD, NAVAVNDEPOT, PWC, WEAPONS/ORDNANCE STATION, MEDICAL/DENTAL ACTIVITIES, CONSTRUCTION ACTIVITY (NMCB, NMOBU, NMCBR), SURFACE WARFARE CENTERS, TEST CENTER OR LAB, SUB IMA. |
| B | MODERATE | NAS, NAF, NAVSTA, NAVCOMTELSTA, NCTAMS, NAVCOMMU, FISCs, TRADE SCHOOLS (only those involving the teaching of industrial operations, repair or maintenance operations). |
| C | LOW | NAVPRO, HEADQUARTERS, and all activities with primarily office or classroom work. |
| D | | Personnel serving onboard CV, CVN, AS, LHA, LHD, LPH, DD, CG, DDG, FFG, LPD, LSD, LST, LCC, AO, AOE, T-AE, -TAO, T-AFS, T-ARS, ATS, SSN, SSBN and other ships not designated. |
| E | | Wings, air squadrons. |
| F | | Students at FTCs, NTCs, OCS, Aviation OCS and midshipmen at U.S. Naval Academy. |

---

**NOTE:**

* Job Hazard Categories D, E and F can be Hazard Level HIGH, MODERATE or LOW depending upon the specific duties assigned to the individual.

**Appendix 3-B**

**Distribution of Occupational Health Physicians by Rank/Grade Level**

| Rank/Grade | Total Number of Physicians | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **15** | **14** | **13** | **12** | **11** | **10** | **9** | **8** | **7** | **6** | **5** | **4** | **3** | **2** | **1** |
| 06 / GS-15 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | |
| 05 / GS-14 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 04 / GS-13 | 4 | 4 | 3 | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | |
| 03 / GS-12 | 8 | 7 | 7 | 6 | 5 | 5 | 4 | 3 | 3 | 2 | 1 | 1 | | | |

**NOTE:**

The GS-12 positions are to be filled with experienced non-physician health care providers such as physician assistants and nurse practitioners working under an established preceptor. Physicians without appropriate training or experience are not suitable for working independently in the occupational health field.

**Appendix 3-C**

**Suggested Rank/Grade Level Structure for Industrial Hygiene Support**

| Rank/Grade | Number of Persons | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| 05/GS-14 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | |
| 05/GS-13 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| 04/GS-12[a] | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 03/GS-11[b] | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 1 | 1 | 0 |
| 02/GS-09 | 4 | 4 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | | | | | | | | |
| 01/GS-07 | 2 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | |
| GS-05 | 4 | 4 | | 4 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | |
| Clerical Support[c] | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 |

Notes:

[a] GS-12: Considered a non-supervisory journeyman level industrial hygienist.

[b] GS-05 to GS-11: Billets may be either for industrial hygienists or industrial hygiene technicians (mix to be determined at the local level). GS-09 is considered a non-supervisory journeyman level for industrial hygiene technicians and GS-11 could be a technical supervisor.

[c] Represents recommended clerical support based on the table above.

## Appendix 3-D

**Suggested Grade Level Structure for Consolidated Industrial Hygiene Laboratories**

| Rank/Grade | Size of Staff (professional billets) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 |
| 05/GM-13 chemist | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| 04/GM-12 chemist | 3 | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 2 |
| 03/GS-11 chemist | 2 | 2 | 2 | 3 | 2 | 2 | 1 | 1 | 1 |
| 02/GS-09 chemist | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 01/GS-05, 06, 07 chemist | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | |
| GS-05, 06, 07 technician | 2 | 2 | 1 | 1 | 1 | | | | |
| GS-04 technician | | | | | | | | | |
| Each laboratory should also have one clerical billet to handle sample receipt, logging and administrative correspondence. | | | | | | | | | |

# CHAPTER 4

## COUNCILS AND COMMITTEES

### 0401. Discussion

a. Activity occupational safety and health (OSH) committees and councils provide opportunities for various groups and individuals to express multiple viewpoints and interests. Their purpose is to identify, define and assess OSH issues, problems and needs and recommend corrective measures. New or revised policies, procedures and practices may develop from these recommendations to improve the effectiveness of the Navy Occupational Safety and Health (NAVOSH) program.

b. OSH councils or committees have three basic functions:

(1) Create and maintain an active interest in OSH.

(2) Serve as a means of communications regarding OSH.

(3) To provide program assistance to commanding officers, including proposing policy and program objectives.

