formation is designed to educate personnel on the safe use and storage of HM, protective equipment and emergency treatment. Personnel shall refer questions on the HM program to:

Commanding Officer
Navy Environmental Health Center
620 John Paul Jones Circle, Ste. 100
Portsmouth, VA 23708-2103
Telephone: (757) 462-5536
DSN 253-5536
FAX: (757) 445-7330

or

Commander
Naval Supply Systems Command
P.O. Box 2050
5450 Carlisle Pike
Mechanicsburg, PA 17055-0791

(2) A variety of materials are available to assist naval activities in implementing HM and HAZCOM programs. Sources of instructional material include a DoD/Federal Agency Hazard Communication Training Program (see appendix 6-B); manufacturer's material safety data sheets (MSDSs); product labels; and technical publications, such as the National Institute for Occupational Safety and Health (NIOSH) criteria documents, OSHA regulations and publications and various commercial subscription services. See chapter 7 for additional information on HAZCOM.

e. Other Material. Various periodicals (such as Ashore, the Navy's official shore safety magazine) are available from the Naval Safety Center (Code 74), 375 A Street, Norfolk, VA 23511-4399, (757) 444-3520, ext7256. Ashore as well as other publications are available on the Naval Safety Center's website at www.safetycenter.navy.mil/. Occupational Hazards magazine is available at no cost from Penton Media Inc., 1100 Superior Ave., Cleveland, Ohio 44114-8245, (216) 696-7000. Applicable portions of the Federal Register are also helpful in updating information for training programs.

**NOTE:**

Citation of specific educational or reference material does not constitute approval of, or an endorsement of the publication. Rather, it is intended to provide an example of the type of publication.

**0605. Recordkeeping (Shore Activities)**

Naval activities' OSH offices shall ensure maintenance of training records for 5 years. For military personnel, the OSH office shall record training in the Service Record following applicable regulations. Copies of official training records may accompany personnel transferred within the Navy. Activities' OSH offices shall make the records accessible to authorized personnel involved in safety, occupational health and the management and administration of HM/HW.

a. The minimum required recordkeeping data for individuals trained includes the following:

Name
Organization
(code/shop)
Job title

b. For each training session or course an individual completes, the following data is needed:

Course Date(s)
Course Title
Instructor's Name
Description and/or Reference to Lesson
Plan

c. For each training course, the activity shall implement a means to determine the effectiveness of the training. This may take the form of end-of-course testing, follow-up testing, feedback systems, etc.

d. OSH offices shall maintain copies of lesson plans used for local training classes.

**0606. Professional Certification**

Certification of individuals in their professional specialty is highly desirable and fully supported by the U.S. Navy. Commanders of local commands should encourage personnel to obtain professional certification, such as certified safety professional (CSP), certified industrial hygienist (CIH), certified occupational health and safety technologist (OSHT), certified occupational health nurse (COHN) and certification by the American Board of Preventive Medicine in occupational medicine (ABPM). Local commands shall support the efforts (within funding capabilities) for the certification of their staff by providing funding for preparatory courses and attendance at meetings/courses for the purpose of maintaining certification. NAVOSHENVTRACEN offers CIH, CSP or CHMM computer study programs for those individuals preparing for the certification examinations.

**0607. Responsibilities**

a. Deputy Chief of Naval Operations (DCNO) (Logistics) (N4) shall establish policy for, and resource NAVOSH and HMC&M training programs.

b. Naval Inspector General (NAVINSGEN) and President, Board of Inspection and Survey (PRESINSURV) shall include evaluations of NAVOSH training programs as a part of all inspections.

c. Chief of Naval Education and Training (CNET) shall perform those duties identified in section 0206d as well as:

(1) Direct, coordinate, monitor and evaluate the adequacy and effectiveness of NAVOSH and HMC&M training.

(2) Implement assigned actions in the NAVOSH and HMC&M Navy Training System Plan (NTSP).

(3) Ensure NAVOSH and HMC&M courses are listed in the Catalog of Naval Training (CANTRAC), NAVEDTRA 10500.

(4) Coordinate with the Occupational Safety and Health Administration Training Institute (OSHATI) to provide OSH professional development training per appendix 6-C.

d. Commanders of Headquarters Commands shall:

(1) Establish programs to provide OSH training to personnel under their authority. To encourage efficient use of resources and avoid duplication of effort, commanders shall utilize existing programs in other commands, other DoD components, OSHA and other Federal agencies wherever practical. In the event other service, agency or contract training is used, the local activity remains responsible for recordkeeping.

(2) Submit to the NAVOSHENVTRACEN by 1 September each year, via the chain of command, a listing of command NAVOSH training requirements for occupational safety and health personnel. The listing shall identify courses and/or subject matter by recommended delivery location and anticipated number of command attendees. The listing may include prioritized training requirements considered necessary to comply with standards.

e. Commanders, Commanding Officers, Directors and Officers in Charge shall:

(1) Identify local OSH training requirements and sources for training appropriate for personnel and operations under their cognizance.

(2) Accomplish OSH training consistent with the activity needs and the requirements of this chapter as set forth in a local written training plan.

(3) Maintain local OSH training records.

---

Chapter 6

References

6-1. 29 CFR 1960, Basic Program Elements for Federal Employee OSH Programs and Related Matters Section 1960.28, "Employee Reports of Unsafe/Unhealthful Working Conditions."

6-2. NAVEDTRA Publication 10076A, *Career Development Program* for Safety and Occupational Health and Industrial Hygiene Personnel (NOTAL).

6-3. OPNAVINST 5100.19D of 5 Oct 00, Navy Occupational Safety and Health (NAVOSH) Program Manual for Forces Afloat (NOTAL).

6-4. Navy Occupational Safety and Health and Hazardous Material Control and Management Navy Training Plan (NTSP S-40-8603D) (NOTAL).

