---

Chapter 8

References

8-1. OPNAVINST 5100.19D CH-1 of 30 Aug 01, Navy Occupational Safety and Health (NAVOSH) Program Manual for Forces Afloat (NOTAL)

8-2. DOD Instruction 6055.5 of 10 Jan 89, Industrial Hygiene and Occupational Health (NOTAL)

8-3. NEHC Technical Manual, Industrial Hygiene Field Operations Manual, latest revision

8-4. AIHA "A Strategy for Occupational Exposure Assessment", latest revision

8-5. Title 29 CFR 1910, Occupational Safety and Health Standards (NOTAL)

8-6. Title 29 CFR 1915, Occupational Safety and Health Standards for Shipyards (NOTAL)

8-7. Title 29 CFR 1926, Occupational Safety and Health Standards for Construction (NOTAL)

8-8. Title 29 CFR 1910.1020, Subpart Z, Toxic and Hazardous Substances (NOTAL)

8-9. NEHC Technical Manual, Medical Surveillance Procedure Manual and Medical Matrix, latest revision

## Appendix 8-A

## Exposure Monitoring Plan

OPNAV 5100-25

| WORKPLACE INFORMATION | | | |
|---|---|---|---|
| Organization: | | | |
| Shop or Work Center: | | | |
| Location: | | | |
| Supervisor: | | Phone: | |
| No. of Workers: | Male: | Female: | |
| Shop Operations: | | | |
| Potential Hazard | Intermittent or Continuous | Workers Involved | Controls |
| | | | |
| **EXPOSURE ASSESSMENT** | | | |
| Comments: | | | |
| Signed: | | Date: | |
| Title: | | | |

OPNAV 5100/14 (10/91)

## MONITORING PLAN

| Potential Hazard | No. of Measurements | Method of Measurement[1] | Location of Measurement[2] | Frequency (per year) | Man-Hours (Per Year) |
|---|---|---|---|---|---|
| | | | | | |

[1] Use the following codes:
DR - Direct reading instrument
IT - Indicator tube
AT - Adsorption tube (charcoal, silica gel, etc.)
B/I - Bubbler/Impinger
F - Filter
PD - Personal Dosimeter
O - Other

[2] Use the following codes:
GA - General area
BZ - Breathing zone of personnel
SZ - Source zone
O - Other (specify)

OPNAV 5100/14 (10/91) BACK

**Appendix 8-B**
**Periodic Industrial Hygiene Reevaluation Frequency Categories**

| ACTIVITY CATEGORY | REQUIRED IH SURVEY FREQUENCY | ACTIVITY EXAMPLES |
|---|---|---|
| I High Hazard | Annual | NAVSHIPYD, SRF, NAVAVNDEPOT, SIMA, AIMD, PWC, WEAPONS/ORDNANCE STATION, NAVIMFAC, TEST CENTER OR LAB, MEDICAL/DENTAL ACTIVITIES, ACU, BMU, PHIBCB, NUWC, NSWC |
| II Moderate Hazard | Every 2 years | NAVAL STATIONS, AIR STATIONS, NCTAMS, FISC, SEAL TEAMS, SHIPS AND SUBMARINES, AVIATION SQUADRONS, SUBTRAFAC, FLTIMAGING, NAVFAC EFD, NCIS, NAVBASE, EXCHANGE, EOD, NAVCOMTELSTA, NAVCOMMU, FLETRACEN, FASO, CNET, FACSFAC, NOSTRA |
| III Low Hazard | Every 4 years | ALL OTHER ACTIVITIES WITH PRIMARILY OFFICE OR CLASSROOM WORK, SUCH AS ADMINISTRATIVE HEADQUARTERS STAFFS AND ADMINISTRATIVE SUPPORT COMMANDS |

**Note**: Where Category III activities have received a documented baseline industrial hygiene survey and it can be verified that the facili and/or work processes have not changed since the last evaluation, the reevaluation does not require a site visit.

## CHAPTER 9

## NAVOSH INSPECTION PROGRAM

### 0901. Discussion

The Navy Occupational Safety and Health (NAVOSH) Inspection Program is necessary to ensure safe and healthful workplaces for all Navy employees. The inspection program identifies deficiencies that need correcting to protect personnel and meet regulatory requirements. The overall NAVOSH inspection program consists of three levels of inspection, each fulfilling different objectives:

a. Workplace Inspections. Activity commands shall inspect for hazardous conditions, unsafe work practices and violations of standards. They shall follow up on accident reports and abatement actions.

b. Command Inspections. Cognizant headquarters commands shall perform command inspections of their subordinate activities. Per reference 9-1, headquarter commands shall conduct on-site evaluations of the effectiveness of OSH programs at least once every 3 years. The objective of these evaluations is to ensure that subordinate commands and field activities have effective NAVOSH programs.

c. Oversight Inspections. The Naval Inspector General (NAVINSGEN) shall conduct oversight inspections to evaluate compliance with all requirements of the NAVOSH program and implementation of the Process Review and Measurement System (PR&MS). Appendix 9-A lists Naval Inspector General Oversight Inspections Unit (NOIU) organizational relationships.

d. President, Board of Inspections and Survey (PRESINSURV). President, Board of Inspection and Survey (PRESINSURV) is responsible for the oversight inspections for forces afloat and shall maintain close liaison with the NAVINSGEN for matters of common interest concerning the NAVOSH program.

