**Appendix 11-A**

**Inspection of Department of the Navy Workplaces by Federal and State OSH Representatives**

| | SHORE | | | AFLOAT | | |
|---|---|---|---|---|---|---|
| | Contractor Workplaces | Civilian Employees' Workplaces | Exclusively Military Workplaces | Contractor Workplaces | Civilian Workplaces | Exclusively Military Workplaces |
| Federal OSH Representatives | YES 4,5 | YES 4,5 | NO | YES 3,4,5 | YES 3,4,5 | NO |
| State OSH Representatives | YES 1,2,4,5 | NO | NO | NO | NO | NO |

**NOTES**:

1. State OSH plan must be approved by the Department of Labor. If State plan is not approved, access may be denied. However, States without approved OSH plan may inspect contractor worksites only is there is no relevant Federal OSH standard applicable to the contractor workplace.

2. If the Navy facility is in an area of exclusive Federal jurisdiction, State OSH representatives have no legal authority on the station and may be denied access to the facility.

3. Ships or service craft must be in port; Navy Department will not transport Federal OSHA representatives to ships or service craft that are underway.

4. Federal and State OSH representatives have no jurisdiction over military unique operations or equipment. In addition, these officials are not authorized to inspect workplaces or operations for compliance with any standard implementing 10 U.S.C 172 (explosive safety) or 42 U.S.C. Section, 2012, 2021, or 2022 (nuclear safety).

5. Inspections may be announced or unannounced.

# CHAPTER 12
# HAZARD ABATEMENT PROGRAM

## 1201. Discussion

a. The Navy incurs significant costs every year as a result of injuries, illnesses and property damage resulting from workplace hazards. Therefore, it is essential that the Navy develop and maintain programs to eliminate or control all identified hazards in a systematic manner.

b. Navy activities shall utilize the policy guidance discussed in this chapter to develop occupational safety and health (OSH) hazard abatement (HA) programs. These programs place the primary responsibility for corrective action upon shore commanders, with assistance, as required, from higher level commands.

c. Exclusions. Guidance contained here does not apply to:

(1) Government-owned contractor-operated (GOCO) facilities. Policy for these facilities is set forth in the Federal Acquisition Regulations (FAR).

(2) The correction of deficiencies associated with design or operation of uniquely military workplaces (such as weapon systems), aircraft engineering change proposals to improve safety of flight or ship alterations to improve fire protection or damage control

(3) Deficiencies involving other Department of Defense (DoD) components or other Federal agencies. Correction of deficiencies that are the responsibility of another DoD component, Federal agency or private organization shall be brought to the attention of the appropriate party for corrective action. The Federal Property Management Regulations (reference 12-1) describes procedures to follow with the General Services Administration (GSA). Executive Order (EO) 12196 makes the GSA responsible for abating hazardous conditions in GSA leased facilities. Commands shall refer problems that cannot be resolved to Deputy Under Secretary of Defense (Environmental Security) (DUSD (ES)) through the appropriate chain of command.

## 1202. Hazard Abatement Processing and Tracking

Hazards can be identified through annual inspections, industrial hygiene surveys, employee hazard reports and other inspections. Regardless of the hazard identification method, activities shall process the hazard as follows:

a. Risk Assessment. The activity OSH office shall assign each identified/validated hazard, that cannot be corrected immediately, a risk assessment code (RAC). The RAC represents the degree of risk associated with the hazard and combines the elements of hazard severity and mishap probability, taking into account potential health

effects from the hazard. Appendix 12-A provides instructions for calculating the RAC for asbestos deficiencies.

(1) Hazard Severity. The hazard severity is an assessment of the worst reasonably expected consequence, defined by degree of injury or occupational illness which is likely to occur as a result of a hazard. Activities shall assign hazard severity categories by Roman numeral according to the following criteria:

(a) Category I - Catastrophic: The hazard may cause death.

(b) Category II - Critical: May cause severe injury or severe occupational illness.

(c) Category III - Marginal: May cause minor injury or minor occupational illness.

(d) Category IV - Negligible: Probably would not affect personnel safety or health, but is, nevertheless, in violation of a Navy Occupational Safety and Health (NAVOSH) standard.

(2) Mishap Probability. The mishap probability is the probability that a hazard will result in a mishap, based on an assessment of such factors as location, exposure in terms of cycles or hours of operation and affected population. Activities shall assign a letter to mishap probability according to the following criteria:

(a) Subcategory A - Likely to occur immediately

(b) Subcategory B - Probably will occur in time

(c) Subcategory C - Possible to occur in time

(d) Subcategory D - Unlikely to occur.

(3) Risk Assessment Code. The RAC is an expression of risk which combines the elements of hazard severity and mishap probability. Using the matrix shown below, the RAC is expressed as a single Arabic number that can be used to help determine HA priorities.

| | Mishap Probability | | | |
|---|---|---|---|---|
| Hazard Severity | A | B | C | D |
| I | 1 | 1 | 2 | 3 |
| II | 1 | 2 | 3 | 4 |
| III | 2 | 3 | 4 | 5 |

| | | | | |
|---|---|---|---|---|
| IV | 3 | 4 | 5 | 5 |

RAC
1 - Critical
2 - Serious
3 - Moderate
4 - Minor
5 - Negligible

b. NAVOSH Deficiency Notice. The activity OSH office shall describe workplace hazards with a RAC of 1, 2, or 3 that cannot be corrected immediately, in Section A of a NAVOSH Deficiency Notice, OPNAV 5100/12, (see appendix 9-B). The OSH office shall forward a copy of the notice to the official in charge of the operation where the hazard exists. The workplace supervisor shall post a copy of the notice in the area of the hazard until the hazard has been corrected. The OSH office shall update the posted notice, as necessary, to accurately reflect the status of the abatement action and required interim controls.

**NOTES:**

1. Activities may distribute and post a computer-generated form that includes all the information required by OPNAV 5100/12.

2. The activity OSH office shall transcribe RAC 1, 2 and 3 hazards reported by higher echelon OSH personnel (Oversight Inspections and Command Inspections) or the Occupational Safety and Health Administration (OSHA) to NAVOSH Deficiency Notices. The activity OSH office may also use the notices for documenting the correction of RAC 4 and 5 hazards as deemed appropriate,

The official in charge of the operation shall take prompt action to correct the hazard and within 30 days of the date of the notice, he/she shall complete Section B of the NAVOSH Deficiency Notice and return a copy to the activity OSH office. Activities shall implement interim protective measures pending permanent abatement and list interim corrections on the notice. The notice shall also indicate the status of the hazard including whether or not the hazard has been corrected and specific abatement action taken.

c. Abatement Plans. Activities shall record hazards assigned RACs 1, 2, or 3 that require more than 30 days for correction in a formal HA plan. This plan shall include the following standard data for each hazard (or logical grouping of similar hazards):

(1) Dates of hazard identification

(2) Location of the hazard(s)

(3) Description of the hazard(s) including reference to applicable standards

(4) Calculated RAC or estimated RAC (with hazard severity, probability of single occurrence and annual personnel exposure cited separately)

(5) Interim control measures in effect

(6) Description of the abatement action, including estimated cost and completion date

(7) Abatement priority (see section 1205)

(8) Close-out statement, indicating: completed abatement action and cost, with date of completed action; or process discontinued or worksite vacated. A computerized file is acceptable, vice the hard copy, as long as it contains–all of the required close-out information. The OSH office shall make the HA plan available for review locally by recognized employee organizations, where applicable.

**NOTE**:

Activities may use a file of NAVOSH Deficiency Notices, appropriately completed, as the abatement plan. Activities with fewer than 50 annual deficiencies or projects that will take more than 30 days to correct, may use this approach. Activities with more than 50 deficiencies or projects annually that will take more than 30 days to correct shall develop a formal HA Plan and establish priorities for each project listed.

