*(C) Issuance of voluntary use respirators shall not be used as a justification for avoiding further evaluation of health hazards.*

**1504. Types of Respirators**

The three basic types of respirators are air purifying, supplied-air, and self-contained. Personnel sometimes group supplied-air respirators and self-contained breathing apparatuses together as atmospheric supplying respirators. This instruction lists them separately for clarity. Detailed descriptions of respirators are found in chapter 9 of reference 15-4.

a. Air-Purifying Respirator. These respirators remove air contaminants by filtering, absorbing, adsorbing or chemically reacting with the contaminants as they pass through the respirator canister or cartridge. Personnel shall only use this respirator where adequate oxygen (19.5 to 23.5 percent by volume) is available. This category also includes battery- powered air purifying respirators.

**NOTE:**

Authorization for military gas masks, such as the MCU-2A/P, is only for chemical biological and radiological (CBR) warfare, CBR warfare training, and nuclear accidents when used according to DoD 3150.8M of 1 December 1999 (NOTAL).

b. Supplied-Air Respirators. These respirators provide breathing air independent of the environment. Personnel shall use these respirators in place of chemical cartridge, air purifying respirators when:

(1) A cartridge change out schedule has not been established and implemented;

(2) There are no appropriate end-of-service life indicator respirators; or

(3) The contaminant is of such high concentration or toxicity that an air-purifying respirator is in adequate.

c. Self-Contained Breathing Apparatus (SCBA). This type of respirator allows the user complete independence from a fixed source of air and offers the greatest degree of protection but is also the most complex. Training and practice in its use and maintenance is essential.

The Navy oxygen breathing apparatus (OBA) is a uniquely designed SCBA respirator. Its only authorized use is for damage control, firefighting operations aboard ships, and during firefighting training ashore.

Shipboard personnel undergoing shore firefighting training are not required to obtain medical qualification or respirator fit testing for SCBAs, including the OBA, prior to reporting for training.

Wearing SCBAs during shipboard firefighting or other emergencies, including ashore training for these emergencies, is military-unique. Therefore, fit-testing and medical surveillance are not required prior to wearing SCBAs for these scenarios.

**1505. Respirator Cartridges and Gas Mask Canisters**

Navy policy no longer permits reliance on odor thresholds and other warning properties as the sole basis for determining that an air-purifying respirator will afford adequate protection against exposure to gas and vapor contaminants.

a. Activities shall:

(1) Implement a change schedule for chemical canisters/cartridges based on objective information or data that will ensure that canisters and cartridges are changed before the end of their service life. Activities must describe this data, along with the logic for relying on the change schedule, in their respirator programs. The change schedule should be included in written standard operating procedures (SOPs).

(2) Change chemical canisters/cartridges according to manufacturer's directions, or based on objective data obtained as indicated in reference 15-4.

(3) Chemical cartridge/canister air-purifying respirators may be used (up to their maximum use concentration) for protection against substances without good warning properties, including isocyanates, if a cartridge change out schedule is developed and implemented.

(4) Identify respirator cartridges, canisters and filters by the information provided on the approval labels as well as the color-coding required by reference 15-6.

**NOTE:**

Some foreign (European/EU) respirator cartridges use a color-coding system that differs from American (ANSI) standards. Where local situations may have the potential for use of EU or other local national standards, training and supplemental labeling must be provided.

**1506. Breathing Air Requirements**

a. Breathing air or sources of breathing air for supplied air respirators or SCBAs shall meet at least the minimum Grade D breathing air requirements of references 15-3 and 15-5.

b. Activities shall conduct monitoring of the breathing air quality at least quarterly. Test results shall be provided to the OSH office. Records of such air quality monitoring shall be maintained by the OSH office for 5 years.

**NOTE:**

Monitoring does not apply to ambient air breathing apparatuses.

c. In addition to quarterly air quality monitoring to ensure Grade D breathing air, activities shall equip compressor systems with either-high temperature or continuous carbon monoxide monitor and alarm systems or both, to monitor carbon monoxide levels. If only high-temperature alarms are used, the activity shall monitor the air supply at intervals sufficient to prevent carbon monoxide in the breathing air from exceeding 10 ppm. Activities shall equip all

new and/or upgraded air compressor systems with continuous carbon monoxide monitor and alarm systems. Calibrate, monitor, and alarm systems on compressors used for supplying breathing air according to the manufacturers instructions.

d. Activities purchasing breathing air from outside sources shall comply with reference 15-3.

**1507. Respirator Selection Considerations**

a. Activities shall only use respirators that are currently approved by the National Institute for Occupational Safety and Health (NIOSH) or NIOSH/Mine Safety and Health Administration (MSHA). References 15-6 and 15-7 provide general respirator selection guidance.

**NOTE**:

Host countries may require respiratory protection that meets standards and certifications they establish for foreign national employees. Where foreign legislation applies, activities shall issue respiratory protection to the employees that meet the host nation criteria.

b. The Defense Supply Center Richmond (DSCR) issues specific national stock numbers (NSNs) for NIOSH or NIOSH/MSHA-approved respirators. Specific NSNs are assigned to each manufacturer's approved respirator so that activities are assured they will receive the same respirator each time they order it by its NSN. Activities can order equipment on line from the DSCR website at http://www.dscr.dla.mil/catalogs/catalog.html.

c. As a minimum, the RPPM shall consider the following factors to correctly assess the nature of the hazard requiring respiratory protection and the type of respirator to be used:

(1) The current workplace evaluation conducted by the cognizant industrial hygienist

(2) The chemical, physical, and toxicological properties of the contaminant such as:

(a) Warning properties of the contaminant gas or vapor (smell, taste, eye irritation or respiratory irritation)

(b) Whether employees can absorb the contaminant through the skin

(c) Whether any of the contaminants are immediately dangerous to life or health (IDLH) or whether the contaminant would produce injurious effects after prolonged exposure

(3) Concentration of the contaminant in the atmosphere. Where the activity cannot identify, or reasonably estimate the employee exposure, it shall consider the atmosphere to be IDLH.

(4) Permissible exposure limit (PEL) for the contaminant(s)

(5) Whether an oxygen-deficient or oxygen-rich atmosphere exists or may be created

(6) Whether toxic, flammable or explosive by-products are present or may be produced

(7) The nature, extent and frequency of the duties personnel will be performing (e.g., welding, painting, etc.) in the work area

(8) Sorbent efficiency and service life of cartridge or canister

(9) Any possibilities of high heat reaction with sorbent material in the cartridge or canister

(10) Any possibility of shock sensitivity (explosion hazard) of the substances absorbed on the cartridge or canister sorbent

(11) The assigned protection factor or degree of protection provided

The RPPM shall select respiratory protection equipment using the assigned protection factors listed in chapter 9 of reference 15-4.

d. Respirators for Entry into IDLH Atmospheres. Should it become necessary to enter an oxygen deficient atmosphere (<19.5 percent oxygen) or an IDLH atmosphere, personnel shall only use the following types of respirators:

(1) Full facepiece, open circuit; pressure-demand SCBA with an air cylinder rated for at least 30 minutes

(2) Full facepiece, closed circuit; pressure-demand SCBA (the lowest rated service life of these devices is 60 minutes)

(3) A full facepiece combination pressure-demand supplied-air respirator equipped with an auxiliary self contained air supply of 15 minutes to ensure escape from the IDLH area. Personnel shall only use the auxiliary self-contained air supply for egress purposes. If the self-contained air supply (15 minute supply) is insufficient to ensure escape, then personnel must use an SCBA.

e. Firefighting. Full facepiece, pressure demand SCBA approved by NIOSH and meeting National Fire Protection Association (NFPA) requirements that is equipped with an air cylinder rated for at least 30 minutes.

f. Respiratory Protection for Medical Personnel. Medical personnel who wear respirators shall comply with this chapter (and 29 CFR 1910.139 for protection against tuberculosis (TB) until the OSHA TB Standard is issued).

g. For safe entry procedures into IDLH atmospheres, and for interior structural fire fighting, refer to reference 15-3.

**1508. Medical Evaluations**

Activities shall not fit test personnel or assign them to work in, or permit them to enter, areas requiring respiratory protection unless they have been medically evaluated per references 15-3 and 15-9.

Shipboard personnel undergoing shore firefighting training are not required to obtain medical qualification or respirator fit testing for SCBAs, including the OBA, prior to reporting for training.

**1509. Respirator Fit Testing**

a. Fit Testing. Activities shall fit test each individual required to use a respirator-with a tight-fitting facepiece, at the time of initial fitting and annually thereafter. Activities shall perform fit testing according to reference 15-3 and 15-10.

b. All tight-fitting positive and negative pressure respirators shall be either qualitatively or quantitatively fit tested by activities initially and annually. To wear full face, negative pressure, air purifying respirators in atmospheres up to their assigned protection factor of 50, personnel must be quantitatively fit tested and the respirator must achieve a fit factor of at least 500, which equates to a safety factor of 10

c. Recordkeeping. The RPPM shall document respirator fit testing and include, make, model, style and size, method of test and test results, strip chart recording or other recording of test results for quantitative fit test, test date and the name of the instructor/fit tester. This information is required to be established and retained per reference 15-3.

