QP responsibilities, procedures for testing atmospheric hazards, recognition and control of hazards related to confined spaces, responsibilities of personnel entering and working in confined spaces and emergency procedures.

e. Tenant commands and/or shore installations participating in a regional OSH program may have the regional CSPM manage and administer the program through a written agreement signed by both parties.

f. Individual employees are responsible for fully understanding the installation's confined space program and for complying with its procedures and policies.

**2704. Duties and Responsibilities**

a. CSPM's duties and responsibilities include, but are not limited to:

(1) Ensuring, to the extent feasible, that surveys of the installation are conducted to identify existing and potential confined spaces

(2) Ensuring, to the extent feasible, that the hazards associated with each identified confined space are characterized to the extent necessary to minimize losses

(3) Reviewing and approving the purchase of equipment required for confined space entry

(4) Auditing the training of those employees involved in confined space entry to assure that they are able to demonstrate proficiency in the requirements of the installation's confined space program

(5) Auditing line managers, supervisors and designated QPs to verify that they continue to demonstrate proficiency in the discharge of their duties and responsibilities related to confined space entry

(6) Ensuring, to the extent feasible, that effective procedures for managing confined space entry work performed by independent contractors are in place

(7) Ensuring, to the extent feasible, that entry permits/entry certificates are reviewed on a periodic basis sufficient to allow identification of problems that could compromise the confined space entry program, and to assure that identified deficiencies are investigated and corrected prior to subsequent entry into the installation's confined spaces

(8) Determining when it is necessary to obtain the assistance of outside professional resources.

b. Supervisor's duties and responsibilities include, but are not limited to:

(1) Ensuring that workers under their control who enter confined spaces are informed of the hazards to which they may be exposed and have demonstrated proficiency in the skills necessary to protect themselves from those hazards.

(2) Ensuring that all special equipment required for entry is available and in proper working order

(3) Determining that training in both confined space procedures and the use of any specialized equipment has been provided, and that employees under their control who enter confined spaces, have demonstrated proficiency in the application of those procedures specialized equipment

(4) Auditing the work performed by employees under their control who enter confined spaces to assure that it conforms to this program as well as those programs integrated into it, such as lock-out/tag-out, respiratory protection, bloodborne pathogens, etc.

(5) Informing the CSPM of any unauthorized digressions from the installation's confined space program or any problems that arise during confined space entry

c. Individual employees' duties and responsibilities include, but are not limited to:

(1) Participating in the development of the installation's site specific confined space program

(2) Minimizing their exposure to potentially hazardous conditions

(3) Notifying their supervisors of any recognized uncontrolled hazards

(4) Interceding with coworkers to stop inappropriate or hazardous behaviors that may result in injury or property damage

(5) Not using defective equipment, and reporting defects to their supervisors

(6) Inquiring about the potential hazards to which they may be exposed to ensure that they know and understand the precautions they must take to protect themselves from those hazards

(7) Using equipment and conducting themselves in a manner consistent with the training they have received.

**2705. Entry Options**

Three options are available with respect to entry into permit-required confined spaces:

a. Reclassifying a permit-space as a non-permit space by eliminating all entry-related hazards as explained in section 2723.

b. Implementing alternative entry procedures that require continuous forced mechanical ventilation and continuous air monitoring in situations where the only hazard posed is an atmospheric hazard which can be controlled by ventilation, as explained in section 2724.

c. Establishing a permit-entry procedure, as explained in section 2725,that includes provisions for:

(1) Designating authorized entrants, authorized attendants, and authorized entry supervisors as described in section 2726.

(2) Implementing a process for issuing, canceling, reviewing and archiving written entry permits as described in section 2726.

(3) Providing for emergency rescue services as described in section 2728.

(4) Implementing, if necessary, procedures for entry into atmospheres that are immediately dangerous to life or heath (IDLH), as described in section 2729.

**2706. Administrative Policy**

a. As a matter of administrative policy, all shore-side confined spaces, other than those associated with new construction activities, tunneling operations, trenching and excavating, telecommunications, and electrical generation, distribution, and transmission shall be permit-required confined spaces.

b. Personnel may enter permit-spaces only per the provisions of a written confined space program that explains the processes, means, and methods used to achieve compliance with this instruction. However, the ACSPM or QP may declassify a permit-space per the provisions of section 2723 or allow entry into a permit-space under the alternative entry procedures described in section 2724.

**NOTE:**

Locally generated confined space entry permits shall contain, at minimum, the required items found in 29 CFR 1910.146 (f).

c. Every entry into a permit-required confined space must be documented on a confined space permit/entry certificate like that in appendix C, or on an equivalent permit/certificate that is designed and formatted to addresses site-specific issues, conditions or concerns.

**2707. Program Content**

The CSPM, or other designated qualified person responsible for confined space program management, shall consult with affected employees and their authorized representatives on the development of a written confined space program. The program shall describe with reasonable specificity the processes, means and methods by which the installation manages its entries into confined spaces.

**2708. Identification of Confined Spaces**

The written program shall describe the process the installation employs to identify on-site confined spaces and poorly ventilated enclosed spaces. The process must ensure that both permit and non-permit spaces are identified. This includes mobile, portable and transient confined spaces such as those imparted by aircraft, pollution control equipment, rail tank cars, highway tank trucks, and similar shipping containers.

**2709. Hazard Analysis and Risk Communication**

The written program must describe the process, means, and methods the installation uses to inform affected employees of the:

a. Existence and location of confined spaces and poorly ventilated enclosed spaces

b. Nature of the potential hazards posed by confined spaces and poorly ventilated enclosed spaces

c. Prohibition against entering confined spaces and poorly ventilated enclosed spaces unless special precautions are taken and an entry permit is completed.

**2710. Preventing Unauthorized Entry**

The written program shall describe the site-specific processes, means and methods that are used to prohibit unauthorized entrants from entering confined spaces. These methods may include any combination of the following:

a. Verbal notification,

b. Posting warning signs,

c. Stickers or labels,

d. Limiting access through the use of key cards, cipher locks, cylinder locks; tack welding the edges of the cover to the body of the enclosure, the need for a special tool, or any other equally effective means used in lieu of signs, stickers and/or labels.

**2711. Pre-Entry Precautions**

a. The written program shall explain the site-specific process used to identify any precautions, work practices, or controls that need to be implemented before entry. At a minimum, the program shall address the following, if applicable to the installation's operations:

(1) Conducting a job-specific hazard analysis

(2) Limiting access to the work area

(3) Controlling hazardous energy

(4) Providing effective isolation

(5) Draining, flushing and cleaning

(6) Testing and monitoring

(7) Controlling atmospheric hazards

(8) Controlling physical hazards

(9) Assessing protective equipment needs

(10) Emergency response planning

(11) Determining if entry conditions are acceptable.

b. The written program shall identify any specialized equipment necessary to accomplish the tasks specified above. It shall also include provisions that the activity shall provide this equipment to employees at no cost and shall maintain the equipment to ensure its continued effectiveness.

**2712. Job-Specific Hazard Analysis**

All hazards associated with entry must be identified and noted on the permit before a space is entered. The written program shall describe the process for conducting a job specific hazard analysis used to achieve this objective, and a requirement that any hazards, including those that have been controlled or eliminated, be identified on the permit so that the hazard information may be communicated to affected employees.

**2713. Limiting Unauthorized Access**

Access to a confined space work zone must be limited to authorized employees. The written program shall describe the means and methods used to achieve this objective.

**2714. Controlling of Hazardous Energy**

Energy that poses a hazard to authorized entrants must be controlled to the extent feasible through disconnecting, blocking or otherwise disabling equipment whose unexpected start up could cause injury, or alternatively, by implementing a lock-out/tag-out program, that at a minimum meets the requirements of 29 CFR 1910.147. If reference is made to the facilities lock-out/tag-out program, the CSPM shall ensure that the lockout/tagout procedures are incorporated in the procedures used for confined space entry.

**2715. Providing Effective Isolation**

a. Isolation is the process by which a permit space is removed from service and completely protected against the release of energy and material into the space by such means as: blanking or blinding; misaligning or removing sections of lines, pipes, or ducts; providing a double block and bleed system; locking- or tagging-out of all sources of energy; or blocking or disconnecting all mechanical linkages.

b. The written program shall either describe the process used to achieve isolation, or refer to the facilities general isolation program. If reference is made to the installation's program, the CSPM must evaluate that program to determine if it meets the requirements necessary to allow it to be used for confined space entry.

**2716. Draining, Flushing and Cleaning**

a. Spaces may contain residue that is flammable, corrosive, toxic or otherwise hazardous to entrants. The written program shall describe the process used to identify these hazards and explain how they may be eliminated or controlled prior to entry.

b. The written program shall incorporate a provision that the installation's cognizant environmental representative shall be notified to evaluate any space that is to be drained, flushed, or rinsed. This evaluation must identify any **specific** Federal, State, and/or local environmental codes, standards, rules, regulations, or statutes that apply to the draining, flushing rinsing, and waste disposal processes.

**2717. Testing and Monitoring**

a. This section shall explain the installation's process for identifying hazards that may require testing and monitoring, and describe the means and methods by which this testing and monitoring is to be conducted. At a minimum, the written program shall address:

(1) Testing and monitoring of non-atmospheric hazards

(2) Testing and monitoring of atmospheric hazards

(3) Identifying factors affecting instrument selection

(4) Sampling strategies, methods and techniques

(5) Establishing instrument alarm set points

(6) Interpreting testing and monitoring results

(7) Establishing acceptable entry conditions

(8) Establishing maintenance and calibration protocols

(9) Requiring continuous monitoring when feasible

(10) Appropriate selection and proper calibration of instruments.

b. The written program, shall also describe the process by which authorized entrants or their authorized representatives are provided with the opportunity to observe the pre-entry and any subsequent testing or monitoring of permit spaces.

**2718. Control Of Atmospheric Hazards**

a. Written confined space programs shall stipulate that atmospheric hazards be controlled to the extent feasible through forced, mechanical ventilation. If the CSPM or other designated qualified person determines that ventilation is not effective for controlling atmosphere hazards, he/she shall require respiratory protection. Personnel entering the space shall use air-supplied

respirators unless the CSPM or other designated qualified person determines that air-purifying devices are acceptable.

b. The following is the minimum standard when evaluating for atmospheric hazards:

(1) A flammable gas, vapor, or mist shall be lower than 10 percent of its lower explosive limit (LEL). Hot work may only be performed if the source of the gas, vapor, or mist has been determined and adequately controlled below 10% of the LEL.

Note: Even though the atmosphere is controlled to concentrations lower than 10% LEL, the CSPM or designated qualified person must ensure the measured LEL of a particular gas, vapor, or mist does not also exceed the PEL.

(2) The atmospheric oxygen concentration shall not be below 19.5 percent or above 22 percent;

(3) The Permissible Exposure Limit of any substance is not exceeded.

**2719. Control of Physical Hazards**

Physical hazards associated with confined space entry include: environmental hazards such as heat and cold stress, ionizing and non-ionizing radiation and noise; equipment-related hazards such as unguarded machinery and exposed energized conductors; and task-related hazards such splash with corrosive materials, contusions from impacts, and lacerations from sharp edges. The written program shall describe the process used to manage entrants' exposure to physical hazards.

**2720. Assessing Protective Equipment**

The CSPM/ACSPM, in coordination with a safety specialist and/or industrial hygienist, shall determine the requirements for appropriate personal protective clothing and equipment. See chapters 15 and 20 of this manual for specific requirements. The CSPM/ACSPM shall list required clothing and equipment on the entry certificate. The written program shall either describe the process used to assess the need for personal protective equipment, or refer to the installation's personal protective equipment program. If reference is made to the installation's program, the CSPM or other designated qualified person shall evaluate that program to determine if it meets the requirements necessary to allow it to be used for confined space entry.

**2721. Emergency Response Planning**

An emergency is any occurrence, including any failure of hazard control or monitoring equipment, or event internal or external, to a permit space that could endanger entrants. The written program shall explain the process for developing an emergency response plan that addresses the unique nature of each entry.

**2722. Determining If Entry Conditions Are Acceptable**

While precautions such as barricading, ventilating, controlling hazardous energy, and conducting atmospheric testing may be taken for entry into many confined spaces, each entry is unique. Consequently, a variety of variable parameters shall be used to establish whether or not conditions are suitable for entry. The written program shall describe the process for identifying what conditions are deemed to be acceptable for entry.

