**Entry** - The act by which a person intentionally passes through an opening into a permit-required confined space and includes ensuing activities. The entrant is considered to have entered if any part of the entrant's face breaks the plane of an opening into the space.

**Entry Supervisor** - The supervisor of the employees authorized entry into a confined space.

**Ergonomics** - The study of the design of work in relation to the physiological and psychological capabilities of people. The aim of the discipline is the evaluation and design of facilities, environments, jobs, training methods, and equipment to match the capabilities of users and workers, and thereby to reduce the potential for fatigue, error, or unsafe acts.

**Ergonomic Hazards** - Workplace conditions that pose a biomechanical stress to a worker's body as a consequence of posture and force requirements, work/rest regimens, repetition rate, or other similar factors. Faulty workstation layout, improper work methods, or improper tools may contribute to such conditions.

**Ergonomic Risk Factors** - Conditions of a job, process, or operation that contribute to the development of CTD.

**Ergonomist** - A person who possesses a recognized degree or professional credentials in ergonomics or a closely allied field (e.g., human factors engineering) and who has demonstrated, through knowledge and experience, the ability to identify and recommend effective means of correction for ergonomic hazards in the work place.

**Excess Hazardous Material (EHM)** - Ready-for-issue hazardous material classified as excess and no longer needed by the generating activity.

**Excursion Limit** - A limitation on short-term exposures that are called for by industrial hygiene considerations, when toxicological data are unavailable.

**Explosion Proof** - An apparatus, device, or piece of equipment that is tested and approved for use in flammable or explosive atmospheres as defined in the National Electrical Code (NEC).

**Explosive or Flammable Limits** - The range of concentration of a material, expressed in percent in air, that will burn or explode if ignited. The lower explosive limit is the minimum percent by volume of a gas or vapor that, when mixed with air at normal temperature and pressure, will form a flammable mixture.

**Facility** - A separate, individual building, structure, or other form of real property, including land, which is subject to separate reporting under the Department of Defense real property inventory. (NOTE: This definition differs from that used elsewhere because it includes "land.")

**Facility Requirements** - The facilities required by an activity to perform its mission, tasks, and functions and to support assigned forces. Facility requirements are expressed normally as quantities of land, waterfront space, easements, types of buildings and structures, capacity of utilities, etc., in terms of units of measure. A facility requirement is an abstract specification and is not identifiable with a particular building or structure.

**Far Field (Fraunhofer region, plane wave region)** - The region far from an antenna, compared to the size of the antenna and the wavelength of the radiation, where the power decreases with the square of the distance from the source. In this region the radiation has the properties of a plane wave. (See Plane Wave.)

**Federal OSHA Official** - Investigator or compliance officer employed by, assigned to, or under contract to OSHA.

**Field Strength** - The magnitude of the electronic field (in volts/meter) of magnetic field (in amps/meter).

**First Aid Case** – A first aid case is a specific type of no lost time case, applicable to civilian employees only. It is a non-fatal traumatic injury or occupational illness or disease which meets one of the following criteria:

(1) A case that requires one or more visits to a medical facility for examination or treatment during working hours beyond the date of injury, as long as no leave or continuation of pay (COP) is charged to the employee and no medical expense is incurred.

(2) A case which requires two or more visits to a medical facility for examination or treatment during non-duty hours beyond the date of injury as long as no leave or COP is charged and no medical expense is incurred.

**Forces Afloat** - U.S. Navy surface ships and submarines including embarked troops, staffs, detachments, and aircraft squadrons.

**Frequency** - The rate at which a sound source vibrates or makes the air vibrate determines frequency. The unit of time is usually 1 second and the term Hertz (Hz) is used to designate the number of cycles per second. Frequency is related to the subjective sensation of pitch. High frequency sounds (2000, 3000 and 4000 Hz) are high pitched.

**Fumes** - Fumes are found when the material from a volatilized solid condenses in cool air. The solid particles that are formed make up a fume that is extremely fine - usually less than 1.0 micrometer in diameter. In most cases, the hot vapor reacts with the air to form an oxide.

**Gas** - Diffuse, formless fluid normally in a gaseous state.

**Hazard** - A workplace condition that might result in injury, health impairment, illness, disease, or death to any worker who is exposed to the condition, or damage or loss to property/equipment.

**Hazard Category** - A workplace condition as defined below:

(1) Category I - Catastrophic: The hazard may cause death or loss of a facility.

(2) Category II - Critical: May cause severe injury, severe occupational illness, or major property damage.

(3) Category III - Marginal: May cause minor injury, minor occupational illness, or minor property damage.

(4) Category IV - Negligible: Probably would not affect personnel safety or health, but is nevertheless in violation of specific criteria.

**Hazard Control Assessment** - An objective overall assessment for measuring the relative priority of hazard abatement projects in terms of a 3-digit dimensionless number. This assessment will be used to prioritize centrally funded projects.

**Hazardous Chemical** - Any chemical that is a physical hazard or a health hazard per 29 CFR Section 1910.1200 (c), and with some exceptions as specified in the Community Right to Know Law of 1986 (Superfund Amendments and Reauthorization Act (SARA), Title III). See "Hazardous Material."

**Hazardous Material (HM)** - For the purpose of preparing the Material Safety Data Sheet, a hazardous material is defined as a material having one or more of the following characteristics: (a) has a flashpoint below 200°F (93.3°C) closed cup, or is subject to spontaneous heating or is subject to polymerization with release of large amounts of energy when handled, stored, and shipped without adequate control; (b) has a threshold limit value below 1000 ppm for gases and vapors, below 500 $mg/m^3$ for fumes, and below 30 mppcf for dusts; (c) a single oral dose which will cause 50 percent fatalities to test animals when administered in doses of less than 500 mg per kilogram of test animal weight; (d) is a strong oxidizing or reducing agent; (e) causes first degree burns to skin in short time exposure or is systematically toxic by skin contact; (f) in the course of normal operations, may produce dusts, gases, fumes, vapors, mists, or smokes with one or more of the above characteristics; (g) produces sensitizing or irritating effects; (h) is radioactive; or (i) the item has special characteristics which in the opinion of the manufacturer could cause harm to personnel if used or stored improperly.

**Hazardous Material Information System (HMIS)** - A computer-based information system developed to accumulate, maintain, and disseminate important characteristics of hazardous materials which exist throughout DoD.

**Hazardous Substance (HS)** - Any substance that, because of its quantity, concentration, or hazardous properties, may pose a substantial hazard to human health or the environment when purposely released or accidentally spilled.

**Hazardous Waste (HW)** - Any discarded or abandoned hazardous substance as defined in 40 CFR 261 or applicable state regulations where the State has been granted enforcement authority by EPA. It may include any discarded liquid, semi-solid, solid, or containerized gaseous material. Hazardous waste does not include EHM with expired shelf life unless determined as such by a Defense Reutilization and Marketing Office (DRMO).

**Hazardous Waste Minimization (HAZMIN)**- Consists of three parts:

a. Avoiding HW generation by minimizing and controlling HM acquisition and use, and by applying best management, engineering, and equipment to Navy processes and procedures.

b. Recycling HW to reduce it to a ready-for-use state.

c. Treating HW to reduce the volume or to reduce it to a non-hazardous state.

**Headquarters Command** - An Echelon Two or other headquarters organization assigned primary support responsibility for subordinate activities or commands. Primary support responsibility is the provision of resources (funds, manpower, facilities, and material) for shore activities to enable them to carry out their mission. Primary support includes administrative, personnel, and material support and guidance in such matters as internal organization, process, procedures, budgeting, staffing, and facilities. Support includes the responsibility to assist in evaluating the operational effectiveness of shore activities and responding to other requests for technical assistance. Examples of headquarters commands are the systems commands headquarters, Fleet Commanders in Chief, and the Field Support Activity for CNO-assigned activities.

**Hearing Level** - Amounts in decibels by which the threshold of audition for an ear differs from zero decibels (dB) for each frequency -- a standard audiometric threshold derived from normal-hearing young adults.

**Hertz** - Unit of frequency.

**High-Efficiency Particulate Air (HEPA) Filter** - A filter capable of trapping and retaining at least 99.97 percent of 0.3 micrometer diameter mono-dispersed particles.

**Hot Work** - Hot work includes all flame heating, welding, torch cutting, brazing, carbon arc gouging or any work which produces heat, by any means, of 400°F or more; or, in the presence of flammables or flammable atmospheres, use of ignition sources such as spark or arc producing tools or equipment; static discharges, friction, impact, open flames or embers; and non-explosion-proof lights, fixtures, motors, or equipment. See Cold Work.

**Human Factors** - The application of behavioral principles to the development of technological systems to make such systems work more efficiently and productively and to make it easier for people to operate and maintain these systems.

