IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TODD KORTEKAMP, as Executor of the Estate of JACK KORTEKAMP and GERALDINE KORTEKAMP, as surviving spouse, Plaintiffs v. 3M CO., ET AL. Defendants | C.A. No. 08-043S |

ENTRY OF APPEARANCE

Please enter the appearance of John B. Manning and Brian D. Gross as counsel for A.W. Chesterton Company in connection with the above-captioned matter.

Respectfully submitted,

John B. Manning R.I. Bar #6899
Brian D. Gross, R.I. Bar #6891
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
And
One Center Place
Providence, RI 02903-1614
Telephone: (617) 737-3100
Facsimile: (617) 737-3113

Dated: March 14, 2008.

CERTIFICATE OF SERVICE

I, Brian D. Gross, attorney for the defendant, A.W. Chesterton Company, in the above-captioned action, hereby certify that I served a copy of the foregoing on John Deaton, Esq., The Deaton Law Firm, One Richmond Square, Suite 134C, Providence, RI 02906, and notice to all defense counsel of record on ~~this~~ 14th day of March, 2008.

Brian D. Gross

199995v1