IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TODD KORTEKAMP, as Executor of the Estate of JACK KORTEKAMP and GERALDINE KORTEKAMP, as surviving spouse,<br><br>Plaintiffs<br>v.<br><br>3M CO., ET AL.<br><br>Defendants | C.A. No. 08-043S |

ENTRY OF APPEARANCE

Please enter the appearance of John B. Manning and Brian D. Gross as counsel for Flowserve Corporation in connection with the above-captioned matter.

Respectfully submitted,

John B. Manning R.I. Bar #6899
Brian D. Gross, R.I. Bar #6891
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
And
One Center Place
Providence, RI 02903-1614
Telephone: (617) 737-3100
Facsimile: (617) 737-3113

Dated: March 14, 2008.

CERTIFICATE OF SERVICE

I, Brian D. Gross, attorney for the defendant, Flowserve Corporation, in the above-captioned action, hereby certify that I served a copy of the foregoing on John Deaton, Esq, The Deaton Law Firm, One Richmond Square, Suite 134C, Providence, RI 02906, and notice to all defense counsel of record on this 14th day of March, 2008.

Brian D. Gross

200012