# D

**STATE OF RHODE ISLAND**
**PROVIDENCE** **SUPERIOR COURT**

**IN RE: ASBESTOS LITIGATION**

**THE DEATON LAW FIRM**

**2008 TRIAL CALENDAR***

| Case(s) | Status | Primary Trial Date | Secondary Trial Date |
|---|---|---|---|
| LaPointe | January 30, 2008 | February 11, 2008 | |
| Phillips, Crandall | February 6, 2008 | | February 25, 2008 |
| Kraud, Ballew, Lucadamo, Nelson | February 27, 2008 | March 17, 2008 | |
| Tetu, St.Ana | March 5, 2008 | March 24, 2008 | |
| Kortekamp | March 26, 2008 | April 14, 2008 | |
| Downs, Cashman | April 2, 2008 | April 21, 2008 | |
| Fosh | April 2, 2008 | | April 21, 2008 |
| Clayton | April 23, 2008 | May 5, 2008 | |
| Mayer, Mazza, Kozak | April 23, 2008 | | May 5, 2008 |
| Hicks, Benoit, Bledsoe | April 30, 2008 | May 19, 2008 | |
| Koniak | April 30, 2008 | | May 19, 2008 |
| Brandt, Wolosuk, Murphy | May 7, 2008 | May 26, 2008 | |
| Wright | May 7, 2008 | | May 26, 2008 |
| Picker, Bosser | May 21, 2008 | | June 9, 2008 |

BY ORDER of the SUPERIOR COURT OF RHODE ISLAND:

Justice Alice B. Gibney / Clerk
Deputy

Dated: 1/23/08

*This represents the current 2008 first half trial calendar for Deaton Law Firm filed cases and will be supplemented accordingly. This list does not represent all filed cases of the Deaton Law Firm and will be supplemented on a continuous basis.

PRESENTED BY:

John Deaton, Esq. (RI Bar #6537)
THE DEATON LAW FIRM
One Richmond Square, Suite 163W
Providence, RI 02906
(401) 351-6400
(401) 351-6401 (FAX)