# F

# Asbestos Medicine Seminar



DRI

The Voice of the Defense Bar

[redacted]



This year's DRI Asbestos Medicine Seminar offers the latest medical and legal developments in the field, taught by an experienced faculty of physicians and attorneys. Medical experts will provide up-to-date information on various types of mesotheliomas, disease detection and diagnosis. A practical analysis of causation, including recent decisions affecting exposure and cause will be covered. Strategies for defending the "other cancers" and the importance of the 2006 Institute of Medicine study will be discussed. Learn more about the potential liability of equipment manufacturers and premises owners. Hear about the latest industrial hygiene technology and its impact on litigation. Strategize with some of the finest, most experienced litigators in this field. Please join us in San Diego and take advantage of this unique networking and learning opportunity.

ALBERT H. PARNELL

*Program Chair and Law Institute*

**What You Will Learn**

- Latest developments in asbestos litigation
- Update on MDL 875 and its future impact
- Recent court decisions affecting causation
- Review of disease diagnosis and causation evidence
- Warning issues for premises owners
- Latest methods for defending "low dose" products
- Strategies for defending screened cases
- Defending the "other cancers" on the science

## WEDNESDAY, NOVEMBER 7, 2007

6:00 p.m. REGISTRATION AND NETWORKING RECEPTION

## THURSDAY, NOVEMBER 8, 2007

CAPPUCCINO BAR

*Sponsored by* PohlmanUSA Court Reporting

---

INTERNET CAFÉ

*Sponsored by* McCaffery & Associates, Inc. Historical Research

---

7:30 a.m. REGISTRATION AND CONTINENTAL BREAKFAST

---

8:15 a.m. WELCOME AND INTRODUCTION

ALBERT H. PARNELL, *Hawkins & Parnell LLP*, Atlanta, Georgia

---

8:25 a.m. MDL 875: NAVIGATING THE BLACK HOLE—ITS FUTURE AND RAMIFICATIONS FOR STATE COURTS

Hear about the current role of the MDL and its projected impact on existing and future cases.

DAVID CRAIG LANDIN, *Hunton & Williams LLP*, Richmond, Virginia

---

9:00 a.m. SPREADING THE WEALTH BY SHARING THE RESPONSIBILITY

Many states now permit the submission of non-parties, including bankrupt companies and employers, to the jury for apportionment of responsibility. This section will provide ideas for broadly spreading responsibility, thereby reducing the "share" of trial defendants.

T. LYNN WALDEN, *Jenkins & Martin LLP*, Beaumont, Texas

---

9:40 a.m. THE CHANGING WORLD OF CAUSATION — RECENT DECISIONS AND TRENDS AFFECTING EXPOSURE AND CAUSE

Courts around the country are tackling, as though for the first time, these questions: Is there evidence of sufficient exposure to asbestos to be the cause of plaintiff's injuries? Do friction products alone release enough respirable fibers to be the cause of plaintiff's injury? Is asbestos exposure without asbestosis sufficient to be a cause of lung cancer in a plaintiff who smoked cigarettes? How much exposure is required to support the "substantial factor" standard for causation?

