AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

*Please Read Instructions above*

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

| | | | |
|---|---|---|---|
| 1. NAME<br>Mason Waring | 2. PHONE NUMBER<br>(401) 351-6400 | 3. DATE<br>3/24/2008 | |
| 4. MAILING ADDRESS<br>1 Richmond Square, Suite 163W | 5. CITY<br>Providence | 6. STATE<br>RI | 7. ZIP CODE<br>02906 |
| 8. CASE NUMBER<br>08-043S | 9. JUDGE<br>Smith | DATES OF PROCEEDINGS<br>10. FROM 3/14/2008 | 11. |
| 12. CASE NAME<br>Todd Kortekamp, et al v. 3M Co., et al. | | LOCATION OF PROCEEDINGS<br>13. Courtroom #2 | 14. |

15. ORDER FOR

☐ APPEAL ☐ NON-APPEAL ☐ CRIMINAL ☒ CIVIL ☐ CRIMINAL JUSTICE ACT ☐ IN FORMA PAUPERIS ☐ BANKRUPTCY ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Hearing:Plaintiff's Motion for | |
| ☐ BAIL HEARING | | Reconsideration of Text Orde | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☒ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

| | | | | |
|---|---|---|---|---|
| 18. SIGNATURE [signature] | | | PROCESSED BY | |
| 19. DATE 3/24/08 | | | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY