THE
DEATON LAW FIRM LLC
TRIAL ATTORNEYS

Jeffery N. Lüthi
Clerk of the Panel
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20002-8004
(202) 502-2888 Fax

RE: **MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)**

***Todd Kortekamp, et al. v. 3M Co., et al.***, D.R.I., C.A. No. 1:08-43

Mr. Lüthi:

I represent Plaintiffs Todd Kortekamp, et al. in the above referenced action which is included on the Conditional Transfer Order (CTO-303). The Notice of Conditional Transfer Order, dated February 26, 2008, requires counsel to provide notice of any official change in the status of the tag-along action. I hereby provide notice that the Honorable Judge William E. Smith of the U.S. District Court for the District of Rhode Island has held a hearing and taken the question of whether to decide on the Plaintiffs' pending Motion to Remand under advisement. *See Hearing Transcript at p.42 lines 6-17* (relevant pages attached).

Given that there are several legitimate and independently dispositive challenges to federal subject matter jurisdiction raised in the Motion, I respectfully request the Panel to refrain from lifting the stay until Judge Smith has issued his decision.

Sincerely,

John E. Deaton, Esq. (R.I. Bar No. 6537)
jdeaton@deatonlawfirm.com
The Deaton Law Firm
One Richmond Square, Suite 163W
Providence, Rhode Island 02906
(401) 351-6400 Tel.
(401) 351-6401 Fax
Counsel for Plaintiffs Todd Kortekamp, et al.

*Sent to Clerk of the Panel via facsimile*
*(202) 502-2888 on* ***March 31, 2008***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

| | |
|---|---|
| * * * * * * * * * * * | * CIVIL ACTION |
| TODD KORTEKAMP, ET AL | * 08-43S |
| | * |
| VS. | * MARCH 14, 2008 |
| | * |
| 3M COMPANY, ET AL | * PROVIDENCE, RI |
| * * * * * * * * * * * | * |

HEARD BEFORE THE HONORABLE WILLIAM E. SMITH

DISTRICT JUDGE

(MOTION FOR RECONSIDERATION OF A MOTION TO STAY THE CONDITIONAL ORDER OF TRANSFER)

**APPEARANCES**:

FOR THE PLAINTIFF:

JOHN E. DEATON, ESQ.,
and MARK T. BOIVIN, ESQ.
The Deaton Law Firm LLC
One Richmond Square
Suite 134C
Providence, RI 02906
(401) 351-6400

FOR THE DEFENDANT GENERAL ELECTRIC:

JEFFREY M. THOMEN, ESQ.
McCarter & English LLP
City Place I
Hartford, CT 06103
(860) 275-6726

Court Reporter:

Anne M. Clayton, RPR
One Exchange Terrace
Providence, RI 02903

Proceeding reported and produced by computer-aided stenography

I'm going to take this under advisement. I'll get you a decision of some sort. I'll notify you whether I'm going to schedule the motion for remand for argument or not. That's really all I'm deciding is whether to schedule the pending motion or let it go to the MDL.

I think it would be appropriate to notify the MDL panel that I have the question of whether to decide this pending motion for remand under advisement and that it would be, in my view, it would be inappropriate for the MDL panel to lift their stay until I can decide whether I'm going to decide that motion or not.

So I think you could notify them of that fact. I'm not sure, but I would hope they would respect the fact that I am going to try to make a reasoned decision about that. I do have a trial starting on Monday so it might be a few days before I can really look at all of this material that you've given me.

The next question is whether you have served these papers on your motion for remand on all counsel of record, or did you just serve General Electric?

MR. DEATON: Your Honor, I can't say one way or the other. I'm going to take Mr. Thomen's word that people haven't. I could actually probably inquire with the panel there that if people did or did not. The reason I can't tell you is because I relied on my staff

to, you know, do those things.

Now, whether or not -- I did give notice of the hearing because -- to everybody when I got word of it. I sent a fax out and whatnot. Those are what I directed. As far as whether or not the actual parties -- I will say this. I will make sure immediately that every party that's in the case, I'll probably send it, it will probably be over-inclusive and even the people that may have settled or whatnot just to make sure that everyone gets noticed.

THE COURT: I don't think you need to tell people who have settled.

What I really want to know is anybody out there representing all these other defendants, are you all going to want to have something to say about this motion for remand assuming that I decide to hear it, or are you just going to ride along with whatever General Electric says? Anybody want to say anything?

MR. EDWARDS: I have nothing to say.

MS. WHELAN: I have nothing to say.

THE COURT: Anybody else? Everybody's shaking their head no.

Okay. What I'd like you to do is to make sure they have all the papers.

MR. DEATON: Absolutely.

THE COURT: And if anybody wants to say anything about it, GE has already filed their position, I would tell you if you want to take a position, you want to file something, file it quickly because if I do decide to handle this motion I'll put it on a pretty fast track.

MR. DEATON: I will, your Honor. I appreciate your time. Thank you.

THE COURT: Okay. Very well. Thanks very much.

(Ended at 4:10 p.m. )

## C E R T I F I C A T I O N

I, Anne M. Clayton, RPR, do hereby certify that the foregoing pages are a true and accurate transcription of my stenographic notes in the above-entitled case.

Anne M. Clayton

Anne M. Clayton, RPR

March 31, 2008

Date

THE DEATON LAW FIRM LLC
TRIAL ATTORNEYS

**FAX**

**TO:** Jeffery N. Lüthi
Clerk of the Judicial Panel on Multidistrict Litigation
(202) 502-2888 Fax

**FROM:** John E. Deaton, Esq.

**Cc:** Defense Counsel of Record for GE, Jeffrey Thomen, Esq. 860-724-3397

**RE:** Kortekamp v. 3M Co. et al. C.A. No. 08-43S

**DATE:** Monday, March 31, 2008 **PAGES:** 8 including cover

**CONFIDENTIAL TRANSMITTAL**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND/OR CONFIDENTIAL. THE DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION BEYOND THE INTENDED RECIPIENT IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

RICHMOND SQUARE, SUITE 163W * PROVIDENCE, RI 02906
401-351-6400 * 401-351-6401 (FAX)

TRANSMISSION VERIFICATION REPORT

TIME : 03/31/2008 12:14
NAME : THE DEATON LAW FIRM
FAX : 14013516401
TEL : 4016516401
SER.# : BROE4J579963

| | |
|---|---|
| DATE,TIME | 03/31 12:12 |
| FAX NO./NAME | 912025022888 |
| DURATION | 00:01:41 |
| PAGE(S) | 08 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

# TRANSMISSION VERIFICATION REPORT

TIME : 03/31/2008 12:18
NAME : THE DEATON LAW FIRM
FAX : 14013516401
TEL : 4016516401
SER.# : BROE4J579963

| | |
|---|---|
| DATE,TIME | 03/31 12:17 |
| FAX NO./NAME | 918607243397 |
| DURATION | 00:00:50 |
| PAGE(S) | 08 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |