# EXHIBIT A

**Thomen, Jeffrey M.**

**From:** cmecf@rid.uscourts.gov
**Sent:** Wednesday, March 05, 2008 10:10 AM
**To:** cmecfnef@rid.uscourts.gov
**Subject:** Activity in Case 1:08-cv-00043-S-LDA Kortekamp v. 3M Company et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

## Notice of Electronic Filing

The following transaction was entered on 3/5/2008 at 10:09 AM EST and filed on 3/5/2008
**Case Name:** Kortekamp v. 3M Company et al
**Case Number:** 1:08-cv-43
**Filer:**
**Document Number:** No document attached

**Docket Text:**
TEXT ORDER DENYING Plaintiff's Motion to Stay the Conditional Transfer Order. So Ordered by Judge William E Smith on 3/4/2008. (Baldinelli, Doreen)

**1:08-cv-43 Notice has been electronically mailed to:**

Mark T. Boivin mboivin@deatonlawfirm.com, jdeaton@deatonlawfirm.com, mwaring@deatonlawfirm.com, vdennis@deatonlawfirm.com

Jeffrey S. Brenner jbrenner@nixonpeabody.com, mryone@nixonpeabody.com, ProEfile@nixonpeabody.com

Jeffrey M. Thomen jthomen@mccarter.com

**1:08-cv-43 Notice has been delivered by other means to:**

John E. Deaton
The Deaton Law Firm LLC
One Richmond Square
Suite 134C
Providence, RI 02906