IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TODD KORTEKAMP, as Executor of the Estate Of JACK KORTEKAMP and GERALDINE KOTEKAMP, as surviving spouse<br><br>Plaintiffs,<br><br>v.<br><br>3M CO., et al.,<br><br>Defendants. | C.A. No. 08-043S |

ENTRY OF APPEARANCE

Please enter the appearance of Timothy J. Dodd as counsel for Spence Engineering Company, Inc. in connection with the above captioned matter.

Defendant, Spence Engineering
by its attorney,

/s/ Timothy J. Dodd

TIMOTHY J. DODD, ESQ., #3150
215 Broadway
Providence, RI 02903
Tel: (401) 272-3900
Fax: (401) 331-1440

## CERTIFICATION

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of filing of this document.

/s/ Timothy J. Dodd