**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TODD KORTEKAMP, As Executor
of the Estate of JACK KORTEKAMP and
GERALDINE KORTEKAMP, as Surviving
Spouse
Plaintiffs

v. C.A. No. 1:2008cv00043

3M Co., et al
Defendants

**ENTRY OF APPEARANCE**

James P. Marusak, Esq. hereby enters his appearance on behalf of the Fluor Corporation in the above-captioned matter.

/s/ James P. Marusak

___

James P. Marusak (#2470)
GIDLEY, SARLI & MARUSAK LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (fax)
jpm@gsm-law.com

CERTIFICATION

I do hereby certify that on this 24th day of June, 2008, true copies of the within MEMORANDUM IN SUPPORT OFMOTION FOR SUMMARY JUDGMENT were sent by United States first-class mail, postage prepaid, and/or hand delivered, to **The Deaton Law Firm**, One Richmond Square, Suite 163W, Providence, RI 02906; Liaison Counsel, **Stephen Armato**, Cetrulo & Capone, Two Seaport Lane, 10th Floor, Boston, MA 02210; and electronically via the US District Court ECF/EDM system to all counsel of record.

/s/ James P. Marusak

___