**UNITED STATES DISTRICT COURT**
**FOR THE Eastern District of Pennsylvania**

| | | |
|---|---|---|
| **IN RE: ASBESTOS PRODUCTS** | : | **MDL 875** |
| **LIABILITY LITIGATION** | : | |
| **ALL ACTIONS** | : | |
| **(See attached schedule for case list)** | : | |

**TRANSFER ORDER NO. 186**

The Court hereby ORDERS the Clerk of the District Court for the Eastern District of Pennsylvania, the Transferee Court, to initiate the procedures for the transfer of MDL−875 cases from the District Court for the District of Rhode Island, the Transferor Court, in accordance with the terms of this Court's Administrative Order No. 11, a copy of which is attached hereto.

The effective date of transfer is upon entry of this order.

**BY THE COURT**

s/JAMES T. GILES
**JAMES T. GILES, J.**

Date: 6−2−08