### 0402. OSH Councils, Committees and Total Quality Leadership Boards Ashore

a. The Federal Advisory Council on Occupational Safety and Health (FACOSH) acts in an advisory capacity to the Secretary of Labor to assist in carrying out his/her responsibilities. The Council consists of 15 members appointed by the Secretary and includes representatives of Federal agencies and labor organizations representing Federal employees. (Such labor organizations, for representation, require at least five members.) The Deputy Under Secretary of Defense (DUSD) Environmental Security (ES), assisted by the designated officials from each component service, represents Department of Defense (DoD) interests on this council. Navy units proposing items for review by the council must submit them through the Chief of Naval Operations (CNO)(N45).

b. Field Federal Safety and Health Councils exist in many metropolitan areas, functioning on a local level as FACOSH functions at a headquarters level. These councils consist of representatives of local area Federal agencies. The Navy supports these councils, and encourages local Navy officials to participate on local councils. The Navy shall support the operation of local councils by making available, where appropriate, facilities for meetings, speakers and the use of OSH educational resources (films, libraries, etc.).

c. DoD chose not to establish an OSH committee that conforms to the provisions of reference 4-1 at the national level. Instead, it established a Safety and Occupational Health Committee under the provisions of reference 4-2. DUSD (ES) staff chairs this Council, which includes representatives from all the military departments and major defense agencies. The Assistant Secretary of the Navy (Installations and Environment) (ASN(I&E)) and CNO (N45) represent the Navy.

d. Depending upon size, organization and mission, if considered necessary or desirable, major commands (headquarters level or regional level) may establish OSH councils composed of both military members and civilian employees.

e. At the activity level, the commanding officer, executive officer, or equivalent, shall establish and chair OSH councils. Commanding officers shall appoint members in writing, either by letter to an individual or by title or position, in a local instruction. Membership shall include civilian and military personnel representing key organizational elements at the activity, as well as safety and health professionals. Civilian employees shall be represented on the council. Many local labor-management agreements contain provisions on employee representation. The requirement for an OSH council can be met by any formally established activity management board or council that addresses OSH issues, even if it also addresses other issues, as long as such boards/councils meet the basic intent and criteria of this chapter.

(1) If the activity OSH manager attends routinely scheduled department head (staff) meetings or personally briefs the CO/XO on a recurring basis, where safety Items can be discussed in a timely manner, only one formal annual meeting is required. Otherwise, the council shall meet annually or more frequently as needed. The activity OSH organization shall retain minutes on file for a minimum of 3 years.

(2) The council develops agendas and action items based on the nature of the activity, its scope of operations and its hazard or mishap experience. Subject matter discussed by the council will include OSH goals, OSH program improvement plans, mishap prevention experience, requirements and initiatives, compliance issues and hazard abatement. The OSH office shall develop proposed agendas and presentations for the council and ensure meetings are scheduled.

f. Activities with industrial or other hazardous operations may also organize additional OSH committees at the supervisory and/or shop level. When such sub-level committees are formed, activities shall make provisions for their communication with the activity OSH council. Activities may use process action teams (PATs) as alternatives to supervisory and non-supervisory OSH committees.

g. Installations with fewer than 100 employees are exempt from the requirements of this section. However, heads of such activities shall ensure an open line of communication exists for all employees on OSH matters, and use captain's calls, handouts, local newsletters and other methods, as appropriate, for communication.

## 0403. Federal Safety and Health Conferences

Attendance and participation, by Navy OSH personnel, in regional and national OSH conferences are strongly encouraged. Where commands sponsor regular OSH seminars or workshops, commanders or commanding officers should consider possible benefits derived from scheduling such meetings in conjunction with a regional Federal Safety and Health Conference.

## 0404. NAVOSH Quality Council

a. CNO (N45) established the NAVOSH Quality Council to promote NAVOSH Program strategic thinking and planning.

b. The council shall consist of representatives of CNO(N454) (chairperson), the fleet Commanders in Chief, the Bureau of Medicine and Surgery (both headquarters and field activities), the Systems Commands, the Naval Sea Systems Commands, the Naval Air Systems Command, the Naval Facilities Engineering Command, the Naval Supply Systems Command, Commander Military Sealift Command, the Chief of Naval Education and Training, and Commander, Naval Reserve Force as members. Representatives from the Naval Inspector General, President, Board of Inspection and Survey, the Navy Environmental Health Center,

the Naval Occupational Safety and Health Environmental Training Center and the Commander, Naval Safety Center will act as advisors to the council.

c. CNO (N45) tasked the NAVOSH Quality Council with the development, maintenance and implementation of the NAVOSH Strategic Plan.

d. The Council shall meet semi-annually at a location agreed upon by the membership.