**Appendix 6-A**
**Occupational Safety and Health Training Requirements**

| Type of Training | Top Management Personnel | Supervisory Personnel & Employee Reps. | Non-Supervisory Personnel | Collateral Duty OSH Personnel | Full-Time OSH Profs. |
|---|---|---|---|---|---|
| NAVOSH Orientations*** | CH-6, Section 0602a | CH-6, Section 0602b | CH-6, Section 0602c | CH-6, Section 0602e | |
| Hearing Conservation (when applicable) | | Initial and annual refresher IAW CH-18 | Initial and annual refresher IAW CH-18 | | |
| Asbestos Hazards (when applicable) | | Initial and annual refresher IAW CH-17 | Initial and annual refresher IAW CH-17 | | |
| Respiratory Protection (when applicable) | | Initial and annual refresher IAW CH-15 | Initial and annual refresher IAW CH-15 | | |
| Lead (when applicable) | | Initial and annual refresher IAW CH-21 | Initial and annual refresher IAW CH-21 | | |
| Man-Made Vitreous Fiber (when applicable) | | Initial IAW CH-26 | Initial IAW CH-26 | | |
| Exposure Monitoring | | | | CH-8 | CH-8 |
| Hazardous Material | See appendix 6-B | See appendix 6-B | See appendix 6-B | CH-7 | CH-7 |
| Confined Space Entry | | CH-27 | CH-27 | CH-27 | CH-27 |
| Safety & Occupational Health Topics (as applicable) | Monthly (as appropriate) | Monthly * | Monthly * | | |
| Professional Development (as applicable) | | | | 4 CEUs/ equivalent year** | 8 CEUs/ equivalent year** |
| Personal Protective Equipment (PPE) (when applicable) | | Initial IAW CH-20 | Initial IAW CH-20 | | |
| Laser Safety Training | | Initial and annual | Initial and annual | | |

| Type of Training | Top Management Personnel | Supervisory Personnel & Employee Reps. | Non-Supervisory Personnel | Collateral Duty OSH Personnel | Full-Time OSH Profs. |
|---|---|---|---|---|---|
| (when applicable) | | refresher IAW CH-22 | refresher IAW CH-22 | | |
| Ergonomics (when applicable) | | Initial IAW CH-23 | Initial IAW CH-23 | | |
| Energy Control (when applicable) | | Initial IAW CH-24 | Initial IAW CH-24 | | |
| Weight Handling (when applicable) | | Initial and annual refresher IAW CH-31 | Initial and annual refresher IAW CH-31 | | |

**NOTES:**

NOTE: THE HOURS/CONTINUING EDUCATION UNITS (CEUs) GIVEN ABOVE ARE RECOMMENDED AND NOT MANDATORY EXCEPT WHERE SPECIFIED ELSEWHERE IN THIS MANUAL. THE MEASURE OF SUCCESS OR COMPLIANCE IS KNOWLEDGE AND UNDERSTANDING OF SUBJECT MATTER, NOT LENGTH OF TRAINING. OFF-THE-SHELF OSH VIDEO TRAINING TAPES AND COMPUTER-BASED OSH TRAINING PROGRAMS ARE TO BE USED ONLY AS SUPPLEMENTAL TRAINING TOOLS SINCE THESE TRAINING AIDES DO NOT NECESSARILY MEET ALL TRAINING REQUIREMENTS ESTABLISHED IN THIS CHAPTER OR BY OSHA.

* Cover various topics applicable to employees including mishaps, compensation, MSDSs, work procedures, smoking, stress, plans and goals, radiation, etc. The OSH supervisor can provide these at "stand-up" safety meetings at industrial activities, safety stand-downs or through routed hand-outs/publications in offices. Formal classroom training is not required, however, where meetings or informal classroom training are conducted, document training by roster with subject, date, instructor and attendees; electronic media can be used to document such training. For non-industrial (office) activities or personnel, the OSH supervisor should use monthly or periodic "captain's call" or other meetings or methods to distribute information to promote OSH.

** Continuing Education Unit: One Continuing Education Unit (CEU) is awarded for each 10 contact hours of instruction. One and one tenth CEUs is generally equivalent to one college course credit hour. For Certified Industrial Hygienists: 5 certification maintenance (CM) points (or 1 week per year) are required to maintain certification. For Certified Safety Professionals: 5 points per year are required for Continuation of Certification (COC). For CEU courses, 1 CEU equals 1 COC point and for non-CEU courses, 3 hours of instruction equals 1/4 COC point. (Activities should provide other occupational health professionals with appropriate levels of professional training.)

*** All new employees regardless of their position require NAVOSH orientation training.

**Appendix 6-B**
**Hazard Communication Training**

This appendix provides guidelines for implementation of HAZCOM training at the local level. HAZCOM training is required to orient all personnel to the HAZCOM program as discussed in chapter 7 and training for personnel occupationally exposed to hazardous material. Activities shall tailor the latter training to individual jobs and specific exposures. The OSHA HAZCOM Standard does not establish time requirements for training, but instead depends upon employee knowledge of the standard, the HAZCOM program plan, chemical hazards on the job and safe performance of the job. Activities shall use that knowledge as the indicator of program effectiveness and compliance with the Standard. DoD has developed a HAZCOM training program which meets OSHA requirements. The program, entitled *The Department of Defense Federal Hazard Communication Training Program*, consists of seven videotape lessons (DoDFHCTP 3/4 Videotape 505215DN), a trainers guide (DoD 6050.5-G-1 of April 88) and a workbook for employees to complete in conjunction with the videotape lessons (DoD 6050.5-5-W of April 88). The videotapes are available from Navy audio-visual libraries and centers.

| Category of Activities Personnel | HAZCOM Training |
|---|---|
| Top Management | Initial |
| Supervisors and Employee Reps * | Initial and annual refresher plus spill response & emergencies for supervisors |
| Non-supervisory Personnel *,** | Initial plus OJT and refresher by supervisor, as required |
| Emergency Response (Supervisors and Workers), HW Spill, Handlers & Cleanup Personnel | See 29 CFR 1910.120 and OPNAVINST 5090.1B |

* For personnel occupationally involved with the use of or exposure to HM. All training must be accomplished prior to exposure to HM.

** OJT must include appropriate review of chemicals used such as review of Material Safety Data Sheets (MSDSs). Stand-up safety meetings can be used for this purpose. Retain records per section 0605.

**Appendix 6-C**
**Occupational Safety and Health Administration Courses for OSH Professional Development**

In order to meet IDP and career development needs of the occupational safety and health staff, the Occupational Safety and Health Administration Training Institute (OSHATI) provides a variety of technical training courses. These courses will be used by Navy OSH personnel as one means of meeting technical training needs. The NAVOSHENVTRACEN shall coordinate with OSHATI to provide courses for naval OSH professionals based on requirements identified by command headquarters in their annual training requirement submissions. Following is a list of courses that will be provided periodically either through OSHATI or qualified contractors. For more specific information on OSHATI courses, see annual OSHATI notices (OSHA Notice TED1).