### 0902. Qualifications for Inspectors

a. A successful inspection program requires trained, qualified, and competent inspectors. Inspectors shall thoroughly familiarize themselves with the equipment at the workplace and work practices. The term "Safety and Health Inspector" means a safety and/or occupational health professional who has met the Office of Personnel Management (or military equivalent) standards, and who has the equipment and competence to recognize safety and/or health hazards in the work place. The Navy shall base qualifications for inspectors on the degree of hazard and complexity of the inspection areas or operations.

b. A fully qualified journeyman safety inspector (e.g., GS-018, 019 or 803 classification series) shall take the following classroom courses (or equivalent training as determined by the OSH manager). The courses are available through the Naval Occupational Safety and Health and Environmental Training Center (NAVOSHENVTRACEN).

(1) Introduction to NAVOSH Ashore, course number A-493-0050

(2) General Industry Safety Standards, course number A-493-0061

(3) Safety Appraisal, course number A-493-0043

(4) Introduction to Industrial Hygiene for Safety Professionals, course number A-493-0035

(5) Electrical - Standards, course number A-493-0033

(6) Introduction to Hazardous Materials (Ashore), course number A-493-0031.

**0903. <u>Workplace Inspections - Shore Activity Level</u>**

The activity's commanding officer shall ensure routine workplace OSH inspections are conducted, and the cognizant medical activities provide occupational health support as necessary. Line managers/ supervisors are responsible for day-to-day inspections and corrective actions.

a. Safety and health personnel shall inspect all workplaces at least annually. They shall inspect high hazard areas more frequently based upon an assessment of the potential for injuries, occupational illnesses or damage to Navy property. Major commands, installations or the local activity shall establish guidelines for increased frequency of inspections.

b. Section 0902 outlines qualifications for inspectors. In the event activities do not have the required expertise, they shall make arrangements with the appropriate echelon commander to obtain assistance.

c. Activities shall provide inspectors with appropriate technical test equipment, where required.

d. Activities shall conduct inspections in a manner to preclude unreasonable disruption of the operations of the workplace. Inspections shall be consistent with the operational concepts of the Navy and local commands. Activities may conduct these inspections with or without prior notice.

e. Inspectors may deny the right of accompaniment to any person whose participation interferes with a fair and orderly inspection or who lacks the required security clearance.

f. Inspectors shall discuss matters affecting safety and health with employees or employee representatives and offer them the opportunity to identify unsafe or unhealthful working conditions while remaining anonymous.

g. When an inspector discovers an imminent danger situation during an inspection, he/she shall immediately notify supervisory personnel (in certain cases the commanding officer of the activity). Activities shall initiate immediate abatement action or terminate the operation.

h. Inspectors shall provide NAVOSH Deficiency Notices for all risk assessment codes (RAC) 1, 2 and 3 deficiencies to the official in charge of the operation within a reasonable time, but not later than 15 working days after the inspection. Inspectors shall provide a written report

of the inspection, including administrative findings, to the official in charge of the operation within 45 days of completion of the inspection. For notification purposes, they shall use OPNAV 5100/12, NAVOSH Deficiency Notice (appendix 9-B), or a computer-generated form that includes all the information of OPNAV 5100/12. Inspectors can group multiple identical deficiencies in the same organization (jurisdiction of the same supervisor) or worksite into a single notice.

i. Activities shall correct violations of NAVOSH standards and other deficiencies found during inspection per chapter 12.

j. When deficiency notices have been prepared, activities shall use section C of OPNAV 5100/12 to document follow-up inspections. They shall develop procedures for correcting unsafe or unhealthful working conditions that include a follow-up, to the extent necessary, to determine whether the correction was made.

k. Activities shall retain inspection records for a minimum of 5 years.

**0904. Command Inspections**

Headquarters commands shall ensure that appropriate evaluations of NAVOSH program effectiveness are conducted at subordinate commands and field activities at a minimum of every 3 years per reference 9-1. Whenever possible, these evaluations shall be part of a Command Inspection.

a. Command evaluations shall:

(1) Evaluate the results of mishap prevention efforts.

(2) Review the activity self-evaluation and the quality, effectiveness and implementation of the activity self-assessment improvement plan.

(3) Review compliance with NAVOSH program requirements, including this manual.

b. The command Occupational Safety and Health Management Inspection Evaluations shall be of sufficient depth to enable the appropriate echelon commanders and the Navy's designated OSH officials to monitor the effectiveness of respective command or activity programs. Commands shall tailor their evaluations to the size, mission, organization and mishap experience of the activity.

c. The NOIU inspections may be used to meet this requirement.

**0905. Oversight Inspections**

a. A strong oversight inspection covering the total NAVOSH program is central to the success of an OSH program. The oversight inspection program evaluates all aspects of the NAVOSH program. NAVINSGEN shall conduct the inspection ashore using NOIU.

b. NOIU shall conduct oversight inspections at the activity level, under the direction of NAVINSGEN using the PR&MS or special Navy-wide studies/inspections. NOIU shall also

evaluate regional occupational health support while conducting oversight inspections at major medical facilities. They shall use OSH professionals and prioritize locations for inspections based on the significance of safety and health problems. To the maximum extent possible, the NOIU should coordinate scheduling of their inspections so as to avoid conflicts with triennial headquarters command inspections. Headquarters commands should inform the Director, Oversight Inspection Unit of command inspection schedules as they become available. The Naval Safety Center (COMNAVSAFECEN) shall provide management information system (MIS) and automatic data processing (ADP) assistance and support to the NAVINSGEN and the NOIU. Appendix 9-A provides the organizational and functional relationship between the NAVINSGEN and NOIU.

c. NAVINSGEN shall provide the CNO with semi-annual reports that include analyses of NAVOSH inspection results, and a summary of inspections performed during the reporting period.