**1203. Interim Controls**

Activities may be unable to immediately abate deficiencies under normal working conditions, and some hazards may require temporary deviation from NAVOSH standards. Therefore, activities shall establish appropriate interim controls as soon as they identify the deficiency. OSH Offices shall document such controls on the NAVOSH Deficiency Notice per appendix 9-B. The OSH office shall review and approve interim protective measures in effect for more than 30 days and revise, as appropriate.

**1204. Hazard Abatement Project Development**

The identification of a hazardous condition and the development of a deficiency abatement project require the close cooperation of the activity's facilities management and OSH personnel. Shore activities can obtain specific engineering assistance from the cognizant Naval Facilities Engineering Command (COMNAVFACENGCOM) Engineering Field Division or Activity (EFD/A) via an Engineering Service Request. The proposed project should fully correct the hazard in the most effective manner.

a. Local Funding. Navy programming and budget directives (e.g., Navy Comptroller (NAVCOMPT) Manual) provide general guidance for preparation and submission of budgets, via the chain of command. Activity budgets shall include items for correction of OSH deficiencies within the local commanding officer's funding authority.

b. Centrally Managed NAVOSH Funding. Activities shall submit projects to correct hazards that are beyond the funding capability of the local commander. Activities shall submit projects to COMNAVFACENGCOM and their major claimant in coordination with their facilities manager and/or Regional Engineer utilizing the web-based Hazard Abatement Program.

(1) Project Acceptance Criteria. To be considered for central funding, projects must meet the following criteria:

(a) Since Operation and Maintenance, Navy (O&M, N) funds will be used for minor construction, repair and construction/procurement of installed equipment as defined in reference 12-2.

1. Funds must be for non-Navy Working Capital Fund (non-NWCF) activities only.

2. Ranges for centrally managed HA funds are as follows:

a. Minor construction: $100,000 to $1,000,000

**NOTE:**

Minor construction with O&M, N funds is typically limited to $300,000 but the National Defense Authorization Act for fiscal year 1996, P.L. 105-106, section 2811 amended title 10, U.S.C., section 2805 (c) to allow use of O&M, N funds for construction costs up to $1,000,000 for projects "intended solely to correct a deficiency that is life-threatening, health threatening, or safety threatening."

b. Repair: $100,000 to $1,000,000.

c. Ergonomics: equal to or more than $10,000.

(b) Activities may only submit projects correcting deficiencies with a RAC of 1, 2, or 3.

(c) Projects must be for the protection of safety and health vice protection of property. For example, installation of fire alarms, emergency egress, and other life safety projects for the emergency evacuation of personnel is acceptable. Activities may not submit the installation of sprinkler systems to protect property.

(d) HA funds will pay for asbestos projects only if the asbestos is friable, accessible and damaged or the asbestos is in a location where it is subject to frequent damage even though immediately repaired by emergency actions.

(e) Activities can submit upgrading projects if they are to alleviate severe hazardous conditions. For example, projects that provide guardrails where none exist may be submitted. Projects to raise guardrails from 38 to 42 inches to meet NAVOSH standards would not be considered as correcting severe hazards.

(2) Unauthorized Projects. Projects which normally do not qualify for central HA funding include the following:

(a) Projects that are clearly due to the lack of maintenance or repair or have been expanded beyond NAVOSH scope to include such elements. Activities shall fund the abatement of hazards developed due to wear and tear of facilities and equipment from appropriate activity or claimant funds,

(b) Projects involving facilities owned (On Plant Property Accounts) by Navy Working Capital Fund (NWCF) activities

(c) Projects for environmental cleanup, compliance or protection

(d) Projects to provide accommodation for the handicapped. These are covered under other programs.

(e) Projects for U.S. Marine Corps facilities

(f) Projects for government- owned, contractor-operated (GOCO) facilities.

(g) Projects for purchase of ergonomic furniture

(3) Project Submissions

(a) Activity OSH offices shall request projects via the internet using the on line HA database. Instructions for using the on line database will be issued by NAVFACENGCOM via the major claimants. The worksheet in appendix 12-B can be used to collect the necessary information prior to going on line but this form is NOT to be submitted as a project request.

(b) Prior to submitting an application, OSH offices shall consult with both the Echelon Two OSH director and the facilities manager. They shall coordinate the submission of projects with local activity facilities managers, but submission is, nonetheless, the responsibility of the OSH manager. The OSH manager shall consult with facilities personnel to determine such issues as existing construction, repair or demolition plans that would abate the hazard as well as the replacement cost of the

tion plans that would abate the hazard as well as the replacement cost of the facility in question.

(c) In their project requests, OSH managers shall fully describe and document the problem and provide all information necessary for prioritization. They shall show a clear violation of NAVOSH standards in their project descriptions and cite the standards violated.

## 1205. Prioritization of Hazard Abatement Projects

In any given year, the backlog of deficiencies may exceed the funds available for NAVOSH projects. It is, therefore, necessary that the Navy have a consistent and systematic methodology for the prioritization of these projects. In order to ensure that projects of highest importance receive first consideration, the Navy prioritizes projects as follows:

a. Locally Funded Projects. Activity OSH offices shall prioritize projects that do not meet the criteria for centrally managed funding under the NAVOSH HA program based on the RAC assigned to each identified hazard. See section 1202a for RACs. If several projects for correction of hazards with identical RACs exist, the activity OSH office shall assign priorities based on the number of persons potentially exposed to the hazard and the total cost. All public works center (PWC) commanding officers and activity facility engineers shall ensure that health and safety projects receive full consideration and are appropriately prioritized for execution with other local activity special projects.

b. Centrally Funded Projects. COMNAVFACENGCOM shall assign an abatement priority number (APN) per reference 12-3 for all proposed NAVOSH HA projects submitted. The APN which comprises the RAC and cost effectiveness index will be used in determining abatement priorities.

## 1206. Responsibilities

a. Shore activity commanding officers shall:

(1) Identify and correct hazards and maintain a current HA Plan with priorities established for each project listed. If the HA plan is maintained by the regional OSH office, it shall be done in such a manner that specific activity information (or plan) is readily available.

(2) Forward projects via the prescribed submission chain for hazards that cannot be corrected through local resources.

(3) Review, prioritize and maintain current active projects.

b. Commander, Naval Facilities Engineering Command shall:

(1) Submit to CNO(N45), by 15 November each year, a proposed NAVOSH HA program project execution plan per section 1204.

(2) Develop, prepare and submit, via the chain of command, budget documentation for the NAVOSH HA program.

(3) Provide to CNO, major claimants, sub-claimants and activities, management information, as may be necessary, relative to the NAVOSH HA program.

(4) Provide engineering review of all NAVOSH HA projects approved by major claimants.

(5) Manage the design and construction of NAVOSH HA projects per established procedures.

---

## Chapter 12

## References

12-1. Title 41 CFR 101, Federal Property Management Regulations, 1 Jul 1997

12-2. OPNAVINST 11010.20F of 7 Jun 96, Facilities Projects Manual (NOTAL)

12-3. DoD Instruction 6055.1 of 19 Aug 98, Department of Defense Safety and Occupational Health (SOH) Program (NOTAL)

## Appendix 12-A

### Instructions for Determining
### Risk Assessment Code (RAC) for Asbestos Projects

Assign a risk assessment code (RAC) to asbestos projects using the following methodology derived from DODINST 6055.1 of 19 August 1998.