**1510. Inspection and Cleaning of Respirators**

Only personnel who have received training through the RPPM shall perform the cleaning, inspection and maintenance of respiratory protective equipment per reference 15-3.

**1511. Respiratory Protection Training**

The activity shall ensure proper respirator use by providing all employees required to use respirators with training per reference 15-3. Activities shall train supervisors, persons issuing respirators and emergency rescue teams per reference 15-6. Activities shall document that training occurs in a manner that is understandable to the respirator wearer and that respirator wearers can demonstrate knowledge of at least the following aspects of respiratory protection:

a. The nature and degree of respiratory hazards

b. Respirator selection based on specific hazards

c. Why the respirator is necessary and how improper fit, usage or maintenance can compromise the protective effect of the respirator

d. The limitations and capabilities of the respirator

e. How to use the respirator effectively in emergency situations, including situations in which the respirator malfunctions

f. How to inspect, put on and remove, use and check the seals of the respirator

g. The procedures for maintenance and storage of the respirator

h. How to recognize medical signs and symptoms that may limit or prevent the effective use of respirators

i. Wearing contact lenses in contaminated atmospheres with respiratory protection is permitted

j. Know when to change chemical cartridges/canisters according to the established change out schedule.

k. The general requirements of the respiratory standard.

**1512. RPPM Training**

a. Because of the large variation in quality of respiratory protection training available for RPPMs, and because of the complexity of respiratory protection, the Navy has defined minimum acceptable training for RPPMs.

b. The RPPM shall pass one of the following training courses before activities appoint them as the RPPM:

(1) The OSHA Training Institute Course 222 or 222A

(2) The NIOSH Course 593

(3) The Navy RPPM course, Respiratory Protection Program Management (A-493-0072)

(4) Any respiratory protection course that has at least 32 hours of training including, but not limited to, the topics listed below:

(a) Respiratory hazards

(b) Federal standards applicable to respirators

(c) Minimum respiratory protection program requirements and administration

(d) Respirator types, selection, certification and limitations

(e) Respirator cleaning, maintenance and inspection

(f) Qualitative and quantitative fit testing, including actual laboratory fit testing

(g) Breathing air quality

(h) Medical considerations

(i) Respirator training

(j) Confined spaces/IDLH atmospheres

(k) Special problems in program administration (facial hair, lens fogging, and communication)

(l) Standard operating procedures.

(m) Cartridge change out schedules.

c. For current respiratory protection information, consult sources such as the Navy Environmental Health Center (NEHC), OSHA and NIOSH home pages.

d. The Navy requires a course certificate from the OSHA, NIOSH or Navy course as proof of training. If employees attend another course, the Navy requires both the course certificate and a course syllabus specifying training topics and number of hours as proof of training.

e. The Navy does not require assistant or alternate RPPMs to comply with section 1512b. Those assisting with respirator program training, fit testing or other program implementation, however, should receive training appropriate to the responsibilities assigned. For example, the RPPM can provide on-the-job training, or the command might require the assistant to complete formal training. Personnel assigned by the RPPM to conduct respirator fit testing should be trained and evaluated according to clause 5 and Annex A1 of reference 15-10 (ANSI Z88.10-2001), but in all cases must receive training appropriate to perform the tasks assigned by the RPPM.

**1513. Responsibilities**

a. Commanders, Commanding Officers and Officers in Charge shall establish a comprehensive respiratory protection program and appoint a qualified RPPM in writing. The Navy encourages small activities with few employees utilizing respirators to negotiate with host commands for RPPM service. As a minimum, commanders shall ensure that the respiratory protection program, provides:

(1) A centrally located facility staffed to maintain and issue respiratory protection equipment. The program shall provide one or more centrally located facilities at an activity depending on its nature and size. Facility personnel shall:

(a) Ensure that activities issue only respirators approved by NIOSH or jointly by NIOSH/MSHA.

(b) Maintain all respiratory protection equipment in a sanitary and serviceable condition.

(c) Store all respiratory protection equipment in a designated clean area.

(2) Written SOPs governing the selection, care, issue and use of respirators. Activities shall also develop and post worksite SOPs in the general area. SOPs shall include emergency and rescue guidance, as necessary. SOPs shall include cartridge change out schedules as appropriate.

(3) Respiratory protection training per reference 15-3 and section 1511, for all respirator users and their supervisors and personnel who issue and/or maintain respirators

(4) Procedures to ensure that all employees have received medical evaluations required by reference 15-3 and section 1508

(5) A completed appendix 15-A for each employee requiring a medical examination for respirator use

(6) Fit testing per section 1509

(7) Procedures to ensure that all sources of breathing air meet the requirements cited in section 1506

(8) An annual audit of the program by the RPPM. The annual IH review of the respiratory protection program does not fully meet this requirement but may provide data used in the evaluation.

(9) Arrangements for fit testing and respiratory protection program support to ships in port that have a collateral duty safety officer by either the supporting tender, by Navy Environmental and Preventive Medicine Units or by shore support activities (command safety offices or medical activities)

(10) For RPPMs to successfully complete required training.

(11) Establish and implement cartridge change out schedules and describe the objective information or data on which they are based in the written respirator program.

b. Chief, Bureau of Medicine and Surgery (BUMED) shall:

(1) Ensure the medical qualification requirements of the Respiratory Protection Program agree with reference 15-3. A physician or the following individuals under the supervision of a physician may conduct the medical evaluation: a nurse practitioner, an occupational health nurse, a physician's assistant, a preventive medicine technician or an independent duty hospital corpsman. Reference 15-9 details the required medical evaluation protocols for respirator users. The health care professional must return the completed appendix 15-A containing the medical written recommendation to the worker and command RPPM. The medical recommendation shall provide the following information:

(a) The worker's ability to wear the respirator

(b) Any limitations on respirator use, or recommendations for a different respirator based on the worker's medical condition or relating to the workplace conditions in which the respirator will be used

(c) The requirement, if any, for the worker to report back to the medical facility for follow-up medical evaluations

(d) A statement that the health care professional has provided the worker with a copy of the written recommendation.

(2) In support of the RPPM, BUMED shall:

(a) Provide RPPMs with an annual written evaluation on the effectiveness of their program based on occupational medicine and industrial hygiene reviews.

(b) Make occupational health professionals available to the RPPM for consultation on all aspects of the respiratory protection program.

(c) Provide activities with direct assistance and service in conducting their training and fit testing programs.

(d) Provide an evaluation of respiratory hazards.

(3) In support of afloat commands, BUMED shall provide fit testing and respiratory protection program support to ships in port that have a collateral duty safety officer by either the supporting tender, by Navy Environmental and Preventive Medicine Units or by shore support activities (command safety offices or medical activities).

c. Employees shall obtain the respiratory protection equipment selected by the RPPM, and inspect, use and maintain such equipment per the instructions and training received. At a minimum employees shall:

(1) Inspect the respiratory protection equipment before and after each use per reference 15-3, and return the equipment to the central respirator facility when its use is no longer required or when any malfunction is noted.

(2) Perform user seal checks per the manufacturer's instruction or per reference 15-3. If a successful user seal check cannot be performed, the employee will not wear the respirator.

(3) Report any malfunction of the respirator to their immediate supervisor. If the respirator requires repair or replacement, return it to the respirator facility.

(4) Guard against damage to or loss of respiratory protection equipment.

(5) Change respirator cartridges/canisters according to established change out schedule.

Chapter 15

References

15-1. OPNAVINST 5100.19D CH-1 of 30 Aug 01 Navy Occupational Safety and Health (NAVOSH) Program Manual for Forces Afloat (NOTAL)

15-2. NAVSEA 389-0288, Radiological Controls

15-3. 29 CFR 1910.134 Respiratory Protection (as amended) (NOTAL)

15-4. NEHC Technical Manual, Industrial Hygiene Field Operations Manual, latest revision

15-5. Compressed Gas Association, Inc. Commodity Specification for Air, Pamphlet G-7.1-1997.