**2723. Reclassification Procedures**

If a permit space poses no actual or potential atmospheric hazards, and if all the other hazards within the space are eliminated without entry into the space, the permit space may be reclassified as a non-permit confined space for as long as the non-atmospheric hazards remain eliminated. If it is necessary to enter the permit space to eliminate hazards, that entry shall be performed per section 2724.

The written program for any installation that decides to reclassify a permit space shall describe the process used for reclassification. At a minimum this process shall include provisions for:

a. Explaining the basis for determining that the permit space poses no actual or potential atmospheric hazards and that all other hazards can be eliminated without the need to enter

b. Issuing an "entry certificate" that contains the date, the location of the space, atmospheric test results, and the signature of the person making the determinations described above

c. Making sure an "entry certificate" is made available and posting it at the site so that each employee entering the space or the employee's authorized representative can be informed of the hazards and conditions of the space.

d. Evacuating the space if hazards arise, and reevaluating the space to determine if it must be reclassified as a permit space.

e. The entry certificate is only valid for a period of time as determined by the CSPM.

f. Canceled entry certificates shall be retained for at least 1 year to facilitate the review of the permit-required confined space program required by section 2735

**2724. Alternative Entry Procedures**

Less stringent entry procedures that do not require a permit, an attendant, an entry supervisor, or rescue provisions, may be used in situations where the only hazard posed is an atmospheric hazard that can be controlled through continuous, forced, mechanical ventilation.

The written program for any installation that decides to enter permit spaces under the alternate entry procedure shall describe the process for implementing that procedure. At a minimum, this process shall include provisions for ensuring that:

a. An explanation of the basis for determining that the permit space poses only an atmospheric hazard is provided.

b. An explanation of the basis for determining that the hazard can be controlled though continuous forced ventilation is provided.

c. Any conditions that make it hazardous to remove an entrance cover are eliminated before the cover is removed.

d. When entrance covers are removed, a railing, temporary cover, or other temporary barrier that prevents an accidental fall through the opening and protects employees from foreign objects entering the space promptly guards openings.

e. Before employees enter the space, the internal atmosphere is to be tested, with a calibrated, direct-reading instrument, for oxygen content, flammable gases and vapors, and potential air contaminants.

f. Any employee who enters the space, or that employee's authorized representative, is provided an opportunity to observe the pre-entry testing.

g. A hazardous atmosphere does not exist in the space whenever it is occupied.

h. Continuous forced ventilation is provided and used.

i. Employees do not enter the space until the ventilation has eliminated any hazardous atmosphere.

j. The ventilation air is provided by a clean source and does not increase the hazards in the space.

k. The air is delivered in a manner that ventilates the immediate areas where employees are present within the space.

l. The ventilation is continued until all employees have left the space.

m. The atmosphere within the space shall be monitored continuously with a direct reading instrument to ensure that the continuous forced air ventilation is preventing the accumulation of a hazardous atmosphere, unless the CSPM or other designated qualified person determines that such monitoring is unnecessary. Atmospheric testing results shall be documented with the date and time of test. Test results shall be kept with the entry certificate.

n. A written entry certificate is issued that contains the date, the location of the space, and the signature of the person providing the certification. The certification shall be made before entry and shall be made available to each employee entering the space, or to that employee's authorized representative.

o. When there are changes in the use or configuration of a non-permit space that might increase the hazards to entrants, the space is reevaluated and if necessary, reclassified as a permit-space.

p. If a hazardous atmosphere is detected during entry, employees shall immediately evacuate, and the space shall be evaluated to determine how the hazardous atmosphere de-

veloped, and procedures shall be implemented to protect employees from the hazardous atmosphere before any subsequent entry takes place.

q. Canceled entry certificates shall be retained for at least 1 year to facilitate the review of the permit-required confined space program required by section 2735.

**2725. Permit-Required Program Elements**

If a permit-space cannot be reclassified as explained in section 2723, or cannot be entered under the alternate entry procedures described in 2724, it shall be entered under the auspices of a written, site-specific, entry permit procedure, which at a minimum, describes the process for:

a. Issuing, canceling, reviewing and archiving entry permits.

b. Designating employees authorized to participate in the entry, including entrants, attendants, and entry supervisors.

c. Rescue response planning, including the process used to identify, evaluate, and select a rescue service provider.

d. Establishing procedures for entry into atmospheres that are immediately dangerous to life or health.

**2726. Permit System**

The written program shall include an explanation of the process used for issuing, canceling, reviewing and archiving entry permits. The process shall include provisions that require that:

a. The supervisor sign the permit indicating that all specified precautions have been taken, that conditions are acceptable for entry as explained in section 2722 and that authorized entrants may proceed into the space.

b. The duration of the permit does not exceed one shift or the time required to complete the assigned task or job identified on the permit, whichever is less.

c. Completed permits be made available at the time of entry to all authorized entrants or their authorized representatives, by posting at the entry portal or by any other equally effective means, so that the entrants can confirm that pre-entry hazards have been controlled. Any problems encountered during an entry must be noted on the permit so that appropriate revisions to the confined space program can be made.

d. Canceled permits be retained for at least 1 year to facilitate the review of the permit-required confined space program required by section 2735. Permits that contain atmospheric testing information that constitutes an employee exposure record shall be maintained for the employee's duration of employment plus 30 years as stipulated by 29 CFR 1910.1020.

**2727. Designation of Employees**

The written program shall describe the process used to designate confined space entrants, attendants, supervisors, and entry. Duties and responsibilities for these individuals are described in appendix A.

**2728. Rescue Procedures**

The written, site-specific plan shall describe the process used to:

a. Identify credible scenarios that may require rescue

b. Identify potential providers of rescue services

c. Evaluate the capabilities of potential rescue service providers to assure that they are capable of providing timely rescue services consistent with the nature of the anticipated emergencies, and are in fact able to rescue incapacitated entrants from the space

d. Develop procedures for summoning rescue services

e. Provide necessary aid to rescued employees.

**2729. Procedures For Entry Into IDLH Atmospheres**

Entry into, work in, or on a confined space that is immediately dangerous to life and health (IDLH) shall not be permitted under normal operations and is only authorized in cases of rescue efforts and extreme emergencies. The written program shall describe the site-specific procedures that are followed when entry must be made into spaces that are immediately dangerous to life and health (IDLH). These procedures shall include provisions for ensuring that:

a. Installation commanders or their designees are notified, specifically to authorize the entry into the IDLH atmosphere and provide necessary assistance appropriate to the situation.

b. One employee or, when needed, more than one employee, is located outside the IDLH atmosphere during entry.

c. Visual, voice, or signal line communication is maintained between the employees in the IDLH atmosphere and those located outside the IDLH atmosphere.

d. The employees located outside the IDLH atmosphere are trained and equipped to provide effective emergency rescue.

e. Employees located outside the IDLH atmospheres are equipped with:

(1) Pressure demand or other positive pressure SCBAs, or a pressure demand or other positive pressure supplied-air respirator with auxiliary SCBA

(2) Appropriate retrieval equipment for removing the employees who enter these hazardous atmospheres where retrieval equipment would contribute to the rescue of the employees and would not increase the overall risk resulting from entry; or provide equivalent means for rescue where retrieval equipment is not feasible.

f. In the case of a potentially flammable atmosphere, all ignition sources are prohibited.

**2730. Hot Work**

Hot work includes all flame heating, welding, torch cutting, brazing, carbon arc gouging or any work which produces heat, by any means, of 400 degrees F (204 degrees C) or more, and, in the presence of flammables or flammable atmospheres, other ignition sources such as spark or arc producing tools or equipment, static discharges, friction, impact, open flames or embers, and non explosion proof lights, fixtures, motors or equipment. The written program shall either describe the process used to control hazards associated with hot work, or refer to the installation's hot work program. If reference is made to the installation's hot work program, the CSPM shall evaluate that program to determine if it meets the requirements necessary to allow it to be used for confined space entry. Minimum work practices that the hot work program shall address are described in chapter 5 of reference 27-1.

**2731. Special Processes**

Processes such as, but not limited to, spray application of flammable or combustible materials, abrasive blasting, and pressure-washing pose special hazards. An installation that performs these tasks shall develop a job-specific hazard analysis that addresses the unique hazards posed by each of these processes.

**2732. Employee Training**

Employees who enter confined spaces shall possess the understanding, knowledge, and skill necessary for the performance of their duties. The written program shall explain the process the installation uses to ensure that employees are trained and have demonstrated proficiency in confined space entry.

**2733. Contractor Management Provisions**

a. Whenever contractors perform work in an installation's confined spaces, the job shall be coordinated so that neither the contractor nor the installation's employees jeopardize each other's safety. The written program shall describe the process for managing work contractors perform in the installation's confined spaces. At no time shall contractor personnel enter a confined space under the installation's permit or certification. If contractor personnel and Navy personnel occupy the same space certification shall be for Navy personnel only and stated so on the permit or certificate.

b. At a minimum the written program shall include provisions that stipulate that the party responsible for requesting that the contract work be performed is personably responsible for ensuring that the work is carried out per the contract provisions. The written program shall also describe the installation's process for:

(1) Informing the contractor that the installation contains permit spaces

(2) Explaining to the contractor why a space is considered to be a permit-space

(3) Sharing knowledge of the hazards that have been identified through experience with the space

(4) Informing the contractor that their personnel may only enter permit-spaces under the provisions of the installations written program

(5) Apprising the contractor of any precautions or procedures that the installation has implemented for the protection of employees in or near permit spaces where contractor personnel will be working (for example draining, flushing, isolating, etc.)

(6) Coordinating entry operations with the contractor, so that contractor and installation employees do not compromise each other's safety

(7) Debriefing the contractor at the conclusion of the entry relative to any hazards confronted or created during entry operations.

c. The written program shall include a provision that describes the installation's process for determining if the contractor's written program addresses at least the following elements as applicable to the specific job to be performed:

(1) Conducting a job-specific hazard analysis

(2) Limiting access to the work area

(3) Controlling hazardous energy

(4) Providing effective isolation

(5) Draining, flushing and cleaning

(6) Testing and monitoring

(7) Controlling atmospheric hazards

(8) Controlling physical hazards

(9) Assessing protective equipment needs

(10) Determining if entry conditions are acceptable

(11) Issuing, canceling, reviewing and archiving entry permits

(12) Designating of employees authorized to participate in the entry including entrants, attendants and entry supervisors

(13) Emergency planning, including identifying, evaluating and selecting rescue services

(14) Establishing procedures for entry into atmospheres that are immediately dangerous to life or health.

d. The written program shall also describe the process that will be followed in the event that the CSPM or other designated qualified person determines that the contractor's program does not address one of the elements listed above. The contractor shall correct this deficiency before the installation allows work to proceed.

**2734. Precautions for Specific Operations**

a. Specific regulatory provisions govern construction activities including underground construction and trenching; telecommunications work; and work involving the generation, distribution and transmission of electricity.

b, Construction Operations

(1) Even though the OSHA permit-required confined space standard does not apply to construction work, construction contractors shall comply with generally accepted industry procedures, practices and standards covering entry into confined spaces. To that end, construction contractors who enter confined spaces at naval facilities shall have a written confined space program that meets the minimum requirements prescribed by this instruction.

(2) A construction contractor may use its existing generalized confined space entry program, provided that it is supplemented by other documentation that describes how it intends to manage the job-specific hazards. In addition, as stipulated by OSHA standard 29 CFR 1926.21(b)(2) each construction contractor shall have a designated competent person as defined by 29 CFR 1926.32(f) who is responsible for making regular and frequent inspections of the job sites. For all ROICC contracts, military construction contracts, contractors must follow guidelines provided in EM-385-1 U.S. Army Corps Of Engineers Safety And Health Requirements Manual for working in confined spaces as well as 29 CFR 1926 Construction Standards.

c. Trenches and Excavations. Although trenches and excavation appear to meet the definition of a permit-space, specific trenching and excavation regulations more appropriately address the hazards they pose. However, since hazards posed are similar to those associated with confined space entry, procedures must exist that address such things as atmospheric testing, ventilation, and emergency response planning. A separate site-specific trenching and excavation policy rather then the installation's confined space program should address entry into trenches and excavations.

d. Underground Construction

(1) This section applies to the construction of underground tunnels, shafts, chambers, and passageways. It also applies to cut-and-cover excavations, which are both physically connected to ongoing underground construction operations within the scope of this section, and covered in such a manner as to create conditions characteristic of underground construction.