**Humanitarian Respirator Use** - Provision of a respirator in the absence of any regulatory requirement.

**Hz** - Abbreviation of Hertz.

**IDLH** – Immediately Dangerous to Life or Health. An atmosphere that poses an immediate threat to life, would cause irreversible adverse health effects, or would impair an individual's ability to escape from a dangerous atmosphere.

**Illness** - Any abnormal condition or disorder, other than one resulting from an injury, caused by exposure to conditions associated with the occupational environment.

**Imminent Danger** - A condition that immediately threatens to cause the loss of life or serious injury or illness of an employee.

**Impulse or Impact Noise** - Sound of short duration, usually less than 1 second, with an abrupt onset and rapid decay. Also, those variations in noise levels that involve maxima at intervals greater than 500 milliseconds. Where the intervals are less than 500 milliseconds, the noise is considered continuous.

**Incident (Confined Space)** - A mishap resulting in death, injury, property damage and/or situations involving unauthorized (inadvertent or willful) entry into a PRCS, disregard of permit requirements, improper testing, or issuance of a permit without evaluation of space conditions.

**Inerting** - A process in which an inert or nonflammable gas is introduced into an atmosphere to such a degree that the oxygen/flammable vapor content of the atmosphere will not burn or explode.

**Injury** - Traumatic bodily harm, such as a cut, fracture, burn, or poisoning, caused by a single or 1-day exposure to an external force, toxic substance, or physical agent.

**Inspection** - A comprehensive survey of all or part of a workplace in order to detect safety and health hazards as distinguished from routine, day-to-day evaluation and monitoring by local OSH personnel.

**Installation** - A facility or group of facilities located in the same vicinity, which support particular Navy functions. Installations may include locations such as stations, air stations, shipyards, etc., or may be vessels.

**Intrinsically Safe Equipment** - Equipment which, by design, does not have or is not capable of producing sufficient levels of energy to cause ignition.

**Laboratory** - A term referring to research laboratories and chemical analytical laboratories that are managed and staffed by academically-trained and -qualified professionals and chemists. This term, as used in this instruction, does not include entire installations having "laboratory" in their organization name, or material laboratories that mainly characterize the physical properties of materials. The term is intended to describe functional room(s) or area(s) where specific analytical and research tasks are performed by highly trained professionals under the supervision of highly trained and qualified, professional chemists.

**Lost Time Case** - A nonfatal traumatic injury that causes any loss of time from work beyond the day or shift it occurred; or a nonfatal illness/disease that causes disability at any time.

**Lost Workday Case** – Any impairment resulting from an accident or occupational disease which prevents a military person from performing his/her regularly established duty or work for a period of 24 hours or more, subsequent to 2400 on the day of injury or onset of illness; or prevents a civilian employee of the Navy from performing work for a full shift on any day subsequent to the day of injury or onset of illness.

**Magnetic Field** - A fundamental component of electromagnetic waves produced by a moving electrical charge. (See Field Strength.)

**Maritime Operations** - Operations on ships at sea or the following shore activities.

a. Construction of ships, including the installation of machinery and equipment

b. Repair of ships, including alterations, conversions, installations, cleaning, painting, and other maintenance

c. Breaking down of a ship's structure for the purpose of scrapping

d. Loading, unloading, moving, or handling cargo into, in, on, or out of ships.

**Material (Property) Damage** - Mishap-related damage of facilities, equipment, or material (property) that a dollar expenditure would accrue to repair or replace.

**Material Safety Data Sheet (MSDS)** - OSHA Form 174 or an equivalent form containing the identical data elements, must be used by manufacturers of chemical products to communicate to users the chemical, physical, and hazardous properties of their product to comply with the OSHA Hazard Communication Standard, 29 CFR 1910.1200. The completed form identifies key information on the product: name, address, and emergency contact for the manufacturer; the identity of hazardous ingredients; physical/chemical characteristics; fire and explosion hazard data; reactivity data; health hazard data; precautions for safe handling and use; and control measures. It should be emphasized that OSHA Form 20 or DD-1813 forms are considered obsolete and should not be used for supplying MSDS information. All data submitted must comply with provisions of FED-STD 313C (NOTAL). See chapter 7.

**Medical Documentation** - A written statement from a licensed physician or other appropriate practitioner.

**Medical Treatment** - Treatment administered by a physician or health care provider under the standing orders of a physician. Medical treatment does not include first aid treatment even though provided by a physician or health care provider.

**Mesothelioma** - A rare tumor arising from the cells that line the cavities of the lungs, heart, and abdomen. It is usually associated with asbestos exposure, and may have a latent period as long as 30 to 40 years.

**Military Personnel** - All Navy military personnel on active duty (USN/USNR); Naval Reserve personnel (USNR-R) on active duty or in a drill status; Naval Academy midshipmen; Reserve Officer Training Corps (ROTC) midshipmen when engaged in directed training activities; and other DoD and Foreign National military personnel assigned to the Navy or embarked in Navy or Military Sealift Command vessels.

**Military-Unique Equipment, Systems, Operations, or Workplaces**

a. Equipment and systems that are unique to the national defense mission, including the operation, testing, and maintenance procedures dictated by the design and configuration. Examples are: military weapons, aircraft, ships, submarines, missiles and missile sites, early warning systems and sites, military space systems, ordnance, tanks, and tactical vehicles.

b. Operations or workplaces that are uniquely military, such as field maneuvers; combat training; naval operations; military flight and missile operations; associated research, test, and development activities; and actions required under emergency conditions.

**Mishap** - Any unplanned or unexpected event or series of events that result in damage to DoD property; occupational illness or injury to on-duty DoD military or civilian personnel; or damage

to public and private property or injury and illness to non-DoD personnel caused by DoD operations.

**Mishap Severity Classification** - DoD mishaps are classified according to the severity of resulting injury, occupational illness or property damage. Property damage severity is generally given in terms of cost and is calculated as the sum of the costs associated with DoD property and non-DoD property that is damaged in a DoD mishap. Additionally, if a reportable occupational injury or occupational illness results, the event is reportable even if the associated costs are less than the minimum dollar criteria. The following classifies DoD mishaps:

(1) Class A Mishap. The resulting total cost of reportable material property damage is $1,000,000 or more; or an injury or occupational illness results in a fatality or permanent total disability.

(2) Class B Mishap. The resulting total cost of reportable material (property) damage is $200,000 or more, but less than $1,000,000; or an injury or occupational illness results in permanent partial disability; or three or more personnel are inpatient hospitalized.

(3) Class C Mishap. The resulting total cost of reportable material (property) damage is $20,000 or more, but less than $200,000; a non-fatal injury that causes any loss of time from work beyond the day or shift on which it occurred; or a non-fatal illness or disease that causes loss of time from work or disability at any time (lost time case). For reporting purposes, refer to paragraph 1408a.

(4) Class D Mishap. The resulting total cost of reportable material (property) damage is less than $20,000, or a non-fatal injury (no lost time or first aid case) that does not meet the criteria of a Class C mishap.

**Mist** – Finely divided liquid droplets suspended in air and generated by condensation or by atomization.

**Monitoring Industrial Hygiene** - Measurement of the amount of contaminant or physical stress reaching the worker in the environment.

**Monitoring (Medical Surveillance)** - The pre-placement and periodic evaluation of the health status of workers exposed to toxic substances or physical agents in the workplace - measures the effects of contaminant on a worker's body functions and tissues, e.g., decreased lung function, dermatitis, abnormal blood count.

**Monitoring Hearing Tests** - Periodic hearing tests, obtained subsequent to the reference hearing test, which are used to detect shifts in the individual's threshold of hearing.

**MSHA** - Mine Safety and Health Administration

**NAVOSH** - Navy Occupational Safety and Health

**Navy Civilian Personnel**

(a) Navy Federal Civilian Personnel. All career, career-conditional and temporary (whether full-time or part-time or intermittent) Department of the Navy (DON) civilian employees who are subject to Civil Service regulations who are paid from appropriated Federal funds and are covered by the Federal Employees' Compensation Act. The Navy excludes civilians paid by appropriated funds on a contract or fee basis.

(b) Navy Non-Appropriated Fund (NAF) Civilian Personnel. All civilian personnel the Navy employs to serve Navy activities that are paid from non-appropriated funds and are covered by the Longshoreman and Harbor Workers' Compensation Act. These employees typically work in special services, recreation and athletic programs, hobby shops, open messes, and Navy Exchanges. The Navy excludes civilians paid by non-appropriated funds on a contract or fee basis.

(c) Navy Foreign National Civilian Personnel. Foreign nationals the Navy employs in direct (appropriated or non-appropriated funds) or indirect-hire (contract or fee basis) status when the Navy has supervisory control. The Navy excludes those paid on a contract or fee basis when the host government has supervisory control. Activities shall review and determine if the host nation injury and illness reporting and compensation systems supersede DoD requirements per the status of forces agreements.