SANDRA F. CLARK, *Mehaffy Weber PC*, Beaumont, Texas

---

10:15 a.m. REFRESHMENT BREAK

*Sponsored by* Exponent®

| | |
|---|---|
| 10:35 a.m. | TEXAS'S ASBESTOS MDL — THE FIRST THREE YEARS AND COMING ATTRACTIONS<br>The Texas Asbestos MDL is a unique system of administration of cases and is quite different from what its initial proponents and opponents envisioned. Judge Davidson will discuss developments to date and make predictions on upcoming issues.<br>HONORABLE MARK DAVIDSON, *11th District Court of Texas*, Houston, Texas |
| 11:15 a.m. | PERITONEAL MESOTHELIOMA — AN UPDATE<br>Learn the latest in the field from an experienced medical expert.<br>VICTOR L. ROGGLI, M.D., *Duke University Medical Center*, Durham, North Carolina |
| 11:55 a.m. | LUNCH *(on your own)* |
| 11:55 a.m. | WOMEN'S NETWORKING LUNCHEON *(included in registration)*<br>*Sponsored by* SegalMcCambridge Segal McCambridge Singer & Mahoney |
| 1:20 p.m. | POTENTIAL LIABILITY OF EQUIPMENT MANUFACTURERS FOR POST-SALE APPLICATION OF ASBESTOS-CONTAINING INSULATION AND OTHER PRODUCTS NOT SUPPLIED OR SPECIFIED BY THE EQUIPMENT MANUFACTURER<br>There is developing case law on product liability, forseeability and duty to warn, most of which, from a defense perspective, is going in the wrong direction. If plaintiffs win on this issue, it eliminates or severely hinders the state of the art, low dose and chrysotile defenses, as equipment manufacturers will be called upon to defend the insulation product.<br>GEORGE F. FITZPATRICK, JR., *Swanson Martin & Bell*, Chicago, Illinois |
| 1:55 p.m. | THE CURRENT STATUS OF THE POTENTIAL LIABILITY OF PREMISES OWNERS AND OTHER WARNING AND NO WARNING ISSUES AND POTENTIAL DEFENSES<br>The world of the premises owner constantly changes, along with various warning issues. Additionally, equipment manufacturers are now subject to claims for a duty to warn of another manufacturer's products. Mr. Mesher will discuss these topics.<br>BARRY N. MESHER, *Lane Powell PC*, Seattle, Washington |
| 2:35 p.m. | A PRACTICAL REVIEW OF DISEASE DIAGNOSIS AND CAUSATION EVIDENCE IN ASBESTOS LITIGATION<br>The methods and analytical techniques utilized in diagnosing disease and determining potential causative agents will be reviewed. The use of fiber burden studies, new advanced staining techniques, basic pathology analysis and clinical correlation will be discussed. The importance of fully developed medical and occupational history for evaluating and presenting legal challenges to expert opinions will be stressed.<br>EDWARD M. SLAUGHTER, *Hawkins Parnell & Thackston LLP*, Dallas, Texas |

3:15 p.m. — THE INDUSTRIAL HYGIENE WORLD AND ASBESTOS LITIGATION

Dr. Toca will discuss various aspects of current industrial hygiene technology and its potential impact on modern asbestos litigation.

FREDRICK M. TOCA, PH.D., CIH, CSP, *Atlantic Environmental Inc.*, Atlanta, Georgia

4:00 p.m. — REFRESHMENT BREAK

*Sponsored by* Exponent®

## BREAKOUT SESSIONS

*(All breakout sessions are limited to defense lawyers and their clients only. Plaintiffs' lawyers are invited to meet elsewhere on their own.)*

4:20 p.m. — BREAKOUT A: THE LOW DOSE STORY *(1 hour)*

**Moderator**

JOHN J. KUROWSKI, *Kurowski Bailey & Shultz LLC*, Swansea, Illinois

BREAKOUT B: NEW PLAINTIFF AND PRODUCT INVESTIGATION — FOR THE NOVICE, THE EXPERIENCED AND EVERYONE ELSE *(1 hour)*

**Moderator**

EVELYN MCREE FLETCHER, *Hawkins & Parnell LLP*, Atlanta, Georgia

**Panelists**

JOHAN D. FLYNN, *DeHay & Elliston LLP*, Baltimore, Maryland

CATHERINE E. BOYD GOLDHABER, *Segal McCambridge Singer & Mahoney Ltd.*, Chicago, Illinois