---

## Chapter 4

## References

4-1. Executive Order 12196, Occupational Safety and Health Programs for Federal Employees (NOTAL)

4-2. DoD Instruction 6055.1 of 19 Aug 98, DOD Safety and Occupational Health Program (SOH) (NOTAL)

# CHAPTER 5

# PREVENTION AND CONTROL OF WORKPLACE HAZARDS

## 0501. Discussion

Section 19(a) of the Occupational Safety and Health Act (OSHAct) requires government activities to provide all Federal employees with a safe and healthful place of employment. To fulfill this requirement, the Chief of Naval Operations (CNO) directs each level of command to establish and maintain an effective hazard control program. The first method to be followed in hazard control is preventing hazards through the design process of systems, equipment and facilities. The command designing the equipment, systems or facilities is responsible for design safety.

To minimize hazards in the workplace, commands shall identify hazardous conditions through workplace inspections (discussed in chapter 9), employee hazard reports (discussed in chapter 10), and industrial hygiene survey reports (discussed in chapter 8). They shall promptly eliminate or control all identified safety and health hazards, subject to priorities based upon the degree of risk posed by the hazards. The preferred method of hazard abatement is through application of engineering controls or substitution of less hazardous processes or materials. The next preferred method is the use of administrative controls, possibly in conjunction with personal protective equipment (PPE). Total reliance on PPE is acceptable only when all other methods are proven to be technically and/or economically infeasible. This chapter discusses the basic principles of hazard control and assigns responsibility for implementing hazard abatement actions.

## 0502. Principles of Hazard Control

Safety professionals and industrial hygienists are specialists with training and experience in recognition, evaluation and control of workplace hazards. They shall be thoroughly familiar with potential hazards created by various materials, equipment and operations used in Navy facilities. They shall also be aware of special designs required by Navy Occupational Safety and Health (NAVOSH) standards to mitigate certain hazards. The following sections discuss some of the principles applied to prevent or mitigate workplace hazards.

a. Substitution. Activities may reduce the risk of injury or illness by replacement of an existing (or intended) process, material or equipment with a similar item having more limited hazard potential.

(1) Examples of process substitutions may include:

(a) Brush painting instead of spray painting to reduce inhalation hazards

(b) Welding instead of riveting to reduce noise levels.

(2) Equipment changes may include:

(a) Use of electric motors rather than internal combustion engines for indoor operation to eliminate potential carbon monoxide exposures

(b) Use of safety cans in place of bottles to store flammable solvents, presenting less of a fire hazard.

(3) Examples of material substitution include:

(a) Switching from methylene chloride to citrus-based formulas for paint stripping to reduce risk of injury to the liver and kidneys of exposed workers

(b) Replacing sand with synthetic abrasives in abrasive blasting cabinets to minimize the silicosis hazard associated with exposure to free silica dust.

Activities shall exercise care in any substitution to ensure that the substitute materials are technically acceptable and they avoid introducing a new or unforeseen hazard.

b. Isolation. Activities may control hazards by using isolation. Isolation is the placing of an appropriate barrier or limiter between the hazard and an individual who may be affected by the hazard. Isolation includes using physical barriers, time separation or distance. Examples include machine guards, electrical insulation, acoustical containment, semi-automatic equipment that does not require constant attendance (time separation) and remote controlled equipment.

c. Ventilation. Activities may control potentially hazardous airborne substances by ventilation, using one of two methods:

(1) Diluting the concentration of the substance by mixing it with uncontaminated air

(2) Removing the substance at its source or point of generation.

The first of these methods is termed general ventilation or dilution ventilation; the second is called local exhaust ventilation. Local exhaust ventilation is generally the preferred and more economical method of hazard control. Properly used, however, general ventilation can be very effective for the removal of large volumes of heated air or for the removal of low concentrations of low toxicity contaminants from minor and decentralized sources. Activities shall design, operate and maintain ventilation systems per the principles outlined in references 5-1 through 5-4.

d. Administrative Control. Activities may also control hazards administratively. This method of hazard mitigation depends on effective operating practices that reduce the exposure of individuals to chemical or physical hazards. These practices may take the form of limited access to high hazard areas, preventive maintenance programs to reduce the potential for leakage of hazardous substances or adjusted work schedules that involve a regimen of work in high hazard and low hazard areas. As an administrative control, adjusted work schedules are appropriate only when an activity recognizes the hazard has an occupational exposure limit below which nearly all workers may experience repeated exposure without adverse effects. The amount by which the 8-hour time weighted average-occupational exposure limit may be exceeded for short periods without injury to health depends on a number of factors such as the nature of the contaminant, whether or not the effects are cumulative, the frequency with which high concentrations occur and the duration of such periods. Activities shall take all factors into consideration in determining whether a hazardous condition exists and whether or not excursions from the limit are permitted.