| Course No. | Title |
|---|---|
| 200/A | Construction Standards |
| 201/A | Hazardous Materials |
| 203 | Basic Electrical Principles |
| 204/A | Machinery and Machine Guarding Standards |
| 205 | Cranes and Rigging Safety for Construction |
| 206 | Maritime Standards |
| 207/A | Fire Protection and Life Safety |
| 208 | Cranes and Material Handling for General Industry |
| 220 | Industrial Noise |
| 221 | Principles of Industrial Ventilation |
| 222/A | Respiratory Protection |
| 223 | Industrial Toxicology |
| 224 | Laboratory Safety and Health |
| 225/A | Principles of Ergonomics |
| 226 | Permit-Required Confined Space Entry |
| 228 | Recognition, Evaluation and Control of Ionizing Radiation |
| 233 | Indoor Air Quality |
| 301 | Excavation, Trenching and Soil Mechanics |
| 304 | Power Press Guarding |
| 308 | Principles of Scaffolding |
| 309/A | Electrical Standards |
| 310 | Applied Spray Finishing and Coating Principles |
| 311 | Fall Arrest Systems |
| 331 | Hazardous Waste Site Inspection and Emergency Response |

## CHAPTER 7

## HAZARDOUS MATERIAL CONTROL AND MANAGEMENT (HMC&M)

### 0701. Background

a. This chapter identifies occupational safety and health (OSH) functions and defines requirements and responsibilities for shore activity hazardous material control and management (HMC&M). HMC&M focuses on preventing minimizing or eliminating the introduction of hazardous material (HM) into the Navy system, substituting less hazardous HM for HM already in the Navy system, safely using HM in the workplace, and safely handling and disposing of hazardous waste (HW). HMC&M incorporates the requirements of the Occupational Safety and Health Administration (OSHA) Hazard Communication (HAZCOM) Standard, the OSHA Hazardous Waste and Emergency Response (HAZWOPER) Standard, the Resource Conservation and Recovery Act (RCRA), the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), and the Superfund Amendments and Reauthorization Act (SARA), or references 7-1 through 7-5 respectively. HMC&M involves a variety of local organizational and functional elements due to the requirements in reference 7-1, State and local right-to-know laws, overlapping requirements of the laws and regulations that affect HM use, and the logistic aspects of supply and material disposition.

b. HMC&M reinforces the importance of many basic OSH objectives and functions. All OSH personnel have a crucial role in support of the HMC&M program. Active participation of OSH staff in the program should reduce unnecessary functional overlaps and duplication of effort within the activity organization. Further, active and aggressive OSH, HMC&M, and HAZCOM efforts are an optimal means to eliminate or control personnel exposures to HM in the workplace, as well as reducing Navy liability related to HM use. Management leadership and the active involvement of employees and supervisors in implementing HMC&M-related programs are essential.

c. This chapter summarizes the HMC&M program elements for shore activities, identifies OSH functions for each element, and defines specific responsibilities and actions required for HMC&M program implementation. Section 0704 addresses afloat requirements.

### 0702. Responsibilities

a. Chief, Bureau of Medicine and Surgery (BUMED) shall, in addition to the general occupational health responsibilities for HM evaluation and consultation addressed in chapter 8 of this instruction:

(1) Perform health hazard assessments (HHAs) for new HM or for new uses for existing HM and confirm requirements for toxicological research for new systems or for Navy-unique HM or Navy-manufactured HM. BUMED shall take action, as appropriate, to ensure development of needed data for the safe use and handling of the HM in Navy systems, both ashore and afloat. Reference 7-6 provides additional guidance.

**NOTE:**

The Navy operates a toxicology research unit, the Naval Health Research Center Detachment (Toxicology) (TOXDET) at Wright Patterson Air Force Base, which conducts

toxicological profiles (TP) HHAs for materials of operational concern for the Navy. The Navy directly uses TPs completed by this unit in the setting of allowable exposure limits for HM in operational scenarios. The National Academy of Sciences (NAS) Committee on Toxicology (COT) collaborates with this unit to ensure the quality of the HHAs, proposed allowable limits, TPs, and other application of toxicology information necessary to determine the hazards posed by identified materials. Reference 7-6 contains detailed guidance regarding the procedures for obtaining HHAs for operational use of HM.

(2) Assist Navy systems commands (SYSCOMS), program managers, Navy regions and activities with implementing HMC&M requirements and performing HHAs associated with management of the facility level authorized use list (AUL). Additionally, BUMED shall, in conjunction with subordinate commands, perform risk assessments and evaluate the potential health hazards associated with reducing or eliminating the use of HM, including specification of protocols for substitution of less hazardous HM. BUMED will partner with the SYSCOMS, Navy regions, and individual Navy facilities to identify potential alternative actions, materials, and processes in support of cost effective compliance, promotion of personnel safety and health, and reduced emissions. Reference 7-8 provides additional guidance.

b. Commander, Naval Supply Systems Command (COMNAVSUPSYSCOM) shall, in conjunction with subordinate commands:

(1) Manage the supply system, develop and recommend to CNO (N45) and cognizant program managers those policies and procedures and any associated life cycle costs to enhance personnel safety and systems acquisition or facilities safety, and reduce or minimize the entry of new HM into the supply system.

(2) Establish HM logistics requirements; provide warehousing and material information systems; mark and label containers received, shipped, distributed or issued for use; provide information on HM storage compatibility; control HM acquired or used overseas; acquire only that HM authorized by shore activity HM AULs; and issue guidance for HM reuse and shelf life extension.

(3) Provide guidance to, and coordinate efforts on Navy-wide HM substitution. Reference 7-9 provides guidance on substituting and eliminating HM.

(4) Provide assistance and computer equipment to implement Pollution Prevention programs, the Consolidated Hazardous Material Reutilization and Inventory Management Program (CHRIMP), the Hazardous Substance Management Systems (HSMS) ashore and CHRIMP and Hazardous Material Inventory Control System (HICS) afloat, and assistance operation of HM minimization (HAZMIN) Centers. Reference 7-10 provides guidance on the CHRIMP implementation.

c. Chief of Naval Education and Training shall incorporate HMC&M requirements into the Navy Occupational Safety and Health and Hazardous Material Control and Management Navy Training Systems Plan (NTSP 40-S-8603D) and provide HMC&M training management and training materials per chapter 6 of this instruction.

d. Commanders of Headquarters Commands and major claimants shall coordinate with BUMED, COMNAVSUPSYSCOM, program managers, field activities, and Navy regions regard-

ing sponsored activities in those regions, to implement and maintain HMC&M programs as required by this manual and references 7-7through 7-9. Major claimants shall provide OSH support and funding appropriate to develop and implement HM elimination and substitution processes for all systems and operations under their cognizance. Major claimant and subordinate command OSH professionals shall assist in managing the facility AUL to ensure the use of non-hazardous or least hazardous, technically acceptable materials.

e. Navy regions shall coordinate with their HQs, program managers and field activities to which they provide NAVOSH support to implement, manage and maintain HMC&M programs as required by this manual and references 7-7, through 7-10. Navy regions should liaison with other regions to develop "best business practices" in the management of HM. Navy regions executing centralized HMC&M program functions on behalf of regional shore facilities shall comply with those provisions applicable to shore activities per this chapter and references 7-7 through 7-9.

f. Commanders, commanding officers and officers in charge of Navy activities in foreign countries shall conform to U.S. OSHA laws and regulations and to this chapter, and to the extent feasible comply with applicable HM and HW requirements of host nation Status of Forces Agreements (SOFAs) or other official agreements which are more restrictive than U.S. regulations.

g. Commanders and commanding officers of shore facilities shall:

(1) Define and assign responsibilities within the facility for the HMC&M program and ensure compliance with this chapter and references 7-1, 7-7 through 7-10.