---

Chapter 9

References

9-1. DODI 6055.1 of 19 Aug 98, DoD Safety and Occupational Health (SOH) Program (NOTAL)

**Appendix 9-A**

**Naval Occupational Safety and Health Inspection Program Organizational Relationships**

NAVINSGEN

a. Serves as designated focal point for Navy (less Marine Corps) inspections ashore

b. Maintains overview of inspection aspects of the program

c. Issues oversight inspection schedule and activity visit announcements

d. Signs and forwards formal reports to appropriate higher authority

e. Maintains automatic data processing database relationship with COMNAVSAFECEN

f. Determines and directs inspection follow-up as required.

OVERSIGHT INSPECTION UNIT (NOIU)

a. Specifies details of inspection requirements

b. Develops inspection procedures

c. Schedules and prepares for physical inspection of activities

d. Conducts inspections in the name of NAVINSGEN. Prepares reports thereof and forwards to NAVINSGEN.

e. Provides NAVOSH deficiency data for inclusion in ADP database

f. Performs inspection follow-up as required by NAVINSGEN.

## Appendix 9-B

## NAVOSH Deficiency Notice

OPNAV 5100-26

| NAVOSH DEFICIENCY NOTICE | | |
|---|---|---|
| SECTION A - DEFICIENCY INFORMATION | I.D. NO.: | |
| Organization: | Location: | |
| Description of Hazard: | | |
| Standard Violated: | RAC: | |
| OSH Official: | Date: | |
| SECTION B - ABATEMENT STATUS (COMPLETE ALL APPLICABLE PARTS) | | |
| • INTERIM CONTROLS | | |
| | | |
| • ABATEMENT PROJECT INITIATED | | |
| Project Description: | Action Taken (Included Work Orders/Purchase Request numbers and date as appropriate): | |
| | Cost Estimate: | Completion Date (Est): |
| • DEFICIENCY CORRECTED | | |
| Corrections Made: | Date: | |
| | Cost | |
| | Labor: | Material: |
| Signature: | | |
| SECTION C - COMMENTS | | |
| | | |

OPNAV 5100/12 (9-92)

# CHAPTER 10

## EMPLOYEE REPORTS OF UNSAFE/UNHEALTHFUL WORKING CONDITIONS

### 1001. Discussion

a. This chapter provides guidance on establishing a channel of communication between Navy civilian and military employees and those supervisory personnel responsible for safety and health matters for the purpose of ensuring prompt response to, and analysis of, reports of alleged unsafe or unhealthful working conditions.

b. Identifying and reporting potentially unsafe or unhealthful working conditions is the responsibility of all Navy employees, both military and civilian. The employee has the right to decline a task because of a reasonable belief that there is an imminent risk of death and insufficient time for normal hazard reporting and abatement actions.

### 1002. Hazard Reporting

Detecting unsafe or unhealthful working conditions at the earliest possible time and making prompt corrections of these hazards at the lowest possible working level are essential elements of the NAVOSH program. Naval activities shall use the following procedures for submission of employee reports of unsafe or unhealthful conditions in the workplace:

a. Immediately report unsafe or unhealthful working conditions. Since many safety and health problems can be eliminated as soon as they are identified, commanders shall encourage all Navy employees to orally report unsafe or unhealthful working conditions to their immediate supervisor who shall promptly investigate the situation and take appropriate corrective actions. Supervisors shall contact the activity occupational safety and health (OSH) office for assistance, as necessary. Supervisors shall inform the reporting employee of all action taken on oral reports.

b. Submit a report of unsafe or unhealthful working condition. Any Navy employee (or employee representative) may submit a report of an unsafe or unhealthful working condition directly to the activity OSH office. OPNAV 5100/11 shown in appendix 10-A may be used for this purpose. Commands shall post blank copies of this or a similar form and procedures for its use in areas convenient to all workplaces (e.g., official bulletin boards, time clocks, etc.). The form used shall include a provision for an employee to indicate his/her desire to remain anonymous, should he/she wish.

Employees may make an oral report to the OSH office instead of a written report. In these cases, the OSH office will transcribe the information into a written report.

c. Maintain records of all reports filed. The OSH office shall maintain records of all hazard reports received. Records shall include: date, time, identifying reference number, location of condition, brief description of condition, hazard classification, and the date and nature of action taken. When necessary, the OSH office shall contact the employee making the report and/or advise the cognizant supervisor that a hazard has been reported.

d. Promptly investigate all reports. The OSH office shall investigate all reports brought to its attention (alleged imminent danger situations within 24 hours and potentially serious situations

within 3 days). If the reported situation involves a health hazard, as opposed to a safety hazard, the OSH office shall refer the report to the cognizant medical activity for investigation as necessary.

e. Provide an interim response to the report originator. The OSH office shall provide an interim or complete response in writing to the originator of a written report within 10 working days of receipt. Interim responses shall include the expected date for the complete response. If the investigator validates the reported hazard, the complete response shall include a summary of the action taken for abatement. If no significant hazard is found to exist, the reply shall include the basis for the determination.

f. Encourage the originator to follow through if he/she is dissatisfied. The complete response shall encourage, but not require, the originator to informally contact the OSH office if he or she desires additional information or is dissatisfied with the response. Complete responses shall indicate that formal appeals can be made and shall state or provide the reference for procedures for making appeals and appeals levels.

g. Handle grievances separately from hazard reporting. A hazard report is not a grievance. In the event that a hazard report also involves a grievance action, the OSH office shall notify the complainant that the processing of the hazard report will be separate from the grievance response. In no case will a grievance action delay an OSH Office response to a report of an unsafe or unhealthful working condition.