1. **Probability**: determine the number of people exposed to asbestos then determine the number of hours per week the average person is exposed. Note the letter where the row and column intersect. This is the probability.

| | HOURS/WEEK | | |
|---|---|---|---|
| **NO. OF PEOPLE** | 1-8 | 9-40 | >40 |
| 1-4 | D | C | B |
| 5-9 | C | C | B |
| 10-49 | C | B | A |
| 50 or more | B | B | A |

2. **Hazard Severity**: determine the severity based either on the naval asbestos facility score (NAFS) if available in the activity's asbestos inventory or from a judgment of the condition of the asbestos involved. The resulting Roman numeral is the hazard severity. (For more information on NAFS see Naval Facilities Engineering Service Center Pub SP-2027-ENV of Sep 97, Asbestos Control Program Operations and Maintenance Plan.) (NOTAL)

| | **SEVERITY** |
|---|---|
| **NAFS=66-102 or Severely Damaged** | **I** |
| **NAFS=33-65 or Damaged** | **II** |

3. **Risk Assessment Code** (RAC): an expression of risk which combines the elements of hazard severity and mishap probability. Using the matrix shown below, the RAC is expressed as a single Arabic numeral that can be used to help determine hazard abatement priorities.

| | **PROBABILITY** | | | |
|---|---|---|---|---|
| **HAZARD SEVERITY** | **A** | **B** | **C** | **D** |
| **I** | 1 | 1 | 2 | 3 |
| **II** | 1 | 2 | 3 | NA |

**NOTE:** NAFS less than 33 or undamaged asbestos are not considered to be a hazard in most cases. If you believe asbestos at your activity is an exception, complete a project application form with justification.

## Appendix 12-B

## HAZARD ABATEMENT PROJECT REQUEST WORKSHEET

| | |
|---|---|
| ACTIVITY NAME AND ADDRESS: | Date submitted: |
| | Activity UIC: |
| | Major claimant: |

| | | | | |
|---|---|---|---|---|
| **PROJECT INFORMATION** | | | | |
| 1. Project title: (*Describe action to abate/eliminate the hazard*) | | | | |
| 2. Project No. | 3. Estimated Cost (*$K*) | 4. Risk Assessment Code *(Circle one)* **1 2 3** | Probability ___ | Severity ___ |
| 5. Problem: No. of people regularly exposed to the hazard: | | | | |
| 6. Proposed Corrective Action: | | | | |
| 7. Applicable Standards/Regulations: | | | | |
| 8. Citations (*OSHA, STATE AGENCIES, NOIU, ETC.*): | | | | |
| 9. Interim Controls: | | | | |
| 10. Points Of Contact (*Enter All Applicable*): | | | | |

| Function Name | Phone | Fax | Internet E-mail |
|---|---|---|---|
| a. NAVOSH | | | |
| b. Facilities: | | | |
| c. Claimant: | | | |

OPNAV 5100/19 (8-00)

**Instruction for Preparation of
Hazard Abatement Project Request Worksheet**

This worksheet can be used to collect data for entry in the HA program on line. All Navy activities except Navy Working Capital Fund activities are eligible to apply for funding. (Marine Corps activities are not eligible since the Marine Corps has a separate OSH program).

**CRITERIA FOR PROJECT ACCEPTANCE**:

- Projects must be for protection of personnel. Property protection projects will not be funded.
- Projects for environmental cleanup, compliance, or protection will not be funded by the HA program.
- Asbestos projects will be funded only if the asbestos is friable, accessible, and damaged.
- Government-Owned Contractor-Operated (GOCO) facilities are not eligible.

**INSTRUCTIONS:** Most data elements should be self-explanatory. Once the information is gathered use the internet accessible on line HA database to submit projects.

1. Project Title: Enter a short phrase that describes the proposed action to abate/eliminate the hazard. e.g., "Eliminate fall hazards from aircraft, hangers 1,2, and 3" or "Remove hazardous paint solvent vapors in Bldg. 5". The title should make it clear that the project is to correct a safety and/or health hazard and is not a routine maintenance project, energy conservation project, or other project not related to safety and health.
2. Project No.: Provide only if a local project has been developed. Otherwise enter "N/A". This is usually in a format such as "R2-93", or "C003-94".
3. Cost Estimate: Estimates at this stage are for budget development and need to be reasonably accurate. Any acceptable method for cost estimating may be used.
4. Risk Assessment Code (RAC), Mishap Probability, and Hazard Severity: The RAC is a single digit determined according to the instructions in Chapter 12 of OPNAVINST 5100.23F. Circle the RAC and enter the Mishap Probability and Hazard Severity. (For asbestos projects refer to Appendix 12-A: "Risk Assessment Code (RAC) for Asbestos Projects").
5. Problem Description: Enter the number of employees regularly exposed to the hazard. Briefly describe the nature of the hazard (include information about injuries, near misses, etc., related to this hazard). Include a statement of what injury or illness the hazard might cause. Include industrial hygiene data or other survey data as appropriate. The description should be understandable to the general reader.
6. Proposed Corrective Action: This paragraph should answer the question "What will the project do and how well will it correct the deficiency?" Include numbers such as "...install climbing devices on 15 ladders." It should be understandable to the general reader.

7. Applicable Standards: Primarily Occupational Safety and Health Administration standards but could also include National Fire Protection Assoc., American National Standards Institute, American Society of Mechanical Engineers, etc. The standard must be specific to the hazard addressed.
8. Citations (if any): Enter the agency, date and nature of citation.
9. Interim Controls: Enter controls in place to protect people until a permanent engineering fix is installed. E.g., respirators, special procedures (describe), etc.
10. Consult with Echelon Two facilities and OSH personnel to determine if Major Claimant Actions will abate the hazard. Enter one Echelon Two person contacted in block 10.
11. Submit one or more digitized photographs (.jpg format preferred) with the request. The on line database has a facility for attaching digitized photographs as well as documents to the on line request.
12. Submit applications using ONLY the on line database. Instructions for using the database will be issued by NAVFACENGCOM via the major claimants. For additional information call your area HA program manager.

## CHAPTER 13

## NAVY OCCUPATIONAL SAFETY AND HEALTH COST DATA (SHORE ONLY)

**1301. <u>Discussion</u>**

a. The Navy is required to maintain occupational safety and health (OSH) program cost data for the Department of Defense (DoD), Congress and the Occupational Safety and Health Administration (OSHA).

b. The current Navy accounting system does not provide for the collection of some of the specific data required. Until the system is modified, each Navy activity must rely on its own ability to track the Navy Occupational Safety and Health (NAVOSH) program costs.

**1302. <u>Applicability</u>**

The requirements in this chapter apply to Navy headquarters commands. The following activities are excluded:

a. Reserve Officer Training Corps (ROTC) units

b. Industrial and/or research plants operated by private contractors (civil works)

c. Petroleum reserves

d. Military Assistance Advisory Groups and Defense Attache Offices

e. All ships and aircraft

f. All squadrons, wings, groups and other operational commands.

**1303. <u>Data Requirements</u>**

Each headquarters command shall submit the cost data described below to Chief of Naval Operations (CNO) (N45) by 15 January of each year and use OPNAV 5100/13 (Appendix 13-A) format for this purpose. The Navy requires a separate submission for each appropriation (e.g., Operations and Maintenance, Navy (O&M,N); research, test, development and evaluation (RTD&E); Navy Working Capital Fund (NWCF), etc.) to which activities charge NAVOSH expenditures. The Navy requires cost information for the past fiscal year. For those items where actual data is not available, activities shall provide estimates and indicate all estimates by an asterisk on the form. The Commander, Naval Facilities Engineering Command (COMNAVFACENGCOM) shall provide to CNO (N45), by 1 January each year, a summary of centrally-managed NAVOSH hazard abatement funds expended for the past fiscal year.

a. <u>Personnel</u>. Headquarters commands shall submit the manpower costs required to operate the NAVOSH program. They shall report the data in terms of the number of full-time equivalents (FTEs) and salary costs for both military and civilian employees considered to be part of the OSH office staff. The salary and FTEs of OSH personnel are subdivided into four categories: professional safety; occupational health professionals; clerical support personnel; and other. Activities must show the amounts for each of these categories in the appropriate columns. Include only full-time personnel charged to OSH. For collateral duty personnel, include the number of personnel, but do not include labor costs unless they are charged to an OSH account. Echelon One and Two commands shall

unless they are charged to an OSH account. Echelon One and Two commands shall consolidate data to include headquarters OSH personnel. Activities shall include medical technicians (laboratory technicians, X-ray technicians, etc.) who are involved in employee medical examination programs in this cost data if they support occupational health programs full-time. The activities to whom these employees belong will report the costs.

b. Training. Each year, headquarters commands shall report the total cost of all OSH-related training, attended by OSH staff (for example, tuition costs and course material charges), and any costs incurred by the headquarters command resulting from safety training for instructors/contractors teaching safety.