15-6. American National Standards Institute (ANSI), Z88.2-1992, American National Standard, Practices for Respiratory Protection, (NOTAL)

15-7. NIOSH Respirator Decision Logic, NIOSH Publication 87-108, May 1987 (NOTAL)

15-8. NEHC Technical Manual, Medical Surveillance Procedures Manual and Medical Matrix, latest revision

15-9. American National Standards Institute (ANSI), Z88.10-2001 American National Standard for Respirator Fit Testing Methods, (NOTAL)

OPNAVINST 5100.23F
15 July 2002

**FOR OFFICIAL USE ONLY (When Filled In)**

**Appendix 15-A**
**RESPIRATOR USE QUESTIONNAIRE**

EMPLOYEE SSN POSITION

SUPERVISOR PHONE CODE DEPARTMENT

CIRCLE THE TYPE OF RESPIRATOR(S) TO BE USED:
AIR-SUPPLIED (tight-fitting) AIR-PURIFYING (powered) (tight-fitting)
AIR-SUPPLIED (hooded) AIR-PURIFYING (powered) (hooded)
OPEN-CIRCUIT SCBA COMBINATION AIRLINE/SCBA
CLOSED-CIRCUIT SCBA AIR-PURIFYING (non-powered): (Specify)
filtering facepiece or elastomeric
N, P, R 95, 99, 100
Type chemical cartridge

WORK EFFORT: (CIRCLE ONE)
Light Moderate Heavy Strenuous

EXTENT OF USAGE: (CIRCLE ONE)
1. On a daily basis
2. Occasionally - but more than once a week
3. Rarely - or for emergency situations only

LENGTH OF AVERAGE WORK DAY IN RESPIRATOR:

SPECIAL WORK CONDITIONS: (i.e., high places, temperature/humidity extremes, hazardous materials, other protective clothing worn, climbing, etc.)

**MEDICAL WRITTEN EVALUATION**
1. No restrictions on the respirators circled above
2. Respirator use with some restrictions
3. No respirator use allowed
4. Alternate respirator recommended
Comments/Restrictions

Routine Follow-up medical evaluation required: (under 35)(35-45)(over 45) 5 yrs 2 yrs 1 yr
Or due to medical findings return: Date
Employee has been given a copy of this recommendation.

Health care professional's Signature ____________ Date ________
Sections 133, 1071-87, 3012, 5031, and 8012, Title 10 USC & Exec. Order 9397 (Privacy Act of 1974) Apply

# CHAPTER 16

## OCCUPATIONAL SAFETY AND HEALTH STANDARDS

**1601. Discussion**

a. Heads of Federal agencies must establish procedures for the development of agency occupational safety and health (OSH) standards. Agencies must also comply with the standards issued for the private sector by the Secretary of Labor, under Section 6 of the Occupational Safety and Health Act (OSH Act).

b. The Department of Defense (DoD) and Navy follow the Occupational Safety and Health Administration (OSHA) standards; however, reference 16-1 contains provisions for alternates to the OSHA standards, supplemental standards, other special standards and exceptions for military unique equipment, systems and operations.

c. This chapter provides guidance and direction for the development and application of standards within the Navy Occupational Safety and Health (NAVOSH) program.

**1602. NAVOSH Standards**

NAVOSH standards consist of the following:

a. OPNAV instructions and Chief of Naval Operations (CNO)(N45)-approved instructions issued by commands having specific technical cognizance or assigned technical responsibility in reference 16-2. NAVOSH standards include national consensus and proprietary standards referenced in the instructions. OPNAV instructions based on OSHA standards may simply refer to a specific OSHA standard (e.g., 29 CFR 1910.95) or may paraphrase, transpose or otherwise adopt the standard without altering the basic criteria (unless the alteration applies to more stringent criteria, such as lower exposure limits, increased monitoring frequency, etc.). The CNO instruction may also refer to or adopt the latest edition of an OSHA reference standard. See appendix 16-A for a current listing of approved NAVOSH standards not elsewhere invoked. See reference 16-3 for NAVOSH standards for forces afloat.

b. OSHA standards, including emergency temporary standards OSHA issues under the provisions of the OSH Act. This includes national consensus standards specifically referred to in OSHA standards.

**NOTE:**

When both the Navy and OSHA have standards applicable to a given situation, activities shall use the more stringent of the two.

c. Navy occupational exposure limits (OEL) for chemical contaminants that include:

(1) 1989 OSHA permissible exposure limits (PELs) found in 29 CFR 1910.1000 Tables Z-1, Z-2 and Z-3

(2) Substance specific regulations issued by OSHA under section 6(b) of the

Occupational Safety and Health Act of 1970

(3) Navy developed standards. When there is no OSHA PEL or Navy developed standard, the American Conference of Governmental Industrial Hygienists (ACGIH) threshold limit value (TLV) shall be used as the Navy OEL. When the OEL is based on a limit derived from the OSHA Z-1, Z-2 or Z-3 Tables, reports of data shall include the ACGIH TLV as additional guidance.

d. Alternate OSHA standards that the Deputy Under Secretary of Defense (Environmental Security) (DUSD(ES)) authorizes, subject to Department of Labor (DOL) approval. See appendix 16-A for a current listing of approved alternative standards.

e. Special DoD or Navy standards, rules and regulations or technical publications that govern on-the-job safety and health applicable to military-unique equipment, systems and operations.

f. Nationally recognized sources of OSH guidance (such as the ACGIH, the American National Standards Institute (ANSI) and the National Fire Protection Association (NFPA)) will be used when there is no OPNAV instruction or OSHA standard.

**NOTE:**

National Institute for Occupational Safety and Health (NIOSH) criteria documents are proposals only and not mandatory unless adopted by one of the sources listed above.

**1603. Alternate Standard Approval**

The cognizant headquarters command must make the determination to modify a NAVOSH standard for application to its operations. The headquarters command shall submit proposed alternate standards to CNO (N45), who in turn, shall submit the alternate standard to DUSD(ES) for approval, through the Assistant Secretary of the Navy (Installations and Environment) (ASN(I&E)).

**NOTE:**

Activities shall not submit NAVOSH standards developed according to section 1602e to DUSD(ES) for approval.

The proposed alternate standard must provide protection at least equivalent to the NAVOSH standard it replaces. The following procedures apply:

a. Prior to forwarding to DUSD(ES), CNO (N45) shall forward alternate standards proposals to the Deputy Assistant Secretary of the Navy (DASN) (CP/EEO). DASN will forward the standards to civilian employee organizations having national consultation rights with the Navy for review and comment.

b. After receipt of comments from employee organizations, or after a 45-day response period has elapsed, CNO (N45) will forward the alternate standard to DUSD(ES) through ASN(I&E). The alternate standard shall include a summary statement that delineates the

differences between the applicable NAVOSH standard and the proposed alternate standard, a justification for the change and a summary of comments from civilian employee organizations.

**1604. Application**

Activities shall apply NAVOSH standards in Navy workplaces, worldwide, with the following exceptions:

a. In the case of uniquely military equipment, systems and operations, activities shall apply Navy rules and regulations consisting of specialized standards, specifications and procedures to minimize hazards and prevent mishaps. The Navy shall review and strengthen these special rules and regulations continuously, and include appropriate provisions of the NAVOSH standards consistent with military design configuration and the requirement to develop and maintain combat capability.

b. Certain operations are subject to mandatory safety standards or rules derived from separate or specific statutory authority (e.g., explosive safety standards issued under the authority of 10 U.S.C. 172 (1970) and Nuclear Safety and Health Standards issued under the authority of 42 U.S.C. Sections 2012, 2021, 2121(b), and 2201(b) (1976)). Provided there is no substantive conflict, the application of these special functional standards does not exempt any workplace from other NAVOSH standards that address conditions not specifically covered by the special rules. For example, a naval weapons station is subject to special explosive safety standards and is also subject to NAVOSH standards for machine guarding, eye protection, etc.

c. In overseas workplaces, where status of forces agreements (SOFAs) specify different standards, those standards take precedence, subject to the same limiting rationale set forth in paragraph 1604b.

d. Where personnel of different DoD components, or of DoD components and other Federal agencies work in the same installations, host-agency standards shall govern the DoD components and other Federal agencies involved. When other agency standards conflict with OSHA standards, DoD components shall refer the matter to DUSD(ES).

---

Chapter 16

References

16-1. DOD Instruction 6055.1 19 Aug 1998, DOD Occupational Safety and Health Program (NOTAL)

16-2. OPNAVINST 5100.8G of 2 July 1986, Navy Safety and Occupational Safety and Health Program

16-3. OPNAVINST 5100.19D CH-1of 30 Aug 01, Navy Occupational Safety and Health (NAVOSH) Program Manual for Forces Afloat (NOTAL)

**Appendix 16-A**
**Approved NAVOSH Standards from Headquarters Commands Having Technical Cognizance**

| Document | Governing Area |
|---|---|
| SPAWARINST 5100.9D | Electronic Safety Ashore |
| OPNAVINST 5100.27 | Navy Laser Hazards Control Program |
| MIL-HDBK 1025/10 | Safety of Electrical Transmission and Distribution Systems |
| OPNAV P-45-117-6-98 | Electrical Safety Field Guide |

**Approved NAVOSH Alternative Standards**

| | |
|---|---|
| NAVSEA S6740-AA-SAF-010 | Alternative standard for certification of gas-free engineering used in maintenance operations. |
| NAVFAC P-307 | Alternative standard for third party certification cranes used in longshoring. |

# CHAPTER 17

# ASBESTOS CONTROL

## 1701. Applicability

a. The provisions of this chapter apply to industrial and construction activities and supplement the Department of Labor (DOL) Standards, references 17-1 through 17-3.

b. Shore activities shall conduct shipboard work per this chapter and reference 17-3. Chapter B1 of reference 17-4 describes the asbestos control program for forces afloat.

c. Whether State and local requirements in asbestos removal and disposal work are applicable depends on whether the workers are Federal or contract workers and if the requirements originate from State and local occupational safety and health (OSH) or from Clean Air Act requirements. Applicability is a complex legal issue that should be decided by qualified legal counsel familiar with the particular jurisdictions in question. Appendix 17-A provides assistance to legal counsel in determining applicability of state and local requirements.