(2) A separate site-specific tunneling and excavation policy rather than the installation's confined space program should address working involving tunneling and other underground construction activities excavations.

e. Aircraft (ACFT) Fuel Cells

(1) ACFT fuel cell entry often presents unique entry requirements. Installations shall acquaint personnel with the fuel cell associated with each type, model, and series. ACFT or fuel cell configuration on which they will be providing confined space services. All elements of this instruction apply to ACFT confined space entry.

(2) A previously certified rubber fuel cell, which has been removed from the aircraft, may be reclassified as requiring no certificate if testing and inspection demonstrate that the hazards within the fuel cell have been eliminated. This applies only to rubber fuel cells that have been removed from the ACFT. It does not apply to installed rubber fuel cells or drop tanks.

(3) Only the Naval Air Systems Command (NAVAIRSYSCOM) (PMA 260) approved gas detectors shall be used to obtain required test readings of the atmosphere in a fuel cell.

f. Telecommunication, and Electrical generation, distribution and transmission

This section applies to operation conducted in manholes, un-vented vaults or any other confined space covered under 29 CFR 1910.268 and 269.

g. Confined space operations conducted on a Naval Maritime Facility or ship repair operations at any location

(1) The requirements of subparagraphs 2702.c and 2702.d shall be followed, except that if a space contains or has contained liquids, gases, or solids that are toxic, corrosive, or irritant and cannot be ventilated to within the PELs or is IDLH, a certified NFPA Marine Chemist, a Board-Certified Navy GFE, or Certified Industrial Hygienist must re-test the space until the space can be certified SAFE FOR ENTRY or SAFE FOR ENTRY WITH PPE. In such case, the Certified Industrial Hygienist also may provide the certification.

(2) In situations that apply to paragraph 2702.c, the CSPM or designated representative shall be trained and knowledgeable of reference 27-1 procedures that are applicable to the operations being performed.

**2735. Program Evaluation**

The CSPM or other designated qualified person shall evaluate the effectiveness of the installation's confined space program at least annually and whenever there is reason to believe that the program may not providing adequate protection to employees. The purpose of this evaluation is to identify program deficiencies and correct them before authorizing subsequent entries. The site-specific written program shall describe the process used for conducting and reviewing the installation's confined space program.

---

## Chapter 27

## References

27-1 Gas Free Engineering Manual, NAVSEA S6470-AA-SAF-010 REV 01, 1 Sept 99

## Appendix 27-A

## Designation of Employees

1. **Supervisors.** Supervisors shall cancel permits if a condition not allowed under the permit arises in or near the permit space and remove unauthorized individuals who enter or who attempt to enter the permit space during entry operations. Consequently, they shall either remain at the space for the duration of entry, or they must transfer that authority to a new attendant. The latter is possible only if the new attendant possesses the requisite knowledge and skill to act as the supervisor under conditions present at the time of the entry. The supervisors' duties and responsibilities shall include:

a. Knowing the hazards that may be faced during entry, including information on the mode, signs or symptoms, and consequences of the exposures

b. Verifying, by checking the permit, that all tests the permit specifies have been conducted and that all procedures and equipment the permit specifies are in place before endorsing the permit and allowing entry to begin

c. Terminating the entry and canceling the permit when the entry operations covered by the permit have been completed, or when a condition that is not allowed under the entry permit arises in or near the permit space

d. Verifying that rescue services are available, and that the means for summoning them are operable

e. Removing unauthorized individuals who enter or who attempt to enter the permit space during entry operations.

f. Determining, whenever responsibility for a permit space entry operation is transferred, and at intervals dictated by the hazards and operations performed within the space, that entry operations remain consistent with terms of the entry permit and that acceptable entry conditions are maintained.

**2. Authorized Attendants.** Authorized confined space attendants shall:

a. Know the hazards that entrants may face during entry, including information on the mode, signs or symptoms, and consequences of exposure.

b. Be aware of possible behavioral effects in authorized entrants.

c. Keep an accurate count of authorized entrants in the permit space and ensure that any means used to identify authorized entrants such as a badge-in/ badge-out board is accurately maintained.

d. Remain outside the permit space during entry operations until relieved by another attendant.

e. Communicate with authorized entrants as necessary to monitor their status and to alert entrants of the need to evacuate the space

f. Monitor activities inside and outside the space to determine if it is acceptable for entrants to remain in the space.

g. Order entrants to immediately evacuate the space under any of the following conditions:

(1) A prohibited condition is detected.

(2) Behavioral effects associated with potential hazards to which entrants may be exposed are observed.

(3) A situation develops outside the space that could endanger the entrants.

(4) The attendant cannot effectively and safely perform all the required duties.

h. Summon rescue and other emergency services as soon as the attendant determines that authorized entrants may need assistance to escape from permit space hazards.

i. Take the following actions when unauthorized persons approach or enter a permit space while entry is underway:

(1) Warn the unauthorized persons that they must stay away from the permit space.

(2) Advise the unauthorized persons that they must exit immediately if they have entered the permit space.

(3) Inform the authorized entrants and the entry supervisor if unauthorized persons have entered the permit space.

j. Perform non-entry rescues as specified by the rescue procedure.

k. Perform no duties that might interfere with their primary duty to monitor and protect the authorized entrants.

**3. Authorized Entrants.** Authorized confined space entrants shall:

a. Know the hazards they may face during entry, including information on the mode, signs or symptoms, and consequences of the exposure;

b. Be able to demonstrate proficiency with any equipment they are expected to use, including under emergency conditions such as equipment failure.

c. Communicate with the attendant as necessary to enable the attendant to monitor their status, and to enable the attendant to alert them of the need to evacuate the space if necessary.

d. Alert the attendant whenever:

(1) The entrant recognizes any warning sign or symptom of exposure to a dangerous situation.

(2) The entrant detects a prohibited condition.

e. Exit the space as quickly as possible whenever:

(1) An order to evacuate is given by the attendant or the entry supervisor.

(2) The entrant recognizes any warning sign or symptom of exposure to a dangerous situation.

(3) The entrant detects a prohibited condition.

(4) An evacuation alarm is activated.

**Appendix 27-B**

**Standards Incorporated by Reference**

Occupational Safety and Health Administration

Government Printing Office http://www.gpo.gov

General Industry Standard 29 CFR 1910

Shipyard Industry Standard 29 CFR 1915

Construction Industry Standards 29 CFR 1926

National Fire Protection Association
Battery March Park
Quincy, MA
http://www.nfpa.org

American National Standards Institute

Instrument Society of America

American Petroleum Institute
Washington, DC
http://www.api.org

EM-385-1 U.S. Army Corps of Engineers Safety and Health Requirements Manual

## Appendix 27-C
## Entry Permit/Certificate Minimum Requirements

Confined space entry permit/certificate must minimally contain the following information per 29 CFR 1910.146:

(1) The permit/confined space entered.

(2) The purpose of the entry.

(3) The date and the authorized duration of the entry permit/certificate.

(4) The authorized entrants within the permit space, by name or by such other means (for example, through the use of rosters or tracking systems) as will enable the attendant to determine quickly and accurately, for the duration of the permit, which authorized entrants are inside the permit space.

**NOTE:**

> This requirement may be met by inserting a reference on the entry permit as to the means used, such as a roster or tracking system, to keep track of the authorized entrants within the permit space.

(5) The personnel, by name, currently servings as attendants.

(6) The individual, by name, currently serving as entry supervisor, with a space for the signature or initials of the entry supervisor who originally authorized entry.

(7) The hazards of the permit space to be entered.

(8) The measures used to isolate the permit space and to eliminate or control permit space hazards before entry;

**NOTE:**

> Those measures can include the lockout or tagging of equipment and procedures for purging, inerting, ventilating, and flushing permit spaces.

(9) The acceptable entry conditions.

(10) The results of initial and periodic tests performed, accompanied by the names or initials of the testers and by an indication of when the tests were performed.

(11) The rescue and emergency services that can be summoned and the means (such as the equipment to use and the numbers to call) for summoning those services.

(12) The communication procedures used by authorized entrants and attendants to maintain contact during the entry.

(13) Equipment, such as personal protective equipment, testing equipment, communications equipment, alarm systems, and rescue equipment, to be provided for compliance with this section.

(14) Any other information whose inclusion is necessary, given the circumstances of the particular confined space, in order to ensure employee safety.

(15) Any additional permits, such as for hot work that have been issued to authorize work in the permit space.

(16) Include section for reclassification/or alternative entry procedure to allow for explanation for basis of downgrading the permit for personnel entry.

# CHAPTER 28

# BLOODBORNE PATHOGENS

## 2801. Discussion

The principal bloodborne pathogens of concern in this chapter are human immunodeficiency virus (HIV), hepatitis B virus (HBV), and hepatitis C virus (HCV). Many others exist, but generally are not occupationally transmitted in significant numbers. Due to the rapid spread of Acquired Immune Deficiency Syndrome (AIDS), and its precursor HIV, and to counter HBV, the Occupational Safety and Health Administration (OSHA) generated the bloodborne pathogens standard to protect people from occupational exposures to all bloodborne pathogens. The diseases associated with these pathogens are preventable when the appropriate precautions are taken. The objective of this chapter is to protect Navy personnel by providing the guidance necessary to understand and implement the requirements of the bloodborne pathogens standard.

## 2802. Applicability

This chapter applies to all facilities in which workers have occupational exposure to potential bloodborne pathogens. Hospitals, medical treatment facilities, emergency rescue personnel, enforcement personnel, laboratories working with potential bloodborne pathogens, and all other personnel who can reasonably anticipate to have occupational exposure to bloodborne pathogens shall meet the requirements of reference 28-1.

## 2803. Exposure Determination

The requirement for first aid and cardio pulmonary resuscitation (CPR) training alone does not dictate the need to include individuals into programs designed to meet the bloodborne pathogens standard's requirements. Personnel who perform "Good Samaritan" acts that result in potential exposure shall receive the same prompt medical evaluations and follow-up that covered employees receive. Facilities shall follow reference 28-1 for exposure determination procedures.

## 2804. Hazard Prevention and Control

Facilities shall conduct hazard prevention and control procedures per references 28-1 and 28-2.

## 2805. Responsibilities

a. Echelon Two and other Headquarters Commanders shall provide guidance and assistance to subordinate commands to ensure the effectiveness of this program, including assistance in determining the job classifications of covered employees.

b. The Chief of Naval Education and Training (CNET) shall provide bloodborne pathogen training, and training materials meeting the requirements of reference 28-1 through the Naval Occupational Safety and Health and Environmental Training Center (NAVOSHENVTRACEN). Development of training and training material shall be coordinated with the Chief, Bureau of Medicine and Surgery (BUMED).

c. BUMED shall:

(1) Review and provide technical and administrative guidance on the medical aspects of the bloodborne pathogens program.

(2) Provide guidance for the review of medical records for bloodborne pathogen information and trends.

(3) Review CNET training material, (e.g., videos, interactive computer software, courses), for consistency with requirements of this chapter.

---

## Chapter 28

## References

28-1. Title 29 Code of Federal Regulations (CFR) 1910.1030 of 6 December 91, Bloodborne Pathogens (NOTAL)

28-2. BUMEDINST 6230.15, Immunization and Chemoprophylaxis, (NOTAL)

# CHAPTER 29

## OCCUPATIONAL REPRODUCTIVE HAZARDS

### 2901. Discussion

a. A reproductive hazard is any biological, chemical, or physical stressor that has the potential to adversely affect the human reproductive process. These effects may occur through either parent's reproductive cells, prior to conception or during the development of the fetus. A reproductive hazard that has its effect during fetal development is a developmental hazard.

b. Many potential stressors which are considered reproductive hazards also cause injury to other human organ systems. The government already regulates many of them based on these other effects. Therefore, if the worksite is following regulations and exposures are below established permissible levels for these regulated hazards, the reproductive system is also protected. However, in some cases reproductive effects occur at lower exposure levels than these other effects. In these cases, the current exposure standards do not protect the reproductive system. These hazards are the primary concern of this chapter.

c. Much is not known about reproductive hazards. A hazardous workplace exposure may, in some cases, occur, far removed from its ultimate reproductive effect. Flexibility in handling these issues is, therefore, a necessity to allow changes to procedures and processes as knowledge is gained.