**Navy Contractor** - A non-Federal employer engaged in performance of a Navy contract, whether as prime contractor or subcontractor.

**Navy Employees** - For purpose of this instruction, Navy employees include all military and civilian personnel (except contractors) paid from Navy appropriated and non-appropriated funds.

**Navy Non-Operational Mishap** - Mishaps that are not Navy operational mishaps. These consist of cases in which Navy military personnel or any military personnel assigned to the Navy are injured while using facilities the Navy owns and maintains that are service-related facilities, such as pools, athletic fields, retail stores, clubs, child care centers, and housing. This category also includes cases in which any person (military, Federal civilian, non-DoD) is injured due to negligence in the maintenance of service-related facilities the Navy owns and maintains and also includes cases in which off-duty Navy military personnel or military personnel assigned to the Navy are injured in any other capacity not previously mentioned and not considered as operational.

**Navy Operational Mishap-** Any mishap involving DoD or non-DoD property damage or personal injury as a direct result of the execution of specific Navy operations.

**Navy Operations-** Official, authorized activities or facilities that the Navy conducts, provides, owns and maintains. Facilities include aircraft, surface ships, submarines, government motor vehicles, and shore establishments, including service-related facilities.

**Navy Occupational Safety and Health (NAVOSH) Standards** - Occupational safety and health standards published by the Navy which include, are in addition to, or are alternatives for

the OSHA standards which prescribe conditions and methods necessary to provide a safe and healthful working environment.

**Navy Personnel** - For purposes of this instruction include the following categories.

a. Civilian - General Schedule and Wage Grade employees; Youth/Student Assistance Program employees; Foreign Nationals directly employed by Navy commands; and non-appropriated fund employees.

b. Military - All U.S. Navy personnel on active duty; U.S. Military Reserve or National Guard personnel on active duty or in drill status; Service Academy midshipmen/cadets; Reserve Officer Training Corps cadets when engaged in directed training activities; Foreign National military personnel assigned to Navy commands; and personnel of other branches of the Armed Forces serving with the Navy.

**Near Field** - The electromagnetic field which exists relatively near the radiation source. In this area, the electric and magnetic fields do not exhibit a plane wave relationship, and power does not decrease with the square of the distance from the source. The near field region is further subdivided into the reactive near field region, which is closest to the antenna and contains most or nearly all of the stored energy associated with the field of the antenna, and the radiating near field region, where the radiation field predominates over the reactive field but lacks substantial plane wave character and is complicated in structure.

**Negative Exposure Assessment (Asbestos)** - For any one specific asbestos job performed by employees who have been trained in compliance with 29 CFR 1910.1001, 1915.1001 and 1926.1101, the employer may demonstrate that employee exposures will be below the PELs.

**NIOSH** - National Institute for Occupational Safety and Health.

**NIOSH/MSHA-Certified Equipment** - Respirators or other equipment that have been tested by NIOSH or MSHA and jointly approved as meeting certain minimum requirements of protection against specified hazards.

**No Lost Time Case** - A non-fatal traumatic injury or occupational illness or disease that does not meet the definition of Lost Time Case or First Aid Case. This definition includes, but is not limited to, each case where medical expense is incurred but no lost time from work is incurred as represented by a charge to leave or COP.

**Noise Exposure**- Personal interaction to a combination of sound level and its duration.

**Non-DoD Personnel**- Off-duty DoD civilian personnel, persons other Federal Agencies employ and other civilians and foreign nationals that DoD does not employ.

**Normal Working Population Exposed to Hazard** - The number of people whose authorized activities on Navy property cause them to be exposed to the specified hazardous condition on a significant number of occasions during a work year; no one should be included in this estimate who is exposed to the cited hazard so infrequently or at such low exposure concentrations that it can be considered insignificant. For example, do not count as exposed those persons who only occasionally pass by the door of a room where a hazard is present.

For specific chemical or physical agents, the population exposed is dependent on the numbers of personnel involved in the specific activity, the effectiveness of confinement or containment systems, and the process steps involved. For agents requiring extensive processing, potential exposure may be plant-wide, but will vary in intensity. If isolation is practiced, the exposed population may be only one worker per shift. If collection systems are not used to confine potential emissions, personnel not actively engaged in the operation may also be exposed to hazardous substances.

Populations exposed to a specific safety hazard will vary with the type of hazard and its locations. If the safety hazard is associated with a specific piece of equipment, only the operator may be exposed. For a grinder, the population exposed could differ according to the safety features of the equipment. If the grinder has a guard, only the operator might be injured through contact with the grinding wheel; on the other hand, if a grinder is without an adequate guard, shattering of the grinding wheel could injure other personnel in the immediate vicinity.

**Occupational Health** - That multidisciplinary field of general preventive medicine that is concerned with prevention and/or treatment of illness induced by factors in the workplace environment. The major disciplines involved are: occupational medicine, occupational health nursing, epidemiology, toxicology, audiology, industrial hygiene, and health physics.

**Occupational Health Care Provider** - Occupational medicine physicians, occupational health physician assistants, occupational health nurses, occupational audiologists, and independent duty corpsmen trained to provide occupational health services.

**Occupational Illness** - A physiological harm or loss of capacity that by systemic infection; continued or repeated stress or strain; exposure to toxins, poisons, fumes, etc.; or other continued and repeated exposures to conditions of the work environment over a long period of time. For practical purposes, an occupational illness or disease is any condition not meeting the definition of occupational injury. .

**Occupational Injury** - A wound or other condition of the body cause by acute exposure to physical or toxic agents or external force, including stress or strain. The injury is identifiable as to time and place of occurrence and member or function of the body affected and results from a specific event or incident, or series of events or incidents within a single day or work shift. The injury must arise out of or in the course of employment or performance of duty. All injuries occurring aboard Navy service craft and small boats are occupational injuries.

**Occupational Injury or Illness Categories-** 29 CFR 1960 and enclosure (5) of reference 14-1 list the following injury category definitions. They apply to on-duty military and civilian personnel.

(1) Fatal Occupational Injury or Occupational Illness. One that results in death from a mishap or the complications arising there from, regardless of the length of time between the mishap and a subsequent death.

(2) Permanent Total Disability. Any non-fatal injury or occupational illness that in the opinion of competent medical authority, permanently and totally incapacitates personnel to the extent that they cannot follow any gainful occupation.

**NOTE:**

The Navy considers the loss or the loss of use of both hands, both feet, both eyes, or a combination of any of these body parts as a result of a single mishap to be a permanent total disability.

(3) Permanent Partial Disability. An injury or occupational illness that does not result in death or permanent total disability but, in the opinion of competent medical authority, results in the loss or permanent impairment of any part of the body, with the following exceptions:

(a) Loss of teeth

(b) Loss of fingernails or toenails

(c) Loss of tip of finger or tip of toe. (The Navy considers loss of complete first joint to be a permanent partial disability and the loss of any part of the thumb or great toe a permanent partial disability.)

(d) Inguinal hernia, if it is repaired

(e) Disfigurement

(f) Sprains or strains which do not cause permanent limitation of motion.

(4) Lost Time Case. A non-fatal traumatic injury that causes any loss of time from work (even if the person chooses to use sick or annual leave instead of continuation of pay (COP), as long as there is medical justification) beyond the day or shift it occurred; or a non-fatal, non-traumatic illness or disease that causes disability at any time. Office of Worker's Compensation Program (OWCP) defines disability as the incapacity, because of injury in employment, to earn the wage which the employee was receiving at the time of such injury or illness. For military on-duty injuries or illnesses, lost work time results if the military person is sick in quarters (SIQ), hospitalized, or on convalescent leave. The Navy requires medical documentation to justify lost time cases. If a physician or equivalent returns a person to work and the person elects on his or her own to take sick or annual leave, activities shall not count such time as lost time for mishap recording purposes.

(5) No Lost Time Case. A non-fatal traumatic injury or occupational illness or disease that does not meet the definition of Lost Time Case or First Aid Case (these are cases where employees incur medical expense but not lost time from work as represented by a charge to leave or COP).

(6) First Aid Case. (Civilians Only) A first aid case is a specific type of no lost time case which meets one of the following criteria:

(a) A non-fatal traumatic injury or occupational illness or disease that requires one or more visits to a medical facility for examination or treatment during on-duty hours beyond the date of injury as long as employees incur no medical expense and activities charge no leave or COP to the employee.

(b) A non-fatal traumatic injury or occupational illness or disease that requires two or more visits to a medical facility for examination or treatment during non-duty hours beyond the date of injury as long as activities charge no leave or COP and incur no medical expense.