MARK K. HSU, *Kasowitz Benson Torres & Friedman LLP*, New York, New York

BREAKOUT C: HISTORICAL PERSPECTIVE — GREAT MOMENTS IN ASBESTOS LITIGATION *(2 hours)*

**Moderators**

JAMES H. CROSBY, *Crosby Saad LLC*, Mobile, Alabama

MICHAEL E. HUTCHINS, *Kasowitz Benson Torres & Friedman LLP*, Atlanta, Georgia

ALBERT H. PARNELL, *Hawkins & Parnell LLP*, Atlanta, Georgia

5:20 p.m. — BREAKOUT D: HOT TOPICS *(1 hour)*

DAVID CRAIG LANDIN, *Hunton & Williams LLP*, Richmond, Virginia

BREAKOUT E: BEST ASBESTOS JURY SELECTION IDEAS OF THE CENTURY *(1 hour)*

**Moderator**

ANGELA L. ABEL, *DecisionQuest*, Atlanta, Georgia

6:20 p.m. — ADJOURN

6:30 p.m. — NETWORKING RECEPTION

*Sponsored by* HAWKINS & PARNELL, LLP

*and* NAVIGANT CONSULTING

**FRIDAY, NOVEMBER 9, 2007**

| | |
|---|---|
| | CAPPUCCINO BAR<br>*Sponsored by* Pohlman USA Court Reporting |
| | INTERNET CAFÉ<br>*Sponsored by* McCaffery & Associates, Inc. Historical Research |
| 7:30 a.m. | REGISTRATION AND CONTINENTAL BREAKFAST |
| 8:15 a.m. | ANNOUNCEMENTS<br>ALBERT H. PARNELL, *Hawkins & Parnell LLP*, Atlanta, Georgia<br>MICHAEL E. HUTCHINS, *Kasowitz Benson Torres & Friedman LLP*, Atlanta, Georgia |
| 8:20 a.m. | YOU BET YOUR (ETHICAL) LIFE<br>Legal ethics in asbestos litigation will be examined in the context of a series of game show questions, answers and hypotheticals.<br>DOUGLAS R. ELLIOTT, *Deutsch Kerrigan & Stiles LLP*, New Orleans, Louisiana<br>JANET L. MACDONELL, *Deutsch Kerrigan & Stiles LLP*, New Orleans, Louisiana |
| 9:20 a.m. | BURNING PLAINTIFFS' STRAW MAN—PREPARING YOUR PMK WITNESS<br>Learn ways to deal with plaintiffs' strategy of making your corporate rep look bad with collateral "Notice of Asbestos Hazard Document" versus official interrogatory answers on notice.<br>JOHN M. FITZPATRICK, *Wheeler Trigg Kennedy LLP*, Denver, Colorado |
| 10:00 a.m. | REFRESHMENT BREAK<br>*Sponsored by* J&M Jenkins & Martin, L.L.P. |
| 10:20 a.m. | COMPLEX MEDICAL ANALYSIS—THERE ARE NO 'ROUTINE' CASES<br>Clinical, radiological, pathological and DNA findings in challenging asbestos cases will be covered.<br>I. ALLAN FEINGOLD, M.D., FRCP(C), FCCP, *South Miami Hospital*, Miami, Florida |
| 11:20 a.m. | ROUND CELL MESOTHELIOMAS WITH AN EMPHASIS ON DECIDUOLD MESOTHELIOMAS<br>SAMUEL P. HAMMAR, M.D., *Diagnostic Specialties Laboratory*, Bremerton, Washington |
| 12:00 p.m. | LUNCH *(on your own)* |

1:20 p.m. SUBSTANTIAL CONTRIBUTING FACTOR AND MESOTHELIOMA— HOW TO DEFEAT PLAINTIFFS' ARGUMENT THAT EVERY EXPOSURE CONTRIBUTES

Learn ways to defeat plaintiffs' argument that every exposure contributes.

BRUCE T. BISHOP, *Willcox & Savage PC*, Norfolk, Virginia

2:00 p.m. THE NEXT STEPS IN DEFENDING SCREENED CASES

Discussion of (1) suspect companies/physicians and how these cases still appear in various jurisdictions, as well as how to conduct discovery and proceed, once a suspect company/ physician is identified; (2) Impairment and positive rates in screenings versus literature; and (3) defense strategies to uncover and defend against still active screening processes.

ANDREW L. KALISH, *Socha Perczak Setter & Anderson PC*, Denver, Colorado

2:35 p.m. THE EPIDEMIOLOGY OF THE "OTHER CANCERS"—A REVIEW OF THE IOM/NIH STUDY

The association and causal connection between asbestos exposure and gastrointestinal, colorectal, esophogeal, laryngeal and pharyngeal malignancies has remained controversial, despite continuing medical and scientific interest in this subject. The vital 2006 IOM study and recent literature on these malignancies will be explored.

JOHN A. LABOON, *Segal McCambridge Singer & Mahoney Ltd.*, Austin, Texas

3:15 p.m. REFRESHMENT BREAK

*Sponsored by* J&M Jenkins & Martin, L.L.P.

3:35 p.m. DEFENDING THE "OTHER CANCERS" ON THE SCIENCE

Building on the previous session, this presentation will discuss the tools necessary to defend these cases at pretrial, *Daubert* and *Frye* hearings and at trial, on the medicine and science, using the 2006 IOM/NIH study, recent literature and other trial tactics.