**NOTE:**

Exposure limits, such as permissible exposure limits (PELs) established by the Occupational Safety and Health Administration (OSHA), or Threshold Limit Values (TLVs) established by the American Conference of Governmental Industrial Hygienists (ACGIH) are intended for use in the practice of industrial hygiene and are to be interpreted and applied only by a person trained in this discipline.

e. Personal Protective Equipment (PPE). Activities may also control hazards by using PPE. This method of hazard control is least preferred because personal protective devices may reduce a worker's productivity. In addition, it is the only method of control that does not reduce levels of contaminants in the workplace. Nevertheless, there are instances where adequate levels of risk reduction cannot be achieved through other methods and personal protective devices must be used, either alone or in conjunction with other protective measures. Specific PPE and situations where it may be used are described throughout this manual.

## 0503. Application of Hazard Control Principles

a. Occupational Safety and Health in the Acquisition Process. Reference 5-5 requires that Program Managers (PM) for Major Defense Acquisition Programs develop a programmatic environment, safety and health evaluation at the earliest possible time in the acquisition process. This evaluation describes the PM's strategy for meeting environment, safety, and health requirements during system construction, operation, maintenance, and disposal. PMs responsible for the acquisition of Navy weapons systems, facilities, and support equipment or major modifications to existing weapon systems, facilities or equipment shall perform a safety and health evaluation as described in reference 5-5. This evaluation shall identify and evaluate occupational safety and health hazards, define risk levels, and establish a process that will manage the probability and severity of all hazards associated with the development, use, and disposal of these systems, facilities and equipment. These hazards shall be managed consistent with mission requirements, and management efforts employed shall be cost-effective. The safety and health hazards to be managed include any conditions that create a significant risk of death; injury, acute or chronic illness, disability, and/or reduced job performance of personnel who will produce, test, operate, maintain, or support the system, facility or equipment. Each management decision to accept the risks associated with an identified hazard shall be formally documented.

Navy PMs shall establish a hazardous material control and management program that ensures appropriate considerations are given to eliminating and reducing the use of hazardous materials in construction, maintenance, operation and disposal processes. They shall manage the selection, use, and disposal of hazardous materials to incur the lowest cost required to protect human health and the environment over the system's facility's, or equipment's life-cycle. Where use of a hazardous material cannot be avoided, the PM shall develop and implement plans and procedures for identifying, minimizing use, tracking, storing, handling, and disposing of such materials.

b. Design Reviews. In many instances facility design engineers are not totally familiar with all potential health hazards created by various materials, equipment and operations used in Navy industrial facilities, nor are they aware of the special design considerations required to control these hazards. To ensure that appropriate hazard control techniques are applied, cognizant industrial

hygienists and safety professionals shall participate in a review of plans and specifications for facility projects, including both special projects and military construction projects (see section 0506d. Reviewers shall consider, appropriately influence the design, and engineer safety and occupational health aspects into all facilities that are acquired or constructed for use by Navy employees. Design engineers shall ensure that projects involving potential health hazards, such as toxic materials, radiation, noise, or other health hazards, shall follow established principles of industrial engineering (i.e., references 5-2 through 5-4 and 5-6 through 5-9). Commercial software is available to assist design engineers in the process of identifying safety and health requirements. COMNAVFACENGCOM can provide guidance in obtaining the software.

c. Operating Procedures. Activities shall include appropriate health and safety requirements in standard operating procedures or similar directives that are issued to direct the manner in which work is performed. Originators of instructions that affect productivity shall integrate instructions that affect well being of workers to achieve organization goals in both areas with minimal conflict or confusion. Originators of directives that involve work with potential hazards shall coordinate with cognizant safety and health personnel to ensure that they have considered applicable NAVOSH requirements.

d. Purchasing/Contracting Procedures. Activities can avoid many hazards by incorporating appropriate safety and health hazard control principles and requirements into specifications for purchased equipment/material and contracts that involve work at Navy facilities. Where Navy facilities develop specifications for purchases/ contracts, the activity organizations responsible for purchase requests, contracts and engineering design specifications shall coordinate with cognizant OSH personnel. This will ensure that: NAVOSH requirements are considered in specifications; contractor operations do not compromise the safety and health of Navy personnel or NAVOSH regulatory compliance at the involved Navy facility; and contractor operations are compatible with any concurrent/co-located Navy operations. It also ensures an appropriate exchange of information as required by OSHA regulations for multi-employer worksites.

e. Interim Hazard Abatement Measures. Activities shall use immediate, temporary hazard abatement measures during the time needed to design and implement permanent hazard control measures. Where engineering controls are not immediately applicable, administrative controls and/or PPE are appropriate for use as interim hazard abatement measures.