(2) Develop, implement, manage, and revise as necessary an activity level HM AUL. The AUL shall include all HM and any materials having components that meet or have potential to meet the definition of HW per 40 CFR 261 during any phase of its existence. For each HM listed, the AUL must include the stock number and item name for stock numbered items purchased via the stock system, or the product name and manufacturer name as they appear on the product label/material safety data sheet (MSDS) for items not purchased via the stock system. In addition, the AUL shall identify the process(es) for each HM it lists. The activity shall maintain this AUL for all HM it allows for use.

**NOTE:**

Navy recognizes the exemption in 29 CFR 1910.1200(b)(6). These exempted materials do not have to be listed on the AUL.

(3) Ensure that the appropriate OSH professionals perform a safety and health review of HM proposed for addition to the activity AUL prior to purchase of the HM, and that a periodic review of the AUL is performed to eliminate unnecessary HM, substitute less hazardous HM where feasible and comply with the provisions of reference 7-8. Contact the Navy Environmental Health Center (NEHC) for assistance, as required. (See also references 7-6 through 7-9 for further guidance).

(4) Develop, implement, and revise as necessary a facility level HM inventory that includes, as a minimum, the identity and quantity (by building) of HM present at the facility, including whether the material is an extremely hazardous substance, hazardous substance, or

cluding whether the material is an extremely hazardous substance, hazardous substance, or toxic chemical as defined under EPCRA (see chapter 4 in reference 7-7).

(5) Ensure HM is uniquely identified for reference, retrieval, and cross-reference between the label, MSDS, AUL, and HM inventory.

(6) Maintain an MSDS for all HM issued, received or brought onto the facility. This requirement may be satisfied by subscription to an online MSDS service in lieu of maintaining a hard copy. This does not remove the requirements of appendix 7-A. See appendix 7-A of this chapter for additional information.

(7) Establish systems to ensure that all HM is properly labeled per the requirements of reference 7-1. There are several allowable options for accomplishing this requirement. All HM must be labeled with:

(a) The original HAZCOM compliant manufacturer's label or an exact copy of the HAZCOM compliant manufacturer's label, or

(b) Standard Department of Defense (DoD) Hazardous Chemical Warning Labels (DD 2521 or DD 2522), or

(c) A label developed by the facility that contains the following information from the MSDS: the manufacturer's name, product identity, and hazard warnings.

**NOTE:**

Activities need not verify the technical content of a manufacturer-provided label, and may accept the content at face value. The activity shall, however, ensure that these labels provide the manufacturer's name, the product name, and hazard warning as required by reference 7-1, and report labeling deficiencies to the external supply organization, manufacturer, or distributor that supplied the material to the activity. Also, note that National Fire Protection Association (NFPA) labels do not comply with reference 7-1 and may only be used as a supplement to a HAZCOM compliant label.

(8) For shore activities within the continental United States (CONUS) (including Hawaii and Guam), implement HSMS at the facility, including the establishment of HAZMIN centers to facilitate the central management of all HM at the facility as required by CHRIMP. Activities may use the AUL/inventory capabilities of HSMS to meet the AUL/inventory requirements previously set forth in this paragraph. When an activity uses HSMS for inventory purposes, it will conduct a statistically valid audit of the accuracy of HSMS inventory data at least annually. Where significant error is found (i.e., over 10 percent error at the 90 percent confidence level), the activity shall conduct further evaluation and reconciliation of the HSMS inventory as necessary to restore an acceptable level of overall HSMS inventory accuracy. Implement HSMS or an equivalent system that meets the intent of HSMS that includes identification of an MSDS, industrial type or other process, and EPA waste stream for each manufacturer-specific HM used within the facility.

(9) Ensure activity managers, such as shop heads, general foremen, and supervisors participate in the HMC&M program by:

(a) Notifying the facility's responsible organization, usually the OSH office or the HAZMIN center, if HM not allowed for use is delivered to the shop or work center. When notified, the responsible organization shall take action or provide guidance in rectifying the problem. This shall be accomplished before the HM is used.

(b) Overseeing their respective areas of responsibility to ensure that personnel use HM only in processes for which it is authorized via the AUL and to ensure that HM for which there is no apparent authorized use is returned to the HAZMIN center for proper disposal.

(c) Ensuring pipes, tanks, and breakdown containers within their respective areas of responsibility are properly labeled per paragraph 0702h(6) and the activity's written HAZCOM Plan.

(10) Have the command OSH office provide staff support to ensure the implementation of a compliant hazard communication program at the facility. In meeting this responsibility, the OSH office shall:

(a) Participate in the DoD Hazardous Material Information System (HMIS) per the guidance contained in appendix 7-A (see also reference 7-11 for further guidance on the processing of MSDSs to ensure their prompt inclusion in the HMIS).

(b) Establish a system to ensure that they obtain current MSDSs and maintain them in a manner that ensures that they are readily available to employees during all working hours and that employees have an opportunity to review them prior to working with HM.

**NOTE:**

The term "readily available" means that employees who wish to do so must have access to MSDSs prior to beginning work with HM. It does not mean MSDSs must be available in any specific time frame. As long as employees can obtain MSDSs prior to using HM, and there are no significant physical or administrative barriers that inhibit the employee's ability to gain access to a needed MSDS, the MSDS is readily available. It is also important to note that neither employees nor supervisors are required to have MSDSs in their possession, as long as the MSDS can be obtained when needed.

(c) Assist in establishing and implementing procedures for preparing MSDSs for locally developed or manufactured HM, and conducting reviews of all locally prepared MSDSs.

(d) Establish criteria and procedures for reviewing incoming MSDSs to ensure they contain the information required by reference 7-1. Report MSDS deficiencies to the cognizant manufacturer/ distributor for correction. Report deficiencies in the DoD HMIS to NEHC at the address listed in appendix 7-A.

(e) Provide reports and recommendations resulting from the safety and health review to appropriate line supervisors, managers, and the activity HMC&M committee (where established).

(f) Provide consultation on the identification of HM, the labeling and marking of HM containers for special applications or conditions of use, and for HM produced or manufactured locally by the facility.