**1003. Appeals**

a. If the originator of a report is dissatisfied with the assessment made by the activity OSH office of the alleged hazard or with action taken to abate a confirmed hazard, the activity OSH office shall encourage the employee to confer with it to discuss the matter further. If the originator remains dissatisfied after such discussion, he/she may appeal to the activity commanding officer. The written appeal shall contain at least the following information:

(1) A description of the alleged hazard including its location and standards violated, if known (a copy of the original hazard report shall suffice)

(2) How, when, and to whom the original report of the alleged hazard was submitted

(3) What actions (if known) were taken as a result of the original report.

(4) A statement explaining why the actions taken as a result of the original report were unsatisfactory and are being appealed.

b. The activity commander, or his/her representative, shall respond to the originator of the appeal within 10 working days. The response shall contain the office and address of the next higher level of appeal.

c. If the employee is still dissatisfied or has not received a response within 20 working days, he/she may appeal to the next higher level of command. The originator may submit subsequent appeals if still not satisfied with the action taken as a result of the previous appeal. The sequence of appeals shall be through Echelon Four, Three or Two, the Chief of Naval Operations (CNO)

(N454), the Assistant Secretary of the Navy (Installations and Environment) (ASN(I&E)), and the Assistant Deputy Under Secretary of Defense (Safety and Occupational Health Policy) (ADUSD(SH)). Each appeal shall include the information prescribed in paragraphs 1003a(1)-(4) with emphasis on the actions taken by the reviewing authority on the previous appeal and reasons why the originator is still not satisfied. Paragraph 1003b prescribes each response by the reviewing authority.

d. The final appeal authority for military personnel is the Deputy Under Secretary of Defense (Environmental Security) DUSD(ES). In the event that a civilian employee is not satisfied with the response from DUSD(ES); he/she may contact the Office of Federal Agency Safety Programs, US Department of Labor, Washington, DC 20210.

**1004. Reports to the Occupational Safety and Health Administration (OSHA)**

Section 1002 provides a mechanism for all Navy employees to report unsafe and unhealthful working conditions to the appropriate authority for in-house resolution. Navy civilian employees may, at any time, submit complaints alleging workplace hazards directly to the Department of Labor (DOL) (OSHA). Navy civilian employees do not have to exhaust their chain of appeal before reporting a hazard to their cognizant federal OSHA office; however, the Secretary of Labor encourages employees to use the Navy in-house hazard reporting procedures as they are usually the most expeditious means to achieve abatement. Reports to the DOL OSHA may serve as the basis for investigations or inspections by OSHA officials. See chapter 11 for guidance concerning such investigations or inspections.

**1005. Responsibilities**

Activity commanders, commanding officers, or officers in charge shall:

a. Publicize (e.g., posting, training) the existence of the employee hazard reporting program and notify personnel regarding their rights and obligations in regard to reporting hazardous situations.

**NOTE:**

Posting DD 2272, DOD Occupational Safety and Health Protection Program, alone is not sufficient notification to personnel of the existence of the employee hazard reporting program, nor is it sufficient explanation of their right to participate.

b. Maintain the anonymity of personnel making a report or named in a report if requested by the reporting or named employee.

c. Encourage the submission of oral reports to supervisors as the quickest and most effective method of hazard identification and correction.

d. Ensure that standardized hazard reporting forms and procedures are available to all personnel.

e. Include safeguards to ensure that the command does not subject Navy employees to restraint, interference, coercion, discrimination, or reprisal by virtue of their participation in the activity's OSH program.

**NOTE:**

Personnel shall file allegations of reprisal for such participation under existing grievance procedures.

f. Maintain adequate recordkeeping practices and retain records for at least 5 years following the end of the calendar year in which final action on a report was undertaken.

**Appendix 10-A**

**Navy Employee Report of Unsafe or Unhealthful Working Condition**

OPNAV 5100-27

# NAVY EMPLOYEE REPORT OF UNSAFE OR UNHEALTHFUL WORKING CONDITION

***THIS FORM IS PROVIDED FOR THE ASSISTANCE OF AN EMPLOYEE AND IS NOT INTENDED TO CONSTITUTE THE ONLY METHOD BY WHICH A REPORT MAY BE SUBMITTED***