**NOTE:**

Report personnel costs (labor) and travel costs associated with training under "Personnel" and "Travel/Per Diem", respectively.

c. Travel/Per Diem. This item includes all travel and per diem costs that activities associate with attending OSH training, conducting inspections or visits, and attending meetings.

d. Supplies/Materials. This item includes the cost of all supplies and materials activities use in the NAVOSH program (whether purchased by the OSH office or not). Items are subdivided into two categories - personal protective equipment (PPE) and other. The PPE category includes the cost of items such as respirators, face shields, eye protectors, and earplugs. The "other" category includes the cost of signs, posters, publications, consumables, etc.

e. Equipment. This category includes the cost of all equipment, exclusive of equipment used to abate deficiencies, that the OSH staff requires and charges to safety accounts. Activities shall include costs for items such as an air sampling pump, sound level meter, computer software, etc. in this category.

**NOTE:**

Activities can purchase equipment via alternative appropriations (e.g., equipment with a unit cost of $25,000 or more) such as Other Procurement, Navy (OPN) funds. Activities shall ensure that they provide reports for alternative appropriations.

f. Other Operating Expenses. This item includes any other charges to OSH accounts. Activities shall also report in this category any significant expenditures they normally budget separately at the Echelon Two command level. Some examples are gas free engineering, systems safety, laser safety, asbestos control, respiratory protection, hearing conservation, contractor support, hazardous material control, hazard abatement, etc. If activities use this line item, they shall ensure that these same expenditures are not already accounted for elsewhere.

g. Totals. The sum of each cost item indicated on lines 1 through 7 for the fiscal year.

**1304. Responsibilities**

Commanders of Echelon One and Two commands shall:

a. Develop and issue procedures to collect the required cost data from subordinate activities

b. Consolidate by appropriation the cost data submissions they receive from subordinate activities and forward to CNO (N45).

## Appendix 13-A
## Navy Occupational Safety and Health (NAVOSH) Program Costs

OPNAV 5100-21

**NAVY OCCUPATIONAL SAFETY AND HEALTH (NAVOSH) PROGRAM COSTS**
**APPROPRIATION (Circle One): O&M- N OPN MILCON NCWF RDT&E**

| COST ELEMENT | PAST FISCAL YEAR | | | | | | |
|---|---|---|---|---|---|---|---|
| | | FTE | | | COLLATERAL DUTY | | |
| | $(000) | # CIV | # MIL | #CONTR | # CIV | # MIL | CONTR |
| 1. PERSONNEL a. Professional Safety | | | | | | | |
| b. Occupational Health Professionals | | | | | | | |
| c. Clerical Personnel | | | | | | | |
| d. Others on Staff | | | | | | | |
| 2. TRAINING | | | | | | | |
| 3. TRAVEL/PER DIEM | | | | | | | |
| 4. SUPPLIES/MATERIALS | | | | | | | |
| a. PPE | | | | | | | |
| b. Other | | | | | | | |
| 5. EQUIPMENT | | | | | | | |
| 6. DEFICIENCY ABATEMENT (Local Funding) | | | | | | | |
| 7. OTHER OPERATING EXPENSES | | | | | | | |
| TOTALS | | | | | | | |

NAME OF PERSON SUBMITTING THIS DATA:

| DSN PHONE: | COMM PHONE: |
|---|---|

OPNAV 5100/13 (9-92)

# CHAPTER 14

## MISHAP INVESTIGATION, REPORTING, AND RECORDKEEPING

**1401. Discussion**

a. Mishaps that result in damage to Navy facilities and equipment or occupational injuries, illnesses or deaths to Navy personnel degrade operational readiness and increase operational costs. Investigation of such mishaps to identify causes and preventive actions, as well as establishing accurate recordkeeping, are essential to the success of the Navy Occupational Safety and Health (NAVOSH) program. Mishap investigations aimed at determining how and why the event occurred are necessary to prevent future occurrence of similar events. Accurate records are necessary to establish trends, to conduct analyses, and to assess the effectiveness of the overall NAVOSH program. Certain records are necessary to comply with Department of Labor (DOL) Federal agency recordkeeping and reporting requirements. Certain records for foreign national employees may also be necessary to meet host country standards. These records should be part of the mishap recordkeeping program.

b. This chapter includes procedures that apply to Navy mishap investigation, reporting and recordkeeping requirements for shore on-duty Navy personnel and Navy shore operational mishaps per reference 14-1. This chapter does not apply to the investigation or reporting of mishaps involving recreation, athletic and home safety; military off-duty; motor vehicles; and explosives. Mishap investigations and reporting in these areas will follow the procedures outlined in reference 14-2. Reference 14-3 includes procedures for investigating and reporting diving mishaps. Reference 14-4 provides procedures for investigating and reporting aircraft mishaps. The following areas are within the scope of this chapter:

(1) On-duty shore occupational injuries, occupational illnesses and occupational fatalities to:

(a) Navy military personnel (includes personnel attached to service craft and small boats that have a shore unit identification code (UIC))

(b) Navy and non-deployed Military Sealift Command (COMSC) civilian employees when resulting from the course of their employment. Reference 14-3 covers deployed COMSC civilians

(c) Other Department of Defense (DoD) and non-DoD component personnel assigned to the Navy.

(2) Accidental damage to government material (property) or equipment throughout the Navy and COMSC unless paragraphs 1408e(1-6) provide exemptions

(3) Navy operational mishaps

(4) Identification of hazardous conditions that may cause death, damage, injury or occupational illness as listed above.

**1402. Types of Mishap Investigations**

A complete comprehensive mishap investigation is an essential tool in identifying the causes of a mishap and thereby preventing recurrence. The reports required by this chapter are separate and independent of investigations required by the Manual of the Judge Advocate General (JAG). JAG investigations are used to determine accountability and culpability. The sole purpose of the safety investigation is mishap prevention, not the determination of accountability.

a. General Use Shore Safety Investigation Reports. Reporting activities shall use these reports for all safety mishaps required by this chapter. Although the primary purpose of these reports is mishap prevention, COMNAVSAFECEN may release them under Occupational Safety and Health Administration regulations or in response to Freedom of Information Act (FOIA) requests. Advise individuals providing information in connection with a general use shore safety investigation report (SIR) of the purpose and use of such information. Sample general use Advice to Witness statements are included in appendix 14-A.

b. Judge Advocate General (JAG) Manual Investigations. Conduct JAG investigations, including claims investigations, as required by the JAG Manual. The safety investigator(s) and the JAG Manual investigator(s) shall not be the same person(s). Nothing in this chapter prevents JAG Manual investigator(s) from access to the same non-privileged factual material or witnesses available to the safety investigator(s). Conduct the JAG Manual investigation independently and separately from the safety investigations mentioned above. Reports of these investigations shall not be made a part of JAG investigations.

c. Headquarters Command Investigations. The cognizant headquarters command shall initiate a mishap investigation when a Class A mishap or a mishap involving the inpatient hospitalization of three or more people occurs as the result of an operational mishap. If a fatality related to the mishap occurs within 6 months of the date of the mishap, headquarters shall determine on a case-by-case basis whether a headquarters investigation is required. In addition, CNO, COMNAVSAFECEN or the cognizant headquarters command may require a headquarters command investigation of other mishaps as appropriate. Refer to paragraph 1408b.

d. Criminal and Security Investigations. The Naval Criminal Investigative Service (NCIS) shall investigate any death occurring on a Navy installation, per SECNAVINST 5520.3B, except when the cause of death is medically attributable to disease or natural causes. When notified, NCIS will investigate the circumstances until criminal causality can reasonably be excluded. The investigations noted above must not compromise nor otherwise impede the NCIS investigation.