## 1702. Discussion

a. This chapter provides guidance for controlling or eliminating the exposure of Navy personnel to asbestos during the use, removal, and disposal of asbestos-containing materials (ACM).

b. Navy policy is to eliminate asbestos hazards by substitution with asbestos free material or, where this is not possible, through the use of engineering, administrative controls and respiratory protection. Do not remove installed asbestos containing materials, which are in good condition, for the sole purpose of eliminating asbestos.

Commands shall use only suitable asbestos substitute materials approved through identification and testing. Commands shall not use existing supplies of ACM whenever there are acceptable substitutes.

Navy personnel worldwide shall strictly enforce and adhere to the standards and controls discussed in this chapter.

c. Asbestos is a general term that applies to a variety of naturally occurring mineral silicates, e.g., chrysotile, amosite, crocidolite, tremolite asbestos, anthophyllite asbestos, and actinolite asbestos or any products composed of these minerals.

Asbestos is generally a fibrous material that is incombustible and possesses high tensile strength, good thermal and electrical insulation properties, and moderate to good chemical resistance. The beneficial properties of asbestos make it ideal for many diverse uses such as:

(1) Application of ACM Thermal System Insulation (TSI) to pipes, fittings, boilers, breeching, tanks, ducts, or other interior structural components to prevent heat energy transfer or water condensation

(2) Surfacing. ACM is sprayed on, troweled on, or otherwise applied to surfaces such as acoustical plaster on ceilings, fireproofing materials on structural members or other materials on surfaces for fireproofing, acoustical, or other purposes.

(3) Miscellaneous. ACM that is not TSI or surfacing (such as brakes, clutches, floor covering, gaskets, roofing, and cementitious materials).

d. Asbestos is now known to be a major health hazard. Inhalation of asbestos fibers may cause asbestosis, pleural thickening, lung cancer and mesothelioma and also may cause cancer of the gastrointestinal tract. If exposure is combined with smoking, the risk of developing lung cancer is increased dramatically.

e. The extended latency period of asbestos-related disease, lack of adequate past exposure data, effects of other carcinogens, and the variability of human response make safe levels of exposure difficult to determine. Between the first asbestos exposure and the appearance of symptoms, latency periods of 20 to 40 years have been observed.

**1703. Permissible Exposure Limit and Excursion Limit**

a. Permissible Exposure Limit (PEL). The PEL for asbestos is 0.1 fibers per cubic centimeter (f/cc) of air, calculated as an 8-hour time-weighted average (TWA) exposure. Fibers are particles having a length-to-width ratio of three (or more) to one (3:1), and 5 micrometers or longer.

b. Excursion Limit (EL). The EL is 1.0 f/cc averaged over a 30-minute sampling period. Personnel using the PEL shall also consider the EL.

c. Employee Notification. Affected employees shall receive notice of exposure, in writing per references 17-1, 17-2 and/or 17-3.

**1704. Control of Asbestos in the Workplace Environment**

Chapter 5 discusses the basic principles for controlling hazards in the occupational environment, including substitution with less hazardous material (HM), engineering controls (e.g., isolation, ventilation), and the use of personal protective equipment (PPE). Prepare written asbestos control procedures, which set forth these engineering and work practice controls and review and update, as necessary. References 17-1, 17-2, and 17-3 require specific work practices and engineering controls based on the type of ACM and type of work. Commands shall train project personnel per reference 17-5 and prohibit administrative controls, such as employee rotations, as a means of keeping the exposure below the PEL.

a. General Workplace Control Practices

(1) Cognizant headquarters activity will approve non-asbestos-containing substitute materials, which shall replace ACM. Replacement or substitution of friable ACM, such as asbestos thermal insulation and sprayed on asbestos, is of primary concern because friable ACM are loosely bound and can easily crumble or be pulverized.

(2) Whenever practicable, handle, mix, apply, remove, cut, score, or otherwise work asbestos in a wet state sufficient to prevent the emission of airborne fibers in excess of the PEL. Do not remove asbestos cement, mortar, coating, grout, or similar material containing asbestos from its container (e.g., bag, box, etc.) without wetting, enclosing or ventilating to prevent any airborne release of asbestos. When wetting decreases its usefulness, use enclosures or ventilation to reduce the emission of airborne fibers. Do not apply materials containing asbestos by spray methods, under any circumstances.

(3) Establish regulated areas as required by section (e) of references 17-1, 17-2, and 17-3. Do not eat, drink, smoke, chew tobacco or gum, or apply cosmetics when involved in asbestos-related work activities in the regulated area.

(4) Establish procedures to minimize the accumulation of asbestos-laden waste, dust, and scrap materials. Institute specific procedures for the containment of asbestos dust and handling of ACM to minimize the possibility of secondary air contamination. Promptly clean up and dispose of wastes and debris contaminated with asbestos in leak-tight containers. Adequately wet material and use high efficiency particulate air (HEPA) filtered vacuum cleaning for removal, clean up and disposal of debris. Prohibit dry sweeping, shoveling, or other dry clean-up of asbestos-containing dust and debris at all times.

(5) Collect and dispose of asbestos waste, scrap, debris, bags, containers, equipment, and asbestos-contaminated clothing (consigned for disposal) which may produce, in any foreseeable way, airborne concentrations of asbestos fibers in sealed, impermeable bags, or other impermeable containers labeled per paragraph references 17-1, 17-2 and 17-3. Color code containers to ensure easy recognition. Double bag and dispose of asbestos waste per the procedures outlined in paragraph 1706.

(6) Control the spread or increase of airborne concentrations of asbestos by minimizing the effects of environmental conditions, such as wind, ventilation systems, or high traffic conditions. Enclosures or temporary curtains may be used for this purpose.

(7) To minimize exposure potential, perform asbestos removal operations, to the extent feasible, during the second or third shifts or on weekends and holidays.

(8) Strictly adhere to good housekeeping procedures and dust control measures to minimize the release of asbestos fibers during removal/rip-out of ACM. These are the most important and effective means of reducing downtime before reoccupying a workspace after asbestos abatement operations. Always conduct a visual inspection after clean-up. Thoroughly clean and inspect work areas prior to air sampling and releasing asbestos-controlled areas for unrestricted access per reference 17-6.

(9) A "Qualified" or "Competent" person, as defined in references 17-2 or 17-3, shall supervise all asbestos work performed in a regulated area.

b. Lunch areas. Provide and maintain lunch areas per references 17-1, 17-2 and 17-3 as applicable to the work being performed.

c. Ventilation. Use local exhaust ventilation to ensure that atmospheric levels of asbestos do not exceed the PEL. General requirements for the design and use of ventilation to re-

duce exposures are listed below.

(1) Local exhaust ventilation requirements below apply to both permanent and temporary systems.

(a) Provide fixed local exhaust ventilation, equipped with pre-filters and HEPA filters, at the point of airborne fiber generation. Capture velocities shall be high enough, under the specific environmental conditions, to move any generated asbestos fibers to the air collection/filtration device. In addition, duct transport velocities shall be high enough to prevent accumulation of fibers in the duct. Provide clean out points for necessary periodic maintenance. Do not directly exhaust ventilation systems used to control asbestos exposures or emissions, to another regulated area or outside environment unless the ventilation system has HEPA filters. Each ventilation unit (e.g., fixed system, air mover or vacuum cleaner) to be used for asbestos work must be approved by the cognizant industrial hygienist. Each work site ventilation set up must be approved by the competent or qualified person. Prohibit routine re-circulation of filtered air from asbestos operations. Use the design criteria in reference 17-7 for facilities with permanent asbestos operations.

(b) Design, construct, install and maintain local exhaust ventilation, and dust collection systems per references 17-7 and 17-8. Position local exhaust ventilation in a regulated area to move contaminated air away from the breathing zone of employees and toward a filtration or collection device equipped with a HEPA filter.

(c) Provide a HEPA-filtered local exhaust ventilation system for all hand-operated and power-operated tools that may release asbestos fibers in excess of the PEL.

(d) Maintain exhaust filtration systems to prevent performance degradation of the ventilation systems as a whole. Perform such maintenance work under the provisions of this chapter.