### 2902. Policy

a. Navy policy is to provide safe and healthful working conditions for all employees. This includes protection of employees' reproductive capacity and their future or developing offspring from untoward effects of employee exposures.

b. The number of occupational exposure criteria (permissible exposure limits (PELs,) etc.) that were developed to protect the reproductive system is limited. The goal is to keep the utilization of known reproductive stressors as low as reasonably achievable. Activities shall document efforts to achieve this goal per paragraph 2903. The primary methods of achieving this goal shall be through use of engineering controls, and the judicious use of personal protective equipment.

c. In most cases, the potential for exposure to reproductive hazards should not automatically force the removal of an individual from a position, billet or job. However, removal from a particular task within a position or job modification may be necessary. In no case shall activities use the potential for exposure to reproductive hazards to deny employment or promotion. If, as a last resort, job removal is necessary based upon operational requirements coupled with an inability to control workplace reproductive hazards, activities shall not deny any individual pay or promotion because of activities enacting measures to protect their reproductive health and/or that of their developing fetus.

d. Reference 29-1 provides policy and procedures regarding the management of pregnant service women. References 29-2 through 29-5 contain guidance on civilian personnel issues related to pregnant workers. The occupational safety and health (OSH) office shall refer all

employee questions regarding pregnancy employment issues to the human resources office. Appendix 29-A reprints specific information from references 29-4 and 29-5 on work-related issues during pregnancy.

**2903. Control of Reproductive Hazards in the Workplace**

a. Identification and Evaluation of Reproductive Stressors

(1) For simplicity, appendix 29-B provides a list of common chemicals that may be present in general Navy workplaces. Reference 29-6 provides additional guidance on chemical, physical and biological stressors. Safety personnel shall routinely look for these hazards during inspections. In addition, pharmacy and medical personnel should be aware of drugs and antineoplastic agents that reference 29-6 lists.

(2) Industrial hygiene personnel shall identify reproductive stressors that appendix 29-B lists during surveys of all Navy workplaces, as section 0802 of this instruction requires.

(3) Industrial hygienists (IH) shall clearly annotate (highlight, asterisk, etc.) reproductive stressors on the list (that paragraph 0803b requires) of materials and harmful physical agents found in each workplace.

(4) Where stressor-specific exposure standards developed with the intent to protect the reproductive system exist, activities shall quantify the degree of exposure using conventional means, and then compare the results to those exposure standards (i.e., PELs, threshold limit values (TLVs), etc.). Where stressor specific standards either do not exist, or were developed without consideration of reproductive health risk, activities shall still determine the quantitative evaluation of the exposure if possible. An IH and an occupational physician shall review the results of sampling. They shall determine the significance of any potential reproductive risk to male and female employees or developing fetuses at this time and incorporate the findings into the report along with recommended mitigation procedures, if necessary.

(5) The IH shall specifically address a reproductive hazard assessment (including negative determinations) as part of the routine evaluation in industrial hygiene survey reports they submit to the cognizant line activity per paragraph 0803 of this instruction. If the exposure assessment is unacceptable, recommendations to reduce exposures per paragraph 2902b should be made.

(6) Activities should contact the Navy Environmental Health Center (NEHC) if they need additional assistance, (757) 462-5500 (DSN: 253-5500).

b. Hazard Abatement

(1) Chapter 5 discusses basic principles for controlling all hazards in the occupational environment. These include substitution with less hazardous materials; engineering controls (local exhaust ventilation systems, etc.); administrative controls (job rotation, work time limits, etc.); and the use of personal protective equipment (PPE). Activities shall not consider the routine prolonged removal of an individual (or subpopulation) from a particular worksite an appropriate administrative control.

(a) For chemicals that are known reproductive hazards, substitution with a less hazardous substance is the abatement method of choice.

(b) Activities shall consider all products that they currently use containing more than trace amounts of any of the chemicals. Appendix 29-B lists for possible elimination by substitution with a less hazardous material. While it is not possible to establish a strict definition of the term "trace", the presence of a confirmed reproductive toxicant in a product, at a concentration of 0.1 percent or greater by weight, should serve as a general guideline with regard to consideration of hazardous materials control/ substitution initiatives.

(c) Activities shall consider products containing chemicals in appendix 29-B for elimination/reduction via the Environmental and Natural Resources Program Manual in reference 29-7.

(d) Activities shall also consider these chemicals (appendix 29-B) for substitution issues in the development of hazardous material inventories and authorized use lists that chapter 7 of this instruction prescribes.

(2) The use of PPE, including respirators, is the last resort method for hazard abatement. If activities use PPE, they shall exercise caution to ensure that the PPE does not pose a heat stress, heavy lifting, or other hazard in itself.

c. Training

(1) All occupational safety and health (OSH) professionals should receive training concerning reproductive hazards. The training should address Navy policy, legal considerations, risk communication, and technical issues (hazard identification, evaluation, and control). The Navy considers training provided in Navy-sponsored workshops as well as CNET-approved courses sufficient to satisfy this requirement.

(2) Activities shall also specifically address reproductive hazards in OSH training programs for personnel responsible for or working with reproductive stressors (e.g., management personnel, civilian personnel officers, supervisors, employee representatives, and non-supervisory personnel) per chapter 6 of this instruction.

d. Counseling Section

(1) General. Activities shall afford all employees who have potential exposure to occupational reproductive hazards counseling by a credentialed occupational medicine provider, if requested.

(2) Medical activities including contract facilities, shall question all patients, especially pregnant women, seen at the facility regarding their, and their spouses' potential exposure to developmental hazards. The Navy recommends referral to occupational medicine for evaluation if activities determine there is a possibility of exposure.

(3) Developmental Hazards. The Navy strongly encourages all female employees who become pregnant to notify their commands immediately. Upon notification, the command shall perform the following evaluation:

(a) The woman shall be given the Developmental Hazard questionnaire in appendix 29-C. The pregnant woman should fill this out with command supervisory personnel, knowledgeable of the woman's workplace. If the potential for exposure to a developmental hazard is present in the workplace, or if activities have not determined the possibility of such potential, activities shall arrange for an occupational health physician to evaluate the woman as soon as possible.

(b) If the most recent industrial hygiene survey documents that no potential for exposure to a developmental hazard exists in the woman's workplace, then an occupational medicine evaluation should occur if either the pregnant woman or her commanding officer requests it.

(c) Place a copy of the appropriate sections of the completed evaluation in the employee's medical record and in the employee's command safety office.

(4) Activities shall encourage all male employees anticipating conceiving children within 120 days or whose partner is currently pregnant to notify their commanding officer so that activities can conduct a reproductive/developmental hazard evaluation.

(5) Male and female infertility evaluations should include consultation with occupational medicine to determine if occupational or environmental exposures may be related to the disorder.

**2904. Responsibilities**

a. Commanding Officers shall:

(1) Ensure that all safety officers are cognizant of all items in appendix 29-B utilized at the command. Medical commands and commands with hospital units shall utilize the list in reference 29-6.

(2) Train all employees concerning the importance of occupational reproductive hazards, and specifically concerning the hazards present at the command, and the importance of command notification of conception of offspring. Upon notification of pregnancy, ensure that female workers complete the questionnaire in appendix 29-C and that an occupational physician performs an evaluation per 2903(d)(2).

(3) Maintain exposures of all personnel to reproductive hazards below applicable standards where available or below limits that occupational health professionals recommend where no standards are yet established.

b. The Chief, Bureau of Medicine and Surgery (BUMED) shall:

(1) Provide for professional and technical assistance relative to reproductive hazards to all commands.

(2) Publish guidance for occupation health professionals on industrial hygiene and medical issues concerning occupational reproductive hazards. Such guidance shall include:

(a) Workplace surveillance for the presence of reproductive hazards, and their exposure levels

(b) A current list of known reproductive stressors that may be present in general Navy workplaces. Appendix 29-B is the 1998 edition of this list.

(c) Information on reproductive stressors considered, but not selected, for the list along with the rationale for non-selection

(d) Appropriate training for all OSH professionals

(e) Appropriate counseling to personnel potentially exposed to reproductive hazards.

(3) Review references 29-1 and 29-8 and this chapter to ensure that Navy policy is consistent with the Supreme Court ruling and other related legislation.

(4) Review of possible candidate-substitute materials identified by Commander, Naval Supply Systems Command (COMNAVSUPSYSCOM) to identify potential reproductive toxicants, upon request.

(5) Assist CNET in developing training programs for OSH professionals and workers. Provide for individual occupational medicine counseling of pregnant employees exposed to developmental hazards per section 2903d and of other employees upon request.

c. Chief of Naval Education and Training (CNET) shall develop training programs for OSH professionals and workers to address reproductive stressors of Navy concern. BUMED shall provide technical guidance for this training.

d. COMNAVSUPSYSCOM shall identify products currently in Navy use that contain reproductive stressors listed in appendix 29-B for substitution, elimination, and annotation in HMIS.

---

Chapter 29

References

29-1. OPNAVINST 6000.1A of 28 Feb 89, Management of Pregnant Servicewomen

29-2. OCPMINST 12630.1 of 17 Jun 88, Absence and Leave (NOTAL)

29-3. Public Law 95-555 (92STAT 2077) (78), Prohibition of Sex Discrimination on the Basis of Pregnancy (NOTAL)

29-4. Title 5 Code of Federal Regulations part 335 of 1 Jan 2000, Promotion and Internal Placement (NOTAL)

29-5. 29 CFR 1604.10, Employment Policies Relating to Pregnancy and Childbirth (NOTAL)

29-6. Navy Environmental Health Center Technical Manual NEHC-TM92-2, May 1992, Reproductive Hazards in the Workplace: A Guide for Occupational Health Professionals

29-7. OPNAVINST 5090.1B of 1 Nov 94, Environmental and Natural Resources Program Manual (NOTAL)

29-8. Supreme Court Ruling, 89-1215 (20 Mar '91), International Union, United Automobile, Aerospace and Agricultural Implement Worker's of America, UAW, et al., Petitioners v. Johnson Controls, Inc. (NOTAL)

## Appendix 29-A

## Pertinent Reference Information On Pregnancy Employment Policies

### 1. Federal Personnel Manual, Subchapter 13, Article 13-5, paragraph a.(2)

Agencies should always be aware of working conditions or strenuous requirements in the workplace that could have an adverse effect on an expectant mother. If, after consulting her doctor, an employee asks for a change in duties or assignment, every reasonable effort should be made to accommodate her. Agencies may request medical certification of the nature of the limitations recommended by the employee's doctor. Sick leave may also be used for physical examinations.

### 2. 29 CFR 1604 Appendix - Questions and Answers on the Pregnancy Discrimination Act

a. Question: If, for pregnancy-related reasons, an employee is unable to perform the functions of her job, does the employer have to provide her an alternative job?

Answer: An employer is required to treat an employee temporarily unable to perform the functions of her job because of her pregnancy-related condition in the same manner as it treats other temporarily disabled employees, whether by providing modified tasks, alternative assignments, disability leaves, leave without pay, etc. For example, a woman's primary job function may be the operation of a machine, and, incidental to that function, she may carry materials to and from the machine. If other employees temporarily unable to lift are relieved of these functions, pregnant employees also unable to lift must be temporarily relieved of the function.

b. Question: What procedures may an employer use to determine whether to place on leave a pregnant employee who claims she is able to work or deny leave to a pregnant employee who claims that she is disabled from work?

Answer: An employer may not single out pregnancy-related conditions for special procedures for determining an employee's ability to work. For example, if an employer requires its employees to submit a doctor's statement concerning their inability to work before granting leave or paying sick benefits, the employer may require employees affected by pregnancy-related conditions to submit such statement. Similarly, if an employer allows its employees to obtain doctor's statements from the personal physicians for absences due to other disabilities or return dates from other disabilities, it must accept doctor's statements from personal physicians for absences and return dates connected with pregnancy-related disabilities.

c. Question: Can an employer have a rule that prohibits an employee from returning to work for a predetermined length of time after childbirth?