**Occupational Medicine Services** - Occupational medicine services includes medical examinations and tests related to pre-employment, pre-placement, periodic, and pre-termination; tests required for protecting the health and safety of naval personnel; job-related immunizations and chemoprophylaxis; education and training related to occupational health; and other medical services provided to avoid lost time or to improve employee effectiveness.

**Off-Duty Personnel** - For the purpose of mishap reporting, Navy personnel are off-duty when they are not on-duty.

**On-Duty Personnel** - For the purpose of mishap reporting, Navy military and civilian personnel are on-duty when they are:

(a) Physically present at any location (area under the control of a DoD component) where they are to perform their officially assigned work. (This includes activities incidental to normal work activities occurring on DoD installations, such as lunch, coffee, or rest breaks, and all activities aboard vessels, service craft or small boats.)

(b) Transport by DoD or command conveyance to perform official work. (This includes reimbursable or non-reimbursable travel in private motor vehicles to perform official duty, but not routine travel to and from work. The Navy considers injuries occurring in DoD-provided and/or -maintained parking areas on-duty if the injured person has yet to enter or has already left his or her vehicle.)

(c) Participating in compulsory physical training activities (including compulsory sports or command-directed activities during work hours). Navy civilians participating in voluntary command-sponsored events during normal working hours are on-duty, but not reportable. The Navy considers mishaps as a result of participation in an activity-approved health and wellness program on-duty.

(d) Ready Reservists performing inactive duty training (drill) and are between departure and return home without diversion.

(e) On temporary duty or temporary additional duty (TDY/TAD). The Navy covers personnel on assignment away from the regular place of employment 24 hours a day with respect to any injury that results from activities essential or incidental to the temporary assignment. However, when personnel deviate from the normal incidents of the trip and engage in activities, personal or otherwise, which are not reasonably incidental to the duties of the temporary assignment contemplated by the employer, the Navy ceases to consider the person on-duty for investigation purposes of occupational injuries or illnesses. For civilians, these deviations may not be compensable (OWCP determines on a case-by-case basis).

**OSHA** - Occupational Safety and Health Administration, Department of Labor (DOL).

**OSHAct** - The Williams-Steiger Occupational Safety and Health Act of 1970 (Stat. 1590 et seq., 29 U.S.C. 651 et seq).

**OSHA Standards** - OSHA standards are those standards issued by the DOL's Occupational Safety and Health Administration under Section 6 of the OSHAct.

**Oxygen-Deficient Atmosphere** - An atmosphere having an oxygen concentration that is below the minimum legal requirement (19.5 percent), but above that which is immediately dangerous to life and health. Such a deficiency is generally caused by oxidation or by the dilution/displacement of oxygen by other gases.

**Oxygen-Enriched Atmosphere** - An atmosphere containing more than 22 percent oxygen by volume.

**Particulate Matter** - A suspension of fine solid or liquid particles in air, such as: dust, fog, fume, mist, smoke, or spray. Particulate matter suspended in air is commonly known as an aerosol.

**PEL** - Permissible Exposure Limit. The maximum permissible concentration of a toxic chemical or exposure level of a harmful physical agent (normally averaged over an 8-hour period) that an employee may be exposed.

**Permit Required Confined Space (PRCS)** - A confined space that, based on a hazard analysis by the CSPM, requires a special permit for entry.

**Pesticide** - Any chemical used to kill pests, such as insects. Examples: Baygon® (propoxur), Killmaster® (dursban), d-phenothrin, malathion.

**Plane Wave** - An electromagnetic wave characterized by mutually orthogonal electric and magnetic fields which are related by the impedance of free space (377 ohms).

**Potentially Hazardous Noise** - Exposure to greater than 84 dB(A) sound level or 140 dB peak sound pressure level for impact or impulse noise. The safe exposure time (T) for periods of less than 16 hours in any 24-hour period may be determined using the equation:

$$T = 16/2^{[(L-80)/4]}$$

where T = Time in hours and L = Effective sound level in dB.

**Potentially Hazardous Noise Area** -

a. Any work area where the A-weighted sound level (continuous or intermittent) is greater than 84 dB.

b. Any work area where the peak sound pressure level (impulse or impact noise) exceeds 140 dB.

**Power Density** - The amount of power per unit area in an electromagnetic field, usually expressed in milliwatts per square centimeter or watts per square meter.

**Pressing Up** - The process of filling a space with a liquid to exclude flammable vapor/air mixtures from the space.

**Presumed Asbestos Containing Material** -(PACM) - Thermal system insulation and surfacing material found in buildings constructed no later than 1980.

**Procurement** - The process of obtaining material via the supply system directly from the private sector in such a manner that the local activity is actually involved in the "purchasing" via contract, blanket purchase agreement, petty cash, or other means. See "Acquisition."

**Protective Clothing** - An article of clothing furnished to an employee at government expense and worn for personal safety and protection in the performance of work assignments in potentially hazardous areas or hazardous conditions.

**Protective Equipment** - A device or item to be worn, used, or put in place for the safety or protection of an individual or the public at large, when performing work assignments in or entering hazardous areas or under hazardous conditions. Equipment includes hearing protection, respirators, electrical matting, barricades, traffic cones, lights, safety lines, life jackets, etc.

**Pure-Tone Audiogram** - A set of measures that compares the hearing sensitivity of an individual in detecting faint pure tones in a quiet test room, to the corresponding ability in a normal-hearing young adult population. Usually shown as a graph or table depicting hearing thresholds in decibels at the frequencies of 500, 1,000, 2,000, 3,000, 4,000 and 6,000 Hz.

**Radiofrequency Radiation (RFR)** - Electromagnetic radiation at frequencies between 10 kHz and 300 GHz.

**Rate of Exposure** - The number of hours per year it is estimated that an average member of the exposed population is exposed to the cited hazardous condition. This figure should be an estimate by someone familiar with the work situation, based on the best available existing information (such as time cards). Special studies to obtain these data are not required.

The estimate should be based on net working days per year (i.e., total working days per year minus vacations and holidays, but not sick leave). Usually, net working days is 40 hours per week and 50 weeks per year, i.e., 2,000 hours per year.

For an exposure to a health hazard, the rate of exposure may be easily calculated if the individual works only at the operation in question. However, an employee will generally work in an area of potential exposure for a period of time and move to another location. If the transiency follows a predictable routine, the rate of exposure can be assessed by determining the degree of hazard at all work locations and eliminating those where the potential hazard is minimal.

The rate of exposure to safety risks may also vary. As an example, in general traffic areas, the lack of a guard rail on platforms or hand rails on stair steps may create brief repetitive exposures to several people, including operators, inspectors, and occasional casual personnel. In such cases, calculate average use of the steps or the platforms to determine the rate of exposure.

**Recognized Potential Hazard** - A health hazard with an employee exposure (without regard to personal protective equipment) greater than the action level (as an 8-hour time-weighted average), short-term exposure limit, ceiling limit, or peak limit.

**Recordable Mishap** - An on-duty occupational injury or illness meeting the definition of fatality, permanent total or permanent partial disability, lost time case, no lost time case, or first aid case. (The "first aid case" designation only applies to civilian personnel.) The Navy requires activities to enter these cases on the appropriate occupational injury and illness log.

**Recordable Occupational Injuries or Illnesses** – (See "Recordable Mishap".)

**Recovery** - The principle by which removal from noise allows the inner ear hair cells to regain their pre-noise exposed condition.

**Recurrence** - A situation in which an injured employee, after returning to work, is again disabled and stops work as a result of the original injury. (Recurrent injuries or illnesses do not require new entries on the Log of Occupational Injuries or Illnesses; however, adjustments may be required to reflect changes in the extent or outcome of the case).

**Recycled Material** - Recycled material is material that can be utilized in place of a raw or virgin material in manufacturing a product. See 40 CFR 261.

**Reference Hearing Test** - A hearing test performed when an individual is not experiencing a temporary threshold shift in hearing or other transient otologic pathology. The resulting audiogram will be used as a reference in computing any possible future threshold shift. Normally, this reference audiogram will be first performed for hearing conversation purposes.

**Regulated Area (Asbestos)** - An area established by the employer to demarcate areas where Class I, II, and III asbestos work is conducted, and any adjoining area where debris and waste from such asbestos work accumulate; and a work area within which airborne concentrations of asbestos, exceed or there is a reasonable possibility they may exceed the permissible exposure limit.

**Reportable Mishap** - Any mishap as defined in Section 1408. Activities should not consider the criteria all-inclusive; if there is a "lesson to be learned," whether or not it meets the criteria, then activities should submit a report.