JOHN J. KUROWSKI, *Kurowski Bailey & Shultz LLC*, Swansea, Illinois

4:15 p.m. TRIAL PANEL—"OTHER CANCERS," LOW DOSE, CROSS EXAMINATION AND EXPERTS

**Moderator**

ALBERT H. PARNELL, *Hawkins & Parnell LLP*, Atlanta, Georgia

**Panelists**

BRUCE T. BISHOP, *Willcox & Savage PC*, Norfolk, Virginia

SANDRA F. CLARK, *Mehaffy Weber PC*, Beaumont, Texas

JOHN M. FITZPATRICK, *Wheeler Trigg Kennedy LLP*, Denver, Colorado

JOHN J. KUROWSKI, *Kurowski Bailey & Shultz LLC*, Swansea, Illinois

T. LYNN WALDEN, *Jenkins & Martin LLP*, Beaumont, Texas

5:00 p.m. ADJOURN

## GENERAL INFORMATION

### CLE Accreditation

This seminar has been approved for MCLE credit by the State Bar of California in the amount of **14.5** hours, including **1** hour of ethics credit. Accreditation has been requested from every state with mandatory continuing legal education (CLE) requirements. Certificates of attendance will be provided to each attendee. Attendees are responsible for obtaining CLE credits from their respective states. Credit availability and requirements vary from state to state; please check our website at **www.dri.org** for credit information for your state.

### Registration

The registration fee is **$645** for members and those who join DRI when registering and **$775** for non-members. The registration fee includes CD-ROM course materials, continental breakfasts, women's networking luncheon, refreshment breaks and networking receptions. If you wish to have your name appear on the registration list distributed at the conference and receive the CD-ROM course materials in advance, DRI must receive your registration by **October 19, 2007** *(please allow 10 days for processing)*. Registrations received after **October 19, 2007**, will be processed on-site

### Special Discounts

The first and second registrations from the same firm or company are subject to the fees outlined above. The registration fee for additional registrants from the same firm or company is **$595**, regardless of membership status. All registrations must be received at the same time to receive the discount.

### Refund Policy

The registration fee is fully refundable for cancellations received on or before **October 19, 2007**. Cancellations received after **October 19** and on or before **October 26, 2007**, will receive a refund, less a $50 processing fee. Cancellations made after **October 26** will not receive a refund, but the course materials on CD-ROM and a $100 certificate good for any DRI seminar within the next 12 months will be issued. All cancellations and requests for refunds must be made in writing. Fax to DRI's Accounting Department at 312.795.0747. All refunds will be mailed within four weeks after the date of the conference. Substitutions may be made at any time without charge and must be submitted in writing.

### Course Materials

In order to better serve and satisfy the numerous requests from our membership, DRI will mail the course materials to all registrants in CD-ROM format 12 days in advance of the seminar. You can order additional copies by checking the appropriate box on the registration form on the back of this brochure or ordering online at **www.dri.org**.

*Sponsored by* HENJUM GOUCHER *Reporting Services*

### Supplemental Materials

Recommended supplemental material for this seminar is ***Exploring Toxic Tort and Environmental Liability Claims*** from DRI's Defense Library Series. Order your copy by checking the appropriate box on the registration form on the back of this brochure. You can also view the entire list of DRI publications offerings and make purchases online at **www.dri.org**.

### Hotel Accommodations

A limited number of discounted hotel rooms have been made available at the **San Diego Marriott, 33 West Harbor Drive, San Diego, California 92101**. For reservations, **contact the hotel directly at 619.234.1500**. Please mention DRI's Asbestos Medicine Seminar to take advantage of the group rate of **$245 Cityview Single/$265 Bayview Double**. The hotel block is limited and rooms and rates are available on a first-come, first-served basis. You must make reservations by **October 10, 2007**; to be eligible for the group rate. Requests for reservations made after **October 10** are subject to room and rate availability.

### Travel Discounts

DRI offers discounted meeting fares on various major air carriers for **DRI's Asbestos Medicine Seminar** attendees. To receive these discounts, please contact Hobson Travel Ltd., DRI's official travel provider at 800.538.7464. As always, to obtain the lowest available fares, early booking is recommended.

---

The taping or recording of DRI seminars is prohibited without the written permission of DRI.

Speakers and times may be subject to last-minute changes.

DRI policy provides there will be no group functions sponsored by others in connection with its seminars.