f. Permanent Hazard Abatement. Engineering control methods are the preferred method of hazard control, followed by administrative controls and PPE. Activities shall use feasible engineering controls to reduce hazardous exposure, even when only partial reduction of exposure is possible through engineering methods. They shall apply two criteria to determine whether engineering controls are feasible. First, a control is technologically feasible if it is available off-the-shelf or if technology exists which can be adapted to the hazard in question. Second, a control is economically feasible if it can be shown that the cost of the control is justified by the benefit it produces. On the other hand, if the expected reduction of the hazard through implementation of an engineering control is insignificant in terms of increased protection and the cost of implementing the control is great, then the control is economically infeasible.

## 0504. Development of Hazard Control Recommendations

Activities shall consider the following possible actions when recommendations are developed for prevention or reduction of hazards:

a. Avoiding, eliminating, or reducing deficiencies by engineering design, material selection or substitution

b. Isolating hazardous substances, components and operations from other activities, areas, personnel and incompatible materials

c. Incorporating fail-safe principles to prevent a catastrophic injury to personnel, damage to the equipment, or inadvertent operation of critical equipment

d. Relocating equipment/components so that personnel access during operation, maintenance, repair or adjustment does not result in exposure to hazards, such as chemical burns, electrical shock, electromagnetic radiation, cutting edges, sharp points or toxic atmospheres

e. Providing suitable warning and notes of caution concerning required personnel protection during operation, assembly, maintenance and repair instructions

f. Providing distinctive markings on hazardous components, equipment or facilities

g. Requiring use of PPE when other controls do not reduce the hazard to an acceptable level

h. Monitoring exposure to ensure that engineering controls effectively reduce the hazard

i. Training employees to recognize hazards and take appropriate precautionary measures.

## 0505. Occupational Safety and Health Program Self-Assessment and Improvement Plans

Each headquarters command and all field activities shall perform a comprehensive self-assessment of the command NAVOSH program at least annually following Program Review and Measurement System (PR&MS) Self Assessment Model guidelines contained in appendix 2-B. Based on the results of the assessment, each headquarters command and all field activities shall develop and implement plans of action to address program areas in need of improvement. The activity OSH council, where established, shall review and concur with self-assessments and improvement plans and shall review the progress achieved in implementing improvement actions at least annually. For activities not requiring an OSH council, the commander, commanding officer, or officer in charge shall review and approve the annual self-assessment and improvement plans. For headquarters commands, the designated Safety and Health Official shall review and approve the annual assessment and improvement plans.

a. The activity self assessment shall include, as a minimum, a review of mishap statistics and analysis data, - inspection records, hazard reports and risk assessments, - evaluations of compliance posture and the industrial hygiene exposure assessment reports outlined in chapter 8. Headquarters commands will provide additional guidance as necessary to their subordinate activities on conducting self-assessments of the NAVOSH program. The assessment of headquarters NAVOSH programs shall determine the effectiveness of meeting headquarters NAVOSH program requirements as outlined in chapter 3 section 0303.

b. Activities shall develop specific improvement strategies for each area identified as needing improvement. For each strategy, activities shall define performance or measurement standards and establish target completion dates.

c. CNO requires self-assessment improvement plans for all activities and for each headquarters command (except for exclusively administrative headquarters commands without subordinate activities). Headquarters commands shall submit their plans to CNO (N45) within 45 days of the beginning of the fiscal year.

**0506. Responsibilities**

The control of OSH hazards is the inherent responsibility of each command with specific responsibilities to apply controls assigned to the command's supervisory levels. The following are assigned responsibilities for directing and supervising an effective OSH hazard control program.

a. Chief, Bureau of Medicine and Surgery (BUMED) shall:

(1) Assist the Deputy Chief of Naval Operations (DCNO) (Logistics) in carrying out OSH program responsibilities in matters of hazard control.

(2) Determine, validate and establish health criteria and standards.

(3) On a continuing basis, identify equipment, facilities and materials in Navy systems, as well as processes, procedures and work practices, which may adversely affect the health of all Navy employees to ensure health risks are recognized and evaluating corrective measures taken.

(4) Provide technical advice for occupational health education in applicable training curricula and conduct specialized training in occupational health.

(5) Perform research identifying and controlling health hazards related to occupational exposures.

(6) Review and evaluate the effectiveness of occupational health policies and procedures and recommend appropriate actions to the CNO.

(7) Provide occupational health assistance to requesting activities.

(8) Assist in reviewing plans and specifications for facilities construction projects to identify and control potential health hazards as requested.