(g) Ensure that a compliant written HAZCOM plan is implemented that addresses the key elements of reference 7-1.

(h) Establish a program that ensures employees receive required HAZCOM training. Assist supervisors and training specialists in conducting HAZCOM training when requested.

**NOTE:**

OSH professionals or collateral duty personnel assigned duties or responsibilities for the activity HMC&M program require the following courses, available through the Naval Occupational Safety and Health and Environmental Training Center (NAVOSHENVTRACEN) or equivalent courses (as determined or approved by the Echelon Two headquarters):

(1) Introduction to Hazardous Material (Ashore), course A-493-0031;

(2) Hazardous Material Control and Management Technician, course A-322-2600 (available and required only for shore and afloat commands with a Navy Enlisted Classification (NEC) 9595 authorized billet requirement listed on the activity's manning document.

(i) Provide a mechanism for informing contractors of Navy HM to which their personnel may be exposed, and for informing Navy personnel of contractor HM and relevant MSDS to which they may be potentially exposed.

(j) Ensure that the activity Pollution Prevention Plan adequately addresses unresolved OSH concerns regarding the facility AUL, local purchases of HM, other HM management methods and means used to reduce and eliminate HM use, or operation of HAZMIN centers and implementation of CHRIMP and HSMS, either directly or as support services.

## 0703. <u>Headquarters Command, Major Claimant, and Program Management Safety and Occupational Health Functions in Support of HMC&M</u>

The full scope of HMC&M extends beyond OSH and encompasses all aspects of management, logistics, acquisitions and environmental protection. Those aspects of HMC&M involving occupational environments and workplaces are a major component of OSH programs, and headquarters commands shall support them accordingly.

a. Headquarters commands and major claimants shall assess environment, safety, and occupational health (ESOH) effects of chemicals and materials posing a high hazard potential in operations under their cognizance and use the results in all life cycle cost and trade-off decisions.

b. Headquarters commands and major claimants shall coordinate with program managers to address OSH aspects as an integral part of ESOH. OSH considerations shall be integral to system engineering processes, human factors engineering, and HM management principles and practices consistent with reference 7-11, DoDI 4715.4, the DoD Desk Book, SECNAVINST 5000.2B, and SECNAVINST 5100.10H. Headquarters commands and major claimants shall assist program managers whenever practicable to assess the ESOH effects of chemicals, processes, and materials posing a high hazard potential and use the results in all life cycle cost and trade-off decisions.

**0704. Afloat HMC&M**

Chapter 19 of reference 7-7, references 7-8 and 7-9, and chapters B3, C23 and D15 of reference 7-12 delineate functional responsibilities of key HMC&M participants aboard Navy ships. In general, receiving shore activities shall coordinate with ships regarding the movement of used and excess HM aboard receiving shore activities, and ensure containers are properly labeled with a HAZCOM compliant label or a DoD Hazardous Chemical Warning Label and MSDSs are provided to shore activities in the event the HM is not listed in the HMIS and the shore activity does not possess an MSDS for the item.

**0705. Shore Activities in Foreign Countries**

OSH offices shall support and participate in all OSH and HMC&M program elements discussed in section 0702 except where legally binding conflict exists with the laws of the foreign country and/or under local status of forces agreements. In such cases, the activity shall identify the conflict to the appropriate higher authority for resolution. Overseas shore activities are not required to implement HSMS at this time. Overseas activities should use HICS to operate HAZMIN centers.

**0706. Chemical Hygiene Plans**

Activities with laboratories, as defined in reference 7-10, shall develop Chemical Hygiene Plans. These activities may develop a single plan for more than one laboratory, as long as similar work is performed and the other requirements of reference 7-10 are met. There may be instances where a laboratory may need both a Chemical Hygiene Plan and a HAZCOM program. Cognizant headquarters commands shall assist subordinate activities in identifying specific laboratories that meet the definitions in reference 7-10.

**0707. Process Safety Management**

Activities meeting the threshold quantities of reference 7-13 shall follow the requirements of that reference.

Chapter 7

References

7-1. Title 29 Code of Federal Regulations (CFR) Section 1910.1200 of 1 Jul 97, OSHA Hazard Communication Standard

7-2. Title 29 CFR Section 1910.120 of 1 Jul 97, OSHA Hazardous Waste Operations and Emergency Response (HAZWOPER) Standard

7-3. Title 40 CFR Part 240 of 1 Jul 97, Resource Conservation and Recovery Act (RCRA)

7-4. Title 40 CFR Subchapter J of 1 Jul 97, Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA)

7-5. Title 40 CFR Part 302 of 1 Jul 97, Superfund Amendments and Reauthorization Act (SARA)

7.6. BUMEDINST 6270.8, of 6 Jun 90 Procedures for Obtaining Health Hazard Assessments Pertaining to Operational Use of Hazardous Materials (NOTAL)

7-7. OPNAVINST 5090.1B, of 1 Nov 94 Environmental and Natural Resources Program Manual (NOTAL)

7-8. NAVSUP Publication 718, Navy Guidance Manual for the Hazardous Material Substitution Process.

7-9. NAVSUP Publication 722, Consolidated Hazardous Material Reutilization and Inventory Management Program (CHRIMP) Manual.

7-10. Title 29 CFR Section 1910.1450 of 1 Jul 97, Occupational Exposure to Hazardous Chemicals in Laboratories

7-11. DoD Instruction 6050.5 of 29 Oct 90, DoD Hazard Communication Program (NOTAL)

7-12. OPNAVINST 5100.19D CH-1, of 30 Aug 01 Navy Occupational Safety and Health Program for Forces Afloat (NOTAL)

7-13. Title 29 CFR 1910.119 of 1 Jul 97, OSHA Process Safety Management of Highly Hazardous Chemicals

7-14. Federal Standard (FEDSTD) 313, Material Safety Data Sheets, Transportation Data, and Disposal Data for Hazardous Materials Furnished to Government Activities Series, latest revision (NOTAL)

7-15. Defense Federal Acquisition Regulation (DFAR) clause 52-223-3 of Jan 97, Hazardous Material Identification and Material Safety Data (NOTAL)

7-16. Public Law 94-499 of 17 Oct 86, Emergency Planning and Community Right to Know Act (EPCRA)

7-17. Defense Federal Acquisition Regulation (DFAR) clause 252.227-7013 of Nov 95, Rights in Technical Data-Non-Commercial Items

## Appendix 7-A

## Hazardous Material Information System (HMIS)

### 1. Background and Discussion

a. DoD established HMIS to store and disseminate manufacturer's data and supplemental related information on HM. The system provides a means of sharing and communicating information on HM procured by a DoD activity with other commands, activities, and units within DoD. The overall operation of HMIS is prescribed in reference 7-11. This appendix discusses the Navy's implementation and operation of HMIS. In April 2002, HMIS is planned to be replaced with the DoD Hazardous Materials Information Resource System (HMIRS). All of the requirements in this instruction pertaining to HMIS will also pertain to HMIRS once it is implemented.

b. The Defense Logistics Agency (DLA) manages the DoD HMIS and maintains a computerized central repository of information on HM purchased for use within DoD. Local users receive MSDSs via vendors or suppliers who provide them per references 7-14 and 7-15. MSDSs sent by local users to a service focal point are the means by which HMIS is populated and updated.

c. The provisions of this appendix and reference 7-1 are not applicable to:

(1) HM purchased by the military exchange systems for subsequent resale, though the Consumer Product Safety Commission or other regulatory agencies may regulate the sale of that material.