1. THE UNDERSIGNED (check one) ☐ EMPLOYEE ☐ REPRESENTATIVE OF EMPLOYEES

BELIEVES THAT A VIOLATION OF AN OCCUPATIONAL SAFETY OR HEALTH STANDARD WHICH IS A JOB SAFETY OR HEALTH HAZARD HAS OCCURRED AT

a. Navy installation/activity and mailing address

b. Building or worksite where alleged violation is located, including address

2. NAME AND PHONE NUMBER OF GOVERNMENT SUPERVISOR AT SITE OF VIOLATION

3. DOES THIS HAZARD IMMEDIATELY THREATEN DEATH OR SERIOUS PHYSICAL HARM? ☐ NO ☐ YES

4. BRIEFLY DESCRIBE THE HAZARD WHICH EXISTS INCLUDING THE APPROXIMATE NUMBER OF EMPLOYEES EXPOSED TO OR THREATENED BY SUCH HAZARD

5. IF KNOWN, LIST BY NUMBER AND/OR NAME, THE PARTICULAR STANDARD (OR STANDARDS) ISSUED BY THE AGENCY WHICH YOU LAIM HAS BEEN VIOLATED

6. TO YOUR KNOWLEDGE, HAS THIS VIOLATION BEEN THE SUBJECT OF ANY UNION/MANAGEMENT GRIEVANCE OR HAVE YOU(OR ANYONE YOU KNOW) OTHERWISE CALLED IT TO THE ATTENTION OF, OR DISCUSSED IT WITH, THE GOVERNMENT SUPERVISOR
☐ NO ☐ YES (List results, including any efforts by management to correct violation)

| | |
|---|---|
| 7. EMPLOYEE NAME (PLEASE PRINT OR TYPE CLEARLY) | 8. EMPLOYEE SIGNATURE |
| 9. EMPLOYEE ADDRESS | 10. EMPLOYEE PHONE NUMBER |
| 11. MAY YOUR NAME BE REVEALED? ☐ NO ☐ YES | 12. ARE YOU A REPRESENTATIVE OF EMPLOYEES? ☐ NO ☐ YES (List organization name) |
| 13. DATE FILED: | |

OPNAV 5100/11 (11-92)

# CHAPTER 11

## INSPECTIONS AND INVESTIGATIONS OF WORKPLACES BY FEDERAL AND STATE OSH OFFICIALS

### 1101. Background and Discussion

a. Per reference 11-1, Navy facilities are subject to Department of Labor (DOL) inspections with few exceptions.

b. In addition, with few exceptions, contractor operations at Navy activities are subject to DOL inspections.

c. Liaison between the contractor and the contracting agent will help ensure that all responsibilities and procedures for the inspections of contractor workplaces are clearly understood. Some contracts include the provisions of certain Defense Acquisition Regulations (DARs) (e.g., DAR 7-602.42 (NOTAL) for construction contracts) to ensure this liaison. Other contracts must provide a method for the liaison as well as requirements to protect Navy personnel from contractor operations.

d. The provisions that follow apply to the actions of Federal and State Occupational Safety and Health (OSH) officials while inspecting Navy shore installations, ships and Navy civilian workplaces. The inspection authority of Federal and State OSH officials is summarized in appendix 11-A.

### 1102. Federal and State Occupational Safety and Health Inspections at Contractor Workplaces on Navy Shore Installations

a. The OSHAct provides for the development, issuance and enforcement of standards. DoD contractors, operating from DoD or privately-owned facilities located on or off Navy shore installations, are employers as defined in the Act and are subject to enforcement authority by Federal and certain State safety and health officials. Accordingly, and subject to the conditions and exceptions stated here, Navy shore activities shall grant permission for Federal and State Occupational Safety and Health Administration (OSHA) officials, to enter their installations without delay and at reasonable times to conduct inspections of contractor workplaces. These inspections may be routine or based on reports of unsafe or unhealthful conditions, specific complaints, accidents or illnesses of contractor employees.

b. Federal and State safety and health officials shall present appropriate identifying credentials and shall state the purpose of the visit to the Navy shore installation commander or his/her authorized representative and to the administrative contracting officer (ACO) (if appropriate), before conducting an inspection of contractor workplaces situated on a Navy shore installation.

c. A State may exercise jurisdiction over OSH matters involving a contractor workplace at a Navy shore installation provided the State has an OSH plan approved by the Secretary of Labor. Exceptions are stated in paragraphs 1102e and g.

d. Authorized safety and health officials from States without OSHA-approved OSH plans may, subject to exceptions noted elsewhere in this chapter, exercise jurisdiction over OSH matters involving contractor workplaces on Navy shore installations only when there are no relevant OSHA standards in effect. Prior to authorizing an inspection or investigation, installation commanders shall request the State to provide confirmation that there is no relevant Federal OSHA standard applicable to the contractor workplace.

e. Under reference 11-1, only Federal OSHA officials may perform inspections in DoD contractor workplaces situated in areas where the United States holds exclusive Federal jurisdiction.

f. The Secretary of Labor has no authority over nuclear safety/health or explosive safety aspects of operations specifically covered by:

(1) Any State nuclear safety or health standard or regulation implementing 42 U.S.C. Section 2021 and 2121(b), or 2201(b)

(2) Any explosive safety or health standard or regulation implementing 10 U.S.C. 172.