**1403. Mishap Investigation Requirements**

a. Shore activities shall conduct a safety investigation of every mishap, major or minor, and handle the investigation as a search for facts. The severity or significance of the mishap determines the extent of the investigation. The activity shall establish guidelines delineating roles and responsibilities for reporting and investigating all classes of mishaps. Military or civilian occupational safety and health (OSH) professionals trained per Section 1405 shall conduct mishap investigations of Class A and B mishaps. The OSH office shall ensure proper investigation of all mishaps and review all investigation reports. Management personnel may assist in mishap investigations; however, activities shall not use information they obtain through the safety

investigation for administrative or disciplinary action. The investigator shall complete a written report with firm, factual findings and recommendations for specific corrective action to be taken to prevent recurrence.

b. Activities shall report all mishaps meeting the reportable criteria in section 1408 directly to COMNAVSAFECEN using the appropriate format and shall place the notation, "GENERAL USE SHORE SAFETY INVESTIGATION REPORT" at the beginning of the report.

**1404. Requirements to Ensure Reporting of All Mishaps**

At all levels, the immediate supervisor has the greatest influence on mishap reporting. Activities shall take the following action to ensure that they report all mishaps:

a. Indoctrinate all subordinates, especially new arrivals, to report all mishaps no matter how small, as well as the "near misses" where only chance prevented a mishap. Ensure personnel fully appreciate that activities cannot correct hazardous conditions unless personnel conscientiously report them. For operational activities and forces afloat, references 14-3 and 14-5 contain internal reporting procedures.

b. Ensure supervisors report all mishaps to the activity OSH office immediately so the OSH office can initiate the appropriate action for the investigation.

**1405. Mishap Investigation Training**

Personnel who conduct Class A, B and C mishap investigations shall complete formal training in mishap investigation procedures and techniques. OSH professionals responsible for investigating activity level mishaps or Class A and B mishaps shall attend the Naval Occupational Safety and Health and Environmental Training Center (NAVOSHENVTRACEN) course, Mishap Investigation and Prevention (Ashore), course A-493-0078, or an equivalent course (as determined by the supervisor). Individual development plans (IDPs) for OSH professionals shall include provisions for providing this training, as necessary. OSH professionals with formal mishap investigation training may provide formal classroom training to others in the activity (e.g. supervisors) who may perform Class C and D mishap investigations.

**1406. Collection/Dissemination of Mishap Information for SIRs**

a. The Concept of Privilege. Military and Federal courts recognize information given under promises of confidentiality and the findings, conclusions and recommendations of mishap investigations and endorsers are protected under Executive Privilege. Although witnesses' names may be released, witness statements and the deliberative analyses of the mishap investigation are privileged. Any information that would not have been discovered but for the promise of confidentiality is likewise privileged. Promises of confidentiality may be given by members of the Mishap Investigation Board. Members must judge whether confidentiality is necessary to ensure that witness' full cooperation. Confidentiality must explicitly be given. When granted, the protected witness must sign an "Advice to Witness (Promise of Confidentiality)" form provided in appendix 14-A. When the witness' signature is impracticable, draft a Mishap Investigation Memorandum to File. Maintain all witness statement related documents and records with other mishap documents. Mishap Investigation Board members have long granted blanket promises of confidentiality to strengthen the interview process to learn mishap causes. Follow the restric-

tions on the use and release of unprotected testimony per this instruction. Any information directly calculated by the Mishap Investigation Board, or developed at the specific request of the investigation board, is privileged when disclosing that information would reveal the mishap investigation's deliberative process. Individual promises of confidentiality guarantee the information provided by witnesses will be used only for safety purposes.

(1) Privileged Information shall not be used:

(a) In any determination affecting the interest of an individual making a statement under assurances of confidentiality or involved in a mishap

(b) As evidence or to get evidence in determining the misconduct or line-of-duty status

(c) As evidence to determine the susceptibility of personnel to discipline

(d) As evidence in claims on behalf of the government

(e) As evidence to determine the liability of the government for property damage caused by a mishap

(f) As evidence before administrative bodies, such as Officer Evaluation Boards (USN) or Field Performance Boards (USMC)

(g) As evidence before, or as any part of, a JAG Manual Investigation Report

(h) In any other punitive or administrative action taken by the Department of the Navy (DON).

(i) In any investigation or report other than the SIR.

(j) As evidence in any court.

(2) The Purpose of Designating Information as Privileged. The purpose is to explain what designated information becomes privileged, understand privilege concepts and to conform with standardized Navy mishap investigation reporting processes with or without privileged information. Headquarters command SIRs will normally not contain privileged information. However, the mishap investigation process must:

(a) Overcome an individual's reluctance to reveal complete and candid information pertinent to the circumstances surrounding a mishap.

(b) Encourage mishap investigations and endorsers of SIRs to provide complete, open and forthright information, opinions and recommendations about a mishap.

b. Rationale. This is necessary because witnesses believe certain uses of the information could be detrimental to themselves, others involved in the mishap, or their command. They may also elect to withhold information by exercising their constitutional right to avoid self-incrimination. Activities must assure individuals that they may confide in safety investigators for

the mutual benefit of fellow service members without incurring personal jeopardy within the DON in the process. Witnesses are not sworn. Requiring them to do so is prohibited. Mishap investigators shall advise witnesses, in writing, why they are providing their statement and of the limitations placed on its release. Witnesses need not limit their statements to matters to which they could testify in court. Encourage witnesses to express opinions and speculate on possible causes of the mishap.

c. Witness Statements/Identities. Mishap investigation personnel shall not provide witness statements to any other activity except as authorized in this chapter. They shall advise individuals providing information in connection with a mishap investigation of the purpose and use of such information and provide the Safety Investigation Report Advice to Witness statement in appendix 14-A. Shore activities shall protect witness identities to the maximum extent permissible under exemption (b)(6) of the FOIA.

d. Photographs. Photographs of human injuries or remains may be exempt from disclosure under exemption b(6) of the FOIA.

e. Investigations. Mishap investigators shall thoroughly understand the distinction between safety mishap investigations and other investigations. Only in cases of a joint DoD investigation (for example, a U.S. Army and U.S. Navy mishap), that COMNAVSAFECEN or higher authority authorizes, shall any exchange of information and opinion outside Navy mishap investigation personnel occur. In such cases, cooperation between investigators may include division of labor, joint review of evidence, exchange of witness statements, and joint deliberations. In all cases, safety mishap investigations shall be independent and separate from all other investigations.

f. Investigators. Commanding officers shall not assign mishap investigation personnel to any other investigation of the same mishap such as a JAG Manual investigation, an Officer Evaluation Board (USN) or a Field Performance Board (USMC). Members of any Mishap Investigation Board shall not, nor may they be requested to, divulge their own opinion or any information which they arrived at, or to which they became privy, in their capacity as a member of a Mishap Investigation Board.

g. Independence of Mishap Investigation Reports. Do not append mishap investigation reports or extracts to, or include in, JAG Manual Investigation Reports or any other type of investigations. Likewise, to prevent any inference of association with disciplinary action, do not append reports of JAG Manual Investigation Reports or any other type of investigation report to any mishap investigation report.

h. Administrative Safeguards.

(1) Mishap investigators shall handle mishap investigation reports as General Use Safety Investigation Reports and shall include the following narrative at the beginning of the report:

"NARR/FOR OFFICIAL USE ONLY. THIS IS A GENERAL USE SAFETY INVESTIGATION REPORT TO BE USED FOR SAFETY PURPOSES AS DEFINED IN OPNAVINST 5100.23F."

(2) Mishap investigators and endorsers shall not send SIRs and SIR endorsements to non-naval activities. Only the CNO, Commandant of the Marine Corps (CMC), or COMNAVSAFECEN shall send SIRs or endorsements to non-naval activities.

(3) Endorsers of an SIR can forward the SIR to commands outside the original recipients only if it requires further endorsement or corrective action.

(4) Special Handling. The term "special handling" means that the Navy restricts circulation of SIRs and SIR endorsements to limit their use to the furtherance of safety. Recipients shall apply common sense to determine exactly what handling actions are appropriate. Uncontrolled distribution of SIRs (such as placement in reading racks, message boards or on bulletin boards) is inappropriate. Routing SIRs in file folders, which ensures only those who need to know their content for safety purposes, would be appropriate. Closely control addresses on Collective Address Designator (CAD) and Address Indicating Groups (AIG) messages. Include only commands or agencies routinely involved in the endorsing chain for mishaps.