(e) Where negative pressure enclosures are required, maintain a minimum negative pressure of 0.02 inches water gauge within an enclosure. A minimum of four air changes per hour are required. Direct air movement, in a negative pressure enclosure (NPE), away from employees performing asbestos work within the enclosure, and toward a HEPA filtration or a collection device.

(2) The following requirements are applicable for permanent ventilation systems only:

(a) Test permanent ventilation systems every 3 months or within 5 days of a process or control change that may result in changes to employee exposure. Maintain test records indefinitely. Alternatively, in cases where ventilation systems are equipped with continuous monitoring devices such as pressure taps, manometers, or pitot tubes, log the gauge readings each day the system is used. Also, note non-use days.

(b) Design the system for ease of maintenance and accessibility per references 17-7 and 17-8. Evaluate each system component including hoods, ductwork, clean-out hatches, exhaust fans and air pollution control devices (APCD). Locate the exhaust fan after the APCD. Locate the exhaust fan and APCD in a protected or restricted room. Treat this as a regulated area. Use bag-in bag-out housing on all filtration systems.

d. Personal Protective Clothing and Related Facilities

(1) Personnel handling ACM during abatement actions, or where the concentration of airborne fibers is likely to exceed the PEL, shall wear, as a minimum, the protective clothing listed below:

(a) Full body, one-piece disposable coveralls (use of breathable coveralls is permitted in cases where employees will need to shower. An attached hood is highly desirable).

(b) Hoods (head covering) that extend beyond the collar of the coverall, completely protecting the neck area

(c) Medium weight rubber gloves and a thin cotton under-glove to absorb perspiration

(d) Slip-resistant plastic shoe covers, or heavy polyethylene shoe covers with slip-resistant soles, or lightweight rubber boots;

(e) Face shields, vented goggles, or other appropriate protective equipment, whenever the possibility of eye irritation exists.

**NOTE:**

The proper use of protective clothing requires that all openings be closed and that garments fit snugly about the neck, wrists, and ankles.

Accordingly, tape the wrist and ankle junctions, as well as the collar opening on the outer disposable coveralls to prevent contamination of skin and underclothing without restricting physical movement. Employees shall not wear personal clothing under the coveralls.

(2) Establish decontamination areas adjacent and connected to the regulated area, for Class I work (as defined in the glossary) involving more than 25 linear or 10 square feet of TSI or surfacing ACM or presumed asbestos containing material (PACM). Decontamination areas shall consist of an equipment room, shower area, and clean room in series. Use a remote shower and clean room where it is not feasible to locate the shower between the equipment room and the clean room, where the work is performed outdoors, or when the work takes place on board a ship. When using remote facilities, employees shall remove contamination from their work suits with a HEPA vacuum and don clean suits in the equipment room. Employees shall then proceed to a remote shower and clean room to complete the decontamination process.

(3) Establish decontamination areas adjacent to the regulated area for Class I work involving less than 25 linear or 10 square feet of TSI or surfacing ACM or PACM and for Class II and Class III asbestos work operations where exposures exceed the PEL, or where no negative exposure assessment has been produced. The decontamination area shall consist of an equipment room or area that is covered by an impermeable drop cloth on the floor/deck or horizontal working surface. This area shall be of sufficient size that equipment can be cleaned and

personnel may remove their protective equipment without spreading contamination beyond the area. Employees shall proceed to a shower and clean room that may be remote from the regulated area.

(4) Activities shall launder asbestos-contaminated clothing to prevent release of airborne asbestos fibers in excess of the PEL. Contracts governing the laundering of asbestos-contaminated clothing shall specifically require that contractors comply with the precautions specified in references 17-1 through 17-3 as applicable. Contracts shall include specific notice of the asbestos-related hazards and require that the contractor notify his/her personnel of the associated hazards. Seal asbestos-contaminated clothing in impermeable bags and transport in containers that have the required warning labels.

e. Respiratory Protection

(1) General Guidance

(a) Employ engineering control measures and work practices to control and contain airborne asbestos fibers to the lowest feasible level. Do not achieve compliance with the PEL by employee rotation. Do not achieve compliance with the PEL by the use of respirators alone except under the following conditions:

1. During the time period necessary to commence engineering control measures

2. In work situations in which the feasible control methods are not sufficient to maintain the airborne concentration of asbestos fibers below the PEL

3. In work situations where engineering and workplace controls have been implemented, but no industrial hygiene monitoring data exists to verify that such controls have reduced exposure levels below the PEL

4. During emergencies.

(b) Establish a respiratory protection program per chapter 15 of this manual.

(2) Types of Respirators. Select only respirators approved for protection against exposure to asbestos by the National Institute for Occupational Safety and Health (NIOSH). Collect asbestos air sampling data under section 1709b to determine the level of respiratory protection per references 17-1, 17-2, and 17-3.

(a) Do not use disposable respirators for protection against airborne asbestos fibers. The minimum respirator shall be a half facepiece, air-purifying respirator with high efficiency particulate air filter(s) (P100 filters).

(b) For 8-hour TWA exposures of up to 10 times the PEL, use a half face air- purifying respirator with high efficiency particulate air filter(s) (P100 filters) to reduce the concentration of respirable airborne asbestos fibers below the PEL. Use of this respirator for Class I work must comply with paragraph 1704e(3)(a)1.

(c) For 8-hour TWA exposures greater than 10 but not exceeding 50 times the PEL, use a full facepiece air-purifying respirator with high efficiency particulate air filter(s) (P100 filters) to reduce the concentration of respirable airborne asbestos fibers in the respirator below the PEL. Use of this respirator for Class I work must comply with paragraph 1704e(3)(a)1. Refer to paragraph 1704f(2) for fit testing requirements.

**NOTE:**

Provide personnel with a tight fitting powered air-purifying respirator in lieu of any negative pressure respirator if it is requested and provides adequate protection.

(d) For 8-hour TWA concentrations greater than 50, but not exceeding 100 times the PEL, use a tight fitting powered air purifying respirator equipped with high efficiency particulate air filter(s) or a supplied air respirator operated in a continuous flow mode to reduce the concentration of respirable airborne asbestos fibers in the respirator below the PEL. Use of this respirator for Class I work must comply with paragraph 1704e(3)(a)1.

(e) For 8-hour TWA concentrations of greater than 100, but not exceeding 1000 times the PEL, use a full facepiece supplied air respirator operated in a pressure demand mode to reduce the concentration of respirable airborne asbestos fibers in the respirator below the PEL. Use of this respirator for Class I work must comply with paragraph 1704e(3)(a)1.

(f) If the 8-hour TWA concentration exceeds 1000 times the PEL, or is unknown, use a full facepiece supplied air respirator operated in pressure demand mode equipped with an auxiliary positive pressure, self-contained breathing apparatus (SCBA) to reduce the concentration of respirable airborne asbestos fibers in the respirator below the PEL.

(3) Respirator Requirements

(a) In addition to selecting respirators per references 17-1, 17-2 and 17-3, wear respirators during the following:

1. All Class I asbestos work requires respirators. For all Class I work above 1 f/cc as an 8-hour TWA, use a full face, pressure-demand supplied air respirator equipped with either an auxiliary self-contained air supply or HEPA egress cartridges. For all Class I work between 0.1 and 1 f/cc as an 8-hour TWA, use a tight-fitting powered air-purifying respirator equipped with HEPA filters. For Class I work below 0.1 f/cc as an 8-hour TWA, use any respirator approved for asbestos.

2. Class II and III asbestos work usually requires a half-mask air purifying respirator, other than a disposable respirator, equipped with high efficiency particulate air filter(s) (P100 filters). Refer to appropriate sections in references 17-2 and 17-3 on roofing work.

3. Class IV workers shall wear the same respiratory protection as other workers in the regulated area.

(b) Employees who wear respirators may leave the regulated area to wash their faces and respirator face pieces whenever necessary to prevent skin irritation associated with respirator use.

(c) Do not assign personnel to tasks requiring the use of respirators if, based upon his/her most recent medical evaluation, it is determined that the employee will be unable to function normally while wearing a respirator or that the safety or health of the employee or other personnel will be impaired by his/her use of a respirator.

f. Respirator Fit Testing

(1) Per chapter 15, fit test all Navy personnel issued respirators, equipped with tightly fitting face pieces (including pressure demand respirators) for protection against airborne asbestos fibers in the negative pressure mode.

(2) Perform either quantitative or qualitative fit tests at the time of initial fitting and at least annually thereafter. Conduct fit testing per chapter 15. Qualitative fit testing is acceptable for both half mask and full-face respirators worn as protection against asbestos concentrations that are less than 10 times the PEL.

g. Communication of Hazards

(1) Communicate asbestos hazards with warning signs and labels to all potentially exposed personnel as indicated in references 17-1, 17-2 and 17-3.

(2) The National Emission Standards for Hazardous Air Pollutants (NESHAP) regulations also contain specific labeling requirements for waste disposal. Off-site disposal requires the name of the waste generator and location where the waste was generated, as specified in reference 17-9.