Answer: No.

d. Question: If an employee has been absent from work as a result of a pregnancy-related condition and recovers, may her employer require her to be on leave until after her baby is born?

Answer: No. An employee must be permitted to work at all times during pregnancy when she is able to perform her job.

e. Question: Must an employer hold open the job of an employee who is absent on leave because she is temporarily disabled by pregnancy-related conditions?

Answer: Unless the employee on leave has informed the employer that she does not intend to return to work, her job must be held open for her return on the same basis as jobs are held open for employees on sick or disability leave for other reasons.

f. Question: Must an employer hire a woman who is medically unable, because of pregnancy-related conditions, to perform a necessary function of a job?

Answer: An employer cannot refuse to hire a woman because of her pregnancy-related condition so long as she is able to perform the major functions necessary to the job. Nor can an employer refuse to hire her because of its preferences against pregnant workers or the preferences of co-workers, clients, or customers.

OPNAVINST 5100.23F
15 July 2002

**Appendix 29-B**

**Occupational Reproductive Chemical Stressors List**[A]

| Chemical | Class | PEL | TLV | Type of Stressor |
|---|---|---|---|---|
| Acetohydroxamic acid* | | - | - | D |
| Aminopterin | Insecticide | - | - | F D |
| Arsenic | Pesticide | + | + | D |
| Benomyl | Fungicide | + | + | M D |
| Benzene | * | + | + | M D |
| Bromoxynil | Herbicide | - | - | D |
| Cadmium | Metal | + | + | M D |
| Carbon disulfide | Solvent | + | + | M F D |
| Carbon Monoxide | * | + | + | D |
| Chlordecone(Kepone) | Insecticide | - | - | D |
| Cyanazine | Herbicide | - | - | D |
| Cycloheximide | Fungicide | - | - | D |
| Cyhexatin | Insecticide | - | + | D |
| Dinocap | Insecticide | - | - | D |
| Dinoseb | Insecticide | - | - | M D |
| 1,2-Dibromo-3-chloropropane | Nematocide | + R | - | M |
| m-Dinitrobenzene | * | + | + | M |
| o-Dinitrobenzene | * | + | + | M |
| p-Dintrobenzene | * | + | + | M |
| Epichlorohydrin | Solvent | + | + | M |
| Ethylene glycol monoethyl ether | Solvent | + | + | M D |
| Ethylene glycol monoethyl ether acetate | Solvent | + | + | M D |
| Ethylene glycol monomethyl ether | Solvent | + | + | M D |
| Ethylene glycol monomethyl ether acetate | Solvent | + | + | M D |
| Ethylene oxide | Sterilizing Agent | + R | + | F |
| Hexachlorobenzene | * | - | + | D |
| Hydroxyurea | * | - | - | D |

| Chemical | Class | PEL | TLV | Type of Stressor |
|---|---|---|---|---|
| Lead | Metal | + R | + | M F D |

| | | | | |
|---|---|---|---|---|
| Mercury and mercury compounds | Metal | + | + | D |
| Methyl bromide | Fumigant | + | + | D |
| Methyl mercury | Organometal | + | + | D |
| Nickel carbonyl | * | + | + | D |
| Polybrominated biphenyls (PBBs) | * | - | - | D |
| Polychlorinated biphenyls(PCBs) | * | + | + | D |
| 2,3,7,8-Tetrachloro-dibenzo-para-dioxin (TCDD) | * | - | - | D |
| Toluene - | Solvent | + | + | D |
| Warfarin | Rodenticide | + | + | D |

A = Source for this information is 31 March 1998 Navy Reproductive Hazards Review Board Meeting
M = Male
F = Female
D = Developmental
* = Unable to classify into a single functional class
PEL = OSHA's permissible exposure limit (PEL)
TLV = ACGIH threshold limit value (TLV)
+ = Exists
- = Does not exist
R = Level considers reproductive effects

**Appendix 29-C**

**Workplace Exposures Of Reproductive Concern**
**Joint Supervisor's And Worker's Statement**

The supervisor and the worker are to complete this form at the time of a female worker's confirmed pregnancy or any time a male or female worker is concerned about workplace reproductive hazards.

Name________________________Rank/Rate_____________Command/Shop_______
____________
Brief description of job duties (not job title)__________________________________
_______________
Supervisor___________________________________________________________
__________

CHECK ALL THAT ARE APPROPRIATE

Workplace:__________shipboard________shop_________office_________outdoors__
_______other

**HAZARDS(specify) WORKER EXPOSED WORKER IN MED SURVEILLANCE**

**CHEMICAL**

| HAZARDS(specify) | WORKER EXPOSED | WORKER IN MED SURVEILLANCE |
| --- | --- | --- |
| Solvents_________________ | _____yes_____no | _____yes___ ___no |
| Metals _______________ | _____yes_____no | _____yes___ ___no |
| Pesticides _____________ | _____yes_____no | _____yes___ ___no |
| Antineoplastics _____________ | _____yes_____no | _____yes___ ___no |
| Anesthetics ____________ | _____yes_____no | _____yes___ ___no |
| Other_______________ | _____yes_____no | _____yes___ ___no |
| **PHYSICAL** | | |
| Heat ________________ | _____yes_____no | _____yes___ ___no |
| Non-ionizing radiation________ | _____yes_____no | _____yes___ ___no |
| Noise ________________ | _____yes_____no | _____yes___ ___no |
| Vibration ______________ | _____yes_____no | _____yes___ ___no |
| **BIOLOGICAL** (infectious agents)_____ | _____yes_____no | _____yes___ ___no |
| **OTHER HAZARDS**(specify) | | |

____________________________ ______yes______no ______yes______no
____________________________ ______yes______no ______yes______no
____________________________ ______yes ______no ______yes______no

**PERSONAL PROTECTIVE EQUIPMENT REQUIRED:**
_________none________respirator__________gloves_________hearing protection___
___protective clothing

**DATE OF MOST RECENT INDUSTRIAL HYGIENE (IH) SURVEY**
(Attach if available):_______________________________________________
_______________

**ATTACH RELEVANT MATERIAL SAFETY DATA SHEETS (MSDS)**

**JOB ACTIVITIES/CONDITIONS:**
______jumping ______climbing ___
___shift or night work
______heavy pushing/pulling ______crawling ___
___working at heights
______heavy /repetitive lifting of: ______prolonged standing for ___
___hours/day
______lbs. (weight) ______work in hot environment
______time /hour(frequency)

OCCUPATIONAL MEDICINE (OM) EVALUATION RECOMMENDED ______yes
______no

______________________________ _________ ________________________ ___
______
Worker's Signature Date Supervisor's Signature
Date

This form must be maintained in the command's occupational safety and health office. If an OM evaluation is recommended, provide a copy of this form to the cognizant OM provider.

# CHAPTER 30

## INDOOR AIR QUALITY MANAGEMENT

### 3001. Discussion

a. Poor indoor air quality (IAQ) detracts from the quality of the work environment. Problems such as uncomfortable air temperature and humidity can decrease productivity. To increase the level of comfort and productivity in the work environment, make an effort to evaluate, maintain and improve IAQ.

b. Multiple causes of poor IAQ exist, any one of which could decrease the quality of the work environment. Some examples are:

(1) Unacceptable Humidity Ranges. Low humidity may lead to dryness and irritation of the nose, throat, skin and eyes. High humidity aids in the growth of certain molds. Susceptible individuals can experience allergic reactions to mold spores and particulate matter from the breakdown of mold protein.

(2) Insufficient Ventilation. Lack of sufficient fresh air leads to high carbon dioxide concentrations in work spaces. Lack of fresh air may cause fatigue, drowsiness, poor concentration and the sensation of temperature extremes without actual temperature changes. Increased $CO_2$ levels are an indicator of poor ventilation. Carbon dioxide levels are not correlated with other contaminant levels, but with the ability of the ventilation system to provide and circulate fresh air, dilute, remove and recirculate "stale" air. Reference 30-1 states that between 15 and 33 percent of the population will have symptoms when the level of $CO_2$ is between 600 and 800 parts per million (ppm). Between 33 and 50 percent become symptomatic between 800 and 1000 ppm, and virtually everyone will have some or all symptoms when the level is above 1500 ppm.

(3) Off-gas Chemicals. Many modern office furnishings and equipment off-gas chemicals. Adhesives, carpeting, upholstery, manufactured wood products, copy machines, pesticides and cleaning agents are examples of items that off-gas.

(4) Tobacco Smoke. Smoking and second hand smoke, otherwise known as environmental tobacco smoke (ETS), contribute to poor IAQ. According to the American Cancer Society, tobacco smoke contains more than 4,000 different chemical compounds, including about 43 carcinogens. ETS causes eye, nose and throat irritation; headaches; and bronchitis. In 1986, approximately 23,000 U.S. nonsmokers died from lung cancer. The U.S. Surgeon General attributed a substantial number of those deaths to ETS. In addition, ETS contributes to heart disease.

(5) Biological Contamination. Biological contaminants such as bacteria, molds, pollen and viruses may be present in stagnant water, air ducts, humidifiers and drain pans. Water-damaged material and insect and bird droppings contribute to biological contamination. Biological contaminants can trigger allergic reactions, some types of asthma and can cause some common infectious diseases.

(6) Combustion Products. Combustion products, such as carbon monoxide and nitrogen oxides can be released by vehicle exhaust, improperly burning furnaces, appliances and ETS.

(7) Building Modifications. Physical modifications within buildings usually generate dust. Improper isolation techniques can release asbestos, lead and other contaminants into the renovated building's ventilation systems.

c. Proper designs for new and renovated buildings precludes many IAQ problems. However, modified structures may experience heating, ventilating and air conditioning (HVAC) problems (e.g., HVAC not capable of providing adequate fresh air for new uses of the space).

**3002. IAQ Investigation Approach**

a. Individuals working in buildings with indications of poor IAQ shall report the problem(s) to their immediate supervisors. If the Navy maintains the building, the appropriate supervisor shall coordinate all contact with the designated facilities maintenance activity (e.g., public works center (PWC)/public works lead activity (PWLA), or first lieutenant) and the activity navy occupational safety and health (NAVOSH) manager. If the activity is unable to determine the cause of the problem, the NAVOSH manager shall request the cognizant industrial hygiene service to initiate an IAQ investigation. Reference 30-2 provides guidance on indoor air quality evaluations.

b. The Chief, Bureau of Medicine and Surgery (BUMED) Consultative Assistance Team (CAT) shall assist in IAQ investigations beyond the scope of the cognizant industrial hygiene service. BUMED will determine whether the problem is primarily health-related or engineering-related, or both and will request assistance from appropriate sources as needed (e.g., NAVFACENGCOM). Paragraph 0806 discusses CAT capabilities and functions.

c. If the building contains Navy personnel, but is maintained by a private enterprise, report the problem(s) to the appropriate facilities maintenance organization. If there is no solution, contact the NAVOSH manager and follow the process described in paragraphs 3002a and 3002b.

**3003. Environmental Tobacco Smoke**

a. A prime source of poor IAQ is environmental tobacco smoke. Many non-smokers find ETS offensive. The National Institute for Occupational Safety and Health (NIOSH) in reference 30-3 states that the preferable method to protect nonsmokers is the elimination of smoking indoors.

b. The Department of Defense (DoD) mandates smoke free workplaces in reference 30-4. U.S. Navy policy on ETS is to protect all personnel in working and public living environments from involuntary exposure to ETS. Navy activities shall:

(1) Prohibit smoking in all Department of the Navy (DON) vehicles, aircraft and work buildings. This applies to all Navy and Marine Corps (USMC) active duty, civilian personnel, their dependents and visitors in DON-controlled locations.

(2) Permit smoking only in individually assigned family and bachelor living quarters and in Navy lodge and USMC hostess house rooms designated for smoking except when a common HVAC system serves individual housing units. In such circumstances, commanding officers should make reasonable efforts to designate sufficient smoking quarters for smoking members. Do not recirculate air from smoking quarters with air entering nonsmoking quarters.