**Reportable Occupational Injuries and Illnesses**

a. All fatalities resulting from occupational injuries or illnesses, regardless of the time between the injury and death, or the length of the illness

b. All lost workday cases involving the loss of 120 hours or more for military and 5 days or more for civilians

c. Electric shock - Any case ashore resulting from equipment design deficiency

d. Chemical or toxic exposure or oxygen deficiency - All cases requiring medical examination or attention. (Excluded are cases in which medical attention was solely due to medical surveillance requirements.)

e. Any student mishap at a training command that results in termination of training.

**Reproductive Hazard** - Any occupational stressor (biohazard, chemical, or physical) that has the potential to adversely affect the human reproductive process.

**Respiratory Protection Program Manager RPPM** - An individual who meets the requirements of the Office of Personnel Management for safety and health personnel as defined in Section 0902b, has successfully completed the training requirements of chapter 15, and is designated as the RPPM in writing by the commanding officer.

**Restricted Area** - Any area where access is controlled for the purpose of excluding entry of persons of less than 140 centimeters (55 inches) in stature.

**RFR Permissible Exposure Limit (PEL)** - The maximum level expressed in specific absorption rate (SAR) or derived equivalent power density, electric field strength, or magnetic field strength to which an individual may be exposed which, under the conditions of exposure, will not cause detectable bodily injury according to present medical knowledge.

**Risk Assessment Code (RAC)** - A simple expression of risk that combines the elements of hazard severity and mishap probability. This assessment will be used to help prioritize abatement projects.

**Safety Data File** - The computer file, developed as part of the HMIS, used to store the hazardous material characteristics relevant to their safe handling, use, and disposal.

**Safety or Health Professional** - Persons who meet the Office of Personnel Management standards for Safety and Occupational Health Specialist/Manager GS-018, Safety Engineer GS-803, Safety Technician GS-019, Fire Protective Engineer GS-0804, Fire Protection Specialist/Marshall GS-0081, Medical Officer GS-602, Health Physicist GS-1306, Industrial Hygienist GS-690, Occupational Health Nurse GS-610, Industrial Hygiene Technologist, Audiologists, Radiation Health Officers, or comparably qualified personnel as determined by appropriate Navy authority.

**Serious Physical Harm** - Permanent, prolonged, or temporary impairment of the body in which part of the body is made functionally useless or is substantially reduced in efficiency on or off the job. Illness could shorten life or significantly reduce physical or mental efficiency by inhibiting the normal function of part of the body. Examples of such illnesses are silicosis, asbestosis, hearing impairment, radiation exposure and visual impairment.

**Service Craft** - Self-propelled and non-self-propelled small vessels and craft designed to operate in coastal and protected waters and provide general support to combatant forces and shore establishments (examples are tugs, barges, floating cranes, yardcraft).

**Significant Threshold Shift** - A change of hearing threshold level of 15 dB or greater, in either ear, at any frequency (1,000 to 4,000 Hz) between the reference audiogram and any subsequent audiogram. In addition, a change in hearing threshold of an average of 10 dB or more at 2,000, 3,000, and 4,000 Hz in either ear shall be considered a significant threshold shift.

**Small Boat** - Self-propelled, water-borne small craft capable of limited independent operation in protected waters (examples are launches, Boston whalers).

**Smoke** - Carbon or soot particles less than 0.1 micrometer in size resulting from the incomplete combustion of carbonaceous materials such as coal or oil.

**Solvent** - A substance, most commonly water, but often an organic compound that is used to dissolve another substance.

**Specific Absorption Rate (SAR)** - The time rate at which RFR energy is imparted to an element of biological body mass. It is usually measured in W/kg or normalized to incident power density in W/kg/mW/cm$^2$.

**Specific Hazard (Safety or Health)** - A word or words constituting the distinctive designation of the cited hazard; for example, the name of the safety hazard might be "unguarded flywheel" or "lack of fire exit"; the name of the health hazard might be "asbestos fibers in the air," "mercury," or "noise." General terms are not acceptable health hazards.

For chemical hazards, the specific name of the dangerous chemical is required. As an example, if a solvent is being used, its chemical name, e.g., "trichloroethylene," must be given; the word "solvent" is not adequate. If more than one chemical is involved in the work operation, or a chemical mixture is being used, give the chemical name of the single most hazardous chemical involved. If the specific hazard is a chemical by-product or by-product mixture resulting from the work operation, give the chemical name of the single most hazardous by-product.

For noise hazards, specify whether they are steady-state or impulse. When the cited health standard is one that details ventilation requirements for a particular type of operation, such as spray painting or arc-welding, the specific hazard name should be "insufficient ventilation to control __________." Terms such as spray paint, welding fumes, etc., are adequate only in cases relating to ventilation standards.

**Standard** - A rule, established by competent authority, which designates safe and healthful conditions or practices under which work must be performed to prevent injury, occupational illness, or property damage.

a. Criteria - Those parts of a standard that establish a measurable quality, e.g., specifications, inspection intervals, etc.

b. Equivalent Criteria - The measurement of equivalency shall be a judgment based on the preponderance of information available. Generally they must provide protection at least as effective as the criteria they replace.

**State OSHA Official** - Investigator or compliance officer employed by a state that has an OSHA-approved occupational safety and health plan.

**Supervisor** - (Military or civilian), one who immediately directs the job efforts of a working group.

**Systems Acquisition** - The process by which weapon systems, weapons platforms, and related equipments are conceived, designed, obtained, and introduced into operational use.

**Transportation Data File** - The computer file, developed as part of the HMIS, used to store the hazardous material characteristics relevant to their safe transportation and handling.

**TLV** - Threshold Limit Value. Threshold limit values are established by the American Conference of Governmental Industrial Hygienists (ACGIH). TLVs refer to airborne concentrations of a substance and represent conditions under which it is believed that nearly all workers may be exposed day after day without adverse effect.

**Toxic Substance or Harmful Physical Agent** - any chemical substance, biological agent (bacteria, virus, fungus, etc.), or physical stress, noise, heat, cold, vibration, repetitive motion, ionizing and non-ionizing radiation, hypo-hyperbaric pressure, etc., which:

a. Is regulated by any NAVOSH standard or Federal law or rule due to a hazard to health.

b. Is listed in the latest printed edition of the National Institute for Occupational Safety and Health (NIOSH) Registry of Toxic Effects of Chemicals.

**TWA** - Time-Weighted Average. An average value weighted in terms of the actual time that it exists during a given time interval.

**Vapor** - Gaseous form of substances that are normally in the solid or liquid state.

**Voluntary Respirator Use** – is when an employee chooses to wear a respirator, even though the use of a respirator is not required by the activity or by any OSHA standard. (This glossary term was modeled from language in the OSHA small Entity Compliance Guide). When there is no risk of personal overexposure and only filtering facepiece respirators are issued for voluntary use, activities are not required to have a complete program. However, they must ensure that the facepieces are not dirty or contaminated, that their use does not interfere with the employee's ability to work safely, and that the information in appendix D and the respirator approval label are provided to employees.

If respirators are required to be worn in the workplace to protect the health of the employee, or where an activity requires an employee to wear a respirator, i.e., in a situation where reference 15-3 does not otherwise require such use, or when respirators other than filtering facepieces are worn by voluntary users, then a complete written respiratory protection program must be established and implemented.

**Working Days** - Monday through Friday (excluding Federal holidays), or other appropriate authorized days of agency operation.

**Workplaces** -

a. Applicable Workplaces and Operations - Navy workplaces and operations generally comparable to those of business and industry in the private sector. Examples include facilities involved and work performed in: the repair and overhaul of vessels, aircraft, or vehicles, except for equipment trials; construction; supply services; civil engineer or public works; medical services; and office work. Accordingly, Navy workplaces and operations such as those involved with shipyards, air rework facilities, public work centers, and like operations are included in this definition.

b. Uniquely Military Equipment, Systems and Operations - Navy equipment and systems which are unique to the national defense mission. Examples include: military aircraft, ships, submarines, missiles and missile sites, early warning sites, military space systems, artillery, tanks, and tactical maneuvers, naval operations, military flight operations, associated research test and development activities, and actions required under emergency conditions.