**DRI**

DRI is the international membership organization of all lawyers involved in the defense of civil litigation. As such, DRI wishes to express its strong commitment to the goal of diversity in its membership. Our member attorneys conduct business throughout the United States and around the world, and DRI values highly the perspectives and varied experiences that are found only in a diverse membership. The promotion and retention of a diverse membership is essential to the success of our organization as a whole as well as our respective professional pursuits. Diversity brings to our organization a broader and richer environment, which produces creative thinking and solutions. As such, DRI embraces and encourages diversity in all aspects of its activities. DRI is committed to creating and maintaining a culture that supports and promotes diversity in its organization.

## FACULTY

ANGELA L. ABEL is a vice president at DecisionQuest in its Atlanta office. She specializes in the development of litigation communication strategies. Ms. Abel has experience in more than 800 cases of diverse practice areas including intellectual properties, toxic tort, products liability, construction and personal injury litigation.

BRUCE T. BISHOP is a member of Willcox & Savage PC in Norfolk, Virginia. Since 1977, Mr. Bishop has focused on toxic tort and environmental litigation. He has extensive trial experience in state and federal courts throughout the U.S. in the defense of toxic torts/products liability claims. Mr. Bishop has also developed a nationwide reputation for his work with medical and state-of-the-art issues associated with toxic tort litigation.

SANDRA F. CLARK, a shareholder of MehaffyWeber PC practices out of the firm's Beaumont and Houston offices. She has tried more than 25 major toxic tort cases to verdict and has been involved in the successful defense of many others. Ms. Clark is a member of the Texas Asbestos MDL Liaison Committee, the Houston Chapter of ABOTA, the Advisory Committee for Personal Injury for the Texas Board of Legal Specialization, Texas Bar Foundation, FDCC, Products Liability Advisory Council and the Michelle F. Mehaffy Inn of Court.

JAMES H. CROSBY is a member of Crosby Saad LLC in Mobile, Alabama. His principal areas of practice include corporate law, corporate defense, products liability, toxic torts, litigation limitation, litigation management and insurance coverage.

THE HONORABLE MARK DAVIDSON serves as judge of the 11th District Court of Texas in Houston. He has tried more than 400 jury trials. Named as the first Multi District Litigation Judge in Texas, he was assigned to hear all pre-trial matters in all Texas asbestos cases filed in the state after September 2003. In 2005, his mandate was expanded to include all 58,000 asbestos cases pending in Texas. Judge Davidson has developed procedures that has led to the trial and disposition of many cases and has broken ground in rulings on *Daubert* challenges to scientific evidence.

DOUGLAS R. ELLIOTT is a partner with Deutsch Kerrigan & Stiles LLP in New Orleans. His practice focuses on civil litigation, product liability, insurance defense, mass torts, toxic torts and criminal law.

I. ALLAN FEINGOLD, M.D., FRCP(C), FCCP, is chief of the Division of Pulmonary Medicine of South Miami Hospital in Miami, Florida. Dr. Feingold is a fellow of the Royal College of Physicians (Internal Medicine), board certified in Internal Medicine and Pulmonary Medicine by the American Board of Internal Medicine and a certified NIOSH B Reader.

GEORGE F. FITZPATRICK, JR., is the founding partner of Swanson Martin & Bell in Chicago. For 20 years, Mr. Fitzpatrick has served as national coordinating counsel in asbestos litigation for numerous defendants, including pump, valve and other equipment manufactures, brake manufacturers and users, and premises owners. He has successfully argued two appeals of significance to equipment manufacturer defendants in asbestos litigation. He is a member of DRI and the National Forum for Environmental and Toxic Tort Issues.

JOHN M. FITZPATRICK, a partner in Wheeler Trigg Kennedy LLP in Denver, handles high exposure cases for national clients, including product defects in asbestos (GE, Foster Wheeler and Velan), aviation (Global Aerospace), equipment (MTD), chemical release (Air Products) and medical devices (LabCorp). His primary focus during the last few years has involved high exposure claims due to product defects or general negligence claims. Mr. Fitzpatrick has tried in excess of 150 cases to verdict in 22 states and obtained defense verdicts in more than 140 cases.

EVELYN MCREE FLETCHER is a partner at Hawkins & Parnell LLP in its Atlanta office. Ms. Fletcher has served as national and local counsel for numerous companies involved in product liability, asbestos and silica litigation. She is a board member of the Atlanta Council of Younger Lawyers and a member of the Atlanta Bar Association, DRI and the Georgia Defense Lawyers Association.