(9) Assist in reviewing the programmatic ESH evaluation of new systems during the design and operational test and evaluation phases in the acquisition process.

b. Commanders of Headquarters Commands shall:

(1) Assist the DCNO (Logistics) in carrying out program responsibilities in the area of hazard control.

(2) On a continuing basis, identify and evaluate (in coordination with BUMED), safety and health exposure in naval systems, equipment and material affecting the safety and health of Navy employees ashore.

(3) Identify and develop, in coordination with appropriate commands, manpower and material requirements in support of the control of OSH conditions ashore.

(4) Ensure that safety and occupational health problems associated with the development, production and disposal of new equipment and materials are recognized and that provisions are made in the development process for their control.

(5) Ensure that systems safety engineering and management principles are applied during research, development, test, evaluation, production and acquisition of equipment, facilities and material. Ensure that OSH professionals are included in IPPD teams and that comprehensive programmatic ESH evaluations are performed at appropriate phases in the acquisition process.

(6) Provide technical and managerial assistance to subordinate activities on hazard control measures.

(7) Provide subordinate activities with a systematic approach to conduct the annual self-assessment of the NAVOSH program, including desired key measures of effectiveness.

c. Activity Commanders, Commanding Officers and Officers in Charge shall:

(1) Monitor the hazard control program on a continuing basis including engineering, maintenance, management policy and supervisory control to ensure the identification and elimination of hazards.

(2) Apply procedures for OSH control across the design/engineering/installation/operations/maintenance/disposal interface ensuring the integration of a dynamic hazard control program consistent with operational and NAVOSH requirements.

d. Naval Facilities Engineering Command, Engineering Field Divisions and Activities should establish a Facility System Safety Working Group (FSSWG) to review facility designs for new military construction (MILCON) projects ensuring hazards are identified and controlled. The FSSWG should include the procuring activity safety manager, industrial hygienist, environmental engineer, planner, user and Naval Facilities Engineering Command Engineering Field Division (EFD) safety engineer. The FSSWG should provide the EFD with a list of hazardous operations that are of concern and review the control methods that will be used. The EFD Safety Engineer should

coordinate with the working group to determine adequacy of controls. The FSSWG should track hazard and risk resolution, conduct pre-occupancy inspections and assist the EFD construction safety engineer to verify installation of the required controls as stated by the designers.

---

## Chapter 5

## References

5-1. DOD Military Standard 882C of 19 January 96, System Safety Program Requirements

5-2. DoDI 5000.1, The Acquisition System of 23 Oct 00 and DoD 5000.2-R of 15 Mar 96

5-3. Industrial Ventilation, A Manual of Recommended Practice, American Conference of Governmental Industrial Hygienists, Inc., P.O. Box 453, Lansing, MI 48902, (NOTAL)

5-4. American National Standards Institute (ANSI), Z9.2-2001, American National Standard for-Fundamentals Governing the Design and Operation of Local Exhaust Ventilation Systems, (NOTAL)

5-5. DODI 5000.2-R of 4 Nov 96, Mandatory Procedures for Major Defense Acquisition Programs (MDAPs) and Major Automated Information System (MAIS) Acquisition Programs (NOTAL)

5-6. Military Handbook - Industrial Ventilation Systems, MIL-HDBK-1003-17C (NOTAL)

5-7. 29 CFR 1910.16, Occupational Safety and Health, Adoption and extension of Federal Standards, Effective Dates

5-8. Compendium of Materials for Noise Control. National Institute for Occupational Safety and Health, Robert A. Taft Laboratories, Cincinnati, OH, May 1980. DHEW (NIOSH) Publication No. 80-116 (NOTAL)

5-9. Noise Control, A Guide for Workers and Employers. U.S. Department of Labor, Occupational Safety and Health Administration, Office of Information, 1980 (NOTAL)

# CHAPTER 6

# TRAINING

## 0601. Discussion

a. This chapter provides requirements, guidelines and recommendations for occupational safety and health (OSH) and hazard communication (HAZCOM) training necessary for employees to perform their work in an occupationally safe and healthful manner. Adherence to safe operating practices and procedures cannot be assured unless there is a clear and defined knowledge of the job, its potential hazards and of the strategies necessary to perform the job properly and prevent mishaps. To attain this type and level of knowledge, a well-developed and coordinated training effort keyed to all levels and types of personnel is required. Properly applied OSH training can change behavior and lead to not only mishap reduction but also performance improvement.

b. Activities shall design, provide and tailor OSH training programs to the level of responsibility of the individual so as to instruct individual employees to perform their work in a safe and healthful manner. As a minimum, the training shall meet the requirements of reference 6-1, Subpart H, and shall provide personnel with sufficient knowledge for their effective participation in the activity's OSH program.

c. The Occupational Safety and Health Administration (OSHA) regulations require employers to train their employees on the specific hazards and safe work practices for the hazardous material (HM)/chemicals they use in the workplace. The regulations include training requirements for personnel involved in hazardous material control and management (HMC&M) and personnel who must handle hazardous material or hazardous waste (HW) (see chapter 7).