(2) The acquisition of laboratory quantities of chemicals or other HM when used by qualified professions in Navy laboratories as defined in reference 7-10. In both these situations, however, the special provisions of reference 7-1 apply.

### 2. System Operation

a. Vendors and Suppliers. Vendors selling material to DoD activities will submit a fully completed MSDS to the procuring activity per the procurement contract. Reference 7-14 contains instructions for completing the MSDS forms.

**NOTE:**

Per reference 7-14, the preferred MSDS format is the American National Standards Institute (ANSI) Z400.1-1998, An American National Standard for Hazardous Industrial Chemicals-Material Safety Data Sheets Preparation (NOTAL). Navy-manufactured HM should use this format.

b. Commands and Activities

(1) Contracting officers for Navy shore activities and ships purchasing HM or consumables through vendors or other federal agencies (e.g., DLA, Government Services Administration (GSA), etc.) shall require the MSDS as a line item deliverable in the contract, per references 7-14 and 7-15, for all HM. Contracting officers shall attach a copy of documentation that adequately identifies the product (including National Stock Number (NSN)/Locally (service)-assigned temporary Stock Number (LSN), contract number, applicable military/Federal specification to which the product conforms and date of purchase or requisition and a point of contact within the contracting activity) to the MSDS.

(2) Upon award and per reference 7-14, the contracting officer shall forward the MSDS (and the manufacturer's current hazard communication standard compliant hazard warning label) to the Navy Environmental Health Center (NEHC), which is the Navy (service) focal point for MSDS submission. Submissions should be addressed to:

Commanding Officer
Navy Environmental Health Center
(NEHC)
Attn: IH (HMIS)
620 John Paul Jones Circle Ste. 1100
Portsmouth, VA 23708-2103

(3) For HM locally acquired (blanket purchases, direct buys or "off-the-shelf" purchases) by a Navy shore activity or ship, that activity shall ensure it obtains an MSDS from the vendor and the MSDS is available at the activity. The local activity shall determine whether the MSDS is present in the HMIS. If it is not, the activity shall forward the MSDS to the NEHC, as specified above, for inclusion in the HMIS.

**NOTE:**

There may be more than one MSDS for a given stock number (LSN or NSN) due to formulation changes or different manufacturers.

(4) Each activity shall retain either the HMIS MSDS or copies of the manufacturer's MSDSs for all HM received by that activity to fulfill the requirements of references 7-1 and 7-16.

c. Navy Environmental Health Center. The NEHC shall review each MSDS for completeness and prepare, or oversee the preparation of, an MSDS information package. The NEHC shall send the MSDS information package, via floppy disk or electronic format, to DLA for input into the DoD HMIS. For each MSDS that has a corresponding NSN or LSN, NEHC shall send a complete MSDS information package to the Naval Transportation Support Center (NAVTRANSUPCEN), Norfolk, VA, and notify NAVTRANSUPCEN that HMIS transportation data is required for the item.

d. Navy Transportation Support Center (NAVTRANSUPPCEN). Upon receipt of an MSDS information package and notification from the NEHC, NAVTRANSUPCEN shall prepare and add transportation data, including specific technical information concerning the transport of

regulated items, by any mode of transportation used by DoD shippers. NAVTRANSUPCEN shall then send the information package, via floppy disk or electronic format, to DLA for input into the DoD HMIS database.

e. DLA. DLA consolidates MSDS information submitted by service and agency HMIS focal points, maintains the HMIS database and provides the data to the Space and Naval Warfare Systems Center (SPAWAR). SPAWAR produces the HMIS on compact disks - read only memory (CD-ROMs) and distributes them to recipients designated by COMNAVSUPSYSCOM.

**3. Outputs**

The Hazardous Material Control and Management (HMC&M) CD-ROM Program Disk contains the complete HMIS database of MSDSs, the Ships Hazardous Materials List (SHML), and the Hazardous Material Users Guide (HMUG) described below. Commands can copy applicable sections of the HMIS, SHML, and HMUG and post in areas where specific HM or HM groups are used, handled, or stored. This information may also be electronically exported to other storage media or imported into distinct software systems. Distribution additions or changes should be forwarded to:

COMNAVSUPSYSCOM
Attn: Code 4241
5450 Carlisle Pike
P.O. Box 2050
Mechanicsburg, PA 17055-0791

a. Hazardous Material Information System (HMIS). DLA manages HMIS, which is a repository of MSDS and related information for HM used or purchased within the DOD system.

b. Ships Hazardous Material List (SHML). COMNAVSUPSYSCOM manages the SHML, and the Naval Inventory Control Point (NAVICP) in Mechanicsburg, PA maintains it. The SHML provides ships and contracting officers with the capability to identify HM authorized for use aboard ships and to preclude the stocking of HM for which ships have no operational need.

c. Hazardous Material User's Guide (HMUG). Commander, Naval Safety Center (COMNAVSAFCEN) manages the HMUG, which provides easily understandable safety and occupational health information to supplement the technical data found in the MSDSs. The contents of the HMUG include HM control measures, precautions, health hazards, spill control guidance, and disposal guidelines. It also provides a personal protective equipment (PPE) shopping guide.

**4. Proprietary Information**

The HMIS outputs (i.e., reference 7-11) and MSDSs may contain information that the supplier considers proprietary. To protect both the supplier and the Government, the contract under which the MSDS is obtained from the supplier shall contain the "Rights in Technical Data and Computer Software Clause" of reference 7-14. In these outputs, all proprietary information of the supplier that satisfies the definition of limited rights data (i.e., technical data pertaining to items, components or processes developed at private expense) is marked with the "limited

rights legend" prescribed in the Rights in Technical Data and Computer Software Clause. Local activities shall protect this data.