**NOTE:**

This does not circumvent Secretary of Labor authority over other health/safety matters in the same operations. For example, a workplace in a munitions depot subject to DoD explosives safety standards is subject to OSHA jurisdiction for matters relating to machine guarding, noise, etc.

g. Installation commanders shall immediately forward requests to inspect or investigate a contractor workplace, on a Navy shore installation involving handling or storage of ammunition or explosives, nuclear facilities or nuclear weapons by message to Commander, Naval Sea Systems Command (COMNAVSEASYSCOM) with a copy to CNO (N4). All such requests shall identify the contractor workplace involved and furnish all other immediately available details. Installation commanders shall withhold access pending receipt of reply. Where granted, access shall be subject to the requirements of this manual and any conditions contained in the COMNAVSEASYSCOM reply. COMNAVSEASYSCOM shall furnish a reply as quickly as possible after receipt of the request.

h. Installation commanders shall not provide DoD contractors with advance notice of OSH inspections by Federal or State OSHA officials except:

(1) In cases of apparent imminent danger to Navy or contractor employees,

(2) When specifically requested by Federal OSHA or State OSHA officials.

**NOTE**

Any person who violates the foregoing is subject to a fine of not more than $1,000 or to imprisonment for not more than 6 months, or both.

i. When Federal or State safety and health officials require entry into a closed area to accomplish the purpose of their visit, and they cannot effectively be prevented from access to classified material by means such as covering the material to deny visual access, the following procedures apply:

(1) The Navy shore installation commander or the contractor, as appropriate, shall immediately notify the OSHA official and the Navy activity exercising security supervision over the contractor's workplace of the need for a personnel security clearance to enter the closed area.

(2) In the case of State OSHA officials or other State safety and health officials, the Navy security activity, after verifying the need for a personnel security clearance, shall in coordination with the State official, request the cognizant security office to contact the nearest OSHA regional or area office for a cleared Federal OSHA official to conduct the necessary inspection of the closed area.

(3) In the case of Federal OSHA officials, the Navy security activity, after verifying the need for a personnel security clearance, shall contact the appropriate cognizant security office and request:

(a) Verification of the Federal OSHA official's personnel security clearance

(b) Expeditious processing of the visit request under reference 11-2. If the official's name is not on the list of cleared Federal OSHA personnel maintained by the cognizant security office, the Navy security activity shall request the cognizant security office to contact the OSHA regional or area office and request an appropriately cleared Federal OSHA official.

j. Federal or State OSHA officials or other state safety and health officials shall not take photographs on any Navy shore installation. Only Navy personnel or cleared contractor personnel shall take photographs requested by any such officials. Navy or contractor personnel shall not deliver photographs to the requesting official until all film, negatives, and photographs have been fully screened and classified by proper Navy authority, as appropriate, in the interest of national security. Activities shall forward further requests, by such officials, for documented data, sketches of military installations and equipment, reports or design information (e.g., noise sound levels, profiles, etc.) to the appropriate screening official for similar action. Screening officials shall normally complete this process within a period of 15 working days from receipt of the material.

k. Representatives of the Navy shore installation commander and the ACO (if appropriate), may accompany Federal OSHA and State OSHA officials on inspections and investigations. Representatives of the contractor and contractor employees may accompany these officials where requisite security clearances are verified.

l. Federal OSHA or State OSHA officials shall have access to, and be provided with, copies of records and reports pertinent to specific Navy contractor accident investigations, upon request, unless prohibited from release by the Privacy Act or exempted from release under the Freedom of Information Act.

m. When the cognizant engineering field division (EFD) of the Naval Facilities Engineering Command (COMNAVFACENGCOM) has defined the boundaries, Navy shore installation com-

manders should advise the applicable state OSHA office in writing of any areas on the installation that are located within an area of exclusive Federal jurisdiction.

n. Navy shore installation commanders shall refer all information regarding citations and notices issued to Navy contractors for violations of OSHA, state OSHA or other State safety and health standards involving DoD-furnished equipment, facilities or other property to the responsible ACO for appropriate action. Shore installation commanders shall send a copy to CNO (N45).

o. DoD policy states that the contractor is responsible for resolving issues related to citations and initiating requests for delays in compliance with variations, tolerances or exemptions from applicable OSH standards.

p. Installation commanders shall advise CNO (N4), via the chain of command, of any situation resulting from compliance with these procedures that could impair the Navy's ability to properly carry out its mission in support of the national defense or adversely affect the national security.

**1103. <u>Federal and State Occupational Safety and Health Inspections of Contractor Workplaces Aboard Navy Ships</u>**

This section provides guidance and procedures regarding requests by Federal or State OSH officials to inspect or investigate contractor workplaces aboard Navy ships in port or located at associated facilities (e.g., repair operations).

a. Subject to the conditions and exceptions stated below, Navy afloat activities shall permit Federal OSHA compliance officials, to be taken aboard U.S. Navy ships in port to conduct safety and health inspections and investigations of contractor workplaces. Commanding officers shall not grant State occupational safety and health officials access aboard naval ships and service craft or in areas of exclusive Federal jurisdiction.

(1) Except for the limitations imposed in paragraphs 1103a(2) and (3), commanding officers shall provide OSHA compliance officials, upon request, immediate access to contractor workplaces where contractor employees are currently performing work or where the contractor has equipment or other work-related material or paraphernalia in the workplace under a government contract.

(2) If the requested inspection/investigation involves handling or storage of ammunition or explosives, commanding officers shall deny the request for access. The commanding officer shall make a report of any such request to COMNAVSEASYSCOM by message, with a copy to CNO (N4).