(5) For Official Use Only. The Navy designates all reports required by this chapter For Official Use Only (FOUO). Refer to Department of Defense Freedom of Information Act (FOIA) Program of Sep 98 (DoD 5400.7-R) for instructions on handling material designated FOUO.

i. Dissemination of Essential Safety Information. When appropriate, COMNAVSAFECEN will share safety information gleaned from SIRs received under this chapter. COMNAVSAFECEN will extract essential safety information from the SIR and disseminate only that information to a particular media (e.g., lessons learned, Ashore article, safety advisory message, newsletter, correspondence concerning recommended corrective action, etc.). Expunge ("scrub" or "sanitize") from the SIRs all identifying data which could reveal the identity of any person, organization or event, then show the essential safety information which remains. When appropriate, COMNAVSAFECEN will readdress the SIR. The distribution of lessons learned depends on the subject. Activities may use general information to disseminate lessons learned.

j. Release of Information. Release of mishap information from SIRs shall be per this section unless otherwise authorized by CNO. Only COMNAVSAFECEN can release copies of SIRs submitted per this chapter. A violation of these provisions by military personnel is punishable under the Uniform Code of Military Justice (UCMJ) and forms the basis for disciplinary action against civilian employees.

(1) Release Based on the FOIA. Forward requests for information that either expresses or implies that they are based on the FOIA to COMNAVSAFECEN, Attention: Code 03.

(2) Release by an Individual Having Knowledge of SIRs. It is forbidden for anyone with knowledge of the contents of an SIR to release that information, except as this chapter permits. If an individual having knowledge of SIR contents receives a request for information, he/she shall forward the request to his/her commanding officer, who shall refer the requester to COMNAVSAFECEN, Attention: Code 03.

(3) Release to U.S. Navy, U.S. Marine Corps and other DON Activities. Commands shall forward requests for SIR information from Navy, Marine Corps, and other DON activities to COMNAVSAFECEN, Attention: Code 03.

(4) Release to Other U.S. Military Services. The Navy limits the exchange of safety program information between U.S. military services to their respective safety centers.

(5) Release to the News Media. DON Public Affairs Regulations (SECNAVINST 5720.44A) contain information on releasing mishap information to the media. The Navy shall, however, preserve the information in SIRs when dealing with the press, which is not releasable to the media.

(6) Release to Congress. Forward requests for information from Congress, Congressional committees or subcommittees, or staff members to CNO, CMC, or COMSC, as appropriate.

(7) Release to Relatives of Persons Involved in Shore Mishaps. In discussing a mishap with relatives of people involved in the mishap, personnel shall make no inference to causal factors. Commands shall not show, discuss with or give copies of a SIR to the next of kin or their agents or representatives without a proper FOIA request per paragraph 1406j(1).

(8) Subpoenas for Information. Commands shall refer any subpoenas for mishap information to the Office of the Judge Advocate General (Code 34), 1322 Patterson Avenue, Southeast, Suite 3000, Washington Navy Yard, Washington, DC 20374-5066 with copy to COMNAVSAFECEN, Attn: Code 03.

(9) Release to Technical Representatives, Defense Contract Administration Services (DCAS) Representatives and Contractors. Commands shall forward requests for mishap information from technical representatives, manufacturers, DCAS representatives, and contractors or their agents to COMNAVSAFECEN via the appropriate headquarters command. The endorsement of the headquarters command shall certify whether the requester requires the requested information for safety purposes with respect to product design or improvement. Any response shall include a warning to ensure the recipient uses the information for safety purposes only. The recipient shall not disclose the information to any other individual or entity.

(10) Release to Other Foreign Nations. Commands shall forward requests for mishap information from foreign governments to COMNAVSAFECEN, Attention: Code 03.

(11) Release of Privacy Information. Handle the names of individuals not involved in the mishap and the Social Security Numbers of all individuals in the report as directed by the applicable sections of Secretary of the Navy's (SECNAV) Privacy Act Instruction (SECNAVINST 5211.5D). To protect the privacy rights of surviving family members, do not release photographs of human remains or the autopsy report.

(12) Unspecified Cases. Commands shall forward requests other than above to COMNAVSAFECEN, Attention: Code 03.

**1407. Safety Report Review**

a. COMNAVSAFECEN shall provide a repository for SIRs. COMNAVSAFECEN shall review each mishap report to:

(1) Ensure adequacy of information for providing a reasonable representation of the mishap.

(2) Ensure personnel identify the causes of the mishap.

(3) Ensure that any local corrective action taken is appropriate.

(4) Consider the applicability of the included hazards to other commands for possible dissemination.

(5) Select those mishaps that are candidates for management review due to the severity of the mishap.

b. Management Review. COMNAVSAFECEN shall require the review of SIRs by appropriate levels of management where the severity or significance of the mishap warrants. Activities shall provide available information concerning the mishap and associated information from all sources to the appropriate manager for consideration and recommendation. The activity will provide recommended actions when appropriate.

c. Corrective Action Management. COMNAVSAFECEN will maintain current status information on significant recommendations for corrective action in safety and mishap prevention matters and initiate recommendations for corrective actions to competent authority.

**1408. Mishap Reporting Procedures**

a. General. As paragraph 1401a discusses, commands investigate mishaps to identify causes and preventive actions. The goal of mishap investigations is to determine how and why the event occurred to prevent future occurrence of similar events. In many cases, mishap investigations do not teach us anything new; they simply reinforce lessons learned many times before. The summary mishap reporting requirements of paragraph 1409 will capture data related to these mishaps so there is no need for individual mishap reporting. However, other cases do require individual mishap reports given the loss (or the potential for loss). Specifically, any case involving the following will require submission of a shore safety investigation report:

(1) Fatality

(2) Permanent Total or Partial Disability

**NOTE:**

While a significant threshold shift (hearing loss) is a permanent partial disability, such a case does not require submission of an SIR. Such cases are recorded on the log of occupational injuries and illnesses discussed in paragraph 1409.

(3) Hospitalization. Any occupational (on-duty) or operational mishap which results in the inpatient hospitalization of three or more personnel

(4) Weight Handling Equipment (WHE) Accident. Weight handling equipment (WHE) includes cranes and crane rigging gear. A WHE accident occurs when any one or more of the six elements (the crane; the operator; the riggers and crane walker; the rigging gear between the hook and the load; the load; and the crane's supporting structure) in the crane operating envelope fails to perform correctly during crane operation, including operation during maintenance or testing resulting in personnel injury or death, material or equipment damage, dropped load, derailment, two blocking, overload; or collision, including unplanned contact between the load, crane and/or other objects. A component failure is not considered an accident solely due to material or equipment damage unless the component failure results in damage to other components. The activity shall report WHE accidents to the Navy Crane Center per reference 14-6. The Navy Crane Center will provide a quarterly summary of WHE mishaps to COMNAVSAFECEN. WHE accidents need not be directly reported to COMNAVSAFECEN unless they involve a fatality, permanent total disability, hospitalization or other cases described in paragraph 1408.

(5) Confined Space Mishap. Any mishap occurring in any confined space per chapter 27 of this manual or NAVSEA S6470-AA-SAF-010, Gas Free Engineering Program, where personnel fail to follow confined space program elements. This includes any fatality, injury or material (property) damage that results from a fire in a confined space.