**1705. Asbestos Clearance Level Criteria**

The asbestos clearance level, as defined here, provides quality control following asbestos abatement operations. Perform all asbestos abatement operations with strict adherence to good housekeeping procedures and adequate control measures to minimize, to the greatest extent feasible, the release of asbestos fibers to the environment. All asbestos abatement projects shall undergo a thorough visual inspection. Thoroughly clean any visible dust or debris per reference 17-6. Clearance air sampling is required of all regulated areas for which a negative exposure assessment has not been made. As a minimum, perform air sampling as described below:

a. Sample the air inside the regulated area to determine if airborne fibers are less than 0.01 f/cc using the NIOSH 7400 method. The minimum sample volume is 1200 liters. Use aggressive air sampling where required by law, to perform clearance air sampling. The necessary number of samples may vary significantly, and therefore, should be determined locally on a case-by-case basis. Criteria used to determine if the abatement project is considered complete are listed below for both buildings and ships:

(1) For buildings, the project is considered complete if all samples collected are less than 0.01 f/cc.

(2) For ships, the project is considered complete if samples collected are no greater

than 0.01 f/cc or background, whichever is greater, as measured prior to starting the non-emergency asbestos abatement but never greater than 0.1 f/cc.

(a) Reference 17-10 and NIOSH 7400 method provides technical guidance for sampling and analysis.

(b) Personnel who are not industrial hygienists (IHs), industrial hygiene technicians, or certified exposure monitors, shall complete a formal course, per appendix 17-B, prior to performing asbestos sampling. In addition, on the job training (OJT) is required under the direction of the cognizant IH. The cognizant IH will certify, in writing, as competent, those individuals who successfully complete the OJT.

**1706. Disposal Procedures**

In preparation for disposal, adequately wet asbestos wastes prior to double bagging in heavy-duty plastic bags (at least 6 mils thick) or other suitable impermeable containers (see section 1712 (Environmental Protection)). Mark all bags or containers with standard asbestos warning labels. Distinctively color code asbestos waste containers, such as bags, trash cans, dumpsters, etc., to ensure easy recognition. Label dumpsters ASBESTOS WASTE ONLY or otherwise mark per paragraph 1704g. Exercise care to prevent bags and other containers from rupturing when being moved to a dumpster or other suitable vehicle for transport to a proper disposal site.

**1707. Asbestos Management Program Ashore**

The program objective is to provide a long-term solution that will eliminate personnel exposure to airborne asbestos fibers in occupied Navy buildings and workspaces through cost effective management of ACM. The program contains three key elements:

a. Survey and material evaluation

b. Operations and maintenance (O&M) program

c. Design and abatement. Centrally managed Hazard Abatement funds are available for design and abatement of high priority asbestos projects.

The asbestos program manager (APM) shall be appointed in writing by the activity commanding officer to implement the activity's Asbestos Management Program. The APM may be located in the public works department, safety and health department, or the environmental department. Smaller activities, with host-tenant relationships, may use the building manager or facilities representative to act as the liaison with the host, when a written agreement exists specifying that the host is responsible for carrying out the APM's duties. When such a written agreement exists, training requirements for the activity representative will be as mutually agreed. The protection of employees and program elements of appendix 17-C are thereby met. Appendix 17-C provides details of the program and division of responsibilities.

**1708. Training**

Follow training and certification requirements of appendix 17-B. Maintain training records per

chapter 6. Make copies of references 17-1, 17-2 or 17-3 and other handout type training materials available to employees upon request at no charge.

**1709. Industrial Hygiene Surveillance**

a. Exposure Monitoring Plan. Establish a exposure monitoring plan to characterize exposures for every employee with occupational exposure to asbestos. In this regard, perform both personal (employee) air sampling and environmental (area) monitoring. Collect personal air samples in the breathing zone of the employee. Give the employee or designated employee representative the opportunity to observe sampling or monitoring. Within a class or category of similar operations, conduct sampling with a frequency and pattern to accurately and reproducibly represent the airborne levels produced by a typical operation within the class or category. Sampling, of all areas where repetitious asbestos work is performed, is at the discretion of the cognizant IH per references 17-1, 17-2, and 17-3. Sample each non-repetitious asbestos removal operation at least once to determine the maximum exposure potential of that operation. Personnel performing personal air sampling to determine exposure to airborne asbestos, who are not IHs, industrial hygiene technicians, or certified exposure monitors, shall complete a formal course in asbestos sampling per appendix 17-B. In addition, on the job training is required under the direction of the cognizant IH. The cognizant IH will certify in writing as competent those individuals who successfully complete the OJT.

b. Method of Sampling. Collect breathing zone air samples, which are representative of the 8-hour TWA exposure of each employee for comparison to the PEL, and breathing zone air samples, which are representative of the 30-minute short term exposure for comparison to the EL, per appendix A of references 17-1, 17-2 and 17-3. Collect environmental air samples using the current revision of the NIOSH 7400 method along with any additional guidance from local requirements. The Industrial Hygiene Field Operations Manual provides additional information on sampling (reference 17-10).

c. Method of Measurement. Analyze asbestos air samples using personnel who have successfully completed the NIOSH 582 or an equivalent course. Perform analysis of samples by the appropriate method, ORM or NIOSH, and specify the laboratory results. .

d. Monitoring Records and Retention. Complete documentation on the Industrial Hygiene Air Sampling Survey form (NEHC 5100/13) or computerized equivalent. Record and retain exposure data as indicated in Chapter 8.

**1710. Asbestos Medical Surveillance Program (AMSP)**

a. General. The AMSP is designed to identify signs and symptoms of asbestos related medical conditions as early as possible through periodic medical evaluations. The program also provides for identification of medical conditions which may increase the employee's risk of impairment from asbestos exposure and for counseling of workers on medical conditions related to asbestos exposure.

b. Criteria for Inclusion of Personnel in the AMSP. Include personnel who meet the exposure criteria defined in references 17-1, 17-2, and 17-3 in the AMSP. These persons must remain in the program for the duration of current exposure. Civil service employees may be required to complete medical examinations related to asbestos exposure per reference 17-11.

c. Criteria for Removal of Personnel from the AMSP

(1) Give an employee in the AMSP who changes to a job either without asbestos exposure, or at a level below the current exposure criteria, a termination evaluation to meet requirements per references 17-1, 17-2, and 17-3. The Chief, Bureau of Medicine and Surgery (BUMED) has a program for persons previously in the AMSP, or with significant past exposure, to continue receiving medical evaluations on a voluntary basis. The details of this program are contained in references 17-12 and 17-13.

(2) When an employee enrolled in the AMSP is being removed from the potential exposure assignment, and has never met the exposure criteria in references 17-1, 17-2, and 17-3, termination evaluation is not required (for example, persons assigned to work on asbestos removal teams who have not been exposed at or above the current exposure levels). Document the health record (HR) when the employee is removed from the AMSP, and forward the employee's name and social security number to Navy Environmental Health Center (NEHC) stating the employee never met the applicable exposure criteria.

(3) When an employee has been inappropriately enrolled in the AMSP, accomplish administrative removal only by the responsible occupational health care professional (with occupational medical physician consultation as needed). Remove an employee from the program if review of the records indicate the employee did not meet the OSHA criteria for inclusion in the program, and there is no medical evidence (based on AMSP medical parameters) to warrant inclusion in the AMSP. Clearly document the HR with the reason(s) for removal, and forward the employee's name and social security number to NEHC stating the employee should not have been placed in the AMSP.

(4) Provide information and counseling on the value of continuing medical evaluations to employees upon termination of employment.

(a) Upon termination of Navy employment, civilian personnel are no longer eligible for health care in Navy clinics and cannot be followed up in the Navy AMSP. Encourage employees to obtain a copy of their health record for follow-up with their private physician.

(b) Retired military personnel may continue to be seen in Navy clinics for AMSP evaluations, subject to the conditions listed in reference 17-14. Guidelines and protocols for entry in the AMSP based on past exposure are found in references 17-12 and 17-13.

d. Medical Personnel Performing Medical Surveillance Evaluations. Perform medical evaluations by, or under the supervision of a credentialed physician. Nurse practitioners, physician assistants, independent duty corpsmen and occupational health nurses authorized to provide health assessments under the BUMED Quality Assessment and Improvement Program may provide AMSP medical evaluations using approved medical protocols. The health care provider shall have a copy of this chapter, including references 17-1, 17-2, and 17-3.

e. Situational Medical Evaluations. Conduct situational evaluations in response to a specific incident for which a hazardous overexposure is suspected. Personnel are not enrolled in the AMSP on the basis of a one-time exposure to asbestos or a one-time medical evaluation for actual or potential asbestos exposure unless the criteria per references 17-1, 17-2, and 17-3

are met. When exposure does not meet the criteria for enrollment in the AMSP, use AMSP HR forms to document situational evaluations for asbestos exposures, and mark the outside of the HR ASBESTOS per reference 17-15. Do not forward AMSP forms to NEHC unless the employee is placed in the AMSP.

f. Content of Medical Evaluation. Reference 17-12 contains the medical protocols for the AMSP employees in compliance per references 17-1, 17-2, and 17-3.