(3) Prohibit smoking in common spaces of multiple housing units (e.g., family housing apartment complexes, bachelor quarters, Navy lodges, USMC hostess houses, etc.). Any space within a building common to all occupants and visitors such as corridors, elevators, lobbies, lounges, stairways, rest rooms, cafeterias, snack bars, barber shops, laundry rooms, etc. is defined as common space.

(4) Not locate outdoor areas designated for smoking in areas commonly used by nonsmokers. Locate the smoking area away from supply air intakes and building entryways/egresses to prevent ETS entering the building.

c. The Federal Labor Relations Authority for Washington, D.C., in reference 30-5, has determined that unions could negotiate "hazardous duty" pay for those employees exposed to environmental tobacco smoke.

**3004. <u>Building Design and Maintenance</u>**

a. Activities can preclude many potential IAQ problems through proper planning in the design of new and renovated buildings. Single copies of reference 30-6 are available from NIOSH as publication 91-114. In addition, the EPA has established an IAQ Information Clearinghouse (1-800-438-4318).

b. Activities shall design and construct new and renovated buildings to meet the latest American Society of Heating, Refrigerating, and Air-Conditioning Engineers (ASHRAE) standards, references 30-7 and 30-8. Reference 30-7 specifies the conditions in which at least 80 percent of the occupants will find the environment thermally acceptable. Reference 30-8 specifies the minimum ventilation rates and recommends indicator levels for IAQ that should provide occupants with an acceptable level of comfort and minimize the potential for adverse health effects.

c. Activities shall ensure that building designs properly locate air intakes and exhaust vents or stacks during new and renovated building construction.

(1) Do not place fresh air intakes above loading docks. This avoids pulling truck exhaust and odor from dumpsters directly into the building. Place fresh air intakes on the prevailing wind side of the building.

(2) Place exhaust vents on the opposite side of the building from fresh air intakes. Do not locate intakes and exhaust vents in close proximity to each other.

(3) Extend all exhaust stacks or chimneys beyond the roof line of the building. They should attain sufficient height to ensure that exhaust gases release into the true airflow over the building. If located lower than the true airflow, exhaust gases could swirl at the edges of the building and be pulled back inside through a fresh air intake.

(4) Do not place caps over exhaust stacks or chimneys. Use bird and debris screens over all HVAC in-take and exhaust openings.

d. Building designers frequently use modular office systems to conserve space. These systems often block airflow to parts of the office. During the design and purchasing process, confirm that the modular office systems are compatible with the airflow patterns proposed by the

HVAC engineers. The ASHRAE standard (see reference 30-8) for offices of 20 cfm of fresh air/occupant is based on a maximum occupancy of seven people/1,000 square feet. The designer shall not reduce airflow where there are fewer than seven people. Increase airflow per the ASHRAE standard if the occupancy is greater than seven people/1,000 square feet.

e. Design new and renovated buildings to ensure HVAC systems are accessible for maintenance actions, especially preventive maintenance.

f. Personnel shall not make unauthorized modifications to the HVAC systems (e.g., by blocking off vents, cutting into duct work to create new vents, removing inspection panels and ceiling tiles, etc.). Personnel shall report ventilation problems according to the guidance given in Paragraph 3002.

g. Do not modify HVAC systems for energy conservation in such a way as to affect adequate air quality (e.g., sealing outdoor air intakes).

h. To help maintain good IAQ, commanding officers shall develop and implement effective programs of routine inspection and preventive maintenance of all HVAC systems and spaces.

**3005. Responsibilities**

a. Echelon Two and other headquarters commanders shall provide guidance and assistance to subordinate commands to ensure the effectiveness of this program.

b. BUMED shall:

(1) When appropriate, request that BUMED CAT be augmented by the Naval Facilities Engineering Service Center (NFESC) ventilation engineering personnel.

(2) Budget adequate resources for medical facilities to support this policy.

c. Commander, Naval Facilities Engineering Command (COMNAVFACENGCOM) shall:

(1) Augment BUMED CAT with NFESC ventilation engineers when requested.

(2) Ensure that building construction and modification plans reflect consideration of IAQ issues and comply with requirements described in paragraph 3004.

(3) Ensure that HVAC systems in new buildings meet the specifications in the ASHRAE standards contained in references 30-7 and 30-8.

d. Commanders, Commanding Officers and Officers in Charge shall:

(1) Establish smoke-free buildings and zones.

(2) Ensure that IAQ issues are considered in the design of new buildings.

(3) Coordinate with COMNAVFACENGCOM to ensure that new building design adheres to the ASHRAE standards contained in references 30-7 and 30-8.

(4) Develop and implement an effective program of routine inspections and preventive maintenance of all HVAC systems and spaces, including HVAC accessibility per paragraph 3004e.

(5) Ensure that employee concerns or complaints of IAQ problems are investigated and resolved in a timely manner using the procedures in paragraph 3002.

(6) Ensure HVAC systems meet paragraph 3004 requirements.

---

Chapter 30

References

30-1. AFOEHL Report 90-169CA00111KGA from Brooks, AFB. (NOTAL)

30-2. NEHC Technical Manual, Industrial Hygiene Field Operations Manual, latest revision

30-3. U.S. Department of Health and Human Services (DHHS), National Institute for Occupational Safety and Health (NIOSH) Publication No. 91-108 of June 1991, Current Intelligence Bulletin 54: Environmental Tobacco Smoke in the Workplace - Lung Cancer and Other Health Effects. (NOTAL)

30-4. DOD Instruction 1010.15 of 1 Feb 01, Smoke-Free DoD Facilities. (NOTAL)

30-5. SECNAVINST 5100.13B of 11 Feb 98, Navy and Marine Corps Tobacco Policy

30-6. Federal Labor Relations Authority, Case No. 0-NG-1947-1949 of 13 December 1991, Vol. 42. (NOTAL)

30-7. American Society of Heating, Refrigerating, and Air-Conditioning Engineers Standard ANSI/ASHRAE 55-1992 (with ANSI/ASHRAE Addendum 55a-1995), Thermal Environmental Conditions for Human Occupancy (NOTAL)

30-8. American Society of Heating, Refrigerating, and Air-Conditioning Engineers Standard ANSI/ASHRAE 62-1989 (with ANSI/ASHRAE Addendum 62a-1990, Ventilation for Acceptable Indoor Air Quality (NOTAL).

30-9. American Society of Heating, Refrigerating, and Air-Conditioning Engineers Standard 62-1989, *Ventilation for Acceptable Indoor Air Quality* (NOTAL)

# CHAPTER 31

# WEIGHT HANDLING SAFETY

## 3101. Discussion

Safe and reliable weight handling is critical to the operation of the Navy. The minimum requirements and applicable standards for the safe use of all types of weight handling (WH) and rigging equipment at Navy shore activities, and shore based commands, are summarized below.

## 3102. Program Requirements

a. Reference 31-1 provides weight handling policy and directs compliance with reference 31-2 for Navy shore activities and shore-based commands. Shore-based commands include the Naval Construction Force (NCF) and other operating forces that own or operate WH equipment ashore.

b. Reference 31-2 is a single source document and complies with references 31-3 through 8, which are the Occupational Safety and Health Administration (OSHA) standards applicable to WH and rigging equipment, and references 31-9 through 31-23, which are national consensus standards.

c. The commanding officer or officer in charge is responsible for ensuring safety of the activity's weight handling program which includes certification of equipment, training and qualification of personnel.

d. OSHA requires activities using cranes and derricks in longshoring operations, and floating cranes and floating derricks in shipbuilding, ship repair and shipbreaking to be certified by an OSHA accredited certification agency. References 31-3, 31-4, 31-5 and 31-6 address OSHA certification requirements. Activities shall use reference 31-2 as an alternate standard to the certification requirements for Navy-owned equipment, and the Navy Crane Center, Naval Facilities Engineering Command shall perform the certification. Non-floating cranes and derricks that activities use in shipbuilding, ship repair and shipbreaking do not require third party certification.

(1) Longshoring Definition. Ref-erence 31-5 defines the term "longshoring operations" as "the loading, unloading, moving, or handling of cargo, ship's stores, gear, or any other materials, into, in, on, or out of any vessel." The certification program includes mobile cranes, placed aboard barges or other vessels, and used to transfer materials into, on, in, or out of a vessel.

(2) Certification Requirement. The Navy Crane Center shall certify all Navy-owned equipment requiring third party certification, unless CNO (N45) approves an alternative certification source. For contractor-owned equipment operated on Navy installations, a private OSHA-accredited certification agency shall provide the third party certification.

(3) Procedures. Reference 31-2 addresses specific procedures for third party certification.

e. Investigation and Reporting of WH Accidents. Reference 31-2 contains special reporting requirements concerning WH accidents.

**3103. Responsibilities**

a. Commander, Naval Facilities Engineering Command (COMNAVFACENGCOM) shall manage the Navy's WH programs ashore through its Navy Crane Center of Expertise, ensuring compliance with OSHA standards. Specific mission responsibilities include providing and maintaining policy to establish design standards and manage weight handling equipment and operations, auditing shore activity and shore-based command weight handling programs to ensure compliance, reviewing and approving crane alterations, issuing crane safety advisories, equipment deficiency notices and establishing training programs.

b. Reimbursable functions include:

(1) Performing third party certifications

(2) Providing technical assistance to solve unique weight handling problems

(3) Acquiring new cranes or refurbishing existing cranes by contract.

These responsibilities are specifically addressed in reference 31-1.

c. Chief of Naval Education and Training (CNET) shall assist COMNAVFACENGCOM in establishing and maintaining weight handling training programs.

d. Commanders, Commanding Officers and Officers In Charge shall develop and implement WH and rigging programs per references 31-1 and 31-2 and adequately budget to ensure compliance.

e. Cognizant OSH Offices shall provide oversight of the safety program, including safety inspection, evaluations, assessments and audits, risk assessments and mishap investigation.

---

Chapter 31

References

31-1. SECNAVINST 11260.2 of 10 Sept 97, Navy Weight Handling Program for Shore Activities (NOTAL)

31-2. NAVFAC P-307, Management of Weight handling Equipment

31-3. Title 29 Code of Federal Regulations (CFR) 1915, Occupational Safety and Health (OSH) Standards for Shipyard Employment

31-4. Title 29 CFR 1917, Safety and Health Regulations for Marine Terminals

31-5. Title 29 CFR 1918, Safety and Health Regulations for Longshoring"

31-6. Title 29 CFR 1919, Safety and Health Regulations for Gear Certification

31-7. Title 29 CFR 1910, OSH General Industry Standards

31-8. Title 29 CFR 1926, Safety and Health Regulations for Construction

31-9. American Society of Mechanical Engineers (ASME) B30.2-1996 (with addenda a,b and c), An American National Standard for Overhead and Gantry Cranes (To Running Bridge, Single or Multiple Girder, Top Running Trolley Hoist) (NOTAL)

31-10. Amerian Society of Mechanical Engineers (ASME) B30.4-1998 (with addenda a and b), An American National Standard for Portal, Tower and Pillar Cranes (NOTAL)

31-11. American Society of Mechanical Engineers (ASME) B30.5-2000, An American National Standard for Mobile and Locomotive Cranes (NOTAL)

31-12. American Society of Mechanical Engineers (ASME) B30.6-1995 (with addenda a, b, and c), An American National Standard for Derricks (NOTAL)

31-13. American Society of Mechanical Engineers (ASME) B30.7-1994 (with addenda a,b, and c) An American National Standard for Base Mounted Drum Hoists (NOTAL)

31-14. American Society of Mechanical Engineers (ASME) B30.8-1999, An American National Standard for Floating Cranes and Floating Derricks, (NOTAL)

31-15. American Society of Mechanical Engineers (ASME) B30.9-1996 (with addenda a, b, and c) An American National Standard for Slings, (NOTAL)

31-16. American Society of Mechanical Engineers (ASME) B30.10-1999, An American National Standard for Hooks, (NOTAL)

31-17. American Society of Mechanical Engineers (ASME) B30.11-1998 (with addenda a) An American National Standard for Monorail and Underhung Cranes, (NOTAL)

31-18. American Society of Mechanical Engineers (ASME) B30.16-1998, An American National Standard for Overhead Hoists (Underhung), (NOTAL)

31-19. American Society of Mechanical Engineers (ASME) B30.17-1998 (with addenda a) An American National Standard for Overhead and Gantry Cranes (Top Running Bridge, Single Girder, Underhung Hoist), (NOTAL)

31-20. American Socieity of Mechanical Engineers (ASME) B30.20-1999, An American National Standard for Below-the-Hook Lifting Devices, (NOTAL)

31-21. American Society of Mechancial Engineers (ASME) B30.21-1999, An American National Standard for Manually Lever Operated Hoists, (NOTAL)

31-22. American Society of Mechanical Engineers (ASME) B30.22, An American National Standard for Articulating Boom Cranes, (NOTAL)

31-23. Wire Rope Sling Users Manual published by the Wire Rope Technical Board

# CHAPTER 32

## SAFETY AND OCCUPATIONAL HEALTH AWARDS PROGRAM ASHORE

### 3201. Purpose

To issue the policy and procedures for selecting the winners of the Chief of Naval Operations (CNO) Safety and Occupational Health (SOH) Shore Safety Awards.