# INDEX

Action Level (AL), lead ........ 21-3,21-8, 21-9
Activity OSH office ........ 12-1,12-3,12-6, 12-7
Functional ........ 3-1, 3-2
Lock-out/tagout ........ 24-2, 24-3,24-4
Activity programs, NAVOSH responsibilities ........ 2-6

Administrative Controls ........ 5-1,5-5
Allegations of reprisal ........ 2-6,10-4
Alternate standards ........ 2-A-1, 16-2
Appeals of hazard reports ........ 10-2
Asbestos
Applicability of Federal, State, and local standards ........ 17-1,17-14, 17-A-1
Asbestos Management Program (ashore) ........ 17-10,17-15,17-C
Asbestos Medical Surveillance Program (AMSP) ........ 17-11
Disposal procedures ........ 17-9
Employee notification ........ 17-2
Environmental protection ........ 17-9,17-14
Industrial Hygiene Surveillance ........ 17-10
Permissible exposure limit (PEL) and excursion limit (EL) ........ 17-2
Personal protective equipment ........ 17-2
Respirator fit testing ........ 17-8
Respiratory protection ........ 17-1,17-6,17-7,17-8
Training ........ 17-10
Ventilation ........ 17-2,17-3,17-4,17-5
Warning signs and labels ........ 17-8
Workplace control ........ 17-3, 17-6
Assistant Secretary of the Navy (Installations and Environment) (ASN (I&E))
NAVOSH Responsibilities ........ 2-1
Atmospheric testing of confined spaces ........ 27-2, 27-9, 27-12,27-16
Basic Program Elements for Federal Employee Occupational Safety and Health Program
(29 CFR 1960) ........ 1-2

Bloodborne Pathogens, and CPR ........ 6-4,6-5, 28-1
Applicability ........ 28-1
Exposure, occupational ........ 28-1
Hazard Prevention/Control ........ 28-1
Medical Evaluations and Follow-up ........ 28-1
Responsibilities ........ 28-1
Training ........ 6-5, 28-1, 28-2
Board of Inspection and Survey ........ 2-5, 3-13, 4-3, 6-8, 9-1
Breathing air requirements ........ 15-4
Cardiopulmonary resuscitation training ........ 6-5
Chemical Hygiene Plans ........ 7-8
Chemical Stressors ........ 29-B
Chief of Naval Education and Training (CNET)
Bloodborne pathogen responsibilities ........ 28-1,28-2
Ergonomics responsibilities ........ 23-8
Hearing conservation and noise abatement responsibilities ........ 18-11
Lockout/tagout responsibilities ........ 24-3
NAVOSH responsibilities ........ 2-4
Reproductive hazard responsibilities ........ 29-5
Training responsibilities ........ 6-7
Chief of Naval Operations (CNO), NAVOSH responsibilities ........ 2-1
Chief, Bureau of Medicine and Surgery (BUMED)
Asbestos responsibilities ........ 17-14
Bloodborne pathogens responsibilities ........ 28-1
Ergonomics responsibilities ........ 23-10
Hazard control ........ 5-6
Hearing conservation and noise abatement responsibilities ........ 18-11
Indoor air quality ........ 30-2, 30-4,30-5
Laser safety ........ 22-2, 22-3, 22-5,22-9,22-12,22-A-3,22-A-4, 22-C-3
Chief, Bureau of Medicine and Surgery (BUMED) (con't)
Lead responsibilities ........ 21-9, 21-13
NAVOSH responsibilities ........ 2-3, 2-5, 2-8
Occupational health responsibilities ........ 2-3,2-4

Radio frequency radiation responsibilities ........ 22-12
Reproductive hazard responsibilities ........ 29-5
Respiratory protection responsibilities ........ 15-11, 15-12
Civilian and military Personnel, NAVOSH responsibilities ........ 2-5
Collective bargaining agreements ........ 1-3
Commander, Naval Facilities Engineering Command (COMNAVFACENGCOM)
Asbestos responsibilities ........ 17-13,17-14, 17-C-1,17-C-2, 17-C-3
Hazard abatement responsibilities ........ 13-1
Lead responsibilities ........ 21-8,12-14
Commander, Naval Safety Center (COMNAVSAFECEN)
NAVOSH responsibilities ........ 2-3,2-4, 2-5
Commander, Naval Supply Systems Command (COMNAVSUPSYSCOM)
Ergonomics responsibilities ........ 23-7
Lockout/tagout responsibilities ........ 24-3
Reproductive hazard responsibilities ........ 29-5
Conferences, Federal safety and health ........ 4-2
Confined Space Entry
Authorized Entrants ........ 27-4,27-6, 27-7,27-8,27-12,27-A-1
Contractor Management Provisions ........ 27-14
Entry permits ........ 27-3,27-5, 27-11,27-15
Entry Options ........ 27-4,27-6,27-6
Hot Work ........ 27-13
Identification of confined spaces ........ 27-5
IDLH Atmosphers ........ 27-12
Initial atmospheric testing ........ 27-2,27-9,27-12,27-16
Permit Required ........ 27-11
Program elements ........ 27-2
Rescue Procedure Services ........ 27-5, 27-12
Special precautions (For specific operations) ........ 27-15
Training ........ 27-1, 27-2, 27-3,27-13
Ventilation ........ 27-4,27-8,27-10,27-11,27-16
Confined space program manager (CSPM)
Assignment ........ 27-1

Program management .......27-1
Responsibilities .......27-2,27-3,27-4,27-5,27-6,27-8,
Consolidated Industrial Hygiene Laboratory (CIHL) .......3-13
Consultative Assistance Teams .......8-5
Contractor mishaps .......14-10
Contractor NAVOSH responsibility .......1-3
Contractor operations, confined spaces .......27-14, 27-15
Contractor workplace inspection .......11-1, 11-2,11-3,11-4,11-5
Cost data program .......13-1
Councils and committees, OSH, ashore .......2-6, 3-1, 4-1
Deficiency
Abatement .......12-4
Processing and tracking .......12-1
Definition of terms .......1-1
Deputy Chief of Naval Operations (Logistics) (N4)
Training responsibilities .......6-8
Design reviews .......5-6
Designated Safety and Occupational Health Official .......1-2, 2-1
Disciplinary action .......2-9, 14-3, 14-6,14-7
Disposal Procedures
Asbestos .......17-9
Man-made vitreous fibers .......26-3
Echelon 2/headquarters commanders
Asbestos responsibilities .......17-15
Bloodborne pathogens .......28-1
Cost data responsibilities .......13-3
Ergonomics responsibilities .......23-7
Hearing conservation and noise abatement responsibilities .......18-12
Indoor air quality .......30-4
Lead responsibilities .......21-14
Lockout/tagout responsibilities .......24-3
Radio frequency radiation responsibilities .......22-13
Educational material .......2-3

Electrical protective devices ........ 20-4

Employee

NAVOSH responsibilities ........ 2-9

Respiratory protection responsibilities ........ 15-12

Employee notification, lead ........ 21-9,21-11

Employee reporting of unsafe or unhealthful working condition ........ 10-1

Energy control

Activity-OSH Offices ........ 24-2

Contractor requirements ........ 24-3

General policy ........ 24-2

Program ........ 24-3,24-4

Training ........ 24-3,24-4

Environmental Protection

Asbestos ........ 17-9, 17-14

Lead ........ 21-8

PCBs ........ 25-1,25-3

Ergonomics

Educational and technical resources ........ 6-A-1,6-A-2,6-C-1,6-D-1, 23-C-1

Employee involvement ........ 23-2

Hazard prevention and control ........ 23-4

Implementation ........ 23-7, 23-8

Medical program ........ 23-6

Training ........ 23-6,23-7,23-8,23-D-1

Ergonomics (con't)

Job task analysis ........ 23-3

Excursion limit (EL), asbestos ........ 17-2

Explosives Safety Program ........ 2-3

Exposure assessment ........ 8-1, 8-2, 8-4, 8-5,17-6, 17-9, 18-2, 18-3,18-4, 18-5, 18-8

Exposure monitoring ........ 8-1,8-2,8-3,8-4,8-5,8-7,8-8, 8-A-1

Asbestos ........ 17-9

Lead ........ 21-8

Eye and face protection equipment ........ 13-2, 17-5, 20-2, 21-5, 25-3

Eyewash facilities ........ 19-1
Eyewear
Maintenance ........ 19-1
Prescription ........ 19-1,19-2
Procurement ........ 19-2
Temporary ........ 19-2
Feasibility of hazard abatement ........ 5-4
Federal Advisory Council on Occupational Safety and Health ........ 4-1
Federal and state officials workplace inspections
Aboard Navy ships (contractor) ........ 11-4
Information security requirements ........ 11-8
Navy civilian workplaces ........ 11-1, 11-6,11-A-1
Navy shore installations (contractor) ........ 11-1
Federal safety and health conferences ........ 4-2
Field Federal Safety and Health Councils ........ 2-8, 4-1
First aid training ........ 6-5
Fit testing of respirators ........ 15-7, 17-8
Foot protection ........ 20-3
Forces afloat
Applicability ........ 1-4
Forces afloat (con't)
HMC&M ........ 7-7
Industrial Hygiene ........ 8-1
Training ........ 6-5
Workplace inspections ........ 9-1
Funding, hazard abatement ........ 12-4
Grievance procedures ........ 10-4
Hand protection ........ 20-4
Hazard abatement ........ 1-2, 1-4, 3-2, 4-2, 5-1, 5-4, 12-1,12-4, 12-6, 13-2, 17-9,17-C-2, 23-6, 29-2, 29-3
Hazard abatement plan ........ 12-3
Hazard abatement projects
Centrally managed funding ........ 12-6