JOHAN D. FLYNN is an attorney in the firm of DeHay & Elliston LLP in Baltimore. His practice focuses on litigation, insurance defense, products liability, asbestos litigation and mass torts.

CATHERINE E. BOYD GOLDHABER is an attorney at Segal McCambridge Singer & Mahoney Ltd. in Chicago. Her areas of concentration include litigation, toxic torts, products liability, child welfare, juvenile law and general liability.

SAMUEL P. HAMMAR, M.D., is the director of Diagnostic Specialties Laboratory in Bremerton, Washington. He is board-certified in anatomic and clinical pathology and specializes in lung disease, cancer and diagnostic techniques used to investigate cancer. For the past 18 years, Dr. Hammar has been primarily interested in asbestos-related disease, especially mesothelioma. He has done extensive research on asbestos-related lung disease in conjunction with Dr. Ronald F. Dodson and sees asbestos-induced lung disease on a regular basis as a pathologist.

MARK K. HSU is special counsel at the New York City office of Kasowitz Benson Torres & Friedman LLP. Mr. Hsu focuses his practice on products liability and commercial litigation.

MICHAEL E. HUTCHINS is a partner at Kasowitz Benson Torres & Friedman LLP in Atlanta. Mr. Hutchins focuses his practice on environmental litigation, products liability, commercial cases and general civil litigation. He has handled asbestos and toxic tort litigation throughout the U.S. for the past 18 years.

ANDREW L. KALISH is an attorney at the law firm of Socha Perczak Setter & Anderson PC in Denver. His practice areas include complex and multi-district litigation, products liability and mass torts.

JOHN J. KUROWSKI is the managing partner of Kurowski Bailey & Shultz LLC in Swansea, Illinois. He specializes in complex civil litigation with an emphasis in asbestos and toxic tort. Mr. Kurowski has defended asbestos litigation for more than 20 years. He serves as national coordinating and trial counsel for several asbestos litigation clients, as well as local counsel for several companies in Madison County, Illinois, and the St. Louis area.

JOHN A. LABOON is a partner at Segal McCambridge Singer & Mahoney Ltd. in Austin, Texas. Since 1993, Mr. LaBoon has focused on tort defense litigation with an emphasis in asbestos and silica litigation involving products liability, contractor liability and premises liability claims. In asbestos and silica cases, he has represented numerous manufacturers, an international premises owner and a major construction contractor. Mr. LaBoon has served on local, regional and national trial teams for defendants in asbestos litigation.

David Craig Landin is a partner in the Litigation, Intellectual Property and Antitrust team at Hunton & Williams LLP in Richmond, Virginia. Mr. Landin has served as national coordinating and trial counsel in a variety of litigation settings. He is a past president of the Virginia Bar Association.

Janet L. MacDonell was a partner at Deutsch Kerrigan & Stiles LLP in New Orleans until 2004, when she semi-retired. She works, on a limited basis, coordinating litigation nationwide for a client and assisting in complicated cases upon request. Her expertise is in defense of long-term exposure, latent disease cases, medical device, environmental and products liability claims. Ms. MacDonell has extensive experience working with medical experts.

Barry N. Mesher is a partner in the law firm of Lane Powell PC in Seattle. He has been involved in multiple toxic tort and environmental litigation cases for more than 25 years and serves as national coordinating counsel, regional coordinating counsel and local counsel for a number of asbestos litigation clients. Mr. Mesher is a member of the firm's London, Insurance and Toxic Tort Practice Groups and a member of DRI, the American College of Law and Medicine and Washington Defense Trial Lawyers Association.

Albert H. Parnell is a trial lawyer and partner in Hawkins & Parnell LLP in Atlanta, Georgia, and Charleston, West Virginia, and a partner in the Dallas office of Hawkins Parnell & Thackston LLP. Mr. Parnell is a founding and current member of DRI's Law Institute and a former member of the DRI Board of Directors. He has tried more than 250 lawsuits to jury verdict in more than 25 states.