## 0602. Shore Training Programs

Appendix 6-A provides minimum OSH training for personnel assigned ashore. Similarly, appendix 6-B provides HAZCOM training requirements. A listing of courses offered by NAVOSHENVTRACEN that meet the requirements of this instruction can be viewed on the NAVOSHENVTRACEN website at www.norva.navy.mil/navosh

a. Management Personnel. Commands shall provide management personnel with sufficient OSH training to enable them to actively and effectively support OSH programs in their specific areas of responsibility. This training shall include:

(1) An overview of appropriate statutes

(2) An in-depth examination of management's responsibilities in relation to the activity's OSH program. Ensuring that an aggressive and continuing OSH program is implemented throughout the activity is the general emphasis for this aspect of management level training. Training topics shall include compliance procedures, mishap costs and prevention strategies, and performance standards and evaluation.

(3) A review of Navy policy on all relevant aspects of NAVOSH. A broad understanding of the material addressed in this manual is essential.

(4) An examination of activity OSH program goals and objectives. Training shall also include a review of local mishap experience, trends and reduction target areas.

(5) An overview of current Chief of Naval Operations (CNO) emphasis programs.

b. Supervisors and Employee Representatives

(1) Supervisory personnel are defined as military personnel, E-5 or above, and civilian personnel who give direction to one or more military and/or civilian personnel. Activities shall provide training for supervisory personnel and employee representatives that include introductory and specialized courses to enable them to recognize unsafe and unhealthful working conditions and practices in the workplace.

(2) Activities shall provide supervisory personnel with training that includes the development of skills necessary to manage their OSH programs at the work unit level. These management skills require the training and motivation of subordinates in the development of safe and healthful work practices and involve the integration of occupational safety with job training. Activities shall ensure that training for supervisory personnel meets the requirements of reference 6-1, Subpart H and also includes OSH performance measurement (both in terms of mishap/hazard prevention and individual employee/supervisor performance), hazard identification and analysis, enforcement of NAVOSH standards, accident investigation, the use and maintenance of personal protective equipment, and HMC&M.

(3) Activities shall provide newly appointed supervisors with OSH training as soon as possible but no later than 180 days after becoming a supervisor. Electronic training methods are acceptable.

c. Non-Supervisory Personnel

(1) Activities shall provide OSH training to non-supervisory personnel that includes specialized job safety and health training appropriate to the work performed by the employees. This training shall include an examination of the relevant NAVOSH standards, an analysis of the material and equipment hazards associated with the worksite and standard operating procedures (SOPs) for specific tasks. Activities shall also provide instructions on employee rights and responsibilities under relevant OSH statutes, regulations, and the NAVOSH program.

(2) OSH offices shall direct specialized training for non-supervisory personnel to the individual's worksite. OSH offices shall ensure that employee training is conducted with input and direction from the workplace supervisor.

(3) Activities shall make arrangements to provide training to all new personnel as close to the time of assuming their responsibilities as possible. The initial training provided for new employees shall include:

(a) Command and/or local policy on occupational safety and health

(b) Work unit policy on occupational safety and health

(c) Individual responsibility for safety and health

(d) Employee reporting procedures for hazardous operations/conditions

(e) Awareness of hazards common to the individual's worksite, trade, occupation or task

(f) Specific hazards of chemicals/materials used in the workplace and the activity's HAZCOM plan

(g) An introduction to the local occupational health program, including how to obtain occupational medical assistance, obtain routine medical evaluations and procedures to follow in case of occupational illness or injury

(h) Personal protective equipment requirements for the job.

d. Safety and Occupational Health Personnel. Activities shall ensure that safety and occupational health personnel are trained through courses, laboratory experience and field study to perform the necessary technical monitoring, consulting, testing, inspecting and other tasks that are required of OSH professionals.

(1) OSH managers shall establish and implement individual development plans (IDPs) for each OSH professional. They shall use reference 6-2 as guidance in planning training for personnel identified. The NAVOSHENVTRACEN, Norfolk, VA, is the primary source for formal NAVOSH classroom training.

(2) As a minimum, OSH managers shall include the following courses in IDPs for OSH professionals: *NAVOSH Assessment Tools and Strategies, A-493-0089*; *Introduction to NAVOSH (Ashore)*, A-493-0050; *General Industry Standards*, A-493-0061; *Electrical Safety Standards*, A-493-0033; *Introduction to Hazardous Materials (Ashore)*, A-493-0031; and *Introduction to Industrial Hygiene*, A-493-0035.