# CHAPTER 8

# OCCUPATIONAL HEALTH

## 0801. Discussion

a. The primary objective of the Navy Occupational Safety and Health (NAVOSH) Program is to ensure a safe and healthful work environment for all Navy personnel. The occupational safety part of the program focuses on the elimination or control of the type of hazard that can result in instantaneous (acute) traumatic injury or death. The occupational health part deals with insidious health effects, usually produced by long-term (chronic) exposure to toxic chemicals or harmful physical agents (e.g., noise, radiation, etc.) and treatment of work related injuries. Since many hazardous agents can produce both acute and chronic effects, depending on the nature and degree of exposure, this control requires the close and continuing cooperation of all NAVOSH personnel.

b. Two major specialties comprise the occupational health program: industrial hygiene and occupational medicine (OM). Each of these specialties has, as one of its major functional components, a long-term surveillance program. Industrial hygiene involves the identification and evaluation of occupational health hazards and the recommendation of practical controls to lower workplace health risk. OM focuses on the medical surveillance of employees potentially exposed to the hazards identified during the industrial hygiene workplace evaluation, and the diagnosis and treatment of occupational injuries and illnesses. These two specialties, working together, form the basis for an active occupational health care program. Their integration at the local level provides a valuable tool in identifying and treating acute occupational illnesses and preventing chronic occupational illnesses.

c. This chapter applies to occupational health efforts at all naval shore activities including those which support Marine Corps activities. Reference 8-1 covers occupational health for forces afloat. Major functional components not included in this chapter are contained in other chapters of this manual.

d. The first priority for occupational health (OH) support is Department of the Navy (DON) operational commands. The next priority is other DON activities. OH services may be provided to other Department of Defense (DoD) activities and then to other federal activities as resources allow, and if inter-service support agreements are established as required by DODI 4000.19 of 9 August 1995 (NOTAL).

## 0802. Industrial Hygiene

Navy industrial hygiene personnel recognize, evaluate and make recommendations to control potential workplace hazards. Evaluation of Navy workplaces requires a sound, logical workplace exposure assessment strategy. The purpose of such a strategy is to accomplish at least three goals:

a. To assess potential health risk faced by Navy personnel, to differentiate between acceptable and unacceptable exposures, and to control unacceptable exposures

b. To establish and document a historical record of exposure levels for Navy personnel and to communicate exposure monitoring results

c. To ensure and demonstrate compliance with NAVOSH exposure criteria.

**0803. Occupational Exposure Assessment**

a. The occupational exposure assessment strategy is the plan for recognizing, evaluating, documenting and developing controls for occupational exposures. There are six major steps in setting up a functioning occupational exposure assessment program:

(1) Basic characterization

(2) Qualitative risk assessment and setting of priorities

(3) Exposure monitoring

(4) Interpretation and decision-making

(5) Recommendations and reporting

(6) Reevaluation.

Chief, Bureau of Medicine and Surgery (BUMED) shall provide all Navy shore activities with a current, thorough evaluation of each workplace per reference 8-2. This evaluation will accurately recognize, identify and quantify all potential health hazards. BUMED shall routinely update the evaluation during the subsequent periodic surveys and, if indicated, conduct specific workplace assessments to assure the validity of the previous exposure determinations. The following subparagraphs outline the basic requirements for occupational exposure assessment.

b. Basic Characterization of the Workplace (Walk-through Survey). The first step in the Navy's exposure assessment strategy is to characterize the workplace. The cognizant industrial hygienist (IH) shall conduct a survey of each workplace to obtain, as a minimum, the following information:

(1) Descriptions of operations, tasks and work practices that take place in the workplace (e.g., welding, spray painting). The description shall include a layout sketch incorporating relevant aspects of the factors listed below, along with the number of persons assigned to the operation/task and the specific work area(s) occupied. The IH shall note the frequency and duration of events taking place within the workplace.

(2) A list of hazardous materials (HM) used in the workplace that present significant risk. The list shall include a description of use at each workplace.

**NOTE:**

IHs shall have access to a copy of the authorized use list for the workplaces being surveyed from the activity occupational safety and health (OSH) office and/or first line supervisor.

(3) A list of physical hazards (e.g., noise, non-ionizing radiation, etc.) in the workplace that present significant risk including a brief description of their source(s)

(4) A description of existing controls (e.g., industrial ventilation and personal protective equipment)

(5) Groups of workers expected to have the same or similar exposure.

c. Qualitative Risk Assessment and the Setting of Priorities. Considering all the information available, the next step is to assess if there are significant personal exposures to toxic chemicals and/or harmful physical agents. The BUMED IH shall make this assessment, and shall maintain a written record of the assessment. The record shall include the rationale for any negative determination. When the IH identifies a task or operation that has a significant exposure, he or she will prioritize the task or operation for subsequent monitoring and evaluation.

d. Exposure Monitoring. Monitoring the workplace for toxic substances and/or harmful physical agents is the primary means of assessing:

(1) Personnel exposures

(2) The need to control exposures

(3) The effectiveness of measures directed at reducing or eliminating health hazards.

An IH shall accomplish these assessments using data gathered from representative sampling programs in the workplace. Analysis and interpretation of the data from this sampling assists in the timely assessment of hazards, in making recommendations for changes to existing conditions and in determining requirements for the medical surveillance of exposed personnel.

IHs (or IH technicians or exposure monitors, under the technical direction of an IH) shall conduct all exposure monitoring per reference 8-3.

Exposure monitors shall successfully complete the 9-day industrial hygiene techniques and exposure monitoring course and a period of on-the-job training as determined and documented by the supervising BUMED IH.

Qualifications are mandatory unless specified differently elsewhere in this instruction.

e. Interpretation and Decision Making. An IH shall evaluate all qualitative and quantitative data collected to determine:

(1) The degree of personnel exposure and whether exposures are acceptable or unacceptable. The IH shall document the basis for this decision.

(2) Recommendations for placement of personnel in medical surveillance programs

(3) Whether existing controls are adequate, the need for controls, and if needed, what they should be. This will apply to both interim and permanent measures, where indicated.

(4) Whether periodic exposure monitoring is necessary, and if so, the nature of the monitoring (what, where, how often, etc.).

f. Recommendations and Reporting. The cognizant IH shall provide a survey report, as outlined in reference 8-3, to the surveyed activity.

The cognizant BUMED IH shall prepare and implement an exposure monitoring plan to:

(1) Fulfill regulatory sampling requirements

(2) Collect sufficient data to allow statistically valid exposure assessments

(3) Track workplace exposures to determine trends

(4) Validate professional judgments of unchanged exposure assessments.