(3) With respect to nuclear-propulsion plant spaces on nuclear powered ships, related nuclear shipyard facilities ashore or afloat, shipboard nuclear support facilities or nuclear weapons areas, commanding officers shall forward the request for access by message and by the telephone to COMNAVSEASYSCOM with a copy to CNO (N4). All message requests shall identify the contractor workplace involved and furnish all other immediately available details. Commanding officers shall withhold access pending receipt of the reply. Where granted, ac-

cess shall be subject to the requirements of this chapter and any conditions imposed in the COMNAVSEASYSCOM reply. COMNAVSEASYSCOM shall furnish a reply expeditiously, and, if possible, within a period of 3 working hours from receipt of the request.

(4) In cases of non-nuclear ships or nuclear ships, with the exceptions stated in paragraphs 1103a(2) and (3), and per the procedures in paragraphs 1103a(1), commanding officers shall grant access to contractor workplaces (as defined above) after requesting Federal OSHA compliance officials to conduct inspections and investigations of such workplaces within reasonable limits and in a reasonable manner during regular working hours (except when other times are mutually agreed upon by the concerned officials).

(5) OSHA officials shall not take photographs. Navy personnel shall take any photographs requested by OSHA officials. Commanding officers shall tentatively classify these photographs as confidential, and shall not deliver them to OSHA compliance officials until all film, negatives and photographs have been sent to COMNAVSEASYSCOM and fully screened and censored, as appropriate, in the interest of national security. Commanding officers shall forward any design or system performance data (e.g., recordings of noise sound level profiles, etc.) to COMNAVSEASYSCOM for screening, as above, prior to release. COMNAVSEASYSCOM shall complete this process within a period of 15 working days from the receipt of material.

(6) Commanding officers shall not give OSHA officials copies of any Federal records or reports. If OSHA officials request access to Navy records or reports, commanding officers shall forward the request to the appropriate releasing officials.

(7) In addition to presenting appropriate identification credentials, commanding officers shall require all OSHA compliance officials to possess appropriate security clearance for entry into areas where the contractor workplace is located.

(8) Representatives of the ship's commanding officer, and, if appropriate, the ACO and the commanding officer or officer in charge of the shore activity at which the ship is located, shall accompany the OSHA compliance official at all times during the physical inspection of contractor workplaces. A representative of the contractor and a representative of the contractor's employees may accompany the OSHA compliance officials during the inspection/investigation provided proper security clearances are verified. If there is no authorized contractor employee representative, the OSHA compliance officer is only authorized to consult with a reasonable number of contractor employees concerning matters of health and safety in pertinent workplaces.

(9) OSHA compliance officials may privately question contractors, contractor employees or their authorized representatives during their inspection.

b. Unless the responsible OSHA official specifically requests it, installation commanders and ship commanding officers shall not provide contractors with advance notice of OSHA inspections, except in cases of apparent imminent danger to Navy or contractor employees. Any person who violates the foregoing is subject to a fine of not more than $1,000 or to imprisonment of not more than 6 months, or both.

c. Ship commanding officers shall report full information regarding any OSHA inspection/investigation aboard ship in writing to the CNO (N4) with a copy to COMNAVSEASYSCOM.

**1104. Federal Occupational Safety and Health Inspections of Navy Civilian Workplaces**

a. Under the provisions of reference 11-1, Federal OSH officials, acting as representatives of the Secretary of Labor, may conduct announced or unannounced inspections at all Navy workplaces except military unique workplaces, workplaces staffed exclusively with military personnel, or workplaces located in foreign countries. Such inspections may be in response to a complaint from a Navy civilian employee or employee representative. They may schedule these inspections as part of DOL's targeted inspection program or as part of an evaluation of the DoD OSH program. These inspections may also be solely at the discretion of the Secretary of Labor.

b. In addition to the exclusions mentioned above, the Secretary of Labor has no authority over nuclear safety/health or explosive safety aspects of operations specifically covered by:

(1) Any State nuclear safety or health standard or regulation implementing 42 U.S.C. 2021

(2) Any nuclear safety or health standard or regulation implementing 42 U.S.C. Section 2021, 2021(b) or 2201(b)

(3) Any explosive safety standard or regulation implementing 10 U.S.C 172.

**NOTE:**

This does not circumvent Secretary of Labor authority over other health/safety matters in the same operations. For example, a workplace in a munitions depot, subject to DoD explosive safety standards, is subject to OSHA jurisdictions for matters relating to machine guarding, noise, etc.

c. Navy activities employing civilians shall designate a coordinator with whom Federal OSHA officials may interface for inspection purposes.

d. Federal OSHA officials shall initially report to the Navy installation commander or his/her authorized representative, present identification credentials, and state the purpose of the visit. Installation commanders shall admit these officials to conduct inspections of authorized Navy workplaces without delay, at reasonable times and in a reasonable manner. If the inspection is to involve areas/operations excluded under the provisions of paragraphs 1104a or 1104b, installation commanders shall withhold permission for immediate access and forward a request for access by message and by telephone to CNO (N45) with copies to the appropriate chain of command having management cognizance. All requests shall identify the exclusion under consideration, and CNO (N45) shall furnish an expeditious reply upon receipt of the message, as well as identifying other pertinent details regarding the inspection that must be performed.