(6) Laser Exposure Incident. Any incident meeting the definition in appendix 22-A of this instruction

(7) RF Exposure Incident. Any incident meeting the explanation in appendix 22-C of this instruction

(8) Lockout/Tagout Mishaps. Any mishap involving the repair or maintenance of equipment or energy distribution systems attributed to a failure to use or follow lockout/tagout procedures as chapter 24 of this instruction requires

(9) Near Misses. Any near miss involving an industrial work process where activities avoid a fatality or catastrophic loss merely by chance; i.e., if someone says, "Boy, we're lucky we didn't kill somebody." Activities should report other "near miss" incidents by informal correspondence or by SAFETYGRAM (OPNAV 5102/4) shown in appendix 14-B. They may use either of these methods to describe any situation having mishap potential or as a vehicle to make recommendations to improve safety or occupational health. To provide anonymity, personnel may submit SAFETYGRAMs directly to COMNAVSAFECEN without normal chain of command routing. COMNAVSAFECEN requires the name of the activity, but not the name of the person originating the correspondence.

(10) Contractor Mishaps. The activity to which the injured is assigned shall report when contractor operations cause a mishap that results in death, injury or occupational illness to military or on-duty DoD civilian personnel. Activities need not record or report mishaps involving contractor personnel caused solely by contractor operations under this instruction. Report accidents involving WHE (including cranes and crane rigging gear) to the Navy Crane Center per section 1 of reference 14-6. Contractor mishaps may be reportable under the require-

ments of reference 14-7. Report, per this chapter, any mishap caused by contractor operations that result in reportable Navy material (property) damage. The Navy shore activity having custody of the property shall file the report.

(11) Special Situations. Report, per this chapter, any Navy operational mishap causing permanent total disability, permanent partial disability or death to any person not otherwise defined, on or off a Navy installation or aboard Navy service craft or small boats.

(12) Material (Property) Damage. Activities shall investigate and report any material (property) damage, including release of materials which are damaging to the environment, occurring ashore involving a repair, replacement, or cleanup cost of $200,000 or more as a result of a mishap per this chapter. Malfunction or failure of component parts that are normally subject to wear and tear and have a fixed useful life less than the complete system or unit of equipment are not reportable. However, if the malfunction or failure of a component results in damage of $200,000 or more to another component or the entire system, then the subsequent damage is reportable. Cost of repair or replacement includes cost of labor. Examples of reportable mishaps are those involving the improper operation or maintenance of equipment, improper materials handling, equipment casualties from electrical faults and hazardous material spills. Damage to Navy service craft or small boats assigned to a shore activity is also reportable. When a mishap involves both injury or death and material (property) damage, activities shall submit one consolidated report per appendix 14-C (SIR).

**NOTE:**

For military personnel, activities shall report the above categories for on-duty mishaps only. For civilian personnel, the above categories are for occupationally related mishaps.

b. Investigation of Class A and Certain Class B Mishaps. If any Class A mishap or mishap involving the inpatient hospitalization of three or more people occurs, the cognizant headquarters command shall initiate an investigation consistent with this chapter, and shall initiate the investigation within 48 hours of notification of the mishap. The activity where the mishap occurred (or activity employing the Navy personnel involved if off station) shall report this type of mishap by telephone within 8 hours to COMNAVSAFECEN and the cognizant headquarters command. COMNAVSAFECEN shall make notification to SECNAV and CNO. To comply with OSHA notification requirements, the activity shall also notify the local OSHA office within 8 hours of the mishap when civilian personnel are involved. The requirement for this special investigation does not apply to mishaps exclusively involving contractor personnel. The headquarters command may terminate any headquarters command investigation if the fatality is determined a natural cause, foul play, homicide or suicide. For on-duty military physical readiness test/physical test (PRT/PT) fatalities, headquarters command need not perform an investigation. The activity to which a person is assigned shall conduct the investigation and complete required reports. For explosives, diving, motor vehicle, and off-duty mishaps, COMNAVSAFECEN shall determine the need for this type of investigation and the team composition on a case-by-case basis (refer to reference 14-2 or 14-3). The following additional requirements apply:

(1) The cognizant headquarters command shall establish an investigative board to examine the cause(s) of the mishap and recommend corrective action. It shall assign a board leader from its headquarters or any command or activity other than the activity at which the

mishap occurred. The board leader shall be a senior line officer (O-5 and above) or OSH professional. An OSH professional shall be a board member. If a mishap occurs on a Navy vessel, a person with ship expertise shall be a team member. The remaining team composition should include appropriate technical experts. Technical specialists, including contractors providing assistance to mishap investigations, are not members of the team. The team shall not give them access to the team's deliberations and conclusions or mishap information not related to their area of expertise. The cognizant headquarters command is responsible for determining the need for and coordinating the assignment of a medical representative to the team. COMNAVSAFECEN will provide a representative to every headquarters safety investigative board. Activities shall ensure that all OSH members of the team have formal training in mishap investigation and reporting procedures per paragraph 1405. The cognizant headquarters command shall arrange funding of the investigation.

(2) The mishap investigation board shall complete an SIR using the format of appendix 14-C. The team leader shall draft, release, and mail the SIR, attaching all supporting documentation, to COMNAVSAFECEN (Code 49) via the activity, its chain of command and any other activity addressed in the findings or recommendations. If a mishap involves an activity the findings or recommendations do not address, then team leaders shall include the activity and its chain of command as “Copy To” addressees of the report. If the mishap occurred on board a ship, board leaders shall include the ship as an endorser. The mishap investigation board leader shall forward the original SIR to the first endorser within 45 days of the board convening, and mail an advance copy of the SIR to COMNAVSAFECEN (Code 49) and CNO (N45), when mailing the original to the first endorser. If the 45-day period cannot be met, the board leader shall request an extension from COMNAVSAFECEN in writing.

(3) The chain of command shall endorse the SIR within 30 days of receipt. If the 30 days cannot be met, the endorsing activity must request an extension from COMNAVSAFECEN, Code 49. Endorsements shall be by letter and shall state whether the endorser agrees or disagrees with each conclusion and recommendation and the rationale for disagreement. Endorsers shall forward a copy of their endorsement to COMNAVSAFECEN (Code 49) and CNO (N45). Disagreement is not a reason for delay. COMNAVSAFECEN will review the remarks of each endorser and request additional information when necessary.

(4) The activity shall maintain custody of all relevant board members' personal notes, original copies of all statements, photographs, negatives, and tape recordings (whether the SIR refers to them or not). The activity shall also maintain custody of physical evidence for 5 years, when practical. Endorsers and other authorized recipients shall retain a copy of the SIR and its endorsements for 2 years from the date of the mishap, at which time activities shall destroy them. COMNAVSAFECEN, as the custodian of mishap information and releasing authority, shall retain custody of the SIRs and their endorsements for 5 years at which time they may destroy them. Endorsers can review the factual evidence by requesting it from the custodian if needed to prepare their endorsement. Upon completion of the endorsement, endorsers shall return factual evidence to the custodian.

(5) COMNAVSAFECEN shall track SIR recommendations for compliance and provide status reports to CNO (N45) and the cognizant headquarters command.

(6) Except to the extent necessary to protect employees and public, the commander, commanding officer or officer in charge of the activity or location where the mishap occurred

shall ensure that employees do not disturb or remove evidence from the mishap scene. Do not release the scene until authorized by the Headquarters' Mishap Investigation Board leader who will coordinate with other investigating bodies (e.g., OSHA, JAG).

(7) Headquarters' Mishap Investigation Boards shall compile a 72-hour pre-mishap profile of any dead or injured person who had influence on the occurrence or outcome of any fatal mishap. The profile shall include:

(a) Travel completed in the 72 hours immediately preceding the mishap

(b) Type of work performed and work schedule (hours) for the 72 hours immediately preceding the mishap

(c) Periods of rest and sleep for the 72 hours immediately preceding the mishap

(d) Medications prescribed

(e) Alcohol and other drugs (prescription, nonprescription, and illegal) taken during the 72 hours immediately preceding the mishap

(f) General physical condition, including illnesses

(g) Individual's mental, emotional, and physical state, including perceived stress and behavior changes, (based on comments or observations that the supervisor, next-of-kin, co-workers, and/or friends wish to make related to the individual's condition or pre-mishap activities)

(h) Other comments the supervisor, next-of-kin, co-workers, and/or friends wish to make related to the individual's condition or pre-mishap activities

(i) Other factors prior to the mishap that could have affected the mishap occurrence or its outcome

(j) Non-judicial punishment (NJP)/UCMJ record (military only) or any other behavior infractions for the past 3 years.