(1) Physical Evaluation. Reference 17-13 lists the forms required for documenting the review and update of medical and occupational history and evaluation.

(2) Pulmonary Function Test. Follow the spirometry testing requirements found in reference 17-13.

(3) Chest X-ray. The local radiologist shall read the posterior/anterior chest X-ray required per references 17-1, 17-2, and 17-3, and follow procedures in reference 17-13. This must be forwarded for a reading using the International Labor Organization (ILO) 1980 Classification for Pneumoconioses (generally known as B readings).

(4) Medical Evaluation Counseling. Counsel all personnel on the AMSP regarding the results of the medical evaluation. Complete and distribute A Physician's Written Opinion per references 17-1, 17-2, and 17-3. Include information from the local radiologist's official interpretation of the chest X-ray as part of the medical evaluation; if the B reading results received subsequently provide new information, inform the employee of those findings.

g. Documentation of Medical Evaluations. Document AMSP medical data in the HR and maintain the data in accordance with reference 17-16. Prominently mark the exterior of the HR and x-ray jackets ASBESTOS as described in reference 17-15.

h. Medical Records Including Chest X-rays. Reference 17-17 requires all medical information collected for occupational health purposes, including all AMSP medical data, to be maintained in the HR.

(1) Transfer, Retention and Retirement of Health Records. Forward HRs, per reference 17-15, when the active duty member or civilian employee transfers to another location or retires. Original chest x-rays are a permanent part of the HR and the medical clinic shall maintain them, per references 17-1, 17-2, and 17-3. If the civilian transfers to an agency outside the Navy, the Navy medical clinic shall maintain the chest films and retire them per current directives.

(2) Access to Medical Data. Refer to chapter 8 along with references 17-15 and 17-18 to implement the Federal regulations relating to the access and privacy of medical data.

(3) Central Asbestos Medical Surveillance Program Registry. The Navy's mechanism for reporting occupational diseases is via the safety chain of command to the Naval Safety Center. The NEHC maintains a central database registry containing selected information related to persons in the Asbestos Medical Surveillance Program. This is used to track the number of persons routinely being evaluated for potential asbestos-related disease and health record information related to asbestos medical evaluations for program management purposes.

**1711. Work Performed by Private Contractors**

For shore activities, each contract for work to be performed by a private contractor in Navy facilities and ships in the United States and abroad shall comply with appropriate OSHA and EPA regulations. Use reference 17-19 to design asbestos actions in Navy facilities. Invoke reference 17-20 in contracts for the control of asbestos operations on board Navy ships undergoing construction and/or repair.

**1712. Environmental Protection**

a. General

(1) All Federal, State and local requirements, including emission standards and the provisions of this chapter shall be met. For additional information, contact the cognizant IH and the activity environmental coordinator.

(2) Technical assistance for air pollution control is available upon request from the COMNAVFACENGCOM Engineering Field Divisions (EFDs).

b. Properly contain and dispose of asbestos materials in an approved landfill.

**NOTE:**

Some States may require asbestos materials to be disposed of in specially designated landfills. Consult with the activity environmental coordinator prior to any disposal. Where State or local agencies regulate asbestos as a hazardous waste (HW), the Navy may be responsible for the management of all administrative and disposal requirements as the generator of the waste. The landfill operator will record specific locations within landfills used for the disposal of asbestos materials and the cognizant naval facility will retain a copy per reference 17-1, 17-2, 17-3 and 17-9. This practice should reduce the possibility of future unearthing and rupturing of disposal containers.

c. Application of National Emission Standards for Asbestos

(1) The National Emission Standards for Asbestos are contained in references 17-9 and 17-21. The standards include:

(a) Demolition and renovation of ACM in facilities and ships. Prior to renovation or demolition of facilities, conduct a thorough re-inspection for ACM by an asbestos inspector qualified per appendix 17-B.

(b) Spray application of materials containing 1 percent or more asbestos is prohibited for buildings, structural members, pipes, and conduits.

(c) Fabrication, installation, and disposal of waste asbestos. Specific requirements shall be met for these processes. Procedures for the handling, transporting, and disposing of asbestos waste are prescribed in the standards (reference 17-1, 17-2, and 17-3). Wet down waste asbestos or asbestos-contaminated material and place in impermeable containers

prior to transporting for disposal. Label the containers as prescribed in this chapter. In addition label transport vehicles during loading and unloading in conformance to reference 17-9.

(2) The activity shall ensure that written notification to the EPA and/or cognizant State or local agencies is done per reference 17-9 and State and local regulations. Guidance on notification requirements is found in appendix 17-D.

**1713. Responsibilities**

The following responsibilities are assigned to provide an effective asbestos exposure control program throughout the Navy.

a. Echelon Two Commands shall:

(1) Ensure that asbestos containing materials are not procured or specified when a suitable substitute exists per paragraph 1702 b.

(2) Review and purge current military specifications, technical manuals, contract guide specifications, and any other document or specification under Navy cognizance of requirements for asbestos-containing materials where suitable non-asbestos substitutes exist.

(3) Provide advice and technical assistance, in coordination with BUMED, to define appropriate engineering and work practice controls, and identify acceptable non-asbestos-containing substitute materials.

(4) Ensure program support by providing the resources required to meet the regulatory standards for the control of asbestos as prescribed by this chapter.

b. The Chief, Bureau of Medicine and Surgery (BUMED) shall:

(1) Centrally manage the AMSP.

(2) Provide professional, technical, and training assistance to commands for the purpose of evaluating the potential for asbestos exposure.

(3) Manage the asbestos fiber counting and identification program, including laboratory quality control.

(4) Establish the AMSP Medical Surveillance Program Control Database and provide data analysis and trend analysis to CNO (N45) at least semiannually.

c. The Commander, Naval Facilities Engineering Command shall:

(1) Provide technical oversight of the facility Asbestos Management Program Ashore.

(2) Maintain guide specifications in accordance with current regulations.

d. The Commander, Naval Sea Systems Command shall maintain reference 17-20 in accordance with current regulations.

e. Commanding officers of shore activities shall:

(1) Apply control measures, monitoring procedures, O&M plans prescribed in this chapter, to processes using asbestos or ACMs.

(2) Comply with the National Emission Standard for Asbestos per Section 1712.

(3) Budget resources in order to meet these asbestos control requirements.

(4) Appoint an APM, in writing, to implement the requirements of section 1707 and appendix 17-C.

(5) Maintain a current copy of applicable State and local asbestos requirements.

---

Chapter 17

References

17-1. Title 29 Code of Federal Regulations (CFR) section 1910.1001, OSHA Asbestos Standard, latest revision, (NOTAL)

17-2. Title 29 Code of Federal Regulations (CFR) section 1926.1101, OSHA Asbestos Construction Standard, latest revision, (NOTAL)

17-3. Title 29 Code of Federal Regulations (CFR) section 1915.1001, Asbestos Exposure in all Shipyard Employment Work, latest revision, (NOTAL)

17-4. OPNAVINST 5100.19D CH-1 of 30 Aug 01, Navy Occupational Safety and Health (NAVOSH) Program Manual for Forces Afloat (NOTAL)

17-5. Title 40 Code of Federal Regulations (CFR) 763 Chapter I-EPA Appendix C Subpart E, Asbestos Model Accreditation Plan, latest revision

17-6. American Society for Testing and Materials (ASTM) Standard Practices for Visual Inspection of Asbestos Abatement Projects (E1368-90).

17-7. American Conference of Governmental Industrial Hygienists, Inc., Committee on Industrial Ventilation, Industrial Ventilation A Manual of Recommended Practice (NOTAL)

17-8. American National Standards Institute (ANSI) Z9.2-2001, American National Standard for Fundamentals Governing the Design and Operation of Local Exhaust Ventilation Systems, (NOTAL)

17-9. Title 40 Code of Federal Regulations (CFR) Part 61 of July 1997, Subpart M, (NOTAL)

17-10. NEHC Technical Manual, Industrial Hygiene Field Operations Manual, latest revision.

17-11. Title 5 Code of Federal Regulations (CFR) 339.205 and 339.301, Medical Qualification Determination, (NOTAL)

17-12. NEHC Technical Manual, Medical Surveillance Procedures Manual and Medical Matrix, latest revision.

17-13. NEHC Technical Manual, Occupational Medicine Field Operations Manual, latest revision.

17-14. NAVMEDCOM 6320.3B Medical and Dental Care for Eligible Persons at Navy Medical Department Facilities.