### 3202. Applicability

This chapter applies to all U. S. Navy shore establishments and activities.

### 3203. Policy

CNO policy requires military and civilian personnel to apply safe and healthful practices in all their daily activities. To recognize outstanding efforts in risk management and mishap prevention, the CNO Safety and Occupational Health Shore Activity Awards Program provides recognition to an Echelon Two command with the best overall command SOH program record; to activities for attaining excellent records in SOH; and to individual SOH professionals who have made significant contributions to a command/ activity or overall Navy SOH program. The awards recognize outstanding contributions to operational readiness and conservation of resources through effective risk management. In addition to outstanding safety records, activities selected must have aggressive, innovative mishap prevention programs. These awards recognize excellence and are not to be confused with recognition for safety improvements (e.g., suggestion, invention, special achievement) under the provisions of the incentive awards program.

### 3204. Types of Awards

Appendix 32-A provides an explanation and selection criteria for CNO Safety and Occupational Health Awards Ashore. Appendix 32-B provides applicable formulas for the calculation of ashore mishap statistics. Awards are presented for excellence at the Echelon Two activity, and individual levels.

### 3205. Action

Activity commanders, commanding officers, or officers in charge shall develop and implement an activity safety awards program applicable to the mission and operations of the individual activity.

Echelon Two and Three headquarters commands are also encouraged to establish "in-house" safety awards of their own in line with the CNO award criteria to recognize respective activities and individuals within each claimancy.

Chapter 32

References

32-1. SECNAVINST 5100.15A of 22 Sept 95, Secretary of the Navy Awards for Achievements in Safety Ashore

## Appendix 32-A

## Awards Selection Criteria

### Description

Chief of Naval Operations (CNO) Safety and Occupational Health (SOH) Shore Safety Award will be presented annually on a fiscal year basis to headquarters and shore activities (including Fleet operational/support units located ashore) based on the overall quality of their safety and occupational health programs, mishap prevention records, and contributions to the Navy's SOH program. In addition, individual safety and occupational health professionals will be recognized for their contributions to their command/activity and/or the Navy's SOH program through CNO Individual Awards for SOH and the Jerry E. Shultz Memorial Safety Award.

### Award Categories

a. Headquarters. All Echelon Two or Echelon Three commands assigned primary support responsibility for subordinate activities or commands (e.g. TYCOMS); are eligible.

b. Activity

(1) Industrial – Those activities in the 50 United States whose primary mission is the production, maintenance, or rehabilitation of Navy equipment, material or facilities. These include aviation depots, public works centers, shipyards, and ship repair facilities. Test centers and research and development (R&D) facilities will compete in the non-industrial category.

(a) Small - activities with military and civilian working population of 1 - 1,000

(b) Medium - activities with military and civilian working population of 1,001 - 3,000

(c) Large - activities with military and civilian working population of 3001 and greater

(2) Non-Industrial – Activities such as naval stations, air stations, supply depots, training centers, and medical centers in the 50 United States will compete in this category.

(a) Small - activities with military and civilian working population of 1- 800

(b) Medium - activities with military and civilian working population of 801 - 2,000

(c) Large - activities with military and civilian working population of 2,001 and above

(3) Industrial - Outside of the 50 United States.

(4) Non-industrial - Outside of the 50 United States.

(5) Fleet Operational/Support Unit Ashore - one award - for those commands located ashore with sea or shore duty unit identification codes that are designated as fleet operating or fleet support units and not eligible for the surface ship award. The safety program must be based on the shore safety requirements of OPNAVINST 5100.23F.

d. Individual – There are two individual award categories. The CNO Individual Award for SOH will be presented to one military and one civilian manager and one civilian specialist/technician at the Headquarters (Echelon Two or Three), region, and individual activity level for a total of nine (9) awards. The nine CNO SOH award winners will compete for the Jerry E. Shultz Memorial Safety Award. The Jerry E. Shultz Memorial Safety Award will be presented to the one individual determined to have contributed most significantly to the command or Navy SOH Program. All civilian nominees must be SOH professionals performing safety manager or safety specialist/technician duties. Military nominees must be officially assigned to a perform safety manager or safety specialist/technician duties.

**Eligibility**

a. Headquarters - Echelon Two or Three's as described in the previous paragraph are eligible for the headquarters award.

b. Activity awards –

(a) Activities are considered to have a minimally compliant program unless indicated otherwise during an IG/NOIU inspection or the immediate superior in command (ISIC) command inspection. IG/NOIU or the immediate superior in command (ISIC) must have evaluated the activity within the award year or two preceding fiscal years.

(2) In addition, nominees must have:

(a) A 5 year declining mishap trend in combined total case rates and lost time case rates for on-duty military and civilian mishaps and in total case rates and lost time case rates for off-duty military mishaps; OR the award fiscal year rate must be the best or the second best year of the five

(b) An award year for which the number and cost of government motor vehicles mishaps are less than the average of the previous 4 years. Calculations for mishap trends shall be determined by use of the formulas found in appendix 32-B.

**NOTE**:

Regions are not currently considered for awards due to the vast differences in region composition, configuration and a lack of sufficient data to fairly evaluate accomplishments on a regional level. However, individual activities within a region may compete for the activity awards, if desired, providing the activity can meet the requirements specified in SECNAVINST 5100.15A and outlined above. Region consideration will be the subject of a future update.

c. Individual Awards –

(1) CNO SOH Award - Nominees must be a headquarters (military and civilian), regional, or an activity safety and occupational health professional (one award for a civilian performing safety manager duties and one civilian performing safety specialist/technician duties (total of nine) as defined in chapter 3 of this instruction and must have made significant contributions to either the individual command program or to the overall Navy SOH program. The award will be based on contributions made during the previous 3 years, including the current fiscal year.

(2) Jerry E. Shultz Memorial Safety Award – The nine winners of the CNO SOH award will compete for the Jerry E. Shultz award. The award will be presented to the one individual (military or civilian) determined to have contributed most significantly to the command or Navy SOH program during the previous 3 years, including the current fiscal year.

**Nomination and Evaluation Criteria**

a. Headquarters Awards. The CNO Shore Safety Award for a headquarters activity will be awarded to one Echelon Two or Three annually.

(1) Headquarters activities desiring to be considered must submit a nomination package in narrative style, single-spaced, and of no more than five single-sided pages that discusses:

(a) The quality and quantity of support provided to subordinate activities;

(b) A summary of the headquarters contributions to Fleet operational readiness and the Navy's SOH program; and

(c) Any special headquarters initiatives to improve safety and health performance of subordinate commands or the Navy's SOH program.

(2) Nominations packages shall be submitted directly to CNO (N454) no later than 31 December annually. Final selection will be by a board of no less than five members consisting of a representative from CNO (N45) and representatives from the CNO NAVOSH Quality Council. Representatives selected from the CNO NAVOSH Quality Council may not be from a headquarters activity under consideration for the award. The selection board shall meet no later than 15 January of each year to select a winner.

b. Activity Award. The nomination package shall be completed using guidance provided below.

(1) The nomination package shall be in narrative style. It shall consist of single-spaced text and may use graphics; e.g., tables, charts, diagrams, and/or photographs, to clarify accomplishments. When printed, the text and graphics, including the information below, shall consist of no more than 16 single-side printed pages. The package shall include:

(a) A summary/explanation of what is being done toward continued mishap reduction

(b) Details on unique/special initiatives. As the award is for total command involvement/support of the SOH Program, unique/special initiatives are to include all areas of the command in support of the program, i.e. motor vehicle, off-duty/recreational, fire, partnering with the community and other government activities and organizations, community involvement, initiatives in support of the SOH Program that aren't required but will enhance the command program such as purchase of ergonomic work stations or equipment; development of programs and accomplishments beyond the minimum required by this instruction.

(c) Number of tenant commands receiving SOH support and total number of personnel at these tenant commands.

(d) A copy of the NOIU or ISIC inspection cover letter and a 5 year (current year plus four previous years) mishap trend analyses that include total case rates and lost time case rates for both on-duty military and civilian mishaps and off-duty/recreation mishaps, number of government motor vehicle mishaps and cost, and FECA costs per charge back year (CBY).

(2) Nomination letters shall be forwarded to the Echelon Two via the appropriate chain of command by 30 November. Echelon Two commands shall evaluate the nominations and forward candidates that meet the CNO criteria in each award category to COMNAVSAFECEN (Code 41) by 31 December annually. In the case of multiple winners in a given category, the Echelon 2 command must also designate the activity it wants considered for the SECNAV competition. Only nominations from the Echelon Two commands will be accepted.

(c) Selection of winners and runner-up in each category shall be in accordance with the following:

(d) COMNAVSAFECEN shall conduct a preliminary review of all activity nominations to ensure all nominees meet the minimum requirements specified in this section. In addition, all nominees that have received endorsement from the Echelon Two as the headquarters nominee for the Secretary of the Navy Award for Achievement in Safety Ashore will also be evaluated against the criteria established by SECNAVINST 5100.15A. All nominees meeting the requirements of this instruction shall be forwarded to CNO for consideration of the CNO Award for Safety Ashore. COMNAVSAFECEN shall also annotate those determined to be best qualified for the SECNAV Award for Achievement in Safety Ashore.

(e) All nominees forwarded by COMNAVSAFECEN will be evaluated by a CNO selection committee consisting of a representative from CNO (N454), COMNAVSAFECEN and three additional representatives from the CNO NAVOSH Quality Council that will meet no later than 15 January annually to select winners in each category.

c. <u>CNO Individual Award for SOH</u> - Nominations for the CNO Individual Award for SOH may be by individual nomination, either by the individual themselves or by others, or from the activity. Submittals must be from the activity to which the individual is assigned and be routed via the appropriate chain of command for endorsement. No more than a three-page nomination letter stating the contributions the individual has made to the command/activity program or the

overall Navy program shall be submitted directly to CNO (N454) by 31 December annually. Only those written nominations received at CNO (N454) by 31 December will be considered. A CNO selection committee will evaluate all nominations. The selection committee will be composed of a representative from CNO (N45) and at least four other representatives from the Navy SOH community. None of the committee members may be under consideration for the award. The selection committee shall meet no later than 15 January annually to evaluate and select the best three nominees in each category and select a winner.

d. Jerry E. Shultz Memorial Safety Award- Only those individuals who received the CNO SOH Award will be considered for the Jerry E. Shultz Memorial Safety Award. After determination of the winners in each category, the CNO Individual Awards selection committee shall then determine the one individual who has contributed most significantly to the command or Navy SOH Program. That individual will receive the Jerry E. Shultz Memorial Safety Award.

**Presentation of Awards and Recognition of Nominees**

a. The Director, CNO (N4), will present the CNO Award for Safety Ashore to winners at a special ceremony to be held in Washington, D.C. Winners of these awards will also be recognized during the annual NAVOSH Professional Development Conference (NAVOSH PDC). All winners will also be announced by CNO via naval message and recognized in other Navy publications, as appropriate. Winners receiving specific Echelon Two SECNAV award endorsement, by respective category, will be forwarded to Secretary of the Navy for consideration for the Secretary of the Navy Award for Achievement in Safety Ashore. The winners shall also be announced by CNO (N4) via official naval message and recognized in official Navy publications, as appropriate.

b. Winners and finalists of the CNO Individual Award for SOH and the Jerry E. Shultz Memorial Safety Award will be announced at the annual NAVOSH PDC. The winner of the Jerry E. Shultz Memorial Safety Award will be presented a trophy or plaque and their name will be engraved on a permanent plaque to be displayed at CNO (N454). The highest-ranking naval officer available in the area where the annual NAVOSH PDC is meeting shall present awards. The winners shall also be announced by CNO (N4) via official naval message and recognized in official Navy publications, as appropriate.