Local funding ........ 12-4
Project submissions ........ 12-6
Hazard abatement projects, prioritization
Centrally funded projects ........ 12-4
Locally funded projects ........ 12-6
Hazard communication (HAZCOM) ........ 7-5
Hazard control principles
Application ........ 5-3
Hazard control recommendations (development) ........ 5-5
Hazard prevention and control, ergonomics ........ 23-4
Hazard report appeals ........ 10-2
Hazard reporting (employee) ........ 10-1
Hazard reports to OSHA ........ 10-3
Hazard severity ........ 12-1,12-2, 12-3, 12-A-1
Hazardous material
Information sources ........ 6-6
Training ........ 6-C-1
Hazardous material control and management (HMC&M)
Command OSH functions ........ 7-7
Process Safety ........ 7-8
Shore activities in foreign countries ........ 7-7
Hazardous Material Information System (HMIS) ........ 6-5, 7-6, 7-A-1
Hazardous noise area ........ 18-4, 18-5,18-6
Hazardous noise, labeling of ........ 18-5
Head protection ........ 20-2
Headquarter commanders
Asbestos responsibilities ........ 17-14
Ergonomics responsibilities ........ 23-7,23-8,23-9
Hearing conservation and noise abatement responsibilities ........ 18-11
Lead responsibilities ........ 21-14
Lockout/tagout responsibilities ........ 24-3
Radio frequency radiation responsibilities ........ 22-12
Training responsibilities ........ 6-8

Headquarters command OSH office organization ........ 3-1
Hearing Conservation Program........ 8-6, 18-1,18-7,18-9, 18-10,18-11,18-12,18-A-2
Hearing Protective Devices........ 18-1, 18-2, 18-4, 18-7,18-8, 18-9, 18-10
Hearing testing........ 18-6,18-8
Hazard abatement ........12-1,12-4,12-6, 12-B-1
Hazard severity........12-1, 12-2, 12-A-1
Identification of respirator cartridges ........ 15-4
Immediately dangerous to life or health (IDLH)
Safe entry procedures ........ 15-7
Imminent Danger ........ 9-3, 10-1, 11-2, 11-6
Indoor Air Quality
Building Design and Maintenance ........ 30-3
Causes........ 30-1
Investigation ........ 30-2
Responsibilities ........ 30-4
Tobacco Smoke........ 30-1, 30-2, 30-3,
Industrial hygiene....1-3, 2-3, 2-6, 2-7, 3-8, 3-9, 3-10, 3-11,3-12,3-13,3-14, 5-6,6-3,6-5,6-9 6-C, 8-1, 8-3, 8-4, 8-5, 8-6, 8-7, 9-2, 15-12, 17-10, 18-3, 21-4, 21-8, 21-11, 26-3, 29-2, 30-2
Industrial hygiene support rank/grade level........ 3-11, 3-C-1
Industrial hygiene surveillance
Asbestos ........ 17-10
Lead........ 21-8
Man-made vitreous fibers ........ 26-3
Injury/illness treatment - civilians........ 14-20
Inspection reports ........ 11-7
Inspections by Federal and state officials
Aboard Navy ships (contractor) ........ 11-4
Information security requirements........ 11-8
Navy civilian workplaces........11-1, 11-6,11-A-1
Navy shore installations (contractor)........ 11-1
Inspections, oversight........ 9-1, 9-4

Inspections, workplace ........ 9-1, 9-2

Inspector General (See Naval Inspector General) ........ 9-1

Interim Controls ........ 12-4, 12-B-1

Investigation of Class A mishaps ........ 14-11

Investigation of Class B mishaps ........ 14-11

Investigations, mishap ........ 1-3, 14-2, 14-5, 14-11

Isolation ........ 5-2, 17-2, 18-10, 24-2, 30-2

Job hazard categories ........ 3-6, 3-A-1

Labor organizations, consultation with ........ 2-8, 4-1, 23-12

Laser Safety Review Board ........ 22-3

Laser system safety officer (LSSO) ........ 22-3, 22-5, 22-10

Lasers

  Classification and labeling ........ 22-2, 22-A-1

  Exposure incidents ........ 22-2, 22-B-2, 22-C-3

  Medical surveillance ........ 22-3

  Military exempt ........ 22-3

  Permissible exposure limit ........ 22-8, 22-A-1,22-B

  Safety hazard control ........ 22-3

Technical assistance ........ 22-10, 22-A-1, 22-B, 22-C

Training ........ 22-5,22-7,22-10,22-11

Lead

Control in workplace environment ........ 21-3

Employee notification ........ 21-9, 21-11

Environmental protection and waste disposal ........ 21-8

Industrial hygiene surveillance ........ 21-9

Medical surveillance ........ 21-9,21-10

Permissible exposure limit and action level (AL) ........ 21-3

Personal hygiene ........ 21-9

Personal protective clothing and related control facilities ........ 21-5

Respiratory protection ........ 21-6

Training ........ 21-8

Ventilation ........ 21-4

Warning signs and caution labels ........ 21-7

Lockout/tagout

Annual review ........ 24-4

Contractor requirements ........ 24-3

Program ........ 24-2,24-3

Training ........ 24-2,24-3

Maintenance, eyewear ........ 19-1

Man-made vitreous fibers

Disposal ........ 26-3

General workplace control practices ........ 26-2

Industrial hygiene surveillance ........ 26-3

Medical surveillance ........ 26-4

Man-made vitreous fibers (con't)

PEL and AL (exposure limits) ........ 26-1, 26-A-1

Personal Protective Clothing and Related Facilities ........ 26-2

Training ........ 26-3

Ventilation ........ 26-2

Material Safety Data Sheet (MSDS)........ 6-6, 6-A-2, 6-B-1, 7-3, 7-4, 7-5,7-6,7-7, 7-A-1, 7-A-2,7-A-3, 26-1

Medical activity sight conservation responsibilities ........ 19-2

Medical evaluation, hearing ........ 18-5

Medical records ........ 2-4, 2-7,2-8, 8-4, 8-6, 8-7, 17-12

Medical records, asbestos workers ........ 17-12

Medical surveillance

Asbestos workers ........ 17-10,17-12

Lasers ........ 22-3,

Lead ........ 21-3,21-7,21-8, 21-11

Man-made vitreous fibers ........ 26-4

PCBs ........ 25-3

Radio frequency radiation ........ 22-3

Medical treatment and surveillance ........ 2-3

Military exempt lasers ........ 22-3

Military unique workplaces ........ 11-6

Mishap analyses ........ 14-21

Mishap investigation ........ 1-3, 2-6, 3-3, 14-3
Mishap investigation training ........ 14-3
Mishap investigation, types of ........ 14-2
Mishap probability ........ 12-1, 12-2
Mishap reporting ........ 14-9, 14-19
Mishap review boards, shore major ........ 14-21
Mishap review by commanding officers ........ 14-21
Monitoring records ........ 17-11
National Emission Standards for asbestos ........ 17-14
National Safety Council training material ........ 6-6

Naval Inspector General (NAVINSGEN)
NAVOSH responsibilities ........ 2-6
Oversight inspections ........ 9-1,9-4
Training involvement ........ 6-7
Naval Nuclear Propulsion Program ........ 1-3, 2-2
NAVOSH Cost Data
Applicability ........ 13-1
Data requirements ........ 13-1
Responsibilities ........ 13-2
NAVOSH Deficiency Notice ........ 9-2, 9-3, 9-B-1, 12-3, 12-4
NAVOSH Policy ........ 1-2,2-6
Formulation and Implementation ........ 2-2
NAVOSH Quality Council ........ 2-1,2-5,2-6
NAVOSH Responsibilities
ASN(I&E) ........ 2-1
BUMED ........ 2-3,2-B
CNET ........ 2-3,2-5
CNO ........ 2-1
Individual civilian and military personnel ........ 2-9
NAVINSGEN ........ 2-5,2-8
COMNAVSAFECEN ........ 2-3, 2-4,2-5,2-6