Victor L. Roggli, M.D., is a professor of pathology at the Duke University Medical Center in Durham, North Carolina, and the director of the Electron Microscopy Laboratory at the Durham Veterans Administration Medical Center. His research interests include pneumoconioses, asbestos-related diseases and analytical electron microscopy. Dr. Roggli has published more than 140 articles and 26 chapters in textbooks. He has also written four books, including *Microprobe Analysis in Medicine*, *Biomedical Applications of Microprobe Analysis*, and *Pathology of Asbestos-Associated Diseases*, 1st and 2nd editions.

Edward M. Slaughter, a partner in Hawkins Parnell & Thackston LLP in Dallas, focuses his practice in the areas of product liability and toxic tort litigation. Mr. Slaughter has extensive experience in litigation involving asbestos, paints and solvents, pesticides and other chemicals.

Fredrick M. Toca, Ph.D., CIH, CSP, is an industrial hygienist for Atlantic Environmental Inc. in Atlanta, Georgia. Dr. Toca has more than 20 years of experience managing programs and acting as the principal technical specialist in industrial hygiene, occupational safety and environmental sciences. He is the former director of Occupational Safety & Health for Hoechst Celanese, the former director of Industrial Hygiene Safety & Compliance for USX Corporation and the former manager of Environmental Protection for General Electric Co., Plastics Division. Dr. Toca is a past president of the AIHA.

T. Lynn Walden is a partner at Jenkins & Martin LLP in Beaumont, Texas. Mr. Walden's practice is focused upon asbestos defense, toxic torts, medical malpractice and pharmaceutical litigation. He has extensive jury trial experience from his 16 years of practice. He has served as trial counsel for Bondex International for the last three years. Since 2004, he has been involved in numerous asbestos trials, including representation as lead trial counsel for his clients, resulting in eight verdicts in mesothelioma cases.

## 2007 DRI SEMINAR SCHEDULE

| | |
|---|---|
| September 6–7 | STRICTLY AUTOMOTIVE<br>*Hotel del Coronado*, San Diego, CA |
| September 6–7 | CONSTRUCTION LAW<br>*The Westin Kierland*, Scottsdale, AZ |
| September 27–28 | NURSING HOME/ALF LITIGATION<br>*Bellagio*, Las Vegas, NV |
| September 27–29 | PREEMINENT LAWYERS—SUPERSTARS OF TRIAL<br>*The Westin Michigan Avenue*, Chicago, IL |
| October 10–14 | DRI ANNUAL MEETING<br>*Marriott Wardman Park*, Washington, DC |
| November 1–2 | COMPLEX COMMERCIAL LITIGATION<br>*JW Marriott Desert Ridge*, Phoenix, AZ |
| November 1–2 | FIRE AND CASUALTY<br>*The Westin Chicago River North*, Chicago, IL |
| November 8–9 | ASBESTOS MEDICINE<br>*San Diego Marriott*, San Diego, CA |
| December 13–14 | INSURANCE COVERAGE AND PRACTICE<br>*Sheraton New York Hotel and Towers*, New York, NY |

## 2008 DRI SEMINAR SCHEDULE

| | |
|---|---|
| January 24–25 | CIVIL RIGHTS AND GOVERNMENTAL TORT LIABILITY<br>*Hyatt Regency*, Scottsdale, AZ |
| February 6–8 | PRODUCT LIABILITY CONFERENCE<br>*Arizona Biltmore*, Phoenix, AZ |
| February 28–29 | APPELLATE ADVOCACY<br>*Eden Roc*, Miami Beach, FL |
| February 28–29 | TOXIC TORTS AND ENVIRONMENTAL LAW<br>*The Ritz-Carlton New Orleans*, New Orleans, LA |
| March 12–14 | MEDICAL LIABILITY AND HEALTH CARE LAW<br>*Hotel Inter-Continental*, San Francisco, CA |
| March 27–28 | DAMAGES<br>*Caesars Palace*, Las Vegas, NV |
| April 10–11 | INSURANCE COVERAGE AND CLAIMS<br>*The Drake Hotel*, Chicago, IL |
| April 17–18 | TRUCKING LAW<br>*Pointe Hilton Tapatio Cliffs*, Phoenix, AZ |
| April 23–25 | LIFE, HEALTH, DISABILITY AND ERISA CLAIMS<br>*Hotel Inter-Continental*, San Francisco, CA |
| May 1–2 | DRUG AND MEDICAL DEVICE LITIGATION<br>*Sheraton New Orleans*, New Orleans, LA |
| May 15–16 | ELECTRONIC DISCOVERY<br>*Renaissance Washington, DC Hotel*, Washington, DC |
| May 15–16 | EMPLOYMENT LAW<br>*Renaissance Chicago Hotel*, Chicago, IL |