**NOTE:**

OSH managers shall include in IDPs provisions for completing the core courses listed above. See reference 6-2 for instruction on preparation of IDPs.

(3) Personnel conducting formal OSH training (courses providing 2 or more hours of classroom training) shall complete a formal instructor training course offered by CNET or equivalent training/experience as approved by the NAVOSH manager.

e. Collateral Duty Safety Personnel

(1) Activities shall provide training to personnel to enhance the performance of their duties as specified by Navy programs within the nature and scope of the activity's operations.

(2) As a minimum, military and/or civilian personnel assigned collateral duty responsibilities for safety management shall satisfactorily complete the NAVOSHENVTRACEN course, *Intro-*

*duction to Navy Occupational Safety and Health (Ashore)*, A-493-0050, or an equivalent course (as determined or approved by the cognizant Echelon Two headquarters) prior to their assumption of NAVOSH duties.

(3) OSH managers shall prepare individual development plans (IDPs) for collateral duty safety personnel per the guidance provided in reference 6-2 and shall address training necessary to accomplish assigned duties.

f. First Aid and Cardiopulmonary Resuscitation (CPR) Training Requirements

(1) The activity commanding officer shall provide first aid and/or CPR training to those personnel who require it, due to the nature of their work and responsibility. The OSH manager shall:

(a) Identify those personnel who require such training.

(b) Ensure that training is conducted for those personnel identified in section 0602f(1)(a).

(c) Ensure maintenance of appropriate records or documentation, as required by this chapter.

(d) Coordinate development of procedures and requirements to ensure position descriptions are modified to include the requirement for training and administering CPR as a condition of employment, where necessary.

(2) As a minimum, activities shall review the following categories of personnel to identify specific individuals or job positions required to administer first aid and/or CPR:

(a) Emergency response teams

(b) Fire department personnel

(c) Security personnel

(d) Medical provider(s)

(e) Safety and industrial hygiene personnel

(f) Electrical power plant, power distribution, electrical and electronics personnel

(g) Supervisors of above personnel or of personnel whose jobs pose comparable risks or risk of severe injury

(h) Personnel whose jobs pose comparable risks to above personnel or who work at remote sites.

(3) The primary source of training should be through the American Heart Association facilitator located at Navy hospitals and clinics. The American Heart Association course of instruction is free to Navy personnel through the Navy Military Training Network by the Chief, Bureau of Medicine and Surgery (BUMED). The American Red Cross is another recognized CPR training certification source. First aid training may be through the BUMED hospitals/clinics or through nationally recognized consensus standards training developed by the American Red Cross for Basic and Advanced First Aid.

(4) Activities shall obtain refresher training as necessary to maintain current certification of the trained personnel.

**NOTE:**

Personnel undergoing this training should use mouthpieces in CPR as personal protective equipment to prevent exposure to bloodborne pathogens.

**0603. OSH Training for Forces Afloat**

The shore establishment provides both logistic and training support to forces afloat. The Navy encourages fleet units to attend special topic training applicable to local geographic area programs on OSH and HMC&M when they are available and/or appropriate. Reference 6-3, chapter A7, and reference 6-4 provide specific details on forces afloat training requirements.

**0604. Educational and Reference Materials**

Educational and promotional materials such as posters, films, technical publications, pamphlets and related materials are useful in promoting the reduction and prevention of workplace-related accidents and illnesses. Navy activities shall maintain and subscribe to appropriate materials as an integral element of the NAVOSH program.

a. Reference Library. Each Navy activity shall maintain a suitable safety and health reference library appropriate to the size and functions of the activity.

b. Norfolk Regional Electronic Media Center. Training modules and lessons guides to support training topics required for supervisors and non-supervisors are available from the NAVOSHENVTRACEN homepage at www.norva.navy.mil/navosh/. Current training videotapes and interactive multimedia instructions (IMIs) may be ordered via the Defense Automated Visual Information System's (DAVIS) website at http://dodimagery.afis.osd.mil/dodimagery/davis/.

c. National Safety Council Material. Activities may make arrangements to purchase National Safety Council educational and promotional materials through a Federal Supply Schedule contract and local funding. Activities shall use Schedule Title: FSC Group 76, Part 1 to purchase various OSH-related publications, posters, periodicals and films.

d. Information Sources on Hazardous Materials

(1) The Department of Defense (DoD) Hazardous Material Information System (HMIS) provides information on the safe use, transportation, handling, storage and disposal of HM. In-