The BUMED IH shall design this plan to obtain samples representative of actual exposures and to analyze the data collected to minimize any bias involved in the process. He or she shall base the plan on a sampling strategy, such as the one outlined in reference 8-4. NAVOSH standards shall specify the frequency of monitoring. Where such standards do not exist, the IH shall use professional judgment to determine the frequency of monitoring. When the BUMED IH performs the exposure monitoring, he or she may incorporate the exposure monitoring plan in the industrial hygiene report. If the BUMED IH takes this course, he or she shall include the following information: what must be sampled, how many samples are needed and how often the sampling should be performed. If the BUMED IH does not include the exposure monitoring plan in the industrial hygiene survey report, he or she may use appendix 8-A or a computer-generated facsimile (i.e., containing data fields of appendix 8-A) for developing the exposure monitoring plan, per reference 8-3.

g. Reevaluation. The BUMED IH shall, at a minimum, provide each activity a periodic reevaluation per appendix 8-B.

Regardless of any activity's category, the BUMED IH may specify more frequent evaluations for specific workspaces or processes depending upon the industrial hygiene exposure assessment. For example, an isolated high hazard space within an otherwise administrative Category III activity -will require reevaluation more frequently than every 4 years. Regardless of their activity's category, the IH can evaluate all administrative workplaces and tasks at the category III periodicity. For operations governed by reference 8-5 through 8-7, the cognizant IH shall comply with the exposure assessment required by those references. Any changes in the workplace that could affect exposures shall prompt a reevaluation. The surveyed activities shall establish procedures to ensure that the cognizant IH is notified of any such changes.

**0804. Retention and Access Sampling Records (Disposition)**

a. The BUMED IH shall forward individual exposure monitoring information for placement into the individual's medical record. (Section 0808 discusses medical records.)

b. BUMED shall retain survey, evaluation and sampling records (section 0803) for a minimum of 40 years (except where specific applicable standards require retention for a longer time).

c. The supporting medical activity shall provide employees and their representatives access to those records pertinent to their individual exposures, upon reasonable request per reference 8-8.

**0805. Occupational Exposure Registry and Data Bank**

The Navy requires standardization of industrial hygiene data. Analysis of this data will allow for the assessment of hazardous operations Navy-wide and reduce personnel exposure to health hazards. To satisfy this requirement, personnel conducting surveys shall use:

a. Sampling survey forms- contained in reference 8-3 or computerized equivalent (i.e., at a minimum containing the same data fields). Sample forms may be obtained by writing to Commanding Officer Navy Environmental Health Center, NEHC, 620 John Paul Jones Circle, Ste. 1100, Portsmouth, VA 23708-2103 or via the internet http://www-nehc.med.navy.mil /ih/index.htm.

b. Activities submitting their samples to laboratories other than the Consolidated Industrial Hygiene Laboratories (due to special projects or contracted services) shall submit a copy of analytical results to NEHC.

**0806. Consultative Assistance Teams**

To facilitate OH support, consultative assistance teams (CATs) are available to provide timely, high quality, technical and professional assistance to field activities. CATs are available for all aspects of occupational health programs (e.g., industrial hygiene, OM/nursing, audiology).

a. The three types of CATS are:

(1) Type I. Provides assistance for situations that are beyond the professional capability of local resources and which may threaten or have adverse health affects to naval personnel or their working environment.

(2) Type II. Provides professional and administrative personnel to evaluate program management, effectiveness of program implementation and management of resources.

(3) Type III. Augments local staff to provide required services beyond the capabilities of the requesting activity.

b. Requesting a CAT. Any activity requiring CAT assistance shall submit requests to BUMED 24 by letter or message. After receiving a request, BUMED shall contact the requesting activity and determine the scope of work. In emergency situations, a request by telephone is acceptable; however, confirmation by message or letter shall follow.

c. Limitations. CATs shall not conduct pre-Navy Occupational Safety and Health Oversight Inspection reviews. Requesting activities are ultimately responsible for all required sam-

pling and surveys. CATs will not normally conduct complete routine periodic surveys, but will assist in evaluating new processes or environments.

**0807. <u>Occupational Medicine Service Program Elements</u>**

a. Elements of a comprehensive OM program include:

(1) Diagnosis, treatment, and referral (as indicated) for acute and chronic occupational illnesses and injuries, and care of non-occupational, non-urgent conditions to allow a worker to complete his/her work shift

(2) Medical surveillance program management including:

(a) Validation of personnel assignment to medical surveillance programs based on industrial hygiene data

(b) Medical surveillance examinations per reference 8-9

(c) Ongoing assessment of aggregate population data to identify trends

(3) Fitness for duty medical evaluations (e.g., pre-placement, return-to-work, etc.)

(4) Medical certification examinations per reference 8-9

(5) Work area consultation

(6) Epidemiological assessment of injury and illness data to focus prevention efforts

(7) Occupational illness and injury case management to restore workers to optimal function as soon as feasible

(8) Occupational audiology services in support of the hearing conservation program

(9) Occupational optometry services in support of the sight conservation program

(10) Clinical consultative services

(11) Preventive services (e.g., appropriate immunizations to prevent disease due to occupational exposure)

(12) Work area health promotion programs

(13) Training and education of workers and professionals and support staff

(14) Occupational medicine program management (e.g., bloodborne pathogens, hearing conservation, ergonomics, reproductive hazards, etc.).

**0808. Medical Records**

Maintenance, retention and disposition of personnel medical records shall follow existing directives. The medical records custodian shall provide workers (or their representatives) access to occupational medical records upon reasonable request per reference 8-8. The medical records custodian shall make a worker's medical record available to a physician or other person of the individual's choice after execution of proper release documents (i.e., compliance with provisions of the Privacy Act).

**0809. Responsibilities**

a. Chief, Bureau of Medicine and Surgery (BUMED), through its Echelon Three, Four and Five activities, shall provide OH support Navy-wide (see chapter 2) including:

(1) A comprehensive industrial hygiene program as defined in section 0803 including:

(a) Initial and periodic evaluation of the conditions at each Navy shore activity

(b) Technical direction of exposure monitoring programs, including training, procedures, sampling and analytical methods, sample analysis and analysis/interpretation

(c) The 9-day industrial hygiene techniques and exposure monitoring course

(2) A comprehensive occupational medical program as defined in Section 0807 above

(3) The establishment, in coordination with each activity, of appropriate records relating to all OH aspects of the activity's NAVOSH program

(4) Other consultative occupational health support, as requested by the activity commanding officer to meet the requirements of this instruction

(5) Custody of all medical records if not handled by the medical department.

b. Activity commanders, commanding officers and officers in charge shall provide a safe and healthful work place for their employees and coordinate with the cognizant BUMED activity for the provision of the OH services described above. When non-medical activities perform services outlined in this chapter, they will perform those services per, and under the technical oversight of, BUMED.

c. Commanders of Naval Shipyards shall supplement BUMED programs by the continued operation of their exposure monitoring programs.