Navy installation commanders shall require Federal OSHA inspectors to show appropriate security clearances if they require entry into closed areas. Federal OSHA officials must verify all security clearances. Navy/Marine Corps personnel shall take any photographs these officials request in these areas. Navy installation commanders shall tentatively classify such photo-

graphs CONFIDENTIAL and shall not deliver them to Federal officials until higher authority (i.e., Echelon Three commanders) have screened/classified all film, negatives and photographs as appropriate, in the interest of national security

f. Representatives of the activity commander shall accompany Federal OSHA inspectors at all times.

g. Upon request, Navy installation commanders shall grant Federal OSHA officials access to available safety and health information related to Navy civilian employees. Examples are data on hazardous materials, copies of recent inspection reports, employee hazard reports and information on the status of abatement projects, provided such information is not specifically required by executive order to be classified in the interest of national defense or foreign policy and is otherwise releasable. Installation commanders shall also grant Federal OSHA officials access to and release copies of records and reports pertinent to specific accident investigations involving Navy civilian employees, provided such release is consistent with the Privacy Act and other applicable laws and regulations. With respect to the release of records pertinent to specific accident investigations involving Navy civilian employees, Navy installation commanders shall:

(1) Refer requests for copies of Judge Advocate General (JAG) investigative reports to the JAG (Code 35)

(2) Refer requests for copies of accident investigation reports to Commander, Naval Safety Center (COMNAV SAFECEN) (Code 03), per Chapter 14.

h. Federal OSHA officials may interview or be accompanied by civilian employees or employee representatives with appropriate clearances during their visit.

i. If Federal OSHA officials issue reports or notices of unsafe or unhealthful working conditions discovered during their inspections, the commander of the inspected Navy activity shall forward a summary report with a copy of such notices immediately to CNO (N45) and COMNAVSAFECEN (Code 41). The commanding officer shall provide information copies to the chain of command having management cognizance. The commanding officer shall treat deficiencies discovered during such inspections in the same manner as deficiencies noted during internal Navy inspections.

j. If reports of inspections by Federal OSHA officials require a response, the commander of the inspected Navy activity shall provide such responses. Commands may participate in informal conferences with OSHA officials, and utilize established OSHA review/appeal procedures for Federal agencies in developing final resolutions to issues raised in OSHA inspections. Parent commands may require headquarters coordination prior to such responses. The activity commander shall provide copies of such responses to CNO (N45) and to the chain of command having management cognizance. Unresolved conflicts may require interagency resolution via DoD and DOL channels.

(1) Replies to OSHA violation notices shall be within time frames assigned by OSHA, shall specifically state abatement action and shall include appropriate backup information.

(2) If the command cannot resolve deficiency or abatement actions at the local level, it shall refer them up the chain of command for resolution.

## 1105. OSHA Targeted Inspections

Under Federal Agency Program requirements, OSHA maintains a targeted inspection program for Federal installations. Each fiscal year, OSHA targets Federal installations for inspections based on the frequency rate of their occupational injury and illness cases. If a rate is above the threshold established by OSHA (usually the average Federal Agency lost time case rate), OSHA will target the activity for inspection. Rate data is taken from Federal Employee Compensation Act (FECA) claims records. As part of the targeting program, OSHA requires each activity targeted for inspection to develop a targeting plan. The targeting plan shall identify high injury frequency work areas and specify actions to reduce mishap experiences. OSHA will notify activities targeted, by letter, at the beginning of the fiscal year and request that they prepare targeting plans. Activities may use activity self-assessment improvement plans, as discussed in chapter 5, as a substitute for the targeting plans. Targeted activities shall forward copies of the plans to the chain of command and to CNO (N45). Targeted activities shall notify the chain of command and CNO (N45) of inspection dates, and provide copies of reports and replies to reports.

## 1106. Overall Information Security Requirements

State and Federal agencies exercising their regulatory authorities in the area of occupational safety and health will periodically visit Navy activities. Activities need to pay particular attention to ensure that Navy regulations and Federal statutes governing the control and protection of classified and sensitive unclassified information are properly enforced while avoiding any interference with the legitimate regulatory purpose being served. Commanders of Navy activities shall use the following guidelines:

a. Permit only personnel with appropriate security clearances access to classified information, under reference 11-2. Limit such access to classified information required to resolve the matter at hand.

b. Navy commands handle a considerable amount of sensitive unclassified information controlled under Navy security regulations, Federal Export Control regulations and other government-wide requirements. While access to this information does not require a security clearance, it is important that the holder and recipient of the information comply with applicable security regulations governing dissemination and protection of the information.

c. Place emphasis on the fact that classified or unclassified sensitive information must be controlled. Thus, if the recipient of controlled Navy information prepares reports or other documents based on the information, advise the recipient to seek advice from qualified Navy security personnel to ensure compliance with Federal laws and Navy regulations.

d. Classified or sensitive unclassified information produced during litigation or administrative proceedings also requires protection. Seek advice from the Office of the Judge Advocate General (Navy JAG) or cognizant Office of General Counsel (OGC) to ensure the classified or sensitive unclassified information is properly protected per reference 11-2.

---

Chapter 11

References

11-1. DoD Instruction 6055.1 of 19 Aug 98, Department of Defense Occupational Safety and Health (OSH) Program (NOTAL)

11-2. SECNAV Instruction 5510.30A of 3 Mar 99, Department of Navy Personnel Security Program

11-3. SECNAV Instruction 5510.36A of 17 Mar 99, Department of Navy (DON) Information Security Program (ISP) Regulation.