(8) For cases involving fatalities, the Headquarters Mishap Investigation Board shall obtain a copy of the autopsy report if an autopsy was conducted. Since rules may vary locally, the board should contact the decedent affairs division of the closest naval medical treatment facility for assistance in obtaining the autopsy report from the local authority having jurisdiction.

c. Other DoD Component Personnel Assigned to the Navy. To avoid duplicate reporting of other DoD component personnel assigned to the Navy, the Navy organization of assignment shall report occupational injuries and illnesses rather than the parent DoD component command.

d. Navy Personnel Assigned to Other DoD Components. To avoid duplicate reporting of Navy military personnel regularly assigned to another DoD component, the organization of assignment shall report occupational injuries and illnesses rather than the parent Navy command.

e. Exceptions

(1) Material (Property) Damage. Activities need report neither injuries/deaths nor damage as a result of vandalism, riots, civil disorders, or felonious acts, such as arson, sabotage or terrorist acts per this chapter.

(2) Acts of God. Activities need report neither injuries/death nor material (property) damage as a result of acts of God under this chapter unless the activity did not adequately prepare for extreme weather conditions.

(3) Hostile Action. Activities shall report damage, injuries or death as a direct result of hostile enemy action per NWP-1-03-1 and reference 14-7.

(4) Nuclear Weapons. Activities shall report mishaps or incidents per reference 14-7 and JCS Publication 1-03.7 (NOTAL).

(5) Naval Nuclear Propulsion Plants. Activities shall report associated mishaps per OPNAVINST 3040.5B (NOTAL), reference 14-7, and NAVSEA Manuals 389-0152 (NOTAL) and 389-0153 (NOTAL). (Mishaps associated with the secondary side of the propulsion plant or non-nuclear components are reportable under this instruction or reference 14-3 as appropriate).

(6) Other Exceptions. The following occurrences are not reportable under this chapter but are reportable as appropriate in the case of military personnel under MILPERSMAN 4210100 and in the case of on-duty civilian deaths under CMMI 790 (NOTAL):

(a) Adverse medical reactions resulting directly from the use of medications

(b) Injuries personnel sustain prior to employment or preexisting disorders unless current employment specifically aggravates them

(c) Poisoning caused by specific organisms or toxins and confirmed by competent medical authority as Class 1 infectious or parasitic diseases (contact the local preventive medicine office for determination)

(d) Hospitalization for observation or administrative reasons not related to the immediate injury

(e) Attempted or consummated suicide or intentionally self-inflicted injuries

(f) Injuries or death caused by attempted or consummated homicide or other criminal act

(g) Injuries that result from:

1. Preexisting musculoskeletal disorders

2. Minimum stress and strain (simple, natural non-violent body positions or actions as in dressing, sleeping, coughing or sneezing). They are injuries unrelated to mishap-producing agents or environments normally separate from active participation in daily work or recreation.

(h) Death from natural causes that competent medical authority deems unrelated to the work environment

(i) Injuries or fatalities to persons in the act of escaping from or eluding military or civilian custody or arrest.

f. Reporting Procedures

(1) Responsibility. The commanding officer or officer in charge of shore activities, service craft and small boats shall require the investigation and reporting of all operational reportable injuries, fatalities, occupational illnesses or material (property) damage occurring within the command or involving personnel attached to the command. When a person is injured or killed at a location remote from his or her activity, the naval activity nearest the scene will notify the parent command. If a fatality occurs, the cognizant headquarters command of the activity where the person is employed shall initiate the investigation. For injuries, the two commands shall determine which one conducts the investigation. The final responsibility for submitting the report rests with the parent activity. Whichever command investigates the mishap, activities shall report it per this chapter.

(2) Submission of Reports

(a) General. Activities shall mark reports as unclassified and FOR OFFICIAL USE ONLY, unless the report includes classified information. See SECNAVINST 5720.42E for the proper marking of FOR OFFICIAL USE ONLY documents. Activities shall include classified information only when essential to the determination of causal factors, or otherwise necessary to understand the circumstances of the mishap.

(b) Safety Investigation Reports (SIR)

1. Board leaders shall use the SIR report format of appendix 14-C to report investigations required by paragraphs 1408a and 1408b. Since the same format is used for reporting personnel injury and material (property) damage, it may be necessary to omit some sections depending on the type of report activities submit. Activities shall mail SIRs for other than headquarters investigations to COMNAVSAFECEN, Code 41, within 30 calendar days of the mishap. If the mishap occurred on board a ship, the reporting activity shall forward a copy of the SIR to the ship. If the commanding officer of the ship finds errors in the report or wishes to comment on the report, he/she may send a message or letter to COMNAVSAFECEN, Code 41, with an information copy to the command submitting the report.

2. Reporting activities shall include their chain of command as information addressees on any Class B mishap report for which a headquarters command investigation is not conducted. Information addressees shall ensure that they use the information in the reports

for mishap prevention efforts per section 1402. Activities will handle requests for release of mishap information per section 1406.

(3) Priority Reports

(a) Reporting activities shall make a priority report via telephone within 8 hours to COMNAVSAFECEN and the cognizant headquarters command when any of the following occurs:

1. Any Class A mishap, or any occupational or Navy operational mishap which is fatal to one or more Navy personnel up to 6 months after the date of occurrence

2. Any occupational or Navy operational mishap involving Navy or non-Navy personnel which results in the inpatient hospitalization of three or more personnel.

(b) As a minimum, reporting activities shall furnish the date and time of mishap; name and social security number of injured personnel; location of mishap; description of evolution or operation; extent of damage or injury; and description of the mishap. COMNAVSAFECEN telephone numbers are: Defense Switched Network (DSN) 564-3520 or commercial (757) 444-3520.

(c) Due to the length of time it may take to complete the SIR, activities shall complete a priority message and forward it to CNO (N45), COMNAVSAFECEN (Code 49) and the chain of command within 48 hours of the mishap. The priority message shall confirm information in the initial telephone notification and provide as much additional information as possible. Completion of the telephone notification does not relieve the activity of this responsibility. Activities shall use the format of appendix 14-D for submission of the priority message.

(4) Additional Information. If additional information on a mishap that requires an SIR becomes available, or information originally submitted changes, activities shall submit a follow-up report referencing the local time and date of mishap and name of injured person stated on the original report. Activities should state only those items they add or change, mark the report "Modified" and forward it to COMNAVSAFECEN, Code 50. If necessary, COMNAVSAFECEN may also request additional information.

**1409. Recording of Occupational Injuries and Illnesses of Navy Personnel**

a. Recording Procedures (Civilian). All Navy commands, offices, and activities employing civilian personnel (Navy Federal civilians, Navy non-appropriated fund (NAF) civilians, and Navy foreign national civilians) and having a UIC per NAVCOMPT Manual Volume 2, Chapter 5 (NAVSO-P-1000-25) shall:

(1) Maintain a log of occupational injuries and illnesses. COMNAVSAFECEN will provide a computerized database and spreadsheet that may be used to maintain the log. Regardless of the method used to maintain the log, activities shall record the following data elements for every on-duty occupational injury and illness meeting the definitions in this chapter and involving Navy Federal civilian personnel, Navy NAF civilian personnel, and Navy foreign national civilian personnel. The log shall contain:

(a) Civilian/military indicator

(b) Event reference number

(c) Case or file number

(d) Unit identification code (UIC)

(e) Activity name

(f) Major command code

(g) Last name, first name and middle initial

(h) Department

(i) Sex

(j) Age

(k) Job title

(l) Rank/Rate/Grade

(m) Date of mishap

(n) Time of mishap

(o) General location of mishap

(p) Lost workday count

(q) Injury type

(r) OSHA Code

(s) Body part

(t) Mishap type

(u) Object involved (Injury source)

(v) Process control number (Job/Activity at Time of Mishap)

(w) Chemical involved

(x) Chemical comments

(y) Formal training involved? If so, list CIN.