17-15. NAVMED Publication P-117, Manual of the Medical Department (NOTAL)

17-16. SECNAVINST 5212.5D of 22 Apr 98, Navy and Marine Corps Records Disposition Manual

17-17. Title 29 Code of Federal Regulations (CFR) 1910.1020 Subpart Z, Access to Employee Exposure and Medical Records, (NOTAL)

17-18. SECNAVINST 5211.5D of 17 July 92, Department of the Navy Privacy Act (PA) Program

17-19. Naval Facilities Engineering Command Guide Specifications (NFGS) -13281

17-20. NAVSEA STANDARD ITEM NO 009-10 of 2 July 1993, Control of Shipboard Asbestos Containing Material (ACM)

17-21. 42 U.S.C. Section 7401 et seq. of Nov 25 1990 (PL 101-549), Clean Air Act, (NOTAL)

**Appendix 17-A**
**Determining Applicability of State and Local Requirements on Asbestos Removal and Disposal**

| Asbestos Workers | Federal OSHA | State/Local OSHA | Federal CAA | State/Local CAA |
|---|---|---|---|---|
| Federal (On Base) | | | | |
| Removal | Yes[2] | No | Yes | Yes |
| Disposal | Yes[2] | No | Yes | Yes |
| Federal (Off Base) | | | | |
| Removal | Yes[2] | No | Yes | Yes |
| Disposal | Yes[2] | No | Yes | Yes |
| Contractor (On Base) | | | | |
| Removal | Yes | No (Exclusive Juris) | Yes | Yes |
| | | Yes (Concurrent Juris) | Yes | Yes |
| Disposal | Yes | No (Exclusive Juris) | Yes | Yes |
| | | Yes (Concurrent Juris) | Yes | Yes |
| Contractor (Off Base) | | | | |
| Removal | Yes | Yes | Yes | Yes |
| Disposal | Yes | Yes | Yes | Yes |

OSHA - Occupational Safety and Health Administration
CAA - Clean Air Act
[1] Material in this appendix was provided by the Navy Office of General Counsel
[2] under E.O.12196

## Appendix 17-B

## ASBESTOS TRAINING AND CERTIFICATION REQUIREMENTS LISTED BY TYPE OF OPERATION

| TYPE OPERATION | TYPE PERSONNEL | TYPE ACCREDITATION REQUIRED * | IINITIAL TRAINING REQUIREMENT | ANNUAL RECERT OR REFRESHER & LENGTH | REGULATORY CITATION |
|---|---|---|---|---|---|
| DESIGN OF PROJECTS WHICH INVOLVE REMOVAL OF ACM OR WORK IN PROXIMITY OF ACM/PACM | ARCHITECTS, ENGINEERS, PLANNERS, ESTIMATORS (P&Es) & APMs | ABATEMENT PROJECT DESIGNER | 3-DAY ABATEMENT PROJECT DESIGNER COURSE | YES<br>1 DAY | ** 40 CFR 763.92 |
| REVIEW OF PROJECTS TO DETERMINE ADEQUACY OF CONTROL | ENGINEERS, INDUSTRIAL HYGIENISTS, SAFETY PERSONNEL & APMs | ABATEMENT PROJECT DESIGNER | 3-DAY ABATEMENT PROJECT DESIGNER COURSE | YES<br>1 DAY | ** 40 CFR 763.92 |
| PERSON RESPONSIBLE FOR ASBESTOS REMOVAL, ENCAPSULATION, ENCLOSURE AND/OR REPAIR (CLASS I AND II ASBESTOS WORK) | ASBESTOS ABATEMENT SUPERVISOR OR COMPETENT PERSON, QUALIFIED PERSON, ROICC PERSONNEL | ASBESTOS ABATEMENT CONTRACTOR/ SUPERVISOR | 5-DAY ASBESTOS ABATEMENT CONTRACTOR/ SUPERVISOR TRAINING COURSE | YES<br>1 DAY | 29 CFR 1915.1001(o)(4)(i)<br>29 CFR 1926.1101(o)(4)(i)<br>** 40 CFR 763.92<br>40 CFR 61 Subpart M |
| PERSON RESPONSIBLE FOR MAINTENANCE AND HOUSEKEEPING (CLASS III AND IV ASBESTOS WORK) | MAINTENANCE AND HOUSEKEEPING SUPERVISORS, COMPETENT, QUALIFIED PERSON | NONE | 2-DAY OPERATIONS AND MAINTENANCE TRAINING | YES<br>NOT SPECIFIED | 29 CFR 1915.1001(o)(4)(ii)<br>29 CFR 1926.1101(o)(4)(ii) |
| PHYSICAL GATHERING OF SUSPECTED ACM/PACM SAMPLES FOR LAB I.D. | SAFETY PERSONNEL INDUSTRIAL HYGIENIST, P&Es, & FACILITY INSPECTORS | ASBESTOS INSPECTOR | 3-DAY ASBESTOS INSPECTOR COURSE | YES<br>1 DAY | 29 CFR 1915.1001(k)(5)<br>29 CFR 1926.1101(k)(5)<br>** 40 CFR 763.92 |
| DEVELOPMENT OF ASBESTOS MANAGEMENT PLANS & ASBESTOS O&M PLANS | FACILITY INSPECTORS, SAFETY PERSONNEL & IHs | ASBESTOS MANAGEMENT PLANNER | 2-DAY ASBESTOS MANAGEMENT PLANNER COURSE (INSPECTOR ACCREDITATION REQUIRED AS PREREQUISITE) | YES<br>1 DAY | ** 40 CFR 763.92 |

| TYPE OPERATION | TYPE PERSONNEL | TYPE ACCREDITATION REQUIRED * | INITIAL TRAINING REQUIREMENT | ANNUAL RECERT OR REFRESHER & LENGTH | REGULATORY CITATION |
|---|---|---|---|---|---|
| LABORATORY ANALYSIS OF AIRBORNE SAMPLE | INDUSTRIAL HYGIENE, SAFETY PERSONNEL | PROFICIENCY ANALYTICAL TESTING (PAT) ROUNDS | 5-DAY NIOSH 582 COURSE OR EQUIVALENT | ES<br>(PAT) | 29 CFR 1910.1001 APP. A<br>29 CFR 1915.1001 APP. A<br>29 CFR 1926.1101 APP. A |
| * A LIST OF ACCREDITED TRAINING SOURCES MAY BE OBTAINED FROM EPA-AHERA-NDAAC, C/O VISTA COMPUTER SERVICES SUITE 304, 6430 ROCKLEDGE DRIVE, BETHESDA, MD 20817. **1-800-462-6706**<br>** APPLIES TO PUBLIC AND COMMERCIAL BUILDINGS | | | | | |
| | | | CONTRACTOR/ SUPERVISOR TRAINING COURSE. | | |
| PERSONNEL WHO ENGAGE IN CLASS II WORK ONLY | ABATEMENT WORKERS | NONE | 8-HOUR ASBESTOS TRAINING. REQUIREMENTS ARE RELAXED WHEN ONLY ONE GENERIC CATEGORY OF BUILDING MATERIAL IN CLASS II WORK IS DONE. | YES<br>NOT SPECIFIED | 29 CFR 1915.1001(k)(9)<br>29 CFR 1926.1101(k)(9) |
| PERSONNEL WHO ENGAGE IN CLASS III OPERATIONS ONLY | MAINTENANCE WORKERS | NONE | 16-HOUR OPERATIONS & MAINTENANCE. REQUIREMENTS ARE RELAXED WHEN ONLY ONE GENERIC CATEGORY OF BUILDING MATERIAL IN CLASS III WORK IS DONE. | YES<br>NOT SPECIFIED | 29 CFR 1915.1001(k)(9)<br>29 CFR 1926.1101(k)(9) |
| PERSONNEL WHO ENGAGE IN CLASS IV OPERATIONS ONLY AND HOUSEKEEPING WHERE ACM OR PACM IS PRESENT | MAINTENANCE & CUSTODIAL WORKERS | NONE | 2-HOUR ASBESTOS AWARENESS TRAINING | YES<br>2 HOURS | 29 CFR 1910.1001 (j)(7)<br>29 CFR 1915.1001(k)(9)<br>29 CFR 1926.1101(k)(9) |
| RESPONSIBLE FOR OVERALL ASBESTOS PROGRAM | ACTIVITY ASBESTOS PROGRAM MANAGERS | LETTER OF APPOINTMENT FROM COMMANDING OFFICER | 3-DAY ABATEMENT PROJECT DESIGNER COURSE AND 2 DAY ASBESTOS INSPECTOR/ MANAGEMENT PLANNER COURSE, NFESC ASBESTOS PROGRAM MANAGER COURSE (INSPECTOR ACCREDITATION REQUIRED AS | YES<br>1 DAY | RECOMMENDED TRAINING |

* A LIST OF ACCREDITED TRAINING SOURCES MAY BE OBTAINED FROM EPA-AHERA-NDAAC, C/O VISTA COMPUTER SERVICES SUITE 304, 6430 ROCKLEDGE DRIVE, BETHESDA, MD 20817. **1-800-462-6706**
** APPLIES TO PUBLIC AND COMMERCIAL BUILDINGS