**SECNAV Awards**

The Secretary of the Navy (SECNAV) Activity Award is governed by SECNAVINST 5100.15A. Nominating packages for the CNO Award for Safety Ashore may also be forwarded to compete in their respective category for the SECNAV award. Echelon Two's must specifically recommend and endorse packages to be forwarded for SECNAV competition. Echelon Two's shall recommend only one command for each award category to compete for the SECNAV award

**Appendix 32-B**

## Formulas for Calculation of Mishap Trends

1. TOTAL CASE RATES:

   a. Military and Civilian On-Duty Total Case Rate:

   *Total Number of Injuries X 200,000
   End Strength X 2000HRS

   b. Military Off-Duty Total Case Rate:

   *Number of recorded off-duty injuries X 200,000
   End Strength X 3760 HRS

2. LOST TIME CASE RATES

   a. Military and Civilian On-Duty Lost Time Case Rate:

   **Number of all On-duty lost time/deaths X 200,000
   End strength X 2000 HRS

   b. Military Off-duty Lost Time Case Rate:

   **Number of off-duty lost time/deaths X 200,000
   End strength X 3760 HRS

*Number of injuries/death (deaths, lost time, no lost time, first aid) recorded on the Log of Navy Injuries and Illnesses.

**Number of lost time/death mishaps recorded on the Log of Navy Injuries and Illnesses.

## GLOSSARY

**Abate** - To eliminate or reduce permanently an unsafe or unhealthful working condition by coming into compliance with the applicable NAVOSH standard.

**Accident** - Any unplanned or unexpected event causing material loss or damage or causing personnel injury or death.

**Accident Investigation** - The investigation of the facts surrounding the causes of an accident.

**Accident Report** - The formal report of an accident investigation.

**ACGIH** - American Conference of Governmental Industrial Hygienists.

**Acquisition** - The acquiring by contract with Navy funds of supplies or services (including construction) by and for the use of the Federal government through purchase or lease, whether the supplies or services are already in existence or must be created, developed, demonstrated, and evaluated. Acquisition begins at the point when agency needs are established and includes the description of requirements to satisfy agency needs, solicitation and selection of sources, award of contracts, contract financing, contract performance, contract administration, and those technical and management functions directly related to the process of fulfilling agency needs by contract.

**Action Level** - Unless otherwise specified in a NAVOSH standard, one-half the relevant PEL, TLV, etc.

**Activity** - A physical location ashore, under a single higher authority command, where business is conducted or where services or operations are performed.

**Acute** - Severe, usually crucial, often dangerous in which rapid changes are occurring. An acute exposure runs a comparatively short course.

**Administrative Contracting Office (ACO)** - A designated contracting officer performing administrative functions under ASPR 1-406 (NOTAL).

**Administrative Control** - Any procedure that limits daily exposures to toxic chemicals or harmful physical agents by control of the work schedule.

**Agency** - An Executive Department, as defined in 5 U.S.C. 101, or any employing unit or authority of the government of the United States not within an Executive Department to which the provisions of Executive Order 12196 are applicable.

**Ambient** - Of the surrounding or encircling area. Normal ambient pressure or atmosphere refers to the normal conditions for a particular location outside a confined or enclosed space.

**ANSI** - American National Standards Institute, a national consensus standard-developing organization.

**Anthropometric** - Pertaining to the measurement of the size and proportions of the human body.

**Asbestos-Containing Material (ACM)** Any material containing more than one percent asbestos as defined in 29 CFR parts 1910.1001, 1926.1101, and 1915.1001. ACM can be divided into three major categories:

a. Thermal System Insulation (TSI) - ACM applied to pipes, fittings, boilers, breeching, tanks, ducts, or other interior structural components to prevent heat energy transfer or water condensation.

b. Surfacing - ACM that is sprayed on, troweled on or otherwise applied to surfaces such as acoustical plaster on ceilings and fireproofing materials on structural members or other materials on surfaces for fireproofing, acoustical, or other purposes.

c. Miscellaneous - ACM not included in the definition for TSI or surfacing.

**Asbestosis** - A disease involving scarring of the lung caused by the accumulation of asbestos fibers. The time between exposure and detection is usually 15 years or longer. Asbestosis is not likely to be found in employees who do not meet the current exposure criteria.

**Atmosphere Immediately Dangerous to Life or Health (IDLH)** - Any atmosphere that poses an immediate hazard to life or produces immediate irreversible debilitating effects on health.

**Attendant** - An individual stationed on the outside of a confined space for the purpose of monitoring the activities of those inside and requesting assistance in the event of an emergency.

**Audiogram** - A graph or table showing hearing threshold levels as a function of frequency.

**Audiometer** - Instrument used to measure hearing sensitivity using pure tones.

**A-Weighted Sound Level** - Sound level in decibels as measured on a sound level meter using an A-weighted network. This network attempts to reflect the human ear's decreased sensitivity to low frequency sounds.

**Blanking or Blinding** - The absolute closure of a pipe, line, or duct by fastening across its bore a solid plate or cap which completely covers the bore; which extends at least to the outer edge of the flange at which it is attached; and which is capable of withstanding the maximum upstream pressure.

**Bloodborne Pathogens** - Pathogenic microorganisms that are present in human blood and can cause disease in humans. These pathogens include, but are not limited to, Hepatitis B Virus (HBV) and Human Immune Deficiency Virus (HIV).

**Capture Velocity** - That velocity at a distance from a hood, necessary to overcome dispersive forces and capture the contaminant.

**Ceiling Value** - An exposure to toxic materials which cannot be exceeded for any length of time.

**Chronic** - Persistent, prolonged, repeated.

**Class I Asbestos Work** - Activities involving the removal of thermal system insulation or surfacing ACM/PACM.

**Class II Asbestos Work** - Activities involving the removal of ACM which is neither TSI or surfacing ACM. This includes, but is not limited to, the removal of asbestos-containing wallboard, floor tile and sheeting, roofing and siding shingles, and construction mastics.

**Class III Asbestos Work** - Repair and maintenance operations, where ACM, including TSI and surfacing ACM and PACM, is likely to be disturbed (see definition of disturbance).

**Class IV Asbestos Work** - Maintenance and custodial activities during which employees contact but do not disturb ACM and PACM and activities to clean up dust, waste and debris from Class I, II, and III activities.

**Claustrophobia** - An abnormal fear of being in a confined or enclosed space.

**Cognizant Security Office** - The Defense Contract Administrative Services Regional Office of Defense Logistics Agency having contract administrative service authority over the geographical area in which the contractor workplace is located.

**Cold Work** - Work that does not involve potential ignition sources. See Hot Work.

**Command** - The headquarters and all subordinate commands, activities/installations, units, forces and employees.

**Commander** - The Navy official in charge of a naval shore command, activity or installation, office or unit. Unless specified to the contrary, the term is synonymous with commander, commanding officer (CO), officer in charge (OIC), chief, director, or other title for the head of the organization.

**Concentration** - The quantity of a substance per unit volume (in appropriate units).

The following are examples of concentration units:

| | |
|---|---|
| $mg/m^3$ milligrams per cubic meter | for vapors, gases, fumes, or dusts |
| ppm parts per million | for vapors or gases |
| fibers/cc fibers per cubic centimeter | asbestos |

**Confined Space** - A space that is not designed for routine and/or continuous occupancy, is large enough and so configured that an employee can bodily enter to perform work, and is poorly ventilated and/or has limited or restricted means for entry or exit.

**Confined Space Entry Permit** - A special written permit/form issued by the CSPM, or a qualified person under the direction of the CSPM, which authorizes entry into certain confined spaces under a given set of conditions and safety precautions.

**Confined Space Program Manager (CSPM)** - An individual who has successfully completed course number A-493-0030, Confined Space Safety, conducted by the Naval Occupational Safety and Health and Environmental Training Center (NAVOSHENVTRACEN) or equivalent training approved by the Echelon Two occupational safety and health manager, and has been appointed, in writing, by the commanding officer to implement a comprehensive confined space entry program (Non-Maritime).

**Contaminant** - A material or agent not normally present in the atmosphere, e.g., dust, fume, gas, mist or vapor, which can be harmful, irritating, or a nuisance.

**Contractor Employee** - An employee of a contractor performing work at a contractor workplace under a Navy contract.

**Contractor Workplace** - Any place on a Navy installation, located within the United States, its territories, or possessions, where work currently is being, recently has been, or is scheduled to be performed by contractor employees under a Navy contract, including a reasonable access route to and from the workplace. The term contractor workplace does not include any area structure, machine, apparatus, device, equipment, or material therein, with which a contractor employee is not required or reasonably expected to have contact nor does it include any working condition for which OSHA jurisdiction has been preempted under section 4(b)(1) of the OSHAct.

**Cumulative Trauma Disorders (CTDs)** - Health disorders arising from repeated biomechanical stress. Other terms that have been used for such disorders include "repetitive motion injury," "occupational overuse syndrome," and "repetitive strain injury." CTD are a class of musculoskeletal disorders involving damage to the tendons, tendon sheaths, and related bones, muscles, and nerves of the hands, wrists, elbows, shoulders, neck, and back. Disorders in this class include carpal tunnel syndrome, tennis elbow, tendinitis, tenosynovitis, DeQuervain's Disease, and low back pain.

**dB(A)** - A sound level reading in decibels as measured on the A-weighted network of a sound level meter. (See A-weighted Sound Level)

**Decibel-dB** - A unit used to express sound pressure levels; specifically, 20 times the logarithm of the ratio of the measured sound pressure to a reference quantity, 20 micro-pascals (0.0002 microbars)

**Designated Safety and Occupational Health Official** - The individual at the Secretary of the Navy level who is responsible for the administration of the Navy safety and occupational health program.

**Detector Tube** - A glass tube which utilizes a sensitive chemical (in a suspension of silica gel) which produces color change whenever contaminated air is pulled through the tube.

**Disability** - The incapacity, because of injury or illness in employment, to earn the wage which the employee was receiving at the time of such injury or illness.

**Disabling Work/Duty Injury** - Any impairment resulting from an accident or occupational disease which prevents a military person from performing his/her regularly established duty or work for a period of 24 hours or more, subsequent to 2400 on the day of injury or onset of illness; or causes a civilian employee of the Navy from performing work for a full shift on any day subsequent to the day of injury or onset of illness. (See Lost Workday Case)

**Disturbance (Asbestos)** - means activities that disrupt the matrix of ACM or PACM, crumble or pulverize ACM or PACM, or generate visible debris form ACM or PACM. Disturbance includes cutting away small amounts of ACM and PACM, no greater than the amount which can be contained in one standard sized glove bag or waste bag, in order to access a building or vessel component. In no event shall the amount of which can be contained in one glove bag or waste bag which shall not exceed 60 inches in length and width.

**Dosimeter** - A device for measuring cumulatively the exposure of an individual over a period of time.

**Dust** - Small solid particles created by the breaking up of larger particles by processes such as crushing, grinding, or explosion. Examples of processes that generate dust: Use of machine shop tools, paint chipping, sanding, woodworking, and abrasive blasting.

**Effectiveness of Corrective Action** - The degree to which the proposed hazard abatement system can be expected to reduce the cited hazard. For health hazards, this would typically be expressed as the intensity of the hazardous chemical or physical agent remaining, in appropriate units, after the proposed abatement measure is operational. For safety hazards, effectiveness is expressed as "in full compliance" or "not in full compliance" with the applicable standard, if any.

**Electric Field** - A fundamental component of electromagnetic waves, which exists when a voltage potential difference exists between two points in space. (See Field Strength.)

**Employee** - Any person employed or otherwise offered, permitted, or required to work by a Navy command including both civilian and military personnel.

**Employee/Personnel (Asbestos) Exposure**- An exposure that would occur if respiratory protective equipment was not used.

**Employment Accident** - An accident occurring as a result of work performance or exposure to the work environment.

**Engulf** - To surround and capture an individual by a liquid or finely divided solid substance.