PRESINSURV .......... 2-5
SYSCOM commanders .......... 2-3
NAVOSH Standards
Application .......... 16-3
Review .......... 16-3
Navy shore installations .......... 11-1,11-2
Navy Occupational Exposure Limit (NOEL) .......... 18-2
NESHAP asbestos regulations .......... 17-8,17-D-1
NIOSH Criteria Documents .......... 6-6, 16-2
Noise Abatement Program .......... 18-8
Noise areas and equipment labeling .......... 18-5
Noise measurements and exposure assessments .......... 18-2
Notification of asbestos exposure .......... 17-2
Nuclear propulsion program safety policy .......... 2-2
Occupational Exposure Registry and Data Bank (NOHIMS) .......... 8-5
Occupational health
Organization and staffing .......... 3-7
Program .......... 8-1
Providers distribution by rank/grade level .......... 3-B-1
Occupational Safety and Health Act .......... 1-1, 5-1, 16-1
Occupational Safety and Health Management Inspection Evaluations .......... 9-1, 9-3, 23-10
Operating procedures .......... 3-12, 5-4, 6-2, 15-8, 22-9
Organization
Headquarters command OSH offices .......... 3-1
Shore activity OSH offices .......... 3-2
OSHA-targeted inspections .......... 11-8
Oversight inspections .......... 2-5, 9-1, 9-3
Performance evaluations, employee for NAVOSH .......... 2-7, 2-9
PEL
    Asbestos .......... 17-2
    Lead .......... 21-2
    PCBs .......... 25-2
    Radio frequency radiation .......... 22-5

Personal hearing protective devices ........ 18-7,18-9
Personal hygiene
Lead ........ 21-6, 21-7
Personal protective equipment (PPE) and clothing
Asbestos ........ 17-2
Basic program requirements ........ 20-1
Electrical protective devices ........ 20-4
Personal protective equipment (PPE) and clothing (con't)
Eye and face protection ........ 19-2, 20-2
Foot protection ........ 20-2
Hand protection ........ 20-4
Hazard control ........ 5-3
Head protection ........ 20-2
Hearing ........ 18-1, 18-7
Lead ........ 21-4
Man-made vitreous fibers ........ 26-2
PCBs ........ 25-2
Radio frequency radiation ........ 22-8
Respiratory protection ........ 15-1,15-2, 20-2
Personal Protective Equipment specifications ........ 20-2
Personnel notification, asbestos ........ 17-2
Photographs ........ 11-3, 11-5, 11-7, 14-5, 14-8, 14-12
Policy, Navy Occupational Safety and Health ........ 2-6
Polychlorinated Biphenyls (PCBs)
Medical surveillance ........ 25-3
PEL ........ 25-2
PPE ........ 25-2
Regulations ........ 25-2,25-3
Spill cleanup ........ 25-3
Workplace exposure control ........ 25-2
Pregnancy employment policies ........ 29-1,29-A
PRESINSURV
NAVOSH responsibilities ........ 2-5

Oversight inspections ........ 9-1,9-4
Training involvement ........ 6-8
Prioritization of abatement projects ........ 12-5

Private contractor work on Navy activities
Asbestos ........ 17-13
Lead ........ 21-13
Process Review & Management System (PR&MS) ........ .2-5, 2-7,2-B-9, 3-3, 5-5, 9-1, 9-3

Professional Certification ........ 6-7
Program Responsibilities
Asbestos ........ 17-15
Bloodborne pathogens ........ 28-1
Confined space entry ........ 27-5
Ergonomics ........ 23-7
Hazard abatement ........ 12-7
Hazard control ........ 5-6
Hazard reporting ........ 10-1,10-3
Hearing conservation and noise abatement ........ 18-9
Indoor air quality ........ 30-4
Laser safety ........ 22-9
Lead ........ 21-13
Lockout/tagout ........ 24-2
Mishap investigation and reporting ........ 14-12
Occupational health ........ 8-6
Personal protective equipment ........ 20-6
Radio frequency radiation ........ 22-9
Respiratory protection ........ 15-10
Training ........ 6-8
Protective eyewear ........ 19-1
Purchasing/contracting procedures (hazard avoidance) ........ 5-4
Qualification for Inspectors ........ 9-1

Radio frequency radiation (RFR)
PEL ....................22-2,22-8,22-A-1
Exposure incidents ....................22-2,22-4, 22-B-2,22-C-1, 22-C-2, 22-C-3,22-C-4
Program Responsibilities (con't)
Medical Surveillance.................... 22-3
Measurement and evaluation .................... 22-9
Protective clothing .................... 22-11
Research and development.................... 22-4
Technical assistance .................... 3,22-2,22-5
Training .................... 22-5
Warning signs and labels.................... 22-2
Recording of occupational injuries and illnesses of Navy personnel.................... 14-17
Recordkeeping
Asbestos ....................17-C
Hazard reports.................... 10-1,10-3
Hearing test.................... 18-9
Industrial hygiene monitoring....................8-3,8-4,8-5,8-6,8-7
Mishaps.................... 14-1
Respirator fit testing.................... 15-6
Training .................... 6-7
Records, exposure monitoring .................... 8-5
Records, medical .................... 8-7
Records, Medical (asbestos worker) .................... 17-13
Reference library .................... 6-5
Release of SR and SSIR information .................... 14-3
Reporting, mishap.................... 14-9
Reports, hazard .................... 10-1,10-3
Reports, inspection .................... 11-7
Reprisal, allegations of.................... 2-6, 10-4
Reproductive hazards in workplace
Abatement.................... 29-3
Control of hazards .................... 29-2
Identification/evaluation .................... 29-2

Responsibilities ........ 29-4
Reproductive hazards in workplace (con't)
Training ........ 29-3, 29-5
Respiratory protection
Applicability ........ 15-1
Asbestos ........ 17-1,17-6, 17-7,17-8
Breathing air requirements ........ 15-4
Fit testing of respirators ........ 15-7
IDLH entry procedures ........ 15-6
Lead ........ 21-3,21-6
PCBs ........ 25-3
Personal Protective devices ........ 20-2
Respirator cartridge identification ........ 15-5
Respirator selection considerations ........ 15-5
Responsibilities ........ 15-10
Training ........ 15-3
Types of respirators ........ 15-3
Respiratory Protection Program Manager (RPPM)
Appointment ........ 15-1
Training ........ 15-9
Risk Assessment Code (RAC) ........ 9-3, 12-1, 12-2, 12-A-1, 12-B-2, 23-4
Safety and occupational health coordination ........ 2-1
Safety and Occupational Health Policy, DOD ........ 2-9,2-A-1,4-1
Safety Report (SR) and Shore Safety Investigation Report (SSIR)
Release of information ........ 14-6
Requirements ........ 14-2
Review ........ 14-8
Security requirements for state and Federal workplace inspections ........ 11-8
Shoes, safety ........ 20-3,20-4
Shore activity OSH office
Functional responsibilities ........ 3-2
Organization ........ 3-2

Shore activity OSH office (con't)
Staffing ........ 3-8
Sight conservation ........ 19-1
Specified support areas, responsibilities of ........ 2-3
Standards, NAVOSH ........ 16-1
Standards, OSHA ........ 16-1,16-2
State and Federal officials workplace inspections
Aboard Navy ships (contractor) ........ 11-4
Information security requirements ........ 11-8
Navy civilian workplaces ........ 11-1,11-6
Navy shore installations (contractor) ........ 11-1,11-2
Substitution ........ 5-1
SYSCOM Commanders
Hazard control responsibilities ........ 5-6
NAVOSH responsibilities ........ 2-3
System safety reviews ........ 5-7
Tagout use ........ 24-2
Temporary protective eyewear ........ 19-2
Tobacco smoke ........ 30-2,30-3
Training recordkeeping ........ 6-7,6-8
Training requirements, ashore
Asbestos ........ 17-10
Collateral duty safety personnel ........ 6-4
Confined space entry ........ 27-3
Employee representatives ........ 6-2
Ergonomics ........ 23-6,23-C-1
Hazard Communication ........ 6-6,6-B-1
Hearing conservation ........ 18-9
Lasers ........ 22-5,22-7,22-11
Lead ........ 21-8,21-13,21-14
Lockout/tagout ........ 24-2,24-3
Management personnel ........ 6-1

Man-made vitreous fibers ........ 26-2
Non-supervisory personnel ........ 6-2
Radio frequency radiation ........ 22-5
Respiratory protection ........ 15-8
Safety and Occupational Health Personnel ........ 6-3
Sight conservation ........ 19-1
Supervisors ........ 6-2
Ventilation
Asbestos ........ 17-3
Confined spaces ........ 27-4,27-8,27-9,27-11,27-13,27-15,27-16
Hazard control ........ 5-2
Lead ........ 21-4
Man-made vitreous fibers ........ 26-2
Warning signs and labels
Asbestos ........ 17-8
Lead ........ 21-7
Noise ........ 18-5
Radio frequency radiation ........ 22-2
Workplace assessment ........ 8-2
Workplace control
Asbestos ........ 17-3,17-6
Lead ........ 21-3
Man-made vitreous fibers ........ 26-2
PCBs ........ 25-2
Workplace inspections ........ 9-1,9-2