**Join DRI now and register at the member rate—a $130 savings!**

## DRI MEMBERSHIP APPLICATION

*This application/registration form for first-time members only—all other registrants please use reverse side.*

**Member Category**
- ☐ Defense Attorney—$225 USD/year
- ☐ Government Attorney—$160 USD/year
- ☐ Young Lawyer*—$130 USD/year *(admitted to the Bar for 5 years or less)*
- ☐ Law Student—$20 USD/year

☐ Male ☐ Female

Date of Birth (Month/Day/Year)

Name

Name as you would like it to appear on badge

Company/Firm/Law School

Address

City

State/Province Zip/Post Code

Country

Telephone Fax

E-Mail

Is this the first time you are attending this DRI seminar? ☐ Yes ☐ No

Number of attorneys in your firm Primary area of practice

Admitted to the Bar in State/Province Month/Year Bar Number

Referred by

*DRI is committed to the principle of diversity in its membership and leadership. Accordingly, applicants are invited, at their option, to indicate which one of the following may best describe them:*

☐ African American ☐ Asian American ☐ Hispanic origin
☐ Native American ☐ White ☐ Other

I am a member of a state or local defense organization. ☐ Yes ☐ No

Name of organization

*To the extent that I engage in personal injury litigation, I DO NOT, for the most part, represent plaintiffs. I have read the above and hereby make application for individual membership.*

Signature Date

*All applications must be signed and dated.*

### Registration/Application Fees

Seminar Registration:
- ☐ $645 [Member]
- ☐ $400 [Government DRI Member]
- ☐ $0 [Law Student DRI Member]

Membership (*check one*):
- ☐ $225 [Defense Attorney]
- ☐ $160 [Government Attorney]
- ☐ $130* [Young Lawyer]
- ☐ $20 [Law Student]

* Those eligible for Young Lawyer membership will receive a certificate for one free seminar when they join.

Total: ________

### Payment Method

☐ My check for ____________ (USD) is enclosed.
☐ Please charge my ☐ VISA ☐ MasterCard ☐ American Express

Card Number Expiration Date

Signature as it appears on card

*Please remit payment to:*

DRI, 72225 Eagle Way, Chicago, IL 60678-7252
Phone: 312.795.1101 Fax: 312.795.0747
Website: www.dri.org E-mail: membership@dri.org

3400-0020-21
Asbestos

2007-0020B

DRI
The Voice of the Defense Bar

150 North Michigan Avenue
Suite 300
Chicago, IL 60601

**November 8–9, 2007**

Advance Registration Deadline: October 19, 2007

PRSRT STD
U.S. POSTAGE
PAID
DRI

NAME ______________________

NAME AS YOU WOULD LIKE IT TO APPEAR ON BADGE ______________________

COMPANY/FIRM ______________________

ADDRESS ______________________

______________________

TELEPHONE ____________ FAX ____________

E-MAIL ______________________

Are you a first-time attendee at this DRI seminar? ☐ Yes ☐ No

How many attorneys are in your firm? ________ What is your primary area of practice? ____________

**Registration Fees** *(includes course materials)*

*(If joining DRI to get the member rate, complete the form on the reverse side.)*

☐ Member: $645 ☐ Non-member: $775 ☐ Government DRI Member: $400

☐ Law Student DRI Member: Free ☐ Special Discount Price: $595 *(See brochure for eligibility)*

**Publications for Purchase**

Course Materials *(included in registration fee)*

☐ Member: $75 ☐ Non-member: $95

3400-0020-21
Asbestos

**Supplemental Materials**

***Exploring Toxic Tort and Environmental Liability Claims***

CD-ROM ☐ Member: $85 ☐ Non-member: $105

Hard copy ☐ Member: $115 ☐ Non-member: $135

*(Illinois residents, please add 9% sales tax. Shipping charges will be added to each order.)*

**Payment Method**

My check for $ ________ (USD) is enclosed.

Please charge my

☐ VISA ☐ MasterCard ☐ American Express

CARD NUMBER ____________ EXPIRATION DATE ____

SIGNATURE AS IT APPEARS ON CARD ______________________

2007-0020B